```
           DATE:    5/26/2009        AT:  3:00
```

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR STATUS CONFERENCE</u>

DOCKET NUMBER:    09-1207

TITLE: TANKLEFF -V- SUFFOLK CO.

APPEARANCES:

FOR PLAINTIFF(S): BRUCE BARKET, DEBORAH CORNWALL,
                  BARRY POLLACK

FOR DEFENDANT(S):  RICHARD DUNNE, SUSAN FLYNN

REPORTER:    O. WICKER

__X__    CASE CALLED.

__X__    COUNSEL FOR ALL SIDES PRESENT.

_____    COUNSEL FOR _____ NOT PRESENT.

__X__    CONFERENCE HELD.

_____    DISCOVERY TO BE COMPLETED BY_____

_____    PARTIES TO COMPLETE_____
         BY THE NEXT CONFERENCE OR BY_____

_____    NEXT CONFERENCE SET FOR_____

_____    CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
         FOR_____

_____    MOTION TO BE FILED BY ___/___/2009_;
                RESPONSE BY  ___/___/2009_;
                REPLY BY     ___/___/2009_.

_____    JURY SELECTION SET FOR___/___/2009 AT 9:30AM BY LAW CLERK

_____    TRIAL SET FOR_____

__X__    OTHER DEFENDANTS WILL ANSWER OR MOVE TO DISMISS WITHIN
         30 DAYS.  STIPULATION/PROPOSED ORDER RE: UNSEALING TO BE
         SUBMITTED.