UNITED STATES DISTRICT COURT                    RD/6665
EASTERN DISTRICT OF NEW YORK
MARTIN TANKLEFF,

                                    Plaintiff,

                                                        NOTICE OF MOTION
                                                        PURSUANT TO F.R.C.P.
            -against-                                    RULE 12(c)
                                                        CV09-1207 (JS) (WDW)
THE COUNTY OF SUFFOLK, K. JAMES
MCCREADY, NORMAN REIN, CHARLES
KOSCIUK, ROBERT DOYLE, JOHN
MCELHONE, JOHN DOE POLICE OFFICERS
#1-10, RICHARD ROE, SUFFOLK COUNTY
EMPLOYEES #1-10,

                                    Defendants.

        PLEASE TAKE NOTICE, that upon the annexed Affirmation in Support and upon the

accompanying Memorandum of Law herein, and upon all prior pleadings and proceedings, the

undersigned will move this Court, before the Honorable Joanna Seybert, U.S.D.J.  at the United

States Courthouse, located at 100 Federal Plaza, Central Islip, New York, on the ___ day of

_____, **2010,** at 9 o'clock in the forenoon or as soon thereafter as counsel can be heard,

for an Order pursuant to Fed.R.Civ.P. Rule 12(c) for judgment on the pleadings.


Dated: Hauppauge, New York              Yours, etc.
        April 6, 2010                   CHRISTINE MALAFI
                                        SUFFOLK COUNTY ATTORNEY
                                        Attorney for Defendants
                                            COUNTY OF SUFFOLK, K. JAMES
                                            McCREADY, NORMAN REIN,
                                            CHARLES KOSCIUK, ROBERT DOYLE
                                            and JOHN MCELHONE
                                        100 Veterans Memorial Highway
                                        Hauppauge, New York 11788
                                        (631) 853-4049

                                        By:_____
                                            Richard T. Dunne   RD/ 6665
                                            Assistant County Attorney

TO:

Deborah L. Cornwall, Esq.
Neufeld Scheck & Brustin
Attorneys for Plaintiff
99 Hudson Street
8th Floor
New York, NY 10013
(212) 965-9081