**Tankleff v. County of Suffolk, et al.**
**Index No. CV09-1207 (JS)(WDW)**

# MOTION EXHIBITS EVIDENCE LIST – VOLUME I

A1.   911 call

A2.   911 call transcript

B.   Trial Transcript (hereafter TT)

C.   McCready Supplemental Report, 9/14/88

D.   Oral Confession

E.   Trial Exhibits #'s 74-d, 75

F.   Stand up Photo of Plaintiff, Trial Exhibit #11

G.   Trial Exhibit #79

H.   Trial Exhibit #'s 90 and 91

I.   Sketch of Arlene's Room, Trial Exhibit #169

J.   Trial Exhibits #'s 7, 8, 9 and 10

K.   Trial Exhibit # 78b

L.   Sketch of Plaintiff's Room, Trial Exhibit #168

M.   Sketch of Parked Cars, Trial Exhibit #167

N.   Photocopy of Trial Exhibit 170, the Miranda Rights Card

O.   Exemplar Consent Form, Trial Exhibit 171

P.   Photo of Blood on Plaintiff, Trial Exhibit 150

Q.   Unsigned Written Confession, Trial Exhibit 172

R.   Huntley Hearing Transcript (hereinafter HH)

S.   Prisoner Activity Log

**Tankleff v. County of Suffolk, et al.**
Index No. CV09-1207 (JS)(WDW)

## MOTION EXHIBITS EVIDENCE LIST – VOLUME I  (cont'd)

T.  710.30 Notice

U.  Photo of Knife on Kitchen Counter, Trial Exhibit #'s 96-97

V.  Anderson Supplemental Report 9/8/88

W.  Rein Supplemental Report 9/10/88

X.  Rein Supplemental Report 9/11/88

Y.  McCready Supplemental Report 10/18/88

Z.  Two Rein Supplemental Reports 2/14/90

AA.  Rein Supplemental Report 4/4/90

BB.  Affidavit in Response to Plaintiff's 12/14/88 Motion to Suppress with Attachments containing Correspondence Referencing Lab Number 988-57483

CC.  Robert C. Gottlieb Motion to Suppress and Preclude 12/14/88 with Attachments

DD.  Seventeen Page Report containing Five Separate Lab Reports including 988-57483

EE.  Trial Exhibit #'s 37-45, 53, 57, 143-144a

FF.  Original Trial Evidence List

GG.  New York Attorney General Evidence Receipt State Lab Number 08HL-00399 and Suffolk County Handwritten Version of Lab Report Number 988-57483

HH.  New York State Police Crime Laboratory Report Number 08HL-00399

II.  Trial Exhibit #'s 88-89, photographs

**Tankleff v. County of Suffolk, et al.**
**Index No. CV09-1207 (JS)(WDW)**

## MOTION EXHIBITS EVIDENCE LIST – VOLUME II

JJ.   (incorrectly drawn as an Exhibit #)

KK.   50-h Examination completed on December 17, 2008

LL.   Huntley Hearing Decision, May 5, 1989

MM.   People v. Tankleff, 199 A.D.2d 550 (2nd Dept. 1993)

NN.   People v. Tankleff, 84 N.Y.2d 992 (1994)

OO.   Tankleff v. Senkowski, 993 F.Supp. 151 (E.D.N.Y 1997)

PP.   Tankleff v. Senkowski, 135 F.3d 235 (2nd Cir. 1998)

QQ.   People v. Tankleff, 49 A.D.3d 160 (2nd Dept. 2007)

RR.   July 22, 2008 Supreme Court Decision

SS.   New York State Commission of Investigation Report, December 2008

TT.   Summons and Complaint

UU.   Witness List for Criminal Trial

VV.   Disc containing all Trial Exhibits

WW.   Attorney General Memorandum of Law