## TABLE OF CONTENTS

PRELIMINARY STATEMENT ...................................................................................1

STANDARD GOVERNING RULE 12(c) MOTION ...................................................1

POINT I
    PLAINTIFF'S CLAIMS ARE BARRED BY COLLATERAL ESTOPPEL......................3

POINT II
    PLAINTIFF'S CLAIMS FOR MALICIOUS
    PROSECUTION, FALSE ARREST AND FALSE
    IMPRISONMENT MUST BE DISMISSED...................................................................10

POINT III
    PLAINTIFF'S 14TH AMENDMENT RIGHTS WERE
    NOT VIOLATED AND COUNTS III AND IV OF
    COMPLAINT MUST BE DISMISSED .......................................................................21

POINT IV
    PLAINTIFF'S CIVIL RIGHTS CONSPIRACY
    CAUSE OF ACTION MUST BE DISMISSED .............................................................25

POINT V
    PLAINTIFF'S *MONELL* AND SUPERVISORY
    LIABILITY CLAIMS MUST BE DISMISSED.............................................................26

POINT VI
    TANKLEFF'S EMOTIONAL DISTRESS
    CLAIMS MUST BE DISMISSED...............................................................................28

CONCLUSION..........................................................................................................30

# TABLE OF AUTHORITIES

## FEDERAL CASES

Acot v. New York Medical College, 153 F.R.D. 517 (S.D.N.Y. 1993) ..............................2

Allen v. McCurry, 449 U.S. 90 (1980) ....................................................................4

Amato v. City of Saratoga Springs, 170 F.3d 311 (2d Cir. 1999) ....................................27

Anderson v. Creighton, 483 U.S. 635 (1987) ....................................................19

Arar v. Ashcroft, 585 F.3d 559 (2d Cir. 2009) ..................................................25

Arizona v. Youngblood, 488 U.S. 51 (1988) ....................................................24

Ashcroft v. Iqbal, ___ U.S. ___, 129 S. Ct. 1937,
173 L. Ed. 2d 868 (2009) .............................................................. 2, 20, 22, 25, 27, 29

Baker v. McCollan, 443 U.S. 137 (1979) ......................................................18

Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007)..................................................2, 22

Bernard v. U.S., 25 F.3d 98 (2d Cir. 1994)........................................................14

Blyden v. Mancusi, 186 F.3d 252 (2d Cir. 1999) ............................................28

Borum v. Village of Hemstead, 590 F. Supp. 2d 376 (E.D.N.Y. 2008) ..............................4

Brady v. Maryland, 373 U.S. 83 (1963) ......................................................4, 22

Brass v. American Film Technologies, Inc., 987 F.2d 142 (2d Cir. 1993).........................2

Bridgewater v. Taylor, ___ F. Supp. 2d ___, 2010 WL 996154 (S.D.N.Y. 2010)............27

Caldarola v. Calabrese, 298 F.3d 156 (2d Cir. 2002) ...........................................18, 19, 20

Carson v. Lewis, 35 F. Supp. 2d 250 (E.D.N.Y. 1999) .........................................13, 18, 21

Celestin v. City of New York, 581 F. Supp. 2d 420 (E.D.N.Y. 2008) ..............................26

Chambers v. Time Warner, Inc., 282 F.3d 147 (2d Cir. 2002).........................................2

Ciambriello v. County of Nassau, 292 F.3d 307 (2d Cir. 2002).......................................25

Coleman v. City of New York, 2010 WL. 5719861 (S.D.N.Y. 2010) ..............................26

Colon v. Coughlin, 58 F.3d 865 (2d Cir. 1995)......................................................4

Conboy v. AT&T Corp., 241 F.3d 242 (2d Cir. 2001)......................................................28

Cortec Industries Inc. v. Sum Holding L.P., 949 F.2d 42 (2d Cir. 1991)............................2

Csoka v. County of Suffolk, 85 F. Supp. 2d 117 (E.D.N.Y. 2000) ..................................29

Curley v. Village of Suffern, 268 F.3d 65 (2d Cir. 2001)............................................21, 27

Daniel v. Long Island Housing Partnership, Inc., 2009 WL 702209 (E.D.N.Y. 2009) ......................................................................................................25

Danielak v. City of New York, 2005 WL 2347095 (E.D.N.Y. 2005) ..............................29

Drummond v. Castro, 522 F. Supp. 2d 667 (S.D.N.Y. 2007)......................................13, 18

East v. Scott, 55 F.3d 996 (5th Cir. 1995) ..............................................................24

Escalera v. Lunn, 361 F.3d 737 (2d Cir. 2004)............................................................18, 21

Friedl v. City of New York, 210 F.3d 79 (2d Cir. 2000)......................................................2

Gil v. County of Suffolk, 590 F. Supp. 2d 360 (E.D.N.Y. 2008) ......................................14

Green v. Montgomery, 219 F.3d 52 (2d Cir. 2000)............................................................4

Harlow v. Fitzgerald, 457 U.S. 800 (1982)......................................................................19

Iqbal v. Hasty, 490 F.3d 143 (2d Cir. 2007)......................................................................2

Jocks v. Tavernier, 316 F.3d 128 (2d Cir. 2003) ..........................................................10, 13

Kelly v. Chase Manhattan Bank, 717 F. Supp. 227 (S.D.N.Y. 1995) ..............................29

King v. American Airlines, Inc., 284 F.3d 352 (2d Cir. 2002)............................................1

Kojak v. Jenkins, 1999 WL. 244098 (S.D.N.Y. 1999) ....................................................29

Kulak v. City of New York, 88 F.3d 63 (2d Cir. 1996)......................................................5

Lennon v. Miller, 66 F.3d 416 (2d Cir. 1995) ..............................................................14, 20

Leonard F. v. Israel Discount Bank of New York, 199 F.3d 99 (2d Cir. 1999) ..................2

Loria v. Gorman, 306 F.3d 1271 (2d Cir. 2002)....................................................20

Malone v. City of New York, 2006 WL 2524197 (E.D.N.Y. 2006) ................................26

Martinez v. Simonetti, 202 F.3d 625 (2d Cir. 2000)..........................................20, 21

Miranda v. Arizona, 384 U.S. 436 (1966) ...........................................................4

Monell v. Department of Social Services, 436 U.S. 658 (1978) .....................................27

Murphy v. Lynn, 118 F.3d 938 (2d Cir. 1997) .........................................................18, 19

Newman & Schwartz v. Asplundh Tree Expert Co., Inc., 102 F.3d 660 (2d Cir. 1996) ...............................................................................................................2

Pearson v. Callahan, ___ U.S. ___, 129 S. Ct. 808 (2009).................................20

Posr v. Doherty, 944 F.2d 91 (2d Cir. 1991) ........................................................18

Quinn v. Nassau County Police Depart., 53 F. Supp. 2d 347 (E.D.N.Y. 1999)...............26

Reinhart v. City of Schenectady Police Depart., 599 F. Supp. 2d 323 (N.D.N.Y. 2009) ..............................................................................................................29

Rohman v. N.Y. City Transit Authority, 215 F.3d 208 (2d Cir. 2000) ...........................10

Saucier v. Katz, 533 U.S. 194 (2001) ...................................................................20

Savino v. City of New York, 331 F.3d 63 (2d Cir. 2003) ...........................................13, 17

Simons v. New York, 472 F. Supp. 2d 253 (N.D.N.Y. 2007) ...........................................14

Singer v. Fulton County Sheriff, 63 F.3d 110 (2d Cir. 1995).....................................18, 19

Smith v. Edwards, 2000 WL 709005 (S.D.N.Y. 2000) ................................................23, 24

Stephens v. Shuttle Associates, L.L.C., 547 F. Supp. 2d 269 (S.D.N.Y. 2008)...............29

Strickler v. Greene, 527 U.S. 263 (1999) ............................................................22

Sullivan v. Gagnier, 225 F.3d 161 (2d Cir. 2000) ..............................................4

Tankleff v. Senkowski, 135 F.3d 235 (2d Cir. 1998) .............................................5, 8, 9, 17

Tankleff v. Senkowski, 993 F. Supp. 151 (E.D.N.Y. 1997).................................5, 9, 17, 19

Tardd v. Brookhaven Na. Laboratory, 407 F. Supp. 2d 404 (E.D.N.Y. 2006)..................26

U.S. v. Gil, 297 F.3d 93 (2d Cir. 2002) ....................................................................22

U.S. v. LeRoy, 687 F.2d 610 (2d Cir. 1982).............................................................23

U.S. v. Middlemiss, 217 F.3d 112 (2d Cir. 2000)......................................................24

U.S. v. Parks, 100 F.3d 1300 (7th Cir. 1996) ..........................................................24

U.S. v. Zagari, 111 F.3d 307 (2d Cir. 1997) ............................................................24

Weyant v. Okst, 101 F.3d 845 (2d Cir. 1996)...........................................................19

Zellner v. Summerlin, 494 F.3d 344 (2d Cir. 2007) ..................................................19

### STATE CASES

Cantalino v. Danner, 96 N.Y.2d 391 (2001)..............................................................12

Colon v. City of New York, 60 N.Y.2d 78 (1983) ...............................................10, 13

Gaylord v. Fiorella, 28 A.D.3d 713 (2d Dep't 2006) .................................................29

Hankins v. Great Atlantic and Pacific Tea Co., 208 A.D.2d 111 (1st Dep't 1995) ..........12

Kaufman v. Eli Lilly & Co., 65 N.Y.2d 449 (1985) ....................................................4

Kennedy v. McKesson Co., 58 N.Y.2d 500 (1983).....................................................29

Leonard v. Reinhardt, 20 A.D.3d 510 (2d Dep't 2008) ..............................................28

Martinez v. City of Schenectady, 97 N.Y.2d 78 (2001) .......................................13, 18

People v. Fuentes, 12 N.Y.3d 259 (2009)................................................................22

People v. Tankleff, 84 N.Y.2d 992 (1994) .............................................................5, 7

People v. Tankleff, 199 A.D.2d 550 (2d Dep't 1993)...............................5, 7, 9, 11, 17, 19

Smith-Hunter v. Harvey, 95 N.Y.2d 191 .................................................................12

**FEDERAL STATUTES**

42 U.S.C. §1983 ................................................................................................1

Federal Rules of Civil Procedure 12(c) .................................................1, 2, 30

**STATE STATUTES**

New York Criminal Procedure Law §440 .........................................................5

**MISCELLANEOUS**

Reply Brief of Defendant-Appellant, <u>People v. Tankleff</u>, .................................9