## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
COUNTY OF SUFFOLK)$^{SS.:}$

    **Marilyn A. Rompel**, being duly sworn, deposes and says: That I am over 18 years of age and associated with the Suffolk County Attorney. That on the **6th** day of **April, 2009** she served the within **NOTICE OF MOTION PURSUANT TO FRCP RULE 12(c) with Affirmation in Support and Memorandum of Law** in the matter of **Tankleff v. County of Suffolk, et al., Index No. CV09-1207 (JS)(WDW),** upon the person hereinafter named and by depositing a true copy thereof, enclosed in a post-paid properly addressed mail wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

To:
**Deborah L. Cornwall, Esq.**
Neufeld Scheck & Brustin
Attorneys for Plaintiff
99 Hudson Street, 8th Floor
New York, NY 10013

                                                                                                               _____
                                                                                                               Marilyn A. Rompel

Sworn to before me this

6th day of April, 2010.


_____
Sandra Liccardi
Notary Public, State of New York
No. 01L16159518
Qualified in Suffolk County
Commission Expires 1/16/2011