# Exhibit A

**ORIGINAL**

1

2    UNITED STATES DISTRICT COURT NEW YORK
     FOR THE EASTERN DISTRICT OF NEW YORK
3    -------------------------------------------X

4    MARTIN TANKLEFF,

5                     Plaintiff,

6       -against-

7    THE COUNTY OF SUFFOLK, K. JAMES McCREADY,
     NORMAN REIN, CHARLES KOSCIUK, ROBERT DOYLE,
8    JOHN McLELHONE, JOHN DOE POLICE OFFICERS
     #1-10, RICHARD ROE SUFFOLK COUNTY EMPLOYEES
9    #1-10,

10                    Defendants.

11   -------------------------------------------X

12
                          666 Old Country Road
13                        Garden City, New York

14
                          June 10, 2013
15                        10:43 a.m.

16

17      DEPOSITION of JERRY STEUERMAN, one of the

18   Defendants herein, taken by the Plaintiff,

19   pursuant to Federal Rules of Civil Procedure

20   and Notice, held at the above-mentioned time

21   and place, before Dolly Fevola, Notary

22   Public of the State of New York.

23

24

25

2

1

2      A P P E A R A N C E S :

3

4      BARKET, MARION EPSTEIN & KEARON, LLP
              Attorneys for the Plaintiff
              666 Old Country Road
5              Garden City, New York 11530
       BY:    BRUCE BARKET, ESQ.
6              AMY MARION, ESQ.

7

8      SCARING & CARMAN, PLLC
              Attorneys for the Plaintiff
9              666 Old Country Road, Suite 501
              Garden City, New York 11530
10     BY:    SUSAN SCARING CARMAN, ESQ.

11

12     SUFFOLK COUNTY DEPARTMENT OF LAW
              Attorneys for the Defendants
              H. Lee Dennison Building
13             Hauppauge, New York
       BY:    BRIAN MITCHELL, ESQ.
14

15     ALSO PRESENT:

16     MARTIN TANKLEFF

17     PERRY FINKELSTEIN, Videographer

18

19

20

21

22

23

24

25

```
 1                                              3

 2                     STIPULATIONS

 3       IT IS HEREBY STIPULATED AND AGREED, by

 4   and among counsel for the respective parties

 5   hereto, that the filing, sealing and

 6   certification of the within deposition shall

 7   be and the same are hereby waived;

 8       IT IS FURTHER STIPULATED AND AGREED that

 9   all objections, except as to form of the

10   question, shall be reserved to the time of

11   the trial;

12       IT IS FURTHER STIPULATED AND AGREED that

13   the within deposition may be signed before

14   any Notary Public with the same force and

15   effect as if signed and sworn to before the

16   Court.

17                 *       *       *

18

19

20

21

22

23

24

25
```

J. Steuerman                4

1     THE VIDEOGRAPHER:  This is reel

2     number 1 of the deposition of Jerry

3     Steuerman in the matter of Martin

4     Tankleff versus the County of

5     Suffolk, K. James McCready, et al,

6     in the U.S. District Court.  We're

7     the Eastern District of New York.

8        This deposition is being held

9     at 666 Old Country Road, Suite 700,

10    Garden City, New York at the offices

11    of Barket Marion Epstein & Kearon on

12    Monday, June 10th, 2013, at

13    approximately 10:43 a.m.

14       My name is Perry Finkelstein,

15    the videographer from Pro Video

16    Productions, located in Nesconset,

17    New York, and I attest to record

18    these proceedings fairly and

19    accurately.

20       The court reporter is Dolly

21    Fevola in association with Fevola

22    Court Reporting.

23       Counsel, please introduce

24    yourselves and state the parties you

<pre>
 1                    J. Steuerman          5

 2        represent.

 3              MR. BARKET:  Bruce Barket.  I

 4        represent the Plaintiff, Martin

 5        Tankleff.

 6              MS. CARMAN:  Susan Scaring

 7        Carman, 666 Old Country Road,

 8        representing Jerry Steuerman.

 9              MR. MITCHELL:  Representing the

10        County of Suffolk and the Suffolk

11        County Defendants is Dennis M.

12        Brown, Suffolk County Attorney by

13        Brian C. Mitchell, Assistant County

14        Attorney.

15              THE VIDEOGRAPHER:  Court

16        Reporter, please swear in the

17        witness.

18     J E R R Y  S T E U E R M A N, after

19  having been first duly sworn by a Notary

20  Public of the State of New York, was

21  examined and testified as follows:

22  EXAMINATION BY

23  MR. BARKET:

24        Q    State your name for the record,

25  please?
</pre>

```
 1                    J. Steuerman          6

 2         A     Jerry Steuerman.

 3         Q     State your address, please.

 4         A     6864 Willow Wood Drive, Boca

 5   Raton, Florida 33434.

 6              MR. BARKET:  Good morning, Mr.

 7         Steuerman.  I'm going to ask you a

 8         series of questions.  If, at any

 9         time, you don't understand the

10         question, just say so and I'll try

11         to rephrase it.

12              You're free to talk to your

13         attorney at any point you'd like,

14         but I ask that you not do so while a

15         question is pending.  Once I ask a

16         question, you answer it or not, and

17         after that you talk to your

18         attorney, okay?

19              THE WITNESS:  Okay.

20         Q     Do you have any children?

21         A     Four.

22         Q     What are their names, please?

23              MS. CARMAN:  I'd like to put on

24         the record that upon the advice of

25         counsel, Mr. Steuerman is not going
```

J. Steuerman                 7

1

2       to be answering any questions

3       relating to the incident that

4       occurred based upon his right not to

5       incriminate himself.  He'll be

6       answering just questions based on

7       his name and address.

8              MR. BARKET:  How would the

9       names of his children incriminate

10      himself?

11             MS. CARMAN:  I'll allow him to

12      answer those brief questions but we

13      don't want to get into any detail

14      here regarding what has transpired

15      on the date of incident because we

16      understand that you believe he is

17      the culprit of this action.

18             MR. BARKET:  Okay.

19      Q      What are the names and ages of

20  your children?

21      A      Glen is 54; Barry is 52; Tod is

22  50 and Darcy is 48.

23      Q      Where does Glen currently

24  reside?

25      A      On the advice of counsel, I

J. Steuerman                     8

1

2   invoke my fifth.

3                   MR. BARKET:  I'm not sure how

4         the address of your oldest son

5         affects your fifth amendment rights.

6                   MS. CARMAN:  Let me just go off

7         the record.  I'd like to speak with

8         my client outside for a minute.

9                   MR. BARKET:  Sure.

10                   THE VIDEOGRAPHER:  Going off

11         the record at 10:57.

12                   (Whereupon, a brief recess was

13         taken.)

14                   THE VIDEOGRAPHER:  We're back

15         on the record at approximately

16         10:54.

17         Q     You had a chance to speak with

18   your attorney and I'm going to ask you again

19   where your oldest child Glen lives?

20         A     On the advice of counsel, I

21   invoke my fifth amendment rights.

22         Q     Where does your daughter Barry

23   live?

24         A     On the advice of counsel, I am

25   invoking my fifth amendment rights.

```
 1                      J. Steuerman          9

 2          Q    Your son Tod where does he

 3     reside?

 4          A    On the advice of counsel, I am

 5     invoking the fifth.

 6          Q    Did you know two individuals by

 7     the name of Arlene and Seymour Tankleff?

 8          A    On the advice of counsel, I'm

 9     invoking the fifth.

10          Q    You know Martin Tankleff who is

11     sitting here?

12          A    On the advice of counsel, I'm

13     taking the fifth.

14          Q    In or about 2003, did you

15     become aware that there was an application

16     by Marty Tankleff to vacate his conviction?

17          A    On the advice of counsel, I'm

18     invoking my fifth amendment rights.

19               MR. BARKET:  How could his

20               knowledge about a legal matter or

21               lack thereof affect his fifth

22               amendment rights?

23               MS. CARMAN:  Are you posing

24               that question to Mr. Steuerman or to

25               myself?
```

J. Steuerman          10

1                          

2              MR. BARKET:  I guess to you.

3              MS. CARMAN:  Are you posing it

4      to me?

5              MR. BARKET:  Yes.  I don't

6      understand.  I understand that he

7      wants to take the fifth about

8      questions that could affect his

9      incriminating himself, but his

10     knowledge of a pending legal matter

11     or lack thereof?

12            MS. CARMAN:  Because it leads

13     to other questions that would force

14     him to uncover other knowledge.

15            MR. BARKET:  Okay.

16     Q   At some point in time, you

17  retained an attorney, Steven Scaring.  When

18  was that?

19     A   I'm invoking my fifth amendment

20  rights.

21     Q   To your knowledge, did Steven

22  Scaring have any conversations with anyone

23  from the Suffolk District Attorney's office,

24  including but not limited to Leonard Leto?

25     A   I'm invoking my fifth amendment

J. Steuerman          11

1   rights.

2          Q     Were you aware that you were

3   going to be asked to testify at a 440

4   hearing before Judge Braslow sometime on or

5   about 2004?

6          A     I'm invoking my fifth amendment

7   rights.

8          Q     Did you retain Mr. Scaring for

9   the purpose of representing you during the

10  course of the 440 in the subsequent

11  investigation?

12         A     I'm invoking my fifth amendment

13  rights.

14         Q     On September 6th of 1998, where

15  did you live?

16         A     I'm invoking my fifth amendment

17  rights.

18         Q     Were you involved in a regular

19  poker game with Seymour Tankleff?

20         A     I'm invoking my fifth amendment

21  rights.

22         Q     Did you play any role in the

23  murder of either Seymour or Arlene Tankleff?

24         A     On the advice of counsel, I'm

J. Steuerman                12

1

2  invoking my fifth amendment.

3          Q     Did your son Tod have a

4  relationship with an individual by the name

5  of Joseph Creedon?

6          A     On the advice of counsel, I'm

7  invoking my fifth amendment rights.

8          Q     Were you the last person to

9  leave the poker game in the early morning

10 hours of September 7, 1998; leave the

11 Tankleff residence, that is?

12         A     On the advice of counsel, I'm

13 invoking my fifth amendment rights.

14         Q     Did you let Joseph Creedon and

15 Peter Kent into the Tankleff home in the

16 early morning hours of September 7, 1998?

17         A     On the advice of counsel, I'm

18 invoking my fifth.

19         Q     Did you participate in a

20 bludgeoning and stabbing of Seymour

21 Tankleff?

22         A     On the advice of counsel, I'm

23 invoking my fifth.

24         Q     Did you instruct two other

25 individuals to go down to the other end of

J. Steuerman                13

1

2    the house to check on Arlene Tankleff?

3         A     I'm invoking my fifth amendment

4    rights.

5         Q     At that point in time, were you

6    aware that those individuals attacked Arlene

7    Tankleff, beat and stabbed her?

8         A     On the advice of counsel, I'm

9    invoking the fifth amendment.

10        Q     Did you have any role in the

11   beating and stabbing, direct role, of Arlene

12   Tankleff?

13        A     On the advice of counsel, I'm

14   taking the fifth.

15        Q     Did you pay anyone any money in

16   connection with the attack on Seymour and

17   Arlene Tankleff?

18        A     On the advice of counsel, I'm

19   taking the fifth.

20        Q     Did you have any contact with

21   an individual by the name of Skippy Dwyer?

22        A     On the advice of counsel, I'm

23   taking the fifth.

24        Q     You're aware, of course, that

25   your son Tod was convicted of selling

J. Steuerman                14

2   cocaine around 1990 or so; is that right?

3        A    On the advice of counsel, I'm

4   taking the fifth.

5        Q    Were you aware that Joseph

6   Creedon collected drug tests for your son

7   Tod?

8        A    On the advice of counsel, I'm

9   taking the fifth.

10       Q    Do you know an individual by

11  the name of Glass, Brian Scott Glass?

12       A    On the advice of counsel, I'm

13  taking the fifth.

14       Q    Did you offer him money to

15  collect money from Seymour Tankleff?

16       A    On the advice of counsel, I'm

17  taking the fifth.

18       Q    Did you offer him money to

19  quote "send a message" to Mr. Tankleff by

20  hurting or killing him?

21       A    On the advice of counsel, I'm

22  taking the fifth.

23       Q    Did Mr. Glass tell you that he

24  would collect the money but that he would be

25  able to do it without harming -- potentially

J. Steuerman                15

1

2    harming Mr. Tankleff?

3           A      On the advice of counsel, I'm

4    taking the fifth.

5           Q      Did he then refer you or

6    suggest that you contact Joe Creedon for

7    this activity?

8           A      On the advice of counsel, I'm

9    taking the fifth.

10          Q      Did you ask your son Tod to

11   speak to Joseph Creedon about attacking the

12   Tankleffs?

13          A      On the advice of counsel, I'm

14   taking the fifth amendment.

15          Q      Prior to September 7th of 1998,

16   have you ever spoken to Joseph Creedon?

17          A      On the advice of counsel, I'm

18   taking the fifth.

19          Q      Prior to September 7th of 1998,

20   have you ever spoken with Peter Kent?

21          A      On the advice of counsel, I'm

22   taking the fifth.

23          Q      Have you heard of an individual

24   by the name of Glen Harris?

25          A      On the advice of counsel, I'm

J. Steuerman                16

1   taking the fifth.

2        Q     Did you ask Joseph Creedon to

3   participate in the murders of Seymour and

4   Arlene Tankleff, or instruct someone else to

5   speak to him on your behalf?

6        A     On the advise of counsel, I'm

7   taking the fifth.

8        Q     Did you ask Glen Harris to

9   participate in the murders of Seymour and

10  Arlene Tankleff or instruct someone else to

11  speak with Mr. Harris on your behalf?

12       A     On the advice of counsel, I'm

13  taking the fifth.

14       Q     Did you pay Joseph Creedon to

15  participate in the murders of Seymour and

16  Arlene Tankleff or instruct someone else to

17  pay him on your behalf?

18       A     On the advice of counsel, I'm

19  taking the fifth.

20       Q     Did you pay Peter Kent to

21  participate in the murders of Seymour and

22  Arlene Tankleff, or instruct someone else to

23  pay Mr. Kent on your behalf?

24       A     On the advice of counsel, I'm

```
                          J. Steuerman        17
```

1  taking the fifth.

2

3       Q     Were you aware that prior to

4  September 7, 1998 your son Tod had spoken to

5  Joseph Creedon about participating in the

6  murders of Seymour and Arlene Tankleff?

7       A     On the advice of counsel, I'm

8  taking the fifth.

9       Q     Did you instruct your son Tod

10  to tell Joseph Creedon in April of 1989 that

11  you wanted to cut out Martin Tankleff's

12  tongue?

13       A     On the advice of counsel, I'm

14  taking the fifth.

15       Q     Did you tell your son Tod in or

16  prior to April of 1989 that you wanted to

17  cut off Marty Tankleff's tongue?

18       A     On the advice of counsel, I'm

19  taking the fifth.

20       Q     Did you tell your son Tod in or

21  prior to April of 1989 that you wanted to

22  cut off Martin Tankleff's tongue because you

23  were worried that the police would

24  investigate Marty's accusations against you

25  and discover they were true?

J. Steuerman          18

1

2          A       On the advice of counsel, I'm

3     taking the fifth.

4          Q       Did you testify truthfully at

5     Martin Tankleff's criminal trial?

6          A       On the advice of counsel, I'm

7     invoking my fifth amendment rights.

8          Q       Did you ask your daughter Barry

9     to purger herself and give a false alibi at

10    Martin Tankleff's criminal trial?

11         A       On the advice of counsel, I'm

12    invoking my fifth amendment rights.

13         Q       By August of 1988 you owed

14    Seymour Tankleff a great deal of money; is

15    that correct?

16         A       On the advice of counsel, I'm

17    invoking my fifth amendment rights.

18         Q       Is it correct that you paid him

19    in cash at the poker games in return for

20    that loan?

21         A       I am invoking my fifth

22    amendment rights.

23         Q       On the early morning hours of

24    September 7th of 1988, after everyone else

25    had left, did you and Mr. Tankleff have a

J. Steuerman                    19

1    conversation about these loans?

2         A    On the advice of counsel, I'm

3    invoking my fifth amendment rights.

4         Q    Were you aware that on the desk

5    splattered with his blood was a note or a

6    demand letter from him to you asking for a

7    payment of $50,000 towards the repayment of

8    this loan?

9         A    On the advice of counsel, I'm

10   invoking my fifth amendment rights.

11        Q    Were you aware that a letter

12   was actually dated in June of 1988?

13        A    On the advice of counsel, I'm

14   invoking my fifth amendment right.

15        Q    Did you have any discussions

16   with him at that point in time about the

17   loan and the repayment of a large sum of

18   money?

19        A    On the advice of counsel, I'm

20   invoking my fifth amendment rights.

21        Q    Were you lying at Martin

22   Tankleff's criminal trial when you testified

23   that you did not know by June of 1988 that

24   Seymour Tankleff was demanding a payment of

J. Steuerman                20

1   $50,000?

2        A     On the advice of counsel, I'm

3   invoking my fifth amendment rights.

4        Q     Were you lying at Martin

5   Tankleff's criminal trial when you testified

6   that you did not remember Julie Mulcher

7   signing for a letter from Seymour Tankleff

8   on June 29th of 1998 demanding payment of

9   $50,000?

10        A     On the advice of counsel, I'm

11   invoking my fifth amendment rights.

12        Q     In August of 1988, had you made

13   sexual advances towards Arlene Tankleff that

14   she rejected?

15        A     On the advice of counsel, I'm

16   invoking my fifth amendment rights.

17        Q     Were you lying at trial when

18   you testified that you did not remember

19   making sexual advances towards Arlene

20   Tankleff?

21        A     I'm invoking my fifth amendment

22   rights.

23        Q     Were you lying at trial when

24   you said that you were upset over the death

J. Steuerman          21

1

2   of Arlene Tankleff?

3        A     I'm invoking my fifth amendment

4   rights.

5        Q     Were you lying at trial when

6   you said you were upset over the death of

7   Seymour Tankleff?

8        A     I'm invoking my fifth amendment

9   rights.

10        Q     Where was the cash coming from

11   that you were using to repay the loans for

12   Mr. Tankleff?

13        A     On the advice of counsel, I'm

14   invoking my fifth amendment rights.

15        Q     Were you having trouble raising

16   sufficient money to pay back Mr. Tankleff?

17        A     On the advice of counsel, I'm

18   invoking my fifth amendment rights.

19        Q     There was a quote attributed to

20   you that you are "a poor man living like a

21   rich man;" do you remember making that

22   statement?

23        A     On the advice of counsel, I'm

24   invoking my fifth amendment rights.

25        Q     Do you know what your financial

J. Steuerman                    22

1    status was in 1988?

2         A    On the advice of counsel, I'm

3    invoking my fifth amendment rights.

4         Q    Where did you reside at that

5    time?

6         A    On the advice of counsel, I'm

7    invoking my fifth.

8         Q    Do you own or rent a home?

9         A    On the advice of counsel, I'm

10   invoking my fifth amendment.

11        Q    Had Seymour Tankleff repeatedly

12   confronted you over the summer of 1988 about

13   why you were not paying back the money you

14   owed him?

15        A    On the advice of counsel, I'm

16   invoking my fifth amendment.

17        Q    On September 7, 1988, did you

18   believe that if Seymour Tankleff were to die

19   that you would not have to continue to pay

20   him the money that you owed him?

21        A    On the advice of counsel, I'm

22   invoking the fifth.

23        Q    Is it correct that after their

24   deaths the loan was settled with the Estate

J. Steuerman                    23

1     of Mr. Tankleff at a significantly reduced

2     rate; in other words, you saved a

3     significant amount of money because of their

4     death?

5          A     On the advice of counsel, I'm

6     invoking my fifth amendment rights.

7          Q     Shortly after the Tankleffs

8     were attacked and prior to Mr. Tankleff

9     dieing, did you stage your own

10    disappearance?

11         A     On the advice of counsel, I'm

12    invoking the fifth.

13         Q     Did you fake your own death at

14    that time?

15         A     On the advice of counsel, I'm

16    invoking the fifth.

17         Q     Did you travel to California a

18    few weeks after the attack on Seymour and

19    Arlene Tankleff?

20         A     On the advice of counsel, I'm

21    invoking the fifth.

22         Q     Did you take money out of a

23    joint bank account held with Seymour

24    Tankleff; in other words, to finance this

J. Steuerman                    24

1

2   trip to California?

3           A      On the advice of counsel, I'm

4   invoking my fifth amendment.

5           Q      Did you have a hair weave or a

6   toupee in 1998?

7           A      On the advice of counsel, I'm

8   invoking the fifth amendment.

9           Q      Did you have your hair weave

10  serviced in California in order to avoid

11  having hairs found at the scene of the

12  crimes against the Tankleffs matched to your

13  hair weave?

14          A      On the advice of counsel, I'm

15  invoking my fifth amendment right.

16          Q      When was the first time you met

17  Detective McCready?

18          A      On the advice of counsel, I'm

19  taking the fifth.

20          Q      Had you spoken with Detective

21  McCready prior to September 7th of 1988?

22          A      On the advice of counsel, I'm

23  taking the fifth.

24          Q      Had you spent time with

25  Detective McCready at Digger O'Dells prior

```
 1                      J. Steuerman        25

 2   to September 7th of 1988?

 3        A     On the advice of counsel, I'm

 4   invoking the fifth.

 5        Q     When did you become aware that

 6   your son Tod was dealing drugs, cocaine, out

 7   of the bagel store that you owned?

 8        A     On the advice of counsel, I'm

 9   invoking the fifth.

10        Q     How do you support yourself

11   currently?

12        A     On the advice of counsel, I'm

13   invoking the fifth.

14        Q     Did you meet at any point prior

15   to 1992 Thomas Spota?

16        A     On the advice of counsel, I'm

17   invoking the fifth.

18        Q     At some point prior to 1988,

19   you had a dispute with a union; is that

20   right?

21        A     On the advice of counsel, I'm

22   invoking the fifth.

23        Q     Did you ever handcuff yourself

24   to an office or a building?

25        A     On the advice of counsel, I'm
```

J. Steuerman          26

1    invoking the fifth.

2         Q     Did you ever hire Hells Angels

3    or other biker groups to convince the

4    employees not to unionize?

5         A     On the advice of counsel, I'm

6    invoking the fifth.

7         Q     Would you be willing to answer

8    questions if you were given immunity by the

9    Attorney General's office in New York?

10        A     On the advice of counsel, I

11   invoke the fifth.

12        Q     Did you gamble with organized

13   crime figures in 1988?

14        A     On the advice of counsel, I'm

15   invoking my fifth amendment rights.

16        Q     Did you know an individual by

17   the name Ronnie Deconta?

18        A     On the advice of counsel, I'm

19   invoking my fifth.

20        Q     Were you aware that Ronnie was

21   an associate in the Gambino crime family?

22        A     On the advice of counsel, I'm

23   invoking my fifth amendment.

24              MR. BARKET:  Could we take a

J. Steuerman                    27

1
2    break for about two minutes?
3              THE VIDEOGRAPHER:  Going off
4    the record at approximately 11:13.
5              (At this time, a brief recess
6    was taken.)
7              THE VIDEOGRAPHER:  Back on the
8    record at approximately 11:19.
9         Q    Did you have some work done on
10   some of your stores at some point after
11   1988.
12        A    On the advice of counsel, I'm
13   invoking my fifth amendment rights.
14        Q    Do you remember an individual
15   by the name of Mr. Fisher who was a cabinet
16   maker who did some work on your stores?
17        A    On the advice of counsel, I'm
18   invoking my fifth.
19        Q    Do you remember getting angry
20   at one point while he was present and
21   shouting that you cut two people's throats
22   and you would not hesitate to do it again?
23        A    On the advice of counsel, I'm
24   invoking my fifth amendment rights.
25        Q    Did you make any statements

```
 1                         J. Steuerman        28

 2      concerning the Tankleff murders to anybody

 3      in Florida since 2003?

 4           A    I'm taking my fifth amendment

 5      rights.

 6           Q    Did you make a comment to an

 7      employee of one of your stores down there

 8      that you're an old man and what are they

 9      going to do to you at this point in time?

10           A    I'm invoking my fifth amendment

11      rights.

12           Q    Did you go to a local

13      restaurant or bar, Carrington's, in the fall

14      of 1987?

15           A    On the advice of counsel, I'm

16      taking my fifth amendment rights.

17           Q    Specifically, on Wednesday, did

18      you attend or go to that bar and meet with a

19      Detective James McCready at that time?

20           A    On the advice of counsel, I'm

21      invoking my fifth.

22           Q    Did you ask Detective McCready

23      to speak to your daughter's sons, your

24      grandson's school?

25           A    On the advice of counsel, I'm
```

J. Steuerman                    29

1    invoking my fifth.

2         Q    Were you ever involved in

3    running or profiting from prostitution?

4         A    On the advice of counsel, I'm

5    invoking my fifth.

6         Q    I asked you some questions

7    before about your hair weave.  I want to be

8    clear that the questions were directed to

9    the time period of 1988, not 1998.

10             Did you have a hair weave or

11   toupee in 1988?

12        A    On the advice of counsel, I am

13   invoking my fifth amendment.

14        Q    Did you alter that hair weave

15   in California in 1988?

16        A    On the advice of counsel, I'm

17   invoking my fifth.

18        Q    While in California, did you

19   meet with Detective McCready and other

20   people from the Suffolk County D.A.'s office

21   and Homicide Squad?

22        A    On the advice of counsel, I'm

23   invoking my fifth amendment.

24        Q    While there, did they coach you

```
                              J. Steuerman        30

 1     on what to say when you returned?

 2          A     On the advice of counsel, I'm

 3     invoking my fifth amendment.

 4          Q     When did you first meet John

 5     Collins?

 6          A     On the advice of counsel, I'm

 7     invoking my fifth amendment.

 8          Q     Have you ever worked as an

 9     informant for the Suffolk County law

10     enforcement community?

11          A     On the advice of counsel, I'm

12     invoking my fifth amendment.

13          Q     Have you ever provided

14     information about criminal activity to the

15     law enforcement community?

16          A     On the advice of counsel, I'm

17     invoking my fifth.

18          Q     Did you pay any money to anyone

19     from Suffolk County law enforcement

20     community at any point in time to not have

21     your son arrested for his drug dealing?

22          A     On the advice of counsel, I'm

23     taking the fifth.

24          Q     Your son Tod, I think, was
```


```
 1                         J. Steuerman        30
 2     on what to say when you returned?
 3          A     On the advice of counsel, I'm
 4     invoking my fifth amendment.
 5          Q     When did you first meet John
 6     Collins?
 7          A     On the advice of counsel, I'm
 8     invoking my fifth amendment.
 9          Q     Have you ever worked as an
10     informant for the Suffolk County law
11     enforcement community?
12          A     On the advice of counsel, I'm
13     invoking my fifth amendment.
14          Q     Have you ever provided
15     information about criminal activity to the
16     law enforcement community?
17          A     On the advice of counsel, I'm
18     invoking my fifth.
19          Q     Did you pay any money to anyone
20     from Suffolk County law enforcement
21     community at any point in time to not have
22     your son arrested for his drug dealing?
23          A     On the advice of counsel, I'm
24     taking the fifth.
25          Q     Your son Tod, I think, was
```

J. Steuerman                    31

1    arrested twice for selling drugs.  The first

2    time he was represented by Thomas Spota's

3    firm; do you recall that?

4

5          A     On the advice of counsel, I'm

6    taking the fifth.

7          Q     How much did you pay Thomas

8    Spota to represent your son at that point in

9    time?

10         A     On the advice of counsel, I'm

11   taking my fifth.

12         Q     Did you give him money beyond

13   his legal fees to pay prosecutors or police

14   to obtain for your son a favorable

15   disposition?

16         A     On the advice of counsel, I'm

17   taking the fifth.

18         Q     While your son began to sell

19   drugs after his first arrest at the bagel

20   store, were you paying police officers to

21   prevent his arrest?

22         A     On the advice of counsel, I'm

23   invoking my fifth amendment.

24         Q     After his second arrest, did

25   you agree to and did your son agree to a

J. Steuerman          32

1   prison term to make sure you were not also

2   implicated on the drug deals?

3       A    On the advice of counsel, I'm

4   invoking my fifth amendment.

5       Q    Did you keep a safe in your

6   bagel store, any of your bagel stores, in

7   1988?

8       A    On the advice of counsel, I'm

9   invoking my fifth amendment.

10      Q    Did you meet with Detective

11  McCready in a back room where you kept

12  either a safe or large sums of cash?

13          MR. MITCHELL:  At any time?

14          MR. BARKET:  No, in or about

15      1988.

16      A    On the advice of counsel, I'm

17  invoking my fifth amendment.

18      Q    Were you involved or did you

19  know anyone in organized crime?

20      A    On the advice of counsel, I'm

21  invoking my fifth.

22      Q    Did you pay any money to

23  Detective McCready after the Tankleff

24  murders to make sure that you were not

J. Steuerman                33

1

2   arrested for that crime?

3        A     On the advice of counsel, I'm

4   taking the fifth amendment.

5        Q     When did you first learn of the

6   attack on the Tankleffs?

7        A     On the advice of counsel, I'm

8   invoking my fifth amendment.

9        Q     When did you first learn that

10  Mr. Tankleff, Marty Tankleff, and other

11  members of the Tankleff family who survived

12  Arlene and Seymour were accusing you of

13  participating in the murders?

14       A     On the advice of counsel, I'm

15  invoking my fifth amendment.

16       Q     After you learned that they

17  were accusing you of these murders, did you

18  speak with your daughter Barry to set up a

19  false alibi for that evening?

20       A     On the advice of counsel, I'm

21  invoking my fifth.

22       Q     Why did you travel to

23  California shortly after the Tankleffs

24  attacks but before Seymour Tankleff died?

25       A     On the advice of counsel, I am

J. Steuerman                34

1   invoking my fifth amendment.

2        Q     Did you speak with Detective

3   McCready prior to you fleeing to California?

4        A     On the advice of counsel, I'm

5   invoking my fifth amendment.

6        Q     Did you speak to Detective

7   McCready in California?

8        A     On the advice of counsel, I'm

9   invoking my fifth amendment.

10        Q     Who represented you in the

11   matter to settle the debt you owed the

12   Tankleffs after the Tankleffs were murdered?

13        A     On the advice of counsel, I'm

14   invoking my fifth amendment.

15        Q     How much money did Seymour

16   Tankleff lend you?

17        A     On the advice of counsel, I'm

18   invoking my fifth.

19        Q     Is it correct that he lent you

20   approximately a half a million dollars prior

21   to 1988?

22        A     On the advice of counsel, I'm

23   invoking my fifth.

24        Q     Is it correct that in 1988 you

J. Steuerman                35

1

2  still owed him several hundred thousand

3  dollars?

4       A    On the advice of counsel, I'm

5  invoking my fifth.

6       Q    Is it correct that you had a

7  payment schedule to give him money every

8  month?

9       A    On the advice of counsel, I'm

10 invoking my fifth amendment.

11      Q    Is it correct that Seymour

12 Tankleff found out about the drugs that were

13 being dealt by you and your son out of the

14 bagel stores?

15      A    On the advice of counsel, I'm

16 invoking my fifth amendment rights.

17      Q    Is it correct that he demanded

18 payment in full of all the outstanding loans

19 or he would disclose to the police that you

20 and your son were dealing cocaine out of the

21 bagel store?

22      A    On the advice of counsel, I'm

23 invoking my fifth amendment rights.

24      Q    The poker game on the, I guess,

25 the night of September 6th going into

J. Steuerman                    36

1

2    September 7th of 1988, who attended it?

3         A    On the advice of counsel, I'm

4    invoking my fifth.

5         Q    There's been testimony that you

6    and Mr. Tankleff were, after the game had

7    broken up, were having a private discussion.

8    What were you two talking about?

9         A    On the advice of counsel, I'm

10   invoking my fifth.

11        Q    Did that discussion become an

12   argument?

13        A    On the advice of counsel, I'm

14   invoking my fifth amendment rights.

15        Q    What were you wearing on the

16   evening of September 6th of 1988?

17        A    On the advice of counsel, I'm

18   invoking my fifth.

19        Q    Did the police ever ask you

20   what you were wearing on the night of

21   September 6, 1988?

22        A    On the advice of counsel, I'm

23   invoking my fifth amendment rights.

24        Q    Did you ever produce the

25   clothing you were wearing that evening for

J. Steuerman                    37

1

2    examination for blood?

3         A    On the advice of counsel, I'm

4    invoking my fifth amendment.

5         Q    Did you give the address of

6    where the Tankleffs lived to your son Tod

7    prior to September 7th of 1988?

8         A    On the advice of counsel, I'm

9    invoking the fifth.

10        Q    Did you give Joseph Creedon the

11   address of where Seymour and Arlene Tankleff

12   lived on September 7, 1988?

13        A    On the advice of counsel, I'm

14   invoking my fifth amendment.

15        Q    Just prior to Mr. Tankleff

16   being attacked, was there any discussions

17   between you and him concerning the repayment

18   of the loans?

19        A    On the advice of counsel, I'm

20   invoking my fifth amendment.

21        Q    Did you bring in Mr. Creedon

22   and others to threaten and intimidate Mr.

23   Tankleff prior to him being attacked?

24        A    On the advice of counsel, I'm

25   invoking the fifth amendment.

```
                          J. Steuerman      38
 1
 2         Q    How many times have you spoken
 3    to Mr. Creedon since September 7, 1988?
 4         A    On the advice of counsel, I'm
 5    invoking my fifth amendment.
 6         Q    Did your son and Mr. Creedon,
 7    to your knowledge, your son Tod, have a
 8    falling out in the spring of 1988 because he
 9    refused to pay Mr. Creedon for the attack on
10    the Tankleffs?
11         A    On the advice of counsel, I am
12    invoking the fifth amendment.
13         Q    It's been reported that your
14    son attacked Mr. Creedon in 1989 and there
15    was some financial dispute at the core or
16    financial problem at the core of the
17    dispute; are you aware of that?
18         A    On the advice of counsel, I'm
19    invoking my fifth amendment rights.
20         Q    Why did your son shoot at or
21    shoot Joe Creedon, your son Tod?
22         A    On the advice of counsel, I'm
23    invoking my fifth amendment.
24         Q    How much time did your son Tod
25    serve for the second time he was convicted
```

J. Steuerman                39

1   of selling drugs from the bagel store?

2        A     On the advice of counsel, I'm

3   invoking my fifth amendment.

4        Q     Were you ever charged with

5   selling drugs from the bagel store?

6        A     On the advice of counsel, I

7   take the fifth amendment.

8        Q     When did you first become aware

9   that your son was selling cocaine out of the

10  bagel store that you owned with Mr.

11  Tankleff?

12       A     On the advice of counsel, I'm

13  invoking the fifth amendment.

14       Q     Do you know an individual by

15  the name of Paul Ram?

16       A     On the advice of counsel, I'm

17  invoking my fifth amendment.

18       Q     Did you know an individual by

19  the name of William or Billy Ram?

20       A     On the advice of counsel, I'm

21  invoking my fifth amendment.

22       Q     Prior to September 7th of 1988,

23  did you offer money to individuals to murder

24  Seymour Tankleff?

J. Steuerman                40

1
2          A     On the advice of counsel, I'm

3     invoking my fifth amendment.

4          Q     Prior to September 7th of 1988,

5     specifically, did you pay Joe Creedon and

6     Joseph Graden a sum of money to attack Mr.

7     Tankleff at the bagel store?

8          A     On the advice of counsel, I'm

9     invoking my fifth amendment rights.

10         Q     Did you ever meet an individual

11    by the name of Joseph Graden?

12         A     On the advice of counsel, I'm

13    invoking my fifth amendment rights.

14              MR. BARKET:  I think that's all

15         I have under the circumstances.

16         Q     Just to be clear, if I were to

17    ask you any other questions concerning the

18    Tankleff murders, you would continue to

19    invoke the fifth?

20         A     On advice of counsel, I will

21    invoke the fifth.

22              MR. BARKET:  Thank you.

23              MR. MITCHELL:  If I speak

24         loudly, is that all right?

25              THE WITNESS:  Yes.

J. Steuerman                41

1

2       MR. MITCHELL:  If I'm correct,

3   Mr. Barket, you intend to submit

4   this transcript to the court for a

5   determination as to whether Mr.

6   Steuerman's invocation of the fifth

7   amendment is appropriate on certain

8   questions; is that correct?

9       MR. BARKET:  Yes.

10      MR. MITCHELL:  In the event

11  that the court rules that there were

12  times where invoking that privilege

13  was not appropriate, it's my

14  assumption that we will then come

15  back and ask Mr. Steuerman those

16  questions.  Is that the game plan to

17  use that phrase?

18      MR. BARKET:  Yes.

19      MR. MITCHELL:  Because there

20  were certain questions that you

21  asked that I would have objected to

22  on form, but I withheld those now

23  and will, if appropriate, make those

24  objections should we come back.

25      MR. BARKET:  Okay.

```
 1                        J. Steuerman            42

 2              MR. MITCHELL:  All right.

 3         That's all.

 4              MS. CARMAN:  That's all.

 5              THE VIDEOGRAPHER:  Concluding

 6         the deposition.  Going off the

 7         record at approximately 11:35.

 8              (Time noted:  11:35 a.m.)

 9

10

11

12         _____
                JERRY STEUERMAN
13

14    Subscribed and sworn to before me

15    this ___ day of _____, 2013.

16

17

18    _____
19    NOTARY PUBLIC

20

21

22

23

24

25
```

43

**INDEX**

**INDEX TO TESTIMONY**

**Page**

Examination by Mr. Barket          5

44

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name:  Martin Tankleff vs The County of
Suffolk, K. James McCready, Et Al
Deposition Date:  June 10, 2013
Witness:  Jerry Steuerman

CORRECTIONS

PG   LN    NOW READS    SHOULD READ    REASON FOR
___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

___   ___   _____   _____   _____

                    _____
                         Signature


Subscribed and sworn to before me
this_____ day of _____, 2013.


_____
       (NOTARY PUBLIC)

45

CERTIFICATION

I, DOLLY FEVOLA, a Notary Public in

and for the State of New York, do hereby certify:

THAT the witness whose testimony is herein

before set forth, was duly sworn by me; and

THAT the within transcript is a true record

of the testimony given by said witness.

I further certify that I am not related,

either by blood or marriage, to any of the parties

to this action; and

THAT I am in no way interested in

the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto

set my hand this 12th day of July, 2013.

DOLLY FEVOLA

**#**

#1-10 [2] - 1:8, 1:9

**$**

$50,000 [3] - 19:8,
20:2, 20:10

**1**

1 [1] - 4:3
10 [2] - 1:14, 44:3
10:43 [2] - 1:15, 4:14
10:54 [1] - 8:16
10:57 [1] - 8:11
10th [1] - 4:13
11530 [2] - 2:5, 2:9
11:13 [1] - 27:4
11:19 [1] - 27:8
11:35 [2] - 42:7, 42:8
12th [1] - 45:15
1987 [1] - 28:14
1988 [29] - 18:13,
18:24, 19:13, 19:24,
20:13, 22:2, 22:13,
22:18, 24:21, 25:2,
25:18, 26:14, 27:11,
29:10, 29:12, 29:16,
32:8, 32:16, 34:22,
34:25, 36:2, 36:16,
36:21, 37:7, 37:12,
38:3, 38:8, 39:23,
40:4
1989 [4] - 17:10,
17:16, 17:21, 38:14
1990 [1] - 14:2
1992 [1] - 25:15
1998 [9] - 11:15,
12:10, 12:16, 15:15,
15:19, 17:4, 20:9,
24:6, 29:10

**2**

2003 [2] - 9:14, 28:3
2004 [1] - 11:6
2013 [6] - 1:14, 4:13,
42:15, 44:3, 44:24,
45:15
29th [1] - 20:9

**3**

33434 [1] - 6:5

**4**

440 [2] - 11:4, 11:11
48 [1] - 7:22

**5**

5 [1] - 43:6
50 [1] - 7:22
501 [1] - 2:9
52 [1] - 7:21
54 [1] - 7:21

**6**

6 [1] - 36:21
666 [5] - 1:12, 2:4, 2:9,
4:10, 5:7
6864 [1] - 6:4
6th [3] - 11:15, 35:25,
36:16

**7**

7 [6] - 12:10, 12:16,
17:4, 22:18, 37:12,
38:3
700 [1] - 4:10
7th [9] - 15:15, 15:19,
18:24, 24:21, 25:2,
36:2, 37:7, 39:23,
40:4

**A**

a.m [3] - 1:15, 4:14,
42:8
able [1] - 14:25
above-mentioned [1]
- 1:20
account [1] - 23:24
accurately [1] - 4:20
accusations [1] -
17:24
accusing [2] - 33:12,
33:17
action [2] - 7:17,
45:11
activity [2] - 15:7,
30:15
address [5] - 6:3, 7:7,
8:4, 37:5, 37:11
advances [2] - 20:14,
20:20
advice [133] - 6:24,
7:25, 8:20, 8:24, 9:4,

9:8, 9:12, 9:17,
11:25, 12:6, 12:12,
12:17, 12:22, 13:8,
13:13, 13:18, 13:22,
14:3, 14:8, 14:12,
14:16, 14:21, 15:3,
15:8, 15:13, 15:17,
15:21, 15:25, 16:13,
16:19, 16:25, 17:7,
17:13, 17:18, 18:2,
18:6, 18:11, 18:16,
19:3, 19:10, 19:14,
19:20, 20:3, 20:11,
20:16, 21:13, 21:17,
21:23, 22:3, 22:7,
22:10, 22:16, 22:22,
23:6, 23:12, 23:16,
23:21, 24:3, 24:7,
24:14, 24:18, 24:22,
25:3, 25:8, 25:12,
25:16, 25:21, 25:25,
26:6, 26:11, 26:15,
26:19, 26:23, 27:12,
27:17, 27:23, 28:15,
28:20, 28:25, 29:5,
29:13, 29:17, 29:23,
30:3, 30:7, 30:12,
30:17, 30:23, 31:5,
31:10, 31:16, 31:22,
32:4, 32:9, 32:17,
32:21, 33:3, 33:7,
33:14, 33:20, 33:25,
34:5, 34:9, 34:14,
34:18, 34:23, 35:4,
35:9, 35:15, 35:22,
36:3, 36:9, 36:13,
36:17, 36:22, 37:3,
37:8, 37:13, 37:19,
37:24, 38:4, 38:11,
38:18, 38:22, 39:3,
39:7, 39:13, 39:17,
39:21, 40:2, 40:8,
40:12, 40:20
advise [1] - 16:7
affect [2] - 9:21, 10:8
affects [1] - 8:5
ages [1] - 7:19
agree [2] - 31:25
AGREED [3] - 3:3, 3:8,
3:12
al [1] - 4:6
Al [1] - 44:3
alibi [2] - 18:9, 33:19
allow [1] - 7:11
ALSO [1] - 2:15
alter [1] - 29:15
amendment [86] - 8:5,
8:21, 8:25, 9:18,
9:22, 10:19, 10:25,
11:7, 11:13, 11:17,

11:21, 12:2, 12:7,
12:13, 13:3, 13:9,
15:14, 18:7, 18:12,
18:17, 18:22, 19:4,
19:11, 19:15, 19:21,
20:4, 20:12, 20:17,
20:22, 21:3, 21:8,
21:14, 21:18, 21:24,
22:4, 22:11, 22:17,
23:7, 24:4, 24:8,
24:15, 26:16, 26:24,
27:13, 27:24, 28:4,
28:10, 28:16, 29:14,
29:24, 30:4, 30:8,
30:13, 31:23, 32:5,
32:10, 32:18, 33:4,
33:8, 33:15, 34:2,
34:6, 34:10, 34:15,
35:10, 35:16, 35:23,
36:14, 36:23, 37:4,
37:14, 37:20, 37:25,
38:5, 38:12, 38:19,
38:23, 39:4, 39:8,
39:14, 39:18, 39:22,
40:3, 40:9, 40:13,
41:7
amount [1] - 23:4
AMY [1] - 2:6
AND [3] - 3:3, 3:8,
3:12
Angels [1] - 26:3
angry [1] - 27:19
answer [3] - 6:16,
7:12, 26:8
answering [2] - 7:2,
7:6
application [1] - 9:15
appropriate [3] - 41:7,
41:13, 41:23
April [3] - 17:10,
17:16, 17:21
argument [1] - 36:12
Arlene [17] - 9:7,
11:24, 13:2, 13:6,
13:11, 13:17, 16:5,
16:11, 16:17, 16:23,
17:6, 20:14, 20:20,
21:2, 23:20, 33:12,
37:11
arrest [3] - 31:19,
31:21, 31:24
arrested [3] - 30:22,
31:2, 33:2
Assistant [1] - 5:13
associate [1] - 26:22
association [1] - 4:22
assumption [1] -
41:14
attack [5] - 13:16,
23:19, 33:6, 38:9,

40:6
attacked [5] - 13:6,
23:9, 37:16, 37:23,
38:14
attacking [1] - 15:11
attacks [1] - 33:24
attend [1] - 28:18
attended [1] - 36:2
attest [1] - 4:18
attorney [4] - 6:13,
6:18, 8:18, 10:17
Attorney [3] - 5:12,
5:14, 26:10
Attorney's [1] - 10:23
Attorneys [3] - 2:4,
2:8, 2:12
attributed [1] - 21:19
August [2] - 18:13,
20:13
avoid [1] - 24:10
aware [12] - 9:15,
11:3, 13:6, 13:24,
14:5, 17:3, 19:5,
19:12, 25:5, 26:21,
38:17, 39:9

**B**

bagel [10] - 25:7,
31:19, 32:7, 35:14,
35:21, 39:2, 39:6,
39:11, 40:7
bank [1] - 23:24
bar [2] - 28:13, 28:18
BARKET [20] - 2:3,
2:5, 5:3, 5:23, 6:6,
7:8, 7:18, 8:3, 8:9,
9:19, 10:2, 10:5,
10:15, 26:25, 32:15,
40:14, 40:22, 41:9,
41:18, 41:25
Barket [4] - 4:12, 5:3,
41:3, 43:6
Barry [4] - 7:21, 8:22,
18:8, 33:18
based [2] - 7:4, 7:6
beat [1] - 13:7
beating [1] - 13:11
become [4] - 9:15,
25:5, 36:11, 39:9
began [1] - 31:18
behalf [4] - 16:6,
16:12, 16:18, 16:24
between [1] - 37:17
beyond [1] - 31:12
biker [1] - 26:4
Billy [1] - 39:20
blood [3] - 19:6, 37:2,
45:10

bludgeoning [1] - 12:20
Boca [1] - 6:4
Braslow [1] - 11:5
break [1] - 27:2
BRIAN [1] - 2:13
Brian [2] - 5:13, 14:11
brief [3] - 7:12, 8:12, 27:5
bring [1] - 37:21
broken [1] - 36:7
brown [1] - 5:12
BRUCE [1] - 2:5
Bruce [1] - 5:3
building [1] - 25:24
Building [1] - 2:12
BY [4] - 2:5, 2:10, 2:13, 5:22

C

cabinet [1] - 27:15
California [8] - 23:18, 24:2, 24:10, 29:16, 29:19, 33:23, 34:4, 34:8
Carman [1] - 5:7
CARMAN [10] - 2:8, 2:10, 5:6, 6:23, 7:11, 8:6, 9:23, 10:3, 10:12, 42:4
Carrington's [1] - 28:13
Case [1] - 44:2
cash [3] - 18:19, 21:10, 32:13
certain [2] - 41:7, 41:20
CERTIFICATION [1] - 45:2
certification [1] - 3:6
certify [2] - 45:4, 45:9
chance [1] - 8:17
charged [1] - 39:5
CHARLES [1] - 1:7
check [1] - 13:2
child [1] - 8:19
children [3] - 6:20, 7:9, 7:20
circumstances [1] - 40:15
City [4] - 1:13, 2:5, 2:9, 4:11
Civil [1] - 1:19
clear [2] - 29:9, 40:16
client [1] - 8:8
clothing [1] - 36:25
coach [1] - 29:25
cocaine [4] - 14:2,

25:6, 35:20, 39:10
collect [2] - 14:15, 14:24
collected [1] - 14:6
Collins [1] - 30:6
coming [1] - 21:10
comment [1] - 28:6
community [3] - 30:11, 30:16, 30:21
concerning [3] - 28:2, 37:17, 40:17
concluding [1] - 42:5
confronted [1] - 22:13
connection [1] - 13:16
contact [2] - 13:20, 15:6
continue [2] - 22:20, 40:18
conversation [1] - 19:2
conversations [1] - 10:22
convicted [2] - 13:25, 38:25
conviction [1] - 9:16
convince [1] - 26:4
core [2] - 38:15, 38:16
correct [135] - 15:15, 18:18, 22:24, 34:20, 34:25, 35:6, 35:11, 35:17, 41:2, 41:8
CORRECTIONS [1] - 44:5
Counsel [1] - 4:24
counsel [135] - 3:4, 6:25, 7:25, 8:20, 8:24, 9:4, 9:8, 9:12, 9:17, 11:25, 12:6, 12:12, 12:17, 12:22, 13:8, 13:13, 13:18, 13:22, 14:3, 14:8, 14:12, 14:16, 14:21, 15:3, 15:8, 15:13, 15:17, 15:21, 15:25, 16:7, 16:13, 16:19, 16:25, 17:7, 17:13, 17:18, 18:2, 18:6, 18:11, 18:16, 19:3, 19:10, 19:14, 19:20, 20:3, 20:11, 20:16, 21:13, 21:17, 21:23, 22:3, 22:7, 22:10, 22:16, 22:22, 23:6, 23:12, 23:16, 23:21, 24:3, 24:7, 24:14, 24:18, 24:22, 25:3, 25:8, 25:12, 25:16, 25:21, 25:25, 26:6, 26:11, 26:15, 26:19, 26:23, 27:12, 27:17,

27:23, 28:15, 28:20, 28:25, 29:5, 29:13, 29:17, 29:23, 30:3, 30:7, 30:12, 30:17, 30:23, 31:5, 31:10, 31:16, 31:22, 32:4, 32:9, 32:17, 32:21, 33:3, 33:7, 33:14, 33:20, 33:25, 34:5, 34:9, 34:14, 34:18, 34:23, 35:4, 35:9, 35:15, 35:22, 36:3, 36:9, 36:13, 36:17, 36:22, 37:3, 37:8, 37:13, 37:19, 37:24, 38:4, 38:11, 38:18, 38:22, 39:3, 39:7, 39:13, 39:17, 39:21, 40:2, 40:8, 40:12, 40:20
Country [5] - 1:12, 2:4, 2:9, 4:10, 5:7
County [9] - 4:5, 5:10, 5:11, 5:12, 5:13, 29:21, 30:10, 30:20, 44:2
COUNTY [3] - 1:7, 1:8, 2:11
course [2] - 11:11, 13:24
Court [4] - 3:16, 4:7, 4:23, 5:15
COURT [1] - 1:2
court [3] - 4:21, 41:4, 41:11
Creedon [16] - 12:5, 12:14, 14:6, 15:6, 15:11, 15:16, 16:3, 16:15, 17:5, 17:10, 37:10, 37:21, 38:3, 38:6, 38:9, 38:14, 38:21, 40:5
crime [4] - 26:14, 26:22, 32:20, 33:2
crimes [1] - 24:12
criminal [5] - 18:5, 18:10, 19:23, 20:6, 30:15
culprit [1] - 7:17
cut [4] - 17:11, 17:17, 17:22, 27:21

D

D.A.'s [1] - 29:21
Darcy [1] - 7:22
Date [1] - 44:3
date [1] - 7:15
dated [1] - 19:13

daughter [3] - 8:22, 18:8, 33:18
daughter's [1] - 28:23
deal [1] - 18:14
dealing [3] - 25:6, 30:22, 35:20
deals [1] - 32:3
dealt [1] - 35:13
death [4] - 20:25, 21:6, 23:5, 23:14
deaths [1] - 22:25
debt [1] - 34:12
Deconta [1] - 26:18
Defendants [4] - 1:10, 1:18, 2:12, 5:11
demand [1] - 19:7
demanded [1] - 35:17
demanding [2] - 19:25, 20:9
Dennis [1] - 5:11
Dennison [1] - 2:12
DEPARTMENT [1] - 2:11
Deposition [1] - 44:3
deposition [5] - 3:6, 3:13, 4:3, 4:9, 42:6
DEPOSITION [1] - 1:17
desk [1] - 19:5
detail [1] - 7:13
Detective [10] - 24:17, 24:20, 24:25, 28:19, 28:22, 29:20, 32:11, 32:24, 34:3, 34:7
determination [1] - 41:5
die [1] - 22:19
died [1] - 33:24
dieing [1] - 23:10
Digger [1] - 24:25
direct [1] - 13:11
directed [1] - 29:9
disappearance [1] - 23:11
disclose [1] - 35:19
discover [1] - 17:25
discussion [2] - 36:7, 36:11
discussions [2] - 19:16, 37:16
disposition [1] - 31:15
dispute [3] - 25:19, 38:15, 38:17
District [3] - 4:7, 4:8, 10:23
DISTRICT [2] - 1:2, 1:2
DOE [1] - 1:8
dollars [2] - 34:21, 35:3

DOLLY [2] - 45:3, 45:19
Dolly [2] - 1:21, 4:21
done [1] - 27:9
down [2] - 12:25, 28:7
DOYLE [1] - 1:7
Drive [1] - 6:4
drug [3] - 14:6, 30:22, 32:3
drugs [6] - 25:6, 31:2, 31:19, 35:12, 39:2, 39:6
duly [2] - 5:19, 45:6
during [1] - 11:10
Dwyer [1] - 13:21

E

early [3] - 12:9, 12:16, 18:23
Eastern [1] - 4:8
EASTERN [1] - 1:2
effect [1] - 3:15
either [3] - 11:24, 32:13, 45:10
employee [1] - 28:7
EMPLOYEES [1] - 1:8
employees [1] - 26:5
end [1] - 12:25
enforcement [3] - 30:11, 30:16, 30:20
EPSTEIN [1] - 2:3
Epstein [1] - 4:12
ERRATA [1] - 44:2
ESQ [4] - 2:5, 2:6, 2:10, 2:13
Estate [1] - 22:25
et [1] - 4:6
Et [1] - 44:3
evening [3] - 33:19, 36:16, 36:25
event [1] - 41:10
Examination [1] - 43:6
EXAMINATION [1] - 5:22
examination [1] - 37:2
examined [1] - 5:21
except [1] - 3:9

F

fairly [1] - 4:19
fake [1] - 23:14
fall [1] - 28:13
falling [1] - 38:8
false [2] - 18:9, 33:19
family [2] - 26:22, 33:11

favorable [1] - 31:14
Federal [1] - 1:19
fees [1] - 31:13
FEVOLA [2] - 45:3, 45:19
Fevola [1] - 1:21, 4:22
few [1] - 23:19
fifth [151] - 8:2, 8:5, 8:21, 8:25, 9:5, 9:9, 9:13, 9:18, 9:21, 10:7, 10:19, 10:25, 11:7, 11:13, 11:17, 11:21, 12:2, 12:7, 12:13, 12:18, 12:23, 13:3, 13:9, 13:14, 13:19, 13:23, 14:4, 14:9, 14:13, 14:17, 14:22, 15:4, 15:9, 15:14, 15:18, 15:22, 16:2, 16:8, 16:14, 16:20, 17:2, 17:8, 17:14, 17:19, 18:3, 18:7, 18:12, 18:17, 18:21, 19:4, 19:11, 19:15, 19:21, 20:4, 20:12, 20:17, 20:22, 21:3, 21:8, 21:14, 21:18, 21:24, 22:4, 22:8, 22:11, 22:17, 22:23, 23:7, 23:13, 23:17, 23:22, 24:4, 24:8, 24:15, 24:19, 24:23, 25:4, 25:9, 25:13, 25:17, 25:22, 26:2, 26:7, 26:12, 26:16, 26:20, 26:24, 27:13, 27:18, 27:24, 28:4, 28:10, 28:16, 28:21, 29:2, 29:6, 29:14, 29:18, 29:24, 30:4, 30:8, 30:13, 30:18, 30:24, 31:6, 31:11, 31:17, 31:23, 32:5, 32:10, 32:18, 32:22, 33:4, 33:8, 33:15, 33:21, 34:2, 34:6, 34:10, 34:15, 34:19, 34:24, 35:5, 35:10, 35:16, 35:23, 36:4, 36:10, 36:14, 36:18, 36:23, 37:4, 37:9, 37:14, 37:20, 37:25, 38:5, 38:12, 38:19, 38:23, 39:4, 39:8, 39:14, 39:18, 39:22, 40:3, 40:9, 40:13, 40:19, 40:21, 41:6
figures [1] - 26:14
filing [1] - 3:5

finance [1] - 23:25
financial [3] - 21:25, 38:15, 38:16
Finkelstein [1] - 4:15
FINKELSTEIN [1] - 2:17
firm [1] - 31:4
first [8] - 5:19, 24:16, 30:5, 31:2, 31:19, 33:5, 33:9, 39:9
Fisher [1] - 27:15
fleeing [1] - 34:4
Florida [2] - 6:5, 28:3
follows [1] - 5:21
FOR [3] - 1:2, 44:2, 44:6
force [2] - 3:14, 10:13
form [2] - 3:9, 41:22
forth [1] - 45:6
four [1] - 6:21
free [1] - 6:12
full [1] - 35:18
FURTHER [2] - 3:8, 3:12

## G

Gambino [1] - 26:22
gamble [1] - 26:13
game [5] - 11:20, 12:9, 35:24, 36:6, 41:16
games [1] - 18:19
Garden [4] - 1:13, 2:5, 2:9, 4:11
General's [1] - 26:10
given [2] - 26:9, 45:8
Glass [2] - 14:11
glass [1] - 14:23
Glen [5] - 7:21, 7:23, 8:19, 15:24, 16:9
Graden [2] - 40:6, 40:11
grandson's [1] - 28:24
great [1] - 18:14
groups [1] - 26:4
guess [2] - 10:2, 35:24

## H

hair [6] - 24:5, 24:9, 24:13, 29:8, 29:11, 29:15
hairs [1] - 24:11
half [1] - 34:21
hand [1] - 45:15
handcuff [1] - 25:23
harming [2] - 14:25, 15:2

Harris [3] - 15:24, 16:9, 16:12
Hauppauge [1] - 2:13
heard [1] - 15:23
hearing [1] - 15:23
held [3] - 1:20, 4:9, 23:24
Hells [1] - 26:3
HEREBY [1] - 3:3
hereby [2] - 3:7, 45:4
herein [2] - 1:18, 45:5
hereto [1] - 3:5
hereunto [1] - 45:14
herself [1] - 18:9
hesitate [1] - 27:22
himself [3] - 7:5, 7:10, 10:9
hire [1] - 26:3
home [2] - 12:15, 22:9
Homicide [1] - 29:22
hours [3] - 12:10, 12:16, 18:23
house [1] - 13:2
hundred [1] - 35:2
hurting [1] - 14:20

## I

immunity [1] - 26:9
implicated [1] - 32:3
IN [1] - 45:14
incident [2] - 7:3, 7:15
including [1] - 10:24
incriminate [2] - 7:5, 7:9
incriminating [1] - 10:9
INDEX [2] - 43:2, 43:3
individual [9] - 12:4, 13:21, 14:10, 15:23, 26:17, 27:14, 39:15, 39:19, 40:10
individuals [4] - 9:6, 12:25, 13:6, 39:24
informant [1] - 30:10
information [1] - 30:15
instruct [6] - 12:24, 16:5, 16:11, 16:17, 16:23, 17:9
intend [1] - 41:3
interested [1] - 45:12
intimidate [1] - 37:22
introduce [1] - 4:24
investigate [1] - 17:24
investigation [1] - 11:12
invocation [1] - 41:6
invoke [5] - 8:2, 8:21,

26:12, 40:19, 40:21
invoking [110] - 8:25, 9:5, 9:9, 9:18, 10:19, 10:25, 11:7, 11:13, 11:17, 11:21, 12:2, 12:7, 12:13, 12:18, 12:23, 13:3, 13:9, 18:7, 18:12, 18:17, 18:21, 19:4, 19:11, 19:15, 19:21, 20:4, 20:12, 20:17, 20:22, 21:3, 21:8, 21:14, 21:18, 21:24, 22:4, 22:8, 22:11, 22:17, 22:23, 23:7, 23:13, 23:17, 23:22, 24:4, 24:8, 24:15, 25:4, 25:9, 25:13, 25:17, 25:22, 26:2, 26:7, 26:16, 26:20, 26:24, 27:13, 27:18, 27:24, 28:10, 28:21, 29:2, 29:6, 29:14, 29:18, 29:24, 30:4, 30:8, 30:13, 30:18, 31:23, 32:5, 32:10, 32:18, 32:22, 33:8, 33:15, 33:21, 34:2, 34:6, 34:10, 34:15, 34:19, 34:24, 35:5, 35:10, 35:16, 35:23, 36:4, 36:10, 36:14, 36:18, 36:23, 37:4, 37:9, 37:14, 37:20, 37:25, 38:5, 38:12, 38:19, 38:23, 39:4, 39:14, 39:18, 39:22, 40:3, 40:9, 40:13, 41:12
involved [3] - 11:19, 29:3, 32:19
IS [3] - 3:3, 3:8, 3:12
IT [3] - 3:3, 3:8, 3:12

## J

James [3] - 4:6, 28:19, 44:3
JAMES [1] - 1:7
Jerry [3] - 4:3, 5:8, 6:2
JERRY [2] - 1:17, 42:12
jerry [1] - 44:4
Joe [3] - 15:6, 38:21, 40:5
John [1] - 30:5
JOHN [2] - 1:8
joint [1] - 23:24
Joseph [12] - 12:5, 12:14, 14:5, 15:11, 15:16, 16:3, 16:15,

17:5, 17:10, 37:10, 40:6, 40:11
Judge [1] - 11:5
Julie [1] - 20:7
July [1] - 45:15
June [6] - 1:14, 4:13, 19:13, 19:24, 20:9, 44:3

## K

Kearon [1] - 4:12
KEARON [1] - 2:3
keep [1] - 32:6
Kent [4] - 12:15, 15:20, 16:21, 16:24
kept [1] - 32:12
killing [1] - 14:20
knowledge [5] - 9:20, 10:10, 10:14, 10:21, 38:7
KOSCIUK [1] - 1:7

## L

lack [2] - 9:21, 10:11
large [2] - 19:18, 32:13
last [1] - 12:8
law [3] - 30:10, 30:16, 30:20
LAW [1] - 2:11
leads [1] - 10:12
learn [2] - 33:5, 33:9
learned [1] - 33:16
leave [2] - 12:9, 12:10
Lee [1] - 22:2
left [1] - 18:25
legal [3] - 9:20, 10:10, 31:13
lend [1] - 34:17
lent [1] - 34:20
Leonard [1] - 10:24
Leto [1] - 10:24
letter [3] - 19:7, 19:12, 20:8
limited [1] - 10:24
live [2] - 8:23, 11:16
lived [2] - 37:6, 37:12
lives [1] - 8:19
living [1] - 21:20
LLP [1] - 2:3
LN [1] - 44:6
loan [4] - 18:20, 19:9, 19:18, 22:25
loans [4] - 19:2, 21:11, 35:18, 37:18
local [1] - 28:12

located [1] - 4:17
loudly [1] - 40:24
lying [5] - 19:22, 20:5,
20:18, 20:24, 21:5

## M

maker [1] - 27:16
man [3] - 21:20, 21:21,
28:8
MARION [2] - 2:3, 2:6
Marion [1] - 4:12
marriage [1] - 45:10
MARTIN [2] - 1:4, 2:16
Martin [10] - 4:4, 5:4,
9:10, 17:11, 17:22,
18:5, 18:10, 19:22,
20:5, 44:2
Marty [3] - 9:16, 17:17,
33:10
Marty's [1] - 17:24
matched [1] - 24:12
matter [5] - 4:4, 9:20,
10:10, 34:12, 45:13
McCready [13] - 1:7,
4:6, 24:17, 24:21,
24:25, 28:19, 28:22,
29:20, 32:12, 32:24,
34:4, 34:8, 44:3
McLELHONE [1] - 1:8
meet [6] - 25:14,
28:18, 29:20, 30:5,
32:11, 40:10
members [1] - 33:11
mentioned [1] - 1:20
message [1] - 14:19
met [1] - 24:16
million [1] - 34:21
minute [1] - 8:8
minutes [1] - 27:2
MITCHELL [8] - 2:13,
5:9, 32:14, 40:23,
41:2, 41:10, 41:19,
42:2
Mitchell [1] - 5:13
Monday [1] - 4:13
money [19] - 13:15,
14:14, 14:15, 14:18,
14:24, 18:14, 19:19,
21:16, 22:14, 22:21,
23:4, 23:23, 30:19,
31:12, 32:23, 34:16,
35:7, 39:24, 40:6
month [1] - 35:8
morning [4] - 6:6,
12:9, 12:16, 18:23
MR [25] - 5:3, 5:9,
5:23, 6:6, 7:8, 7:18,
8:3, 8:9, 9:19, 10:2,

10:5, 10:15, 26:25,
32:14, 32:15, 40:14,
40:22, 40:23, 41:2,
41:9, 41:10, 41:18,
41:19, 41:25, 42:2
MS [8] - 5:6, 6:23,
7:11, 8:6, 9:23, 10:3,
10:12, 42:4
Mulcher [1] - 20:7
murder [2] - 11:24,
39:24
murdered [1] - 34:13
murders [10] - 16:4,
16:10, 16:16, 16:22,
17:6, 28:2, 32:25,
33:13, 33:17, 40:18

## N

Name [1] - 44:2
name [13] - 4:15, 5:24,
7:7, 9:7, 12:4, 13:21,
14:11, 15:24, 26:18,
27:15, 39:16, 39:20,
40:11
names [3] - 6:22, 7:9,
7:19
Nesconset [1] - 4:17
NEW [2] - 1:2, 1:2
New [11] - 1:13, 1:22,
2:5, 2:9, 2:13, 4:8,
4:11, 4:18, 5:20,
26:10, 45:4
night [2] - 35:25,
36:20
NORMAN [1] - 1:7
NOTARY [2] - 42:19,
44:25
Notary [4] - 1:21, 3:14,
5:19, 45:3
note [1] - 19:6
noted [1] - 42:8
Notice [1] - 1:20
NOW [1] - 44:6
number [1] - 4:3

## O

O'Dells [1] - 24:25
objected [1] - 41:21
objections [2] - 3:9,
41:24
obtain [1] - 31:14
occurred [1] - 7:4
OF [4] - 1:2, 1:7, 2:11,
44:2
offer [3] - 14:14,
14:18, 39:24
office [4] - 10:23,

25:24, 26:10, 29:21
officers [1] - 31:20
OFFICERS [1] - 1:8
offices [1] - 4:11
Old [5] - 1:12, 2:4, 2:9,
4:10, 5:7
old [1] - 28:8
oldest [2] - 8:4, 8:19
once [1] - 6:15
one [3] - 1:17, 27:20,
28:7
order [1] - 24:10
organized [2] - 26:13,
32:20
outcome [1] - 45:13
outside [1] - 8:8
outstanding [1] -
35:18
owed [5] - 18:13,
22:15, 22:21, 34:12,
35:2
own [3] - 22:9, 23:10,
23:14
owned [2] - 25:7,
39:11

## P

Page [1] - 43:4
paid [1] - 18:18
participate [5] - 12:19,
16:4, 16:10, 16:16,
16:22
participating [2] -
17:5, 33:13
parties [3] - 3:4, 4:25,
45:10
Paul [1] - 39:16
pay [13] - 13:15,
16:15, 16:18, 16:21,
16:24, 21:16, 22:20,
30:19, 31:7, 31:13,
32:23, 38:9, 40:5
paying [2] - 22:14,
31:20
payment [5] - 19:8,
19:25, 20:9, 35:7,
35:18
pending [2] - 6:15,
10:10
people [1] - 29:21
people's [1] - 27:21
period [1] - 29:10
PERRY [1] - 2:17
Perry [1] - 4:15
person [1] - 12:8
Peter [3] - 12:15,
15:20, 16:21
PG [1] - 44:6

phrase [1] - 41:17
place [1] - 1:21
Plaintiff [5] - 1:5, 1:18,
2:4, 2:8, 5:4
plan [1] - 41:16
play [1] - 11:23
PLLC [1] - 2:8
point [11] - 6:13,
10:16, 13:5, 19:17,
25:14, 25:18, 27:10,
27:20, 28:9, 30:21,
31:8
poker [4] - 11:20,
12:9, 18:19, 35:24
POLICE [1] - 1:8
police [5] - 17:23,
31:13, 31:20, 35:19,
36:19
poor [1] - 21:20
posing [2] - 9:23, 10:3
potentially [1] - 14:25
PRESENT [1] - 2:15
present [1] - 27:20
prevent [1] - 31:21
prison [1] - 32:2
private [1] - 36:7
privilege [1] - 41:12
Pro [1] - 4:16
problem [1] - 38:16
Procedure [1] - 1:19
proceedings [4] - 4:19
produce [1] - 36:24
Productions [1] - 4:17
profiting [1] - 29:4
prosecutors [1] -
31:13
prostitution [1] - 29:4
provided [1] - 30:14
PUBLIC [2] - 42:19,
44:25
Public [4] - 1:22, 3:14,
5:20, 45:3
purger [1] - 18:9
purpose [1] - 11:10
pursuant [1] - 1:19
put [1] - 6:23

## Q

questions [13] - 6:8,
7:2, 7:6, 7:12, 10:8,
10:13, 26:9, 29:7,
29:9, 40:17, 41:8,
41:16, 41:20
quote [2] - 14:19,
21:19

R                                   4

raising [1] - 21:15
Ram [2] - 39:16, 39:20
rate [1] - 23:3
Raton [1] - 6:5
READ [1] - 44:6
READS [1] - 44:6
REASON [1] - 44:6
recess [2] - 8:12, 27:5
record [10] - 4:18,
5:24, 6:24, 8:7, 8:11,
8:15, 27:4, 27:8,
42:7, 45:7
reduced [1] - 23:2
reel [1] - 4:2
refer [1] - 15:5
refused [1] - 38:9
regarding [1] - 7:14
regular [1] - 11:19
REIN [1] - 1:7
rejected [1] - 20:15
related [1] - 45:9
relating [1] - 7:3
relationship [1] - 12:4
remember [5] - 20:7,
20:19, 21:21, 27:14,
27:19
rent [1] - 22:9
repay [1] - 21:11
repayment [3] - 19:8,
19:18, 37:17
repeatedly [1] - 22:12
rephrase [1] - 6:11
reported [1] - 38:13
reporter [1] - 4:21
Reporter [1] - 5:16
Reporting [1] - 4:23
represent [3] - 5:2,
5:4, 31:8
represented [2] - 31:3,
34:11
representing [3] - 5:8,
5:9, 11:10
reserved [1] - 3:10
reside [3] - 7:24, 9:3,
22:5
residence [1] - 12:11
respective [1] - 3:4
restaurant [1] - 28:13
retain [1] - 11:9
retained [1] - 10:17
return [1] - 18:19
returned [1] - 30:2
rich [1] - 21:21
RICHARD [1] - 1:8
rights [45] - 8:5, 8:21,
8:25, 9:18, 9:22,
10:20, 11:2, 11:8,

11:14, 11:18, 11:22, 12:7, 12:13, 13:4, 18:7, 18:12, 18:17, 18:22, 19:4, 19:11, 19:21, 20:4, 20:12, 20:17, 20:23, 21:4, 21:9, 21:14, 21:18, 21:24, 22:4, 23:7, 26:16, 27:13, 27:24, 28:5, 28:11, 28:16, 35:16, 35:23, 36:14, 36:23, 38:19, 40:9, 40:13
Road [5] - 1:12, 2:4, 2:9, 4:10, 5:7
ROBERT [1] - 1:7
ROE [1] - 1:8
role [3] - 11:23, 13:10, 13:11
Ronnie [2] - 26:18, 26:21
room [1] - 32:12
rules [1] - 41:11
Rules [1] - 1:19
running [1] - 29:4

**S**

safe [2] - 32:6, 32:13
saved [1] - 23:3
SCARING [2] - 2:8, 2:10
Scaring [4] - 5:6, 10:17, 10:22, 11:9
scene [1] - 24:11
schedule [1] - 35:7
school [1] - 28:24
Scott [1] - 14:11
sealing [1] - 3:5
second [2] - 31:24, 38:25
sell [1] - 31:18
selling [5] - 13:25, 31:2, 39:2, 39:6, 39:10
send [1] - 14:19
September [19] - 11:15, 12:10, 12:16, 15:15, 15:19, 17:4, 18:24, 22:18, 24:21, 25:2, 35:25, 36:2, 36:16, 36:21, 37:7, 37:12, 38:3, 39:23, 40:4
series [1] - 6:8
serve [1] - 38:25
serviced [1] - 24:10
set [3] - 33:18, 45:6, 45:15

settle [1] - 34:12
settled [1] - 22:25
several [1] - 35:2
sexual [2] - 20:14, 20:20
Seymour [25] - 9:7, 11:20, 11:24, 12:20, 13:16, 14:15, 16:4, 16:10, 16:16, 16:22, 17:6, 18:14, 19:25, 20:8, 21:7, 22:12, 22:19, 23:19, 23:24, 33:12, 33:24, 34:16, 35:11, 37:11, 39:25
shall [2] - 3:6, 3:10
SHEET [1] - 44:2
shoot [2] - 38:20, 38:21
shortly [2] - 23:8, 33:23
SHOULD [1] - 44:6
shouting [1] - 27:21
Signature [1] - 44:21
signed [2] - 3:13, 3:15
significant [1] - 23:4
significantly [1] - 23:2
signing [1] - 20:8
sitting [1] - 9:11
Skippy [1] - 13:21
someone [4] - 16:5, 16:11, 16:17, 16:23
sometime [1] - 11:5
son [27] - 8:4, 9:2, 12:3, 13:25, 14:6, 15:10, 17:4, 17:9, 17:15, 17:20, 25:6, 30:22, 30:25, 31:8, 31:14, 31:18, 31:25, 35:13, 35:20, 37:6, 38:6, 38:7, 38:14, 38:20, 38:21, 38:24, 39:10
sons [1] - 28:23
specifically [2] - 28:17, 40:5
spent [1] - 24:24
splattered [1] - 19:6
spoken [5] - 15:16, 15:20, 17:4, 24:20, 38:2
Spota [2] - 25:15, 31:8
Spota's [1] - 31:3
spring [1] - 38:8
Squad [1] - 29:22
stabbed [1] - 13:7
stabbing [2] - 12:20, 13:11
stage [1] - 23:10
state [1] - 4:25
State [5] - 1:22, 5:20,

5:24, 6:3, 45:4
statement [1] - 21:22
statements [1] - 27:25
STATES [1] - 1:2
status [1] - 22:2
Steuerman [8] - 4:4, 5:8, 6:2, 6:7, 6:25, 9:24, 41:15, 44:4
STEUERMAN [2] - 1:17, 42:12
Steuerman's [1] - 41:6
Steven [2] - 10:17, 10:21
still [1] - 35:2
STIPULATED [3] - 3:3, 3:8, 3:12
STIPULATIONS [1] - 3:2
store [8] - 25:7, 31:20, 32:7, 35:21, 39:2, 39:6, 39:11, 40:7
stores [5] - 27:10, 27:16, 28:7, 32:7, 35:14
submit [1] - 41:3
Subscribed [2] - 42:14, 44:23
subsequent [1] - 11:11
Suffolk [1] - 4:6
sufficient [1] - 21:16
SUFFOLK [3] - 1:7, 1:8, 2:11
Suffolk [8] - 5:10, 5:12, 10:23, 29:21, 30:10, 30:20, 44:3
suggest [1] - 15:6
Suite [2] - 2:9, 4:10
sum [2] - 19:18, 40:6
summer [1] - 22:13
sums [1] - 32:13
support [1] - 25:10
survived [1] - 33:11
SUSAN [1] - 2:10
Susan [1] - 5:6
swear [1] - 5:16
sworn [5] - 3:15, 5:19, 42:14, 44:23, 45:6

**T**

Tankleff [55] - 4:5, 5:5, 9:7, 9:10, 9:16, 11:20, 11:24, 12:11, 12:15, 12:21, 13:2, 13:7, 13:12, 13:17, 14:15, 14:19, 15:2, 16:5, 16:11, 16:17, 16:23, 17:6, 18:14,

18:25, 19:25, 20:8, 20:14, 20:21, 21:2, 21:7, 21:12, 21:16, 22:12, 22:19, 23:2, 23:9, 23:20, 23:25, 28:2, 32:24, 33:10, 33:11, 33:24, 34:17, 35:12, 36:6, 37:11, 37:15, 37:23, 39:12, 39:25, 40:7, 40:18, 44:2
TANKLEFF [2] - 1:4, 2:16
Tankleff's [7] - 17:11, 17:17, 17:22, 18:5, 18:10, 19:23, 20:6
Tankleffs [9] - 15:12, 23:8, 24:12, 33:6, 33:23, 34:13, 37:6, 38:10
term [1] - 32:2
testified [4] - 5:21, 19:23, 20:6, 20:19
testify [2] - 11:4, 18:4
TESTIMONY [1] - 43:3
testimony [3] - 36:5, 45:5, 45:8
tests [1] - 14:6
THAT [3] - 45:5, 45:7, 45:12
THE [12] - 1:2, 1:7, 4:2, 5:15, 6:19, 8:10, 8:14, 27:3, 27:7, 40:25, 42:5, 44:2
thereof [2] - 9:21, 10:11
Thomas [3] - 25:15, 31:3, 31:7
thousand [1] - 35:2
threaten [1] - 37:22
throats [1] - 27:21
TO [1] - 43:3
Tod [16] - 7:21, 9:2, 12:3, 13:25, 14:7, 15:10, 17:4, 17:9, 17:15, 17:20, 25:6, 30:25, 37:6, 38:7, 38:21, 38:24
tongue [3] - 17:12, 17:17, 17:22
toupee [2] - 24:6, 29:12
towards [3] - 19:8, 20:14, 20:20
transcript [2] - 41:4, 45:7
TRANSCRIPT [1] - 44:2
transpired [1] - 7:14
travel [2] - 23:18,

33:22

trial [8] - 3:11, 18:5, 18:10, 19:23, 20:6, 20:18, 20:24, 21:5
trip [1] - 24:2
trouble [1] - 21:15
true [2] - 17:25, 45:7
truthfully [1] - 18:4
try [1] - 6:10
twice [1] - 31:2
two [5] - 9:6, 12:24, 27:2, 27:21, 36:8

**U**

U.S [1] - 4:7
uncover [1] - 10:14
under [1] - 40:15
union [1] - 25:19
unionize [1] - 26:5
UNITED [1] - 1:2
up [2] - 33:18, 36:7
upset [2] - 20:25, 21:6

**V**

vacate [1] - 9:16
versus [1] - 4:5
Video [1] - 4:16
Videographer [1] - 2:17
videographer [1] - 4:16
VIDEOGRAPHER [7] - 4:2, 5:15, 8:10, 8:14, 27:3, 27:7, 42:5
vs [1] - 44:2

**W**

waived [1] - 3:7
wants [1] - 10:7
wearing [3] - 36:15, 36:20, 36:25
weave [6] - 24:5, 24:9, 24:13, 29:8, 29:11, 29:15
Wednesday [1] - 28:17
weeks [1] - 23:19
WHEREOF [1] - 45:14
William [1] - 39:20
willing [1] - 26:8
Willow [1] - 6:4
withheld [1] - 41:22
witness [3] - 5:17, 45:5, 45:8
Witness [1] - 44:4

5

6

**WITNESS** [3] - 6:19,
40:25, 45:14
**Wood** [1] - 6:4
**words** [2] - 23:3,
23:25
**worried** [1] - 17:23

## Y

**YORK** [2] - 1:2, 1:2
**York** [11] - 1:13, 1:22,
2:5, 2:9, 2:13, 4:8,
4:11, 4:18, 5:20,
26:10, 45:4
**yourself** [2] - 25:10,
25:23
**yourselves** [1] - 4:25