Exhibit 9-2

Δ's A

PLAINTIFF'S EXHIBIT
79
DF 12/11/12

0739 AT SCENE
Edw. AKi 3705/610/8

SGT John Leahy #599/610/8

TANKLEFF, SEYMOUR
" , ARLENE DOA
CARD GAME

GALLAGHER, DAN 3610/610/8
SON - MARTY - "Somebody
MURDERED MY PARENTS
TO MOTHER W/SIDE BR
SON - Blood RT LEG/FOOT
AND HANDS - JERRY STEUERMAN

CRAYNE, JAMES 3723/610/8
SHORTS - ZIPPER SWEAT
Blood HANDS/FACE RT
1st Aid - MARTY
AKi - Blood - Puddle - HANDS
LFT FOREARM ?
NO SHOES

SON SAYS JERRY STEUERMAN
BAGEL GUY [illegible]

A-1

7 39 - 7 45

FD
2R
N

Gym/off E/side
Rescue equip
Desk Moved - Blood Spatter
Ceiling, Desk, Wall
Multiple

MBR w/side
Bed, WALL, Floor
Female FT E - Head West

Pillows

A - 2

7[45] - 7[55]

Linen Closet open
Lt. ON
Boys Rm - LTS ON
Blood Wall Switch
BR - EAST
HALL, LR, DR, DEN
Kitchen, Breezway
Gym/office

MARTY TANKLEFF
8/29/71
33 Seaside Dr.
928 2242

Chief Don Hines 0640
At Scen. From 10:50
MARTY - Puddle - writing
says Jerry Steuerman

A-3

7:45 - 7:55

Bagel Business
Mother Said Jerry
Would Do - 2 wks ago
Father Present Marty
Says Jerry has To
Leave Card Game
Marty - Mother Father
Dead - Chief - Father
Not Dead - Marty shocked
Hm 928-9833
Off 928-5785
Chief To Ck Beach

A-4

745 - 755

0155 TANKLEFF, MARTY
Got Home 9:10
Poker Game - Father
8-10 Names Players
Says Jerry Steuerman
Fathers Partner Bagel
Stores 10 wks fighting
Julie AT Bagel Store
S. Setauket 473-9204
347 By Cheap John
UCC on equipment

Mother in Den
Talk to Mom - Marty Eating
Champagne Turkey
Put Clothes Away - Closet
Mail

A-5

7 55 - 8

928-6442 chestnut66

Zachary Swimosey (CPH)
Margaret Barry
Pants Plus & Radio Shack

Zack - 8:50
Margaret - 9 05

Margaret Zachs Boyfriend

9:10 - 9:20 Ask Cappy
About Car Keys
Cappobianco owns Cappys
Carpet - Marty To
Move Car - But Not His
Put His Car in Garage

11:00 pm shower
11:15 Goodnight Mom

A-8

755-8

5:55 Woke up
6 10 up
All lights on except Mom's
BR - Drapes Drawn? Dark?
Burglar Alarm Not on - Wall
Curious lights
Front Door open
Lights on it Gym/office
Saw Father Covered with
Blood Gagging
(*) 911 Call - Phone office
Linen Closet - Towel
His Room - Pillow
Touched Nothing Before
Getting Towel & Pillow
When Moved Father - Floor
Put Pillow under Feet
Towel Around Throat
Goes To Garage - Sees Car
Mom Mill - opens Door
To Moms Room - Sees Mom
on Floor

A-6

755-8

No Need 911 Again
P.D. enroute
Enters Mom's Room To
Alarm Wall - earlier
when First up - Not Now
Alarm lights - Not set
Called To Sister - SHARi
Hm 331-2035
#21 Ficus ST. PvPS
off Canal
Told Her "I think
Mom & Dad have been
Murdered."
Supposed To Pickup
Mark Perrone For School
Called Within 10-15 Mins
of Finding - Spoke To
Mother - Marks - Told
her Same thing
Mark Called Back
Tell Principal - Noonan only

A-7

755-8

0080 - 810

A-9

Blood while Traving ca.
Hallways Room - N Switch
Linen Closet - Towel Removed?
T.V. - on
Ill BR - Drapes 3' Approx
open
Kitchen Phones 2 - Neg
Bath Rt Garage -
E/S 2X Bath Towels
Door locked - Dead Bolt
Garage Door - No Blood
No Smears No Blood Rails
office Telephone - Spartac
0080 In House
Washed Down Puddle
Hands Covered with Blood
Rt inside
Blood Rt Calf Muscle

MARTI, SAid HT TURNED ON By Him when FIRST up & DRESSED, SHORT: SWEAT

0810 OUT of House

0820 Kosciuk - LAB

0840 To Spd

0920 AT Spd
L&S Coffee

A-10

Times approx.

Next Door Neighbor

Marty Hova
928-7966
756-0710
29 Seaside
6:15 Marty Call'd
To Him outside

A-11

Hova approached
@ scene
approx 8[10]-8[15]

0940 9/1/88

CONTACTS GLASSES
SINCE PLASTIC SURGERY
FOR B'DAY
PARTY FOR CHRIS ENGEL
BEACH → FAVORITE
NOT MUCH LUCK - GIRLS
COOKS SOMETIMES POKER PLAYS

ADOPTED - 2 DAYS
NEICE NEPHEW
APPLE FATHER EYE

VACATIONS - EVERYWHERE - CONDO FLA.
EUROPE PARENTS COUSIN
FRIEND - MARK?

MOM & DAD. CLOSE - AMY DISCUSS
WALKS. COOKING.

A-12

1[35] PM - on
as Rein +
McCready
made ~~notes~~
up to 4 PM

Parked Car
Ate - Turkey Pasta
plate fork DW
Glass - Sink

Towel - Waist
Towel - Pillow Wet Head
Red
Nude / shorts - sleep

Adopt - 2 days Again
Niece Nephew "

Mother father - Affair
Secty
Sister Aunt 2nd Relation
Nassau Cnty
~~Parents~~ Mother County Fla.
Father stay

A·14

Security - Paranoid
Safe Linen
Roz? - Psy - Rock Cutr
Orphan! Sis or Aunt
Loving Relationship - Mom

Mother - Turkey Pasta 7:00,
7:30 pm Before Card Player
Sleeps - Naked - Gown
Near sliding Door
Last Time Mom - Night
After Mom Shower

Father & Mary - Jewish
Mother - Christian
Close - Father
Likes Gold Bracelet
Father Wears Flowers
Open Heart Surgery 2-3
Hosp - Blood Repulsed inc

A. 15

Sick - Sees Blood

Father sleeps / mother
other side - door
Watches Sunrise

Maid - Maria

N.Y. Times - Delivery

Poker Game -
Hug & Kiss - Coming - Going
1/2 HR No Play
Slept lightly -
win/lose thousands
Father $1000 - No More
Hidden Drawer

Terry - 13, Ac - Pretended
Hated each other

A.16

A-13

Will – Heavy INS

Cousin - MARINA Business
MAR'Y No College - MARINA

Father – initial Money
STEVERMAN – Payoff LOAN
ON going dispute

Driveway lights 40 WATT

Serious Problem 911 1st
Family 2nd

All Cared out Before
P.D Arrived

A-13

A-16

1500 9/8/88

Dianie Bove

Maait on Wall
Runs up To Bove
often Killed my
Mother & Father
BAD Blood
Good Front
Called 911 After
Seeing Mother
Towel & Fruit

そ

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

1837 Hrs   9/5/83

(Conversation Between Sister Shari
And Wany Whait Trautlett

Shari: ?

I Need Help — Pause   3x

I Need A Psychiatrist

I Want To Make Sure To Tell You
That You Sorry For what I did.

I Acknowledged That I did it.

I Need To See You Tonight.

Prior To Conversation Sister was Asked if
Conversation Could be Recorded.
She Stated No Recordings.

After Sister Spoke With Whait I Asked
her when Ma. Fox was hired To Represent
Wany. She Replied That She did not know
That he was even hired To Represent Wany.

Shari Then Asked when did Whait Make A Statement
To us. And I Told her I wasn't going To go
into Anything dealings with Wany wife her.

10/18 1500

John McNAMARA - 473-0263
McNAMARA BUICK / PONT RTE 347 P.J.S.

WALKING - ROUTINE 0600-0700 APPROX.

0615 WALKED PAST HOUSE - SAW MORTY HOVA
NEXT DOOR NEIGHBOR - NEW HOUSE
MORTY IN HOUSE COMING FROM THERE
SAW BOTH DEAD - NOT SURE IF BOTH OR TOLD BOTH
STOOD OUTSIDE HOUSE WITH MORTY
HINES THERE THEN LEFT - LATER W/ BOVE
TALK TO TANKLEFF ASKS WHAT HAPPENED
T - WOKE UP LIGHTS ON GOES TO
MOTHER BEDROOM - DIDN'T SEE MOTHER
WENT TO DEN FATHER IN CHAIR BLEEDING
CALLED 911 - LAY FATHER ON FLOOR - PUT
ON FLOOR WENT OUT OF HOUSE SCREAMING
M - SEES NO BLOOD ASKS WHY NO BLOOD?
T. NO ANS. LOOKED GUILTY - WALKS AWAY
COMES BACK 3X M - ASKING QUESTIONS
T - KEPT ADDING TO STORY
M - ASKS ABOUT MOTHER
T - SAW HER ON FLOOR AFTER CHECKING
FOR CAR - THOUGHT SHE OUT
M - WHY NO HELP
T - SEES FROM DOOR - DEAD
WOULDN'T GO IN ROOM - SCARED

M - Why No Blood
T - No Ans. Walks Away - Comes Back
M - Should have Blood All over
T - No Ans. Walked Away Again
M - Didn't See Tawleff Wash Hands
M - Tell Mom, He M Should Stop
Asking Questions Kid Keeps Changing
Story - Tells Mom, The Kid did it.
T - Saying From Beginning Every
Statement did it. Ans't to Heave Paris.
T - Walking up and Down Street
While Ambulance People Taking Care
of Father Talking to Everyone who
Came By
M - Had Conversation w/ Seymour
Recent - Seymour Tells M he's
having Problems with Son.

Mon Aug 30R 6 Pm

Ron. Mike Could have been a Chiropractor
And we would have Called him.
we did Not Call Him as an Attorney
We Called him Because he was
Seymour's Friend.

I only Talked To him as a Friend.
Told To Look At DePRH. Told who Told us
This if He didn't.

CheckReaders - dim light - No one Paid Attention
Before

SHARI - why don't you Call him.
Are you kidding me. For me To
Try and get information from Whary
He'd Kill Me First. I won't Talk To Him.
She Asked us About Proof That we Had.
We've got His Eight ways from Sunday.
She doesn't lock Childrens doors. She
docks Her own door every Night.





PLAINTIFF'S
EXHIBIT
08
OE 12/11/13





PLAINTIFF'S
EXHIBIT

81

OF 10 11/2/18









PLAINTIFF'S
EXHIBIT
83

```
 1                    Crayne - direct                      332

 2  to you that morning here in the courtroom?

 3        A    Yes, I do.

 4        Q    Would you point him out, please?

 5        A    With the yellow tie.  [Indicating]

 6             MR. COLLINS:  I'd request, Your Honor, that

 7        the record reflect the Officer has identified the

 8        defendant.

 9             THE COURT:    So noted.

10             MR. COLLINS:  Thank you.

11        Q    Do you recall what the defendant was wearing at

12  that point in time?

13        A    I recall he had on a light colored zippered sweat-

14  shirt, he had on light colored shorts.  That's basically

15  what I recall of that.

16        Q    Do you recall any other conversations about this

17  person at the time?

18        A    Yes.  I noticed on the palm of his hands he had

19  some blood and there's also a little bit of blood on the

20  right side of his face.  There was a little bit of bruises

21  underneath his eyes.

22        Q    Did there come a point in time then that you

23  yourself and Officer Gallagher and the defendant entered the

24  house?

25        A    Yes, I did.
```

PLAINTIFF'S EXHIBIT
84
DF 12/11/12

BW003363





PLAINTIFF'S
EXHIBIT
85
OF 12/11/16





PLAINTIFF'S
EXHIBIT
8
2/11/2010





PLAINTIFF'S
EXHIBIT
88
DC 12/11/13





PLAINTIFF'S
EXHIBIT
89
dt 9/11/13



PLAINTIFF'S
EXHIBIT
90
DF 12/11/12









PLAINTIFF'S
EXHIBIT
92
Of 10/11/12









PLAINTIFF'S
EXHIBIT





PLAINTIFF'S
EXHIBIT
95
OF 12/11/12





PLAINTIFF'S
EXHIBIT
96
JC 6/11/13