# Exhibit 11

| CC NUMBER | PCT. | COMMAND | SECTOR | GRID | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
|---|---|---|---|---|---|
| 88-461042 | 6 | 610 | 602 | 40-151 | **SUPPLEMENTARY REPORT** |
| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | | | PDCS-1084c |
| 9/7/88 | 09-07-88 UNKNOWN | | | | |

| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☒ INSIDE ☐ OUTSIDE |
|---|---|---|---|
| DEATH INVESTIGATION (UNNATURAL) | | 33 SEASIDE DR, BELLE TERRE | |
| COMPLAINANT | PHONE | ADDRESS | |
| S.C.P.D. | | | |

**DETAILS**

ON 9-7-88 AT APPROXIMATELY 0614 HRS, THE UNDERSIGNED OFFICER ASSISTED P.O. GALLAGHER #3610, IN UNIT 602, ON A CALL OF A 10-8 MAN BLEEDING AT ABOVE PLACE OF OCCURENCE. UNIT 602 AND THE UNDERSIGNED ARRIVED AT THE SCENE SIMULTANEOUSLY AT 0617 HRS. AS WE PULLED INTO THE DRIVEWAY A MALE SUBJECT, NOW KNOWN TO US AS TANKLEFF, MARTY RAN FROM BEHIND US AND UP THE DRIVEWAY. WHEN HE GOT IN FRONT OF US HE YELLED "SOMEBODY MURDERED MY PARENTS". TANKLEFF WAS OBSERVED TO HAVE BLOOD ON HIS HANDS AND THE RIGHT SIDE OF HIS FACE. HE WAS WEARING LIGHT COLORED SHORTS AND A ZIPPER SWEATSHIRT. HE LEAD US INTO THE MAIN FRONT DOOR OF THE HOUSE AND DIRECTED P.O. GALLAGHER TO THE MASTER BEDROOM WHERE HIS MOTHER WAS AND STATED TO ME "FOLLOW ME" TO THE OFFICE WHERE HIS FATHER WAS. HIS FATHER WAS LYING ON THE FLOOR BREATHING AND UNRESPONSIVE. HIS FATHER HAD A TOWEL DRAPED ON HIS NECK AND HIS FEET WERE PROPPED UP BY A PILLOW. THE UNDERSIGNED NOTIFIED PORT JEFFERSON RESCUE. APPROXIMATELY 5 MINUTES LATER RESCUE RESPONDED. P.O. GALLAGHER INFORMED ME THAT HIS VICTIM WAS D.O.A. I ASKED MARTY TANKLEFF WHAT HAPPENED AND HE SAID "I JUST WOKE UP AND FOUND HIM IN THE CHAIR." I ASKED HOW THE VICTIM GOT THE TOWEL ON HIS NECK AND TANKLEFF SAID "I JUST MOVED HIM FROM THE CHAIR AND PUT THE TOWEL ON HIS NECK TO STOP THE BLEEDING." TANKLEFF THEN STATED "I KNOW WHO DID THIS, IT WAS JERRY STEUERMAN." I ASKED HIM WHO JERRY STEUERMAN WAS AND HE STATED "MY FATHER'S BUSINESS PARTNER."

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☒ YES ☐ NO | ☒ ACTIVE ☐ CLEARED BY ARREST ☐ CLOSED<br>☐ PENDING ☐ EXCEPTIONALLY CLEARED  NON-CRIMINAL | ☐ RECLASSIFICATION OF INCIDENT<br>☐ STOLEN OR RECOVERED PROPERTY |

NOTE: BOTH T.T. MESS. NO'S WITH DATES MUST BE OBTAINED & ENTERED BY COMMAND REPORTING THE RECOVERY OF STOLEN AND/OR LOST PROPERTY.

| T.T. MESS. NO. REPORTING THE STOLEN AND OR LOST PROPERTY | DATE SENT | T.T. MESS. NO. CANCELLING ABOVE T.T. MESS. NO. | DATE CANCELLED |
|---|---|---|---|
| | | | |

| REPORTING OFFICER'S SIGNATURE | SUPERVISOR'S SIGNATURE |
|---|---|
| James N Crayn PO 3723/6M/8 | |