# Exhibit 12

## Page 1

1

UNITED STATES DISTRICT COURT NEW YORK
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

MARTIN TANKLEFF,

              Plaintiff,

  -against-

THE COUNTY OF SUFFOLK, K. JAMES McCREADY,
NORMAN REIN, CHARLES KOSCIUK, ROBERT DOYLE,
JOHN McLELHONE, JOHN DOE POLICE OFFICERS
#1-10, RICHARD ROE SUFFOLK COUNTY EMPLOYEES
#1-10,

              Defendants.

-----------------------------------------X

           666 Old Country Road
           Garden City, New York

           July 18, 2014
           10:15 a.m.

    DEPOSITION of ROBERT BAUMANN, a Non-Party

Witness herein, taken by the Plaintiff,

pursuant to Federal Rules of Civil Procedure

and Notice, held at the above-mentioned time

and place, before Dolly Fevola, Notary

Public of the State of New York.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

## Page 2

A P P E A R A N C E S :

NEUFELD SCHECK BRUSTIN, LLP
    Attorneys for the Plaintiff
    99 Hudson Street
    New York, New York 10013
BY:   EMMA FREUDENBERGER, ESQ.
      ELIZABETH DANIEL VASQUEZ

SUFFOLK COUNTY DEPARTMENT OF LAW
    Attorneys for the Defendant
    H. Lee Dennison Building
    Hauppauge, New York 11788
BY:   BRIAN MITCHELL, ESQ.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

## Page 3

STIPULATIONS

  IT IS HEREBY STIPULATED AND AGREED, by

and among counsel for the respective parties

hereto, that the filing, sealing and

certification of the within deposition shall

be and the same are hereby waived;

  IT IS FURTHER STIPULATED AND AGREED that

all objections, except as to form of the

question, shall be reserved to the time of

the trial;

  IT IS FURTHER STIPULATED AND AGREED that

the within deposition may be signed before

any Notary Public with the same force and

effect as if signed and sworn to before the

Court.

    *   *   *

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

## Page 4

             R. Baumann

  R O B E R T  B A U M A N N, after having

been first duly sworn by a Notary Public of

the State of New York, was examined and

testified as follows:

EXAMINATION BY

MS. FREUDENBERGER:

    **Q**    State your name for the record,

please?

    **A**    **Robert Baumann.**

    **Q**    State your address, please.

    **A**    **Hauppauge Crime Laboratory,**

**Vets Highway.**

    MS. FREUDENBERGER:  Good

morning, Mr. Baumann.

    THE WITNESS:  Good morning.

    MS. FREUDENBERGER:  My name is

Emma Freudenberger.  I'm one of the

lawyers representing Marty Tankleff

in the civil lawsuit.

    THE WITNESS:  Nice to meet you.

    MS. FREUDENBERGER:  Likewise.

    **Q**    Have you ever had your

deposition taken before in a civil case?

    **A**    **I don't believe so.**

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

**5**

R. Baumann

1
2 **Q** Okay. Certainly, you've
3 testified in court in criminal cases?
4 **A** **That's right.**
5 **Q** About how many times?
6 **A** **Dozens.**
7 **Q** You're being represented today
8 by Mr. Mitchell at your deposition?
9 **A** **Yes.**
10 **Q** I'm sure counsel has gone over
11 this with you, but I'll tell you a little
12 bit about how it works.
13 I'm asking you questions,
14 you're answering under oath. If, at any
15 point, you don't understand a question I've
16 asked, just let me know and I'll rephrase
17 it. If you do answer, I assume that you
18 understood the question. If you want to
19 take a break at any point, that's totally
20 fine, let me know. The only thing I ask is
21 that you answer the question pending before
22 the break.
23 **A** **Sure.**
24 **Q** Okay. Mr. Baumann, tell me
25 everything that you did to prepare for

**6**

R. Baumann

1
2 today's deposition?
3 **A** **I read through the transcript**
4 **that was sent to me by Mr. Mitchell.**
5 **Q** Is that the transcript of your
6 testimony at Mr. Tankleff's criminal trial?
7 **A** **Probably most of it, but there**
8 **was a number of pages that were missing.**
9 MR. MITCHELL: Just don't
10 mention any conversation that you
11 had with me that would be privilege.
12 Go ahead.
13 **A** **This morning I looked -- Well,**
14 **this morning I went through some of the**
15 **notes on the case.**
16 **Q** Okay. So again, when you said
17 transcript, you're referring to the
18 transcript of your testimony at Marty
19 Tankleff's criminal trial in 1990?
20 **A** **That's correct.**
21 **Q** How long did you spend
22 reviewing that testimony, approximately?
23 **A** **A couple of hours.**
24 **Q** When was that that you reviewed
25 that testimony?

**7**

R. Baumann

1
2 **A** **Yesterday.**
3 **Q** Okay. Prior to --
4 MR. MITCHELL: Or --
5 **Q** **Was it yesterday? Either**
6 **yesterday or the day before, I don't know.**
7 **Q** Sometime --
8 **A** **Sometime in the last couple of**
9 **days.**
10 **Q** Prior to the couple of hours
11 you spent reviewing your testimony from
12 Marty's criminal trial transcript in the
13 last couple of days, have you reviewed your
14 testimony at any point in time since you
15 testified in 1990?
16 **A** **I may have. I may have. I**
17 **don't recall. I know that we had a couple**
18 **of folks from the Attorney General's office**
19 **come out. I may have looked through some of**
20 **it then, I just don't remember.**
21 **Q** Okay.
22 **A** **But I also --**
23 **Q** You think you might have
24 reviewed your trial testimony before
25 meeting?

**8**

R. Baumann

1
2 **A** **Perhaps. Perhaps.**
3 **Q** Okay.
4 MS. FREUDENBERGER: Do me a
5 favor, for her sake, let me make
6 sure I get the question out before
7 you answer. It makes it easier for
8 the court reporter.
9 THE WITNESS: Okay.
10 **Q** Any other reason that you can
11 think of that you reviewed your trial
12 testimony between when you were here in the
13 last couple of days in preparation for this
14 deposition and when you testified?
15 **A** **No.**
16 **Q** Okay. You said that you
17 thought a few pages were missing. Why do
18 you say that?
19 **A** **Because looking through the**
20 **numbered pages I believe I got down to about**
21 **2294 or thereabouts and then the second**
22 **group of pages that were there was a gap.**
23 **Q** I see. Were there any
24 conclusions that you recall reaching when
25 you did the testing about which you

9

R. Baumann

1
2 testified that you did not see reflected in
3 the testimony that you reviewed?
4          MR. MITCHELL: Objection to
5 form. You can answer.
6      **A   No.**
7      **Q** In other words, anything that
8 causes you to say that pages were missing
9 other than the fact that you noticed a gap
10 in the pagination of the pages you reviewed?
11      **A   Could you just rephrase that.**
12      **Q** Sure. Is there any reason you
13 think pages were missing other than the fact
14 that you noticed a gap in the numbering?
15      **A   No.**
16      **Q** Okay. Tell me what other
17 documents you reviewed in the past few days
18 in preparation for the deposition?
19      **A   There was a memorandum that was**
20 **written by the two investigators from the --**
21 **I guess it was with the Attorney General's**
22 **office back in '08 when they were down, and**
23 **I reviewed that. That was a five-page**
24 **document.**
25      **Q** And did that memo appear to

10

R. Baumann

1
2 accurately summarize what you told those
3 investigators in 2008?
4      **A   Not all, no.**
5      **Q** Okay. In other words, you
6 noticed some things that you reported to the
7 investigators that were missing from their
8 summary?
9          MR. MITCHELL: Objection to
10 form. You can answer.
11      **A   There were things on there**
12 **that, first of all, were inaccurate and**
13 **second of all, that I don't recall saying.**
14      **Q** All right. We'll go through
15 all that a little later on.
16          Anything else that you reviewed
17 in preparation for the deposition other than
18 your testimony and that memo?
19      **A   Like I said, just the case**
20 **notes.**
21      **Q** When you say case notes, what
22 are you referring to?
23      **A   The work I had done on the**
24 **case, and also the crime scene that I had**
25 **done with Detective Chuck Kosciuk.**

11

R. Baumann

1
2      **Q** So just to be precise, how many
3 reports or worksheets did you review?
4      **A   Well, I issued a couple of**
5 **reports. I issued one set of team page**
6 **report. I know that there was a second**
7 **report involving the analysis with Jerry**
8 **Steuerman's blood sample and they are the**
9 **only two that I can recall.**
10          MS. FREUDENBERGER: Let's go
11 ahead and mark those.
12      **Q** Mr. Baumann, is that one of the
13 reports you reviewed in preparation for your
14 deposition?
15      **A   I saw this. I did not go**
16 **through this. This is a preliminary report.**
17      **Q** But this is, in fact, a
18 preliminary report you prepared?
19      **A   Yes.**
20      **Q** In connection with the work you
21 did on this, right?
22      **A   Yes.**
23          MS. FREUDENBERGER: Let's go
24 ahead and mark this.
25          (Whereupon, Plaintiff's

12

R. Baumann

1
2 Exhibits 1 through 2 were marked for
3 identification.)
4      **Q** Mr. Baumann, take a look at
5 what's been marked Plaintiff's Exhibit 2.
6 Is that the final crime scene report you
7 prepared in this case?
8      **A   This is the serology report.**
9      **Q** Okay.
10      **A   It's not the crime scene report**
11 **but, yes, it is my report.**
12      **Q** Okay. Is that one of the
13 reports you reviewed in connection with your
14 deposition prep?
15      **A   I reviewed this.**
16      **Q** How long did you spend
17 reviewing that?
18      **A   Not very long.**
19      **Q** Like 10 minutes?
20          MR. MITCHELL: I object to the
21 form. You can answer.
22      **A   With everything that I looked**
23 **at this morning, I probably spent an**
24 **hour-and-a-half looking at the whole file so**
25 **I did not commit it to memory. It has not**

13

R. Baumann

2 **changed. It is what it is.**
3 Q Okay. Did you review any of
4 your actual worksheets in preparation for
5 your deposition?
6 **A No.**
7 Q And so, when you say other
8 crime scene reports on the crime scene, what
9 are you referring to?
10 **A Just the whole file going**
11 **through to see what I had in there, what**
12 **other people had. There was some hair**
13 **analysis, there were other things in the**
14 **file that I saw that I guess were a request**
15 **for testing the hairs and all that. I just**
16 **wanted to refresh my memory as to what I**
17 **had.**
18 Q So you reviewed reports on hair
19 testing that was conducted in the case?
20 **A I did not review them, I just**
21 **went through it and said okay, this file**
22 **looks like it has reports on hairs and notes**
23 **on hair.**
24 Q And did you review a report
25 prepared by Suzanne Ryan in connection with

14

R. Baumann

2 some hairs found at the crime scene?
3 **A No, I did not review the**
4 **report.**
5 Q Other than the documents you
6 noticed in the file on the hair testing,
7 what other items of evidence stood out to
8 you when you reviewed that file this
9 morning?
10 MR. MITCHELL: I object to the
11 form. You can answer.
12 **A I noticed that there was**
13 **sketches of the scene, finished sketches in**
14 **there. Actually, I want to go back and**
15 **correct myself. I did look at some of my**
16 **documentation on some of the items.**
17 Q Okay.
18 **A But when you say worksheets,**
19 **what I took that to mean was the worksheets**
20 **where I had put my results of my genetic**
21 **marker analysis, so I did not review those**
22 **but some of these I had looked at, at the**
23 **sketches and the notes regarding some of the**
24 **items, yes.**
25 Q So you did review your sketches

15

R. Baumann

2 and notes on the items that you analyzed,
3 right?
4 **A Yes.**
5 Q Tell me which pieces of
6 evidence you reviewed your sketches and
7 notes on?
8 **A Some of the sheets, barbells,**
9 **knives, pillow cases, autopsy submission**
10 **from Dr. Adams involving Arlene Tankleff.**
11 **And again, the crime scene notes.**
12 Q Whose crime scene notes did you
13 review?
14 **A The ones that Detective Kosciuk**
15 **and I took.**
16 Q Why did you review the autopsy
17 report or notes concerning Arlene Tankleff?
18 **A I did not review the autopsy**
19 **report, just reviewed the submission sheet,**
20 **the evidence that was submitted by Dr. Adams**
21 **involving Arlene Tankleff because they were**
22 **items submitted to us for examination.**
23 Q Okay. Mr. Baumann, how many
24 times did you meet with your attorney in
25 preparation for your deposition today?

16

R. Baumann

2 **A Once.**
3 Q When was that meeting?
4 **A A couple of weeks ago.**
5 Q Okay. Was that in person or
6 over the phone?
7 **A In person.**
8 Q How long did you meet for?
9 **A About an hour.**
10 Q You were served with a subpoena
11 and notice pertaining to your deposition
12 today, correct?
13 **A I don't think so.**
14 Q But at some point you learned
15 you were going to be called in for a
16 deposition today, right?
17 **A Sure.**
18 Q Since that time, other than
19 that one-hour meeting with your attorney,
20 tell me everybody else you've spoken with
21 about this deposition here today?
22 MR. MITCHELL: I object to the
23 form. You can answer.
24 **A I talked to Chuck Kosciuk.**
25 Q When did you have that

---

17

R. Baumann

1
2 conversation?
3     **A   Several months ago.  It was not**
4 **really a conversation.  He said he had been**
5 **called in for a deposition and I probably**
6 **would be too, but that's it.**
7     Q   Did you discuss the substance
8 of Mr. Kosciuk's testimony or anything that
9 happened at the deposition with him?
10     **A   No.**
11     Q   Why not?
12         MR. MITCHELL:  I object to the
13 form.
14     Q   Why not?
15         MR. MITCHELL:  I object to the
16 form.  You can answer.
17     **A   Because I was there and**
18 **anything that you want to ask him I got**
19 **nothing to hide and I don't have anything to**
20 **corroborate with Mr. Kosciuk.**
21     Q   Do you have any understanding
22 of what Mr. Kosciuk testified to at his
23 deposition from any source?
24     **A   I have no idea.**
25     Q   Okay.  Anybody else you've

---

18

R. Baumann

1
2 talked to about this deposition here today?
3     **A   No, other than my boss to say I**
4 **was going to be coming over for a**
5 **deposition.**
6     Q   Okay.  Are you married?
7     **A   Yes.**
8     Q   Did you tell your wife that you
9 were coming here today?
10         MR. MITCHELL:  I object to the
11 form.  You can answer.
12     **A   Yes.**
13     Q   Did you have any conversation
14 about the deposition or the case with your
15 wife?
16         MR. MITCHELL:  Objection to
17 form.  You can answer.  Wait.
18     **A   No.**
19     Q   When you say that you talked to
20 your boss to tell him you were coming in, is
21 that Mr. Genna?
22     **A   He knew I was coming in.  Also**
23 **Mr. Galdi. He's my supervisor.  The chief**
24 **of the lab is Robert Genna.**
25     Q   What did you say to Mr. Genna

---

19

R. Baumann

1
2 about coming in for your deposition today
3 and what did he say to you?
4     **A   That I was coming over and he**
5 **is going to be given a deposition as well.**
6     Q   Okay.  Any conversation with
7 Mr. Genna about the work that you did on Mr.
8 Tankleff's case at that time?
9     **A   No.**
10     Q   In fact, you've been at the
11 Suffolk lab since the Tankleff murders in
12 1988, right?
13     **A   That's right.**
14     Q   And Mr. Genna has too?
15     **A   Yes.**
16     Q   So you've been working together
17 for 25 years?
18     **A   Yes, at least.**
19     Q   Have you discussed the Tankleff
20 murders or any of the work that either of
21 you did in connection with the Tankleff
22 crime scene at any point in time since your
23 testimony in 1990 with Mr. Genna?
24         MR. MITCHELL:  I object to the
25 form.  You can answer.

---

20

R. Baumann

1
2     **A   We have discussed it on**
3 **occasion about the patterns on the sheets.**
4 **You know, that's obviously become, you know,**
5 **an issue.  So, you know, when I examined the**
6 **sheets, you know, it was brought to his**
7 **attention.  He had examined them and --**
8     Q   In other words, back in 1988
9 when you examined the sheets, you observed
10 ridge-like patterns on the sheets?
11     **A   Ridge-like impression.**
12     Q   Just to be clear, back in '88
13 you observed certain impressions on the
14 sheets when you examined them, correct?
15     **A   That's right, yes.**
16     Q   And you -- Well, we'll go
17 through that a little later on, but those
18 patterns and impressions on the sheets is
19 something you discussed with Mr. Genna at
20 various points in time since 1988, correct?
21     **A   On and off just on occasion.**
22     Q   Okay.  Anything else you've
23 spoken with Mr. Genna about in connection
24 with the Tankleff murders or the work that
25 you did on the crime scene other than those

21

R. Baumann

1
2 impressions or patterns on the sheets?
3     **A   No.**
4     **Q**   Okay.  All right.  Other than
5 Mr. Baumann, who's your immediate supervisor
6 who you just mentioned?
7     **A   Joseph Galdi.**
8     **Q**   Other than Mr. Genna and Mr.
9 Galdi and Mr. Kosciuk and your wife, have
10 you spoken -- and counsel -- have you spoken
11 with anybody at all about the deposition
12 here today?
13     **A   No.**
14     **Q**   Okay.  You understand, Mr.
15 Baumann, that Mr. Tankleff's conviction was
16 vacated and he was released from prison in
17 2007, correct?
18     **A   Yes.**
19         MR. MITCHELL:  Objection to
20     form.  You can answer.
21     **Q**   Since that time, have you
22 talked to anybody else besides Mr. Genna
23 about the substance of the work you did on
24 Mr. Tankleff's case?
25         MR. MITCHELL:  I object to the

22

R. Baumann

1
2     form.  You can answer.
3     **Q**   I should say the people from
4 the Attorney General's who interviewed you.
5     **A   I spoke to them.  They**
6 **interviewed me.**
7         MR. MITCHELL:  I think she
8     means other than them.
9     **Q**   Other than the people from the
10 AG's office who came out and interviewed you
11 and subsequently about that memo, and Mr.
12 Genna, since the time of Mr. Tankleff's
13 release, have you talked to anybody else
14 about the work you did in the late eighties
15 on this case?
16     **A   No.**
17     **Q**   Okay.  Do you have any
18 understanding of any of the deposition
19 testimony that's been given in this case
20 from any source?
21         MR. MITCHELL:  I object to the
22     form.  You can answer.
23     **A   No.**
24     **Q**   Have you reviewed anybody's
25 trial testimony from Marty's criminal trial

23

R. Baumann

1
2 other than your own since 1990?
3     **A   No.**
4     **Q**   Okay.  Let's do this, Mr.
5 Baumann, if you would walk me through your
6 education and experience starting with when
7 you graduated from high school.
8     **A   Okay.  Graduated from high**
9 **school in '73.**
10     **Q**   Where is that?
11     **A   Seton Hall High School,**
12 **Patchogue.**
13     **Q**   Okay.  Did you go right on to
14 college?
15     **A   No, I didn't.  I served '73 to**
16 **'76 in the Navy.**
17     **Q**   Where were you stationed?
18     **A   Norfolk, Virginia.**
19     **Q**   Okay.  Are you still an active
20 naval officer today?
21     **A   No.**
22     **Q**   Where did you go in '76?
23     **A   '76 when I got out, I believe**
24 **beginning of '77, I began studies at Suffolk**
25 **Community College and after two-and-a-half**

24

R. Baumann

1
2 **years there transferred to the University of**
3 **New Haven.**
4     **Q**   Were you working while you were
5 at Suffolk?
6     **A   Yes.**
7     **Q**   What were you doing?
8     **A   Part-time carpet cleaning,**
9 **waxing floors, climbing.**
10     **Q**   Climbing?
11     **A   Yes.**
12     **Q**   Okay.  And then you transferred
13 to New Haven?
14     **A   That's right, yes.**
15     **Q**   You finished your degree there?
16     **A   I did a bachelor degree in**
17 **forensic science from the University of New**
18 **Haven.**
19     **Q**   Was forensic Science something
20 you were studying at Suffolk Community
21 College as well?
22     **A   I took my general sciences**
23 **there and transferred them over.**
24     **Q**   What caused you to specialize
25 in forensic sciences?

25

R. Baumann

**A    I did okay in science in high**
**school and I had wanted to get on to the**
**police department, but I had found that**
**there were laboratories that analyzed**
**evidence, and I thought this might be**
**something that I could be interested in so**
**that's how I pursued it.**
     Q    What year did you graduate from
the University of New Haven?
     **A    Might have been January of '82.**
     Q    All right.  What did you do
immediately after college?
     **A    I was working in the**
**Engineering Department in the hospital at**
**the time.  I had finished up my internship**
**and a few months after that I began working**
**at the New Jersey State Police Lab.**
     Q    Okay.
     **A    And then, I was there for maybe**
**four months, worked with the New York City**
**Police Laboratory for about a**
**year-and-a-half.**
     Q    Let me stop you.  Were you
processing crime scenes when you worked for

26

R. Baumann

the New Jersey State Police?
     **A    No.**
     Q    What were you doing with the
New Jersey State Police?
     **A    Training in forensic serology,**
**processing rape kits for the most part.**
     Q    Who did you train under there?
     **A    A guy named Joselito Verstosa.**
     Q    That was mostly processing rape
kites, you said?
          MR. MITCHELL:  You have to say
          yes or no.
     **A    Yes.**
     Q    You went to the NYPD lab from
there?
     **A    Yes, I did.**
     Q    Okay.  Were you in the serology
unit there?
     **A    For four months I trained in**
**forensic chemistry and at the end of my**
**training I transferred to their forensic**
**serology section --**
     Q    All right.
     **A    -- where I processed evidence**

27

R. Baumann

**and biological evidence.**
     Q    Who did you train under at the
NYPD lab?
     **A    Who did I train under at the**
**NYPD lab?  Eddie Huggins.  He was a sergeant**
**at the time.  Bob Schaler over at the**
**medical examiner's office, I trained with**
**him.  I went to the forensic serology school**
**with the FBI during that time.**
     Q    And was that in '83?
     **A    Might have been somewhere**
**around there, and as well as the other**
**analysts in the serology section of the**
**police lab.**
     Q    Did you work with Pete Pezula
at all while at the NYPD lab?
     **A    No, I didn't.**
     Q    Was he there while you were
there?
     **A    No.**
     Q    Where did you go from the NYPD
lab?
     **A    From the NYPD lab, I spent**
**about a year-and-a-half there, I went to**

28

R. Baumann

**Nassau Medical Examiner's office and did**
**forensic serology there for two years.**
     Q    Okay.  And you went directly to
Suffolk after that?
     **A    That's right, yes.**
     Q    Okay.  Do you remember what
year that was that you left Nassau County
and went to the Suffolk lab?
     **A    Yes, it was December of '85.**
     Q    Why did you make that change
out of curiosity?
          MR. MITCHELL:  Objection to
          form.  You can answer.
     **A    Why did I leave?  Because I was**
**basically working -- The police department**
**had the crime lab at the time, the medical**
**examiner had the Nassau ME office.  Dr.**
**Lukash wanted to start his own crime lab.**
**He wanted me to do more than just serology,**
**which I was not qualified to do, and after a**
**while there I saw that it was not going to**
**happen so...**
     Q    What do you mean it was not
going to happen?

29

R. Baumann

1
2    **A    That the medical examiner's**
3    **office was not going to become a crime lab.**
4    **It was a police department added and I was**
5    **spinning my wheels. He was not going to**
6    **listen to what I had to say so I began**
7    **looking for another job and Suffolk was**
8    **looking for people out here. They were**
9    **bringing in new people so I came out,**
10   **interviewed, and got the job out here.**
11       Q    What position did you start in
12   at the Suffolk County Medical Examiner's
13   Office in '85?
14       **A    Forensic Science I.**
15       Q    That's an entry level forensic
16   science position?
17       **A    Yes.**
18       Q    What section of the lab were
19   you working in?
20       **A    In serology.**
21       Q    Okay. Is that under the
22   biological sciences section?
23       **A    That's what it was called**
24   **before it was called biological sciences.**
25       Q    Okay. When was your first

30

R. Baumann

1
2    promotion, if you remember?
3        **A    I don't recall.**
4        Q    Okay. But at some point were
5    you promoted to Forensic Scientist II?
6        **A    Yes.**
7        Q    Was that before the Tankleff
8    murders?
9        **A    After.**
10       Q    Okay. And then, at some point,
11   I gather you were promoted to Forensic
12   Scientist III?
13       **A    Yes.**
14       Q    Is that your title today?
15       **A    Yes, it is.**
16       Q    When was that promotion?
17       **A    Not sure but maybe 10 years**
18   **ago.**
19       Q    Okay.
20       **A    Thereabouts.**
21       Q    Do you conduct trainings at the
22   Suffolk County lab?
23            MR. MITCHELL: Objection to
24       form. You can answer.
25       **A    Trainings of?**

31

R. Baumann

1
2        Q    Of other individuals?
3        **A    Yes.**
4        Q    Okay. Who do you train and in
5    what topics?
6        **A    We have interns that come in.**
7    **We give them direction as to how to examine**
8    **evidence, how to document evidence, how to**
9    **conduct the analysis on evidence that they**
10   **are qualified to do.**
11           **Also, other people that may**
12   **come in they have questions about, you know,**
13   **certain types of evidence and how to best**
14   **proceed and I would give them my opinion as**
15   **to how to do that.**
16       Q    Okay. Fair to say you are one
17   of the more senior people in the lab today?
18       **A    Yes.**
19       Q    Mr. Baumann, do you conduct any
20   DNA testing?
21       **A    I do.**
22       Q    How long have you been doing
23   that work?
24       **A    Since 1999.**
25       Q    What type of DNA testing do you

32

R. Baumann

1
2    perform?
3        **A    STRs.**
4        Q    Anything else?
5        **A    No.**
6        Q    And you've been doing that
7    since '99?
8        **A    Yes.**
9        Q    Okay. Do you also have any
10   training in blood spatter analysis?
11       **A    I've had a couple of workshops**
12   **that I've attended.**
13       Q    When were those workshops, if
14   you remember?
15       **A    I don't recall. They would be**
16   **on my CV, if you have a copy of that.**
17       Q    I'm not sure we do.
18           MS. FREUDENBERGER: Can I
19       request a copy of that for the
20       record, Brian?
21           MR. MITCHELL: Yes, you may
22       request. I may consider it.
23       Q    Mr. Baumann, I should have
24   asked earlier, did you bring any documents
25   with you to your deposition today?

33

R. Baumann

1

2    **A**   I did not.

3    **Q**   What about pattern analysis, do

4 you have any training in pattern analysis,

5 either formal or on-the-job?

6    **A**   No.

7    **Q**   Have you, since 1990, conducted

8 pattern analysis in any case at the Suffolk

9 County lab?

10    **A**   No, I have not.

11    **Q**   Who does that at the lab?

12    **A**   **That would be the Trace**

13 **Evidence section.**

14    **Q**   Okay. Do you work routinely

15 with the Trace Evidence section?

16    **A**   **They are within the laboratory,**

17 **but I don't work other than sign in, say**

18 **hello to some folks. I don't involve myself**

19 **in their work. We have a pattern that needs**

20 **to be examined, we would forward it to them.**

21    **Q**   Okay. And you, Mr. Baumann,

22 you're a civilian employee, correct?

23    **A**   **That's right.**

24    **Q**   Do you have any formal law

25 enforcement training at all?

34

R. Baumann

1

2    **A**   **No.**

3    **Q**   What did you do in the Navy?

4    **A**   **I went in as a recruit and I**

5 **got stationed on a ship. I worked on deck**

6 **for several months and then on-the-job**

7 **training as well as book work, became a**

8 **signalman.**

9    **Q**   Okay.

10    MS. FREUDENBERGER: Just give

11 me two minutes.

12    (At this time, a brief

13 discussion was held off the record.)

14    **Q**   Mr. Baumann, you mentioned

15 earlier that you understand that impressions

16 on the sheets that you examined back in 1988

17 in connection with this case have become an

18 issue in this case, correct?

19    **A**   **Yes.**

20    **Q**   And that's something you've

21 discussed with Mr. Genna over the years?

22    MR. MITCHELL: I object to the

23 form. You can answer.

24    **A**   **Yes.**

25    **Q**   Tell me the first conversation

35

R. Baumann

1

2 you remember having with Mr. Genna about the

3 impressions on the sheets?

4    **A**   **Well, from my recollection, it**

5 **was probably around the time that we had**

6 **collected the sheets and then brought them**

7 **back to the laboratory.**

8    **Q**   Okay. You've mentioned that

9 you've had more than one conversation with

10 Mr. Genna about impressions on the sheets

11 over the years since Mr. Tankleff's

12 conviction, correct?

13    **A**   **I've had a couple of**

14 **discussions.**

15    **Q**   Okay, since Mr. Tankleff's

16 conviction in 1990, tell me the first

17 discussion you remember having with Mr.

18 Genna about the impressions on the sheets?

19    **A**   **I can't tell you when the first**

20 **discussion was, I don't recall, but on and**

21 **off a few times we've discussed the**

22 **patterns.**

23    **Q**   Okay.

24    **A**   **I guess the most recent would**

25 **have been when they were brought back to the**

36

R. Baumann

1

2 **laboratory and examined for the presence of**

3 **palm prints or fingerprints or what have**

4 **you.**

5    **Q**   What did you discuss with Mr.

6 Genna in -- Let's do it this way. I

7 understand you don't remember the exact

8 timing, but tell me the substance of the

9 first conversation you remember having with

10 Mr. Genna after Marty's conviction.

11    **A**   **I don't know how many**

12 **discussions we've had. I don't know that**

13 **they were discussions other than the fact**

14 **that, well, could it be other than perhaps a**

15 **fabric or a glove that we had never found**

16 **anything to really compare it to and that's**

17 **it.**

18    **Q**   Okay. In other words, no

19 gloves were ever recovered from the Tankleff

20 house where the murders occurred, correct?

21    **A**   **Not that I can recall, no.**

22    **Q**   Okay. And you've never seen

23 anything indicating that gloves were

24 recovered from the Tankleff home, correct?

25    **A**   **That's correct.**

R. Baumann

2  Q   Okay.  You know what, before we
3  get to your conversations with Mr. Genna,
4  let's go through it so I can be sure that
5  we're on the same page and I'm not missing
6  anything.
7          You were one of the crime scene
8  analysts who responded to the Tankleff crime
9  scene back on the day the bodies were found
10 in 1988, correct?
11 A   That's right, yes.
12 Q   And you participated in the
13 collection of evidence from the crime scene?
14 A   Yes.
15 Q   And you've examined and
16 analyzed various items of evidence collected
17 from the crime scene, right?
18 A   Yes.
19 Q   That analysis spanned a period
20 of approximately two months, right?
21 A   Yes.
22 Q   And I think you mentioned
23 earlier one of the items of evidence you
24 examined were sheets from the bed in the
25 master bedroom where Arlene Tankleff's body

R. Baumann

2  Q   And you noted those patterns
3  because at the time you believed they were
4  potentially relevent evidence that would
5  help solve the crimes, correct?
6  A   Yes.
7  Q   In other words, you believed
8  that they were likely patterns left by the
9  perpetrator or perpetrators left at the
10 crime, correct?
11 A   Yes.
12 Q   I take it you considered
13 various possible explanations for those
14 ridge-like patterns on the sheets and pillow
15 cases, is that correct?
16 A   Yes.
17 Q   You considered whether they
18 might be fingerprints or palm prints in
19 blood, correct?
20 **A   To me, they did not look like**
21 **fingerprints, they looked perhaps something**
22 **like a patterned glove like you might wear,**
23 **a heavier glove for washing dishes or**
24 **perhaps even a glove fabric impression of**
25 **some sort.**

R. Baumann

2  was found, correct?
3  A   Yes.
4  Q   And you made various
5  observations about those sheets, right?
6  A   Yes.
7  Q   You observed a number of
8  bloodstains on those sheets, right?
9  A   Yes.
10 Q   And analyzed those stains?
11 A   Yes.
12 Q   And one of the things you noted
13 was the presence of ridge-like patterns in
14 blood on the sheets, right?
15 A   That's right, yes.
16 Q   And on one of the pillow cases
17 as well, correct?
18 **A   Yes, at least on one.  I know**
19 **there were several pillow cases.  Which one**
20 **not more than one had them and it would have**
21 **been document in my notes, yes.**
22 Q   You observed a number of
23 ridge-like patterns on the sheets and pillow
24 cases; fair to say?
25 A   Yes.

R. Baumann

2  **I didn't know but there was a**
3  **questionable impression that I thought that**
4  **trace evidence should look at and**
5  **subsequently they did.**
6  Q   A number of impressions,
7  correct?
8  A   Yes.
9  Q   And they looked to you to
10 either have been left by fabric gloves or
11 rubber gloves, right?
12 **A   That was my guess.**
13        MR. MITCHELL:  Objection to
14   form.  You can answer.
15 Q   Those were two possibilities
16 you considered?
17 A   Yes.
18 Q   Did you also consider they
19 might have been left by fabric swipes from
20 clothing worn by the perpetrator?
21 **A   Could be.  We did not have**
22 **anything to compare it to, I don't think,**
23 **but you would have to ask the person that**
24 **did the analysis.  My first impression was**
25 **perhaps gloves.  I mean, that was the first**

41

R. Baumann

2 thing that came to mind when I saw it.
3     Q    Okay.  You considered a range
4 of different possibilities, different types
5 of gloves, fabric, correct?
6     A    A range of gloves, be they
7 rubber or be they fabric, I don't know.
8     Q    What made you think -- Gloves
9 were the first thing you mentioned.  What
10 made you think that they may have been left
11 by gloves?
12     A    You have two people dead in a
13 house, somebody may want to wear gloves
14 during the commission of a crime so as not
15 to contaminate themselves and/or leave
16 fingerprints.  To me, it seemed like a
17 logical explanation for what that pattern
18 would be.
19        I'm not saying it is a glove or
20 it isn't a glove or it's something else.  To
21 me, it seemed to be a pretty logical
22 deduction, you know, looking at the overall
23 scene.
24     Q    Okay.  So looking at the
25 overall scene and looking at those

42

R. Baumann

2 impressions it looked to you that those
3 impressions may have been left by gloves
4 worn by a perpetrator, correct?
5     A    May have been.
6     Q    And you documented those
7 impressions, correct?
8     A    Yes.
9     Q    And you passed them along both
10 to -- Well, you passed them along to --
11     A    Excuse me.  I would like to
12 just back up and say I documented them in my
13 notes, but as far as photographing those I
14 believe Trace Evidence did.
15     Q    I did not ask about that.
16 We'll go through it.
17        You documented them into your
18 notes and you passed them along to two
19 people, Bob Genna for a pattern analysis,
20 right?
21     A    Yes.
22     Q    And Officer Mongan?
23     A    I don't recall.
24     Q    Okay.  But you did pass them
25 along for fingerprint analysis as well as

43

R. Baumann

2 trace analysis, right?
3     A    I don't recall.  I'm sure they
4 went for trace analysis for pattern
5 examinations, but I don't recall passing
6 them onto Officer Mongan.
7        MS. FREUDENBERGER:  Why don't
8 we go ahead and mark your worksheets
9 because we're going to refer to
10 these as we go along.
11        Let's mark that as Plaintiff's
12 Exhibit 3.
13        (Whereupon, Plaintiff's Exhibit
14 3 was marked for identification.)
15     Q    Mr. Baumann, take a look at
16 what's been marked as Plaintiff's Exhibit 3.
17     A    Yes.
18     Q    Can you identify that document
19 for me?
20     A    Yes.  This is a copy of my
21 notes regarding Item 4, two peach-colored
22 sheets.
23     Q    I see at the bottom, exam of
24 pattern by Mongan, ID on 9/14.  So does that
25 refresh your recollection that you also

44

R. Baumann

2 passed along these impressions to Officer
3 Mongan in the identification section?
4     A    Yes.
5     Q    So they would be examined for
6 fingerprints, correct?
7     A    Yes.
8     Q    By the way, when you did that,
9 was your expectation that Mongan would take
10 photographs of potential finger/palm prints?
11        MR. MITCHELL:  Objection to
12 form.  You can answer.
13     A    I don't know what their policy
14 is over there as far as examining something
15 like this.  You would have to look at his
16 notes.
17     Q    But back in 1988 -- Well, you
18 worked closely with the identification
19 officer and the Trace Evidence section,
20 correct?
21     A    Well, identification section is
22 in Yaphank.  It's not within our building so
23 they are a separate entity from us.
24     Q    But you send things to them
25 routinely for identification, correct, if

45

R. Baumann

1
2 you spotted something you felt was a
3 fingerprint, that's why you sent it?
4        MR. MITCHELL: Objection to
5    form. You can answer.
6        A    We would send that if somebody
7 requested fingerprints, yes.
8        Q    Okay. If you saw something
9 that appeared to be a fingerprint, what
10 would you do with it?
11       A    I would, depending on the
12 scenario or depending on the case, I would
13 forward it to ID. Sometimes I would just
14 send it to the property bureau and if that
15 type of analysis needed to be done, it could
16 be recalled from there and further work can
17 be done.
18       Q    Okay. But on the occasions
19 when you sent something straight to ID, what
20 would then happen? How would you find out
21 their results?
22       A    I have no idea. I guess the
23 District Attorney.
24       MR. MITCHELL: Don't guess,
25    just answer her question.

46

R. Baumann

1
2        Q    That's right, don't speculate
3 about anything.
4        A    I don't know.
5        Q    Back in the late eighties when
6 you send things to the ID section and they
7 conduct their analysis, you wouldn't find
8 out the results?
9        A    Right.
10       Q    Okay. Regardless, you were
11 expected when you passed this along to ID
12 that they would do a thorough examination to
13 ascertain whether fingerprints were or were
14 not present on the sheets, correct?
15       MR. MITCHELL: I object to the
16    form. You can answer.
17       A    I would assume.
18       Q    That was your expectation back
19 in 1988?
20       MR. MITCHELL: I object to the
21    form. You can answer.
22       A    I wouldn't have sent it if I
23 didn't think they were going to conduct an
24 analysis.
25       Q    Okay. You also forwarded the

47

R. Baumann

1
2 patterns you observed to Mr. Genna for
3 analysis, correct?
4        A    Trace Evidence section, I
5 believe it was Mr. Genna.
6        Q    Okay. And he looked at the
7 various patterns you had identified,
8 correct?
9        A    I believe so yes.
10       Q    And did analysis on them?
11       A    Yes.
12       Q    Okay. I should ask, by the
13 way, what's your professional relationship
14 with Mr. Genna like?
15       MR. MITCHELL: I object to the
16    form. You can answer.
17       A    He's now the chief of the lab.
18 At the time he was the supervisor of the
19 Trace Evidence section.
20       Q    Okay. And today, how often do
21 you interact with Mr. Genna professionally?
22       MR. MITCHELL: I object to the
23    form. You can answer.
24       A    Every so often. If he's got
25 something to convey to the individual or

48

R. Baumann

1
2 members of the laboratory, he'll come up and
3 address it.
4        Q    Would you say you speak to him
5 once a week, once a month?
6        A    Yeah, once a week, once every
7 couple of weeks.
8        Q    Do you socialize?
9        A    Sometimes a couple times a
10 week. It depends.
11       Q    Do you ever socialize with him
12 outside work?
13       MR. MITCHELL: I object to the
14    form. You can answer.
15       A    No.
16       Q    Okay. You understand that last
17 year we, meaning Mr. Tankleff's attorneys,
18 did our own enhancement and analysis on the
19 bed sheets and pillow cases recovered from
20 the master bedroom, correct?
21       MR. MITCHELL: I object to the
22    form. You can answer.
23       A    I recall that being done in the
24 laboratory, yes.
25       Q    Okay. Were you in the lab that

49

R. Baumann

1
2 day?
3     **A   Yes.**
4     **Q**   Okay.  Are you familiar with
5 the company Ron Smith and Associates?
6     **A   No.**
7     **Q**   You mentioned you were in the
8 lab that day.  Were you present for any of
9 the enhancement or analysis that we did?
10    **A   I stuck my head in there a**
11 **couple of times.**
12    **Q**   How long in total would you say
13 you were there?
14    **A   In the exam rooms?**
15    **Q**   Yes.
16    **A   Five minutes total.**
17    **Q**   Okay.  Was Mr. Genna also in
18 the lab at that time?
19    **A   I don't recall.**
20    **Q**   At the time, we were also
21 litigating a case against the State of New
22 York and they brought an expert with them,
23 Mr. Pizolla.  Do you know Mr. Pizolla?
24    **A   I know who he is.  I can't say**
25 **I know him.**

50

R. Baumann

1
2     **Q**   Did you interact with him on
3 the date we were doing enhancements out
4 here?
5     **A   No.**
6         MR. MITCHELL:  Objection to the
7     form.
8     **Q**   I'll represent to you that we
9 took various photographs after Ron Smith and
10 Associates did enhancements on the sheets --
11 and you're nodding -- have you reviewed
12 those photographs?
13        MR. MITCHELL:  I object to the
14     form.  You can answer.
15    **A   No, I did not.**
16        MR. MITCHELL:  I'll let him
17     answer that question.  If you want
18     me to stipulate things, the way you
19     asked the question is as though
20     you're testifying because you said,
21     I'll represent that photos were
22     taken.
23        I'm just saying that based on
24     the way you asked the question it's
25     as though you're testifying.  If you

51

R. Baumann

1
2 want me to stipulate to certain
3 things, I don't object to doing
4 that.
5         MS. FREUDENBERGER:  I don't.  I
6     just want to get the information
7     from him.  I want to know what he
8     reviewed.  I'm not testifying.
9         MR. MITCHELL:  Just ask him, do
10     you know if photos were taken.
11        MS. FREUDENBERGER:  If I can
12     look -- If it's not a proper
13     question, I can't ask it or use it.
14     Let me ask it the way I am doing it.
15        MR. MITCHELL:  I'll direct him
16     not to answer.
17        MS. FREUDENBERGER:  You can
18     direct him not to answer on the
19     grounds of leading.
20    **Q**   Mr. Baumann, have you, at any
21 point in time, reviewed any of the
22 photographs we took in the lab that day?
23    **A   No.**
24    **Q**   Now, you mentioned earlier that
25 you've spoken with Mr. Genna since we did

52

R. Baumann

1
2 those enhancements.  How many conversations
3 have you had with Mr. Genna since we did the
4 enhancements on the sheets and pillow cases
5 from Arlene Tankleff's bedroom about the
6 enhancement, what they showed, what you
7 observed back in the day?
8     **A   I don't think I had any**
9 **conversations with him regarding the**
10 **enhancements or what they showed.**
11    **Q**   You had a conversation with him
12 just about the patterns and what you
13 observed in the late eighties?
14    **A   Over the years, you're talking**
15 **about 25 years and when this has come up for**
16 **whatever reason, and it's come up several**
17 **times, you know, we probably mentioned, you**
18 **know, gloves.  We never found anything.  You**
19 **know, we never had anything to compare them**
20 **to or perhaps we did.  I don't know.  It was**
21 **just one of those things that was, you know,**
22 **still part of this, you know, pattern that's**
23 **unsolved.**
24    **Q**   Okay.
25    **A   So, you know, it's nothing**

53

R. Baumann

**1** **like -- But I don't recall talking to Mr.**
**2** **Genna about the enhancements or the results**
**3** **of the enhancements.  Really, I'm not**
**4** **concerned about it.  You know, I've done my**
**5** **work on it.  My work stands.  I turned over**
**6** **all my stains to the State and I suppose did**
**7** **work on it.  I have nothing to hide.**
**8**          MR. MITCHELL:  Just answer the
**9** question.
**10**     **Q**    I understand, but before we get
**11** too far afield, I understand.  We're going
**12** to go through all the work that you did, the
**13** sheets and all.
**14**     **A**    **Okay.**
**15**     **Q**    I just want to know right now
**16** about the substance of your conversations
**17** with Mr. Baumann, and it sounds like what
**18** you're saying, correct me if I'm wrong, what
**19** looked to you and to Mr. Genna to be glove
**20** prints on the sheets were an outstanding
**21** issue in the case that was never resolved;
**22** fair to say?
**23**     **A**    **I don't know that they ever**
**24**     **A**    **received anything to compare to or if they**

54

R. Baumann

**1** **did that anyone was saying, hey, this could**
**2** **have made those patterns.**
**3**     **Q**    Okay.  In other words, you saw
**4** what looked to you to be gloved prints in
**5** blood on the sheets?
**6**     **A**    **Or a fabric impression.  I**
**7** **don't know what it was.  You know, I'm just**
**8** **saying my first supposition given the**
**9** **context of the scene.**
**10**     **Q**    I understand.
**11**     **A**    **That's all I'm saying.**
**12**     **Q**    Taking into account the context
**13** of the scene, that's one thing that you do
**14** as a forensic scientist performing crime
**15** scene analysis, one thing you do is take
**16** into account the context of the scene you're
**17** looking at when you're analyzing evidence;
**18** fair to say?
**19**     **A**    **I would say that's fair, yes.**
**20**     **Q**    Certainly, you did that when
**21** you processed and analyzed evidence from the
**22** Tankleff crime scene, correct?
**23**     **A**    **In what way?  In relation to**
**24** **the pattern, yes.**

55

R. Baumann

**1**     **Q**    In relation to all the evidence
**2** you evaluated, right?
**3**     **A**    **Specifically.**
**4**     **Q**    Well, in general, I'm talking
**5** about generally now, what you do as a crime
**6** screen analyst.  In general, when you're
**7** analyzing evidence, you're not looking at
**8** things in isolation under the microscope,
**9** you're taking into account the information
**10** you have from the various sources about what
**11** the evidence shows and how the crimes may
**12** have occurred, correct?
**13**          MR. MITCHELL:  Objection to
**14** form.  You can answer.
**15**     **A**    **You have to look at the scene**
**16** **and see what you have, whether it's**
**17** **burglary, whether it's a homicide, whether**
**18** **it's a rape, and consider what kind of**
**19** **evidence may be present, yes.**
**20**     **Q**    And you're considering
**21** individual items of evidence in context?
**22**     **A**    **I suppose.**
**23**     **Q**    Turning back to the fabric
**24** impressions, it sounds like what you're

56

R. Baumann

**1** saying is, looking at the bed sheets and
**2** considering the context, you considered a
**3** couple of possibilities that the
**4** impressions -- and one possibility was that
**5** the impressions were left by gloves, either
**6** fabric gloves or rubber gloves, correct?
**7**     **A**    **Could be.**
**8**     **Q**    It also looked to you like the
**9** impression may be left by a fabric swipe;
**10** fair to say?
**11**     **A**    **I don't know.**
**12**     **Q**    That was one possibility you
**13** considered at the time?
**14**          MR. MITCHELL:  I object to the
**15** form.  You can answer.
**16**     **A**    **I don't know if I considered**
**17** **that at the time.  It was a question**
**18** **impression that I thought beard looking at**
**19** **because there were numerous question**
**20** **impressions.**
**21**     **Q**    And the question impressions
**22** appear to you to have been left by a glove
**23** or fabric of some kind?
**24**          MR. MITCHELL:  I object to the

**57**

R. Baumann

1
2 form. You can answer.
3 **A   That was my guess at the time.**
4 **Q** Okay. It was not just an out
5 and out guess out of the blue, right? It
6 was a hypothesis you developed based on what
7 you knew about the crime, and based on what
8 you knew about the crime scene and what the
9 crime was, and the observations of what you
10 saw on the sheets?
11 **A   Right, but I wasn't saying,**
12 **hey, this is from a glove, but the context**
13 **fact that you have two murders there.**
14 **Q** It was your working hypothesis
15 based on what you knew about the crime and
16 the crime scene and your observations of the
17 patterns; fair to say?
18 **A   That there might be a pair of**
19 **gloves involved, yes.**
20 **Q** Okay.
21 **A   Or a glove.**
22 **Q** One or more gloves involved,
23 correct?
24 **A   Yes.**
25 **Q** Okay.

**58**

R. Baumann

1
2 **A   That would be a piece of**
3 **evidence we would be looking for, yes.**
4 **Q** Okay. As I think you said
5 earlier, no gloves were ever recovered from
6 the crime scene, correct?
7 MR. MITCHELL: I object to the
8 form. You can answer.
9 **A   Not that I recall, no.**
10 **Q** In other words, so the source
11 of those impressions that you identified on
12 the sheets was never identified; fair to
13 say?
14 **A   I believe that's correct.**
15 **Q** Okay. The fact that no source
16 was ever identified for the patterns you
17 observed on the bed sheets is something you
18 discussed with Mr. Genna over the years,
19 correct?
20 MR. MITCHELL: I object to the
21 form. You can answer.
22 **A   If we had talked about it, that**
23 **would have been the substance of what we**
24 **talked about, yes.**
25 **Q** Okay. That's sort of an open

**59**

R. Baumann

1
2 issue in the case so to speak, correct?
3 MR. MITCHELL: I object to the
4 form. You can answer.
5 **A   Seems to be, yes.**
6 **Q** In your conversations with Mr.
7 Genna about that, did he agree with you that
8 that was one issue in the case you were
9 never able to resolve?
10 MR. MITCHELL: I object to the
11 form. You can answer.
12 **A   I don't know what his final**
13 **opinion is.**
14 **Q** I'm not asking about his final
15 opinion, I'm just asking what he expressed
16 to you in the conversations that you had
17 about the fact that no source of these
18 impressions was ever identified?
19 MR. MITCHELL: I object to the
20 form. You can answer.
21 **A   I don't think it went beyond**
22 **that. I don't recall really. It may have**
23 **just been mentioned and that's it**
24 **essentially is that we never had anything**
25 **submitted that -- Well, I don't know about**

**60**

R. Baumann

1
2 **submitted, but we never came to the**
3 **conclusion as to what made those -- still**
4 **could be gloves -- you know, what else could**
5 **it be.**
6 **I don't know if there was**
7 **enough detail for him to form an opinion**
8 **other than that. You know, he may have had**
9 **his own opinions on that. I don't know.**
10 **Q** Why don't we go through and
11 actually identify the patterns you observed
12 and I'll show you what we uncovered when we
13 did enhancements on the sheets and pillow
14 case.
15 Before we do, tell me everybody
16 you spoke with about what you observed in
17 the lab on the day we did these
18 enhancements?
19 MR. MITCHELL: I object to the
20 form. You can answer.
21 **A   Could you repeat that.**
22 **Q** I'll actually rephrase that.
23 Did you have any conversations with Mr.
24 Genna about the fact that we were doing
25 enhancements on the bed clothes from Arlene

**61**

R. Baumann

2 Tankleff's bedroom?

3    **A   I knew that there was going to**
4 **be a private agency that was going to come**
5 **up and do the enhancements in the**
6 **laboratory, yes.**

7    Q   How did you learn that that was
8 going to happen?

9    **A   I believe through Mr. Genna.**

10    Q   And what did he say to you and
11 what did you say to him?

12    **A   That they were going to come up**
13 **and they were going to use the exam rooms**
14 **for a couple of days and do the**
15 **enhancements.**

16    Q   Okay.  What was your reaction
17 when he told you that?

18    **A   I was just interested to see**
19 **what was going to be found.  I really don't**
20 **care one way or the other.**

21    Q   Did you have a conversation
22 with Mr. Genna after we came in and did the
23 enhancements about what we had found?

24    **A   No.**

25    Q   Did you ever ask him what we

**62**

R. Baumann

2 had found?

3        G43.

4    MR. MITCHELL:  Genna.

5    MS. FREUDENBERGER:  Yes.

6    **A   I don't think so.**

7    Q   Okay.  Did you have any
8 discussion at all with anybody at any time
9 about what you observed on that day when you
10 poked your head in and we were doing
11 enhancements on the bed sheets?

12    **A   No.**

13    MS. FREUDENBERGER:  Let's just
14    take a break.

15    (At this time, a brief recess
16    was taken.)

17    Q   You still have Plaintiff's
18 Exhibit 3 in front of you?

19    **A   Yes.**

20    Q   This is the worksheet you
21 prepared based on your analysis of the bed
22 sheets, correct?

23    **A   Yes.**

24    Q   It includes both sketches of
25 the stains you observed on the bed sheet on

**63**

R. Baumann

2 the first page as well as notes on the
3 individual stains, right?

4    **A   Yes.**

5    Q   Now, take a look at what's been
6 marked Plaintiff's Exhibit 4, which is a
7 series of four photographs, if you would.

8    **A   Yes.**

9    (Whereupon, Plaintiff's
10    Exhibits 4A through 8 were marked
11    for identification.)

12    Q   I just want to make sure we're
13 on the same page about what we're seeing
14 here.  Let's start with the stain which you
15 labeled S-4 on the second page of the
16 worksheet.

17    MR. MITCHELL:  Are you asking
18    if he's ever seen these photographs
19    before?  Is it 4A, B, C, D or 4, 5,
20    6, 7?

21    Q   Mr. Baumann, let's go back to
22 Exhibit 3.  Again, these are your notes on
23 what you found when you analyzed the bed
24 sheets, correct?

25    **A   Yes.**

**64**

R. Baumann

2    Q   Take a look at your notation on
3 the stain labeled S-4 which is on the second
4 page of Exhibit 3.

5    **A   Okay.**

6    Q   If you would read for me what
7 you noted next to S-4.

8    **A   "Red-brown stain about**
9 **two-and-a-half by one-and-a-half inches.**
10 **Contact or series of drops close to each**
11 **other adjacent to ridge pattern."**

12    Q   So you're indicating in your
13 notes that stain S-4 is adjacent to one of
14 the ridge patterns you observed, correct?

15    **A   Yes.**

16    Q   Now, granted this will make you
17 more comfortable, I'll stipulate that these
18 are photographs -- The photographs I'm
19 showing you, which have been marked Exhibits
20 4A through D are photographs our experts
21 from Smith and Associates took after they
22 did enhancements on the bed sheets back in
23 2013.

24    MR. MITCHELL:  Actually, you
25    want me to stipulate.

65

R. Baumann

1
2    MS. FREUDENBERGER:  I'm
3    stipulating that.
4    MR. MITCHELL:  You're
5    representing that that's what they
6    are.
7    MS. FREUDENBERGER:  These are
8    not photographs that he took or
9    observed back then.  However you
10   want to do it.
11   MR. MITCHELL:  This is a little
12   semantics.  You're representing that
13   they are.  You're asking me are you
14   stipulating?
15   MS. FREUDENBERGER:  I'm not.
16   I'm offering to stipulate to that so
17   there is no confusion about whether
18   this witness took or observed these
19   photographs.
20   You just tell me how you want
21   to address your concern.
22   MR. MITCHELL:  I'll stipulate
23   that he did not take these
24   photographs.  What you're asking me
25   is am I willing to say that these

66

R. Baumann

1
2    photographs were photographs taken
3    by --
4    MS. FREUDENBERGER:  No, you
5    raised a concern earlier about the
6    fact that he's never seen these
7    photographs before.  I'm offering --
8    MR. MITCHELL:  I don't know
9    that.  We did not get to that yet.
10   Q    Mr. Baumann, have you ever
11   viewed --
12   MS. FREUDENBERGER:  I asked him
13   that earlier.  He said he never
14   looked at any of the photographs we
15   provided.
16   MR. MITCHELL:  Go ahead.
17   MS. FREUDENBERGER:  I'm trying
18   to avoid interruptions.  You let me
19   know if you have a problem with the
20   way I'm doing this and we'll address
21   it then.
22   MR. MITCHELL:  Just go ahead.
23   Q    Mr. Baumann, take a look at
24   what's been marked 4A, just the first page.
25   Now, does this appear to be a

67

R. Baumann

1
2    photograph of the bed sheet that you looked
3    at and labeled --
4    A    Yes, it does.
5    Q    -- Item number 4 back in 1988?
6    A    Yes, but it has additional
7    markings on it.
8    Q    Correct.  And you did not
9    prepare any of the markings on this sheet
10   that are visible in 4A, right?
11   A    Well, I had indicated as to 1
12   through S-15 on there.
13   Q    In other words, the numbers are
14   yours but the circles are not, correct?
15   A    Correct.
16   Q    Now, take a look at the second
17   page, 4B.
18   A    Yes.
19   Q    It's fair to be a closeup
20   photograph of the stain which you labeled
21   S-4?
22   A    Yes.
23   Q    Okay.  And do you see S-4 is
24   your writing and this three-sided rectangle,
25   for lack of a better description, around the

68

R. Baumann

1
2    cutting is your writing as well, correct?
3    A    Yes, it is.
4    Q    Did you actually prepare this
5    cutting of the stain visible in this
6    photograph?
7    A    I did, yes.
8    Q    Do you see on 4B adjacent to
9    the cutting you prepared a pattern the way
10   this page is oriented above that cutting?
11   A    Up here?
12   Q    Yes.
13   A    Yes, I see that.
14   Q    In other words, why don't you
15   circle on that exhibit -- Well, first, Mr.
16   Baumann, is that the ridge pattern that you
17   observed when you looked at the bed sheet
18   pattern in 1988?
19   A    It appears to be.
20   Q    Why don't you circle that
21   pattern and can you initial it as well.
22   A    (Complying.)
23   Q    The subsequent two pages of
24   this exhibit, 4C and 4D, do those appear to
25   be blown up photographs of that same

69

R. Baumann

1
2 pattern?
3     A   Yes, it does.
4     Q   Okay.  Again, that's one of the
5 patterns, one of the ridge patterns you
6 observed and documented when you examined
7 the bed sheet back in 1988, correct?
8     A   Yes.
9     Q   You can put that aside.
10 Continuing with your notes on the second
11 page of Exhibit 3, could you read the
12 notation next to what you've labeled S-6 for
13 me, please?
14     A   "Red-brown contact(ridge
15 pattern) partially observable on periphery
16 of stain, crescent shaped, about one and
17 three eighths by one-quarter inch.
18         Also present about 1 inch from
19 S-6 is clear ridge-like pattern.
20     Q   So is what you're noting here,
21 both a ridge pattern on the periphery of the
22 stain in a crescent stain, that's
23 approximately one and three eights by one
24 and one quarter inches.
25         First, is that what you're

70

R. Baumann

1
2 noting in this notation?
3     A   My notation says red-brown
4 contact (ridge pattern) partially observable
5 on the periphery of the stain, crescent
6 shape." What are you asking?
7     Q   In other words, you observed a
8 crescent shaped -- Around this stain labeled
9 S-6 you observed both a crescent shaped
10 ridge pattern on the periphery of the stain,
11 as well as a clear ridge pattern about an
12 inch from the stain which you labeled S-6;
13 is that what this note reflects?
14     A   I don't know.  I guess you
15 could read that a couple of different ways.
16     Q   Let's take a look at what's
17 been marked 5A, which I'll represent to you
18 is the first page of the second copy of the
19 same photograph previously marked 4A.
20     A   Okay.
21         MR. MITCHELL:  5A and 4A are
22 the same picture.
23         MS. FREUDENBERGER:  5A and 4A
24 are the same picture, yeah.
25     A   Okay.  S-6 was a red/brown

71

R. Baumann

1
2 contact.
3     Q   Here, I'll take you through it.
4         MR. MITCHELL:  Wait.
5     Q   I'll represent to you that 5B,
6 C, D and E are photographs of stain S-6 in
7 increasing magnitude.  In other words, there
8 are four additional photographs marked S-6.
9     A   Okay.
10     Q   Do those, in fact, appear to be
11 the photographs of the stain you labeled
12 S-6?
13     A   Yes.
14     Q   If you look at 5C, you can see
15 two areas of ridge-like patterns, correct?
16     A   Yes.
17     Q   Okay.  One is crescent shaped
18 and the way this page 5C is oriented it's
19 north of the cutting you made from the bed
20 sheet, correct?
21     A   Right here?
22     Q   Why don't you circle the
23 ridge-like patterns that you saw as they
24 appear in this photograph?
25     A   All right.  (Complying.)

72

R. Baumann

1
2     Q   Did you circle one or two?
3     A   This one looks like it would be
4 also present ridge pattern partially
5 observable in the periphery of this crescent
6 stain.  I don't see that there.
7         Also, present about an inch
8 from S-6 is a clear ridge-like pattern which
9 would appear to be this area (indicating).
10     Q   Okay.
11         MR. MITCHELL:  Just for the
12 record, on 5C you circled something,
13 put your initials, correct?
14         THE WITNESS:  Yes, I did.
15         MR. MITCHELL:  You were asked
16 if you only circled, I think -- How
17 many circles?  Make clear, you put
18 one circle on that.  This is just
19 for the record, how many circles did
20 you put on 5C?
21         THE WITNESS:  There is one,
22 sir.
23         MR. MITCHELL:  That's all.
24     Q   What you circled, you were just
25 saying is a clear ridge-like pattern, yes?

**73**

R. Baumann

1
2    **A   It appears to be, yes.**
3    **Q**   Okay.  Does it appear to have
4 been left by fabric?
5    **A   I don't know.**
6    **Q**   Okay.  You circled one item on
7 5C.  Do you see -- Let's look at 5C again.
8    **A   Okay.**
9    **Q**   Does that also -- what I'm
10 pointing to -- also appear to be a
11 ridge-like pattern on 5C?
12    **A   It does, yes.**
13    **Q**   Is that one of the ridge-like
14 patterns you observed?
15    **A   I don't recall.  This is most**
16 **obvious in looking at it prior to treatment,**
17 **you know, if this is enhanced that may not**
18 **have been apparent to me at the time.**
19       MR. MITCHELL:  Just clarify for
20    the record, you pointed to
21    something.  Whatever way you want to
22    do it so it's clear.  What you
23    pointed to and what you asked him
24    about.
25    **Q**   Is what I just pointed to, does

**74**

R. Baumann

1
2 that appear to be a ridge-like pattern?
3       MR. MITCHELL:  You have to put
4    on the record what you pointed to.
5       MS. FREUDENBERGER:  I'm doing
6    that.
7    **Q**   I'm asking you what I just
8 pointed to, does that appear to be a
9 ridge-like pattern?
10    **A   Yes, it does.**
11    **Q**   But you're not certain if
12 that's one of the ridge-like patterns that
13 you observed back in 1988, correct?
14    **A   Correct.**
15    **Q**   So why don't you circle what I
16 just pointed to right there.  That's a good
17 idea.  Put a question mark and initial it.
18    **A   (Complying.)**
19    **Q**   Thanks.  Now, take a look, if
20 you would, at what's been marked Plaintiff's
21 Exhibits 6A through D.
22    **A   (Complying.)**
23    **Q**   Does this appear to be a series
24 of photographs of the south sheet you
25 analyzed from the Tankleff bed?

**75**

R. Baumann

1
2    **A   Yes.**
3    **Q**   Take a look at the notation on
4 the bottom of the second page of your
5 worksheet on the bed sheets?
6    **A   Right.**
7    **Q**   Do you see where it says S.
8 Sheet.  S-16?
9    **A   Yes.**
10    **Q**   Okay.  And here you're noting
11 an additional ridge pattern, correct?
12    **A   I described S16 as**
13 **approximately 1 quarter inch area of red/**
14 **brown stain in midst of QP1 ridge pattern.**
15    **Q**   In other words, this is an
16 additional ridge pattern that you identified
17 on the south sheet, correct?
18    **A   Yes.**
19    **Q**   Does the photograph now marked
20 6B reflect that ridge pattern smear you
21 noted on your worksheet?
22    **A   Yes, it does.**
23    **Q**   Okay.  Does 6C appear to you to
24 be a closer up photograph of the ridge
25 pattern that you noted on item S16?

**76**

R. Baumann

1
2       MR. MITCHELL:  I object to the
3    form.  You can answer.
4    **A   Yes.**
5    **Q**   Put that aside.  Now I'm going
6 to show you what's been marked as
7 Plaintiff's Exhibit 7.  Is this a copy of
8 the worksheet you prepared on item 20, which
9 is one of the pillow cases from Arlene
10 Tankleff's bed?
11    **A   Yes.**
12    **Q**   Take a look at your notation
13 about four lines down on this worksheet.  It
14 appears to say two areas where ridge
15 patterns appears (front and back on same
16 side of pillow, one may be hand and palm and
17 fingerprint (on backside.)
18    **A   On backside.**
19    **Q**   On backside?
20    **A   Yes.**
21    **Q**   In other words, you're noting
22 here ridge patterns you've observed which
23 you believe may be a hand or palm print on
24 the pillow case, correct?
25    **A   That's what it says, correct.**

77

R. Baumann

1
2  **Q** That's what you wrote after
3  examining that bed sheet, right?
4  **A** **While examining.**
5  **Q** While examining that pillow
6  case, I should say.
7  **A** **Yes.**
8  **Q** You said while examining. Tell
9  me quickly just the process you used for
10 generating these worksheets? Were you
11 taking these notes as you were actually
12 looking at the pillow cases and sheets?
13 **A** **Yes.**
14 **Q** So here you contemporaneously
15 documented ridge patterns you observed which
16 you believed might be a hand or a palm print
17 on one of the pillow cases from Arlene
18 Tankleff's bed, correct?
19 **A** **Yes.**
20 **Q** Or fingerprints, right?
21 **A** **That's what it says, yes.**
22 **Q** You observed ridge patterns
23 which you believed might have been left; a
24 hand, a palm, a finger or a glove, as I
25 think you said earlier, on both sides of the

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

78

R. Baumann

1
2  pillow case labeled Item 20, right?
3  **A** **Yes.**
4  **Q** Look at what I've marked
5  Plaintiff's Exhibits 8A through G, if you
6  would.
7  **A** **(Complying.)**
8  **Q** You have a chance to review
9  those?
10 **A** **The photo.**
11 **Q** Yeah?
12 **A** **It's the first time I'm seeing**
13 **it.**
14 **Q** Take your time.
15    So does 8A appear to be a
16 photograph of the pillow case you analyzed
17 and labeled number 20?
18 **A** **Yes.**
19 **Q** Mr. Baumann, take a look at 8B,
20 if you will?
21 **A** **(Complying.)**
22 **Q** I'm sorry, 8C.
23 **A** **(Complying.)**
24 **Q** Before you do, take a look at
25 the bottom of your worksheet, Exhibit 7.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

79

R. Baumann

1
2  **A** **Yes.**
3  **Q** The ridge patterns you
4  identified on 20, the pillow case, were next
5  to stains marked S-4, correct, based on what
6  you documented on your worksheet?
7  **A** **S-4 ridge pattern on back and**
8  **ridge pattern on front. It's not real**
9  **clear. I don't know if it's indicating to**
10 **me if it's -- I'm indicating that they gave**
11 **positive reactions with presumptive testing.**
12 **Q** Well --
13 **A** **What are you asking?**
14 **Q** It says contact area which
15 appears to be part of question palm print;
16 do you see that?
17 **A** **Yes.**
18 **Q** That's what you documented
19 while looking at the pillow case, right?
20 **A** **Yes.**
21 **Q** What you're noting is that you
22 saw something that appeared to be part of a
23 palm print in blood on the pillow case,
24 right?
25 **A** **Yes.**

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

80

R. Baumann

1
2  **Q** And you saw that next to item
3  S-4, right, that's what the S-4 colon means?
4  **A** **Yes.**
5  **Q** And below that it says ridge
6  pattern on back and ridge pattern on front,
7  right?
8  **A** **Yes.**
9  **Q** Okay. So you're documenting
10 that you see a ridge pattern that looks like
11 it might be part of a palm print, right?
12 **A** **Yes.**
13 **Q** And that's what I'm asking you.
14 Is that ridge pattern which you documented
15 while you were observing the pillow case
16 reflected in photograph -- is that what's
17 reflected in photograph 8C?
18 **A** **Yes. It appears to be, yes.**
19 **Q** Okay. Why don't you go ahead
20 and circle what you identified as a possible
21 palm print on that photograph, initial it.
22 **A** **(Complying.)**
23 **Q** Okay. Thanks very much. I
24 think we can put all of these aside.
25    Mr. Baumann, you mentioned

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

81

R. Baumann

1  earlier that one of the documents you
2  reviewed in preparation for your deposition
3  was the memorandum prepared by individuals
4  from the State who came out and interviewed
5  you following Mr. Tankleff's -- the vacatur
6  of his conviction and Mr. Tankleff's release
7  from prison, correct?
8  
9         MR. MITCHELL:  Objection to
10        form.  You can answer.
11        **A   Yes.**
12        **Q**   We'll take a look at that later
13  on, but one of the things I noticed in that
14  memo is that you apparently went out and
15  purchased rubber gloves from various
16  supermarkets to try and locate the source of
17  the patterns you observed on the bed sheets,
18  correct?
19        MR. MITCHELL:  I object to the
20        form.  You can answer.
21        **A   It's news to me.  I was stunned
22  to see that.  I did not do that at any time.**
23        **Q**   You never went out and bought
24  rubber gloves and tried to identify a source
25  for these prints?

82

R. Baumann

2        **A   No, absolutely not.**
3        **Q**   That's something that you
4  believe was fabricated by the investigators?
5        MR. MITCHELL:  I object to the
6        form.  You can answer.
7        **A   I never said that.  I never did
8  it.**
9        **Q**   Okay.  Leaving that aside, in
10  your mind at the time that you forwarded the
11  ridge patterns you observed in blood on the
12  sheets and pillow case to the Trace section
13  and the ID section, in your own mind was the
14  source of those patterns an important
15  question to be resolved in the course of
16  this investigation?
17        **A   If they could shed some light
18  on what they might be sure, it could be
19  important.**
20        **Q**   In other words, you believed
21  that those --
22        **A   But even at the time when we're
23  at the scene, again, in the context maybe
24  we're looking at a glove that may be
25  involved.**

83

R. Baumann

2        **Q**   In other words --
3        **A   So I was certainly aware that
4  these patterns exist and where they exist
5  could be consistent with that of a glove or,
6  you know, as I say, a fabric of some sort.**
7        **Q**   I think I understand.  In other
8  words, when you were looking at these
9  patterns, at the time when you were
10  analyzing the sheets and pillow case and
11  making these notations, you believed that
12  the ridge patterns in blood you were
13  observing might have been left by the
14  perpetrator, correct?
15        MR. MITCHELL:  I object to the
16        form.  You can answer.
17        **A   Yes.**
18        **Q**   Okay.  And so you believed that
19  those patterns could be evidence that might
20  help the lead detectives on the case
21  identify a perpetrator, correct?
22        MR. MITCHELL:  I object to the
23        form.  Go ahead.
24        **A   Could you just repeat that
25  question.**

84

R. Baumann

2        **Q**   Sure.  In other words, the
3  reason that you were writing down and noting
4  that you had seen these question ridge
5  patterns was because you believed that they
6  might have been left by the perpetrator or
7  perpetrators of this crime at the crime
8  scene, right?
9        **A   Short of ruling out emergency
10  services too, I didn't know what the
11  circumstances were, but certainly a pair of
12  bloody gloves might prove probative if
13  found.**
14        **Q**   So identifying the source of
15  those apparent fabric impressions --
16        **A   Yes, impressions.**
17        **Q**   -- yes, impressions, was an
18  important issue in the case in your own mind
19  at the time that you documented and
20  forwarded these along?
21        MR. MITCHELL:  I object to the
22        form.  You can answer.
23        **A   Yes.**
24        **Q**   In fact, I think you told us
25  earlier that no source of those impressions

85

R. Baumann

1
2  was ever identified, right?
3        MR. MITCHELL:  I object to the
4  form.  You can answer.
5     **A   Not to my knowledge.**
6     **Q**   And that's something you
7  discussed with Mr. Genna over the years,
8  correct?
9        MR. MITCHELL:  I object to the
10  form.  You can answer.
11     **A   I believe so.**
12     **Q**   Is that something that has
13  always troubled you about these crimes that
14  no source for these patterns was ever
15  identified?
16        MR. MITCHELL:  Objection to
17  form.  You can answer.
18     **A   No, it has not troubled me, no.**
19     **Q**   Okay.  I'm going to ask you a
20  couple of questions about how the crime
21  scene worked back in the late eighties, but
22  before I do, by September of 1988, Mr.
23  Baumann, how many crime scenes,
24  approximately, had you processed?
25     **A   I don't recall.**

86

R. Baumann

1
2     **Q**   Okay.  Certainly, though, you
3  had been processing crime scenes since at
4  least 1982 when you joined the NYPD lab; is
5  that correct?
6     **A   I didn't process crime scenes**
7  **at that time.**
8     **Q**   When did you start processing
9  crime scenes?
10     **A   When I came to Suffolk County.**
11     **Q**   That was back late in 1985?
12     **A   That's correct.**
13     **Q**   How many crime scenes would you
14  process a month while you were at the
15  Suffolk County lab?
16     **A   I don't know.**
17     **Q**   Were you processing at least
18  one crime scene a week?
19     **A   I didn't keep track.  I don't**
20  **know.  I can't answer that accurately.**
21     **Q**   What was your day to day like
22  starting in December of '85 when you first
23  came to the Suffolk County lab?
24        MR. MITCHELL:  I object to the
25  form.  You can answer.

87

R. Baumann

1
2     **A   I would examine evidence for**
3  **biological stains if they were submitted as**
4  **I did here, description of the evidence, do**
5  **the testing corresponding to the evidence**
6  **that we were examining.**
7        **At times, we would respond to**
8  **crime scenes, process vehicles involved in**
9  **crime scenes out in the Westhampton impound.**
10     **Q**   You can't tell me how often,
11  one way or the other, you responded to crime
12  scenes between 1985 and 1988?
13     **A   No, we're talking 25 years ago.**
14  **I don't remember.**
15        MR. MITCHELL:  Objection to
16  form.  You can answer.
17     **Q**   I'm trying to get a general
18  idea.  Were you processing -- Was it more
19  like you go out to a scene once every six
20  months or more like you go out to a scene
21  once every few weeks?
22        MR. MITCHELL:  Objection to
23  form.  You can answer.
24     **A   I believe it would be more**
25  **frequently then once every six months, but**

88

R. Baumann

1
2  **again, I can't give you an accurate**
3  **estimate.**
4     **Q**   Okay.  Was Mr. Kosciuk already
5  working at the Suffolk County lab when you
6  started in December of 1985?
7     **A   He was, yes.**
8     **Q**   Okay.  Was he one of the people
9  who trained you when you got to the lab?
10     **A   Yes.**
11     **Q**   Okay.  So you worked very
12  closely with him prior to the Tankleff case?
13        MR. MITCHELL:  I object to the
14  form.  You can answer.
15     **A   When I would respond to crime**
16  **scenes, I would work with him on occasion,**
17  **yes.**
18     **Q**   Okay.  Approximately how many
19  crime scenes had you done with Mr. Kosciuk
20  by 1988?
21     **A   I have no idea.**
22     **Q**   More than five?
23     **A   I have no idea.**
24     **Q**   You don't know one way or the
25  other?

89

R. Baumann

1

2     **A   I don't know one way or the**
3  **other.**
4        **Q**   Mr. Kosciuk is still in the lab
5  today, correct?
6     **A   No, he's not.**
7        **Q**   Oh, he's not.  Okay.  When was
8  the last time you spoke with him?
9     **A   I just said hello to him maybe**
10  **a month ago.  We had a barbecue.**
11       MR. MITCHELL:  Could you just
12       answer the last time you spoke to
13       him.  She'll follow-up if she wants
14       to.
15    **A   That's it.**
16       **Q**   What was the occasion of that
17  last conversation?
18    **A   What was the occasion?  We had**
19  **a lab barbecue and he comes by for those and**
20  **I just said hello to him and that was pretty**
21  **much it.**
22       **Q**   Okay.  Have you ever socialized
23  outside of work with him leaving aside the
24  lab barbecues?
25       MR. MITCHELL:  Objection to

90

R. Baumann

1

2  form.  You can answer.
3     **A   No.**
4        **Q**   Are you aware that he and Mr.
5  Genna were involved in an accident
6  reconstruction business?
7     **A   I know they do some work**
8  **together, yes.**
9        **Q**   Have you ever done any work
10  with them as part of their accident
11  reconstruction business?
12    **A   No.**
13       **Q**   Have you ever worked with
14  either of them outside the context of the
15  lab in any capacity?
16    **A   No.**
17       **Q**   I'm going to show you, Mr.
18  Baumann, some testimony from Mr. Kosciuk's
19  deposition last fall and see whether you
20  agree with it.
21       Mr. Baumann, I'll just read
22  this to you because I think it would be
23  faster, but if you would like to see the
24  testimony, you're more than welcome to.
25       I'm reading from the deposition

91

R. Baumann

1

2  of Charles Kosciuk on October 2, 2013.  This
3  is page 44, lines 24 to 45, line 8.
4        "Q. Now, so getting back to
5        your understanding of crime scene
6        reconstruction, certainly, and this
7        would be true in 1988, is that you
8        look at all of the evidence that you
9        can get, right, from documenting the
10       scene and then you try to create
11       hypotheses of how the crime might
12       have occurred; fair enough?
13       A. Yes."
14       Mr. Baumann, would you agree.
15  that those are basic principals of crime
16  scene reconstruction including in 1988 is
17  that you would gather everything that you
18  can from a scene and work together to gather
19  a hypothesis of what might have occurred?
20       MR. MITCHELL:  I object to the
21       form.  You can answer.
22    **A   Yes.  You may establish that**
23  **early on and it may change as you look at**
24  **evidence at the scene.  And also, when you**
25  **get back to the laboratory there if**

92

R. Baumann

1

2  **different sections are testing their**
3  **evidence, you know, that hypothesis may have**
4  **well changed.  The ideas, you know, you**
5  **don't have to lock yourself and say this is**
6  **what happened.  You just don't know.  You**
7  **can't just go in there and say, well, I have**
8  **no idea what happened, so you've got to take**
9  **some direction.**
10       **Q**   Okay.  So let's break that
11  down.  So different sections of the crime
12  lab have different specialties or areas of
13  expertise, correct?
14    **A   That's right.**
15       **Q**   So you're primarily a
16  serologist, correct?
17    **A   Yes.**
18       **Q**   So your area of expertise,
19  correct me if I'm wrong, is in analyzing
20  bodily fluids, correct?
21    **A   Yes.**
22       **Q**   Okay.  And based on bodily
23  fluids left at a crime scene, you can
24  ascertain various things about how a crime
25  may have occurred and who may have committed

93

R. Baumann

1 it; fair to say generally speaking?

2 **A Yes.**

3 **Q** And then, there are other

4 people in the crime lab with other areas of

5 expertise such as analyzing patterns or

6 analyzing fingerprints, correct?

7 **A That's right, yes.**

8 **Q** Analyzing blood spatter, things

9 like that?

10 **A Correct.**

11 **Q** So the process you engage in in

12 a homicide investigation such as this one is

13 that everybody would analyze evidence in

14 sort of within their own areas of expertise

15 and then come together as a team and

16 formulate a hypothesis, correct?

17 MR. MITCHELL: I object to the

18 form. You can answer.

19 **A That would be a reconstruction,**

20 **yes.**

21 **Q** Okay. And a reconstruction is

22 a team process; fair to say?

23 **A Yes.**

24 **Q** Okay. And you mentioned that

94

R. Baumann

1 you don't just start from scratch, you need

2 some direction, correct?

3 MR. MITCHELL: I object to the

4 form. You can answer.

5 **A Well, you're always starting**

6 **from scratch.**

7 **Q** That was a bad question. Let

8 me rephrase that.

9 I'm actually going to read you

10 something else Mr. Kosciuk said and see if

11 you agree with that. This is Page 33 of his

12 October 2nd deposition, lines 14 through 19.

13 "Q. Isn't there an interaction

14 between the people in charge of

15 doing reconstruction, the homicide

16 detectives at a crime scene and

17 people from the identification

18 units, do they work together?

19 A. Sure. It's a team."

20 And Mr. Baumann, in the process of

21 reconstruction you just described, the

22 homicide detectives participate as well,

23 correct?

24 MR. MITCHELL: I'm sorry, I

95

R. Baumann

1 didn't understand.

2 **Q** In the process of

3 reconstruction you just described, I asked

4 you about the process of different people

5 coming together and forming a hypothesis,

6 correct?

7 MR. MITCHELL: Object to the

8 form. You can answer.

9 **A They should come together.**

10 **Everybody who is part of the process;**

11 **medical examiner, trace evidence, serology,**

12 **you know, when the evidence comes together,**

13 **what does it indicate? What does it tell**

14 **you? If it does not tell you what your**

15 **original theory was, then you have to look**

16 **somewhere else. Well, that's what I'm**

17 **saying.**

18 **Q** Okay. So in other words, what

19 you're saying is what should happen in the

20 course of a proper investigation of a crime

21 scene in a major case is that everybody who

22 has analyzed evidence according to their own

23 areas of expertise should come together and

24 formulate or revisit the hypothesis of how

96

R. Baumann

1 the crime occurred based on all the

2 evidence?

3 MR. MITCHELL: Objection to

4 form. You can answer.

5 **A They should see what the**

6 **evidence indicates.**

7 **Q** And the homicide detectives are

8 an important part of that process, correct?

9 **A They are the ones that get the**

10 **reports at the end of the day, yes.**

11 **Q** Right. And they are the ones

12 who are directing the investigation, not the

13 lab analyst, correct?

14 MR. MITCHELL: I object to the

15 form. You can answer.

16 **A Well, they're not in the lab**

17 **telling me I should do this or do that. We**

18 **have the evidence and I'm going to examine**

19 **it regardless of what they tell me. That's**

20 **not their area of expertise, so I'm not**

21 **guided by Homicide telling me what I should**

22 **or should not do.**

23 **Q** Of course. In other words, I

24 think what you're saying is that your job is

97

R. Baumann

1  to objectively analyze the evidence as it
2  comes in, correct?
3
4      **A    That's correct.**
5      **Q**    And you report your findings to
6  the detectives in charge of the
7  investigation, correct?
8      **A    Correct.**
9      **Q**    And then, they decide what to
10 do with them, correct?
11     **A    That's correct.**
12     **Q**    That's the way Homicide worked
13 back in 1988 and today, correct?
14     **A    Correct.**
15         MR. MITCHELL:  Objection to
16     form.  You can answer.
17     **A    Yes.**
18     **Q**    So in other words, the homicide
19 detectives are not in the lab looking over
20 your shoulder and telling you to, you know,
21 move the slide over in the microscope,
22 correct?
23     **A    No.**
24     **Q**    But they are active
25 participants in formulating the hypothesis

98

R. Baumann

1
2  about how crimes occurred, correct?
3      **A    They are interviewing**
4  **witnesses.  They know things that we don't**
5  **know, so we're analyzing the physical**
6  **evidence and they are handling the rest of**
7  **the investigation.**
8      **Q**    In fact, they are directing the
9  investigation, correct?
10         MR. MITCHELL:  I object to the
11     form.  You can answer.
12     **A    I don't know if directing is**
13 **the right word.  They are doing the**
14 **investigation.**
15     **Q**    Right.
16     **A    So they are in charge of the**
17 **investigation.**
18     **Q**    Okay.  And so your job is to
19 analyze evidence and pass it along to the
20 homicide detectives in charge of the
21 investigation, correct?
22         MR. MITCHELL:  I object to the
23     form.  You can answer.
24     **A    Yes.**
25     **Q**    And they make decisions about

99

R. Baumann

1
2  what to do in the investigation taking into
3  account your findings, correct?
4          MR. MITCHELL:  Objection to
5      form.  You can answer.
6      **A    Yes.**
7      **Q**    Okay.  And my understanding,
8  correct me if I'm wrong, is that often times
9  the homicide detectives in charge of an
10 investigation will come back to you, the lab
11 analyst, repeatedly and ask you questions as
12 their theory of the case evolves, correct?
13         MR. MITCHELL:  Objection to
14     form.  You can answer.
15     **A    They will sometimes come back**
16 **and ask questions regarding evidence or**
17 **yeah, sometimes they ask us questions and**
18 **sometimes they don't.**
19     **Q**    And sometimes they ask you to
20 do additional investigation, correct?
21     **A    That's right.**
22     **Q**    Additional analysis?
23     **A    Correct.**
24     **Q**    Look at evidence differently in
25 light of new information that's come in,

100

R. Baumann

1
2  correct?
3      **A    There may be evidence, again,**
4  **if it's collected it may go to the property**
5  **bureau and not examined initially so we may**
6  **get that call back to examine it.  It may be**
7  **the Homicide Squad or whoever is doing the**
8  **investigation or maybe the District**
9  **Attorney's office.**
10     **Q**    Okay.  But certainly, let's
11 talk specifically about the Tankleff
12 investigation.
13         You were actually analyzing
14 evidence from the Tankleff crime scene for
15 several weeks, correct?
16     **A    That's right.**
17     **Q**    Okay.  And so, this was not a
18 case where you did a day of analysis and
19 forwarded on your results and that was that,
20 right?
21         MR. MITCHELL:  Objection to
22     form.  You can answer.
23     **A    That's right.**
24     **Q**    So in a major case where the
25 investigation lasted for a period of months,

**101**

R. Baumann

1
2 fair to say the way things worked is that
3 detectives might ask you to perform
4 additional analysis or different analysis as
5 new information came to their attention; is
6 that something that would happen?
7      MR. MITCHELL: I object to the
8     form. You can answer.
9     **A   I don't know if that's**
10 **accurate. Usually when we were finished**
11 **with an item that would pretty much be it.**
12 **If they called and said, could you look at**
13 **this because of certain reasons, you know I**
14 **would think that we would do it, but you**
15 **know, that usually does not happen.**
16     **I don't think I can recall in**
17 **the past that that would happen. It may**
18 **happen on occasion where, you know,**
19 **something may come to light and you say,**
20 **listen, you know, we might have some**
21 **information for whatever reason, you know,**
22 **could you look at it.**
23     Q   Okay. So you -- Just let me
24 stop you.
25     MR. MITCHELL: Let him finish

**102**

R. Baumann

1
2 his answer. You interrupted his
3 sentence.
4     Q   Were you done with your answer?
5     **A   Sounds good to me.**
6     Q   Okay. So let me ask you a
7 slightly different question because I think
8 we're talking about two different things.
9     You mentioned earlier that the
10 process of reconstruction involves everybody
11 involved in an investigation coming together
12 and formulating a hypothesis about how the
13 crime may have occurred, correct?
14     MR. MITCHELL: Objection to
15     form. You can answer.
16     **A   Yes, true.**
17     Q   That's how the process should
18 work, right?
19     **A   That's right.**
20     Q   Okay. That's how it worked
21 back in 1988, right?
22     **A   I don't know.**
23     Q   Okay. Is that how things work
24 today?
25     MR. MITCHELL: I object to the

**103**

R. Baumann

1
2 form. You can answer.
3     **A   I believe because I have not**
4 **done crime scenes in the last 15 years up**
5 **until two weeks ago, but I would think that**
6 **there is discussion and I'm sure that there**
7 **is discussion among, you know, the different**
8 **investigative agencies, you know,**
9 **conferences that are held, meetings that are**
10 **held on the progress of a case and all that.**
11     Q   But I'm talking about something
12 different. Let's be a little more specific
13 and talk about a homicide investigation.
14     By the way, was this your first
15 homicide?
16     **A   I don't know. I don't think**
17 **so.**
18     Q   Okay. So you had worked on
19 homicide crime scenes prior to 1988, right?
20     MR. MITCHELL: Objection to
21     form. You can answer.
22     **A   Yes.**
23     Q   I believe what you told me
24 earlier is that the way reconstruction
25 should work is everybody from their

**104**

R. Baumann

1
2 different units should come together,
3 discuss their findings, and formulate a
4 hypothesis of how a crime may have occurred?
5     **A   That's how a reconstruction**
6 **should be.**
7     Q   And certainly the lead
8 detectives are part of that process,
9 correct?
10     MR. MITCHELL: I object to the
11     form. You can answer.
12     **A   I would believe so, yes.**
13     Q   And you also said, I believe,
14 that it's important to revisit your
15 hypothesis as the results of testing on
16 evidence come in, correct?
17     MR. MITCHELL: I object to the
18     form. You can answer.
19     **A   Yes.**
20     Q   In other words, the last thing
21 you want to do is be so wedded to your
22 theory of how a crime occurred that you're
23 not taking into account the forensic results
24 as they come in; fair to say?
25     MR. MITCHELL: I object to the

105

R. Baumann

1   form.  You can answer.
2   **A   You have to consider the**
3   **forensic results.**
4   Q   Okay.  In other words, in any
5   homicide investigation if you get forensic
6   results that contradict the working
7   hypothesis or theory of the case, it's
8   important to reevaluate that hypothesis
9   based on the new results; fair to say?
10   MR. MITCHELL:  Objection to
11   form.  You can answer.
12   **A   Yes.**
13   Q   That's an important principal
14   of crime scene analysis, right?
15   **A   Yes.**
16   Q   Very basic, right?
17   **A   Yes.**
18   Q   By the way, you understood that
19   in homicide cases, in serious cases
20   including homicide, important decisions were
21   made based on the analysis you performed,
22   correct?
23   MR. MITCHELL:  Objection to
24   form.  You can answer.

106

R. Baumann

1   **A   Such as?  Could you be clear**
2   **about that?**
3   Q   Detectives and District
4   Attorneys were making decisions about the
5   case based on your analysis, correct?
6   MR. MITCHELL:  Objection to
7   form.  You can answer.
8   **A   I would presume so.**
9   MR. MITCHELL:  Don't presume.
10   I know it's a rhetorical question.
11   MS. FREUDENBERGER:  It's not a
12   rhetorical question.
13   MR. MITCHELL:  It answers
14   itself.
15   Q   Did you understand back in 1988
16   that the decisions about the direction of an
17   investigation were going to be made based on
18   the analysis that you performed in the
19   laboratory?
20   MR. MITCHELL:  I object to the
21   form.  You can answer.
22   **A   I don't know.  When I issued my**
23   **report, what happened beyond that, other**
24   **than testifying in trial, I don't know.  So**

107

R. Baumann

1   **I don't know what decisions were being made**
2   **beyond that in Homicide or the District**
3   **Attorney's office.**
4   Q   Certainly, you understood that
5   it was important to accurately document your
6   work, correct?
7   **A   Yes.**
8   Q   Okay.  Because your own
9   documentation would be forwarded up the
10   chain of command, correct?
11   MS. FREUDENBERGER:  Withdrawn.
12   That's a bad question.
13   Q   You understood that various
14   people would be reviewing and relying on the
15   work you documented, correct?
16   MR. MITCHELL:  Objection to
17   form.  You can answer.
18   **A   Yes.**
19   Q   For that reason you understood
20   back in 1988 that it was critical to
21   document the results of the analysis you
22   performed, correct?
23   **A   Yes.**
24   Q   And that's something, I gather,

108

R. Baumann

1   you did very carefully?
2   **A   Yes.**
3   Q   Meticulously even?
4   MR. MITCHELL:  Objection to
5   form.  You can answer.
6   **A   To the best of my ability, yes.**
7   Q   You have never reported
8   something orally or in writing that you are
9   not reasonably confident about it; fair to
10   say?
11   MR. MITCHELL:  I object to the
12   form.  You can answer.
13   **A   Yes.**
14   Q   Okay.  You understood in 1988
15   that this was important to report your
16   findings accurately and objectively
17   regardless of whether they supported or
18   contradicted the working theory of the case,
19   correct?
20   MR. MITCHELL:  Objection to
21   form.  You can answer.
22   **A   Yes.**
23   Q   And you always did that,
24   correct?

109

1        R. Baumann
2     **A** Yes, I did.
3        MS. FREUDENBERGER: I want to
4     get into specifics, but we're going
5     to take lunch. This is probably a
6     good time. Can we take half an
7     hour?
8        MR. MITCHELL: Whatever your
9     pleasure.
10       MS. FREUDENBERGER: Let's come
11    back here at 1:30.
12       (At this time, a recess was
13    taken in order to accommodate a
14    lunch.)
15     A F T E R N O O N   S E S S I O N
16    **Q** Mr. Baumann, I'm going to ask
17    you some questions about how a forensic
18    serologist identifies bodily fluids. Let's
19    talk first just about testing for the
20    presence of blood on the evidence. That's
21    one thing a forensic serologist routinely
22    does, correct?
23    **A** Yes.
24    **Q** And there are a number of
25    different tests a forensic serologist used

110

1        R. Baumann
2     to test for the presence of blood on an
3     object, correct?
4     **A** Yes.
5     **Q** Tell me about those tests.
6     What's the first step in the process?
7     **A** **Examination, physical**
8     **examination. Does it appear to be a blood**
9     **stain?**
10    **Q** So first you do a visual
11    examination?
12    **A** **Visual examination.**
13    **Q** Do you do that with a naked eye
14    or a piece of equipment?
15    **A** **If you're able to see it with**
16    **the naked eye, you do it with the naked eye.**
17    **If not, you sometimes use a stereo**
18    **microscope.**
19    **Q** What's a stereo microscope?
20    **A** **It's a microscope that you can**
21    **use to magnify images up to 100 times.**
22    **Q** Okay. And then, after visual
23    examination, what's the next step in the
24    process?
25    **A** **Then you would do a presumptive**

111

1        R. Baumann
2     **test, a test indicating whether a stain may**
3     **or may not be blood. There is a couple of**
4     **different ones.**
5        **There's a number of them.**
6     **Typically, we've used in the laboratory**
7     **Kastle-Meyer and the second test would be**
8     **Leucomalachite.**
9     **Q** Let's stick with those
10    presumptive tests. Those are extremely
11    sensitive, correct?
12    **A** **They are not that sensitive.**
13    **You know, thousands, perhaps one and five**
14    **thousand, one and ten thousands, it's been**
15    **my experience.**
16    **Q** Okay. What's the smallest
17    amount of blood you've ever been able to
18    detect on an object?
19    **A** **A crust, a tiny, very, very**
20    **tiny. I don't know. I guess at the point**
21    **of the limit of -- Using chemical tests you**
22    **can detect it beyond which you can see. You**
23    **know, not that you would always be looking**
24    **to test areas where you don't see blood, but**
25    **you do too. If you have say an object --**

112

1        R. Baumann
2     **you suspect there may be blood diluted to**
3     **the point where it's invisible, you can use**
4     **a chemical test that may indicate that blood**
5     **is present.**
6     **Q** Okay.
7     **A** **Sometimes it's a point where**
8     **you can't see it visibly, you can still**
9     **detect it using the chemical testing.**
10    **Q** Are we still with the
11    presumptive test or the second round of
12    tests, the confirmatory test?
13    **A** **Presumptive.**
14    **Q** So even with the presumptive
15    test you can detect blood beyond the level
16    that you can see it with a stereo
17    microscope, correct?
18    **A** Yes.
19    **Q** That sounds extremely sensitive
20    to me. You would not characterize it that
21    way?
22       MR. MITCHELL: Objection to
23    form. You can answer.
24    **A** **Well, now you're getting into**
25    **the maybe one and 500, one and 1000. About**

113

R. Baumann

1
2 one and 500 it's been our experience that
3 you're not going to see blood when it's
4 diluted at that point.  That's what we set
5 up our internal controls as.
6      Q    Okay.  Following a presumptive
7 test for blood, what's the next step in the
8 process?  I'm just asking about identifying
9 blood.
10     A    Then you would do a
11 confirmatory test --
12     Q    Okay.
13     A    -- if you have sufficient
14 quantities.
15     Q    Okay.  And how does a
16 confirmatory test work?
17     A    Well, you could do one of two
18 ways, either with a crystal test, Teichman,
19 and there's a second crystal test Takayama,
20 neither of which we used in our laboratory,
21 but that is one option to identify blood.
22          Another way would be to do it
23 immunologically is how we do it, and we did
24 it at that time using antisera directed
25 against antihuman species and antihuman

114

R. Baumann

1
2 hemoglobin.  So what you would do is make an
3 extract of your stain and then react it with
4 the antiserum to see if you get a positive
5 reaction.
6      Q    That tells you whether it's
7 human blood or not, correct?
8      A    Right, that would tell you if
9 what you were dealing with was of human
10 origin and if you had human hemoglobin, yes.
11     Q    And if you had performed a
12 presumptive test on the night for the
13 presence of blood and you don't get any
14 result and you suspect that you might be
15 encountering a false negative, are there
16 tests you can do at that point to determine
17 whether or not you're getting a false
18 negative or not?
19          MR. MITCHELL:  I object to
20     form.
21     A    No, I would stop at that point.
22 I would just say the blood was not detected.
23     Q    Okay.  And is that because --
24     A    However, if it was in a stain
25 form and I was still suspicious that it

115

R. Baumann

1
2 might be blood, I would make an extract of
3 that stain and react it with the antiserum.
4 At the end of the day that would give me the
5 same indication as to whether or not you had
6 human hemoglobin present or something of
7 human origin if you thought you were going
8 to get a false positive -- false negative.
9      Q    False negative, you mean?
10     A    Yes.
11     Q    Okay.  But otherwise, it sounds
12 like what you're saying is that the
13 presumptive test for blood is reliable
14 enough that if it comes back negative that's
15 sufficient for you to conclude there is not
16 blood present on the object, correct?
17     A    That's where I would end my
18 analysis unless, like I said, unless in the
19 unusual case where I thought perhaps, you
20 know, this stain definitely looks like
21 blood, but that's what presumptive tests are
22 for.  They are not totally specific but they
23 are sensitive enough.  There's very few
24 false positives.
25     Q    False negatives?

116

R. Baumann

1
2     A    False positives.  So if it's
3 negative, to me it's a negative test.
4      Q    In other words, the presumptive
5 test, in your experience, is reliable enough
6 that if it comes back negative that tells
7 you there is no blood on the object?
8      A    I would be comfortable with
9 that, yes.
10     Q    Okay.  So, Mr. Baumann, going
11 to September 7th of 1988 was the day that
12 the Tankleffs' bodies were found.  You
13 responded to the crime scene on that day?
14     A    I did.
15     Q    Who asked you to respond to the
16 crime scene?
17     A    I was notified by, I believe,
18 the supervisor in my section at the time
19 said that they had a crime scene and they
20 needed somebody to respond.
21     Q    Do you recall what time that
22 was?
23     A    Sometime in the morning because
24 I believe we arrived there a little before
25 noon.

117

R. Baumann

2  Q  Okay.  Who did you travel to
3 the crime scene with?
4  A  I believe it was Robert Genna.
5 We're down as arriving at the same time on
6 the sheet so I presume that it was him.
7  Q  Okay.  And who else from the
8 lab was present when you and Genna arrived
9 at the crime scene?
10  A  I believe it was indicated to
11 be Dan Berhans, George Reich and, I think,
12 Chuck Kosciuk may have been there at the
13 time.
14  Q  What did you do when you got to
15 the scene?
16  A  We waited outside of the scene
17 until we were notified that we could go in
18 and start doing our work.
19  Q  When you say, we waited, who
20 were you waiting with?
21  A  I was waiting outside the scene
22 with -- Who was there?  I think it was
23 Reich, maybe Dan Berhans -- I don't remember
24 at the time -- Genna.  I don't know how long
25 they stayed or when they left.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

118

R. Baumann

2  Q  So you waited outside the scene
3 with some number of other lab personnel;
4 fair to say?
5  A  Yes.
6  Q  By the way, I take it it was
7 clear to you from the moment you arrived at
8 the scene that this was a big case; would
9 you agree?
10  MR. MITCHELL:  I object to the
11  form.  You can answer.
12  A  No, it was a double homicide in
13 a well-to-do area so...
14  Q  In other words, this was
15 clearly a case that was going to receive a
16 lot of attention from the public and from
17 the press, correct?
18  MR. MITCHELL:  I object to the
19  form.  You can answer.
20  A  It would seem to, sure.
21  Q  Okay.  It was obviously going
22 to be a high profile case; fair to say?
23  MR. MITCHELL:  I object to
24  form.  You can answer.
25  A  Yes.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

119

R. Baumann

2  Q  When did you learn that it was
3 a double homicide?  Did you know you were
4 responding to the scene of a double
5 homicide?
6  A  I don't recall.  However, I'm
7 sure when we were there we found that out.
8  Q  That's something you must have
9 learned early on, correct?
10  MR. MITCHELL:  I object to the
11  form.  You can answer.
12  A  I don't know if I became aware
13 that one person was dead and one person may
14 have been alive, both people dead, I don't
15 recall.
16  Q  Okay.  Had you worked with
17 Kosciuk, Berhans, Reich and Genna before
18 this crime scene?
19  A  Well, they were working the
20 lab.  They all work in the lab so I guess
21 that would be a yes.
22  Q  Okay.  And in your experience,
23 are they individuals with a good working
24 understanding of the crime scene protocols
25 and procedures in place at the time?

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

120

R. Baumann

2  MR. MITCHELL:  Objection to
3  form.  You can answer.
4  A  I believe so, yes.
5  Q  Were you aware in 1988, at the
6 time when you responded to the crime scene
7 in this case, that the crime scene unit had
8 come under some criticism for the way they
9 processed crime scenes?
10  MR. MITCHELL:  Objection to
11  form.
12  A  No, I was not aware of that.
13 Which crime scene units would that be?
14  Q  I'll move on.
15  No question in your mind based
16 on your relationship with and knowledge of
17 the way Kosciuk, Berhans, Reich and Genna
18 worked that they were all very careful when
19 processing this particular crime scene,
20 correct?
21  A  I remember working with Chuck
22 Kosciuk and I remember George Reich was
23 there as well.  I don't really have recall
24 of Bob Genna or Dan Berhans being at the
25 scene for an extended time.  They may have

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

121

R. Baumann

1 gone in and left it to the three of us and
2 then -- That's my recollection.
3    Q    Any reason to think that
4 Berhans or Genna would not have been careful
5 to adhere to crime scene protocols and
6 procedures in this high profile crime scene?
7         MR. MITCHELL:  I object to the
8    form.  You can answer.
9    A    No.
10   Q    Okay.  In other words,
11 everybody understood walking into this crime
12 scene that it was important to proceed
13 carefully and observe all proper protocols
14 and procedures, correct?
15        MR. MITCHELL:  I object to
16   form.  You can answer.
17   A    Yes.
18   Q    Did you see anything at all
19 that caused you concern as to whether those
20 protocols and procedures were being followed
21 at this particular time?
22        MR. MITCHELL:  Objection to
23   form.  You can answer.
24   A    No.  As far as the way that we

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

122

R. Baumann

1 had processed the scene, I didn't see any
2 problem with that, no.
3    Q    Okay.  And certainly, if you
4 had seen any problems or anything suggesting
5 that the scene was being contaminated in any
6 way that is something that you would have
7 reported or documented, correct?
8    A    Yes, I would like to think so.
9    Q    Okay.  Based on your practices
10 at the time, if you had seen anything
11 suggesting to you that there was
12 contamination of the crime scene, you would
13 have written it down somewhere, correct?
14        MR. MITCHELL:  Objection to
15   form.  You can answer.
16   A    Yes.
17   Q    That would be in the file in
18 this case somewhere?
19        MR. MITCHELL:  I object to the
20   form.  You can answer.
21   A    Yes.
22   Q    Okay.  And you did not see
23 anything like that, correct?
24   A    No.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

123

R. Baumann

1    Q    Okay.  At a certain point, I
2 gather, you were informed that you could
3 come in and start processing the crime
4 scene, correct?
5    A    That's right.
6    Q    Who informed you of that?
7    A    I don't recall.
8    Q    Okay.  Was it a homicide
9 detective?
10        MR. MITCHELL:  I object to the
11   form.  You can answer.
12   A    I don't recall.
13   Q    You don't recall one way or the
14 other.  Okay.  By the way, do you have an
15 independent memory, as you sit here today,
16 of what you did at the crime scene that
17 morning?
18   A    Somewhat.
19   Q    Okay.  Well, at a certain point
20 you entered the house and began collecting
21 evidence, correct?
22   A    Yes.
23   Q    And I gather you did not just
24 walk in and start picking up the first

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

124

R. Baumann

1 things you saw, right, there is some sort of
2 method to the manner of what you collected
3 when?
4    A    Yes.
5    Q    From whom were you taking
6 direction as to what evidence should be
7 collected?
8         MR. MITCHELL:  Objection to
9    form.  You can answer.
10   A    I worked along with Detective
11 Kosciuk.  He had more experience than I had
12 at the time and we worked together to
13 process evidence, I believe.  I don't know
14 who did the walk-through but the various
15 aspects of the scene were pointed out.
16   Q    Let me stop you there to make
17 sure I understand.  Before the crime scene
18 was actually processed, protocol would have
19 been for somebody from the Homicide Squad to
20 do a walk-through with somebody from the
21 crime scene; is that what you're saying?
22   A    At the time, somebody from
23 Homicide, somebody from ID, and somebody
24 from the lab would do the walk-through.  I

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

---

**125**

R. Baumann

1
2 **did not do the walk-through.**
3     **Q**   Okay.  Do you know who did the
4 walk-through in this case?
5     **A**   I don't.
6     **Q**   Do you know whom from Homicide
7 did the walk-through?
8     **A**   I don't.
9     **Q**   But somebody did a walk-through
10 and learned from the homicide detectives
11 what evidence should be collected, correct?
12         MR. MITCHELL:  I object to the
13 form.  You can answer.
14     **A**   I don't know that they learned
15 **what evidence should be collected.  They may**
16 **have learned about the scenario and got to**
17 **observe the overall scene start getting an**
18 **idea of what they had, what potential**
19 **evidence they needed to collect, what might**
20 **be obvious, what may not be obvious.**
21     **Q**   So someone from the crime scene
22 would learn what Homicide has put together
23 as far as the working theories in the case;
24 is that fair to say?
25         MR. MITCHELL:  Objection to

---

**126**

R. Baumann

1
2 form.  You can answer.
3     **A**   That's often bounced around as
4 **to what might have happened.**
5     **Q**   That was the procedure,
6 practice, at the time?
7         MR. MITCHELL:  I object to the
8 form.  You can answer.
9     **A**   I think so.
10     **Q**   So based on your experience in
11 1988, would it be fair to say the way you
12 knew what evidence to collect -- one way
13 that you knew what evidence to collect was
14 based on the walk-through that a homicide
15 detective would do with a member of the
16 crime scene unit prior to you entering the
17 scene; would that be fair to say?
18         MR. MITCHELL:  I object to the
19 form.  You can answer.
20     **A**   Could you repeat that.
21     **Q**   Why don't you tell me how you
22 knew -- How did you decide what evidence to
23 collect?
24     **A**   As we went along, we determined
25 **as we processed the scene, we decided to**

---

**127**

R. Baumann

1
2 **take objects of evidence.  I don't recall**
3 **specifically.  There may have been things**
4 **that were pointed out that you might want to**
5 **take that or this or that.  There is some**
6 **things that are obvious, you know, that just**
7 **kind of stand out.  It's like maybe we**
8 **should take that.  You know, you do it as**
9 **you go along.  And there may be things that**
10 **Homicide sees or are aware of that they want**
11 **to have it looked at based on information**
12 **that they may know.**
13         **So you're not just walking in**
14 **there and saying -- Well, some scenes you**
15 **do -- I suppose they have more information**
16 **than others.  Again, they are conducting the**
17 **investigation and if they think certain**
18 **things are important, we'll take those along**
19 **with things that we find as we go along as**
20 **well.**
21     **Q**   At this crime scene you were
22 collecting evidence both based on what
23 seemed obvious to you as you were walking
24 through and also based on what homicide
25 detectives had communicated to somebody in

---

**128**

R. Baumann

1
2 the crime scene unit was important to be
3 collected given what they knew about the
4 crimes; fair to say?
5     **A**   I suppose.
6     **Q**   Okay.  And just to be precise,
7 not just what you suppose, that's what you
8 did.  That's how you decided what to gather
9 in this crime scene, right?
10         MR. MITCHELL:  Objection to
11 form.  You can answer.
12     **A**   Yes, I'm sure that there were
13 **probably some items that they indicated that**
14 **they would like taken and tested.**
15     **Q**   Okay.  You mentioned that you
16 got to the crime scene shortly before noon,
17 correct?
18     **A**   Yes.
19     **Q**   Obviously, you know that Marty
20 Tankleff confessed to killing his parents
21 sometime on the morning of September 7th,
22 right?
23         MR. MITCHELL:  Objection to
24 form.  You can answer.
25     **A**   I don't know that I knew that

---

129

R. Baumann

1
2  at that time.  I can't say I knew.  I can't
3  say when I became aware of that.
4        Q    Okay.  So you might have known
5  it, you might not, when you went to the
6  crime scene?
7        A    Perhaps.
8        Q    You don't remember one way or
9  the other?
10       A    No, I don't.
11       Q    All right.  But as you said,
12  you were not just collecting evidence in a
13  vacuum, you were collecting evidence at
14  least in part based on information that the
15  homicide detectives had at the scene about
16  how the crime might have occurred?
17       A    I don't recall, but that's very
18  possible.
19       Q    All right.  That would have
20  been your practice at the time?
21            MR. MITCHELL:  I object to the
22       form.  You can answer.
23       A    Yes.
24       Q    Mr. Baumann, as you sit here
25  today, do you have an understanding of the

130

R. Baumann

1
2  details of the confession that Marty
3  Tankleff gave back in September of 1988?
4            MR. MITCHELL:  Objection to
5       form.  You can answer.
6        A    No, I don't know the details.
7  I was not there.
8        Q    I understand you were not
9  there, but do you have an understanding as
10  to the gist of how Marty Tankleff described
11  committing these crimes to the detectives in
12  September 7, 1988?
13            MR. MITCHELL:  Objection to
14       form.  You can answer.
15       A    Just in general what I've
16  heard, no.
17       Q    Let's take a look at --
18       A    Well, from what I understand,
19  he used barbells, he used a knife, but
20  it's --
21       Q    Where is that understanding?
22  Let's start with the knife.  Where does your
23  understanding that he used a knife come
24  from?
25       A    Well, I remember hearing that

131

R. Baumann

1
2  at some point.  When, I don't know, but
3  somewhere along the way that a knife was
4  used.
5        Q    And, in fact, you conducted
6  extensive testing for blood on one of the
7  knives recovered from the scene, correct?
8        A    A number of knives from the
9  scene.
10       Q    Okay.  The reason that you were
11  conducting testing on knives at the scene
12  was because Marty had confessed using a
13  knife, correct?
14            MR. MITCHELL:  Objection to
15       form.  You can answer.
16       A    I don't know that that was the
17  reason.  It was suspected that a knife was
18  used so we collected knives at the scene.
19  We were not looking for a gun at the scene.
20  I think the injuries were somewhat apparent
21  from somebody, you know, and also looking at
22  the injuries at the scene.  I mean we could
23  see that she had lacerations across her
24  throat so obviously a sharp instrument such
25  as a knife would be suspected to be

132

R. Baumann

1
2  involved.
3        Q    All right.  Let's go through
4  the confession.
5        A    Okay.
6            MS. FREUDENBERGER:  Why don't
7       we mark this as 9.
8            MR. MITCHELL:  I would just ask
9       him, have you ever seen the
10      confession of Mr. Tankleff?
11           THE WITNESS:  No.
12           MR. MITCHELL:  All right.  What
13      you're marking is a supplemental
14      report?
15           MS. FREUDENBERGER:  Yes.
16           MR. MITCHELL:  In other words,
17      you're not marking the confession.
18           MS. FREUDENBERGER:  I will.
19      Let's mark both.
20           MR. MITCHELL:  Whatever you
21      want.  This is just for
22      clarification of the record.
23           MS. FREUDENBERGER:  I'll do it.
24      Don't worry.
25           MR. MITCHELL:  If you're going

133

R. Baumann

1 to ask him questions about documents
2 he has not seen --
3    MS. FREUDENBERGER:  I'm not.
4    MR. MITCHELL:  Okay.  I don't
5 mind you formulating your questions
6 from these documents, but if you
7 read him from the document --
8    MS. FREUDENBERGER:  I'm going
9 to read him from the document and
10 he's going to have a copy in front
11 of him.
12    MR. MITCHELL:  Then, quite
13 frankly, I don't mind you
14 formulating a question but to read
15 from a document he's never seen
16 before has no basis and relevance at
17 all.  If you want to ask him -- this
18 is just a for instance -- if the
19 document says the sky is blue and
20 you just want to ask him was the sky
21 blue, I don't object to that.  But
22 if you want to say to him this
23 document says the sky is blue, was
24 the sky blue, there is really no

134

R. Baumann

1 basis to do that because he's never
2 seen the document before.
3    I don't mind you formulating
4 any question you want, but it's a
5 waste of time to ask him to read
6 something to him that he's never
7 seen before and then ask him a
8 question.  Do whatever you want.
9    MS. FREUDENBERGER:  I don't
10 understand your objection.
11    MR. MITCHELL:  I'll give you
12 another example.
13    MS. FREUDENBERGER:  No need for
14 another example.  I'm giving him a
15 copy of the supplemental report that
16 contains Marty's confession and
17 we're going to go over it together
18 because he never read it before.
19    MR. MITCHELL:  What's the
20 purpose of going over it if there is
21 no relevance in it?
22    MS. FREUDENBERGER:  There is.
23    MR. MITCHELL:  If you want to
24 ask him if the things in that

135

R. Baumann

1 document refresh his recollection,
2 you can do that.  If you want to
3 formulate a question from the
4 document, go right ahead.  But to
5 show him a document he's never seen
6 before, there is no relevance in
7 asking him a question about a
8 document he's never seen before.
9    I don't have a problem with
10 formulating a question, looking at
11 the document yourself or even asking
12 him if, for some reason, you need
13 him to have a document to understand
14 your question, I don't object, but
15 just for an example and then I'll be
16 done, you asked him questions from
17 Mr. Kosciuk's deposition.  You said,
18 question and answer, and then you
19 asked a question separate from that.
20 I didn't object to that although
21 asking the question and the answer
22 there is no purpose for that.
23    MS. FREUDENBERGER:  I asked him
24 if he agreed with Kosciuk.

136

R. Baumann

1    MR. MITCHELL:  And guess what,
2 that's a flat out irrelevant
3 question.
4    MS. FREUDENBERGER:  That's
5 totally proper.
6    MR. MITCHELL:  It's proper for
7 a deposition, but the point is
8 what's the relevance?  And quite
9 frankly, you did not ask him if he
10 agreed with him.  You asked him a
11 question and answer and formulated a
12 question.
13    Just formulate the question.
14 It moves things along so much
15 faster.  Go ahead.  I'm done.
16    MS. FREUDENBERGER:  It's Marty
17 Tankleff's confession.  We all agree
18 it's relative to the case.
19    MR. MITCHELL:  It's not for
20 this deposition.
21    MS. FREUDENBERGER:  It is
22 actually and you'll see how.  You
23 can direct him not to answer
24 questions but otherwise let me do it

Case 2:09-cv-01207-JS-AYS Document 184-18 Filed 08/17/16 Page 36 of 103 PageID #: 4670

R. Baumann

1        R. Baumann
2  the way I'm doing it.
3      MR. MITCHELL: I will let you
4  and that's fine. Go right ahead.
5      MS. FREUDENBERGER: Can we mark
6  these.
7      (Whereupon, Plaintiff's
8  Exhibits 9 and 10 were marked for
9  identification.)
10  **Q** So, Mr. Baumann, take a look at
11  what's been marked Plaintiff's Exhibit 10
12  and I'll represent to you that this is a
13  supplemental report prepared by Detective
14  McCready in the investigation into the
15  Tankleff homicides.
16      I'm happy to give you as long
17  as you like to review this report if you
18  want; otherwise, I'm going to direct you to
19  the portion of this report that memorializes
20  the confession attributed to Marty Tankleff
21  in this case. It starts on Page 11.
22      MR. MITCHELL: Before you ask,
23  have you ever seen that document
24  before?
25      THE WITNESS: No, I have not.

R. Baumann

1        R. Baumann
2      MR. MITCHELL: Fine.
3  **Q** Okay. Do me a favor read to
4  yourself from the last paragraph on Page 11
5  through the end of the first paragraph on
6  Page 13 --
7  **A** (Complying).
8  **Q** -- then I'm going to direct
9  your attention to particular parts of this
10  document.
11  **A** Okay.
12  **Q** Now, Mr. Baumann, the paragraph
13  starting at the bottom of Page 11 and
14  concluding at the top of Page 12 describes
15  the attack on Arlene Tankleff as it's
16  memorialized in McCready's report and
17  Marty's confession, right?
18      MR. MITCHELL: I object to the
19  form. You can answer. The document
20  speaks for itself is what I'm
21  saying. Go ahead.
22  **A** All right.
23  **Q** And towards the bottom of that
24  paragraph it states, "he said he was afraid
25  his father would wake up and that after she

R. Baumann

1        R. Baumann
2  fell on the floor he ran and got a knife
3  from the kitchen and cut her throat. I
4  asked him where the knife was. He says the
5  knife was on the counter next to the
6  watermelon."
7      Now, according to Marty's
8  confession as McCready memorializes it,
9  Marty confessed to cutting his mother's
10  throat with a knife from the kitchen on the
11  counter next to the watermelon, correct?
12      MR. MITCHELL: I object to
13  form. You can answer.
14  **A** That's what it says here.
15  **Q** And you, in fact, collected
16  from the scene a knife next to a watermelon
17  in the kitchen, correct?
18  **A** Yes.
19  **Q** Before you even gathered that
20  knife, you noted visible material that --
21  You noted visible pinkish material on that
22  knife, correct?
23  **A** Yes.
24  **Q** And you subsequently ordered
25  testing on that material, right?

R. Baumann

1        R. Baumann
2  **A** I removed it and brought it to
3  **Histology.**
4  **Q** Tell us what Histology is?
5  **A** They would mount material such
6  as tissue onto a slide and stain it to have
7  a pathologist look at it to try and identify
8  what it is.
9  **Q** Is the reason that you had that
10  material sent to Histology because you
11  believed, based on your visual examination,
12  that it might have been human tissue?
13  **A** I didn't know what it was, but
14  I brought it over there to see if they could
15  determine what it might be.
16  **Q** And certainly one possibility
17  was that it may turn out to be human tissue,
18  correct, that's why you brought it to the
19  histologist?
20  **A** Perhaps.
21      MR. MITCHELL: Objection to
22  form. You can answer.
23  **Q** That was one possibility in
24  your mind?
25  **A** I'm just covering my bases. I

141

R. Baumann

1
2  don't know what it is.  It's a pink piece of
3  material.  I'm going to bring it to
4  Histology and let a doctor look at it to see
5  if it looks like cellular material.
6      Q    In other words, you thought
7  there was enough of a chance that it was
8  human tissue to have a doctor examine it for
9  cellular material, correct?
10     A    That's one possibility, yes.
11     Q    That was one possibility you
12  believed at the time based on your visual
13  exam of the knife, correct?
14     A    It was there, I removed it and
15  I brought it to an area where I thought
16  somebody could do further examination and
17  get an answer as to what that was.
18     Q    If you had not thought there
19  was a chance, it would turn out to be human
20  tissue, you would not have sent it to
21  Histology, correct?
22     MR. MITCHELL:  Objection to
23     form.  You can answer.
24     A    If it was in my notes that
25  there was some material, then the question

142

R. Baumann

1
2  would have been why didn't you do it.
3      Q    Just to be clear, I'm not
4  asking you if you are certain that this was
5  human tissue.  I'm just asking one
6  possibility in your mind was that the pink
7  material on the knife might have been human
8  tissue?
9      MR. MITCHELL:  Objection to
10     form.
11     A    To cover that base that's why
12  it was submitted.
13     Q    Okay.  Can we agree to call
14  that knife which was collected from the
15  kitchen counter next to the watermelon the
16  "watermelon knife"?
17     A    Sure.
18     Q    You subsequently conducted
19  testing for blood on the watermelon knife,
20  correct?
21     A    That's right, yes.
22     Q    Let's talk about how you tested
23  that knife.  Why don't you tell me what you
24  did to test that knife.
25     A    Do you have any paperwork

143

R. Baumann

1
2  regarding the examination of it?
3      Q    I do, Yes.
4      MS. FREUDENBERGER:  Let's
5      actually show Mr. Baumann his
6      testimony about the knife.
7      We're going to go ahead and
8      mark your trial testimony of Marty
9      Tankleff's criminal trial in 1990.
10     (Whereupon, Plaintiff's Exhibit
11     11 was marked for identification.)
12     Q    Mr. Baumann, I'm going to
13  direct you to questions of you on cross by
14  Marty's defense attorney starting on Page
15  2305.  If you would just review Line 6
16  starting at 2305 up to line 20 on 2306.
17     A    From what page?
18     Q    2305 and 2306.
19     A    (Complying.)
20     Okay.
21     Q    Does the testimony you just
22  read accurately describe the testing for
23  blood you conducted on the watermelon knife?
24     MR. MITCHELL:  Objection to
25     form.  You can answer.

144

R. Baumann

1
2      A    Yes.
3      Q    You actually disassembled that
4  knife, correct?
5      A    Yes.
6      Q    And you performed a number of
7  chemical tests on the knife?
8      A    Presumptive tests, yes.
9      Q    What were the results of this
10 test?
11     A    That they were negative.
12     Q    Why did you take apart the
13 knife?
14     A    I took apart that knife very
15 likely because that became the knife that
16 was indicated to have been used, so I
17 disassembled it to look for any trace of
18 blood that might be present.
19     Q    So you examined that knife
20 particularly carefully because that was the
21 knife that Marty Tankleff confessed to
22 killing his mother with?
23     A    Yes, at some point that became,
24 yes.
25     Q    Fair to say given that that was

145

R. Baumann

1
2 the knife indicated in the confession you
3 examined every possible surface of that
4 knife looking for blood, correct?
5       MR. MITCHELL:  Objection to
6    form.  You can answer.
7    **A   Yes.**
8    **Q**   As thoroughly as you knew how,
9 correct?
10   **A   Yes.**
11   **Q**   You even took out the handle to
12 examine for any possible traces of blood
13 that could have been washed underneath,
14 correct?
15   **A   Yes.**
16   **Q**   Okay.  And even after
17 completely disassembling the knife all of
18 your tests for traces of blood were
19 negative, right?
20   **A   That's correct.**
21   **Q**   You put a great deal of effort
22 testing this knife; fair to say?
23       MR. MITCHELL:  Objection.
24   **A   No, I examined it.  I took it**
25 **apart and it was negative.**

146

R. Baumann

1
2    **Q**   Okay.  And in your professional
3 opinion, was there any blood present
4 anywhere on that knife when you examined it?
5       MR. MITCHELL:  Objection to
6    form.  You can answer.
7    **A   No.**
8    **Q**   One of the things I think you
9 testified to at trial was that based on your
10 expertise if blood is flowing over a knife
11 or an object it tends to flow into crevices
12 and cracks, correct?
13       MR. MITCHELL:  Objection to
14   form.  You can answer.
15   **A   It could.**
16   **Q**   It often does, correct?
17   **A   Sometimes.  It depends where**
18 **the blood is on the knife.  It has the**
19 **potential to, sure.**
20   **Q**   Marty describes actually
21 slitting his mother's throat with the knife,
22 correct, in the confession that's the way he
23 reports it?
24       MR. MITCHELL:  Objection.
25   **A   That's what the confession**

147

R. Baumann

1
2 **seems to indicate, yes.**
3    **Q**   And you saw Arlene Tankleff's
4 body at the crime scene, correct?
5    **A   Yes.**
6    **Q**   There was huge amounts of
7 blood, correct?
8       MR. MITCHELL:  Objection.
9    **A   Yes, there was.**
10   **Q**   Okay.  And as you say, when you
11 examined the watermelon knife you found that
12 there was no blood, correct?
13   **A   Yes.**
14       MR. MITCHELL:  Objection to
15   form.  You can answer.
16   **Q**   Did the fact that there was no
17 blood on the watermelon knife when you
18 examined it indicate that perhaps the
19 watermelon knife was not the weapon used to
20 slit Arlene's throat?
21       MR. MITCHELL:  Objection.
22   **A   I'm not the one to determine**
23 **what's used and not used.  My findings were**
24 **negative.  That's more in the purview of the**
25 **medical examiner perhaps to indicate what**

148

R. Baumann

1
2 **type of instrument was used if they are able**
3 **to do that.**
4    **Q**   So all I'm asking you, and I
5 understand you were not in charge of the
6 investigation, you were not calling the
7 shots, but you've examined murder weapons
8 throughout the course of your career,
9 correct?
10   **A   Yes.**
11   **Q**   You've examined murder weapons
12 taken from bloody crime scenes throughout
13 the course of your career, correct?
14   **A   Yes.**
15   **Q**   Based on your experience
16 examining murder weapons from bloody crime
17 scenes throughout your career, does the fact
18 that there was no blood on the knife Marty
19 Tankleff allegedly confessed to using to
20 kill his mother indicate to you that perhaps
21 the watermelon knife was not the murder
22 weapon?
23       MR. MITCHELL:  I object to the
24   form.  You can answer.
25   **A   I can't say one way or the**

149

R. Baumann

1   other.  I get knives on a regular basis,
2   some have blood, some do not.  I still don't
3   make a determination whether or not it could
4   have been used in a crime.  I don't know
5   where they have been, you know.  You know, I
6   don't know the history of it so I examine
7   it.  I do the best I can and, you know, my
8   results are what they are.
9       Q    I understand.  And you
10  understand you're not a Defendant in this
11  lawsuit, correct?
12      MR. MITCHELL:  I object to the
13  form.
14      A    I feel like it sometimes.
15  Yeah, I understand.
16      Q    No allegations of misconduct
17  have been made against you, correct?
18      MR. MITCHELL:  Objection to
19  form.  You can answer.
20      A    After reading what the
21  investigators wrote, I start to wonder.
22      Q    You understand that the
23  Tankleffs were, in fact, killed at some
24  point on the morning of September 7th?

150

R. Baumann

1   A    Yes.
2       Q    Okay.  And you're at the crime
3   scene approximately noon of September 7th?
4       A    Yes.
5       Q    And by the time you got to the
6   crime scene numerous police and personnel,
7   official personnel, were already there,
8   right?
9       A    Yes.
10      Q    And you understand they got
11  there very early that morning, right?
12      A    I believe so, yes.
13      Q    And so, unlike a crime scene
14  where you are out in the open and there is a
15  chance the scene has not been preserved,
16  here the scene was -- first the scene was
17  contained, right, it was in a house?
18      A    Yes.
19      Q    And personnel were on the scene
20  very quickly after the bodies were found,
21  right?
22      A    I would believe so.
23      Q    So, in fact, as compared to
24  other crime scenes, you knew to a reasonable

151

R. Baumann

1   degree of certainty that the knife was
2   collected fairly quickly, right?
3       MR. MITCHELL:  Objection to
4   form.  You can answer.
5       A    I don't know what time that
6   knife was collected.  It would be on the
7   evidence collection log.  I believe we had
8   done Arlene Tankleff's bedroom first before
9   collecting other evidence in the house.
10      So, you know, by looking at the
11  crime scene recovery sheet we can determine
12  what time that was collected.
13      Q    Let me ask you this.  Given
14  what you read about how Marty confessed to
15  killing his mother, would it surprise you
16  based on your experience analyzing weapons
17  from bloody crime scenes that there was no
18  blood found on the watermelon knife?
19      MR. MITCHELL:  Objection to
20  form.  You can answer.
21      A    Again, I don't know if that was
22  the weapon, if it was another weapon.  All I
23  knew is when I examined it there was no
24  trace of blood on it.

152

R. Baumann

1   Q    I understand.  And let me be
2   precise because I'm not asking you to make a
3   determination as to if this is the weapon.
4       A    You can't compare one scene to
5   another.  The circumstances of scenes are
6   different.  You don't know where the knife
7   has been.
8       Q    But here there is no reason to
9   think that the knife was anywhere.  There's
10  no reason to think that if this knife was
11  actually used to commit this crime that
12  anybody had taken it out of the house and
13  done something else with it, right?
14      MR. MITCHELL:  Objection to
15  form.  You can answer.
16      A    It was in the middle of the
17  kitchen sitting on a cutting board next to a
18  watermelon.  We ended up collecting it,
19  examining it.  There was nothing on it.
20      Q    Let me ask you this.  Based on
21  your experience analyzing bloody knives from
22  crime scenes, would it surprise you if the
23  knife were used in the manner Marty
24  describes according to McCready's confession

153

R. Baumann

1
2  and no blood was detected anywhere on it
3  through any of the tests you used?
4         MR. MITCHELL:  I object to the
5         form.
6      **A   It might be used, it might not**
7  **be used.**
8      **Q**   I'm not asking you whether it
9  was used, I'm asking you --
10     **A   You mean looking at bloody**
11 **knives?**
12     **Q**   No, I'm asking you something
13 different.  What I'm asking you is if the
14 knife was actually used in the manner
15 described in the confession, would it
16 surprise you not to find any particles of
17 blood anywhere on the knife after
18 disassembling it with any of the tests you
19 used?
20        MR. MITCHELL:  Objection to
21        form.  You can answer.
22     **A   Nothing surprises me.  It might**
23 **have blood, it might not have blood.  I'm**
24 **not going to say one way or the other.**
25 **Somebody gets their throat cut, is it just**

154

R. Baumann

1
2  **the blade that comes into contact or is it**
3  **the whole knife?  Is the whole knife soaked**
4  **with blood?  How tight is that knife made?**
5         **These are good quality knives.**
6  **If somebody rinses them off pretty good --**
7  **Like I say, our tests are sensitive, maybe**
8  **one in 1000, maybe a little more than that.**
9         **In the limits of the detection**
10 **that we have, I didn't detect anything.  I'm**
11 **not saying it was used or not used.  All I'm**
12 **saying is that I did what I could to see if**
13 **there was blood on that knife and there's**
14 **not.  You can't say, well, based on your**
15 **experience with any other knives.  I can get**
16 **something tomorrow that's totally different.**
17 **You just don't know.**
18     **Q**   In fact, you did everything you
19 possibly could to detect blood on this
20 knife, correct?
21     **A   Yes.**
22     **Q**   And you found none?
23        MR. MITCHELL:  Objection.
24        Asked and answered.
25     **Q**   Let me ask you this.  It sounds

155

R. Baumann

1
2  like what you're saying is you can't infer
3  anything from the presence or absence of
4  blood on this knife?
5      **A   That's right.**
6      **Q**   In that case, why test it?
7         MR. MITCHELL:  Objection to
8         form.  You can answer.
9      **A   I believe at some point in the**
10 **investigation we became aware of the fact**
11 **that this knife was used in the assault so**
12 **we collected the knife along with other**
13 **knives in the house.**
14        **We did not say we're going to**
15 **focus on one knife.  We took a number of**
16 **knives from the house and I tested all of**
17 **them.  I didn't find blood on any of them,**
18 **okay.  So that's as far as I go.  I'm not**
19 **making a determination could this be the**
20 **knife.  It may be, it may not be.  I don't**
21 **know.**
22     **Q**   Have you ever tested a murder
23 weapon from a crime scene, approximately
24 this bloody or bloodier, that also came back
25 negative for the presence of blood?

156

R. Baumann

1
2         MR. MITCHELL:  I object to
3         form.
4      **A   I may have.**
5      **Q**   Can you remember specifically,
6  as you sit here today, any case where you
7  analyzed a weapon from a murder scene this
8  bloody and failed to detect any blood on the
9  weapon?
10        MR. MITCHELL:  I object to the
11        form.
12     **A   That's tough to answer because**
13 **there could be a time lapse.  I don't know**
14 **where a knife has been.  I don't know if, in**
15 **fact, the knife submitted has been involved**
16 **in a murder.  So if we get a knife and it's**
17 **got blood on it, you know, they nab somebody**
18 **who may have a folding knife in their**
19 **pocket.  I've seen it where it's had diluted**
20 **blood and looking at it with a microscope**
21 **you can see in the crevices that it has**
22 **traces of blood, but sometimes I may have**
23 **examined knives that could have been used in**
24 **a very bloody murder that don't have blood**
25 **on them.  I don't know that.**

157

R. Baumann

1
2      Q   Can you remember, as you sit
3  here today, any case where you analyzed a
4  murder weapon from a very bloody crime scene
5  and did not detect any blood on that weapon?
6          MR. MITCHELL:  Objection to
7      form.  You can answer.
8      A   I can't recall offhand.
9      Q   Okay.  If you think of one as
10  we're sitting here before the end of the
11  deposition, let me know.
12     A   Okay.
13     Q   Let me ask you this.  Are you
14  willing to say that having read the
15  description and the confession of how the
16  murder or Arlene supposedly occurred that
17  given that there was no blood detected
18  anywhere on the knife even after you
19  disassembled it with any of the tests you
20  used that it is more likely that the
21  watermelon knife was not used in this crime
22  than there was?
23         MR. MITCHELL:  Objection to
24     form.  You can answer.
25     A   I can't give you a probability

158

R. Baumann

1
2  or likelihood of whether it was more likely
3  to be used or less likely to be used.
4      Q   So the fact that you found no
5  blood at all on the watermelon knife, in
6  your opinion, tells you nothing?
7          MR. MITCHELL:  Objection to
8      form.  You can answer.
9      A   It does not tell me whether
10  it's the murder weapon or not.
11     Q   What does it tell you?
12     A   There is no blood on that
13  knife.
14     Q   What does the fact that there
15  was no blood found anywhere on that knife
16  tell you?
17         MR. MITCHELL:  Objection to
18     form.  You can answer.
19     A   That there was no blood on the
20  knife, that's what it tells me, plain and
21  simple.
22     Q   So in your opinion your test on
23  the watermelon knife was meaningless?
24         MR. MITCHELL:  I object.
25     A   It answers the question whether

159

R. Baumann

1
2  there was blood on the knife or not, so
3  whether that's meaningless or not it's up to
4  the reader of the report, I suppose.
5      Q   Back in '88 when you tested the
6  knife, when you disassembled it and you
7  examined it and applied various chemicals to
8  it and you failed to find any blood at all,
9  did it cause you in your own mind -- I'm not
10  asking you what the significance in the
11  context of the investigation, I'm asking you
12  whether it caused you in your own mind to
13  question whether maybe this was not the
14  murder weapon?
15         MR. MITCHELL:  Objection to
16     form.  You can answer.
17     A   Not really.
18     Q   Why not?
19         MR. MITCHELL:  Objection to
20     form.  You can answer.
21     A   I didn't think too much about
22  it.  We looked over the course of two days
23  for any potential sharp objects that may
24  have been used, not just those knives but
25  other knives, okay, so sometimes they're

160

R. Baumann

1
2  left behind, sometimes they are not.  So the
3  knives that we did take I tested and they
4  were all found to be negative.  I don't make
5  a determination on could this have been the
6  knife, could it not have been the knife.  It
7  may very well may not have been, but again,
8  it may have been.  I don't know.
9      Q   And one reason you say it may
10  very well not have been is because you did
11  not find any blood on it, correct?
12         MR. MITCHELL:  Objection to
13     form.  You can answer.
14     A   I was not at the scene.  Well,
15  you know, I was not there when it happened
16  so I can't tell you whether or not the knife
17  was present or absent at the scene.
18  Sometimes people will bring a weapon,
19  sometimes they will use something out of
20  convenience that's there.  I can't tell you.
21  All I can tell you is we took a number of
22  knives.  They were all tested, they were all
23  negative.
24     Q   If you had found blood on the
25  knife, if you had found Arlene Tankleff's

161

R. Baumann

1
2 blood on the knife, would that have
3 indicated to you that the knife was likely
4 the murder weapon?
5 MR. MITCHELL: Objection to
6 form. You can answer.
7 A That would depend where on the
8 knife. If it was a contact pattern versus a
9 different type of pattern along the edge,
10 perhaps.
11 Q So even if you --
12 A If she was cut, maybe somebody
13 picked up the knife, you know, and it's just
14 on the handle rather than the blade, that
15 might indicate a different kind of scenario.
16 Q Even if you found Arlene
17 Tankleff's blood on the knife, depending on
18 where it was on the knife, that may not have
19 told you that it would be sufficient to make
20 you think the knife was the murder weapon;
21 is that what you're saying?
22 MR. MITCHELL: Objection to
23 form. You can answer.
24 A Yes.
25 Q So really the presence or

162

R. Baumann

1
2 absence of blood on a murder weapon does not
3 tell you anything?
4 MR. MITCHELL: Objection to
5 form. You can answer.
6 A No.
7 Q Okay. And you're not willing
8 to say whether the complete absence of
9 Arlene Tankleff's blood, of any blood on
10 that watermelon knife after you disassembled
11 it and applied various tests to it made it
12 more probable or less probable that the
13 knife was used in the crime?
14 MR. MITCHELL: Objection to
15 form. You can answer.
16 A I can't say that.
17 Q Okay. And certainly you
18 reported your findings that there was no
19 blood anywhere on the knife to the
20 detectives in charge of this investigation?
21 A It was in my preliminary
22 report, I'm sure. If we can find that...
23 Q Did you come to learn from any
24 source at any time that there were questions
25 among the homicide detectives on this case

163

R. Baumann

1
2 about whether the watermelon knife had been
3 used in this crime?
4 MR. MITCHELL: Objection to
5 form. You can answer.
6 A I was not aware of that.
7 Q You never heard anybody express
8 that concern?
9 MR. MITCHELL: Objection to
10 form. You can answer.
11 A No.
12 Q Let's show him the diagram.
13 Now, you also, Mr. Baumann,
14 tested barbells recovered from Marty
15 Tankleff's room for the presence of blood?
16 A Yes.
17 Q You mentioned earlier that some
18 things you collected because you received
19 information from the detectives at the scene
20 and some things you collected because they
21 were obvious walking through the house,
22 correct?
23 A That's correct.
24 Q And I think you also testified
25 that there were some reddish stains on the

164

R. Baumann

1
2 barbells that were visible just standing in
3 Marty's room?
4 A Reddish. Maybe reddish brown,
5 maybe rust color. Sometimes rust may look
6 like blood.
7 Q You can see the barbells with
8 some kind of reddish brown substance on it,
9 correct?
10 A I don't think that was apparent
11 right away.
12 Q Do you know one way or the
13 other?
14 A I don't recall zeroing in
15 saying, hey, there is something that looks
16 like blood, certainly not.
17 Q You're certain you did not or
18 might you have seen the rust-colored
19 substance on the barbells right away and you
20 just don't remember one way or the other?
21 MR. MITCHELL: Objection to
22 form. You can answer.
23 A I examined those at the lab.
24 Q When you walked into the crime
25 scene, the barbells themselves you saw right

**165**

R. Baumann

2 away, correct?
3     A   I don't recall.  I don't recall
4 if -- I mean they were in his room.  I do
5 know that.  Whether we saw those right away
6 or not, I don't know.
7     Q   You don't recall one way or the
8 other, okay.  At some point, you collected
9 the barbells and brought them back to the
10 crime lab, correct?
11     A   That's right.
12     Q   And you analyzed them for the
13 presence of blood, right?
14     A   That's right.
15     Q   Like the watermelon knife, you
16 completely disassembled the barbells, right?
17     A   Yes, I believe I did.
18     Q   Did you see reference to your
19 testing on the barbells when you reviewed
20 your trial testimony in the last couple of
21 days?
22     A   I may have.
23     Q   Okay.  Do you recall that you
24 were not able to manually loosen the collar
25 on the barbell, you had to use a pair of

**166**

R. Baumann

2 pliers?
3     A   Yes, I remember that.
4     Q   And you did do that, right?
5 You took the barbells completely apart?
6     A   Yes.
7     Q   You even took the screws out of
8 the collar, right?
9     A   I believe so.  That's what it
10 says in my transcript.  I believe so.
11     Q   So like the watermelon knife
12 you tested the barbells for the presence of
13 blood as thoroughly and completely as you
14 knew how, correct?
15     A   Yes.
16     Q   And you found no blood anywhere
17 on the barbells, correct?
18     A   I did not.
19     Q   And, in fact, the rust-colored
20 or reddish-brown substance you observed on
21 th barbells turned out not to be blood,
22 right?
23     A   That's right.
24     Q   The barbells were a piece of
25 evidence you used the stereo microscope on,

**167**

R. Baumann

2 right?
3     A   Yes.
4     Q   Just to be precise, you did not
5 just look at the barbells, you also looked
6 at the screws and the bolts and bolt holes?
7 You tested everything for the presence of
8 blood, right?
9     A   Yes.
10     MS. FREUDENBERGER:  Let's mark
11 this picture as 12.
12     (Whereupon, Plaintiff's Exhibit
13 12 was marked for identification.)
14     Q   Mr. Baumann, take a look at
15 what's been marked number 12, if you would?
16     A   Yes.
17     Q   Are these the barbells as they
18 appeared to you when you walked into Marty
19 Tankleff's room on the morning of
20 September 7th?
21     A   I believe so.
22     Q   And do you see the
23 reddish-brown material in this picture?
24     A   This is it on the end?
25     Q   It looks to me like there is a

**168**

R. Baumann

2 reddish-brown substance on the end of the
3 barbell.  Is that the red-brownish substance
4 that you observed in Marty Tankleff's room
5 on September 7th?
6     MR. MITCHELL:  I object to the
7 form.  You can answer.
8     A   I suppose so.
9     Q   Okay.  And does this picture
10 refresh your recollection that, in fact, you
11 were able to see the reddish-brown substance
12 on the barbells when you entered Mr.
13 Tankleff's room on September 7th?
14     MR. MITCHELL:  Objection to
15 form.  You can answer.
16     A   It appears to be on the end,
17 yes.
18     Q   So you were able to see the
19 reddish-brown substance with the naked eye
20 when you walked into Marty Tankleff's room
21 on the morning of September 7, 1988, right?
22     MR. MITCHELL:  Objection to
23 form.  You can answer.
24     A   Yes.
25     Q   Mr. Baumann --

169

R. Baumann

1
2       MS. FREUDENBERGER:  Brian, you
3   can't do that.  What are you doing?
4       MR. MITCHELL:  It's not about
5   the question.  I'm asking a question
6   about the exhibit.
7       MS. FREUDENBERGER:  Brian, you
8   can't stop a deposition to confer
9   with your client.
10      MR. MITCHELL:  I'm not asking
11  about a question you asked.  He's my
12  client, I'm asking him a question.
13      MS. FREUDENBERGER:  You can
14  question him at the end.
15      MR. MITCHELL:  I'm not advising
16  him how to answer.
17      MS. FREUDENBERGER:  Not at a
18  deposition.
19      MR. MITCHELL:  Fine.  Go ahead.
20  Go ahead.  Let me know when you feel
21  it's an appropriate time to take a
22  break.
23      MS. FREUDENBERGER:  Let me
24  finish this line of questioning and
25  we'll take a break.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

170

R. Baumann

1
2       **Q**  Mr. Baumann, does the fact that
3   you completely disassembled the barbells and
4   examined them using a stereo microscope and
5   various chemical tests tell you anything
6   about the likelihood of the barbells being
7   used as a murder weapon?
8       MR. MITCHELL:  Objection to
9   form.  You can answer.
10      **A  It does not tell me the**
11  **likelihood of them being used or not used,**
12  **it tells me there is no blood on the**
13  **evidence present that I examined.**
14      **Q**  Okay.  You mentioned earlier
15  that you tested other knives collected from
16  the house in addition to the watermelon
17  knife, correct?
18      **A  Yes.**
19      **Q**  Okay.  Did you test those
20  knives -- Well, did you disassemble any
21  knives other than the watermelon knife?
22      MR. MITCHELL:  Objection to
23  form.  You can answer.
24      **A  I don't recall.**
25      **Q**  Okay.  Do you have any doubt

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

171

R. Baumann

1
2   that you tested all of the knives which you
3   tested in the house as thoroughly and
4   comprehensively as possible for the presence
5   of blood?
6       **A   Yes.**
7       **Q**   Are you confident, as you sit
8   here today, that you tested all the knives
9   at the house collected from the Tankleff
10  house as thoroughly and comprehensively for
11  the presence of blood as you knew how?
12      **A   I'm confident that there was no**
13  **blood on those knives.**
14      **Q**   On any of the knives recovered
15  from the Tankleff house?
16      **A   That I examined.**
17      **Q**   That you examined?
18      **A   Yes.**
19      **Q**   Including the watermelon knife,
20  correct?
21      **A   Including that knife, yes.**
22      **Q**   You also tested all the hammers
23  that had been collected from the house,
24  correct?
25      **A   Two hammers.**

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

172

R. Baumann

1
2       **Q**   To your knowledge, were any
3   hammers collected from the Tankleff home
4   that you did not test for the presence of
5   blood?
6       **A   Not to my knowledge, no.**
7       **Q**   Would there have been any
8   reason not to have you test all of the
9   hammers collected from the house if two were
10  collected?
11      **A   They were the only two I was**
12  **aware of.**
13      **Q**   And you tested them
14  comprehensively and thoroughly for the
15  presence of blood, correct?
16      **A   That's correct.**
17      **Q**   And no blood was found on any
18  of the hammers that you collected from the
19  house, right?
20      **A   That's right.**
21      **Q**   Okay.
22      MS. FREUDENBERGER:  Now would
23  be a good time to take a break.
24      MR. MITCHELL:  Okay.  I only
25  need five minutes.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

173

R. Baumann

1
2      (At this time, a brief recess
3   was taken.)
4      Q   Mr. Baumann, you also tested
5   all of the drains and traps from the
6   Tankleff home for the presence of blood,
7   correct?
8      **A   Yes.**
9      Q   That included the drains and
10  traps in Marty Tankleff's bathroom, correct?
11     **A   Yes.**
12     Q   You did not just test the
13  drains and traps, you examined the grout in
14  Marty's bathroom, correct?
15     **A   I don't remember.**
16     Q   All right.  I can show you your
17  trial testimony.
18     **A   Okay.**
19     Q   Take a look at what's been
20  marked Plaintiff's Exhibit 11.  Take a look
21  at Page 2324 of your trial testimony.
22     **A   Okay.**
23     Q   At the bottom of Page 2324,
24  line 23.
25         "Q. What about in the bathtub?

174

R. Baumann

1
2       Let's go back to the bathroom
3       between Marty's room and the master
4       bedroom.  Did you look in and around
5       the crevices in the bathtub, and,
6       you know, where the grouting is.
7       Did you look carefully at that?
8       A.  Yes.
9       Q.  Did you see any traces of
10      blood?
11      A.  No."
12     Does that testimony refresh your
13  recollection that you examined the grout in
14  Marty's bathroom for the presence of blood
15  and did not find any?
16     **A   You just answered your**
17  **question.**
18     Q   My question is, does this
19  testimony refresh your recollection that you
20  examined the grout in Marty Tankleff's
21  bathroom and found no presence of blood?
22     **A   I testified to it, yes.**
23     Q   Does your testimony refresh
24  your recollection that that, in fact, is the
25  case?

175

R. Baumann

1
2      **A   It doesn't.  Twenty-five years**
3   **ago, I don't really recall it but --**
4      Q   Fair enough.  Do you have any
5   doubt --
6      **A   It's been a couple of years at**
7   **this point but --**
8      Q   Do you have any doubt that --
9      **A   -- I'm sure we looked close.**
10     Q   Do you have any doubt given
11  this testimony that you did, in fact,
12  examine the grout in Marty's bathroom and
13  saw no blood?
14     **A   I'm sure we looked in the**
15  **corners of the tub, all along --**
16     Q   In other words, you're sure you
17  looked everywhere in Marty's bathroom and
18  found no blood?
19     **A   That's correct.**
20     Q   And you collected the towels in
21  Marty's bathroom, and I believe your words
22  were "very dry," correct?
23     **A   I don't recall but if that is**
24  **in the transcript then my recollection at**
25  **the time is that they were dry.**

176

R. Baumann

1
2      Q   Okay.
3      **A   At this point, I don't recall.**
4      Q   Okay.
5         MR. MITCHELL:  You have any
6      reason to believe that your
7      testimony at trial was incorrect?
8         THE WITNESS:  No.
9         MR. MITCHELL:  Okay.
10     Q   Let me redo this testimony.
11        On Page 2223, this is direct.
12  The prosecution is questioning you here.
13     **A   Yes.**
14     Q   I'll represent to you he is
15  questioning you about the drain stopper in
16  Marty's shower.
17        By the way, do you remember
18  that Mr. Tankleff's shower was a bathtub
19  shower.  In other words, it was a bathtub
20  with a showerhead affixed rather than a
21  stand-up shower?
22     **A   I don't recall.**
23     Q   Okay.  Well, you don't dispute
24  that there was a drain with a drain stopper
25  in the shower?

177

R. Baumann

1
2      **A   I remember seeing the drain**
3  **stopper.  I remember seeing a sketch of it.**
4      **Q   This is the prosecutor**
5  questioning you about your testing of the
6  drain stopper.
7           "Q. Will you tell us about your
8           examination, please.
9           A. Okay.  The drain stopper is
10          removed from the bathroom.  Numerous
11          hairs with red and pink bits of
12          material were embedded within it,
13          particularly on the hinge areas.
14          These bits of materials under the
15          stereomicroscope were red fibers.
16          Q. Did they appear to be
17          consistent with having come from the
18          red towels?
19          A. I don't know.
20          Q. Did you test for blood?
21          A. No blood was detected on it.
22          There didn't appear to be any bits
23          of human tissue or -- and the bottom
24          of the stopper was corroded green
25          and had a soapy residue coating.

178

R. Baumann

1
2           Q.  Did you perform a catalytic
3           test on that?
4           A. Yes.
5           Q. What were the results of
6           the catalytic test?
7           A. Everything on that drain
8           stopper was negative for the
9           presence of blood."
10  Mr. Baumann, do you have any reason to
11  believe, as you sit here today, that
12  anything about that testimony is inaccurate?
13      **A   No.**
14      **Q   Okay.  Given that there were**
15  hairs and fibers on the hinge area of the
16  drain and the bottom of the drain was
17  corroded green and covered in soapy residue,
18  would that make it more or less likely that
19  had blood recently passed through that drain
20  blood would be detected somewhere in the
21  traps around the drain?
22          MR. MITCHELL:  Objection to
23          form.  You can answer.
24      **A   I didn't detect any blood on**
25  **it.  I don't know that it would make it any**

179

R. Baumann

1
2  **more likely or less likely, but there was no**
3  **blood on anything that I tested on there.**
4  **Nothing looked out of the ordinary.**
5      **Q   So it's no more likely that you**
6  would find blood in a corroded soapy drain
7  with fibers and hair attached to it than on
8  a perfectly clean brand new drain?
9          MR. MITCHELL:  Objection to
10          form.  You can answer.
11      **A   I would not assign likelihood**
12  **but there was no blood associated with what**
13  **I did examine.**
14      **Q   I'm not asking you to assign a**
15  likelihood or percentage, I'm asking you
16  whether you are willing to say that it's
17  more likely that blood would be found on a
18  drain that is corroded and soapy residue and
19  fibers on it than a brand new spanking clean
20  drain?
21          MR. MITCHELL:  Objection to
22          form.  You can answer.
23      **A   I have not done that**
24  **comparison.  I could not give you an answer.**
25      **Q   But you've examined thousands**

180

R. Baumann

1
2  of items for the presence of blood over the
3  course of your career, correct?
4      **A   Not drains like this, no.**
5      **Q   Okay.  But a number of**
6  different kinds of items, correct?
7      **A   Yes.**
8      **Q   And in your experience is it**
9  more likely to find blood when there are
10  fibers, particles and residue for the blood
11  to cling to than when you're just talking
12  about metal and water or is there no
13  difference whatsoever?
14          MR. MITCHELL:  Objection to
15          form.  You can answer.
16      **A   That's a hypothetical --**
17      **Q   It is hypothetical.**
18      **A   -- and I don't know what the**
19  **answer to that is.  I really don't break**
20  **things down into those categories.  I test**
21  **whether it's present or not.  I don't say**
22  **well, there is nothing on this or there is**
23  **fibers on it.  So, you know, I can't give**
24  **you an answer on that, that it's more or**
25  **less likely that it would have blood on it.**

181

R. Baumann

1

2  Q   Let me ask you about what you
3  do.  I only want to ask you about what
4  you do and what you know.
5       You test all kinds of different
6  things from crime scenes for the presence of
7  blood, correct?
8  A   Yes.
9  Q   All sorts of different items,
10 right?
11 A   Yes.
12 Q   Different surfaces, different
13 materials?
14 A   Yes.
15 Q   In your experience, is it any
16 more likely that an item -- Let's break it
17 down even more.
18      When blood cells diluted in
19 water come into contact with an item
20 sometimes they, using layman's terms,
21 sometimes they linger on the items and
22 sometimes they just get washed away,
23 correct?
24 A   Depends on the environmental
25 exposure of the item, yeah.

182

R. Baumann

1

2  Q   Let's not talk about
3  environmental exposure.  Earlier you used
4  the exposure of the knife, the watermelon
5  knife.  You told me that even the presence
6  of Arlene Tankleff's blood might not tell
7  you anything about whether that weapon was
8  used in a crime if the blood was only found
9  on the handle, right?
10     MR. MITCHELL:  Objection to
11 form.  You can answer.
12 A   Yes.
13 Q   You also said that maybe the
14 knife, if only the blade was used to cut her
15 neck, maybe that's the explanation as to why
16 there was no blood found on the knife,
17 right?
18     MR. MITCHELL:  Objection to
19 form.  You can answer.
20 Q   Did I misunderstand you?
21 A   Yeah, that's fine.  If there
22 was just blood on the blade, then maybe it
23 might have been used as a weapon?
24 Q   In other words, it's easier to
25 wash blood off a blade completely than it is

183

R. Baumann

1

2  to wash blood off wood, right?
3      MR. MITCHELL:  Objection to
4  form.  You can answer.
5  A   I don't know.  You know, it
6  depends.  That would depend how porous is
7  the wood.  It depends on the surface.
8  Q   So the surface of an item
9  affects the likelihood of blood clinging to
10 that item, correct?
11     MR. MITCHELL:  Objection to
12 form.  You can answer.
13 A   Yes, if you have a garment
14 that's going to absorb blood and you have
15 blood that ends up on something like this,
16 it would be easier to wash blood off this
17 than it would a garment where it would be
18 more absorbant.
19 Q   For the record, you're holding
20 up a plastic fork, correct?
21 A   Yes.
22 Q   That's because a garment is
23 more absorbant and more porous than a
24 plastic fork?
25 A   In general, yes.

184

R. Baumann

1

2  Q   Are you willing to say that
3  it's easier to wipe blood off a clean metal
4  drain than a drain covered in fibers and
5  soapy residue?
6      MR. MITCHELL:  Objection to
7  form.  You can answer.
8  A   I don't know if I like the way
9  that question is posed.
10 Q   Can you answer that question;
11 yes or no?
12 A   No, I can't really answer it
13 yes or no.
14 Q   Why is that?
15 A   Why is that?  Because it's
16 still metal and it may be pitted and if
17 blood is liquid and it's got water running
18 past it, it may not appear.
19     I have not done a comparison.
20 You're talking variables.  You talking
21 different -- You can't say compare a
22 plastic fork and an absorbant cloth.  Say
23 now, we're talking about a clean drain
24 versus a dirty drain --
25 Q   You can't do that?

185

R. Baumann

1
2    **A   No, I can't.**
3        **Q** If you had two identical drains
4    and one was out of the box from Home Depot
5    and the other had soapy residue and fibers
6    all over it, are you not willing to say that
7    you're more likely to find blood on the
8    drain with soapy residue and fibers on it
9    than a brand new clean right-out-of-the-box
10   drain?
11       **A   I would have to test them**
12   **before I could give you that answer.**
13       **Q** You can't say based on your
14   experience analyzing, testing on all kinds
15   of objects from crime scenes for the
16   presence of blood, that you are more likely
17   to find blood on the drain of a soapy
18   residue and fiber than on a brand new clean
19   metal drain?
20       **A   No, not in the example that**
21   **you're giving me.  Not without testing.**
22       **Q** Here you did test it, right?
23       **A   Yes.**
24       **Q** Here you tested a soapy drain
25   with soapy residue and fibers embedded in

186

R. Baumann

1
2    it, right?
3        **A   Yes.**
4        **Q** And no blood anywhere.  You
5    were not able to find blood anywhere, right?
6        MR. MITCHELL:  Objection to
7    form.  You can answer.
8        **A   That's correct.**
9        MS. FREUDENBERGER:  Okay,
10   Brian?
11       MR. MITCHELL:  It's the third
12   time you asked that question.
13       MS. FREUDENBERGER:  It is,
14   you're right.
15       **Q** In fact, you examined Marty's
16   bathroom as thoroughly and comprehensively
17   for the presence of blood as you knew how,
18   correct?
19       **A   Yes.**
20       **Q** And again, like the watermelon
21   knife and the barbells, you found no
22   blood whatsoever, correct?
23       **A   That's correct.**
24       **Q** There was no blood present
25   anywhere in Marty's Tankleff's bathroom?

187

R. Baumann

1
2        MR. MITCHELL:  Objection to
3    form.  You can answer.
4        **A   No.**
5        **Q** Mr. Baumann, take a look back
6    at McCready's supplemental report with the
7    confession.  Do you still have that in front
8    of you?
9        **A   I don't.**
10       MR. MITCHELL:  (Handing.)
11       **Q** Take a look at the bottom of
12   McCready's report on the confession again.
13       **A   Page?**
14       **Q** Page 11.
15       **A   Okay.**
16       **Q** "We then asked him what time he
17   did this.  He said he set his alarm clock
18   for 5:35 When it went off, he woke up."
19           According to McCready's report
20   of Marty's confession he confessed to waking
21   up at 5:35 that morning, correct?
22       MR. MITCHELL:  Objection to
23   form.  You can answer.
24       **A   He said he set his alarm for**
25   **5:35, when it went off he woke up, that's**

188

R. Baumann

1
2    **what it says.**
3        **Q** That's what the confession says
4    and in the confession he goes on to then
5    kill his parents, right?
6        **A   Yes.**
7        **Q** So according to the confession
8    Marty kills his parents after 5:35 in the
9    morning, right?
10       MR. MITCHELL:  Objection to
11   form.  You can answer.
12       **A   Yes, it appears to be, yes.**
13       MS. FREUDENBERGER:  Let's mark
14   this report.
15           (Whereupon, Plaintiff's
16   Exhibits 13 and 14 were marked for
17   identification.)
18       **Q** Take look at the bottom of Page
19   2 on Plaintiff's Exhibit 14, at the very
20   bottom of Page 2.  You're welcome to read
21   the report if you'd like.  I will represent
22   to you that they are talking about the
23   ambulance crew sent out to the Tankleff
24   house.
25       **A   Yes.**

---

189

R. Baumann

2  Q  It says at the very bottom that
3  the crew was dispatched to 33 Seaside Drive,
4  Belle Terre at 6:11 hours.  So the EMTs are
5  sent out to the Tankleff house at 6:11.
6      According to you -- And you
7  have no reason to dispute the time that the
8  EMTs were dispatched to the house that
9  morning?
10     MR. MITCHELL:  Objection to
11     form.  You can answer.
12  A  I have no opinion one way or
13  the other.
14  Q  So taking it as true that the
15  EMTs were, in fact, sent to the Tankleff
16  house at 6:11, for the confession to be true
17  Marty Tankleff would have had to wake up at
18  5:35, and between 5:35 and 6:11 bludgeoned
19  his mother.  We can go through it step by
20  step if you're more comfortable doing it
21  that way, but let me try it this way.
22     For the confession to be true,
23  Marty Tankleff would have had to, starting
24  at 5:35 in the morning, bludgeoned his
25  mother.  He describes the struggle with his

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

---

190

R. Baumann

2  mother, which he hits her repeatedly on the
3  side of the head.  She falls to the floor,
4  go back to the kitchen, get a watermelon
5  knife, come back to his mother's body, slit
6  her throat, take the barbells and the knife,
7  go down the hall to his father's office --
8  And by the way, you were in the Tankleff's
9  home, correct?
10  A  Yes.
11  Q  Approximately how far was the
12  distance between the office and the bedroom?
13  A  I don't recall how far, but
14  they were on opposite ends of a long ranch.
15  Q  So walk down the hall to the
16  opposite end of the long ranch house,
17  bludgeon his father, hit his father
18  repeatedly on the back of the head.  I
19  believe the phrase is "knocked him silly,"
20  cut his father's throat, take those weapons,
21  after bludgeoning his mother and father and
22  slitting both of their throats, walk all the
23  way back across the house again to his
24  bathroom, clean off the barbells and the
25  knife in the shower thoroughly enough that

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

---

191

R. Baumann

2  no blood is found anywhere on the knife or
3  anywhere on the barbell, replace his wet
4  towels with dry towels and cut off a slice
5  of watermelon, put the knife back on the
6  counter and replace the barbells by 6:11 the
7  next morning; would you agree with that?
8      MR. MITCHELL:  Objection to
9      form.  You can answer.
10     I'll allow him to answer the
11     question and how in the world is his
12     answer to that question from this
13     witness have any relevance to this
14     case?
15     MS. FREUDENBERGER:  I just want
16     to make sure he understands and that
17     he agrees that that's what was
18     reported in the confession.
19     MR. MITCHELL:  Who cares?
20     MS. FREUDENBERGER:  Because I'm
21     going to ask him questions about --
22     MR. MITCHELL:  Why don't we ask
23     Dolly?  Why don't we ask my
24     secretary.
25     I object to the form.  You can

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

---

192

R. Baumann

2  answer.
3      Can you do math?  You woke up
4  at 5-whatever and they came at 6:11?
5      I'll stipulate to whatever that
6  timeframe is and I'll stipulate that
7  all the things you said, according
8  to your question, I will stipulate
9  what had happened between when that
10  happened and it happened.
11     I just don't know why we're
12  spending time asking him a question
13  like that.
14     I object to the form.  You can
15  answer.
16  A  So in 36 minutes?
17  Q  Correct.
18  A  So what do you want me to --
19  Q  You understand that for Marty
20  Tankleff -- Let's talk specifically about
21  the knife and barbells.
22     First of all, for Marty
23  Tankleff to have gotten the knife clean
24  enough that you were not able to detect any
25  blood on it, he would have had to

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

193

R. Baumann

1  disassemble the knife too?
2      MR. MITCHELL:  Objection to
3  form.  You can answer.
4      **A     Not necessarily.  If it's a**
5  **well-made knife, it could be that blood does**
6  **not get into the interior of a knife.  But**
7  **either way there was no blood detected on**
8  **the knife.**
9      **Q     Okay.  So you don't think he**
10  would have necessarily have disassembled the
11  knife to prevent you from finding any blood
12  on the knife?
13     **A     Knives are not easy to**
14  **disassemble.  It's unlikely he disassembled**
15  **the knife.**
16     **Q     Is it unlikely he disassembled**
17  the knife because he -- it sounds like what
18  you're saying is the unlikelihood he
19  disassembled the knife given how hard it is
20  to disassemble a knife he would not have had
21  time?
22     MR. MITCHELL:  Objection to
23  form.  You can answer.
24     **A     Yeah, that's probably one**

194

R. Baumann

1  **factor.**
2      **Q     How long did that take you to**
3  disassemble the watermelon knife?
4      **A     I don't recall, but I know when**
5  **I disassembled knives before it takes a bit**
6  **of doing.  It's not just one, two, three.**
7      **Q     So based on your experience**
8  disassembling knives, which I gather you've
9  done many times during the course of your
10  career --
11     **A     I've done sometimes.**
12     **Q     -- it would not have been**
13  possible for Marty Tankleff to do everything
14  described in the confession and disassemble
15  the knife in the 36 minutes he had, correct?
16     MR. MITCHELL:  Objection to
17  form.  You can answer.
18     Your hypothetical assumes that
19  he disassembled the knife, correct?
20     MS. FREUDENBERGER:  No.  Would
21  you repeat the question.
22     (Whereupon, the requested
23  portion was read back by the court
24  reporter.)

195

R. Baumann

1      MR. MITCHELL:  So within that
2  hypothetical you're saying that he
3  did this --
4      MS. FREUDENBERGER:  I'm not.
5  Let me rephrase the question.
6      **Q     Based on your experience**
7  disassembling knives throughout the course
8  of your career, would you agree that Marty
9  Tankleff did not have time in 36 minutes to
10  do everything described in the confession
11  and disassemble and then reassemble the
12  watermelon knife?
13     MR. MITCHELL:  Objection to
14  form.  You can answer.
15     **A     That knife was not disassembled**
16  **before I got it.**
17     **Q     Okay.  That was clear to you**
18  when you disassembled it?
19     **A     Yes.**
20     **Q     How long did it take to**
21  disassemble the barbell?
22     **A     I don't think it was very long.**
23  **It's just one nut to take off the sleeve.**
24  **It was just sitting over the bar.**

196

R. Baumann

1      **Q     You had used pliers to**
2  disassemble, right?
3      **A     Yes, because typically on those**
4  **barbells like that you have a square nut so**
5  **you just get a pair of pliers and just give**
6  **a nudge and took it off.**
7      **Q     Would Marty Tankleff have had**
8  time to do everything described in the
9  confession; disassemble the barbell, clean
10  and reassemble it and tighten it to the
11  condition you found it in within 36 minutes?
12     MR. MITCHELL:  Objection to
13  form.  You can answer.
14     **A     I don't know.  I didn't time,**
15  **you know, events from beginning to end so**
16  **I'm not in a position to make a judgement on**
17  **that.**
18     **Q     Would you agree that it's**
19  unlikely that Marty Tankleff would have time
20  to do everything described in the
21  confession; disassemble, clean it thoroughly
22  enough that he got every swab of blood off
23  the nuts and screws and the barbell and then
24  reattach it so effectively that you had to

197

R. Baumann

1
2 use pliers to get it off in the 36 minutes
3 he had?
4        MR. MITCHELL:  Objection to
5    form.  You can answer.
6    **A   I don't know.  I don't know**
7 **what the answer to that is.**
8    **Q**   Would you agree that that's
9 unlikely?
10       MR. MITCHELL:  Objection to
11   form.  You can answer.
12   **A   I don't know.**
13   **Q**   You can't say that's unlikely?
14       MR. MITCHELL:  Objection to
15   form.  You can answer.
16   **A   Short of having somebody**
17 **reconstruct those events, I don't know what**
18 **the answer to that would be.  I suppose**
19 **getting somebody who knows what the scenario**
20 **is, run through it to see if they could do**
21 **it in 36 minutes, would probably give you a**
22 **better answer to that, but I don't know what**
23 **the answer to that is.**
24   **Q**   Was that ever done to your
25 knowledge?

198

R. Baumann

1
2    **A   No, to my knowledge, I don't**
3 **know that it was done.**
4    **Q**   Okay.  Did anybody ever come to
5 you and ask you whether you believe that the
6 knife or barbell was disassembled before you
7 got it?
8        MR. MITCHELL:  Objection to
9    form.  You can answer.
10   **A   No.**
11   **Q**   Okay.  If anybody had come to
12 you and asked you whether the knife had been
13 disassembled before you got it, would you
14 have told them as you told me here today
15 that it had not been, correct?
16   **A   That's correct.**
17   **Q**   Okay.  By the way, you were
18 available and willing to answer any
19 questions anybody had for you about any of
20 your testing, correct?
21   **A   That's correct.**
22   **Q**   Okay.  You would have been
23 happy to do so, correct?
24   **A   Sure.**
25   **Q**   You wanted to help in this

199

R. Baumann

1
2 investigation in any way you could, correct?
3    **A   I have nothing to hide.**
4    **Q**   I'm asking you something a
5 little different.
6        At the time of the
7 investigation, you wanted to help apprehend
8 the perpetrators of these crimes as best you
9 could, correct?
10       MR. MITCHELL:  Objection to
11   form.  You can answer.
12   **A   The objective is to find out**
13 **who the perpetrator was by examining the**
14 **evidence.  So whatever I did in this case,**
15 **you know, cards fall where they will.**
16   **Q**   I'm not sure I understand that.
17 Can you explain?
18   **A   My testing, what my results are**
19 **using the different blood types of the**
20 **individuals whose blood was tested, you**
21 **know, I'm able to discern among who may have**
22 **been the sources of blood and who may not**
23 **have, and in some cases, you know, it came**
24 **down to a person, A or B or a person A, B or**
25 **C.  That was the limitation of the**

200

R. Baumann

1
2 **technology back then so, you know, where**
3 **maybe I think one of them was one of the**
4 **genetic markers, maybe 90 percent of the**
5 **population would share that genetic marker,**
6 **but based on the size of the stain that's as**
7 **far as I could take it.**
8    **Q**   Let me stop you because I'm
9 going to ask you some questions about the
10 blood typing that you did in this case.
11   **A   Okay.**
12   **Q**   Before I do, though, you
13 examined the hallway between Marty's bedroom
14 and Seymour Tankleff's office for the
15 presence of blood, correct?
16   **A   Yes.**
17   **Q**   And you found no blood in the
18 hallway, correct?
19   **A   We did not observe any, no.**
20   **Q**   And that area was covered in
21 white carpet, right?
22   **A   I don't recall.**
23   **Q**   Some kind of white-colored
24 carpet?
25   **A   I don't recall.**

201

1                R. Baumann
2       MR. MITCHELL: Objection to
3 form. You can answer.
4      **A**   **I don't recall without looking**
5 **at photos.**
6      **Q**   Regardless, you found no blood
7 between Marty's bedroom and the office,
8 correct?
9      **A**   **That's right.**
10      **Q**   Did you do that examination
11 carefully?
12      **A**   **Yes.**
13      **Q**   As thoroughly as you knew how?
14      **A**   **Yes.**
15      **Q**   And you found nothing?
16      **A**   **Found nothing.**
17      **Q**   By the way, you also did a
18 presumptive test for blood on the doorknob
19 on the outside of Marty Tankleff's door,
20 right?
21      **A**   **Yes.**
22      **Q**   And you did, in fact, detect
23 blood on the outside of Marty Tankleff's
24 door?
25      **A**   **Presumptive testing indicated**

202

1                R. Baumann
2 **the presence of blood, yes.**
3      **Q**   Does that tell you that there
4 was blood present?
5      **A**   **It indicates that blood may**
6 **have been present, yes.**
7      **Q**   Why didn't you do any
8 confirmatory tests?
9      **A**   **I don't recall. I don't know**
10 **if we collected that as an item or that may**
11 **have been consumed in analysis.**
12      **Q**   If somebody asked you to do
13 confirmatory testing to confirm that there
14 was blood on the doorknob on the outside of
15 Marty's door, you would have done so,
16 correct?
17       MR. MITCHELL: Objection to
18 form. You can answer.
19      **A**   **If there was sufficient**
20 **quantities.**
21      **Q**   Do you have any reason to
22 think, as you sit here today, that there was
23 not sufficient quantify to do that testing?
24       MR. MITCHELL: I Object to the
25 form. You can answer.

203

1                R. Baumann
2      **A**   **I don't recall the actual**
3 **appearance of this stain, if there was a**
4 **stain or if I had just done a swabbing of**
5 **the doorknob and tested it, so I don't**
6 **recall.**
7      **Q**   In other words, you don't know
8 one way or the other whether there was
9 enough blood to do confirmatory testing?
10      **A**   **Right. It may have been a**
11 **blind swabbing. And I do recall seeing in**
12 **the notes that a possible presumptive test**
13 **was obtained.**
14      **Q**   You performed genetic marker
15 analysis on a number of bloodstains in both
16 Seymour Tankleff's office and Arlene's
17 master bedroom, correct?
18      **A**   **Yes.**
19      **Q**   All of the stains you tested
20 from Seymour Tankleff's office were
21 consistent with Seymour Tankleff's blood
22 type and excluded Marty and Arlene Tankleff,
23 correct?
24      **A**   **If that's what my report says,**
25 **that's correct.**

204

1                R. Baumann
2       MR. MITCHELL: Objection to
3 form. You can answer.
4      **Q**   And you also tested a number of
5 stains from the master bedroom, correct?
6      **A**   **Yes.**
7      **Q**   And the master bedroom where
8 Arlene Tankleff was killed, right?
9      **A**   **That's right.**
10      **Q**   In contrast to the office where
11 you only found Seymour Tankleff's blood, and
12 none of Arlene's blood you, in fact found at
13 least two stains of Seymour Tankleff's blood
14 in the master bedroom, correct?
15      **A**   **If my report indicates that,**
16 **then that is correct.**
17      **Q**   Let's look at your report.
18      **A**   **It should be in the back under**
19 **conclusions.**
20      **Q**   Let's take a look at your
21 report previously marked as Plaintiff's
22 Exhibit 2.
23       MS. FREUDENBERGER: Let's mark
24 this.
25       (Whereupon, Plaintiff's Exhibit

205

R. Baumann

1
2      15 was marked for identification.)
3      **Q**    Take a look at Page 15 of your
4   report.
5      **A    Yes.**
6      **Q**    By the way, at the top of your
7   report it says there are a number of
8   preprinted fields one of which is "submitted
9   by"?
10     **A    Yes.**
11     **Q**    And it says for Detective James
12  McCready, correct?
13     **A    Yes.**
14     **Q**    McCready was the lead detective
15  on this investigation, right?
16     **A    Yes.**
17     **Q**    You understood that all of your
18  results were being filed to Detective
19  McCready?
20     **A    I believe so, yes.**
21        MR. MITCHELL:  Objection.
22     **Q**    McCready was a very experienced
23  homicide detective at the time, right?
24     **A    I suppose.  I don't know.  I**
25  **did not work with him.**

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

206

R. Baumann

1
2      **Q**    You had not worked with him
3   before?
4      **A    I don't know.  Maybe I did on a**
5   **case, maybe I didn't.  I have no idea.**
6      **Q**    So at the bottom of the page do
7   you see under your final conclusions the
8   heading on the page?
9      **A    Yes.**
10     **Q**    It says -- It lists a number of
11  bloodstains on items which you conclude
12  could have originated from Seymour Tankleff
13  and could not have originated from Arlene or
14  Martin Tankleff, correct?
15     **A    That's correct.**
16     **Q**    One of the bloodstains that you
17  identify as Seymour Tankleff's blood is the
18  blood on Item Number 3, correct?
19     **A    Yes.  What is Item Number 3?**
20     **Q**    Take a look at --
21     **A    Question stain on the east**
22  **wall.  So that would have been over here in**
23  **relation to the head.  That's where the**
24  **headboard would be.**
25     **Q**    In other words, you identified

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

207

R. Baumann

1
2   a stain of Seymour Tankleff's blood on the
3   wall of the master bedroom above the
4   headboard, correct?
5      **A    That's correct yes.**
6      **Q**    By the way, that was a -- You
7   determined that that blood on the wall above
8   the headboard came exclusively from Seymour
9   Tankleff, it was not a mixed stain?
10        MR. MITCHELL:  Objection to
11     form.  You can answer.
12     **A    Well, with DNA you can tell**
13  **whether it's a mixed stain, but it appeared**
14  **to be -- Well, the genetic markers that were**
15  **detected in there were consistent with those**
16  **associated with Seymour Tankleff to the**
17  **exclusion of the others, yes.**
18     **Q**    Okay.  So maybe it was a mixed
19  stain with Seymour Tankleff and somebody
20  else, but it was not a mixed stain coming
21  from either Arlene Tankleff or Marty
22  Tankleff contributed to; fair to say?
23        MR. MITCHELL:  Objection to
24     form.  You can answer.
25     **A    Let me see what the results are**

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

208

R. Baumann

1
2   **on there.  Let me see Number 3.  So it could**
3   **be a II and a I or a II,I or a II,I and a I.**
4   **So there is, yeah -- I mean the ABA is Type**
5   **II,I on that.  Is it possible to tell if it**
6   **was a mix or not, I don't know.**
7        **What did the stain look like,**
8   **do you have a photograph of that?**
9      **Q**    Either way, you're confident
10  that neither Marty Tankleff or Arlene
11  Tankleff contributed to that stain, correct?
12        MR. MITCHELL:  Objection to
13     form.  You can answer.
14     **A    Based on the technology and the**
15  **genetic markers I was using at the time, I**
16  **don't believe so.  I know that wherever I**
17  **had enough stain, we would retain it.  That**
18  **was a policy that my present supervisor Joe**
19  **Galdi and I instituted shortly after we got**
20  **there, so any stain that we could retain a**
21  **portion of, we did, and they were released**
22  **to the State police.**
23        **So if that was one of those**
24  **items, then to see if it was a mixture, if**
25  **they got a result on that, that would be the**

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

209

R. Baumann

1 best way to determine that.

2    **Q**   But you determined back in 1988

3 that that stain was Seymour Tankleff's blood

4 and not Arlene or Marty Tankleff's blood,

5 correct?

6    **A**   **That it could have originated**

7 **from Seymour Tankleff and not the other two.**

8 **That's based on the assumption that it's**

9 **from a single source and not a mixture.**

10    **Q**   But you have no reason to

11 believe it was a mixture, right, or you

12 would have documented that?

13          MR. MITCHELL:  Objection to

14 form.  You can answer.

15    **A**   **You could not really tell that**

16 **it was a mixture.**

17    **Q**   Okay.  If it had been a

18 mixture; however, it was not a mixture with

19 Arlene or Marty, right?

20          MR. MITCHELL:  Objection to

21 form.  You can answer.

22    **Q**   Or you would have seen --

23    **A**   **I just got one genetic marker**

24 **on this; ABA Type II,I so that would**

210

R. Baumann

1 **encompass the three types.  You have three**

2 **types.  In ABA you have a II, which is very**

3 **uncommon, but I which is very common, and a**

4 **II,I is somewhere in between.  Seymour**

5 **Tankleff happened to be a II,I thus could**

6 **have originated from him and not from Marty**

7 **or Arlene.**

8       **I'm telling you that now based**

9 **on the assumption it's not a mixture.**

10          MS. FREUDENBERGER:  Let's mark

11 this 16.

12          (Whereupon, Plaintiff's Exhibit

13 16 was marked for identification.)

14    **Q**   Take a look at what's been

15 marked Plaintiff's Exhibit 16.  Can you

16 identify that document first?

17    **A**   **This is a sheet indicating the**

18 **results I got from genetic testing**

19 **conducting electrophoresis, the evidence in**

20 **this case.**

21    **Q**   Take a look at page Bates

22 number AG590 in the lower right-hand corner.

23    **A**   **Yes.**

24    **Q**   You see where you say item

211

R. Baumann

1 number?  You have the notes on Item Number 3

2 on the bottom, three fields up from the

3 bottom?

4    **A**   **Yes.**

5    **Q**   And you characterize that stain

6 as wall splatter?

7    **A**   **Yes.  It's indicating the type**

8 **of stain that would be.**

9    **Q**   You determined that that was a

10 splatter stain?

11    **A**   **Yes.**

12    **Q**   As opposed to a smear.

13    **A**   **Right.**

14    **Q**   And does splatter suggest to

15 you castoff from a weapon?

16    **A**   **Or it indicates that that blood**

17 **is airborne when it makes contact with the**

18 **target surface.**

19    **Q**   Okay.

20    **A**   **It doesn't mean it's just from**

21 **a weapon.**

22    **Q**   But certainly, a splatter stain

23 on a wall would be consistent with a castoff

24 from a weapon, correct?

212

R. Baumann

1          MR. MITCHELL:  Objection to

2 form.  You can answer.

3    **A**   **Or from it being projected on a**

4 **the wall from something such as a beating.**

5    **Q**   What's a beating?

6    **A**   **Well, say someone is being**

7 **beaten with an object used to hit somebody**

8 **where blood is pooled.  Blood can be**

9 **projected from that wound onto a surface and**

10 **that would cause a spatter as well.**

11    **Q**   That makes sense.  But here we

12 know that Seymour Tankleff was killed in the

13 office and Arlene Tankleff is killed in the

14 bedroom, correct?

15          MR. MITCHELL:  Objection to

16 form.  You can answer.

17    **A**   **It appears to be that way, yes.**

18    **Q**   So given that there is no

19 indication that Seymour Tankleff was

20 actually beaten in the bedroom, would you

21 agree that the most likely explanation for

22 the splatter of Seymour Tankleff's blood on

23 the wall is castoff from a weapon?

24          MR. MITCHELL:  Objection to

213

R. Baumann

1
2 form. You can answer.
3 **A It could be.**
4 **Q** Can you think of anything else
5 equally likely for splatter castoff from a
6 weapon, the most likely explanation for
7 Seymour Tankleff's blood being on that wall?
8 MR. MITCHELL: Objection to
9 form. You can answer.
10 **A Well, if he was not in there**
11 **being beaten, the alternative would be that**
12 **it could be castoff.**
13 **Q** In other words, the most likely
14 alternative you could can think of for --
15 **A I can't think of another --**
16 **Presently, I can't think of another**
17 **scenario --**
18 **Q** The only explanation, as you
19 sit here today, for the splatter stain of
20 Seymour Tankleff's blood on the wall above
21 the headboard in the master bedroom is that
22 it's castoff from a weapon, correct?
23 MR. MITCHELL: Objection to
24 form. You can answer.
25 **A -- or it somehow gets projected**

214

R. Baumann

1
2 **on that wall. I don't know how, but I**
3 **suppose if somebody walked in and gave me a**
4 **scenario that could be a possibility, but**
5 **right now we don't have that scenario so**
6 **being that you're putting out the castoff**
7 **like that is certainly a possibility.**
8 **Q** Okay. That's the most likely
9 possibility that you can think of as you sit
10 here today?
11 MR. MITCHELL: Objection to
12 form. You can answer.
13 **A Well, that's a possibility.**
14 **Q** Okay. Can you think of some
15 more likely possibilities as you sit here
16 today?
17 **A Unless somehow it becomes**
18 **projected on the wall once it becomes**
19 **airborne.**
20 **Q** Can you think of anything?
21 **A I don't know.**
22 **Q** Let me ask my question. Can
23 you think of any way that Seymour Tankleff's
24 blood could have been airborne and ended up
25 on the wall other than castoff of Seymour

215

R. Baumann

1
2 Tankleff's blood from a weapon?
3 MR. MITCHELL: Objection to
4 form. You can answer.
5 **A Maybe from somebody's hand.**
6 **Q** Okay.
7 **A Maybe not a weapon, maybe a**
8 **hand.**
9 **Q** A glove?
10 **A Something. Something that**
11 **stained like that would have to be airborne**
12 **to be projected onto the wall either by**
13 **castoff or being projected there somehow.**
14 **Q** Okay. So the only likely
15 explanation you can think of, as you sit
16 here today, as to how Seymour Tankleff's
17 blood got on the wall in the master bedroom
18 is that it was castoff either from a weapon,
19 a hand or a glove?
20 **A It's one stain so, you know, we**
21 **don't have an entire pattern where we can**
22 **say it's castoff. A lot of times castoff**
23 **you're saying, well, you see a linear**
24 **pattern of stains that may be, depending on**
25 **what it's cast off and how much blood is on**

216

R. Baumann

1
2 **the object, okay, maybe a linear pattern**
3 **where to the surface as it projects out it**
4 **becomes more elongated.**
5 **This is not your typical**
6 **castoff pattern so it's hard to say whether**
7 **it's castoff. I'm not going to come to a**
8 **conclusion. It's blood that is projected on**
9 **that wall either by castoff or another**
10 **mechanism.**
11 **Q** Okay. So let's just talk in
12 specifics. I'll be straight with you. I
13 can't think of any way that Seymour's blood
14 -- as you said, the blood would have had to
15 be airborne. It's not a case where someone
16 was smearing Seymour Tankleff's blood on the
17 wall. Nobody from the crime scene
18 presumably was coming in with a bucket of
19 Seymour's blood and splashing it on the
20 wall.
21 I can't think of any way for
22 Seymour's blood to get on the wall in, as
23 you say, an airborne way, other than
24 Seymour's blood being either on a weapon or
25 on a hand of somebody attacking Arlene; can

217

R. Baumann

1
2  you?
3      MR. MITCHELL:  Objection to
4  form.  You can answer.
5      A   That's a possibility, yes.
6      Q   So one possibility is Seymour's
7  blood gets on the wall because it's on a
8  weapon or somebody's hand, naked or gloved,
9  in the master bedroom and there's movement
10  and it becomes airborne and it gets on the
11  wall, right?
12      MR. MITCHELL:  I object to the
13  form.  You can answer.
14      A   One drop?
15      Q   Right.
16      A   I suppose that's a possibility.
17      Q   Can you think of any other
18  possibility?
19      A   That somehow it's projected
20  onto that wall in a different way.
21      Q   What other way?
22      A   I don't know.
23      Q   Can you think of -- Let me ask
24  you this.  I just want to make sure I
25  understand the alternatives.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

218

R. Baumann

1
2      Can you think of any other way
3  that Seymour's blood could have been
4  projected onto the wall in the master
5  bedroom as you sit here today?
6      MR. MITCHELL:  Objection to
7  form.  You can answer.
8      A   Not offhand, no.
9      Q   Okay.  You found a second stain
10  of Seymour's blood in the master bedroom,
11  correct?
12      A   Yes.
13      Q   Okay.  We can go through it if
14  you want, but maybe we can save time.  I
15  believe that was an oval stain on one of the
16  sheets in the bed?
17      A   Yes.
18      Q   And in contrast to the blood on
19  the wall that was not splatter, correct?
20      A   It did not appear to be, it was
21  oval in shape.
22      Q   Why don't we actually look
23  at -- Let's be precise and look at what you
24  wrote down on your worksheet.
25      A   Okay.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

219

R. Baumann

1
2      Q   Do you see --
3      A   S-3.
4      Q   Would you read that aloud?
5      A   Looks like, oval spot against
6  medium velocity spatter, approximately 9x5
7  millimeters.  So it was oval in shape.
8      Q   I think you said against, it
9  says amidst.
10      A   Amidst, yes.
11      Q   In other words, what you found
12  was medium velocity spatter that was
13  Arlene's blood, correct?
14      A   I didn't test the stains around
15  it, I only tested S-3.
16      Q   Okay.  Why is that?
17      MR. MITCHELL:  Objection to
18  form.  You can answer.
19      A   Because I chose that stain to
20  test.
21      Q   Why did choose that stain?
22      A   It was among the stains on that
23  sheet that I chose for testing.  I'm not
24  going to test each and every stain on each
25  and every case, so I take a selection of a

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

220

R. Baumann

1
2  representative sampling.
3      Q   Fair to say you selected that
4  stain because it appeared different than the
5  other?
6      A   I would think so.
7      Q   Okay.  Does an oval spot
8  indicate that the blood most likely is
9  dripping down from a 90-degree angle?
10      A   On something that's normal to
11  the surface like this under a controlled
12  condition and if a drop of blood makes
13  contact with it, it tends to be round.  As
14  it makes contact changing the angle of
15  impact, it's going to be more elliptical.
16  So depending on the position of the sheet
17  and also the direction of the blood
18  travelling at the time is going to affect
19  that, so I can't say how that got there, but
20  it looks like it was due to probably a drop
21  coming in at some direction, which direction
22  I don't know.
23      Q   But the most likely explanation
24  for that spot of blood -- Would you agree,
25  that the most likely explanation for that

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

221

R. Baumann

2 spot of blood is Seymour's blood dripping
3 off of either a weapon or a hand onto the
4 bed sheet?
5     MR. MITCHELL:  Objection to
6     form.  You can answer.
7     **A   Well, I wouldn't say a hand.**
8 **Maybe -- I don't know.  It's Seymour -- How**
9 **it got there, I don't know.**
10     MR. MITCHELL:  Before you ask
11     the next question, he used the
12     phrase, if it dropped on this, and
13     he was referring to the surface of
14     the table that we're sitting at.
15     Q   But that drop of Seymour's
16 blood forming an oval certainly would be
17 consistent with blood dripping off a weapon,
18 correct?
19     MR. MITCHELL:  Objection to
20     form.  You can answer.
21     **A   That's one possibility.**
22     Q   Okay.  Can you think of any
23 other possibilities as you sit here today?
24     **A   It could be dripping off**
25 **another type of object or perhaps somebody's**

223

R. Baumann

2 reason that you selected that stain to test
3 is that you believed that it had come from
4 the crimes, correct?
5     **A   Yeah.  I mean, you know, it**
6 **just had a different pattern than the**
7 **patterns around it so I selected that stain,**
8 **I'm sure, because it appeared to be**
9 **different.**
10     Q   And it appeared to be left at
11 some point during the commission of the
12 crimes, correct?
13     MR. MITCHELL:  Objection to
14     form.  You can answer.
15     **A   I don't know for sure but -- I**
16 **don't know for sure.**
17     Q   Okay.
18     **A   I mean, listen, he sleeps in**
19 **that bedroom.  He spends time in that**
20 **bedroom.**
21     Q   If at the time you had thought
22 that the most likely explanation for that
23 blood that it had come from a nose bleed
24 Seymour had and they had not washed their
25 sheets, you would not have selected that as

222

R. Baumann

2 **hands or perhaps Seymour had a bloody nose**
3 **in there at some point and it dropped on**
4 **there like that.  I don't know.**
5     **We can't determine when stains**
6 **are deposited on substrates such as the**
7 **sheets.**
8     Q   For it to come from a bloody
9 nose from Seymour, he would have to be --
10     **A   I'm just saying that's a**
11 **possibility.**
12     Q   Would you say it's more likely
13 that it was left by a drop of blood coming
14 off a weapon or a body part than a drop of
15 blood falling from Seymour Tankleff's nose
16 on the middle of the sheet and landing and
17 forming an oval?
18     MR. MITCHELL:  Objection to the
19     form.  You can answer.
20     **A   I don't know how it got there.**
21 **I don't know if one scenario is more likely.**
22 **But, you know, it's not transferred there by**
23 **contact.  You know, it's not a smear.  It's**
24 **not a contact-type stain.**
25     Q   Certainly, you believed -- The

224

R. Baumann

2 one of the representative samples on the
3 sheets, correct?
4     **A   If that was the only stain?**
5     Q   No.  You already told me it was
6 not the only stain.  There are a bunch of
7 stains on the sheets --
8     **A   I don't know when it gets**
9 **there.**
10     Q   Let me finish my question.
11 There are a whole variety of stains on the
12 sheets and you selected a representative
13 sample of stains to test, correct?
14     **A   Correct.**
15     Q   If, at any time, looking at the
16 sheet you had suspected that that oval drop
17 of blood did not come from the crime,
18 presumably, you would not have selected that
19 oval spot to test?
20     **A   There is no way of telling**
21 **that.**
22     Q   I understand.  I was talking
23 about what was in your mind at the time you
24 selected which stain you were going to test.
25 Presumably you tested those stains you

225

R. Baumann

1 R. Baumann
2 thought would come from the crime?
3        MR. MITCHELL:  Objection to
4 form.  You can answer.
5        A   I usually select the stains
6 based on their appearance in relation to
7 each other, whether it's part of a pattern,
8 whether the size of the stains around it are
9 similar, whether they're droplets, whether
10 they are contacts.  That's usually how I
11 select stains for testing.
12        Q   And this case was no different,
13 correct?
14        A   I don't think so.
15        Q   Okay.  So let me ask you this.
16 You already told us that you found none of
17 Arlene's blood in Seymour's office, correct?
18        A   No.
19        Q   But by contrast you did find at
20 least two separate samples of Seymour's
21 blood in the master bedroom where Arlene was
22 killed?
23        MR. MITCHELL:  Objection to
24 form.  You can answer.
25        A   Yes, two stains could have come

226

R. Baumann

1 R. Baumann
2 from Seymour Tankleff, yes.
3        Q   And the only explanation you
4 can think of today for the stain of Seymour
5 Tankleff's blood on the wall is that
6 Seymour's blood was transported into
7 Arlene's room, somehow became airborne and
8 ended up on the wall, correct?
9        MR. MITCHELL:  Objection.  You
10 can answer.
11        A   Yes, that would be correct.
12        Q   Okay.  To start, given those
13 facts, would you agree that it's more likely
14 that Seymour Tankleff was killed before
15 Arlene Tankleff?
16        MR. MITCHELL:  I object to the
17 form.  You can answer.
18        A   I can't make that statement or
19 come to that conclusion based on that.
20        First of all, it's Seymour
21 Tankleff's bedroom.  Could they be
22 innocently there on the wall?  Did he cut
23 his finger?  Do we know when that stain gets
24 there?  Does he have a bloody nose?  Is
25 there an innocent explanation for that

227

R. Baumann

1 R. Baumann
2 blood?  We don't know.
3        What I can say is, based on
4 that pattern, it's projected onto that wall
5 somehow and the same with the sheet.  It's
6 an oval spot consistent with a droplet.  How
7 it gets there, I don't know.  And to give an
8 opinion saying well, you know, it's because
9 he was killed first and it's more likely
10 that he was killed first and then come in
11 there.  I don't know how or when that blood
12 gets there so I can't draw that conclusion.
13        Q   So one possibility is that
14 Seymour Tankleff's blood was -- There was a
15 splatter of Seymour Tankleff's blood on the
16 wall in the master bedroom an a drop of
17 Seymour Tankleff's blood on the sheets in
18 the master bedroom before the murders even
19 occur, correct?
20        A   Correct.
21        Q   And I understand you raised
22 that possibility and that possibility
23 prevents you from being able to say that
24 Seymour Tankleff was killed first and his
25 blood got into the master bedroom based on

228

R. Baumann

1 R. Baumann
2 it being transported into the master bedroom
3 by whomever the perpetrator was.
4        Let's agree to set that as an
5 explanation aside for a moment.  That's one
6 possibility.
7        A   Yes.
8        Q   If that's not the case, if at
9 the time the Tankleff murders occurred on
10 September 7, 1988 Seymour's blood was not
11 already on the sheet and in a splatter
12 pattern on the wall, then would you agree
13 that it's more likely than not that Seymour
14 was killed first and Seymour's blood ended
15 up in those two spots in the master bedroom
16 because it was transported in on either a
17 weapon or body part; would you agree with
18 that?
19        MR. MITCHELL:  Objection to
20 form.  You can answer.
21        Q   Would you agree with that?
22        A   I can't think of an alternative
23 to that unless somehow -- I don't see how in
24 that scenario that blood would be in there.
25        Q   You examined Arlene Tankleff's

229

R. Baumann

1

2 nightgown, correct?

3     **A   Yes.**

4     **Q**   And you observed a number of

5 cuts on the nightgown?

6     **A   There was some damage to the**

7 **front of the nightgown, yes.**

8         MS. FREUDENBERGER:  Let's go

9     ahead and mark this.

10        (Whereupon, Plaintiff's Exhibit

11     17 was marked for identification.)

12     **Q**   Going back to Seymour's blood

13 in the master bedroom for a second, the only

14 two alternatives you can think of, as you

15 sit here today, for how Seymour's blood got

16 in those two spots in the master bedroom is

17 either that Seymour was killed before Arlene

18 and Seymour's blood got onto the sheets and

19 on the wall because it was brought into the

20 bedroom on a weapon or on a body part or

21 Seymour's blood was already on the wall or

22 sheet because of some explanation having

23 nothing to do with the crime; fair to say?

24         MR. MITCHELL:  Objection to

25     form.  You can answer.

230

R. Baumann

1

2     **A   Either there is an innocent**

3 **explanation because it is his room, as you**

4 **said, or if it occurs during the course of**

5 **the crime and he's at one end of the house**

6 **and she is there, somehow that makes it onto**

7 **the wall and onto the bed in a manner in**

8 **which the blood either drips or is**

9 **projected.**

10     **Q**   And that would suggest the

11 attack on Seymour happened before the attack

12 on Arlene, correct?

13     **A   Yes, there would have to be**

14 **Seymour's blood -- He would have to be**

15 **bleeding in order for his blood to be**

16 **brought down to the bedroom and deposited**

17 **onto the sheet and wall.**

18     **Q**   And to be clear, that would

19 indicate that he was attacked before Arlene,

20 correct?

21         MR. MITCHELL:  Objection to

22     form.  You can answer.

23     **A   That would seem to indicate**

24 **that.**

25     **Q**   Okay.  If that were the case,

231

R. Baumann

1

2 then the order of the murders described in

3 Marty Tankleff's confession would be

4 incorrect, correct?

5         MR. MITCHELL:  Objection to

6     form.  You can answer.

7     **A   That he killed his mother and**

8 **then went down, attacked his father, unless**

9 **he came back to the bedroom -- Well, unless**

10 **somebody offers a different scenario, I**

11 **can't think of another reason short of, you**

12 **know, the blood being there innocently how**

13 **it would make its way down to that room**

14 **unless somebody went down there and**

15 **contaminated it with Seymour's blood on that**

16 **sheet and on that wall.**

17         **I don't know how that blood**

18 **would make it -- I would not have an**

19 **explanation for how it got down there**

20 **otherwise.**

21     **Q**   So unless there is an innocent

22 explanation for Seymour's blood in the

23 master bedroom, the blood evidence, your

24 analysis, shows that the order of murders

25 described in the confession is inaccurate,

232

R. Baumann

1

2 correct?

3         MR. MITCHELL:  I object to the

4     form.  You can answer.

5     **A   I don't know.  I don't know**

6 **that I'd go so far as to render that**

7 **opinion.  I don't know if I'm in a position**

8 **to do that.**

9     **Q**   Well, tell me how there's any

10 other possibility given what you've already

11 explained?

12         MR. MITCHELL:  Objection to

13     form.  You can answer.

14     **A   I don't know.  I think**

15 **something like that I would like to discuss**

16 **with colleagues who might give me a viable**

17 **alternative as to how that might happen, but**

18 **right here, as we sit here today, I can't**

19 **think of one, but there could be one.  I'm**

20 **just at a loss, but somebody else may have**

21 **an explanation for that.  I don't know what**

22 **that would be but...**

23     **Q**   Okay.  In other words,

24 presented with?

25     **A   I think something like that I**

233

R. Baumann

1    R. Baumann
2    **would want to bounce off colleagues who have**
3    **more experience than I do to hear them out**
4    **on that.**
5    **Q**    Did you have that conversation
6    with any of your colleagues in 1988?
7           MR. MITCHELL:  Objection to
8    form.  You can answer.
9    **A**    **No, not that I recall.**
10   **Q**    Why not?
11          MR. MITCHELL:  Objection to
12   form.  You can answer.
13   **A**    **I don't recall whether or not I**
14   **had that conversation --**
15   **Q**    Okay.
16   **A**    **-- either that it come up or I**
17   **just reported the results out.**
18   **Q**    Certainly, you reported the
19   results of that testing -- Well, you
20   reported all your results, correct?
21   **A**    **Yes.**
22   **Q**    One way or another you made
23   sure your results found their way to the
24   detectives in charge of the investigation,
25   correct?

234

R. Baumann

1
2    **A**    **Yes.**
3    **Q**    Did Detective McCready or any
4    other detectives ever come and ask you any
5    questions about what the presence of
6    Seymour's blood in the master bedroom
7    showed?
8           MR. MITCHELL:  Objection to
9    form.  You can answer.
10   **A**    **Not that I recall, no.**
11   **Q**    If they had, you would have
12   been more than willing to answer those
13   questions, correct?
14   **A**    **Yes.  I mean if somebody had**
15   **asked me for my opinion or what I had**
16   **thought, I would have spoken to them, sure.**
17   **Q**    And nobody did, right?
18   **A**    **Not that I recall, no.**
19   **Q**    Okay.  Did anybody ever ask you
20   to do any additional analysis in light of
21   the results of the taking of the blood in
22   the master bedroom?
23   **A**    **No, not that I recall.**
24   **Q**    If anybody had asked, you would
25   have done that, correct?

235

R. Baumann

1           MR. MITCHELL:  Objection to
2    form.  You can answer.
3    **A**    **Usually we do.**
4    **Q**    Here in this case there is no
5    reason you wouldn't have done additional
6    analysis if anybody asked you to in light of
7    those blood results, correct?
8    **A**    **No.**
9    **Q**    You examined Arlene's nightgown
10   back in 1988, correct?
11   **A**    **Yes.**
12   **Q**    And you looked at the nightgown
13   under a microscope; is that right?
14   **A**    **Yes.  Part of it, yes.**
15   **Q**    Take a look at 2210 of your
16   testimony.  Read, Mr. Baumann, if you would
17   from Page 2209, line 18 to 2210, line 20.
18   **A**    **Visual examination.  One**
19   **neglige.  It's white.  It was almost**
20   **saturated with blood --**
21   **Q**    You can read it to yourself.
22   **A**    **Oh, okay.**
23   **Q**    By the way, do you have an
24   independent recollection, aside from what's

236

R. Baumann

1    in your testimony, as you sit here today, of
2    the testing you performed on the nightgown?
3    **A**    **No.**
4    **Q**    Does that testing refresh your
5    recollection that although you observed a
6    number of cuts on the nightgown you only
7    examined one cut microscopically?
8    **A**    **Yes.  I don't recall if I**
9    **examined more than one or not.**
10   **Can I take a look at the copy**
11   **of my notes there?**
12   **Q**    Yes.
13          MS. FREUDENBERGER:  Let's mark
14   this.
15          (Whereupon, Plaintiff's Exhibit
16          18 was marked for identification.)
17   **Q**    So Mr. Baumann, it looks to me
18   looking at your notes like the only cuts
19   about which you make notation -- you only
20   make notations about the cut on the upper
21   left-hand shoulder of the nightgown; is that
22   right?
23   **A**    **Yes, it looks like it.  There**
24   **is one across the -- from the neck over.**

237

R. Baumann

1
2 **Q** Okay.
3 **A** **And then, there's an L-shaped**
4 **cut, just pretty short sleeves, there is one**
5 **there.**
6 **Q** Would you agree that by lining
7 up cuts in a garment worn by an attacked
8 victim and wound pattern you can sometimes
9 discern whether an individual was static or
10 moving at the time of the attack?
11 MR. MITCHELL:  Objection to
12 form.  You can answer.
13 **A** **I don't know.  I don't know.**
14 **Q** You never heard of that before?
15 MR. MITCHELL:  Objection to
16 form.  You can answer.
17 **A** **It's something that I would not**
18 **venture judgement on.**
19 **Q** Because it's outside your area
20 of expertise?
21 **A** **I think so, yeah.**
22 **Q** Have you ever heard that
23 before?  Are you saying that that's possibly
24 something that can be done or it's just not
25 something you do?

238

R. Baumann

1
2 MR. MITCHELL:  Objection to
3 form.  You can answer.
4 **A** **It's not something I do so I**
5 **can't really give you an opinion on that.**
6 **Q** But it's something you heard
7 can be done, correct?
8 MR. MITCHELL:  Objection to
9 form.  You can answer.
10 **A** **Can it?  I don't know.**
11 **Q** You've never heard that could
12 be done before?
13 MR. MITCHELL:  Objection to
14 form.  You can answer.
15 **A** **I don't know that it can be**
16 **done.  I don't know that anybody is going to**
17 **sit still for that kind of experiment.**
18 **Q** Have you ever heard that by
19 lining up --
20 **A** **The cuts.**
21 **Q** -- the cuts on something
22 someone is wearing when they die and the
23 wound pattern, you can figure out whether
24 they were moving at the time of the cut?
25 MR. MITCHELL:  Objection to

239

R. Baumann

1
2 form.  You can answer.
3 She's asking if you ever heard
4 of that?
5 **A** **Yes, I've heard of that.**
6 **Q** Okay.  Would you agree that in
7 this case if the cuts in Arlene Tankleff's
8 nightgown line up with the stab wounds on
9 her body that would suggest that she was not
10 moving at the time that she was cut?
11 MR. MITCHELL:  Objection to
12 form.  You can answer.
13 **A** **I can't give an opinion on**
14 **that.  I think the medical examiner, you**
15 **know, would have to be the one to line up**
16 **the clothing with the cuts.**
17 **Q** Yeah, no, I'm not asking if you
18 did that or suggesting you should have done
19 that, I'm just asking if, in your opinion,
20 if that is something -- if the medical
21 examiner could line up the wound patterns
22 and the cuts in the nightgown, if that would
23 suggest to you that Arlene was not moving at
24 the time she was cut?
25 MR. MITCHELL:  Objection to

240

R. Baumann

1
2 form.  You can answer.
3 **A** **I can't give you an answer on**
4 **that.  I don't really know.**
5 **Q** If anybody asked you to do that
6 back in 1998, would you be willing to do
7 that?
8 **A** **No, because it's outside the**
9 **area of my expertise.**
10 **Q** Okay.
11 By the way, it was clear to you
12 when you walked into Arlene Tankleff's
13 bedroom on the morning of the crimes that
14 she had been bludgeoned, correct?
15 MR. MITCHELL:  Objection to
16 form.  You can answer.
17 **A** **No, it wasn't.**
18 **Q** It wasn't?
19 **A** **No.**
20 **Q** You remember that today?
21 **A** **I believe so.  She was on her**
22 **back on the floor face up and, as far as I**
23 **can recall, I don't recall her being**
24 **bludgeoned.  I remember she had a pretty**
25 **good splice across her throat.**

241

R. Baumann

**Q**   Are you saying you cannot tell or you just don't remember one way or the other?

MR. MITCHELL:  Objection to form.  You can answer.

**A   I don't recall knowing that she was bludgeoned.**

MS. FREUDENBERGER:  Mark this.

(Whereupon, Plaintiff's Exhibit 19 was marked for identification.)

**Q**   Mr. Baumann, you told me earlier that you reviewed the memorandum prepared by agencies from the State Commission of Investigation after interviewing you in 2008, right?

**A   Yes.**

**Q**   And you said you noticed some things in this memo that were inaccurate?

**A   Yes.**

**Q**   One thing you told me was inaccurate on Page 3 of the memorandum states, referring to you, he said he obtained gloves from several supermarkets and tested them to see if he could duplicate

242

R. Baumann

the pattern on the bedroom walls.  He was unable to duplicate the exact pattern, correct?

**A   That is correct.**

**Q**   And your position is that that's something fabricated by the author of this memo?

MR. MITCHELL:  Objection to for.  You can answer.

**A   Unless he had me mixed up with somebody else that did, but at no time did I go out and test gloves to see if the patterns were similar to what we found.**

**Q**   And you did not report to him that you did, in fact, do that?

**A   No.**

**Q**   So either he has you mixed up with somebody else or made that up?

**A   Maybe Genna did.  I don't know if he did or not but, yeah, I certainly did not.**

**Q**   Okay.  Anything else in this memo you spotted that was inaccurate?

**A   Let's see.  What else?**

243

R. Baumann

**Q**   Tell me everything in this memo other than that that is inaccurate?

**A   Criticism, that's interesting. Last page.**

**Q**   Is this something that you noticed that was inaccurate?

**A   Yeah.**

**Q**   Tell me what that is?

**A   I don't know where that came from.**

**Q**   What are you talking about?

**A   Criticism.  The only criticism directed towards the crime scene and Crime Lab personnel by their supervisors was that they took so long to process the scene.**

MR. MITCHELL:  Clarify for the record what you were reading.

**A   I'm reading from the memorandum.**

**Q**   I see.  Section M.  Tell me what's inaccurate about that statement?

**A   I don't recall ever being criticized by how long it took to do the same by my supervisor or anybody for that**

244

R. Baumann

matter.

**Q**   Do you recall any criticism directed towards the Crime Lab personnel by anybody in this case?

**A   No, not to me.**

**Q**   Well, do you recall criticism of anybody else that you were privy to by anybody concerning the crime scene analysis in this case?

MR. MITCHELL:  Objection to form.  You can answer.

**A   No.  And --**

**Q**   You have to wait for me to ask a question.

**A   Well, you were going to say is there anything else.**

**Q**   No, I wasn't going to say that.

**A   Well, there is one other thing here.**

**Q**   Is it something that's inaccurate in this memorandum?

**A   Yes.**

**Q**   Tell me.

**A   My opinion down on bottom, I**

245

R. Baumann

1
2 **don't recall saying I believe the attacker**
3 **was angry.**
4    **Q**   So it sounds like there are
5 three things in this memo that you did not
6 report to the agents from the State
7 Investigation Commission; is that correct?
8    **A**   **Yes.**
9    **Q**   One is that you did not report
10 that you tried on -- that you purchased
11 different gloves and tried to match them up
12 to the patterns, one is that your
13 supervisors never criticized you for taking
14 a long time to process the scene or anybody
15 else that you know of, correct?
16    **A**   **Correct.**
17    **Q**   And the third thing is that you
18 did not report that you believe whomever
19 attacked Arlene was angry, correct?
20    **A**   **Not to my recollection.  If I**
21 **did, I was remiss in doing so, but I**
22 **certainly don't remember giving that**
23 **opinion.**
24    **Q**   Okay.  Did you report to the
25 agents from the State Investigation

246

R. Baumann

1
2 Commission that there was a pretty good cut
3 on Arlene Tankleff's back across her
4 shoulder?
5    **A**   **I don't recall.**
6    **Q**   Did you report to the agents
7 from the State Investigation Commission that
8 you believe the attack on Arlene Tankleff
9 probably started in the bed and wound up on
10 the floor?
11    **A**   **I believe so, yes.**
12    **Q**   That's something that stood out
13 in your mind 20 years after the crimes?
14    **A**   **Well, you had blood on the bed**
15 **and she ends up on the floor.  So, you know,**
16 **by looking at the scene, that's what it**
17 **appeared to be.  And also, after looking at**
18 **the type of the blood there in the position**
19 **that she's in, it does not look like she**
20 **climbs up on the bed.**
21    **Q**   When you say by looking at the
22 typing you mean --
23    **A**   **By looking at the genetic**
24 **markers on the stains on the bed.**
25    **Q**   What about the genetic markers

247

R. Baumann

1
2 in the stains on the bed tell you that the
3 attack started in the bed?
4    **A**   **A lot of it is blood consistent**
5 **with her.**
6    **Q**   You stated earlier that the
7 only explanation you can think of, as you
8 sit here today, for the oval stain on the
9 bed, other than it was already there in an
10 innocent way from Seymour Tankleff, was that
11 it was a drip from a weapon or a body part
12 that had been in the office while Seymour
13 was attacked, correct?
14    **A**   **I don't think that's accurate.**
15    **Q**   What's inaccurate about that?
16    **A**   **My belief is that it was a drip**
17 **from something, whether it was a body part,**
18 **whether it was a weapon, whether it was, you**
19 **know -- I don't know what it could have been**
20 **a drip from.**
21    **Q**   Okay.
22    **A**   **Obviously it was a blood stain**
23 **consistent from having come from Seymour**
24 **Tankleff.**
25    **Q**   And it obviously dripped from

248

R. Baumann

1
2 something that had come into contact with
3 Seymour Tankleff after he had been attacked,
4 right?
5    MR. MITCHELL:  Objection to
6 form.  You can answer.
7    **A**   **That's one of the**
8 **possibilities, yes.**
9    **Q**   That and the fact that the
10 blood was there innocently are the only two
11 possibilities you can think of, correct?
12    MR. MITCHELL:  Objection to
13 form.  You can answer.
14    **A**   **Well, somehow it got from -- If**
15 **that, in fact, is from Seymour Tankleff, it**
16 **got there from him bleeding.**
17    **Q**   So a third possibility is that
18 your blood typing results are inaccurate; is
19 that what you're saying?
20    **A**   **No, what the technology**
21 **limitations were at the time.**
22    **Q**   Right.  I'm saying a third
23 possibility is your typing of that blood is
24 inaccurate, correct?
25    **A**   **I would not say it's**

249

R. Baumann

1
2 inaccurate.
3      Q    Okay.  So you don't think it's
4 possible that your blood typing results are
5 inaccurate.  So the only two ways you can
6 think of, as you sit her today, that that
7 oval stain of Seymour's blood could have
8 gotten on the sheet are that it dripped off
9 a weapon or a body part, something that was
10 exposed to Seymour Tankleff during or
11 following the attack and dripped off of that
12 on the bed, correct?  You told me that six
13 different times.
14     A    It dripped off of something
15 onto the bed.
16     Q    Given it dripped off of
17 something onto the bed and given its
18 position on the bed if, in fact, that drip
19 came from a weapon or a body part, that
20 indicates that the attacker was, at some
21 point, on the bed; fair to say?
22         MR. MITCHELL:  Objection to
23     form.  You can answer.
24     A    Not necessarily, no.
25     Q    Why not?

250

R. Baumann

1
2      A    Because it doesn't -- The
3 mattresses are not that wide.  It could have
4 been drip there from somebody reaching
5 across the bed perhaps.
6      Q    It's two twin beds pushed
7 together, correct?
8      A    Yes.
9      Q    That's pretty wide, right?  You
10 have to have a wide wingspan to reach over,
11 correct?
12     A    Depending on what side of the
13 bed you're on.
14     Q    Mr. Baumann, you've been in
15 plenty of crime scenes where someone's
16 jugular is cut, correct?
17         MR. MITCHELL:  Objection to
18     form.  You can answer.
19     A    I wouldn't say plenty of crime
20 scenes where somebody's jugular is cut, no.
21     Q    Have you been in other crime
22 scenes besides this one where somebody's
23 jugular is cut in the course of your career?
24     A    I know of a body that was
25 dumped on the road where the jugular had

251

R. Baumann

1
2 been cut.
3      Q    Did you go out to that crime
4 scene?
5      A    Yes.
6      Q    Would you agree, based on your
7 experience processing crime scenes for over
8 25 years, that if somebody's jugular is cut
9 while their heart is beating at a normal
10 rate, blood sprays all over the place?
11         MR. MITCHELL:  Objection to
12     form.  You can answer.
13     A    Well, the one that I was out on
14 where the jugular was cut, he had been
15 killed somewhere else and had been dumped.
16     Q    Okay.
17     A    If an artery is breached, yeah,
18 you would get arterial spurt.
19     Q    Okay.  And here there was
20 pooling around Arlene Tankleff's head, not
21 arterial spurt, right?
22         MR. MITCHELL:  Objection to
23     form.  You can answer.
24     A    From what I recall, I believe
25 so.

252

R. Baumann

1
2      Q    Okay.  And so, would you agree
3 that the fact that there was pooling around
4 Arlene Tankleff's head instead of arterial
5 spurt indicates that Arlene Tankleff's heart
6 had slowed considerably by the time her neck
7 was cut?
8         MR. MITCHELL:  Objection to
9     form.  You can answer.
10     A    I don't know that I'm qualified
11 to render that opinion.  I think a medical
12 examiner and somebody who is more trained in
13 blood pattern analysis would be the one to
14 answer that.
15     Q    Okay.  You don't disagree with
16 that, you're just not qualified to offer an
17 opinion on it?
18         MR. MITCHELL:  Objection to
19     form.  You can answer.
20     A    I don't have a picture of the
21 whole scenario around where the foot of the
22 bed was and what the bloodstain patterns
23 were except that there was a pool of blood
24 under her head.  If there was blood
25 projected onto the bed alongside or onto the

Case 2:09-cv-01207-JS-AYS   Document 184-18   Filed 08/17/16   Page 65 of 103 PageID #: 4699

253

R. Baumann

2 bedding that was taken from there, I don't
3 know.  I can't give you an opinion to that.
4     Q    Okay.
5         MS. FREUDENBERGER:  Let's mark
6 this.
7         (Whereupon, Plaintiff's Exhibit
8     20 was marked for identification.)
9     Q    Mr. Baumann, does this picture
10 represent Arlene Tankleff when you viewed
11 her body on the morning of or the afternoon
12 of September 7, 1988?
13     A    Yes.
14     Q    Do see any arterial splatter in
15 that picture?
16     A    Not in this photograph.
17     Q    How about in any of the three
18 photographs?
19     A    I don't but again, I don't do
20 proficiencies on blood stain patterns.
21 Somebody that may be more proficient may see
22 something in here that I don't.
23     Q    Take as an assumption that
24 there is no arterial spatter in the crime
25 scene, would that indicate to you that

254

R. Baumann

2 Arlene Tankleff's heart had slowed
3 considerably by the time that her throat was
4 cut?
5         MR. MITCHELL:  I object to the
6     form.  You can answer.
7     A    I think a medical examiner
8 would be a proper appropriate person to go
9 to for that opinion.
10     Q    But I don't have a medical
11 examiner here, I only have you.
12         Would you agree that, in your
13 opinion, whether you can be qualified as an
14 expert on it or not, that assuming there is
15 no arterial splatter anywhere that you can't
16 see in these pictures, that suggests that
17 Arlene Tankleff's heart slowed considerably
18 at the time her throat was cut?
19         MR. MITCHELL:  Objection to
20     form.  You can answer.
21     A    I'm not going to answer that
22 because it's outside my area of expertise.
23     Q    You have to answer it whether
24 it's your area of expertise or not.
25     A    Well, I don't feel qualified to

255

R. Baumann

2 render that opinion.
3     Q    I'm not asking you as an
4 expert, I'm asking you the same way I would
5 ask Brian or Elizabeth or anybody else
6 except that you have years and years of
7 analyzing bloodstains on crime scenes.
8         Just based on your experience
9 just analyzing blood at crime scenes, all
10 the crime scenes you've been through and all
11 the blood spatter that you've seen and not
12 seen, are you willing to say that the fact
13 that there is no blood spatter visible,
14 assuming there is no arterial spray in the
15 master bedroom, that would indicate that
16 Arlene Tankleff's heart had slowed
17 considerably at the time her throat was cut?
18         MR. MITCHELL:  Objection to
19     form.  You can answer.
20     A    Again --
21     Q    You're not willing to say that?
22     A    I'm not willing to say that.
23         (Whereupon, time noted is 5:20
24     p.m.)
25     Q    Let's go back to the traps for

256

R. Baumann

2 a second.  Assuming that Marty Tankleff --
3 And you recall that the drain around the
4 trap that you analyzed in Marty's shower,
5 according to your trial testimony, was
6 covered in soapy residue and had fibers on
7 it?
8     A    Yes.
9     Q    Assuming that Marty slit his
10 parents throats and bludgeoned them to death
11 and subsequently washed off, not only the
12 blood which presumably would be all over
13 himself, but on the weapons in the shower
14 whose drain you tested, wouldn't you agree
15 that blood would have clung to the fibers in
16 the drain or the soapy residue on the bottom
17 of the drain and you would have been able to
18 identify it by presumptive test?
19         MR. MITCHELL:  Objection to
20     form.  You can answer.
21         You asked that question like
22 almost that exact question already
23 but I'll allow him to answer.
24         MS. FREUDENBERGER:  I'm allowed
25 to.

257

R. Baumann

1
2    MR. MITCHELL: You're not
3  allowed to continue asking the same
4  question.
5    MS. FRUEDENBERGER: I am. The
6  law is totally clear on that.
7    MR. MITCHELL: Okay.
8    MS. FREUDENBERGER: I'll send
9  it to you. It's interesting
10 actually.
11    MR. MITCHELL: It's your dime.
12 You want to ask him the same
13 question --
14    MS. FREUDENBERGER: I do. This
15 is a slightly different question so
16 I want to ask him this because I
17 can't believe he's actually
18 testifying to this so I want to ask
19 him again.
20    MR. MITCHELL: That comment is
21 gratuitous so I ask that it be
22 stricken from the record.
23    **A  I did not detect blood on it.**
24    **Q**  I understand. I'm asking you
25 something a little different, which is

258

R. Baumann

1
2  assuming that Marty did in the span of
3  35 minutes, killed his parents and slit his
4  parents throats and bludgeoned them to death
5  in a very bloody crime scene, and then
6  cleaned himself and the weapons off in the
7  shower in his bathroom, would you not expect
8  that when you tested the traps and the
9  drains blood particles would have clung to
10 the fibers and the soapy residue in the
11 drain you identified?
12    **A  No, I wouldn't assume that.**
13    **Q**  I'm asking you if you would
14 have expected that? No, you would not
15 expect that?
16    **A  No.**
17    **Q**  Okay. Tell me why not.
18    MR. MITCHELL: Objection to
19 form. You can answer.
20    **A  The blood could be diluted out**
21 **beyond what we could detect.**
22    **Q**  Regardless of how diluted the
23 blood was, wouldn't you expect that -- I
24 mean there is no suggestion Marty took a
25 bath, submerged one foot and let the drain

259

R. Baumann

1
2  run, and then took a bath submerged the tip
3  of the knife and let the drain run?
4    What the confession says is
5  that Marty took a shower with the weapon and
6  cleaned them all off in the shower. If
7  that, in fact, happened are you testifying
8  here today that you would not expect to see
9  any blood caught in the soapy reside or
10 fibers in the drain?
11    **A  I'm testifying that --**
12    MR. MITCHELL: Objection to
13 form. You can answer.
14    **A  -- that whatever was said to**
15 **happen, I didn't detect any blood on any of**
16 **the debris or the fibers or anything that**
17 **was on that trap in the bathtub.**
18    **Q**  I understand. And if I asked
19 you this question say the day before the
20 Tankleff murders and described the scenario,
21 would you have said then that you would not
22 necessarily expect to see any blood clinging
23 to the soapy residue or fibers?
24    MR. MITCHELL: Objection to
25 form. You can answer.

260

R. Baumann

1
2    **A  That's correct.**
3    **Q**  Okay.
4    **A  You don't know until you test**
5  **it. You can hypothetical all you want, but**
6  **until you test it, you don't know.**
7    **Q**  Okay. Is another possibility
8  that maybe Marty washed -- maybe the drain
9  was clean when Marty took a shower and he
10 had the foresight to apply a soapy residue
11 and fibers to the bottom of the drain after
12 he took a shower in order to cover up the
13 fact that he washed away off blood?
14    MR. MITCHELL: Objection to
15 form. You can answer.
16    **A  Debris gets caught in a trap**
17 **over time. Soapy residue, copper oxidizes,**
18 **hairs get caught in there so...**
19    **Q**  All that residue, soapy
20 residue, fiber and hair don't make it any
21 more likely that blood is going to get
22 caught in the trap than if there is no soapy
23 residue or fibers or hairs?
24    **A  It's a what if.**
25    **Q**  It's not, actually. Is this th

261

R. Baumann

1
2 only case where you ever tested the traps in
3 a crime scene?
4     **A   I've tested trap water and I**
5 **can only think of one case where I got a**
6 **positive result.**
7     Q   Was that a case where somebody
8 was alleged to have washed off an
9 extraordinary amount of blood from there
10 body and weapons?
11         MR. MITCHELL:  Objection to
12     form.  You can answer.
13     **A   I don't recall.**
14     Q   You don't recall?
15     **A   I don't recall.**
16     Q   Maybe it was, right?
17         MR. MITCHELL:  Objection to
18     form.  You can answer.
19     Q   Maybe that other case was?
20         MR. MITCHELL:  Objection to
21     form.  You can answer.
22     **A   I don't recall.  Maybe, maybe**
23 **not.  But I can think of one case in my**
24 **career where I tested trap water that came**
25 **back positive.**

262

R. Baumann

1
2     **Q**   Yeah, I'm asking you something
3 different though.  So you tested trap water
4 in all sorts of cases where it did not come
5 back positive, right?
6     **A   In a number of cases, yes.**
7     **Q**   In any of that number of cases
8 where you tested trap water and it did not
9 come back positive, was an individual
10 alleged to have washed an extraordinary
11 amount of blood off their body and weapons?
12     **A   I have no idea.**
13     **Q**   You have no idea.  Okay.
14 Certainly, you can't think of any other case
15 where you analyzed trap water under
16 circumstances where somebody is alleged to
17 have washed this much blood off in a short
18 period of time and the traps came back
19 negative; can you?
20         MR. MITCHELL:  Objection to
21     form.  You can answer.
22     **A   I take each case as they are,**
23 **okay.  This case, whatever the scenario is,**
24 **how much blood is there, just because the**
25 **scene appears very bloody does not mean**

263

R. Baumann

1
2 **somebody is going to be covered with blood.**
3 **I've seen very bloody scenes, somebody must**
4 **be covered with blood, and you get their**
5 **clothing and they may just have a couple of**
6 **spots on it.**
7         **I think CSI projects that image**
8 **that somebody is going to be covered with**
9 **blood.  It's not always the scenario.  I**
10 **can't say what's the likelihood that all**
11 **this blood is going to get caught up in a**
12 **trap drain that has hair and some fibers**
13 **attached to it.**
14     Q   You understand that we looked
15 at the confession when Marty purportedly Ted
16 says in the confession it's not speculative.
17 If he says he washed blood off himself and
18 weapons in that shower, and you collected
19 water from the traps in that shower, and
20 tested them and, as you've told us, you
21 found no blood, not withstanding a soapy
22 residue at the bottom of the drain and all
23 the fibers?
24     **A   Yes.**
25     Q   Okay.  We now that the reason

264

R. Baumann

1
2 for that is not that Marty did not have
3 blood on him because he purportedly
4 confessed to washing himself off and all the
5 weapons in the shower, right?
6         MR. MITCHELL:  Objection to
7     form.  You can answer.
8     **A   If that's in his confession,**
9 **that's what he says.**
10     Q   I'm asking you, are you not
11 willing to say that that's inconsistent with
12 your testing of the traps?
13         MR. MITCHELL:  Objection to
14     form.  You can answer.
15     **A   First of all --**
16     Q   Can you answer that question
17 yes or no?
18     **A   I didn't find any blood there.**
19     Q   I understand.  I'm asking you a
20 different question.  Let me know if you
21 can't answer yes or no.  Let me know.
22         Are you willing to say that
23 your finding that there was no blood
24 anywhere in the bathroom including the trap
25 contradict Marty's description in the

265

R. Baumann

1
2 confession of washing himself and the
3 weapons off in the shower?
4        MR. MITCHELL:  Objection to
5 form.  You can answer.
6    **A   If he, in fact, did, how much**
7 **water is running through there diluting it**
8 **out as it's going through?**
9    Q   We know the answer to that.  He
10 only had 35 minutes and he had to both stab
11 and bludgeon both of his parents.
12    **A   I don't know the answer to**
13 **that.**
14        MS. FREUDENBERGER:  But you do.
15        MR. MITCHELL:  I object to your
16        characterization of my witness's
17        testimony that you do just because
18        you're no longer asking questions.
19        Now you're testifying.  Just ask him
20        questions.
21    Q   This is not a situation where
22 we don't know anything about the crime
23 scene.  We know that there's only a
24 36-minute window for Marty to stab and
25 bludgeon both his parents and traverse the

266

R. Baumann

1
2 house at least twice, according to the
3 confession, and then take a shower and clean
4 himself off and the weapons.  And we know he
5 claims to have enough blood on him to need
6 to clean it off and the weapons, so it can't
7 be there is only a couple of drops of blood
8 on him.
9        And so, given those facts, are
10 you not willing to say that the absence of
11 blood anywhere in the bathroom is
12 inconsistent with the description in the
13 confession; that's all I'm asking?
14        MR. MITCHELL:  Objection to
15        form.  You can answer.
16    **A   Wow, it's a pretty loaded**
17 **question.  I don't know that I can answer**
18 **that because I was not there.  All I can**
19 **testify to is that the bathroom was checked.**
20 **There was no trace of blood anywhere in the**
21 **bathroom including in there no matter what**
22 **the time span that he says he did this,**
23 **Okay.**
24        **I don't have any evidence of**
25 **any blood being in the trap in the trap**

267

R. Baumann

1
2 **water.**
3    Q   Sir, let me be clear because I
4 may not be being precise enough.  I'm not
5 asking you whether what happened, what is
6 described in the confession happened.  I'm
7 not asking you to offer an opinion on that.
8 You weren't there.  I understand that.
9 You're a forensic scientist who analyzed
10 evidence from a crime scene.
11        The only thing I'm asking you
12 is whether your finding of a complete
13 absence of blood in the bathroom and in the
14 trap is inconsistent with the description in
15 the confession, that's all I'm asking you?
16        MR. MITCHELL:  Objection to
17        form.  You can answer.
18    **A   I don't know.**
19    Q   You don't know whether it's
20 inconsistent to not find any blood in the
21 bathroom or the traps given the description
22 in the confession of the way Marty killed
23 his parents and then showered in that shower
24 and then wash off the blood?
25    **A   You could run water through**

268

R. Baumann

1
2 **there to dilute it out where it wouldn't be**
3 **detectable.  How much blood did he have on**
4 **him?**
5    Q   You saw the bodies.  You looked
6 at the crime scene.  There was blood
7 everywhere.
8    **A   It doesn't mean he has a lot of**
9 **blood on him.**
10    Q   But he says he had to take a
11 shower and wash the blood off of him.
12    **A   How much blood?  Did he measure**
13 **it?  I told you before some of the bloodier**
14 **scenes that I've seen, when you get the**
15 **evidence somebody wearing the clothing, who**
16 **was a perpetrator, has minimal blood,**
17 **sometimes has no blood.**
18    Q   So maybe one possibility is
19 that Marty did not get very much blood on
20 him when he slit both his parents throats
21 and bludgeoned them to death.  That's one
22 possibility you're putting out there,
23 correct?
24    **A   Somebody, he or whoever, may**
25 **not have a lot of blood on them.**

269

R. Baumann

1
2    Q   That's one possibility.
3    A   Another possibility is that he
4  was covered in blood.  So it's a
5  hypothetical.  I can't answer a
6  hypothetical.
7    Q   You can answer a hypothetical.
8  You're a scientist, correct?
9    A   Yes, but I can't answer
10  hypothetical.  And if somebody had a lot of
11  blood and washed it off and ran the water
12  through, it could still be undetectable.
13    MR. MITCHELL:  For the
14    reporter, you have to let her finish
15    her question and then I would ask
16    Emma that you allow him to finish
17    his answer otherwise the record
18    looks like mud.
19    MS. FREUDENBERGER:  Fair
20    enough.
21    Q   Sir, let me ask you a question.
22  I'll try to ask it more fairly to you.
23    Would you agree that the
24  absence of any blood in the bathroom or in
25  the trap raises a red flag as to the

270

R. Baumann

1
2  accuracy of the description?  The confession
3  of how Marty supposedly washed blood off his
4  body and the weapons?
5    MR. MITCHELL:  Objection to
6    form.  You can answer.
7    A   Does it raise a red flag?
8    Q   Yeah.
9    A   That there is no blood in
10  there?
11    Q   Yeah.
12    A   To me, no.
13    Q   Okay.
14    A   Because the absence of
15  evidence -- Is it the evidence of absence?
16  Something like that.  I don't know.  There
17  is no blood in that bathroom that we could
18  detect.
19    Q   Okay.  Let's go through your
20  findings one by one.  You disassembled and
21  carefully examined the knife that Marty
22  Tankleff purportedly confessed to slashing
23  his parents throat with and found no blood
24  at all?
25    MR. MITCHELL:  Objection to

271

R. Baumann

1
2  form.  You can answer.
3    A   Correct.
4    Q   You disassembled and carefully
5  examined the barbell Marty Tankleff
6  purportedly confessed to bludgeoning his
7  parents with and found no blood, correct?
8    A   Correct.
9    Q   You examined the bathroom and
10  the traps where Marty Tankleff purportedly
11  washed blood off himself and weapons in a
12  36-minute time span in which he also slit
13  both parents throats, bludgeoned them to
14  death and traversed a long hallway at least
15  twice, correct?
16    A   Correct.
17    Q   Although the confession states
18  that Marty killed his mother first, the
19  blood evidence, the analysis you did on the
20  blood from the master bedroom, at a minimum,
21  suggests that the murders may have happened
22  in the reverse order, correct?
23    MR. MITCHELL:  Objection to
24    form.  You can answer.
25    A   May but there could be another

272

R. Baumann

1
2  scenario in which Seymour's blood is not
3  deposited --
4    Q   There could be another
5  explanation?
6    A   Could be an alternative
7  explanation.
8    Q   Okay.  Does the fact that there
9  was no blood found on the murder weapons
10  from this very bloody crime scene, no blood
11  found in the bathroom or the traps where
12  Marty purportedly washed himself and the
13  weapons in a short span of time after
14  killing his parents, and the fact that the
15  blood evidence indicates that the murders
16  may have happened in a different order than
17  in the confession, cause you to question at
18  all the accuracy of the confession Marty
19  Tankleff purportedly gave on September 7,
20  1988?
21    MR. MITCHELL:  Objection to
22    form.  You can answer.
23    A   Well, my findings -- I don't
24  have any evidence to corroborate what's on
25  there so, you know, you have to take my

273

R. Baumann

1 findings at face value. If it does not fit
2 his confession that's not up to me to render
3 an opinion. That's up to a judge and a
4 jury.
5    Q    But your findings do contradict
6 the confession at least with regard to the
7 murder weapons, the way Marty purportedly
8 disposed of the blood evidence and
9 potentially the order of the murders too,
10 correct?
11       MR. MITCHELL: Objection to
12 form. Do you agree with that?
13    Q    Do you agree with that?
14       MR. MITCHELL: Objection to
15 form. You can answer.
16    A    That could be.
17    Q    That's correct given the
18 confession and the findings, right?
19       MR. MITCHELL: Objection to
20 form. You can answer.
21    A    It's a possibility.
22    Q    It's not just a possibility.
23 In the ways that I just described your
24 findings contradict portions of the


274

R. Baumann

1 confession.
2       MR. MITCHELL: Objection to
3 form. You can answer.
4    Q    It's not complicated?
5    A    It seems that they do
6 contradict points in the confession, yes.
7    Q    Okay. So do your findings
8 cause you to question the reliability of
9 this confession as to those points?
10       MR. MITCHELL: Objection to
11 form. You can answer.
12    A    Well, this is the first time
13 I'm seeing the confession.
14    Q    I understand.
15    A    And the evidence that I have
16 does not seem to coincide with some of the
17 facts in there so what can I say.
18    Q    In fact?
19    A    It seems to contradict it at
20 point, yes.
21    Q    And, specifically, with regard
22 to the murder weapons, the way Marty
23 purportedly cleaned himself and the weapons
24 off, and the order of the murders, correct?

275

R. Baumann

1 Those are the points you're referring to?
2       MR. MITCHELL: Objection to
3 form. You can answer.
4    A    Well, I would not say the order
5 of the murders. You can go from one room to
6 the other and back again.
7    Q    The confession does --
8    A    Washing of the weapons because
9 I don't find blood in the shower --
10       MR. MITCHELL: Let him finish
11 his answer, please.
12    A    -- or anything there to me,
13 that's, you know, I don't think it's that
14 unusual. You know, it may not be much blood
15 to begin with or maybe they were not washed
16 there.
17    Q    Do you think it's possible that
18 Marty Tankleff killed his parents in this
19 matter and did not get much blood on him or
20 the weapon?
21    A    I don't know but I've seen it
22 before in very bloody cases. The amount of
23 blood that is around is not reflective of
24 how much blood a person is going to have on

276

R. Baumann

1 their person.
2    Q    Going back to the order of
3 crimes, the confession does not say Marty
4 killed his mother, killed his father and
5 went back to the mother's bedroom?
6       MR. MITCHELL: Objection to
7 form. You can answer.
8    A    No.
9    Q    So your findings do contradict
10 the order of the murders in the confession,
11 correct?
12       MR. MITCHELL: I object to the
13 form. You can answer.
14    A    Seymour's blood has to get onto
15 that bed somehow, either innocently or
16 through this incident.
17    Q    I understand the innocent
18 explanation that you hypothesized and that's
19 fair. I'm just setting that aside.
20       Assuming that there is no
21 innocent explanation, assuming that Seymour
22 Tankleff's blood was not on the headboard of
23 the sheets on September 6th, 1988, would you
24 agree that your findings call into question

277

R. Baumann

1
2 the order of the murders described in the
3 confession?
4         MR. MITCHELL:  Objection to
5 form.  You can answer.
6     A    Order of the murders, well --
7     Q    They do, right?
8         MR. MITCHELL:  Objection to
9 form.  You can answer.
10        Allow him to answer your
11 question, please.  You may answer
12 the question.
13    A    Well, his blood has to get in
14 there somehow and be projected on the sheet
15 and onto the wall.
16    Q    Can you answer that question
17 yes or no?
18    A    I don't think I could answer it
19 accurately.  How his blood gets there I
20 don't know.  And what the order of the
21 sequence of events here is, I don't know
22 either.
23    Q    Let me ask you this.
24        Does the presence of Seymour's
25 blood in the master bedroom raise a red flag

278

R. Baumann

1
2 for you about whether the order of the
3 murders in the confession may be incorrect?
4         MR. MITCHELL:  Objection to
5 form.  You can answer.
6     A    It could.  It could.
7     Q    Okay.
8     A    It's got to get there somehow.
9     Q    And the only way you can think
10 of it might have gotten there are, as you
11 sit here today, is either innocently or by
12 somebody killing Seymour and then coming in
13 and killing Arlene and getting Seymour's
14 blood in the room that way, correct?
15        MR. MITCHELL:  Objection to
16 form.  You can answer.
17    A    It would appear to me that that
18 is a possibility, yes.
19    Q    That's, in fact, the only other
20 possibility that you can think of besides an
21 innocent explanation, correct?
22    A    Unless somebody offered an
23 alternative scenario.
24    Q    I'm not asking about all the
25 scenarios in the world, I'm asking you what

279

R. Baumann

1
2 you can think of as you sit here today.
3         The only two possibilities that
4 you told us that you can think of is that
5 the blood got there innocently or the order
6 of the murders in the confession is wrong,
7 correct?
8         MR. MITCHELL:  I object to
9 form.  You can answer.
10        It mischaracterizes his
11 testimony.  It's not what he said.
12        MS. FREUDENBERGER:  I think it
13 is.
14        MR. MITCHELL:  He said that
15 somebody could have come back.  He
16 did say that.
17    Q    But that would contradict the
18 confession too?
19        MR. MITCHELL:  I don't care.
20 The point is he didn't say only
21 those two Things.
22        MS. FREUDENBERGER:  He did.
23 That's exactly what he said.
24        (Whereupon, the requested
25 portion was read back by the court

280

R. Baumann

1
2 reporter.)
3         MR. MITCHELL:  Objection to
4 form.  You can answer.
5     Q    Mr. Baumann, did anybody ask
6 you at any point in time to participate in a
7 reconstruction of the master bedroom in the
8 Tankleff home?
9     A    No.
10        MR. MITCHELL:  Emma, clockwise
11 what time is it now?
12        MS. FREUDENBERGER:  I have
13 15 minutes.  I'll be fast.
14    Q    If anybody had come to you and
15 asked you to participate in a full-scale
16 reconstruction of Arlene Tankleff's bedroom,
17 would you are have done that?
18    A    Yes.
19    Q    In light of the contradictions
20 you've seen today, and to be fair to you, I
21 understand you have not seen this confession
22 before.  This is the first time you've seen
23 the confession written out like that,
24 correct?
25    A    Yes.

281

R. Baumann

2 **Q** Okay. So now, having looked at
3 your results, having lined up your results
4 with the confession, would you agree that
5 when your results came in, given the
6 contradictions between your results and the
7 confession, there should have been a
8 full-scale reconstruction the crime scene?
9 MR. MITCHELL: Objection to
10 form. You can answer.
11 **A I don't know.**
12 **Q** You think that might not have
13 been necessary?
14 MR. MITCHELL: Objection to
15 form. You can answer.
16 **A I'm not saying it would not**
17 **have been necessary, but that was never**
18 **raised.**
19 **Q** I understand. Nobody asked you
20 to do that, nobody raised the need for that
21 at all, correct?
22 **A Correct.**
23 **Q** Even after you forwarded your
24 results to Detective McCready, correct?
25 **A Correct.**

282

R. Baumann

2 **Q** Detective McCready never asked
3 you to do a reconstruction of the Tankleff
4 crime scene?
5 **A Correct.**
6 **Q** He never came to question you
7 about your results, correct?
8 **A Correct.**
9 **Q** He never suggested that you
10 should redo any of your analysis?
11 **A Correct.**
12 **Q** He never suggested you should
13 do any additional analysis, correct?
14 **A Correct.**
15 **Q** He never asked you to look at
16 whether the evidence supported different
17 hypothesis of how the crime may have
18 occurred, correct?
19 **A Correct.**
20 **Q** Did any of the other detectives
21 ask you to do any of those things?
22 **A No.**
23 **Q** If they had, would you have
24 done whatever it was they asked?
25 **A In which way?**

283

R. Baumann

2 **Q** That's a bad question.
3 If any detective had come to
4 you and asked you to participate -- You've
5 already told me that if any detective came
6 to you and asked you to participate in a
7 reconstruction of, let's say, the master
8 bedroom, you would have done that, correct?
9 **A Yes.**
10 **Q** If any detective had come to
11 you and asked you any questions about your
12 analysis, you would have answered them,
13 correct?
14 **A Yes.**
15 **Q** If any detective had come to
16 you and said, hey -- something like, hey, it
17 looks like your analysis contradicts the
18 confession in some key ways, you would have
19 agreed with them, right?
20 MR. MITCHELL: Objection to
21 form. You can answer.
22 **A Well, my findings are what they**
23 **are.**
24 **Q** If anybody had asked you, hey,
25 do your findings support or contradict the

284

R. Baumann

2 confession, you would have told them that
3 they contradict the confession in certain
4 ways, correct?
5 **A They seem to, yes.**
6 **Q** And you would have told the
7 detective that had he or she asked, correct?
8 **A Yes.**
9 **Q** I think one of the things you
10 told me at the beginning of the deposition,
11 and correct me if I'm wrong, it's an
12 important principal of crime scene analysis
13 that when you have a working hypothesis you
14 go back and revisit it in light of what the
15 evidence shows, correct? That's a basic
16 principal, correct?
17 **A Right.**
18 **Q** And that was a basic principal
19 of crime scene analysis back in 1988, right?
20 **A Yes.**
21 **Q** It's important to revisit your
22 working hypothesis of the crime based on the
23 analysis of the evidence as it comes in,
24 right?
25 MR. MITCHELL: Objection to

285

R. Baumann

1 form.  You can answer.
2    **A**  **Yes.**
3    **Q**  That's true whether your
4 hypothesis of the crime comes from a
5 confession, or a witness account or just a
6 detective's hunch, correct?
7    MR. MITCHELL:  Objection to
8 form.  You can answer.
9    **A**  **Yes.  Based on the physical**
10 **evidence, somebody investigating the case, I**
11 **would think should consider what the**
12 **evidence is and use that as part of their**
13 **investigation.**
14    **Q**  It's a basic principal of crime
15 scene analysis that you consider whether the
16 evidence supports or contradicts your
17 working theory of the case, correct?
18    MR. MITCHELL:  Objection to
19 form.  You can answer.
20    **A**  **Yes.**
21    **Q**  Whether that theory comes from
22 a confession or a witness account or
23 anywhere else, correct?
24    **A**  **Yes, it's all part of the**

286

R. Baumann

1    **investigation; witness statements, physical**
2 **evidence.**
3    **Q**  Okay.  And would you agree that
4 in light of what you've seen here today,
5 there should have been a full-scale
6 reconstruction of the Tankleff crime scene
7 given the contradictions between your
8 analysis and the confession?
9    MR. MITCHELL:  Objection to
10 form.  You can answer.
11    **A**  **Would it be my opinion that a**
12 **reanalysis should have been done?**
13    **Q**  Yes.
14    MR. MITCHELL:  Objection to
15 form.  You can answer.
16    **A**  **I don't know if that's up to me**
17 **to decide.  You know, I'm not heading this**
18 **investigation.**
19    **Q**  It's not and it's over.  I
20 think you already told me that's not your
21 decision.  That's the lead detective's
22 decision, correct?
23    **A**  **Yes.**
24    **Q**  That was the lead detective's

287

R. Baumann

1 decision back in 1988, not yours, correct?
2    **A**  **The detective and also the**
3 **District Attorney's office, they are the**
4 **ones handling the investigation.**
5    **Q**  Okay, but during the
6 investigation, before you even get to the
7 District Attorney, that's the lead
8 detective's prerogative whether a full-scale
9 reconstruction should be done, yours,
10 correct?
11    MR. MITCHELL:  Objection to
12 for.  You can answer.
13    **A**  **Yes, I would think.**
14    **Q**  And if the lead detective had
15 asked you whether you thought that was
16 necessary in this case, I gather you would
17 have said yes, correct?
18    MR. MITCHELL:  Objection to
19 form.  You can answer.
20    **A**  **I don't know what I would have**
21 **said.**
22    **Q**  All right.  Again, after you
23 forward the results of your analysis to the
24 detectives in charge of the case, nobody

288

R. Baumann

1 ever asked you to go back and do any
2 additional analysis in light of the
3 contradictions between what you found and
4 the confession, correct?
5    MR. MITCHELL:  Objection to
6 form.  You can answer.
7    **A**  **Correct.**
8    **Q**  If they had, you would have
9 done so, correct?
10    **A**  **Yes, I would have considered**
11 **it, yes.**
12    **Q**  Is there any chance you would
13 not have done that if a detective had asked?
14    **A**  **To be specific, about what?**
15    **Q**  If anybody detective had asked
16 you to revisit any of your testing or
17 analysis in light of the contradictions
18 between what you found and the confession,
19 you would have agreed, correct?
20    MR. MITCHELL:  Objection to
21 form.  You can answer.
22    **Q**  You would not have said, no,
23 I'm done.  Sorry, go somewhere else.
24    **A**  **If there was any doubt as to my**

289

R. Baumann

1

2  **results?**

3      **Q**   No, if anybody had asked you to

4  consider -- You told me earlier that one

5  thing you do when you do your testing,

6  you're not doing it in a vacuum, you're

7  considering everything that's known about

8  the crime scene, correct?

9      **A**   **Right.**

10      **Q**   And if anybody said, hey, can

11  you reconsider whether the murders happened

12  in a different order, you would have done

13  that, right?

14      **A**   **Yes.**

15      MR. MITCHELL:  Objection to the

16      form.  You can answer.

17      **Q**   If anybody had asked you to

18  test the rest of the evidence on the sheets,

19  for example, to see whether there was more

20  of Seymour's blood in the master bedroom,

21  you would have done that, correct?

22      **A**   **Yes.**

23      **Q**   And if there had turned out to

24  be more of Seymour's blood in the master

25  bedroom, that would indicate that everybody

290

R. Baumann

1

2  should look a little harder at the order of

3  the murder and whether the murderer in the

4  confession was correct, correct?

5      MR. MITCHELL:  Objection to

6      form.  You can answer.

7      **A**   **I guess.**

8      **Q**   That's an example of the way

9  you could have --

10      MR. MITCHELL:  Wait one second.

11      Don't guess.  I know it's a figure

12      of speech.

13      **Q**   When you said, I guess, you

14  mean yes, correct?

15      MR. MITCHELL:  Objection to

16      form.  You can answer.

17      **A**   **All of this, you're going back**

18  **25 years.  Everything is all Monday morning**

19  **quarterbacking here.**

20      **No, it was not requested.  I**

21  **had done 16 stains on the sheets and that's**

22  **what was done at the time.  Nobody came back**

23  **and said reanalyze more of this and that.**

24      **Q**   I understand, and I'm asking

25  you to Monday morning quarterback.  This is

291

R. Baumann

1

2  what I'm saying.  You did not test every

3  single item in the Tankleff home, right?

4      **A**   **No.**

5      **Q**   There were more possibilities

6  to consider, things to test.  It's infinite

7  to an extent, correct?

8      MR. MITCHELL:  Objection to

9      form.  You can answer.

10      **A**   **Yes.**

11      **Q**   There are more different

12  hypothesis and possibilities that could have

13  been considered as it pertains to this crime

14  scene, correct?

15      MR. MITCHELL:  Objection to

16      form.  You can answer.

17      **A**   **I don't know.**

18      **Q**   Well, if a detective had asked

19  you to do additional testing, test

20  additional items, consider whether

21  additional scenarios were supported by your

22  analysis, you would have done that, correct?

23      MR. MITCHELL:  Objection to

24      form.  You can answer.

25      **A**   **Perhaps.**

292

R. Baumann

1

2      **Q**   If a detective would come to

3  you and say, hey, can you consider whether

4  two people and not one had committed this

5  crime, you would have done the analysis they

6  requested, correct?

7      MR. MITCHELL:  Objection to

8      form.  You can answer.

9      **A**   **In what way?**

10      **Q**   Well, let's use the example we

11  were talking about.  You did not test all

12  the stains in the sheets in the master

13  bedroom, right?

14      **A**   **Right.**

15      **Q**   You did test two stains that

16  came back to Seymour's blood, correct?

17      **A**   **Correct.**

18      **Q**   If a detective had come to you

19  and said, hey, I notice you found Seymour's

20  blood in the master bedroom, do you think we

21  should test more stains to see if there was

22  more of Seymour's blood, you may have said

23  yes, correct?

24      **A**   **I don't know.**

25      MR. MITCHELL:  Objection to

293

R. Baumann

1
2    form.  You can answer.
3        A   I would have said why did we
4    need to find more of Seymour's blood on the
5    bed.
6        Q   If a detective had asked you to
7    look and see if there was more of Seymour's
8    blood on the bed, you would have done so?
9        A   I don't know.
10       Q   You think you might have said
11   no?
12       A   I might have.
13       Q   Okay.  Mr. Baumann, you
14   understand that Marty Tankleff's conviction
15   was reputed in 2007, correct?
16           MR. MITCHELL:  Objection to
17       form.  You can answer.
18       A   Yes.
19       Q   And you understand that the
20   indictment is -- Certainly you know that the
21   State did a reinvestigation, right?
22       A   Yes.
23       Q   You were interviewed as part of
24   that investigation?
25       A   Yes.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

294

R. Baumann

1
2        Q   And after that investigation
3    dismissed the indictment against Marty?
4        A   Yes.
5        Q   Based on what you have seen
6    today, lining up the confession and the
7    results of your analysis back in 1988 for
8    the first time, would you agree that it's
9    unlikely Marty Tankleff could have committed
10   these crimes in the way that is described in
11   this confession?
12           MR. MITCHELL:  Objection to
13       form.  You can answer.
14       A   I don't know that I could come
15   to that opinion.  I don't know that I have
16   all the facts in the case that allow me to
17   make that judgement.
18       Q   Okay.  Would you agree, just
19   based on the contradictions between your
20   analysis and the confession, it's at a
21   minimum questionable that Marty Tankleff
22   could have committed these crimes in the way
23   the confession describes?
24           MR. MITCHELL:  Objection to
25       form.  You can answer.

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

295

R. Baumann

1
2        A   Is it questionable?  I don't
3    know.  I don't know.
4        Q   Would you agree that your
5    analysis raises red flags about the accuracy
6    of Marty Tankleff's confession?
7            MR. MITCHELL:  Objection to
8        form.  You can answer.
9        A   My analysis should raise
10   questions about what's in his confession --
11       Q   Okay.
12       A   -- and obviously it does.
13       Q   Specifically, because your
14   analysis suggests that particular parts of
15   the confession are likely inaccurate,
16   correct?
17           MR. MITCHELL:  Objection to
18       form.  You can answer.
19       A   I don't know if it's accurate
20   or inaccurate, but there are obviously
21   several inconsistencies, so as to accuracy I
22   can't speak.
23       Q   Fair enough.  But there are
24   several inconsistencies between the results
25   of your analysis and the confession; fair to

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

296

R. Baumann

1
2    say?
3            MR. MITCHELL:  Objection to
4        form.  You can answer.
5        A   Yes.
6        Q   In other words, there is an
7    inconsistency between your analysis and the
8    murder weapons identified in the confession,
9    correct?
10           MR. MITCHELL:  Objection to
11       form.  You can answer.
12       A   The murder weapons?  Well,
13   there is no blood on the knife that he said
14   that he used.  It was taken apart.  There
15   was no blood on the knife.
16       Q   Would you agree that based on
17   the fact that you took the knife apart and
18   there was no blood found anywhere, it's very
19   unlikely that that knife which you tested
20   was actually the murder weapon used to slit
21   Arlene and Seymour Tankleff's throats as
22   Marty described in the confession?
23           MR. MITCHELL:  Objection to
24       form.  You can answer.
25       A   I can't go to that extent and

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

## Page 297

R. Baumann

1  rule that out.

3  **Q**   Okay.  Did you have any
4  conversations with anybody at any point in
5  time during or after your analysis of the
6  evidence from the Tankleff crime scene about
7  the fact that your results contradicted the
8  confession in more than one way?

9     MR. MITCHELL:  Objection to
10  form.  You can answer.

11  **A**   **Not that I recall, no.  Again,**
12  **this is the first time I'm seeing the**
13  **confession.**

14  **Q**   If you had seen the confession
15  back then, you might have raised those
16  concerns; fair to say?

17     MR. MITCHELL:  Objection to
18  form.  You can answer.
19     (Continued on next page to
20  include jurat.)

## Page 298

R. Baumann

2  **A**   **I don't know.  You're asking a**
3  **hypothetical and I can't answer that.**

4     MS. FREUDENBERGER:  I think
5  that's all I have.  Thank you very
6  much.

7     MR. MITCHELL:  You're welcome.
8     (Time noted:  6:00 p.m.)

12  _____
     ROBERT BAUMANN

14  Subscribed and sworn to before me
15  this ____ day of _____, 2014.

18  _____

19  NOTARY PUBLIC

## Page 299

**INDEX**

**INDEX TO TESTIMONY**

**Page**

Examination by Ms. Freudenberger  5

**INDEX TO REQUESTS**

Production of Curriculum Vitae        32

**EXHIBITS**

| Plaintiff's | Description | Page |
| --- | --- | --- |
| Exhibit 1 | Criminalistics Document | 12 |
| Exhibit 2 | Criminalistics Document | 12 |
| Exhibit 3 | Worksheet | 43 |
| Exhibit 4A-D | Photographs | 63 |
| Exhibit 5A-E | Photographs | 63 |
| Exhibit 6A-D | Photographs | 63 |
| Exhibit 7 | Worksheet | 63 |
| Exhibit 8A-G | Photographs | 63 |
| Exhibit 9 | Confession | 137 |
| Exhibit 10 | Supplementary Report | 137 |

## Page 300

**Continued Exhibits**

| Plaintiffs | Description | Page |
| --- | --- | --- |
| Exhibit 11 | Trial Testimony | 143 |
| Exhibit 12 | Photograph | 167 |
| Exhibit 13 | Supplementary Report | 188 |
| Exhibit 14 | Supplementary Report | 188 |
| Exhibit 15 | Criminalistics Document | 205 |
| Exhibit 16 | Serology Report | 210 |
| Exhibit 17 | Photographs | 229 |
| Exhibit 18 | Worksheet | 236 |
| Exhibit 19 | Memorandum | 241 |
| Exhibit 20 | Photograph | 253 |

301

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name:  Martin Tankleff vs The County of
Suffolk, James McCready, et al
Deposition Date:  July 18, 2014
Witness:  Robert Baumann


                    CORRECTIONS

PG   LN   NOW READS   SHOULD READ   REASON FOR

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____

___  ___  _____  _____  _____


        _____
              Signature


Subscribed and sworn to before me
this_____ day of _____, 2014.

_____
     (NOTARY PUBLIC)

---

302

                    CERTIFICATION

     I, DOLLY FEVOLA, a Notary Public in

and for the State of New York, do hereby certify:

     THAT the witness whose testimony is herein

before set forth, was duly sworn by me; and

     THAT the within transcript is a true record

of the testimony given by said witness.

     I further certify that I am not related,

either by blood or marriage, to any of the parties

to this action; and

     THAT I am in no way interested in

the outcome of this matter.

     IN WITNESS WHEREOF, I have hereunto

set my hand this 5th day of August, 2014.




        _____

              DOLLY FEVOLA

# #

**#1-10** [2] - 1:8, 1:9

# '

**'08** [1] - 9:22
**'73** [2] - 23:9, 23:15
**'76** [3] - 23:16, 23:22, 23:23
**'77** [1] - 23:24
**'82** [1] - 25:11
**'83** [1] - 27:11
**'85** [3] - 28:10, 29:13, 86:22
**'88** [2] - 20:12, 159:5
**'99** [1] - 32:7

# 1

**1** [5] - 12:2, 67:11, 69:18, 75:13, 299:16
**10** [5] - 12:19, 30:17, 137:8, 137:11, 299:25
**100** [1] - 110:21
**1000** [2] - 112:25, 154:8
**10013** [1] - 2:5
**10:15** [1] - 1:15
**11** [7] - 137:21, 138:4, 138:13, 143:11, 173:20, 187:14, 300:6
**11788** [1] - 2:9
**12** [7] - 138:14, 167:11, 167:13, 167:15, 299:16, 299:17, 300:7
**13** [3] - 138:6, 188:16, 300:8
**137** [2] - 299:24, 299:25
**14** [4] - 94:13, 188:16, 188:19, 300:9
**143** [1] - 300:6
**15** [5] - 103:4, 205:2, 205:3, 280:13, 300:10
**16** [5] - 210:12, 210:14, 210:16, 290:21, 300:11
**167** [1] - 300:7
**17** [2] - 229:11, 300:12
**18** [5] - 1:14, 235:18, 236:17, 300:13, 301:4
**188** [2] - 300:8, 300:9

**19** [3] - 94:13, 241:11, 300:14
**1982** [1] - 86:4
**1985** [3] - 86:11, 87:12, 88:6
**1988** [38] - 19:12, 20:8, 20:20, 34:16, 37:10, 44:17, 46:19, 67:5, 68:18, 69:7, 74:13, 85:22, 87:12, 88:20, 91:7, 91:16, 97:13, 102:21, 103:19, 106:16, 107:21, 108:15, 116:11, 120:5, 126:11, 130:3, 130:12, 168:21, 209:3, 228:10, 233:6, 235:11, 253:12, 272:20, 276:24, 284:19, 287:2, 294:7
**1990** [7] - 6:19, 7:15, 19:23, 23:2, 33:7, 35:16, 143:9
**1998** [1] - 240:6
**1999** [1] - 31:24
**1:30** [1] - 109:11

# 2

**2** [7] - 12:2, 12:5, 91:2, 188:19, 188:20, 204:22, 299:17
**20** [9] - 76:8, 78:2, 78:17, 79:4, 143:16, 235:18, 246:13, 253:8, 300:15
**2007** [2] - 21:17, 293:15
**2008** [2] - 10:3, 241:16
**2013** [2] - 64:23, 91:2
**2014** [5] - 1:14, 298:15, 301:4, 301:23, 302:15
**205** [1] - 300:10
**210** [1] - 300:11
**2209** [1] - 235:18
**2210** [2] - 235:16, 235:18
**2223** [1] - 176:11
**229** [1] - 300:12
**2294** [1] - 8:21
**23** [1] - 173:24
**2305** [3] - 143:15, 143:16, 143:18
**2306** [2] - 143:16, 143:18
**2324** [2] - 173:21, 173:23

**236** [1] - 300:13
**24** [1] - 91:3
**241** [1] - 300:14
**25** [5] - 19:17, 52:15, 87:13, 251:8, 290:18
**253** [1] - 300:15
**2nd** [1] - 94:13

# 3

**3** [13] - 43:12, 43:14, 43:16, 62:18, 63:22, 64:4, 69:11, 206:18, 206:19, 208:2, 211:2, 241:22, 299:18
**32** [1] - 299:10
**33** [2] - 94:12, 189:3
**35** [2] - 258:3, 265:10
**36** [6] - 192:16, 194:16, 195:10, 196:12, 197:2, 197:21
**36-minute** [2] - 265:24, 271:12

# 4

**4** [4] - 43:21, 63:6, 63:19, 67:5
**43** [1] - 299:18
**44** [1] - 91:3
**45** [1] - 91:3
**4A** [9] - 63:10, 63:19, 64:20, 66:24, 67:10, 70:19, 70:21, 70:23, 299:19
**4A-D** [1] - 299:19
**4B** [2] - 67:17, 68:8
**4C** [1] - 68:24
**4D** [1] - 68:24

# 5

**5** [2] - 63:19, 299:6
**5-whatever** [1] - 192:4
**500** [2] - 112:25, 113:2
**5:20** [1] - 255:23
**5:35** [7] - 187:18, 187:21, 187:25, 188:8, 189:18, 189:24
**5A** [4] - 70:17, 70:21, 70:23, 299:20
**5A-E** [1] - 299:20
**5B** [1] - 71:5
**5C** [7] - 71:14, 71:18, 72:12, 72:20, 73:7,

73:11
**5th** [1] - 302:15

# 6

**6** [2] - 63:20, 143:15
**63** [5] - 299:19, 299:20, 299:21, 299:22, 299:23
**666** [1] - 1:12
**6:00** [1] - 298:8
**6:11** [6] - 189:4, 189:5, 189:16, 189:18, 191:6, 192:4
**6A** [2] - 74:21, 299:21
**6A-D** [1] - 299:21
**6B** [1] - 75:20
**6C** [1] - 75:23
**6th** [1] - 276:24

# 7

**7** [9] - 63:20, 76:7, 78:25, 130:12, 168:21, 228:10, 253:12, 272:19, 299:22
**7th** [7] - 116:11, 128:21, 149:25, 150:4, 167:20, 168:5, 168:13

# 8

**8** [2] - 63:10, 91:3
**8A** [3] - 78:5, 78:15, 299:23
**8A-G** [1] - 299:23
**8B** [1] - 78:19
**8C** [2] - 78:22, 80:17

# 9

**9** [3] - 132:7, 137:8, 299:24
**9/14** [1] - 43:24
**90** [1] - 200:4
**90-degree** [1] - 220:9
**99** [1] - 2:4
**9x5** [1] - 219:6

# A

**a.m** [1] - 1:15
**ABA** [3] - 208:4, 209:25, 210:3
**ability** [1] - 108:7

**able** [12] - 59:9, 110:15, 111:17, 148:2, 165:24, 168:11, 168:18, 186:5, 192:24, 199:21, 227:23, 256:17
**above-mentioned** [1] - 1:20
**absence** [8] - 155:3, 162:2, 162:8, 266:10, 267:13, 269:24, 270:14, 270:15
**absent** [1] - 160:17
**absolutely** [1] - 82:2
**absorb** [1] - 183:14
**absorbant** [3] - 183:18, 183:23, 184:22
**accident** [2] - 90:5, 90:10
**accommodate** [1] - 109:13
**according** [9] - 95:23, 139:7, 152:25, 187:19, 188:7, 189:6, 192:7, 256:5, 266:2
**account** [7] - 54:13, 54:17, 55:10, 99:3, 104:23, 285:6, 285:23
**accuracy** [4] - 270:2, 272:18, 295:5, 295:21
**accurate** [4] - 88:2, 101:10, 247:14, 295:19
**accurately** [6] - 10:2, 86:20, 107:6, 108:17, 143:22, 277:19
**action** [1] - 302:11
**active** [2] - 23:19, 97:24
**actual** [2] - 13:4, 203:2
**Adams** [2] - 15:10, 15:20
**added** [1] - 29:4
**addition** [1] - 170:16
**additional** [14] - 67:6, 71:8, 75:11, 75:16, 99:20, 99:22, 101:4, 234:20, 235:6, 282:13, 288:3, 291:19, 291:20, 291:21
**address** [4] - 4:11, 48:3, 65:21, 66:20

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

adhere [1] - 121:6
adjacent [3] - 64:11, 64:13, 68:8
advising [1] - 169:15
affect [1] - 220:18
affects [1] - 183:9
affixed [1] - 176:20
afield [1] - 53:12
afraid [1] - 138:24
afternoon [1] - 253:11
AG's [1] - 22:10
AG590 [1] - 210:23
agencies [2] - 103:8, 241:14
agency [1] - 61:4
agents [3] - 245:6, 245:25, 246:6
ago [7] - 16:4, 17:3, 30:18, 87:13, 89:10, 103:5, 175:3
agree [33] - 59:7, 90:20, 91:14, 94:12, 118:9, 136:18, 142:13, 191:7, 195:9, 196:19, 197:8, 212:22, 220:24, 226:13, 228:4, 228:12, 228:17, 228:21, 237:6, 239:6, 251:6, 252:2, 254:12, 256:14, 269:23, 273:14, 276:25, 281:4, 286:4, 294:8, 294:18, 295:4, 296:16
AGREED [3] - 3:3, 3:8, 3:12
agreed [4] - 135:25, 136:11, 283:19, 288:20
agrees [1] - 191:17
ahead [16] - 6:12, 11:11, 11:24, 43:8, 66:16, 66:22, 80:19, 83:23, 135:5, 136:16, 137:4, 138:21, 143:7, 169:19, 169:20, 229:9
airborne [8] - 211:18, 214:19, 214:24, 215:11, 216:15, 216:23, 217:10, 226:7
al [1] - 301:3
alarm [2] - 187:17, 187:24
alive [1] - 119:14
allegations [1] -

149:17
alleged [3] - 261:8, 262:10, 262:16
allegedly [1] - 148:19
allow [5] - 191:10, 256:23, 269:16, 277:10, 294:16
allowed [2] - 256:24, 257:3
almost [2] - 235:20, 256:22
alongside [1] - 252:25
aloud [1] - 219:4
alternative [6] - 213:11, 213:14, 228:22, 232:17, 272:6, 278:23
alternatives [2] - 217:25, 229:14
ambulance [1] - 188:23
amidst [2] - 219:9, 219:10
amount [4] - 111:17, 261:9, 262:11, 275:23
amounts [1] - 147:6
analysis [63] - 11:7, 13:13, 14:21, 31:9, 32:10, 33:3, 33:4, 33:8, 37:19, 40:24, 42:19, 42:25, 43:2, 43:4, 45:15, 46:7, 46:24, 47:3, 47:10, 48:18, 49:9, 54:16, 62:21, 99:22, 100:18, 101:4, 105:15, 105:22, 106:6, 106:19, 107:22, 115:18, 202:11, 203:15, 231:24, 234:20, 235:7, 244:9, 252:13, 271:19, 282:10, 282:13, 283:12, 283:17, 284:12, 284:19, 284:23, 285:16, 286:9, 287:24, 288:3, 288:18, 291:22, 292:5, 294:7, 294:20, 295:5, 295:9, 295:14, 295:25, 296:7, 297:5
analyst [3] - 55:7, 96:14, 99:11
analysts [2] - 27:14, 37:8
analyze [3] - 93:14,

97:2, 98:13
analyzed [15] - 15:2, 25:5, 37:16, 38:10, 54:22, 63:23, 74:25, 78:16, 95:23, 156:7, 157:3, 165:12, 256:4, 262:15, 267:9
analyzing [14] - 54:18, 55:8, 83:10, 92:19, 93:6, 93:7, 93:9, 98:5, 100:13, 151:17, 152:22, 185:14, 255:7, 255:9
AND [3] - 3:3, 3:8, 3:12
angle [2] - 220:9, 220:14
angry [2] - 245:3, 245:19
answer [336] - 5:17, 5:21, 8:7, 9:5, 10:10, 12:21, 14:11, 16:23, 17:16, 18:11, 18:17, 19:25, 21:20, 22:2, 22:22, 28:14, 30:24, 34:23, 40:14, 44:12, 45:5, 45:25, 46:16, 46:21, 47:16, 47:23, 48:14, 48:22, 50:14, 50:17, 51:16, 51:18, 53:9, 55:15, 56:16, 57:2, 58:8, 58:21, 59:4, 59:11, 59:20, 60:20, 76:3, 81:10, 81:20, 82:6, 83:16, 84:22, 85:4, 85:10, 85:17, 86:20, 86:25, 87:16, 87:23, 88:14, 89:12, 90:2, 91:21, 93:19, 94:5, 95:9, 96:5, 96:16, 97:16, 98:11, 98:23, 99:5, 99:14, 100:22, 101:8, 102:2, 102:4, 102:15, 103:2, 103:21, 104:11, 104:18, 105:2, 105:12, 105:25, 106:8, 106:22, 107:18, 108:6, 108:13, 108:22, 112:23, 118:11, 118:19, 118:24, 119:11, 120:3, 121:9, 121:17, 121:24, 122:16, 122:21, 123:12, 124:10, 125:13, 126:2, 126:8, 126:19, 128:11,

128:24, 129:22, 130:5, 130:14, 131:15, 135:19, 135:22, 136:12, 136:24, 138:19, 139:13, 140:22, 141:17, 141:23, 143:25, 145:6, 146:6, 146:14, 147:15, 148:24, 149:20, 151:5, 151:21, 152:16, 153:21, 155:8, 156:12, 157:7, 157:24, 158:8, 158:18, 159:16, 159:20, 160:13, 161:6, 161:23, 162:5, 162:15, 163:5, 163:10, 164:22, 168:7, 168:15, 168:23, 169:16, 170:9, 170:23, 178:23, 179:10, 179:22, 179:24, 180:15, 180:19, 180:24, 182:11, 182:19, 183:4, 183:12, 184:7, 184:10, 184:12, 185:12, 186:7, 187:3, 187:23, 188:11, 189:11, 191:9, 191:10, 191:12, 192:2, 192:15, 193:4, 193:24, 194:18, 195:15, 196:14, 197:5, 197:7, 197:11, 197:15, 197:18, 197:22, 197:23, 198:9, 198:18, 199:11, 201:3, 202:18, 202:25, 204:3, 207:11, 207:24, 208:13, 209:15, 209:22, 212:3, 212:17, 213:2, 213:9, 213:24, 214:12, 215:4, 217:4, 217:13, 218:7, 219:18, 221:6, 221:20, 222:19, 223:14, 225:4, 225:24, 226:10, 226:17, 228:20, 229:25, 230:22, 231:6, 232:4, 232:13, 233:8,

233:12, 234:9, 234:12, 235:3, 237:12, 237:16, 238:3, 238:9, 238:14, 239:2, 239:12, 240:2, 240:3, 240:16, 241:6, 242:10, 244:12, 248:6, 248:13, 249:23, 250:18, 251:12, 251:23, 252:9, 252:14, 252:19, 254:6, 254:20, 254:21, 254:23, 255:19, 256:20, 256:23, 258:19, 259:13, 259:25, 260:15, 261:12, 261:18, 261:21, 262:21, 264:7, 264:14, 264:16, 264:21, 265:5, 265:9, 265:12, 266:15, 266:17, 267:17, 269:5, 269:7, 269:9, 269:17, 270:6, 271:2, 271:24, 272:22, 273:13, 273:16, 273:21, 274:4, 274:12, 275:4, 275:12, 276:8, 276:14, 277:5, 277:9, 277:10, 277:11, 277:16, 277:18, 278:5, 278:16, 279:9, 280:4, 281:10, 281:15, 283:21, 285:2, 285:9, 285:20, 286:11, 286:16, 287:13, 287:20, 288:7, 288:22, 289:16, 290:6, 290:16, 291:9, 291:16, 291:24, 292:8, 293:2, 293:17, 294:13, 294:25, 295:8, 295:18, 296:4, 296:11, 296:24, 297:10, 297:18, 298:3
answered [3] - 154:24, 174:16, 283:12
answering [1] - 5:14
answers [2] - 106:14, 158:25

**antihuman** [2] - 113:25

**antisera** [1] - 113:24

**antiserum** [2] - 114:4, 115:3

**apart** [6] - 144:12, 144:14, 145:25, 166:5, 296:14, 296:17

**apparent** [4] - 73:18, 84:15, 131:20, 164:10

**appear** [20] - 9:25, 56:23, 66:25, 68:24, 71:10, 71:24, 72:9, 73:3, 73:10, 74:2, 74:8, 74:23, 75:23, 78:15, 110:8, 177:16, 177:22, 184:18, 218:20, 278:17

**appearance** [2] - 203:3, 225:6

**appeared** [8] - 45:9, 79:22, 167:18, 207:13, 220:4, 223:8, 223:10, 246:17

**applied** [2] - 159:7, 162:11

**apply** [1] - 260:10

**apprehend** [1] - 199:7

**appropriate** [2] - 169:21, 254:8

**area** [13] - 72:9, 75:13, 79:14, 92:18, 96:21, 118:13, 141:15, 178:15, 200:20, 237:19, 240:9, 254:22, 254:24

**areas** [8] - 71:15, 76:14, 92:12, 93:5, 93:15, 95:24, 111:24, 177:13

**Arlene** [48] - 15:10, 15:17, 15:21, 37:25, 52:5, 60:25, 76:9, 77:17, 138:15, 147:3, 151:9, 157:16, 160:25, 161:16, 162:9, 182:6, 203:22, 204:8, 206:13, 207:21, 208:10, 209:5, 209:20, 210:8, 212:14, 216:25, 225:21, 226:15, 228:25, 229:17, 230:12, 230:19, 239:7,

239:23, 240:12, 245:19, 246:3, 246:8, 251:20, 252:4, 252:5, 253:10, 254:2, 254:17, 255:16, 278:13, 280:16, 296:21

**Arlene's** [7] - 147:20, 203:16, 204:12, 219:13, 225:17, 226:7, 235:10

**arrived** [3] - 116:24, 117:8, 118:7

**arriving** [1] - 117:5

**arterial** [7] - 251:18, 251:21, 252:4, 253:14, 253:24, 254:15, 255:14

**artery** [1] - 251:17

**ascertain** [2] - 46:13, 92:24

**aside** [8] - 69:9, 76:5, 80:24, 82:9, 89:23, 228:5, 235:25, 276:20

**aspects** [1] - 124:16

**assault** [1] - 155:11

**assign** [2] - 179:11, 179:14

**associated** [2] - 179:12, 207:16

**Associates** [3] - 49:5, 50:10, 64:21

**assume** [3] - 5:17, 46:17, 258:12

**assumes** [1] - 194:19

**assuming** [7] - 254:14, 255:14, 256:2, 256:9, 258:2, 276:21, 276:22

**assumption** [3] - 209:9, 210:10, 253:23

**attached** [2] - 179:7, 263:13

**attack** [7] - 138:15, 230:11, 237:10, 246:8, 247:3, 249:11

**attacked** [6] - 230:19, 231:8, 237:7, 245:19, 247:13, 248:3

**attacker** [2] - 245:2, 249:20

**attacking** [1] - 216:25

**attended** [1] - 32:12

**attention** [4] - 20:7, 101:5, 118:16, 138:9

**Attorney** [5] - 7:18,

9:21, 217:16, 287:7

**attorney** [3] - 15:24, 16:19, 143:14

**Attorney's** [3] - 100:9, 107:4, 287:4

**Attorneys** [3] - 2:4, 2:8, 106:5

**attorneys** [1] - 48:17

**attributed** [1] - 137:20

**August** [1] - 302:15

**author** [1] - 242:7

**autopsy** [3] - 15:9, 15:16, 15:18

**available** [1] - 198:18

**avoid** [1] - 66:18

**aware** [10] - 83:3, 90:4, 119:12, 120:5, 120:12, 127:10, 129:3, 155:10, 163:6, 172:12

**B**

**bachelor** [1] - 24:16

**backside** [3] - 76:17, 76:18, 76:19

**bad** [3] - 94:8, 107:13, 283:2

**bar** [1] - 195:25

**barbecue** [2] - 89:10, 89:19

**barbecues** [1] - 89:24

**barbell** [8] - 165:25, 168:3, 191:3, 195:22, 196:10, 196:24, 198:6, 271:5

**barbells** [26] - 15:8, 130:19, 163:14, 164:2, 164:7, 164:19, 164:25, 165:9, 165:16, 165:19, 166:5, 166:12, 166:17, 166:21, 166:24, 167:5, 167:17, 168:12, 170:3, 170:6, 186:21, 190:6, 190:24, 191:6, 192:21, 196:5

**base** [1] - 142:11

**based** [45] - 50:23, 57:6, 57:7, 57:15, 62:21, 79:5, 92:22, 96:2, 105:10, 105:22, 106:6, 106:18, 120:15, 122:10, 126:10, 126:14, 127:11,

127:22, 127:24, 129:14, 140:11, 141:12, 146:9, 148:15, 151:17, 152:21, 154:14, 185:13, 194:8, 195:7, 200:6, 208:14, 209:9, 210:9, 225:6, 226:19, 227:3, 227:25, 251:6, 255:8, 284:22, 285:10, 294:5, 294:19, 296:16

**bases** [1] - 140:25

**basic** [5] - 91:15, 105:17, 284:15, 284:18, 285:15

**basis** [3] - 133:17, 134:2, 149:2

**Bates** [1] - 210:22

**bath** [2] - 258:25, 259:2

**bathroom** [23] - 173:10, 173:14, 174:2, 174:14, 174:21, 175:12, 175:17, 175:21, 177:10, 186:16, 186:25, 190:24, 258:7, 264:24, 266:11, 266:19, 266:21, 267:13, 267:21, 269:24, 270:17, 271:9, 272:11

**bathtub** [5] - 173:25, 174:5, 176:18, 176:19, 259:17

**Baumann** [48] - 4:10, 4:15, 5:24, 11:12, 12:4, 15:23, 21:15, 23:5, 31:19, 32:23, 33:21, 34:14, 43:15, 51:20, 53:18, 63:21, 66:10, 66:23, 68:16, 78:19, 80:25, 85:23, 90:18, 90:21, 91:14, 94:21, 109:16, 116:10, 129:24, 137:10, 138:12, 143:5, 143:12, 163:13, 167:14, 168:25, 170:2, 173:4, 178:10, 187:5, 235:17, 236:18, 241:12, 250:14, 253:9, 280:5, 293:13, 301:4

**BAUMANN** [2] - 1:17,

298:12

**beard** [1] - 56:19

**beaten** [3] - 212:8, 212:21, 213:11

**beating** [3] - 212:5, 212:6, 251:9

**became** [7] - 34:7, 119:12, 129:3, 144:15, 144:23, 155:10, 226:7

**become** [3] - 20:4, 29:3, 34:17

**becomes** [4] - 214:17, 214:18, 216:4, 217:10

**bed** [42] - 37:24, 48:19, 56:2, 58:17, 60:25, 62:11, 62:21, 62:25, 63:23, 64:22, 67:2, 68:17, 69:7, 71:19, 74:25, 75:5, 76:10, 77:3, 77:18, 81:17, 218:16, 221:4, 230:7, 246:9, 246:14, 246:20, 246:24, 247:2, 247:3, 247:9, 249:12, 249:15, 249:17, 249:18, 249:21, 250:5, 250:13, 252:22, 252:25, 276:16, 293:5, 293:8

**bedding** [1] - 253:2

**bedroom** [51] - 37:25, 48:20, 52:5, 61:2, 151:9, 174:4, 190:12, 200:13, 201:7, 203:17, 204:5, 204:7, 204:14, 207:3, 212:15, 212:21, 213:21, 215:17, 217:9, 218:5, 218:10, 223:19, 223:20, 225:21, 226:21, 227:16, 227:18, 227:25, 228:2, 228:15, 229:13, 229:16, 229:20, 230:16, 231:9, 231:23, 234:6, 234:22, 240:13, 242:2, 255:15, 271:20, 276:6, 277:25, 280:7, 280:16, 283:8, 289:20, 289:25, 292:13, 292:20

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

**beds** [1] - 250:6
**began** [4] - 23:24, 25:17, 29:6, 123:21
**begin** [1] - 275:16
**beginning** [3] - 23:24, 196:16, 284:10
**behind** [1] - 160:2
**belief** [1] - 247:16
**Belle** [1] - 189:4
**below** [1] - 80:5
**Berhans** [6] - 117:11, 117:23, 119:17, 120:17, 120:24, 121:5
**best** [5] - 31:13, 108:7, 149:8, 199:8, 209:2
**better** [2] - 67:25, 197:22
**between** [17] - 8:12, 87:12, 94:15, 174:3, 189:18, 190:12, 192:9, 200:13, 201:7, 210:5, 281:6, 286:8, 288:4, 288:19, 294:19, 295:24, 296:7
**beyond** [6] - 59:21, 106:24, 107:3, 111:22, 112:15, 258:21
**big** [1] - 118:8
**biological** [4] - 27:2, 29:22, 29:24, 87:3
**bit** [2] - 5:12, 194:6
**bits** [3] - 177:11, 177:14, 177:22
**blade** [5] - 154:2, 161:14, 182:14, 182:22, 182:25
**bleed** [1] - 223:23
**bleeding** [2] - 230:15, 248:16
**blind** [1] - 203:11
**blood** [325] - 11:8, 32:10, 38:14, 39:19, 54:6, 79:23, 82:11, 83:12, 93:9, 109:20, 110:2, 110:8, 111:3, 111:17, 111:24, 112:2, 112:4, 112:15, 113:3, 113:7, 113:9, 113:21, 114:7, 114:13, 114:22, 115:2, 115:13, 115:16, 115:21, 116:7, 131:6, 142:19, 143:23, 144:18, 145:4, 145:12, 145:18,

146:3, 146:10, 146:18, 147:7, 147:12, 147:17, 148:18, 149:3, 151:19, 151:25, 153:2, 153:17, 153:23, 154:4, 154:13, 154:19, 155:4, 155:17, 155:25, 156:8, 156:17, 156:20, 156:22, 156:24, 157:5, 157:17, 158:5, 158:12, 158:15, 158:19, 159:2, 159:8, 160:11, 160:24, 161:2, 161:17, 162:2, 162:9, 162:19, 163:15, 164:6, 164:16, 165:13, 166:13, 166:16, 166:21, 167:8, 170:12, 171:5, 171:11, 171:13, 172:5, 172:15, 172:17, 173:6, 174:10, 174:14, 174:21, 175:13, 175:18, 177:20, 177:21, 178:9, 178:19, 178:20, 178:24, 179:3, 179:6, 179:12, 179:17, 180:2, 180:9, 180:10, 180:25, 181:7, 181:18, 182:6, 182:8, 182:16, 182:22, 182:25, 183:2, 183:9, 183:14, 183:15, 183:16, 184:3, 184:17, 185:7, 185:16, 185:17, 186:4, 186:5, 186:17, 186:22, 186:24, 191:2, 192:25, 193:6, 193:8, 193:12, 196:23, 199:19, 199:20, 199:22, 200:10, 200:15, 200:17, 201:6, 201:18, 201:23, 202:2, 202:4, 202:5, 202:14, 203:9, 203:21, 204:11, 204:12, 204:13, 206:17, 206:18,

207:2, 207:5, 209:4, 209:5, 211:17, 212:9, 212:23, 213:7, 213:20, 214:24, 215:2, 215:17, 215:25, 216:8, 216:13, 216:14, 216:16, 216:19, 216:22, 216:24, 217:7, 218:3, 218:10, 218:18, 219:13, 220:8, 220:12, 221:2, 221:16, 221:17, 222:13, 222:15, 223:23, 224:17, 225:17, 225:21, 226:5, 226:6, 227:2, 227:11, 227:14, 227:15, 227:17, 228:14, 228:24, 229:12, 229:15, 229:18, 229:21, 230:8, 230:14, 230:15, 231:12, 231:15, 231:17, 231:22, 231:23, 234:6, 234:21, 235:8, 235:21, 246:14, 246:18, 247:4, 247:22, 248:10, 248:18, 248:23, 249:4, 249:7, 251:10, 252:13, 252:23, 252:24, 253:20, 255:9, 255:11, 255:13, 256:12, 256:15, 257:23, 258:9, 258:20, 258:23, 259:9, 259:15, 259:22, 260:13, 260:21, 261:9, 262:11, 262:17, 262:24, 263:2, 263:4, 263:9, 263:11, 263:17, 263:21, 264:3, 264:18, 264:23, 266:5, 266:7, 266:11, 266:20, 266:25, 267:13, 267:20, 267:24, 268:3, 268:6, 268:9, 268:11, 268:12, 268:16, 268:17, 268:19, 268:25, 269:4, 269:11,

269:24, 270:3, 270:9, 270:17, 270:23, 271:7, 271:11, 271:19, 271:20, 272:2, 272:9, 272:10, 272:15, 273:9, 275:10, 275:15, 275:20, 275:24, 275:25, 276:15, 276:23, 277:13, 277:19, 277:25, 278:14, 279:5, 289:20, 289:24, 292:16, 292:20, 292:22, 293:4, 293:8, 296:13, 296:15, 296:18, 302:10
**bloodier** [2] - 155:24, 268:13
**bloodstain** [1] - 252:22
**bloodstains** [5] - 38:8, 203:15, 206:11, 206:16, 255:7
**bloody** [18] - 84:12, 148:12, 148:16, 151:18, 152:22, 153:10, 155:24, 156:8, 156:24, 157:4, 222:2, 222:8, 226:24, 258:5, 262:25, 263:3, 272:10, 275:23
**blown** [1] - 68:25
**bludgeon** [2] - 190:17, 265:11, 265:25
**bludgeoned** [9] - 189:18, 189:24, 240:14, 240:24, 241:8, 256:10, 258:4, 268:21, 271:13
**bludgeoning** [2] - 190:21, 271:6
**blue** [5] - 57:5, 133:20, 133:22, 133:24, 133:25
**board** [1] - 152:18
**Bob** [3] - 27:7, 42:19, 120:24
**bodies** [4] - 37:9, 116:12, 150:21, 268:5
**bodily** [3] - 92:20, 92:22, 109:18
**body** [16] - 37:25, 147:4, 190:5, 222:14, 228:17,

229:20, 239:9, 247:11, 247:17, 249:9, 249:19, 250:24, 253:11, 261:10, 262:11, 270:4
**bolt** [1] - 167:6
**bolts** [1] - 167:6
**book** [1] - 34:7
**boss** [2] - 18:3, 18:20
**bottom** [19] - 43:23, 75:4, 78:25, 138:13, 138:23, 173:23, 177:23, 178:16, 187:11, 188:18, 188:20, 189:2, 206:6, 211:3, 211:4, 244:25, 256:16, 260:11, 263:22
**bought** [1] - 81:23
**bounce** [1] - 233:2
**bounced** [1] - 126:3
**box** [2] - 185:4, 185:9
**brand** [4] - 179:8, 179:19, 185:9, 185:18
**breached** [1] - 251:17
**break** [9] - 5:19, 5:22, 62:14, 92:10, 169:22, 169:25, 172:23, 180:19, 181:16
**brian** [1] - 169:7
**BRIAN** [1] - 2:10
**Brian** [4] - 32:20, 169:2, 186:10, 255:5
**brief** [3] - 34:12, 62:15, 173:2
**bring** [3] - 32:24, 141:3, 160:18
**bringing** [1] - 29:9
**brought** [11] - 20:6, 35:6, 35:25, 49:22, 140:2, 140:14, 140:18, 141:15, 165:9, 229:19, 230:16
**brown** [11] - 64:8, 69:14, 70:3, 75:14, 164:4, 164:8, 166:20, 167:23, 168:2, 168:11, 168:19
**brownish** [1] - 168:3
**BRUSTIN** [1] - 2:3
**bucket** [1] - 216:18
**building** [1] - 44:22
**Building** [1] - 2:9
**bunch** [1] - 224:6
**bureau** [2] - 45:14,

**4**

100:5
**burglary** [1] - 55:18
**business** [2] - 90:6, 90:11
**but..** [1] - 232:22
**BY** [3] - 2:5, 2:10, 4:6

# C

**cannot** [1] - 241:2
**capacity** [1] - 90:15
**cards** [1] - 199:15
**care** [2] - 61:20, 279:19
**career** [8] - 148:8, 148:13, 148:17, 180:3, 194:11, 195:9, 250:23, 261:24
**careful** [2] - 120:18, 121:5
**carefully** [7] - 108:2, 121:14, 144:20, 174:7, 201:11, 270:21, 271:4
**cares** [1] - 191:19
**carpet** [3] - 24:8, 200:21, 200:24
**case** [84] - 4:24, 6:15, 10:19, 10:21, 10:24, 12:7, 13:19, 18:14, 19:8, 21:24, 22:15, 22:19, 33:8, 34:17, 34:18, 45:12, 49:21, 53:22, 59:2, 59:8, 60:14, 76:24, 77:6, 78:2, 78:16, 79:4, 79:19, 79:23, 80:15, 82:12, 83:10, 83:20, 84:18, 88:12, 95:22, 99:12, 100:18, 100:24, 103:10, 105:8, 106:6, 108:19, 115:19, 118:8, 118:15, 118:22, 120:7, 122:19, 125:4, 125:23, 136:19, 137:21, 155:6, 156:6, 157:3, 162:25, 174:25, 191:14, 199:14, 200:10, 206:5, 210:21, 216:15, 219:25, 225:12, 228:8, 230:25, 235:5, 239:7, 244:5, 244:10, 261:2, 261:5, 261:7, 261:19, 261:23,

262:14, 262:22, 262:23, 285:11, 285:18, 287:17, 287:25, 294:16
**Case** [1] - 301:3
**cases** [18] - 5:3, 15:9, 38:16, 38:19, 38:24, 39:15, 48:19, 52:4, 76:9, 77:12, 77:17, 105:20, 199:23, 262:4, 262:6, 262:7, 275:23
**cast** [1] - 215:25
**castoff** [15] - 211:16, 211:24, 212:24, 213:5, 213:12, 213:22, 214:6, 214:25, 215:13, 215:18, 215:22, 216:6, 216:7, 216:9
**catalytic** [2] - 178:2, 178:6
**categories** [1] - 180:20
**caught** [5] - 259:9, 260:16, 260:18, 260:22, 263:11
**caused** [3] - 24:24, 121:20, 159:12
**causes** [1] - 9:8
**cells** [1] - 181:18
**cellular** [2] - 141:5, 141:9
**certain** [11] - 20:13, 31:13, 51:2, 74:11, 101:13, 123:2, 123:20, 127:17, 142:4, 164:17, 284:3
**Certainly** [1] - 293:20
**certainly** [21] - 5:2, 54:21, 83:3, 84:11, 86:2, 91:6, 100:10, 104:7, 107:5, 122:4, 140:16, 162:17, 164:16, 211:23, 214:7, 221:16, 222:25, 233:18, 242:21, 245:22, 262:14
**certainty** [1] - 151:2
**certification** [1] - 3:6
**CERTIFICATION** [1] - 302:2
**certify** [2] - 302:4, 302:9
**chain** [1] - 107:11
**chance** [5] - 78:8, 141:7, 141:19, 150:16, 288:13
**change** [2] - 28:11,

91:23
**changed** [2] - 13:2, 92:4
**changing** [1] - 220:14
**characterization** [1] - 265:16
**characterize** [2] - 112:20, 211:6
**charge** [9] - 94:15, 97:6, 98:16, 98:20, 99:9, 148:5, 162:20, 233:24, 287:25
**CHARLES** [1] - 1:7
**Charles** [1] - 91:2
**checked** [1] - 266:19
**chemical** [5] - 111:21, 112:4, 112:9, 144:7, 170:5
**chemicals** [1] - 159:7
**chemistry** [1] - 26:21
**chief** [2] - 18:23, 47:17
**choose** [1] - 219:21
**chose** [2] - 219:19, 219:23
**Chuck** [4] - 10:25, 16:24, 117:12, 120:21
**circle** [7] - 68:15, 68:20, 71:22, 72:2, 72:18, 74:15, 80:20
**circled** [4] - 72:12, 72:16, 72:24, 73:6
**circles** [2] - 67:14, 72:17, 72:19
**circumstances** [3] - 84:11, 152:6, 262:16
**City** [2] - 1:13, 25:21
**civil** [2] - 4:20, 4:24
**Civil** [1] - 1:19
**civilian** [1] - 33:22
**claims** [1] - 266:5
**clarification** [1] - 132:22
**clarify** [2] - 73:19, 243:17
**clean** [13] - 179:8, 179:19, 184:3, 184:23, 185:9, 185:18, 190:24, 192:23, 196:10, 196:22, 260:9, 266:3, 266:6
**cleaned** [3] - 258:6, 259:6, 274:24
**cleaning** [1] - 24:8
**clear** [16] - 20:12, 69:19, 70:11, 72:8, 72:17, 72:25, 73:22, 79:9, 106:2, 118:7, 142:3, 195:18,

230:18, 240:11, 257:6, 267:3
**clearly** [1] - 118:15
**client** [2] - 169:9, 169:12
**climbing** [2] - 24:9, 24:10
**climbs** [1] - 246:20
**cling** [1] - 180:11
**clinging** [2] - 183:9, 259:22
**clock** [1] - 187:17
**clockwise** [1] - 280:10
**close** [2] - 64:10, 175:9
**closely** [2] - 44:18, 88:12
**closer** [1] - 75:24
**closeup** [1] - 67:19
**cloth** [1] - 184:22
**clothes** [1] - 60:25
**clothing** [4] - 40:20, 239:16, 263:5, 268:15
**clung** [2] - 256:15, 258:9
**coating** [1] - 177:25
**coincide** [1] - 274:17
**collar** [2] - 165:24, 166:8
**colleagues** [3] - 232:16, 233:2, 233:6
**collect** [4] - 125:19, 126:12, 126:13, 126:23
**collected** [28] - 35:6, 37:16, 100:4, 124:3, 124:8, 125:11, 125:15, 128:3, 131:18, 139:15, 142:14, 151:3, 151:7, 151:13, 155:12, 163:18, 163:20, 165:8, 170:15, 171:9, 171:23, 172:3, 172:9, 172:10, 172:18, 175:20, 202:10, 263:18
**collecting** [6] - 123:21, 127:22, 129:12, 129:13, 151:10, 152:19
**collection** [2] - 37:13, 151:8
**College** [2] - 23:25, 24:21
**college** [2] - 23:14, 25:13
**colon** [1] - 80:3

**color** [1] - 164:5
**colored** [4] - 43:21, 164:18, 166:19, 200:23
**comfortable** [3] - 64:17, 116:8, 189:20
**coming** [13] - 18:4, 18:9, 18:20, 18:22, 19:2, 19:4, 95:6, 102:11, 207:20, 216:18, 220:21, 222:13, 278:12
**command** [1] - 107:11
**comment** [1] - 257:20
**commission** [2] - 41:14, 223:11
**Commission** [4] - 241:15, 245:7, 246:2, 246:7
**commit** [2] - 12:25, 152:12
**committed** [4] - 92:25, 292:4, 294:9, 294:22
**committing** [1] - 130:11
**common** [1] - 210:4
**communicated** [1] - 127:25
**Community** [2] - 23:25, 24:20
**company** [1] - 49:5
**compare** [6] - 36:16, 40:22, 52:19, 53:25, 152:5, 184:21
**compared** [1] - 150:24
**comparison** [2] - 179:24, 184:19
**complete** [2] - 162:8, 267:12
**completely** [6] - 145:17, 165:16, 166:5, 166:13, 170:3, 182:25
**complicated** [1] - 274:5
**complying** [2] - 68:22, 74:18
**Complying** [7] - 71:25, 74:22, 78:7, 78:21, 78:23, 80:22, 143:19
**complying)** [1] - 138:7
**comprehensively** [4] - 171:4, 171:10, 172:14, 186:16
**concern** [4] - 65:21, 66:5, 121:20, 163:8
**concerned** [1] - 53:5
**concerning** [2] - 15:17, 244:9

5

**concerns** [1] - 297:16
**conclude** [2] - 115:15, 206:11
**concluding** [1] - 138:14
**conclusion** [4] - 60:3, 216:8, 226:19, 227:12
**conclusions** [3] - 8:24, 204:19, 206:7
**condition** [2] - 196:12, 220:12
**conduct** [5] - 30:21, 31:9, 31:19, 46:7, 46:23
**conducted** [5] - 13:19, 33:7, 131:5, 142:18, 143:23
**conducting** [3] - 127:16, 131:11, 210:20
**confer** [1] - 169:8
**conferences** [1] - 103:9
**confessed** [10] - 128:20, 131:12, 139:9, 144:21, 148:19, 151:15, 187:20, 264:4, 270:22, 271:6
**Confession** [1] - 299:24
**confession** [84] - 130:2, 132:4, 132:10, 132:17, 134:17, 136:18, 137:20, 138:17, 139:8, 145:2, 146:22, 146:25, 152:25, 153:15, 157:15, 187:7, 187:12, 187:20, 188:3, 188:4, 188:7, 189:16, 189:22, 191:18, 194:15, 195:11, 196:10, 196:22, 231:3, 231:25, 259:4, 263:15, 263:16, 264:8, 265:2, 266:3, 266:13, 267:6, 267:15, 267:22, 270:2, 271:17, 272:17, 272:18, 273:3, 273:7, 273:19, 274:2, 274:7, 274:10, 274:14, 275:8, 276:4, 276:11, 277:3, 278:3, 279:6,

279:18, 280:21, 280:23, 281:4, 281:7, 283:18, 284:2, 284:3, 285:6, 285:23, 286:9, 288:5, 288:19, 290:4, 294:6, 294:11, 294:20, 294:23, 295:6, 295:10, 295:15, 295:25, 296:8, 296:22, 297:8, 297:13, 297:14
**confident** [4] - 108:10, 171:7, 171:12, 208:9
**confirm** [1] - 202:13
**confirmatory** [6] - 112:12, 113:11, 113:16, 202:8, 202:13, 203:9
**confusion** [1] - 65:17
**connection** [6] - 11:20, 12:13, 13:25, 19:21, 20:23, 34:17
**consider** [10] - 32:22, 40:18, 55:19, 105:3, 285:12, 285:16, 289:4, 291:6, 291:20, 292:3
**considerably** [4] - 252:6, 254:3, 254:17, 255:17
**considered** [9] - 39:12, 39:17, 40:16, 41:3, 56:3, 56:14, 56:17, 288:11, 291:13
**considering** [3] - 55:21, 56:3, 289:7
**consistent** [9] - 83:5, 177:17, 203:21, 207:15, 211:24, 221:17, 227:6, 247:4, 247:23
**consumed** [1] - 202:11
**contact** [13] - 64:10, 70:4, 71:2, 79:14, 154:2, 161:8, 181:19, 211:18, 220:13, 220:14, 222:23, 222:24, 248:2
**contact(ridge** [1] - 69:14
**contact-type** [1] - 222:24
**contacts** [1] - 225:10
**contained** [1] - 150:18
**contains** [1] - 134:17

**contaminate** [1] - 41:15
**contaminated** [2] - 122:6, 231:15
**contamination** [1] - 122:13
**contemporaneously** [1] - 77:14
**context** [9] - 54:10, 54:13, 54:17, 55:22, 56:3, 57:12, 82:23, 90:14, 159:11
**continue** [1] - 257:3
**continued** [2] - 297:19, 300:2
**continuing** [1] - 69:10
**contradict** [10] - 105:7, 264:25, 273:6, 273:25, 274:7, 274:20, 276:10, 279:17, 283:25, 284:3
**contradicted** [2] - 108:19, 297:7
**contradictions** [6] - 280:19, 281:6, 286:8, 288:4, 288:18, 294:19
**contradicts** [2] - 283:17, 285:17
**contrast** [3] - 204:10, 218:18, 225:19
**contributed** [1] - 207:22, 208:11
**controlled** [1] - 220:11
**controls** [1] - 113:5
**convenience** [1] - 160:20
**conversation** [13] - 6:10, 17:2, 17:4, 18:13, 19:6, 34:25, 35:9, 36:9, 52:11, 61:21, 89:17, 233:5, 233:14
**conversations** [8] - 37:3, 52:2, 52:9, 53:17, 59:6, 59:16, 60:23, 297:4
**convey** [1] - 47:25
**conviction** [6] - 21:15, 35:12, 35:16, 36:10, 81:7, 293:14
**copper** [1] - 260:17
**copy** [8] - 32:16, 32:19, 43:20, 70:18, 76:7, 133:11, 134:16, 236:11
**corner** [1] - 210:23
**corners** [1] - 175:15
**correct** [315] - 6:20,

14:15, 16:12, 20:14, 20:20, 21:17, 33:22, 34:18, 35:12, 36:20, 36:24, 36:25, 37:10, 38:2, 38:17, 39:5, 39:10, 39:15, 39:19, 40:7, 41:5, 42:4, 42:7, 44:6, 44:20, 44:25, 46:14, 47:3, 47:8, 48:20, 53:19, 54:23, 55:13, 56:7, 57:23, 58:6, 58:14, 58:19, 59:2, 62:22, 63:24, 64:14, 67:8, 67:14, 67:15, 68:2, 69:7, 71:15, 71:20, 72:13, 74:13, 74:14, 75:11, 75:17, 76:24, 76:25, 77:18, 79:5, 81:8, 81:18, 83:14, 83:21, 85:8, 86:5, 86:12, 89:5, 92:13, 92:16, 92:19, 92:20, 93:7, 93:11, 93:17, 94:3, 94:24, 95:7, 96:9, 96:14, 97:3, 97:4, 97:7, 97:8, 97:10, 97:11, 97:13, 97:14, 97:22, 98:2, 98:9, 98:21, 99:3, 99:8, 99:12, 99:20, 99:23, 100:2, 100:15, 102:13, 104:9, 104:16, 105:23, 106:6, 107:7, 107:11, 107:16, 107:23, 108:20, 108:25, 109:22, 110:3, 111:11, 112:17, 114:7, 115:16, 118:17, 119:9, 120:20, 121:15, 122:8, 122:14, 122:24, 123:5, 123:22, 125:11, 128:17, 131:7, 131:13, 139:11, 139:17, 139:22, 140:18, 141:9, 141:13, 141:21, 142:20, 144:4, 145:4, 145:9, 145:14, 145:20, 146:12, 146:16, 146:22, 147:4, 147:7, 147:12, 148:9, 148:13, 149:12, 149:18, 154:20, 160:11, 163:22, 163:23,

164:9, 165:2, 165:10, 166:14, 166:17, 170:17, 171:20, 171:24, 172:15, 172:16, 173:7, 173:10, 173:14, 175:19, 175:22, 180:3, 180:6, 181:7, 181:23, 183:10, 183:20, 186:8, 186:18, 186:22, 186:23, 187:21, 190:9, 192:17, 194:16, 194:20, 198:15, 198:16, 198:20, 198:21, 198:23, 199:2, 199:9, 200:15, 200:18, 201:8, 202:16, 203:17, 203:23, 203:25, 204:5, 204:14, 204:16, 205:12, 206:14, 206:15, 206:18, 207:4, 207:5, 208:11, 209:6, 211:25, 212:15, 213:22, 218:11, 218:19, 219:13, 221:18, 223:4, 223:12, 224:3, 224:13, 224:14, 225:13, 225:17, 226:8, 226:11, 227:19, 227:20, 229:2, 230:12, 230:20, 231:4, 232:2, 233:20, 233:25, 234:13, 234:25, 235:8, 235:11, 238:7, 240:14, 242:4, 242:5, 245:7, 245:15, 245:16, 245:19, 247:13, 248:11, 248:24, 249:12, 250:7, 250:11, 250:16, 260:2, 268:23, 269:8, 271:3, 271:7, 271:8, 271:15, 271:16, 271:22, 273:11, 273:18, 274:25, 276:12, 278:14, 278:21, 279:7, 280:24, 281:21, 281:22, 281:24, 281:25, 282:5, 282:7, 282:8, 282:11, 282:13,

282:14, 282:18, 282:19, 283:8, 283:13, 284:4, 284:7, 284:11, 284:15, 284:16, 285:7, 285:18, 285:24, 286:23, 287:2, 287:11, 287:18, 288:5, 288:8, 288:10, 288:20, 289:8, 289:21, 290:4, 290:14, 291:7, 291:14, 291:22, 292:6, 292:16, 292:17, 292:23, 293:15, 295:16, 296:9

**CORRECTIONS** [1] - 301:6

**corresponding** [1] - 87:5

**corroborate** [2] - 17:20, 272:24

**corroded** [4] - 177:24, 178:17, 179:6, 179:18

**counsel** [3] - 3:4, 5:10, 21:10

**counter** [4] - 139:5, 139:11, 142:15, 191:6

**Country** [1] - 1:12

**County** [9] - 28:8, 29:12, 30:22, 33:9, 86:10, 86:15, 86:23, 88:5, 301:3

**COUNTY** [3] - 1:7, 1:8, 2:8

**couple** [22] - 6:23, 7:8, 7:10, 7:13, 7:17, 8:13, 11:4, 16:4, 32:11, 35:13, 48:7, 48:9, 49:11, 56:4, 61:14, 70:15, 85:20, 111:3, 165:20, 175:6, 263:5, 266:7

**course** [11] - 82:15, 95:21, 96:24, 148:8, 148:13, 159:22, 180:3, 194:10, 195:8, 230:4, 250:23

**COURT** [1] - 1:2

**court** [4] - 5:3, 8:8, 194:24, 279:25

**Court** [1] - 3:16

**cover** [2] - 142:11, 260:12

**covered** [8] - 178:17, 184:4, 200:20,

256:6, 263:2, 263:4, 263:8, 269:4

**covering** [1] - 140:25

**cracks** [1] - 146:12

**create** [1] - 91:10

**crescent** [7] - 69:16, 69:22, 70:5, 70:8, 70:9, 71:17, 72:5

**crevices** [3] - 146:11, 156:21, 174:5

**crew** [2] - 188:23, 189:3

**crime** [145] - 10:24, 12:6, 12:10, 13:8, 14:2, 15:11, 15:12, 19:22, 20:25, 25:25, 28:17, 28:19, 29:3, 37:7, 37:8, 37:13, 37:17, 39:10, 41:14, 54:15, 54:23, 55:6, 57:7, 57:8, 57:9, 57:15, 57:16, 58:6, 84:7, 85:20, 85:23, 86:3, 86:6, 86:9, 86:13, 86:18, 87:8, 87:9, 87:11, 88:15, 88:19, 91:5, 91:11, 91:15, 92:11, 92:23, 92:24, 93:5, 94:17, 95:21, 96:2, 100:14, 102:13, 103:4, 103:19, 104:4, 104:22, 105:15, 116:13, 116:16, 116:19, 117:3, 117:9, 119:18, 119:24, 120:6, 120:7, 120:9, 120:13, 120:19, 121:6, 121:7, 121:12, 122:13, 123:4, 123:17, 124:18, 124:22, 125:21, 126:16, 127:21, 128:2, 128:9, 128:16, 129:6, 129:16, 147:4, 148:12, 148:16, 149:5, 150:3, 150:7, 150:14, 150:25, 151:12, 151:18, 152:12, 152:23, 155:23, 157:4, 157:21, 162:13, 163:3, 164:24, 165:10, 181:6, 182:8, 185:15, 216:17, 224:17, 225:2, 229:23,

230:5, 243:19, 244:9, 250:15, 250:19, 250:21, 251:3, 251:7, 253:24, 255:7, 255:9, 255:10, 258:5, 261:3, 265:22, 267:10, 268:6, 272:10, 281:8, 282:4, 282:17, 284:12, 284:19, 284:22, 285:5, 285:15, 286:7, 289:8, 291:13, 292:5, 297:6

**Crime** [3] - 4:12, 243:14, 244:4

**crimes** [14] - 39:5, 55:12, 85:13, 98:2, 128:4, 130:11, 199:8, 223:4, 223:12, 240:13, 246:13, 276:4, 294:10, 294:22

**criminal** [6] - 5:3, 6:6, 6:19, 7:12, 22:25, 143:9

**Criminalistics** [3] - 299:16, 299:17, 300:10

**critical** [1] - 107:21

**criticism** [6] - 120:8, 243:4, 243:13, 244:3, 244:7

**criticized** [2] - 243:24, 245:13

**cross** [1] - 143:13

**crust** [1] - 111:19

**crystal** [2] - 113:18, 113:19

**CSI** [1] - 263:7

**curiosity** [1] - 28:12

**Curriculum** [1] - 299:10

**cut** [24] - 139:3, 153:25, 161:12, 182:14, 190:20, 191:4, 226:22, 236:8, 236:21, 237:4, 238:24, 239:10, 239:24, 246:2, 250:16, 250:20, 250:23, 251:2, 251:8, 251:14, 252:7, 254:4, 254:18, 255:17

**cuts** [9] - 229:5, 236:7, 236:19, 237:7, 238:20, 238:21,

239:7, 239:16, 239:22

**cutting** [7] - 68:2, 68:5, 68:9, 68:10, 71:19, 139:9, 152:18

**CV** [1] - 32:16

# D

**damage** [1] - 229:6

**Dan** [3] - 117:11, 117:23, 120:24

**DANIEL** [1] - 2:6

**date** [1] - 50:3

**Date** [1] - 301:4

**days** [7] - 7:9, 7:13, 8:13, 9:17, 61:14, 159:22, 165:21

**dead** [3] - 41:12, 119:13, 119:14

**deal** [1] - 145:21

**dealing** [1] - 114:9

**death** [4] - 256:10, 258:4, 268:21, 271:14

**debris** [2] - 259:16, 260:16

**December** [3] - 28:10, 86:22, 88:6

**decide** [3] - 97:9, 126:22, 286:18

**decided** [2] - 126:25, 128:8

**decision** [3] - 286:22, 286:23, 287:2

**decisions** [5] - 98:25, 105:21, 106:5, 106:17, 107:2

**deck** [1] - 34:5

**deduction** [1] - 41:22

**Defendant** [2] - 2:8, 149:11

**Defendants** [1] - 1:10

**defense** [1] - 143:14

**definitely** [1] - 115:20

**degree** [3] - 24:15, 24:16, 151:2

**Dennison** [1] - 2:9

**department** [3] - 25:4, 28:16, 29:4

**DEPARTMENT** [1] - 2:8

**Department** [1] - 25:15

**deposited** [3] - 222:6, 230:16, 272:3

**Deposition** [1] - 301:4

**deposition** [37] - 3:6, 3:13, 4:24, 5:8, 6:2,

8:14, 9:18, 10:17, 11:14, 12:14, 13:5, 15:25, 16:11, 16:16, 16:21, 17:5, 17:9, 17:23, 18:2, 18:5, 18:14, 19:2, 19:5, 21:11, 22:18, 32:25, 81:3, 90:19, 90:25, 94:13, 135:18, 136:8, 136:21, 157:11, 169:8, 169:18, 284:10

**DEPOSITION** [1] - 1:17

**Depot** [1] - 185:4

**describe** [1] - 143:22

**described** [17] - 75:12, 94:22, 95:4, 130:10, 153:15, 194:15, 195:11, 196:9, 196:21, 231:2, 231:25, 259:20, 267:6, 273:24, 277:2, 294:10, 296:22

**describes** [5] - 138:14, 146:20, 152:25, 189:25, 294:23

**description** [8] - 67:25, 87:4, 157:15, 264:25, 266:12, 267:14, 267:21, 270:2

**Description** [2] - 299:14, 300:4

**detail** [1] - 60:7

**details** [2] - 130:2, 130:6

**detect** [15] - 111:18, 111:22, 112:9, 112:15, 154:10, 154:19, 156:8, 157:5, 178:24, 192:24, 201:22, 257:23, 258:21, 259:15, 270:18

**detectable** [1] - 268:3

**detected** [7] - 114:22, 153:2, 157:17, 177:21, 178:20, 193:8, 207:15

**detection** [1] - 154:9

**Detective** [3] - 10:25, 15:14, 124:11, 137:13, 205:11, 205:18, 234:3, 281:24

**detective** [18] - 123:10, 126:15,

205:14, 205:23, 282:2, 283:3, 283:5, 283:10, 283:15, 284:7, 287:3, 287:15, 288:14, 288:16, 291:18, 292:2, 292:18, 293:6

**detective's** [4] - 285:7, 286:22, 286:25, 287:9

**detectives** [22] - 83:20, 94:17, 94:23, 96:8, 97:6, 97:19, 98:20, 99:9, 101:3, 104:8, 106:4, 125:10, 127:25, 129:15, 130:11, 162:20, 162:25, 163:19, 233:24, 234:4, 282:20, 287:25

**determination** [4] - 149:4, 152:4, 155:19, 160:5

**determine** [6] - 114:16, 140:15, 147:22, 151:12, 209:2, 222:5

**determined** [4] - 126:24, 207:7, 209:3, 211:10

**developed** [1] - 57:6

**diagram** [1] - 163:12

**die** [1] - 238:22

**difference** [1] - 180:13

**different** [44] - 41:4, 70:15, 92:2, 92:11, 92:12, 95:5, 101:4, 102:7, 102:8, 103:7, 103:12, 104:2, 109:25, 111:4, 152:7, 153:13, 154:16, 161:9, 161:15, 180:6, 181:5, 181:9, 181:12, 184:21, 199:5, 199:19, 217:20, 220:4, 223:6, 223:9, 225:12, 231:10, 245:11, 249:13, 257:15, 257:25, 262:3, 264:20, 272:16, 282:16, 289:12, 291:11

**differently** [1] - 99:24

**dilute** [1] - 268:2

**diluted** [6] - 112:2, 113:4, 156:19, 181:18, 258:20,

258:22

**diluting** [1] - 265:7

**dime** [1] - 257:11

**direct** [7] - 51:15, 51:18, 136:24, 137:18, 138:8, 143:13, 176:11

**directed** [3] - 113:24, 243:14, 244:4

**directing** [3] - 96:13, 98:8, 98:12

**direction** [8] - 31:7, 92:9, 94:3, 106:17, 124:7, 220:17, 220:21

**directly** [1] - 28:4

**dirty** [1] - 184:24

**disagree** [1] - 252:15

**disassemble** [11] - 170:20, 193:2, 193:15, 193:21, 194:4, 194:15, 195:12, 195:22, 196:3, 196:10, 196:22

**disassembled** [19] - 144:3, 144:17, 157:19, 159:6, 162:10, 165:16, 170:3, 193:11, 193:15, 193:17, 193:20, 194:6, 194:20, 195:16, 195:19, 198:6, 198:13, 270:20, 271:4

**disassembling** [4] - 145:17, 153:18, 194:9, 195:8

**discern** [2] - 199:21, 237:9

**discuss** [4] - 17:7, 36:5, 104:3, 232:15

**discussed** [7] - 19:19, 20:2, 20:19, 34:21, 35:21, 58:18, 85:7

**discussion** [6] - 34:13, 35:17, 35:20, 62:8, 103:6, 103:7

**discussions** [3] - 35:14, 36:12, 36:13

**dishes** [1] - 39:23

**dismissed** [1] - 294:3

**dispatched** [2] - 189:3, 189:8

**disposed** [1] - 273:9

**dispute** [2] - 176:23, 189:7

**distance** [1] - 190:12

**District** [6] - 45:23,

100:8, 106:19, 107:3, 287:4, 287:8

**DISTRICT** [2] - 1:2, 1:2

**DNA** [3] - 31:20, 31:25, 207:12

**doctor** [2] - 141:4, 141:8

**Document** [3] - 299:16, 299:17, 300:10

**document** [22] - 9:24, 31:8, 38:21, 43:18, 107:6, 107:22, 133:8, 133:10, 133:16, 133:20, 133:24, 134:3, 135:2, 135:5, 135:6, 135:9, 135:12, 135:14, 137:23, 138:10, 138:19, 210:17

**documentation** [2] - 14:16, 107:10

**documented** [12] - 42:6, 42:12, 42:17, 69:6, 77:15, 79:6, 79:18, 80:14, 84:19, 107:16, 122:8, 209:13

**documenting** [2] - 80:9, 91:9

**documents** [6] - 9:17, 14:5, 32:24, 81:2, 133:2, 133:7

**DOE** [1] - 1:8

**DOLLY** [2] - 302:3, 302:19

**Dolly** [3] - 1:21, 191:23

**done** [44] - 10:23, 10:25, 45:15, 45:17, 48:23, 53:5, 88:19, 90:9, 102:4, 103:4, 135:17, 136:16, 151:9, 152:14, 179:23, 184:19, 194:10, 194:12, 197:24, 198:3, 202:15, 203:4, 234:25, 235:6, 237:24, 238:7, 238:12, 238:16, 239:18, 280:17, 282:24, 283:8, 286:13, 287:10, 288:10, 288:14, 288:24, 289:12, 289:21, 290:21, 290:22, 291:22, 292:5, 293:8

**door** [3] - 201:19, 201:24, 202:15

**doorknob** [3] - 201:18, 202:14, 203:5

**double** [3] - 118:12, 119:3, 119:4

**doubt** [5] - 170:25, 175:5, 175:8, 175:10, 288:25

**down** [20] - 8:20, 9:22, 76:13, 84:3, 92:11, 117:5, 122:14, 180:20, 181:17, 190:7, 190:15, 199:24, 218:24, 220:9, 230:16, 231:8, 231:13, 231:14, 231:19, 244:25

**DOYLE** [1] - 1:7

**dozens** [1] - 5:6

**Dr** [3] - 15:10, 15:20, 28:18

**drain** [36] - 176:15, 176:24, 177:2, 177:6, 177:9, 178:7, 178:16, 178:19, 178:21, 179:6, 179:8, 179:18, 179:20, 184:4, 184:23, 184:24, 185:8, 185:10, 185:17, 185:19, 185:24, 256:3, 256:14, 256:16, 256:17, 258:11, 258:25, 259:3, 259:10, 260:8, 260:11, 263:12, 263:22

**drains** [6] - 173:5, 173:9, 173:13, 180:4, 185:3, 258:9

**draw** [1] - 227:12

**drip** [5] - 247:11, 247:16, 247:20, 249:18, 250:4

**dripped** [2] - 247:25, 249:8, 249:11, 249:14, 249:16

**dripping** [4] - 220:9, 221:2, 221:17, 221:24

**drips** [1] - 230:8

**Drive** [1] - 189:3

**drop** [8] - 217:14, 220:12, 220:20, 221:15, 222:13, 222:14, 224:16,

227:16

**droplet** [1] - 227:6

**droplets** [1] - 225:9

**dropped** [2] - 221:12, 222:3

**drops** [2] - 64:10, 266:7

**dry** [3] - 175:22, 175:25, 191:4

**due** [1] - 220:20

**duly** [2] - 4:3, 302:6

**dumped** [2] - 250:25, 251:15

**duplicate** [2] - 241:25, 242:3

**during** [8] - 27:10, 41:14, 194:10, 223:11, 230:4, 249:10, 287:6, 297:5

**E**

**early** [3] - 91:23, 119:9, 150:12

**easier** [4] - 8:7, 182:24, 183:16, 184:3

**east** [1] - 206:21

**EASTERN** [1] - 1:2

**easy** [1] - 193:14

**Eddie** [1] - 27:6

**edge** [1] - 161:9

**education** [1] - 23:6

**effect** [1] - 3:15

**effectively** [1] - 196:25

**effort** [1] - 145:21

**eighths** [1] - 69:17

**eighties** [4] - 22:14, 46:5, 52:13, 85:21

**eights** [1] - 69:23

**either** [8] - 7:5, 19:20, 33:5, 40:10, 56:6, 90:14, 113:18, 193:8, 207:21, 208:9, 215:12, 215:18, 216:9, 216:24, 221:3, 228:16, 229:17, 230:2, 230:8, 233:16, 242:18, 276:16, 277:22, 278:11, 302:10

**electrophoresis** [1] - 210:20

**Elizabeth** [1] - 255:5

**ELIZABETH** [1] - 2:6

**elliptical** [1] - 220:15

**elongated** [1] - 216:4

**embedded** [2] -

177:12, 185:25

**emergency** [1] - 84:9
**EMMA** [1] - 2:5
**Emma** [3] - 4:18, 269:16, 280:10
**employee** [1] - 33:22
**EMPLOYEES** [1] - 1:8
**EMTs** [3] - 189:4, 189:8, 189:15
**encompass** [1] - 210:2
**encountering** [1] - 114:15
**end** [13] - 26:21, 96:11, 115:4, 115:17, 138:5, 157:10, 167:24, 168:2, 168:16, 169:14, 190:16, 196:16, 230:5
**ended** [4] - 152:19, 214:24, 226:8, 228:14
**ends** [3] - 183:15, 190:14, 246:15
**enforcement** [1] - 33:25
**engage** [1] - 93:12
**Engineering** [1] - 25:15
**enhanced** [1] - 73:17
**enhancement** [3] - 48:18, 49:9, 52:6
**enhancements** [15] - 50:3, 50:10, 52:2, 52:4, 52:10, 53:3, 53:4, 60:13, 60:18, 60:25, 61:5, 61:15, 61:23, 62:11, 64:22
**entered** [2] - 123:21, 168:12
**entering** [1] - 126:16
**entire** [1] - 215:21
**entity** [1] - 44:23
**entry** [1] - 29:15
**environmental** [2] - 181:24, 182:3
**equally** [1] - 213:5
**equipment** [1] - 110:14
**ERRATA** [1] - 301:2
**ESQ** [2] - 2:5, 2:10
**essentially** [1] - 59:24
**establish** [1] - 91:22
**estimate** [1] - 88:3
**et** [1] - 301:3
**evaluated** [1] - 55:3
**events** [3] - 196:16, 197:17, 277:21
**everywhere** [2] -

175:17, 268:7
**evidence** [85] - 14:7, 15:6, 15:20, 25:6, 26:25, 27:2, 31:8, 31:9, 31:13, 37:13, 37:16, 37:23, 39:4, 40:4, 54:18, 54:22, 55:2, 55:8, 55:12, 55:20, 55:22, 58:3, 83:19, 87:2, 87:4, 87:5, 91:8, 91:24, 92:3, 92:14, 95:12, 95:13, 95:23, 96:3, 96:7, 96:19, 97:2, 98:6, 98:19, 99:16, 99:24, 100:3, 100:14, 104:16, 109:20, 123:22, 124:7, 124:14, 125:11, 125:15, 125:19, 126:12, 126:13, 126:22, 127:2, 127:22, 129:12, 129:13, 151:8, 151:10, 166:25, 170:13, 199:14, 210:20, 231:23, 266:24, 267:10, 268:15, 270:15, 271:19, 272:15, 272:24, 273:9, 274:16, 282:16, 284:15, 284:23, 285:11, 285:13, 285:17, 286:3, 289:18, 297:6
**Evidence** [6] - 33:13, 33:15, 42:14, 44:19, 47:4, 47:19
**evolves** [1] - 99:12
**exact** [3] - 36:7, 242:3, 256:22
**exactly** [1] - 279:23
**exam** [4] - 43:23, 49:14, 61:13, 141:13
**examination** [13] - 15:22, 46:12, 110:7, 110:8, 110:11, 110:12, 110:23, 140:11, 141:16, 143:2, 177:8, 201:10, 235:19
**EXAMINATION** [1] - 4:6
**Examination** [1] - 299:6
**examinations** [1] - 43:5
**examine** [9] - 31:7, 87:2, 96:19, 100:6,

141:8, 145:20, 149:7, 175:12, 179:13
**examined** [42] - 4:4, 20:5, 20:7, 20:9, 20:14, 33:20, 34:16, 36:2, 37:15, 37:24, 44:5, 69:6, 100:5, 144:19, 145:3, 145:24, 146:4, 147:11, 147:18, 148:7, 148:11, 151:24, 156:23, 159:7, 164:23, 170:4, 170:13, 171:16, 171:17, 173:13, 174:13, 174:20, 179:25, 186:15, 200:13, 228:25, 235:10, 236:8, 236:10, 270:21, 271:5, 271:9
**examiner** [8] - 28:18, 95:12, 147:25, 239:14, 239:21, 252:12, 254:7, 254:11
**examiner's** [2] - 27:8, 29:2
**Examiner's** [2] - 28:2, 29:12
**examining** [9] - 44:14, 77:3, 77:4, 77:5, 77:8, 87:6, 148:16, 152:20, 199:13
**example** [7] - 134:13, 134:15, 135:16, 185:20, 289:19, 290:8, 292:10
**except** [3] - 3:9, 252:23, 255:6
**excluded** [1] - 203:22
**exclusion** [1] - 207:17
**exclusively** [1] - 207:8
**excuse** [1] - 42:11
**exhibit** [4] - 68:15, 68:24, 169:6, 300:10
**Exhibit** [43] - 12:5, 43:12, 43:13, 43:16, 62:18, 63:6, 63:22, 64:4, 69:11, 76:7, 78:25, 137:11, 143:10, 167:12, 173:20, 188:19, 204:22, 204:25, 210:13, 210:16, 229:10, 236:16, 241:10, 253:7, 299:16, 299:17, 299:18, 299:19,

299:20, 299:21, 299:22, 299:23, 299:24, 299:25, 300:6, 300:7, 300:8, 300:9, 300:11, 300:12, 300:13, 300:14, 300:15
**EXHIBITS** [1] - 299:12
**Exhibits** [8] - 12:2, 63:10, 64:19, 74:21, 78:5, 137:8, 188:16, 300:2
**exist** [2] - 83:4
**expect** [5] - 258:7, 258:15, 258:23, 259:8, 259:22
**expectation** [2] - 44:9, 46:18
**expected** [2] - 46:11, 258:14
**experience** [19] - 23:6, 111:15, 113:2, 116:5, 119:22, 124:12, 126:10, 148:15, 151:17, 152:22, 154:15, 180:8, 181:15, 185:14, 194:8, 195:7, 233:3, 251:7, 255:8
**experienced** [1] - 205:22
**experiment** [1] - 238:17
**expert** [3] - 49:22, 254:14, 255:4
**expertise** [11] - 92:13, 92:18, 93:6, 93:15, 95:24, 96:21, 146:10, 237:20, 240:9, 254:22, 254:24
**experts** [1] - 64:20
**explain** [1] - 199:17
**explained** [1] - 232:11
**explanation** [23] - 41:17, 182:15, 212:22, 213:6, 213:18, 215:15, 220:23, 220:25, 223:22, 226:3, 226:25, 228:5, 229:22, 230:3, 231:19, 231:22, 232:21, 247:7, 272:5, 272:7, 276:19, 276:22, 278:21
**explanations** [1] - 39:13

**exposed** [1] - 249:10
**exposure** [3] - 181:25, 182:3, 182:4
**express** [1] - 163:7
**expressed** [1] - 59:15
**extended** [1] - 120:25
**extensive** [1] - 131:6
**extent** [2] - 291:7, 296:25
**extract** [2] - 114:3, 115:2
**extraordinary** [2] - 261:9, 262:10
**extremely** [1] - 111:10, 112:19
**eye** [4] - 110:13, 110:16, 168:19

**F**

**fabric** [14] - 36:15, 39:24, 40:10, 40:19, 41:5, 41:7, 54:7, 55:24, 56:7, 56:10, 56:24, 73:4, 83:6, 84:15
**fabricated** [2] - 82:4, 242:7
**face** [2] - 240:22, 273:2
**fact** [48] - 9:9, 9:13, 11:17, 19:10, 36:13, 57:13, 58:15, 59:17, 60:24, 66:6, 71:10, 84:24, 98:8, 131:5, 139:15, 147:16, 148:17, 149:24, 150:24, 154:18, 155:10, 156:15, 158:4, 158:14, 166:19, 168:10, 170:2, 174:24, 175:11, 186:15, 189:15, 201:22, 204:12, 242:16, 248:9, 248:15, 249:18, 252:3, 255:12, 259:7, 260:13, 265:6, 272:8, 272:14, 274:19, 278:19, 296:17, 297:7
**factor** [1] - 194:2
**facts** [4] - 226:13, 266:9, 274:18, 294:16
**failed** [2] - 156:8, 159:8
**fair** [35] - 31:16, 38:24,

53:23, 54:19, 54:20, 56:11, 57:17, 58:12, 67:19, 91:12, 93:2, 93:23, 101:2, 104:24, 105:10, 108:10, 118:4, 118:22, 125:24, 126:11, 126:17, 128:4, 144:25, 145:22, 175:4, 207:22, 220:3, 229:23, 249:21, 269:19, 276:20, 280:20, 295:23, 295:25, 297:16

**fairly** [2] - 151:3, 269:22

**fall** [2] - 90:19, 199:15

**falling** [1] - 222:15

**falls** [1] - 190:3

**false** [8] - 114:15, 114:17, 115:8, 115:9, 115:24, 115:25, 116:2

**familiar** [1] - 49:4

**far** [11] - 42:13, 44:14, 53:12, 121:25, 125:23, 155:18, 190:11, 190:13, 200:7, 232:6, 240:22

**fast** [1] - 280:13

**faster** [2] - 90:23, 136:16

**father** [6] - 138:25, 190:17, 190:21, 231:8, 276:5

**father's** [2] - 190:7, 190:20

**favor** [2] - 8:5, 138:3

**FBI** [1] - 27:10

**Federal** [1] - 1:19

**fell** [1] - 139:2

**felt** [1] - 45:2

**Fevola** [1] - 1:21

**FEVOLA** [2] - 302:2, 302:19

**few** [6] - 8:17, 9:17, 25:17, 35:21, 87:21, 115:23

**fiber** [2] - 185:18, 260:20

**fibers** [20] - 177:15, 178:15, 179:7, 179:19, 180:10, 180:23, 184:4, 185:5, 185:8, 185:25, 256:6, 256:15, 258:10, 259:10, 259:16, 259:23, 260:11,

260:23, 263:12, 263:23

**fields** [2] - 205:8, 211:3

**figure** [2] - 238:23, 290:11

**file** [7] - 12:24, 13:10, 13:14, 13:21, 14:6, 14:8, 122:18

**filed** [1] - 205:18

**filing** [1] - 3:5

**final** [4] - 12:6, 59:12, 59:14, 206:7

**findings** [17] - 97:5, 99:3, 104:3, 108:17, 147:23, 162:18, 270:20, 272:23, 273:2, 273:6, 273:19, 273:25, 274:8, 276:10, 276:25, 283:22, 283:25

**fine** [5] - 5:20, 137:4, 138:2, 169:19, 182:21

**finger** [2] - 77:24, 226:23

**finger/palm** [1] - 44:10

**fingerprint** [4] - 42:25, 45:3, 45:9, 76:17

**fingerprints** [9] - 36:3, 39:18, 39:21, 41:16, 44:6, 45:7, 46:13, 77:20, 93:7

**finish** [6] - 101:25, 169:24, 224:10, 269:14, 269:16, 275:11

**finished** [4] - 14:13, 24:15, 25:16, 101:10

**first** [39] - 4:3, 10:12, 29:25, 34:25, 35:16, 35:19, 36:9, 40:24, 40:25, 41:9, 54:9, 63:2, 66:24, 68:15, 69:25, 70:18, 78:12, 86:22, 103:14, 109:19, 110:6, 110:10, 123:25, 138:5, 150:17, 151:9, 192:22, 210:17, 226:20, 227:9, 227:10, 227:24, 228:14, 264:15, 271:18, 274:13, 280:22, 294:8, 297:12

**fit** [1] - 273:2

**five** [6] - 9:23, 49:16, 88:22, 111:13,

**five-page** [1] - 9:23

**flag** [3] - 269:25, 270:7, 277:25

**flags** [1] - 295:5

**flat** [1] - 136:3

**floor** [5] - 139:2, 190:3, 240:22, 246:10, 246:15

**floors** [1] - 24:9

**flow** [1] - 146:11

**flowing** [1] - 146:10

**fluids** [3] - 92:20, 92:23, 109:18

**focus** [1] - 155:15

**folding** [1] - 156:18

**folks** [2] - 7:18, 33:18

**follow** [1] - 89:13

**follow-up** [1] - 89:13

**followed** [1] - 121:21

**following** [3] - 81:6, 113:6, 249:11

**follows** [1] - 4:5

**foot** [2] - 252:21, 258:25

**FOR** [3] - 1:2, 301:2, 301:7

**force** [1] - 3:14

**forensic** [18] - 24:17, 24:19, 24:25, 26:6, 26:21, 26:22, 27:9, 28:3, 29:14, 29:15, 54:15, 104:23, 105:4, 105:6, 109:17, 109:21, 109:25, 267:9

**Forensic** [2] - 30:5, 30:11

**foresight** [1] - 260:10

**fork** [3] - 183:20, 183:24, 184:22

**form** [293] - 3:9, 9:5, 10:10, 12:21, 14:11, 16:23, 17:13, 17:16, 18:11, 18:17, 19:25, 21:20, 22:2, 22:22, 28:14, 30:24, 34:23, 40:14, 44:12, 45:5, 46:16, 46:21, 47:16, 47:23, 48:14, 48:22, 50:7, 50:14, 55:15, 56:16, 57:2, 58:8, 58:21, 59:4, 59:11, 59:20, 60:7, 60:20, 76:3, 81:10, 81:20, 82:6, 83:16, 83:23, 84:22, 85:4, 85:10, 85:17, 86:25, 87:16, 87:23, 88:14, 90:2, 91:21, 93:19, 94:5,

95:9, 96:5, 96:16, 97:16, 98:11, 98:23, 99:5, 99:14, 100:22, 101:8, 102:15, 103:2, 103:21, 104:11, 104:18, 105:2, 105:12, 105:25, 106:8, 106:22, 107:18, 108:6, 108:13, 108:22, 112:23, 114:20, 114:25, 118:11, 118:19, 118:24, 119:11, 120:3, 120:11, 121:9, 121:17, 121:24, 122:16, 122:21, 123:12, 124:10, 125:13, 126:2, 126:8, 126:19, 128:11, 128:24, 129:22, 130:5, 130:14, 131:15, 138:19, 139:13, 140:22, 141:23, 142:10, 143:25, 145:6, 146:6, 146:14, 147:15, 148:24, 149:14, 149:20, 151:5, 151:21, 152:16, 153:5, 153:21, 155:8, 156:3, 156:11, 157:7, 157:24, 158:8, 158:18, 159:16, 159:20, 160:13, 161:6, 161:23, 162:5, 162:15, 163:5, 163:10, 164:22, 168:7, 168:15, 168:23, 170:9, 170:23, 178:23, 179:10, 179:22, 180:15, 182:11, 182:19, 183:4, 183:12, 184:7, 186:7, 187:3, 187:23, 188:11, 189:11, 191:9, 191:25, 192:14, 193:4, 193:24, 194:18, 195:15, 196:14, 197:5, 197:11, 197:15, 198:9, 199:11, 201:3, 202:18, 202:25, 204:3, 207:11, 207:24, 208:13, 209:15,

209:22, 212:3, 212:17, 213:2, 213:9, 213:24, 214:12, 215:4, 217:4, 217:13, 218:7, 219:18, 221:6, 221:20, 222:19, 223:14, 225:4, 225:24, 226:17, 228:20, 229:25, 230:22, 231:6, 232:4, 232:13, 233:8, 233:12, 234:9, 235:3, 237:12, 237:16, 238:3, 238:9, 238:14, 239:2, 239:12, 240:2, 240:16, 241:6, 244:12, 248:6, 248:13, 249:23, 250:18, 251:12, 251:23, 252:9, 252:19, 254:6, 254:20, 255:19, 256:20, 258:19, 259:13, 259:25, 260:15, 261:12, 261:18, 261:21, 262:21, 264:7, 264:14, 265:5, 266:15, 267:17, 270:6, 271:2, 271:24, 272:22, 273:13, 273:16, 273:21, 274:4, 274:12, 275:4, 276:8, 276:14, 277:5, 277:9, 278:5, 278:16, 279:9, 280:4, 281:10, 281:15, 283:21, 285:2, 285:9, 285:20, 286:11, 286:16, 287:20, 288:7, 288:22, 289:16, 290:6, 290:16, 291:9, 291:16, 291:24, 292:8, 293:2, 293:17, 294:13, 294:25, 295:8, 295:18, 296:4, 296:11, 296:24, 297:10, 297:18

**formal** [2] - 33:5, 33:24

**forming** [3] - 95:6, 221:16, 222:17

**formulate** [5] - 93:17,

95:25, 104:3, 135:4, 136:14

**formulated** [1] - 136:12

**formulating** [6] - 97:25, 102:12, 133:6, 133:15, 134:4, 135:11

**forth** [1] - 302:6

**forward** [3] - 33:20, 45:13, 287:24

**forwarded** [6] - 46:25, 82:10, 84:20, 100:19, 107:10, 281:23

**four** [5] - 25:21, 26:20, 63:7, 71:8, 76:13

**frankly** [2] - 133:14, 136:10

**frequently** [1] - 87:25

**Freudenberger** [2] - 4:18, 299:6

**FREUDENBERGER** [71] - 2:5, 4:7, 4:14, 4:17, 4:22, 8:4, 11:10, 11:23, 32:18, 34:10, 43:7, 51:5, 51:11, 51:17, 62:5, 62:13, 65:2, 65:7, 65:15, 66:4, 66:12, 66:17, 70:23, 74:5, 106:12, 107:12, 109:3, 109:10, 132:6, 132:15, 132:18, 132:23, 133:4, 133:9, 134:10, 134:14, 134:23, 135:24, 136:5, 136:17, 136:22, 137:5, 143:4, 167:10, 169:2, 169:7, 169:13, 169:17, 169:23, 172:22, 186:9, 186:13, 188:13, 191:15, 191:20, 194:21, 204:23, 210:11, 229:8, 236:14, 241:9, 253:5, 256:24, 257:8, 257:14, 265:14, 269:19, 279:12, 279:22, 280:12, 298:4

**front** [7] - 62:18, 76:15, 79:8, 80:6, 133:11, 187:7, 229:7

**FRUEDENBERGER** [2] - 195:5, 257:5

**full** [4] - 280:15, 281:8, 286:6, 287:9

**full-scale** [4] - 280:15, 281:8, 286:6, 287:9

**FURTHER** [2] - 3:8, 3:12

## G

**g43** [1] - 62:3

**Galdi** [4] - 18:23, 21:7, 21:9, 208:19

**gap** [3] - 8:22, 9:9, 9:14

**Garden** [1] - 1:13

**garment** [4] - 183:13, 183:17, 183:22, 237:7

**gather** [9] - 30:11, 91:17, 91:18, 107:25, 123:3, 123:24, 128:8, 194:9, 287:17

**gathered** [1] - 139:19

**general** [6] - 24:22, 55:5, 55:7, 87:17, 130:15, 183:25

**General's** [3] - 7:18, 9:21, 22:4

**generally** [2] - 55:6, 93:2

**generating** [1] - 77:10

**genetic** [10] - 14:20, 200:4, 200:5, 203:14, 207:14, 208:15, 209:24, 210:19, 246:23, 246:25

**Genna** [45] - 18:21, 18:24, 18:25, 19:7, 19:14, 19:23, 20:19, 20:23, 21:5, 21:8, 21:22, 22:12, 34:21, 35:2, 35:10, 35:18, 36:6, 36:10, 37:3, 42:19, 47:2, 47:5, 47:14, 47:21, 49:17, 51:25, 52:3, 53:3, 53:20, 58:18, 59:7, 60:24, 61:9, 61:22, 62:4, 85:7, 90:5, 117:4, 117:8, 117:24, 119:17, 120:17, 120:24, 121:5, 242:20

**George** [2] - 117:11, 120:22

**gist** [1] - 130:10

**given** [21] - 19:5,

22:19, 84:7, 128:3, 144:25, 151:14, 157:17, 175:10, 178:14, 193:20, 212:19, 226:12, 232:10, 249:16, 249:17, 266:9, 267:21, 273:18, 281:5, 286:8, 302:8

**glove** [15] - 36:15, 39:22, 39:23, 39:24, 41:19, 41:20, 53:20, 56:23, 57:12, 57:21, 77:24, 82:24, 83:5, 215:9, 215:19

**gloved** [2] - 54:5, 217:8

**gloves** [24] - 36:19, 36:23, 40:10, 40:11, 40:25, 41:5, 41:6, 41:11, 41:13, 42:3, 52:18, 56:6, 56:7, 57:19, 57:22, 58:5, 60:4, 81:15, 81:24, 84:12, 241:24, 242:13, 245:11

**Gloves** [1] - 41:8

**graduate** [1] - 25:9

**graduated** [2] - 23:7, 23:8

**granted** [1] - 64:16

**gratuitous** [1] - 257:21

**great** [1] - 145:21

**green** [2] - 177:24, 178:17

**grounds** [1] - 51:19

**group** [1] - 8:22

**grout** [4] - 173:13, 174:13, 174:20, 175:12

**grouting** [1] - 174:6

**guess** [15] - 9:21, 13:14, 35:24, 40:12, 45:22, 45:24, 57:3, 57:5, 70:14, 111:20, 119:20, 136:2, 290:7, 290:11, 290:13

**guided** [1] - 96:22

**gun** [1] - 131:19

**guy** [1] - 26:9

## H

**hair** [7] - 13:12, 13:18, 13:23, 14:6, 179:7, 260:20, 263:12

**hairs** [7] - 13:15,

13:22, 14:2, 177:11, 178:15, 260:18, 260:23

**half** [7] - 12:24, 23:25, 25:23, 27:25, 64:9, 109:6

**hall** [2] - 190:7, 190:15

**Hall** [1] - 23:11

**hallway** [3] - 200:13, 200:18, 271:14

**hammers** [5] - 171:22, 171:25, 172:3, 172:9, 172:18

**hand** [14] - 76:16, 76:23, 77:16, 77:24, 210:23, 215:5, 215:8, 215:19, 216:25, 217:8, 221:3, 221:7, 236:22, 302:15

**handing** [1] - 187:10

**handle** [3] - 145:11, 161:14, 182:9

**handling** [2] - 98:6, 287:5

**hands** [1] - 222:2

**happy** [2] - 137:16, 198:23

**hard** [2] - 193:20, 216:6

**harder** [1] - 290:2

**Hauppauge** [2] - 2:9, 4:12

**Haven** [4] - 24:3, 24:13, 24:18, 25:10

**head** [8] - 49:10, 62:10, 190:3, 190:18, 206:23, 251:20, 252:4, 252:24

**headboard** [5] - 206:24, 207:4, 207:8, 213:21, 276:23

**heading** [2] - 206:8, 286:18

**hear** [1] - 233:3

**heard** [9] - 130:16, 163:7, 237:14, 237:22, 238:6, 238:11, 238:18, 239:3, 239:5

**hearing** [1] - 130:25

**heart** [5] - 251:9, 252:5, 254:2, 254:17, 255:16

**heavier** [1] - 39:23

**held** [4] - 1:20, 34:13, 103:9, 103:10

**hello** [3] - 33:18, 89:9,

89:20

**help** [4] - 39:5, 83:20, 198:25, 199:7

**hemoglobin** [3] - 114:2, 114:10, 115:6

**HEREBY** [1] - 3:3

**hereby** [2] - 3:7, 302:4

**herein** [2] - 1:18, 302:5

**hereto** [1] - 3:5

**hereunto** [1] - 302:14

**hide** [3] - 17:19, 53:8, 199:3

**high** [5] - 23:7, 23:8, 25:2, 118:22, 121:7

**High** [1] - 23:11

**Highway** [1] - 4:13

**himself** [9] - 256:13, 258:6, 263:17, 264:4, 265:2, 266:4, 271:11, 272:12, 274:24

**hinge** [2] - 177:13, 178:15

**histologist** [1] - 140:19

**Histology** [5] - 140:3, 140:4, 140:10, 141:4, 141:21

**history** [1] - 149:7

**hit** [2] - 190:17, 212:8

**hits** [1] - 190:2

**holding** [1] - 183:19

**holes** [1] - 167:6

**home** [6] - 36:24, 172:3, 173:6, 190:9, 280:8, 291:3

**Home** [1] - 185:4

**Homicide** [2] - 96:22, 97:12, 100:7, 107:3, 124:20, 124:24, 125:6, 125:22, 127:10

**homicide** [24] - 55:18, 93:13, 94:16, 94:23, 96:8, 97:18, 98:20, 99:9, 103:13, 103:15, 103:19, 105:6, 105:20, 105:21, 118:12, 119:3, 119:5, 123:9, 125:10, 126:14, 127:24, 129:15, 162:25, 205:23

**homicides** [1] - 137:15

**hospital** [1] - 25:15

**hour** [4] - 12:24, 16:9, 16:19, 109:7

**hour-and-a-half** [1] -

12:24

**hours** [3] - 6:23, 7:10, 189:4

**house** [25] - 36:20, 41:13, 123:21, 150:18, 151:10, 152:13, 155:13, 155:16, 163:21, 170:16, 171:3, 171:9, 171:10, 171:15, 171:23, 172:9, 172:19, 188:24, 189:5, 189:8, 189:16, 190:16, 190:23, 230:5, 266:2

**Hudson** [1] - 2:4

**huge** [1] - 147:6

**Huggins** [1] - 27:6

**human** [12] - 114:7, 114:9, 114:10, 115:6, 115:7, 140:12, 140:17, 141:8, 141:19, 142:5, 142:7, 177:23

**hunch** [1] - 285:7

**hypotheses** [1] - 91:11

**hypothesis** [18] - 57:6, 57:14, 91:19, 92:3, 93:17, 95:6, 95:25, 97:25, 102:12, 104:4, 104:15, 105:8, 105:9, 282:17, 284:13, 284:22, 285:5, 291:12

**hypothesized** [1] - 276:19

**hypothetical** [10] - 180:16, 180:17, 194:19, 195:3, 260:5, 269:5, 269:6, 269:7, 269:10, 298:3

---

**I**

**ID** [7] - 43:24, 45:13, 45:19, 46:6, 46:11, 82:13, 124:24

**idea** [11] - 17:24, 45:22, 74:17, 87:18, 88:21, 88:23, 92:8, 125:18, 206:5, 262:12, 262:13

**ideas** [1] - 92:4

**identical** [1] - 185:3

**identification** [18] - 12:3, 43:14, 44:3, 44:18, 44:21, 44:25,

63:11, 94:18, 137:9, 143:11, 167:13, 188:17, 205:2, 210:14, 229:11, 236:17, 241:11, 253:8

**identified** [13] - 47:7, 58:11, 58:12, 58:16, 59:18, 75:16, 79:4, 80:20, 85:2, 85:15, 206:25, 258:11, 296:8

**identifies** [1] - 109:18

**identify** [9] - 43:18, 60:11, 81:24, 83:21, 113:21, 140:7, 206:17, 210:17, 256:18

**identifying** [2] - 84:14, 113:8

**II** [3] - 30:5, 208:3, 210:3

**II,I** [6] - 208:3, 208:5, 209:25, 210:5, 210:6

**III** [1] - 30:12

**image** [1] - 263:7

**images** [1] - 110:21

**immediate** [1] - 21:5

**immediately** [1] - 25:13

**immunologically** [1] - 113:23

**impact** [1] - 220:15

**important** [15] - 82:14, 82:19, 84:18, 96:9, 104:14, 105:9, 105:14, 105:21, 107:6, 108:16, 121:13, 127:18, 128:2, 284:12, 284:21

**impound** [1] - 87:9

**impression** [7] - 20:11, 39:24, 40:3, 40:24, 54:7, 56:10, 56:19

**impressions** [23] - 20:13, 20:18, 21:2, 34:15, 35:3, 35:10, 35:18, 40:6, 42:2, 42:3, 42:7, 44:2, 55:25, 56:5, 56:6, 56:21, 56:22, 58:11, 59:18, 84:15, 84:16, 84:17, 84:25

**IN** [1] - 302:14

**inaccurate** [17] - 10:12, 178:12, 231:25, 241:19, 241:22, 242:24,

243:3, 243:6, 243:9, 243:22, 244:22, 247:15, 248:18, 248:24, 249:2, 249:5, 295:15, 295:20

**inch** [5] - 69:17, 69:18, 70:12, 72:7, 75:13

**inches** [2] - 64:9, 69:24

**incident** [1] - 276:17

**include** [1] - 297:20

**included** [1] - 173:9

**includes** [1] - 62:24

**including** [6] - 91:16, 105:21, 171:19, 171:21, 264:24, 266:21

**inconsistencies** [2] - 295:21, 295:24

**inconsistency** [1] - 296:7

**inconsistent** [4] - 264:11, 266:12, 267:14, 267:20

**incorrect** [3] - 176:7, 231:4, 278:3

**increasing** [1] - 71:7

**independent** [2] - 123:16, 235:25

**INDEX** [3] - 299:2, 299:3, 299:8

**indicate** [13] - 95:14, 112:4, 147:2, 147:18, 147:25, 148:20, 161:15, 220:8, 230:19, 230:23, 253:25, 255:15, 289:25

**indicated** [7] - 67:11, 117:10, 128:13, 144:16, 145:2, 161:3, 201:25

**indicates** [7] - 96:7, 202:5, 204:15, 211:17, 249:20, 252:5, 272:15

**indicating** [7] - 36:23, 64:12, 79:9, 79:10, 111:2, 210:18, 211:8

**indicating)** [1] - 72:9

**indication** [2] - 115:5, 212:20

**indictment** [2] - 293:20, 294:3

**individual** [5] - 47:25, 55:22, 63:3, 237:9, 262:9

**individuals** [4] - 31:2, 81:4, 119:23, 199:20

**infer** [1] - 155:2

**infinite** [1] - 291:6

**information** [9] - 51:6, 55:10, 99:25, 101:5, 101:21, 127:11, 127:15, 129:14, 163:19

**informed** [2] - 123:3, 123:7

**initial** [3] - 68:21, 74:17, 80:21

**initials** [1] - 72:13

**injuries** [2] - 131:20, 131:22

**innocent** [7] - 226:25, 230:2, 231:21, 247:10, 276:18, 276:22, 278:21

**innocently** [6] - 226:22, 231:12, 248:10, 276:16, 278:11, 279:5

**instance** [1] - 133:19

**instead** [1] - 252:4

**instituted** [1] - 208:19

**instrument** [2] - 131:24, 148:2

**interact** [2] - 47:21, 50:2

**interaction** [1] - 94:14

**interested** [3] - 25:7, 61:18, 302:12

**interesting** [2] - 243:4, 257:9

**interior** [1] - 193:7

**internal** [1] - 113:5

**interns** [1] - 31:6

**internship** [1] - 25:16

**interrupted** [1] - 102:2

**interruptions** [1] - 66:18

**interviewed** [6] - 22:4, 22:6, 22:10, 29:10, 81:5, 293:23

**interviewing** [2] - 98:3, 241:16

**investigating** [1] - 285:11

**Investigation** [4] - 241:15, 245:7, 245:25, 246:7

**investigation** [37] - 82:16, 93:13, 95:21, 96:13, 97:7, 98:7, 98:9, 98:14, 98:17, 98:21, 99:2, 99:10, 99:20, 100:8, 100:12, 100:25, 102:11, 103:13, 105:6, 106:18,

127:17, 137:14, 148:6, 155:10, 159:11, 162:20, 199:2, 199:7, 205:15, 233:24, 285:14, 286:2, 286:19, 287:5, 287:7, 293:24, 294:2

**investigative** [1] - 103:8

**investigators** [5] - 9:20, 10:3, 10:7, 82:4, 149:22

**invisible** [1] - 112:3

**involve** [1] - 33:18

**involved** [8] - 57:19, 57:22, 82:25, 87:8, 90:5, 102:11, 132:2, 156:15

**involves** [1] - 102:10

**involving** [3] - 11:7, 15:10, 15:21

**irrelevant** [1] - 136:3

**IS** [3] - 3:3, 3:8, 3:12

**isolation** [1] - 55:9

**issue** [6] - 20:5, 34:18, 53:22, 59:2, 59:8, 84:18

**issued** [3] - 11:4, 11:5, 106:23

**IT** [3] - 3:3, 3:8, 3:12

**item** [13] - 73:6, 75:25, 76:8, 80:2, 101:11, 181:16, 181:19, 181:25, 183:8, 183:10, 202:10, 210:25, 291:3

**Item** [6] - 43:21, 67:5, 78:2, 206:18, 206:19, 211:2

**items** [16] - 14:7, 14:16, 14:24, 15:2, 15:22, 37:16, 37:23, 55:22, 128:13, 180:2, 180:6, 181:9, 181:21, 206:11, 208:24, 291:20

**itself** [2] - 106:15, 138:20

---

**J**

**James** [2] - 205:11, 301:3

**JAMES** [1] - 1:7

**January** [1] - 25:11

**Jerry** [1] - 11:7

**Jersey** [3] - 25:18, 26:2, 26:5

**job** [6] - 29:7, 29:10, 33:5, 34:6, 96:25, 98:18
**Joe** [1] - 208:18
**JOHN** [2] - 1:8
**joined** [1] - 86:4
**Joselito** [1] - 26:9
**Joseph** [1] - 21:7
**judge** [1] - 273:4
**judgement** [3] - 196:17, 237:18, 294:17
**jugular** [6] - 250:16, 250:20, 250:23, 250:25, 251:8, 251:14
**July** [2] - 1:14, 301:4
**jurat** [1] - 297:20
**jury** [1] - 273:5

**K**

**Kastle** [1] - 111:7
**Kastle-Meyer** [1] - 111:7
**keep** [1] - 86:19
**key** [1] - 283:18
**kill** [2] - 148:20, 188:5
**killed** [19] - 149:24, 204:8, 212:13, 212:14, 225:22, 226:14, 227:9, 227:10, 227:24, 228:14, 229:17, 231:7, 251:15, 258:3, 267:22, 271:18, 275:19, 276:5
**killing** [6] - 128:20, 144:22, 151:16, 272:14, 278:12, 278:13
**kills** [1] - 188:8
**kind** [7] - 55:19, 56:24, 127:7, 161:15, 164:8, 200:23, 238:17
**kinds** [3] - 180:6, 181:5, 185:14
**kitchen** [6] - 139:3, 139:10, 139:17, 142:15, 152:18, 190:4
**kites** [1] - 26:11
**kits** [1] - 26:7
**knife** [131] - 130:19, 130:22, 130:23, 131:3, 131:13, 131:17, 131:25,

139:2, 139:4, 139:5, 139:10, 139:16, 139:20, 139:22, 141:13, 142:7, 142:14, 142:16, 142:19, 142:23, 142:24, 143:6, 143:23, 144:4, 144:7, 144:13, 144:14, 144:15, 144:19, 144:21, 145:2, 145:4, 145:17, 145:22, 146:4, 146:10, 146:18, 146:21, 147:11, 147:17, 147:19, 148:18, 148:21, 151:2, 151:7, 151:19, 152:7, 152:10, 152:11, 152:24, 153:14, 153:17, 154:3, 154:4, 154:13, 154:20, 155:4, 155:11, 155:12, 155:15, 155:20, 156:14, 156:15, 156:16, 156:18, 157:18, 157:21, 158:5, 158:13, 158:15, 158:20, 158:23, 159:2, 159:6, 160:6, 160:16, 160:25, 161:2, 161:3, 161:8, 161:13, 161:17, 161:18, 161:20, 162:10, 162:13, 162:19, 163:2, 165:15, 166:11, 170:17, 170:21, 171:19, 171:21, 182:4, 182:5, 182:14, 182:16, 186:21, 190:5, 190:6, 190:25, 191:2, 191:5, 192:21, 192:23, 193:2, 193:6, 193:7, 193:9, 193:12, 193:13, 193:16, 193:18, 193:20, 193:21, 194:4, 194:16, 194:20, 195:13, 195:16, 198:6, 198:12, 259:3, 270:21, 296:13, 296:15, 296:17, 296:19
**knives** [28] - 15:9, 131:7, 131:8,

131:11, 132:4, 149:2, 152:22, 153:11, 154:5, 154:15, 155:13, 155:16, 156:23, 159:24, 159:25, 160:3, 160:22, 170:15, 170:20, 170:21, 171:2, 171:8, 171:13, 171:14, 193:14, 194:6, 194:9, 195:8
**knocked** [1] - 190:19
**knowing** [1] - 241:7
**knowledge** [6] - 85:5, 120:16, 172:2, 172:6, 197:25, 198:2
**known** [2] - 129:4, 289:7
**knows** [1] - 197:19
**KOSCIUK** [1] - 1:7
**Kosciuk** [17] - 10:25, 15:14, 16:24, 17:20, 17:22, 21:9, 88:4, 88:19, 89:4, 91:2, 94:11, 117:12, 119:17, 120:17, 120:22, 124:12, 135:25
**Kosciuk's** [3] - 17:8, 90:18, 135:18

**L**

**L-shaped** [1] - 237:3
**Lab** [3] - 25:18, 243:15, 244:4
**lab** [46] - 18:24, 19:11, 26:15, 27:4, 27:6, 27:15, 27:17, 27:23, 27:24, 28:9, 28:17, 28:19, 29:3, 29:18, 30:22, 31:17, 33:9, 33:11, 47:17, 48:25, 49:8, 49:18, 51:22, 60:17, 86:4, 86:15, 86:23, 88:5, 88:9, 89:4, 89:19, 89:24, 90:15, 92:12, 93:5, 96:14, 96:17, 97:19, 99:10, 117:8, 118:3, 119:20, 124:25, 164:23, 165:10
**labeled** [10] - 63:15, 64:3, 67:3, 67:20, 69:12, 70:8, 70:12, 71:11, 78:2, 78:17
**laboratories** [1] - 25:5
**Laboratory** [2] - 4:12, 25:22

**laboratory** [10] - 33:16, 35:7, 36:2, 48:2, 48:24, 61:6, 91:25, 106:20, 111:6, 113:20
**lacerations** [1] - 131:23
**lack** [1] - 67:25
**landing** [1] - 222:16
**lapse** [1] - 156:13
**last** [13] - 7:8, 7:13, 8:13, 48:16, 89:8, 89:12, 89:17, 90:19, 103:4, 104:20, 138:4, 165:20, 243:5
**lasted** [1] - 100:25
**late** [5] - 22:14, 46:5, 52:13, 85:21, 86:11
**law** [2] - 33:24, 257:6
**LAW** [1] - 2:8
**lawsuit** [2] - 4:20, 149:12
**lawyers** [1] - 4:19
**layman's** [1] - 181:20
**lead** [7] - 83:20, 104:7, 205:14, 286:22, 286:25, 287:8, 287:15
**leading** [1] - 51:19
**learn** [4] - 61:7, 119:2, 125:22, 162:23
**learned** [5] - 16:14, 119:9, 125:10, 125:14, 125:16
**least** [10] - 19:18, 38:18, 86:4, 86:17, 129:14, 204:13, 225:20, 266:2, 271:14, 273:7
**leave** [2] - 28:15, 41:15
**leaving** [2] - 82:9, 89:23
**Lee** [1] - 2:9
**left** [21] - 28:8, 39:8, 39:9, 40:10, 40:19, 41:10, 42:3, 56:6, 56:10, 56:23, 73:4, 77:23, 83:13, 84:6, 92:23, 117:25, 121:2, 160:2, 222:13, 223:10, 236:22
**left-hand** [1] - 236:22
**less** [5] - 158:3, 162:12, 178:18, 179:2, 180:25
**Leucomalachite** [1] - 111:8
**level** [2] - 29:15,

112:15
**light** [10] - 82:17, 99:25, 101:19, 234:20, 235:7, 280:19, 284:14, 286:5, 288:3, 288:18
**likelihood** [7] - 158:2, 170:6, 170:11, 179:11, 179:15, 183:9, 263:10
**likely** [34] - 39:8, 144:15, 157:20, 158:2, 158:3, 161:3, 178:18, 179:2, 179:5, 179:17, 180:9, 180:25, 181:16, 185:7, 185:16, 212:22, 213:5, 213:6, 213:13, 214:8, 214:15, 215:14, 220:8, 220:23, 220:25, 222:12, 222:21, 223:22, 226:13, 227:9, 228:13, 260:21, 295:15
**likewise** [1] - 4:22
**limit** [1] - 111:21
**limitation** [1] - 199:25
**limitations** [1] - 248:21
**limits** [1] - 154:9
**Line** [1] - 143:15
**line** [9] - 91:3, 143:16, 169:24, 173:24, 235:18, 239:8, 239:15, 239:21
**linear** [2] - 215:23, 216:2
**lined** [1] - 281:3
**lines** [3] - 76:13, 91:3, 94:13
**linger** [1] - 181:21
**lining** [3] - 237:6, 238:19, 294:6
**liquid** [1] - 184:17
**listen** [3] - 29:6, 101:20, 223:18
**lists** [1] - 206:10
**litigating** [1] - 49:21
**LLP** [1] - 2:3
**LN** [1] - 301:7
**loaded** [1] - 266:16
**locate** [1] - 81:16
**lock** [1] - 92:5
**log** [1] - 151:8
**logical** [2] - 41:17, 41:21
**look** [58] - 12:4, 14:15,

39:20, 40:4, 43:15, 44:15, 51:12, 55:16, 63:5, 64:2, 66:23, 67:16, 70:16, 71:14, 73:7, 74:19, 75:3, 76:12, 78:4, 78:19, 78:24, 81:12, 91:8, 91:23, 95:16, 99:24, 101:12, 101:22, 130:17, 137:10, 140:7, 141:4, 144:17, 164:5, 167:5, 167:14, 173:19, 173:20, 174:4, 174:7, 187:5, 187:11, 188:18, 204:17, 204:20, 205:3, 206:20, 208:7, 210:15, 210:22, 218:22, 218:23, 235:16, 236:11, 246:19, 282:15, 290:2, 293:7

**looked** [25] - 6:13, 7:19, 12:22, 14:22, 39:21, 40:9, 42:2, 47:6, 53:20, 54:5, 56:9, 66:14, 67:2, 68:17, 127:11, 159:22, 167:5, 175:9, 175:14, 175:17, 179:4, 235:13, 263:14, 268:5, 281:2

**looking** [33] - 8:19, 12:24, 29:7, 29:8, 41:22, 41:24, 41:25, 54:18, 55:8, 56:2, 56:19, 58:3, 73:16, 77:12, 79:19, 82:24, 83:8, 97:19, 111:23, 131:19, 131:21, 135:11, 145:4, 151:11, 153:10, 156:20, 201:4, 224:15, 236:19, 246:16, 246:17, 246:21, 246:23

**looks** [13] - 13:22, 72:3, 80:10, 115:20, 141:5, 164:15, 167:25, 219:5, 220:20, 236:18, 236:24, 269:18, 283:17

**loosen** [1] - 165:24
**loss** [1] - 232:20
**lower** [1] - 210:23
**Lukash** [1] - 28:19
**lunch** - 109:5, 109:14

---

# M

**magnify** [1] - 110:21
**magnitude** [1] - 71:7
**major** [2] - 95:22, 100:24
**manner** [4] - 124:3, 152:24, 153:14, 230:7
**manually** [1] - 165:24
**mark** [17] - 11:11, 11:24, 43:8, 43:11, 74:17, 132:7, 132:19, 137:5, 143:8, 167:10, 188:13, 204:23, 210:11, 229:9, 236:14, 241:9, 253:5
**marked** [31] - 12:2, 12:5, 43:14, 43:16, 63:6, 63:10, 64:19, 66:24, 70:17, 70:19, 71:8, 74:20, 75:19, 76:6, 78:4, 79:5, 137:8, 137:11, 143:11, 167:13, 167:15, 173:20, 188:16, 204:21, 205:2, 210:14, 210:16, 229:11, 236:17, 241:11, 253:8
**marker** [4] - 14:21, 200:5, 203:14, 209:24
**markers** [5] - 200:4, 207:14, 208:15, 246:24, 246:25
**marking** [2] - 132:13, 132:17
**markings** [2] - 67:7, 67:9
**marriage** [1] - 302:10
**married** [1] - 18:6
**Martin** [2] - 206:14, 301:3
**MARTIN** [1] - 1:4
**Marty** [68] - 4:19, 6:18, 128:19, 130:2, 130:10, 131:12, 136:17, 137:20, 139:9, 143:8, 144:21, 146:20, 148:18, 151:15, 152:24, 163:14, 167:18, 168:4, 168:20, 173:10, 174:20, 188:8,

189:17, 192:3, 192:19, 192:22, 194:14, 195:9, 196:8, 196:20, 201:19, 201:23, 203:22, 207:21, 208:10, 209:5, 209:20, 210:7, 231:3, 256:2, 256:9, 258:2, 258:24, 259:5, 260:8, 260:9, 263:15, 264:2, 265:24, 267:22, 268:19, 270:3, 270:21, 271:5, 271:10, 271:18, 272:12, 272:18, 273:8, 274:23, 275:19, 276:4, 293:14, 294:3, 294:9, 294:21, 295:6, 296:22
**Marty's** [23] - 7:12, 22:25, 36:10, 134:17, 138:17, 139:7, 143:14, 164:3, 173:14, 174:3, 174:14, 175:12, 175:17, 175:21, 176:16, 186:15, 186:25, 187:20, 200:13, 201:7, 202:15, 256:4, 264:25
**master** [33] - 37:25, 48:20, 174:3, 203:17, 204:5, 204:7, 204:14, 207:3, 213:21, 215:17, 217:9, 218:4, 218:10, 225:21, 227:16, 227:18, 227:25, 228:2, 228:15, 229:13, 229:16, 231:23, 234:6, 234:22, 255:15, 271:20, 277:25, 280:7, 283:7, 289:20, 289:24, 292:12, 292:20
**match** [1] - 245:11
**material** [12] - 139:20, 139:21, 139:25, 140:5, 140:10, 141:3, 141:5, 141:9, 141:25, 142:7, 167:23, 177:12
**materials** [2] - 177:14, 181:13

**math** [1] - 192:3
**matter** [4] - 244:2, 266:21, 275:20, 302:13
**mattresses** [1] - 250:3
**McCready** [11] - 1:7, 137:14, 139:8, 205:12, 205:14, 205:19, 205:22, 234:3, 281:24, 282:2, 301:3
**McCready's** [5] - 138:16, 152:25, 187:6, 187:12, 187:23
**McLELHONE** [1] - 1:8
**ME** [1] - 28:18
**mean** [17] - 14:19, 28:24, 40:25, 115:9, 131:22, 153:10, 165:4, 208:4, 211:21, 223:5, 223:18, 234:14, 246:22, 258:24, 262:25, 268:8, 290:14
**meaning** [1] - 48:17
**meaningless** [2] - 158:23, 159:3
**means** [2] - 22:8, 80:3
**measure** [1] - 268:12
**mechanism** [1] - 216:10
**medical** [10] - 27:8, 28:17, 29:2, 95:12, 147:25, 239:14, 239:20, 252:11, 254:7, 254:10
**Medical** [2] - 28:2, 29:12
**medium** [2] - 219:6, 219:12
**meet** [3] - 4:21, 15:24, 16:8
**meeting** [3] - 7:25, 16:3, 16:19
**meetings** [1] - 103:9
**member** [1] - 126:15
**members** [1] - 48:2
**memo** [9] - 9:25, 10:18, 22:11, 81:14, 241:19, 242:8, 242:24, 243:2, 245:5
**memorandum** [6] - 9:19, 81:4, 241:13, 241:22, 243:20, 244:22
**Memorandum** [1] - 300:14
**memorialized** [1] -

138:16
**memorializes** [2] - 137:19, 139:8
**memory** [3] - 12:25, 13:16, 123:16
**mention** [1] - 6:10
**mentioned** [16] - 1:20, 21:6, 34:14, 35:8, 37:22, 41:9, 49:7, 51:24, 52:17, 59:23, 80:25, 93:25, 102:9, 128:15, 163:17, 170:14
**metal** [4] - 180:12, 184:3, 184:16, 185:19
**method** [1] - 124:3
**meticulously** [1] - 108:4
**Meyer** [1] - 111:7
**microscope** [10] - 55:9, 97:21, 110:18, 110:19, 110:20, 112:17, 156:20, 166:25, 170:4, 235:14
**microscopically** [1] - 236:8
**middle** [2] - 152:17, 222:16
**midst** [1] - 75:14
**might** [47] - 7:23, 25:6, 25:11, 27:12, 39:18, 39:22, 40:19, 57:18, 77:16, 77:23, 80:11, 82:18, 83:13, 83:19, 84:6, 84:12, 91:11, 91:19, 101:3, 101:20, 114:14, 115:2, 125:19, 126:4, 127:4, 129:4, 129:5, 129:16, 140:12, 140:15, 142:7, 144:18, 153:6, 153:22, 153:23, 161:15, 164:18, 182:6, 182:23, 232:16, 232:17, 278:10, 281:12, 293:10, 293:12, 297:15
**millimeters** [1] - 219:7
**mind** [14] - 41:2, 82:10, 82:13, 84:18, 120:15, 133:6, 133:14, 134:4, 140:24, 142:6, 159:9, 159:12, 224:23, 246:13
**minimal** [1] - 268:16

**minimum** [2] - 271:20, 294:21

**minutes** [13] - 12:19, 34:11, 49:16, 172:25, 192:16, 194:16, 195:10, 196:12, 197:2, 197:21, 258:3, 265:10, 280:13

**mischaracterizes** [1] - 279:10

**misconduct** [1] - 149:17

**missing** [6] - 6:8, 8:17, 9:8, 9:13, 10:7, 37:5

**misunderstand** [1] - 182:20

**MITCHELL** [373] - 2:10, 6:9, 7:4, 9:4, 10:9, 12:20, 14:10, 16:22, 17:12, 17:15, 18:10, 18:16, 19:24, 21:19, 21:25, 22:7, 22:21, 26:12, 28:13, 30:23, 32:21, 34:22, 40:13, 44:11, 45:4, 45:24, 46:15, 46:20, 47:15, 47:22, 48:13, 48:21, 50:6, 50:13, 50:16, 51:9, 51:15, 53:9, 55:14, 56:15, 56:25, 58:7, 58:20, 59:3, 59:10, 59:19, 60:19, 62:4, 63:17, 64:24, 65:4, 65:11, 65:22, 66:8, 66:16, 66:22, 70:21, 71:4, 72:11, 72:15, 72:23, 73:19, 74:3, 76:2, 81:9, 81:19, 82:5, 83:15, 83:22, 84:21, 85:3, 85:9, 85:16, 86:24, 87:15, 87:22, 88:13, 89:11, 89:25, 91:20, 93:18, 94:4, 94:25, 95:8, 96:4, 96:15, 97:15, 98:10, 98:22, 99:4, 99:13, 100:21, 101:7, 101:25, 102:14, 102:25, 103:20, 104:10, 104:17, 104:25, 105:11, 105:24, 106:7, 106:10, 106:14, 106:21, 107:17, 108:5, 108:12, 108:21, 109:8, 112:22, 114:19,

118:10, 118:18, 118:23, 119:10, 120:2, 120:10, 121:8, 121:16, 121:23, 122:15, 122:20, 123:11, 124:9, 125:12, 125:25, 126:7, 126:18, 128:10, 128:23, 129:21, 130:4, 130:13, 131:14, 132:8, 132:12, 132:16, 132:20, 132:25, 133:5, 133:13, 134:12, 134:20, 134:24, 136:2, 136:7, 136:20, 137:3, 137:22, 138:2, 138:18, 139:12, 140:21, 141:22, 142:9, 143:24, 145:5, 145:23, 146:5, 146:13, 146:24, 147:8, 147:14, 147:21, 148:23, 149:13, 149:19, 151:4, 151:20, 152:15, 153:4, 153:20, 154:23, 155:7, 156:2, 156:10, 157:6, 157:23, 158:7, 158:17, 158:24, 159:15, 159:19, 160:12, 161:5, 161:22, 162:4, 162:14, 163:4, 163:9, 164:21, 168:6, 168:14, 168:22, 169:4, 169:10, 169:15, 169:19, 170:8, 170:22, 172:24, 176:5, 176:9, 178:22, 179:9, 179:21, 180:14, 182:10, 182:18, 183:3, 183:11, 184:6, 186:6, 186:11, 187:2, 187:10, 187:22, 188:10, 189:10, 191:8, 191:19, 191:22, 193:3, 193:23, 194:17, 195:2, 195:14, 196:13, 197:4, 197:10, 197:14, 198:8, 199:10,

201:2, 201:20, 202:24, 204:2, 205:21, 207:10, 207:23, 208:12, 209:14, 209:21, 212:2, 212:16, 212:25, 213:8, 213:23, 214:11, 215:3, 217:3, 217:12, 218:6, 219:17, 221:5, 221:10, 221:19, 222:18, 223:13, 225:3, 225:23, 226:9, 226:16, 228:19, 229:24, 230:21, 231:5, 232:3, 232:12, 233:7, 233:11, 234:8, 235:2, 237:11, 237:15, 238:2, 238:8, 238:13, 238:25, 239:11, 239:25, 240:15, 241:5, 242:9, 243:17, 244:11, 248:5, 248:12, 249:22, 250:17, 251:11, 251:22, 252:8, 252:18, 254:5, 254:19, 255:18, 256:19, 257:2, 257:7, 257:11, 257:20, 258:18, 259:12, 259:24, 260:14, 261:11, 261:17, 261:20, 262:20, 264:6, 264:13, 265:4, 265:15, 266:14, 267:16, 269:13, 270:5, 270:25, 271:23, 272:21, 273:12, 273:15, 273:20, 274:3, 274:11, 275:3, 275:11, 276:7, 276:13, 277:4, 277:8, 278:4, 278:15, 279:8, 279:14, 279:19, 280:3, 280:10, 281:9, 281:14, 283:20, 284:25, 285:8, 285:19, 286:10, 286:15, 287:12, 287:19, 288:6, 288:21, 289:15, 290:5, 290:10, 290:15,

291:8, 291:15, 291:23, 292:7, 292:25, 293:16, 294:12, 294:24, 295:7, 295:17, 296:3, 296:10, 296:23, 297:9, 297:17, 298:7

**Mitchell** [2] - 5:8, 6:4

**mix** [1] - 208:6

**mixed** [6] - 207:9, 207:13, 207:18, 207:20, 242:11, 242:18

**mixture** [7] - 208:24, 209:10, 209:12, 209:17, 209:19, 210:10

**moment** [2] - 118:7, 228:5

**Monday** [2] - 290:18, 290:25

**Mongan** [5] - 42:22, 43:6, 43:24, 44:3, 44:9

**month** [3] - 48:5, 86:14, 89:10

**months** [9] - 17:3, 25:17, 25:21, 26:20, 34:6, 37:20, 87:20, 87:25, 100:25

**morning** [22] - 4:15, 4:16, 6:13, 6:14, 12:23, 14:9, 116:23, 123:18, 128:21, 149:25, 150:12, 167:19, 168:21, 187:21, 188:9, 189:9, 189:24, 191:7, 240:13, 253:11, 290:18, 290:25

**most** [12] - 6:7, 26:7, 35:24, 73:15, 212:22, 213:6, 213:13, 214:8, 220:8, 220:23, 220:25, 223:22

**mostly** [1] - 26:10

**mother** [10] - 144:22, 148:20, 151:16, 189:19, 189:25, 190:2, 190:21, 231:7, 271:18, 276:5

**mother's** [4] - 139:9, 146:21, 190:5, 276:6

**mount** [1] - 140:5

**move** [2] - 97:21, 120:14

**movement** [1] - 217:9

**moves** [1] - 136:15

**moving** [4] - 237:10, 238:24, 239:10, 239:23

**MR** [371] - 6:9, 7:4, 9:4, 10:9, 12:20, 14:10, 16:22, 17:12, 17:15, 18:10, 18:16, 19:24, 21:19, 21:25, 22:7, 22:21, 26:12, 28:13, 30:23, 32:21, 34:22, 40:13, 44:11, 45:4, 45:24, 46:15, 46:20, 47:15, 47:22, 48:13, 48:21, 50:6, 50:13, 50:16, 51:9, 51:15, 53:9, 55:14, 56:15, 56:25, 58:7, 58:20, 59:3, 59:10, 59:19, 60:19, 62:4, 63:17, 64:24, 65:4, 65:11, 65:22, 66:8, 66:16, 66:22, 70:21, 71:4, 72:11, 72:15, 72:23, 73:19, 74:3, 76:2, 81:9, 81:19, 82:5, 83:15, 83:22, 84:21, 85:3, 85:9, 85:16, 86:24, 87:15, 87:22, 88:13, 89:11, 89:25, 91:20, 93:18, 94:4, 94:25, 95:8, 96:4, 96:15, 97:15, 98:10, 98:22, 99:4, 99:13, 100:21, 101:7, 101:25, 102:14, 102:25, 103:20, 104:10, 104:17, 104:25, 105:11, 105:24, 106:7, 106:10, 106:14, 106:21, 107:17, 108:5, 108:12, 108:21, 109:8, 112:22, 114:19, 118:10, 118:18, 118:23, 119:10, 120:2, 120:10, 121:8, 121:16, 121:23, 122:15, 122:20, 123:11, 124:9, 125:12, 125:25, 126:7, 126:18, 128:10, 128:23, 129:21, 130:4, 130:13, 131:14, 132:8, 132:12, 132:16, 132:20, 132:25, 133:5, 133:13, 134:12,

134:20, 134:24,
136:2, 136:7,
136:20, 137:3,
137:22, 138:2,
138:18, 139:12,
140:21, 141:22,
142:9, 143:24,
145:5, 145:23,
146:5, 146:13,
146:24, 147:8,
147:14, 147:21,
148:23, 149:13,
149:19, 151:4,
151:20, 152:15,
153:4, 153:20,
154:23, 155:7,
156:2, 156:10,
157:6, 157:23,
158:7, 158:17,
158:24, 159:15,
159:19, 160:12,
161:5, 161:22,
162:4, 162:14,
163:4, 163:9,
164:21, 168:6,
168:14, 168:22,
169:4, 169:10,
169:15, 169:19,
170:8, 170:22,
172:24, 176:5,
176:9, 178:22,
179:9, 179:21,
180:14, 182:10,
182:18, 183:3,
183:11, 184:6,
186:6, 186:11,
187:2, 187:10,
187:22, 188:10,
189:10, 191:8,
191:19, 191:22,
193:3, 193:23,
194:17, 195:2,
195:14, 196:13,
197:4, 197:10,
197:14, 198:8,
199:10, 201:2,
202:17, 202:24,
204:2, 205:21,
207:10, 207:23,
209:14, 209:21,
212:2, 212:16,
212:25, 213:8,
213:23, 214:11,
215:3, 217:3,
217:12, 218:6,
219:17, 221:5,
221:10, 221:19,
222:18, 223:13,
225:3, 225:23,
226:9, 226:16,
228:19, 229:24,

230:21, 231:5,
232:3, 232:12,
233:7, 233:11,
234:8, 235:2,
237:11, 237:15,
238:2, 238:8,
238:13, 238:25,
239:11, 239:25,
240:15, 241:5,
242:9, 243:17,
244:11, 248:5,
248:12, 249:22,
250:17, 251:11,
251:22, 252:8,
252:18, 254:5,
254:19, 255:18,
256:19, 257:2,
257:7, 257:11,
257:20, 258:18,
259:12, 259:24,
260:14, 261:11,
261:17, 261:20,
262:20, 264:6,
264:13, 265:4,
265:15, 266:14,
267:16, 269:13,
270:5, 270:25,
271:23, 272:21,
273:12, 273:15,
273:20, 274:3,
274:11, 275:3,
275:11, 276:7,
276:13, 277:4,
277:8, 278:4,
278:15, 279:8,
279:14, 279:19,
280:3, 280:10,
281:9, 281:14,
283:20, 284:25,
285:8, 285:19,
286:10, 286:15,
287:12, 287:19,
288:6, 288:21,
289:15, 290:5,
290:10, 290:15,
291:8, 291:15,
291:23, 292:7,
292:25, 293:16,
294:12, 294:24,
295:7, 295:17,
296:3, 296:10,
296:23, 297:9,
297:17, 298:7

**MS** [72] - 4:7, 4:14,
4:17, 4:22, 8:4,
11:10, 11:23, 32:18,
34:10, 43:7, 51:5,
51:11, 51:17, 62:5,
62:13, 65:2, 65:7,
65:15, 66:4, 66:12,
66:17, 70:23, 74:5,

106:12, 107:12,
109:3, 109:10,
132:6, 132:15,
132:18, 132:23,
133:4, 133:9,
134:10, 134:14,
134:23, 135:24,
136:5, 136:17,
136:22, 137:5,
143:4, 167:10,
169:2, 169:7,
169:13, 169:17,
169:23, 172:22,
186:9, 186:13,
188:13, 191:15,
191:20, 194:21,
195:5, 204:23,
210:11, 229:8,
236:14, 241:9,
253:5, 256:24,
257:5, 257:8,
257:14, 265:14,
269:19, 279:12,
279:22, 280:12,
298:4
**mud** [1] - 269:18
**murder** [23] - 148:7,
148:11, 148:16,
148:21, 155:22,
156:7, 156:16,
156:24, 157:4,
157:16, 158:10,
159:14, 161:4,
161:20, 162:2,
170:7, 272:9, 273:8,
274:23, 290:3,
296:8, 296:12,
296:20
**murderer** [1] - 290:3
**murders** [22] - 19:11,
19:20, 20:24, 30:8,
36:20, 57:13,
227:18, 228:9,
231:2, 231:24,
259:20, 271:21,
272:15, 273:10,
274:25, 275:6,
276:11, 277:2,
277:6, 278:3, 279:6,
289:11
**must** [2] - 119:8,
263:3

# N

**nab** [1] - 156:17
**naked** [5] - 110:13,
110:16, 168:19,
217:8
**Name** [1] - 301:3

**name** [2] - 4:8, 4:17
**named** [1] - 26:9
**Nassau** [3] - 28:2,
28:8, 28:18
**naval** [1] - 23:20
**Navy** [2] - 23:16, 34:3
**necessarily** [4] -
193:5, 193:11,
249:24, 259:22
**necessary** [3] -
281:13, 281:17,
287:17
**neck** [3] - 182:15,
236:25, 252:6
**need** [7] - 94:2,
134:14, 135:13,
172:25, 266:5,
281:20, 293:4
**needed** [3] - 45:15,
116:20, 125:19
**needs** [1] - 33:19
**negative** [17] - 114:15,
114:18, 115:8,
115:9, 115:14,
116:3, 116:6,
144:11, 145:19,
145:25, 147:24,
155:25, 160:4,
160:23, 178:8,
262:19
**negatives** [1] - 115:25
**neglige** [1] - 235:20
**NEUFELD** [1] - 2:3
**never** [31] - 36:15,
36:22, 52:18, 52:19,
53:22, 58:12, 59:9,
59:24, 60:2, 66:6,
66:13, 81:23, 82:7,
108:8, 133:16,
134:2, 134:7,
134:19, 135:6,
135:9, 163:7,
237:14, 238:11,
245:13, 281:17,
282:2, 282:6, 282:9,
282:12, 282:15
**NEW** [2] - 1:2, 1:2
**new** [8] - 29:9, 99:25,
101:5, 105:10,
179:8, 179:19,
185:9, 185:18
**New** [16] - 1:13, 1:22,
2:5, 2:9, 4:4, 24:3,
24:13, 24:17, 25:10,
25:18, 25:21, 26:2,
26:5, 49:21, 302:4
**news** [1] - 81:21
**next** [14] - 64:7, 69:12,
79:4, 80:2, 110:23,
113:7, 139:5,

139:11, 139:16,
142:15, 152:18,
191:7, 221:11,
297:19
**nice** [1] - 4:21
**night** [1] - 114:12
**nightgown** [10] -
229:2, 229:5, 229:7,
235:10, 235:13,
236:3, 236:7,
236:22, 239:8,
239:22
**nobody** [6] - 216:17,
234:17, 281:19,
281:20, 287:25,
290:22
**Non** [1] - 1:17
**Non-Party** [1] - 1:17
**none** [3] - 154:22,
204:12, 225:16
**noon** [3] - 116:25,
128:16, 150:4
**Norfolk** [1] - 23:18
**normal** [2] - 220:10,
251:9
**NORMAN** [1] - 1:7
**north** [1] - 71:19
**nose** [5] - 222:2,
222:9, 222:15,
223:23, 226:24
**Notary** [4] - 1:21, 3:14,
4:3, 302:3
**NOTARY** [2] - 298:19,
301:24
**notation** [7] - 64:2,
69:12, 70:2, 70:3,
75:3, 76:12, 236:20
**notations** [2] - 83:11,
236:21
**note** [1] - 70:13
**noted** [9] - 38:12,
39:2, 64:7, 75:21,
75:25, 139:20,
139:21, 255:23,
298:8
**notes** [25] - 6:15,
10:20, 10:21, 13:22,
14:23, 15:2, 15:7,
15:11, 15:12, 15:17,
38:21, 42:13, 42:18,
43:21, 44:16, 63:2,
63:22, 64:13, 69:10,
77:11, 141:24,
203:12, 211:2,
236:12, 236:19
**nothing** [12] - 17:19,
52:25, 53:8, 152:20,
153:22, 158:6,
179:4, 180:22,
199:3, 201:15,

201:16, 229:23
**Notice** [1] - 1:20
**notice** [2] - 16:11, 292:19
**noticed** [8] - 9:9, 9:14, 10:6, 14:6, 14:12, 81:13, 241:18, 243:7
**notified** [2] - 116:17, 117:17
**noting** [6] - 69:20, 70:2, 75:10, 76:21, 79:21, 84:3
**NOW** [1] - 301:7
**nudge** [1] - 196:7
**number** [25] - 6:8, 38:7, 38:22, 40:6, 67:5, 78:17, 109:24, 111:5, 118:3, 131:8, 144:6, 155:15, 160:21, 167:15, 180:5, 203:15, 204:4, 205:7, 206:10, 210:23, 211:2, 229:4, 236:7, 262:6, 262:7
**Number** [4] - 206:18, 206:19, 208:2, 211:2
**numbered** [1] - 8:20
**numbering** [1] - 9:14
**numbers** [1] - 67:13
**numerous** [3] - 56:20, 150:7, 177:10
**nut** [2] - 195:24, 196:5
**nuts** [1] - 196:24
**NYPD** [7] - 26:15, 27:4, 27:6, 27:17, 27:22, 27:24, 86:4

**O**

**oath** [1] - 5:14
**Object** [1] - 202:24
**object** [93] - 12:20, 14:10, 16:22, 17:12, 17:15, 18:10, 19:24, 21:25, 22:21, 34:22, 46:15, 46:20, 47:15, 47:22, 48:13, 48:21, 50:13, 51:3, 56:15, 56:25, 58:7, 58:20, 59:3, 59:10, 59:19, 60:19, 76:2, 81:19, 82:5, 83:15, 83:22, 84:21, 85:3, 85:9, 86:24, 88:13, 91:20, 93:18, 94:4, 95:8, 96:15, 98:10, 98:22, 101:7, 102:25, 104:10, 104:17,

104:25, 106:21, 108:12, 110:3, 111:18, 111:25, 114:19, 115:16, 116:7, 118:10, 118:18, 118:23, 119:10, 121:8, 121:16, 122:20, 123:11, 125:12, 126:7, 126:18, 129:21, 133:22, 135:15, 135:21, 138:18, 139:12, 146:11, 148:23, 149:13, 153:4, 156:2, 156:10, 158:24, 168:6, 191:25, 192:14, 212:8, 216:2, 217:12, 221:25, 226:16, 232:3, 254:5, 265:15, 276:13, 279:8
**Objection** [189] - 9:4, 10:9, 18:16, 21:19, 28:13, 30:23, 40:13, 44:11, 45:4, 55:14, 81:9, 85:16, 87:15, 87:22, 89:25, 99:4, 99:13, 100:21, 102:14, 103:20, 105:11, 105:24, 106:7, 107:17, 108:5, 108:21, 112:22, 120:2, 121:23, 124:9, 125:25, 128:10, 128:23, 130:4, 130:13, 131:14, 140:21, 141:22, 143:24, 145:5, 146:5, 146:13, 147:14, 149:19, 151:4, 151:20, 152:15, 153:20, 155:7, 157:6, 157:23, 158:7, 158:17, 159:15, 160:12, 161:5, 161:22, 162:4, 163:4, 163:9, 168:14, 168:22, 170:8, 170:22, 178:22, 179:9, 179:21, 180:14, 182:10, 182:18, 183:11, 184:6, 186:6, 187:2, 187:22, 188:10, 189:10, 191:8, 193:3, 193:23,

194:17, 194:24, 196:13, 197:4, 197:10, 197:14, 198:8, 199:10, 202:17, 204:2, 207:23, 209:14, 209:21, 212:2, 212:16, 212:25, 213:8, 214:11, 215:3, 217:3, 218:6, 219:17, 221:5, 221:19, 225:3, 225:23, 229:24, 232:12, 233:7, 233:11, 234:8, 235:2, 237:11, 237:15, 238:2, 238:8, 238:13, 238:25, 239:11, 239:25, 240:15, 241:5, 244:11, 248:5, 248:12, 249:22, 251:11, 251:22, 252:8, 252:18, 254:19, 255:18, 256:19, 258:18, 259:12, 259:24, 260:14, 261:11, 261:17, 261:20, 262:20, 264:6, 265:4, 266:14, 267:16, 270:5, 270:25, 271:23, 272:21, 273:12, 273:15, 273:20, 274:3, 274:11, 275:3, 276:7, 277:4, 277:8, 278:4, 278:15, 280:3, 281:9, 281:14, 283:20, 284:25, 285:8, 285:19, 286:10, 286:15, 287:19, 288:6, 288:21, 290:5, 290:15, 291:8, 291:15, 291:23, 292:7, 292:25, 293:16, 294:12, 294:24, 295:7, 295:17, 296:3, 296:10, 296:23, 297:9, 297:17
**objection** [32] - 50:6, 96:4, 97:15, 120:10, 122:15, 134:11, 142:9, 145:23, 146:24, 147:8, 147:21, 154:23, 159:19, 162:14,

164:21, 183:3, 201:2, 205:21, 207:10, 208:12, 213:23, 222:18, 223:13, 226:9, 228:19, 230:21, 231:5, 242:9, 250:17, 264:13, 287:12, 289:15
**objections** [1] - 3:9
**objective** [1] - 199:12
**objectively** [2] - 97:2, 108:17
**objects** [3] - 127:2, 159:23, 185:15
**observable** [3] - 69:15, 70:4, 72:5
**observations** [3] - 38:5, 57:9, 57:16
**observe** [3] - 121:14, 125:17, 200:19
**observed** [30] - 20:9, 20:13, 38:7, 38:22, 47:2, 52:7, 52:13, 58:17, 60:11, 60:16, 62:9, 62:25, 64:14, 65:9, 65:18, 68:17, 69:6, 70:7, 70:9, 73:14, 74:13, 76:22, 77:15, 77:22, 81:17, 82:11, 166:20, 168:4, 229:4, 236:6
**observing** [2] - 80:15, 83:13
**obtained** [2] - 203:13, 241:24
**obvious** [6] - 73:16, 125:20, 127:6, 127:23, 163:21
**obviously** [8] - 20:4, 118:21, 128:19, 131:24, 247:22, 247:25, 295:12, 295:20
**occasion** [6] - 20:3, 20:21, 88:16, 89:16, 89:18, 101:18
**occasions** [1] - 45:18
**occur** [1] - 227:19
**occurred** [14] - 36:20, 55:13, 91:12, 91:19, 92:25, 96:2, 98:2, 102:13, 104:4, 104:22, 129:16, 157:16, 228:9, 282:18
**occurs** [1] - 230:4
**October** [2] - 91:2, 94:13
**OF** [4] - 1:2, 1:7, 2:8,

301:2
**offer** [2] - 252:16, 267:7
**offered** [1] - 278:22
**offering** [2] - 65:16, 66:7
**offers** [1] - 231:10
**offhand** [2] - 157:8, 218:8
**Office** [1] - 29:13
**office** [20] - 7:18, 9:22, 22:10, 27:8, 28:2, 28:18, 29:3, 100:9, 107:4, 190:7, 190:12, 200:14, 201:7, 203:16, 203:20, 204:10, 212:14, 225:17, 247:12, 287:4
**officer** [2] - 23:20, 44:19
**Officer** [3] - 42:22, 43:6, 44:2
**OFFICERS** [1] - 1:8
**official** [1] - 150:8
**often** [6] - 47:20, 47:24, 87:10, 99:8, 126:3, 146:16
**Old** [1] - 1:12
**on-the-job** [2] - 33:5, 34:6
**once** [9] - 16:2, 48:5, 48:6, 87:19, 87:21, 87:25, 214:18
**one** [135] - 4:18, 11:5, 11:12, 12:12, 16:19, 31:16, 35:9, 37:7, 37:23, 38:12, 38:16, 38:18, 38:19, 38:20, 52:21, 54:14, 54:16, 56:5, 56:13, 57:22, 59:8, 61:20, 64:9, 64:13, 69:4, 69:5, 69:16, 69:17, 69:23, 69:24, 71:17, 72:2, 72:3, 72:18, 72:21, 73:6, 73:13, 74:12, 76:9, 76:16, 77:17, 81:2, 81:13, 86:18, 87:11, 88:8, 88:24, 89:2, 93:13, 109:21, 111:13, 111:14, 112:25, 113:2, 113:17, 113:21, 119:13, 123:14, 126:12, 129:8, 131:6, 140:16, 140:23, 141:10, 141:11, 142:5, 146:8, 147:22,

148:25, 152:5, 153:24, 154:8, 155:15, 157:9, 160:9, 164:12, 164:20, 165:7, 185:4, 189:12, 193:25, 194:7, 195:24, 200:3, 203:8, 205:8, 206:16, 208:23, 209:24, 215:20, 217:6, 217:14, 218:15, 221:21, 222:21, 224:2, 227:13, 228:5, 230:5, 232:19, 233:22, 235:19, 236:8, 236:10, 236:25, 237:4, 239:15, 241:3, 241:21, 244:19, 245:9, 245:12, 248:7, 250:22, 251:13, 252:13, 258:25, 261:5, 261:23, 268:18, 268:21, 269:2, 270:20, 275:6, 284:9, 289:4, 290:10, 292:4, 297:8

**one-and-a-half** [1] - 64:9
**one-hour** [1] - 16:19
**one-quarter** [1] - 69:17
**ones** [5] - 15:14, 96:10, 96:12, 111:4, 287:5
**open** [2] - 58:25, 150:15
**opinion** [26] - 31:14, 59:13, 59:15, 60:7, 146:3, 158:6, 158:22, 189:12, 227:8, 232:7, 234:15, 238:5, 239:13, 239:19, 244:25, 245:23, 252:11, 252:17, 253:3, 254:9, 254:13, 255:2, 267:7, 273:4, 286:12, 294:15
**opinions** [1] - 60:9
**opposed** [1] - 211:13
**opposite** [2] - 190:14, 190:16
**option** [1] - 113:21
**orally** [1] - 108:9
**order** [19] - 109:13,

230:15, 231:2, 231:24, 260:12, 271:22, 272:16, 273:10, 274:25, 275:5, 276:3, 276:11, 277:2, 277:6, 277:20, 278:2, 279:5, 289:12, 290:2
**ordered** [1] - 139:24
**ordinary** [1] - 179:4
**oriented** [2] - 68:10, 71:18
**origin** [2] - 114:10, 115:7
**original** [1] - 95:16
**originated** [4] - 206:12, 206:13, 209:7, 210:7
**otherwise** [5] - 115:11, 136:25, 137:18, 231:20, 269:17
**outcome** [1] - 302:13
**outside** [12] - 48:12, 89:23, 90:14, 117:16, 117:21, 118:2, 201:19, 201:23, 202:14, 237:19, 240:8, 254:22
**outstanding** [1] - 53:21
**oval** [12] - 218:15, 218:21, 219:5, 219:7, 220:7, 221:16, 222:17, 224:16, 224:19, 227:6, 247:8, 249:7
**overall** [3] - 41:22, 41:25, 125:17
**own** [11] - 23:2, 28:19, 48:18, 60:9, 82:13, 84:18, 93:15, 95:23, 107:9, 159:9, 159:12
**oxidizes** [1] - 260:17

**P**

**p.m** [2] - 255:24, 298:8
**Page** [18] - 94:12, 137:21, 138:4, 138:6, 138:13, 138:14, 143:14, 173:21, 173:23, 176:11, 188:18, 188:20, 205:3, 235:18, 241:22, 299:4, 299:14, 300:4

**page** [23] - 9:25, 11:5, 37:5, 63:2, 63:13, 63:15, 64:4, 66:24, 67:17, 68:10, 69:11, 70:18, 71:18, 75:4, 91:3, 143:17, 187:13, 187:14, 206:6, 206:8, 210:22, 243:5, 297:19
**pages** [8] - 6:8, 8:17, 8:20, 8:22, 9:8, 9:10, 9:13, 68:23
**pagination** [1] - 9:10
**pair** [4] - 57:18, 84:11, 165:25, 196:6
**palm** [10] - 36:3, 39:18, 76:16, 76:23, 77:16, 77:24, 79:15, 79:23, 80:11, 80:21
**paperwork** [1] - 142:25
**paragraph** [4] - 138:4, 138:5, 138:12, 138:24
**parents** [15] - 128:20, 188:5, 188:8, 256:10, 258:3, 258:4, 265:11, 265:25, 267:23, 268:20, 270:23, 271:7, 271:13, 272:14, 275:19
**part** [23] - 24:8, 26:7, 52:22, 79:15, 79:22, 80:11, 90:10, 95:11, 96:9, 104:8, 129:14, 222:14, 225:7, 228:17, 229:20, 235:15, 247:11, 247:17, 249:9, 249:19, 285:13, 285:25, 293:23
**part-time** [1] - 24:8
**partially** [3] - 69:15, 70:4, 72:4
**participants** [1] - 97:25
**participate** [5] - 94:23, 280:6, 280:15, 283:4, 283:6
**participated** [1] - 37:12
**particles** [3] - 153:16, 180:10, 258:9
**particular** [4] - 120:19, 121:22, 138:9, 295:14
**particularly** [2] - 144:20, 177:13

**parties** [2] - 3:4, 302:10
**parts** [2] - 138:9, 295:14
**Party** [1] - 1:17
**pass** [2] - 42:24, 98:19
**passed** [6] - 42:9, 42:10, 42:18, 44:2, 46:11, 178:19
**passing** [1] - 43:5
**past** [3] - 9:17, 101:17, 184:18
**Patchogue** [1] - 23:12
**pathologist** [1] - 140:7
**pattern** [54] - 33:3, 33:4, 33:8, 33:19, 41:17, 42:19, 43:4, 43:24, 52:22, 54:25, 64:11, 68:9, 68:16, 68:18, 68:21, 69:2, 69:15, 69:19, 69:21, 70:4, 70:10, 70:11, 72:4, 72:8, 72:25, 73:11, 74:2, 74:9, 75:11, 75:14, 75:16, 75:20, 75:25, 79:7, 79:8, 80:6, 80:10, 80:14, 161:8, 161:9, 215:21, 215:24, 216:2, 216:6, 223:6, 225:7, 227:4, 228:12, 237:8, 238:23, 242:2, 242:3, 252:13
**patterned** [1] - 39:22
**patterns** [45] - 20:3, 20:10, 20:18, 21:2, 35:22, 38:13, 38:23, 39:2, 39:8, 39:14, 47:2, 47:7, 52:12, 54:3, 57:17, 58:16, 60:11, 64:14, 69:5, 71:15, 71:23, 73:14, 74:12, 76:15, 76:22, 77:15, 77:22, 79:3, 81:17, 82:11, 82:14, 83:4, 83:9, 83:12, 83:19, 84:5, 85:14, 93:6, 223:7, 239:21, 242:14, 245:12, 252:22, 253:20
**peach** [1] - 43:21
**peach-colored** [1] - 43:21
**pending** [1] - 5:21
**people** [18] - 13:12, 22:3, 22:9, 29:8, 29:9, 31:11, 31:17, 41:12, 42:19, 88:8, 93:5, 94:15, 94:18,

95:5, 107:15, 119:14, 160:18, 292:4
**percent** [1] - 200:4
**percentage** [1] - 179:15
**perfectly** [1] - 179:8
**perform** [3] - 32:2, 101:3, 178:2
**performed** [7] - 105:22, 106:19, 107:23, 114:11, 144:6, 203:14, 236:3
**performing** [1] - 54:15
**perhaps** [9] - 8:2, 36:14, 39:21, 39:24, 40:25, 52:20, 111:13, 115:19, 129:7, 140:20, 147:18, 147:25, 148:20, 161:10, 221:25, 222:2, 250:5, 291:25
**period** [3] - 37:19, 100:25, 262:18
**periphery** [5] - 69:15, 69:21, 70:5, 70:10, 72:5
**perpetrator** [9] - 39:9, 40:20, 42:4, 83:14, 83:21, 84:6, 199:13, 228:3, 268:16
**perpetrators** [3] - 39:9, 84:7, 199:8
**person** [10] - 16:5, 16:7, 40:23, 119:13, 199:24, 254:8, 275:25, 276:2
**personnel** [6] - 118:3, 150:7, 150:8, 150:20, 243:15, 244:4
**pertaining** [1] - 16:11
**pertains** [1] - 291:13
**Pete** [1] - 27:16
**Pezula** [1] - 27:16
**PG** [1] - 301:7
**phone** [1] - 16:6
**photo** [1] - 78:10
**photograph** [13] - 67:2, 67:20, 68:6, 70:19, 71:24, 75:19, 75:24, 78:16, 80:16, 80:17, 80:21, 208:8, 253:16
**Photograph** [2] - 300:7, 300:15
**photographing** [1] - 42:13
**photographs** [22] -

44:10, 50:9, 50:12, 51:22, 63:7, 63:18, 64:18, 64:20, 65:8, 65:19, 65:24, 66:2, 66:7, 66:14, 68:25, 71:6, 71:8, 71:11, 74:24, 253:18

**Photographs** [5] - 299:19, 299:20, 299:21, 299:23, 300:12

**photos** [3] - 50:21, 51:10, 201:5

**phrase** [2] - 190:19, 221:12

**physical** [4] - 98:5, 110:7, 285:10, 286:2

**picked** [1] - 161:13

**picking** [1] - 123:25

**picture** [8] - 70:22, 70:24, 167:11, 167:23, 168:9, 252:20, 253:9, 253:15

**pictures** [1] - 254:16

**piece** [4] - 58:2, 110:14, 141:2, 166:24

**pieces** [1] - 15:5

**pillow** [22] - 15:9, 38:16, 38:19, 38:23, 39:14, 48:19, 52:4, 60:13, 76:9, 76:16, 76:24, 77:5, 77:12, 77:17, 78:2, 78:16, 79:4, 79:19, 79:23, 80:15, 82:12, 83:10

**pink** [3] - 141:2, 142:6, 177:11

**pinkish** [1] - 139:21

**pitted** [1] - 184:16

**Pizolla** [2] - 49:23

**place** [3] - 1:21, 119:25, 251:10

**plain** [1] - 158:20

**Plaintiff** [3] - 1:5, 1:18, 2:4

**Plaintiff's** [27] - 11:25, 12:5, 43:11, 43:13, 43:16, 62:17, 63:6, 63:9, 74:20, 76:7, 78:5, 137:7, 137:11, 143:10, 167:12, 173:20, 188:15, 188:19, 204:21, 204:25, 210:13, 210:16, 229:10, 236:16, 241:10, 253:7, 299:14

**Plaintiffs** [1] - 300:4

**plastic** [3] - 183:20, 183:24, 184:22

**pleasure** [1] - 109:9

**plenty** [2] - 250:15, 250:19

**pliers** [4] - 166:2, 196:2, 196:6, 197:2

**pocket** [1] - 156:19

**point** [31] - 5:15, 5:19, 7:14, 16:14, 19:22, 30:4, 30:10, 51:21, 111:20, 112:3, 112:7, 113:4, 114:16, 114:21, 123:2, 123:20, 131:2, 136:8, 144:23, 149:25, 155:9, 165:8, 175:7, 176:3, 222:3, 223:11, 249:21, 274:21, 279:20, 280:6, 297:4

**pointed** [8] - 73:20, 73:23, 73:25, 74:4, 74:8, 74:16, 124:16, 127:4

**pointing** [1] - 73:10

**points** [4] - 20:20, 274:7, 274:10, 275:2

**poked** [1] - 62:10

**police** [6] - 25:4, 27:15, 28:16, 29:4, 150:7, 208:22

**POLICE** [1] - 1:8

**Police** [4] - 25:18, 25:22, 26:2, 26:5

**policy** [2] - 44:13, 208:18

**pool** [1] - 252:23

**pooled** [1] - 212:9

**pooling** [2] - 251:20, 252:3

**population** [1] - 200:5

**porous** [2] - 183:6, 183:23

**portion** [4] - 137:19, 194:24, 208:21, 279:25

**portions** [1] - 273:25

**posed** [1] - 184:9

**position** [8] - 29:11, 29:16, 196:17, 220:16, 232:7, 242:6, 246:18, 249:18

**positive** [7] - 79:11, 114:4, 115:8, 261:6, 261:25, 262:5, 262:9

**positives** [2] - 115:24, 116:2

**possibilities** [1] - 40:15, 41:4, 56:4, 214:15, 221:23, 248:8, 248:11, 279:3, 291:5, 291:12

**possibility** [33] - 56:5, 56:13, 140:16, 140:23, 141:10, 141:11, 142:6, 214:4, 214:7, 214:9, 214:13, 217:5, 217:6, 217:16, 217:18, 221:21, 222:11, 227:13, 227:22, 228:6, 232:10, 248:17, 248:23, 260:7, 268:18, 268:22, 269:2, 269:3, 273:22, 273:23, 278:18, 278:20

**possible** [11] - 39:13, 80:20, 129:18, 145:3, 145:12, 171:4, 194:14, 203:12, 208:5, 249:4, 275:18

**possibly** [2] - 154:19, 237:23

**potential** [4] - 44:10, 125:18, 146:19, 159:23

**potentially** [2] - 39:4, 273:10

**practice** [2] - 126:6, 129:20

**practices** [1] - 122:10

**precise** [6] - 11:2, 128:6, 152:3, 167:4, 218:23, 267:4

**preliminary** [3] - 11:16, 11:18, 162:21

**prep** [1] - 12:14

**preparation** [7] - 8:13, 9:18, 10:17, 11:13, 13:4, 15:25, 81:3

**prepare** [3] - 5:25, 67:9, 68:4

**prepared** [9] - 11:18, 12:7, 13:25, 62:21, 68:9, 76:8, 81:4, 137:13, 241:14

**preprinted** [1] - 205:8

**prerogative** [1] - 287:9

**presence** [29] - 36:2, 38:13, 109:20, 110:2, 114:13, 155:3, 155:25, 161:25, 163:15, 165:13, 166:12,

167:7, 171:4, 171:11, 172:4, 172:15, 173:6, 174:14, 174:21, 178:9, 180:2, 181:6, 182:5, 185:16, 186:17, 200:15, 202:2, 234:5, 277:24

**present** [19] - 46:14, 49:8, 55:20, 69:18, 72:4, 72:7, 112:5, 115:6, 115:16, 117:8, 144:18, 146:3, 160:17, 170:13, 180:21, 186:24, 202:4, 202:6, 208:18

**presented** [1] - 232:24

**Presently** [1] - 213:16

**preserved** [1] - 150:16

**press** [1] - 118:17

**presumably** [4] - 216:18, 224:18, 224:25, 256:12

**presume** [3] - 106:9, 106:10, 117:6

**presumptive** [16] - 79:11, 110:25, 111:10, 112:11, 112:13, 112:14, 113:6, 114:12, 115:13, 115:21, 116:4, 144:8, 201:18, 201:25, 203:12, 256:18

**pretty** [9] - 41:21, 89:20, 101:11, 154:6, 237:4, 240:24, 246:2, 250:9, 266:16

**prevent** [1] - 193:12

**prevents** [1] - 227:23

**previously** [2] - 70:19, 204:21

**primarily** [1] - 92:15

**principal** [5] - 105:14, 284:12, 284:16, 284:18, 285:15

**principals** [1] - 91:15

**print** [6] - 76:23, 77:16, 79:15, 79:23, 80:11, 80:21

**prints** [6] - 36:3, 39:18, 44:10, 53:21, 54:5, 81:25

**prison** [2] - 21:16, 81:8

**private** [1] - 61:4

**privilege** [1] - 6:11

**privy** [1] - 244:8

**probability** [1] - 157:25

**probable** [2] - 162:12

**probative** [1] - 84:12

**problem** [3] - 66:19, 122:3, 135:10

**problems** [1] - 122:5

**Procedure** [1] - 1:19

**procedure** [1] - 126:5

**procedures** [4] - 119:25, 121:7, 121:15, 121:21

**proceed** [2] - 31:14, 121:13

**process** [20] - 77:9, 86:6, 86:14, 87:8, 93:12, 93:23, 94:21, 95:3, 95:5, 95:11, 96:9, 102:10, 102:17, 104:8, 110:6, 110:24, 113:8, 124:14, 243:16, 245:14

**processed** [7] - 26:25, 54:22, 85:24, 120:9, 122:2, 124:19, 126:25

**processing** [10] - 25:25, 26:7, 26:10, 86:3, 86:8, 86:17, 87:18, 120:19, 123:4, 251:7

**Production** [1] - 299:10

**professional** [2] - 47:13, 146:2

**professionally** [1] - 47:21

**proficiencies** [1] - 253:20

**proficient** [1] - 253:21

**profile** [2] - 118:22, 121:7

**progress** [1] - 103:10

**projected** [13] - 212:4, 212:10, 213:25, 214:18, 215:12, 215:13, 216:8, 217:19, 218:4, 227:4, 230:9, 252:25, 277:14

**projects** [2] - 216:3, 263:7

**promoted** [2] - 30:5, 30:11

**promotion** [2] - 30:2, 30:16

**proper** [6] - 51:12, 95:21, 121:14, 136:6, 136:7, 254:8

property [2] - 45:14, 100:4
prosecution [1] - 176:12
prosecutor [1] - 177:4
protocol [1] - 124:19
protocols [4] - 119:24, 121:6, 121:14, 121:21
prove [1] - 84:12
provided [1] - 66:15
Public [4] - 1:22, 3:14, 4:3, 302:3
public [1] - 118:16
PUBLIC [2] - 298:19, 301:24
purchased [2] - 81:15, 245:10
purportedly [9] - 263:15, 264:3, 270:22, 271:6, 271:10, 272:12, 272:19, 273:8, 274:24
purpose [2] - 134:21, 135:23
pursuant [1] - 1:19
pursued [1] - 25:8
purview [1] - 147:24
pushed [1] - 250:6
put [12] - 14:20, 69:9, 72:13, 72:17, 72:20, 74:3, 74:17, 76:5, 80:24, 125:22, 145:21, 191:5
putting [2] - 214:6, 268:22

## Q

QP1 [1] - 75:14
qualified [6] - 28:21, 31:10, 252:10, 252:16, 254:13, 254:25
quality [1] - 154:5
quantify [1] - 202:23
quantities [2] - 113:14, 202:20
quarter [3] - 69:17, 69:24, 75:13
quarterback [1] - 290:25
quarterbacking [1] - 290:19
questionable [3] - 40:3, 294:21, 295:2
questioning [4] - 169:24, 176:12,

176:15, 177:5
questions [22] - 5:13, 31:12, 85:20, 99:11, 99:16, 99:17, 109:17, 133:2, 133:6, 135:17, 136:25, 143:13, 162:24, 191:21, 198:19, 200:9, 234:5, 234:13, 265:18, 265:20, 283:11, 295:10
quickly [3] - 77:9, 150:21, 151:3
quite [2] - 133:13, 136:9

## R

raise [3] - 270:7, 277:25, 295:9
raised [5] - 66:5, 227:21, 281:18, 281:20, 297:15
raises [2] - 269:25, 295:5
ran [2] - 139:2, 269:11
ranch [2] - 190:14, 190:16
range [2] - 41:3, 41:6
rape [3] - 26:7, 26:10, 55:19
rate [1] - 251:10
rather [2] - 161:14, 176:20
reach [1] - 250:10
reaching [2] - 8:24, 250:4
react [2] - 114:3, 115:3
reaction [2] - 61:16, 114:5
reactions [1] - 79:11
read [21] - 6:3, 64:6, 69:11, 70:15, 90:21, 94:10, 133:8, 133:10, 133:15, 134:6, 134:19, 138:3, 143:22, 151:15, 157:14, 188:20, 194:24, 219:4, 235:17, 235:22, 279:25
READ [1] - 301:7
reader [1] - 159:4
reading [4] - 90:25, 149:21, 243:18, 243:19
READS [1] - 301:7
real [1] - 79:8

really [15] - 4:13, 36:16, 53:4, 59:22, 61:19, 120:23, 133:25, 159:17, 161:25, 175:3, 180:19, 184:12, 209:16, 238:5, 240:4
reanalysis [1] - 286:13
reanalyze [1] - 290:23
REASON [1] - 301:7
reason [24] - 8:10, 9:12, 52:16, 84:3, 101:21, 107:20, 121:4, 131:10, 131:17, 135:13, 140:9, 152:9, 152:11, 160:9, 172:8, 176:6, 178:10, 189:7, 202:21, 209:11, 223:2, 231:11, 235:6, 263:25
reasonable [1] - 150:25
reasonably [1] - 108:10
reasons [1] - 101:13
reassemble [2] - 195:12, 196:11
reattach [1] - 196:25
recalled [1] - 45:16
receive [1] - 118:15
received [2] - 53:25, 163:18
recent [1] - 35:24
recently [1] - 178:19
recess [3] - 62:15, 109:12, 173:2
recollection [12] - 35:4, 43:25, 121:3, 135:2, 168:10, 174:13, 174:19, 174:24, 175:24, 235:25, 236:6, 245:20
reconsider [1] - 289:11
reconstruct [1] - 197:17
reconstruction [19] - 90:6, 90:11, 91:6, 91:16, 93:20, 93:22, 94:16, 94:22, 95:4, 102:10, 103:24, 104:5, 280:7, 280:16, 281:8, 282:3, 283:7, 286:7, 287:10
record [13] - 4:8, 32:20, 34:13, 72:12,

72:19, 73:20, 74:4, 132:22, 183:19, 243:18, 257:22, 269:17, 302:7
recovered [7] - 36:19, 36:24, 48:19, 58:5, 131:7, 163:14, 171:14
recovery [1] - 151:12
recruit [1] - 34:4
rectangle [1] - 67:24
red [12] - 64:8, 69:14, 70:3, 75:13, 168:3, 177:11, 177:15, 177:18, 269:25, 270:7, 277:25, 295:5
red-brown [2] - 64:8, 69:14, 70:3
red-brownish [1] - 168:3
red/brown [1] - 70:25
reddish [9] - 163:25, 164:4, 164:8, 166:20, 167:23, 168:2, 168:11, 168:19
reddish-brown [5] - 166:20, 167:23, 168:2, 168:11, 168:19
redo [2] - 176:10, 282:10
reevaluate [1] - 105:9
refer [1] - 43:9
reference [1] - 165:18
referring [6] - 6:17, 10:22, 13:9, 221:13, 241:23, 275:2
reflect [1] - 75:20
reflected [3] - 9:2, 80:16, 80:17
reflective [1] - 275:24
reflects [1] - 70:13
refresh [8] - 13:16, 43:25, 135:2, 168:10, 174:12, 174:19, 174:23, 236:5
regard [2] - 273:7, 274:22
regarding [5] - 14:23, 43:21, 52:9, 99:16, 143:2
regardless [5] - 46:10, 96:20, 108:18, 201:6, 258:22
regular [1] - 149:2
Reich [5] - 117:11, 117:23, 119:17, 120:17, 120:22

REIN [1] - 1:7
reinvestigation [1] - 293:21
related [1] - 302:9
relation [4] - 54:24, 55:2, 206:23, 225:6
relationship [2] - 47:13, 120:16
relative [1] - 136:19
release [2] - 22:13, 81:7
released [2] - 21:16, 208:21
relevance [5] - 133:17, 134:22, 135:7, 136:9, 191:13
relevent [1] - 39:4
reliability [1] - 274:9
reliable [2] - 115:13, 116:5
relying [1] - 107:15
remember [26] - 7:20, 28:7, 30:2, 32:14, 35:2, 35:17, 36:7, 36:9, 87:14, 117:23, 120:21, 120:22, 129:8, 130:25, 156:5, 157:2, 164:20, 166:3, 173:15, 176:17, 177:2, 177:3, 240:20, 240:24, 241:3, 245:22
remiss [1] - 245:21
removed [3] - 140:2, 141:14, 177:10
render [4] - 232:6, 252:11, 255:2, 273:3
repeat [2] - 60:21, 83:24, 126:20, 194:22
repeatedly [3] - 99:11, 190:2, 190:18
rephrase [5] - 5:16, 9:11, 60:22, 94:9, 195:6
replace [2] - 191:3, 191:6
report [40] - 11:6, 11:7, 11:16, 11:18, 12:6, 12:8, 12:10, 12:11, 13:24, 14:4, 15:17, 15:19, 97:5, 106:24, 108:16, 132:14, 134:16, 137:13, 137:17, 137:19, 138:16, 159:4, 162:22, 187:6, 187:12, 187:19, 188:14,

188:21, 203:24, 204:15, 204:17, 204:21, 205:4, 205:7, 242:15, 245:6, 245:9, 245:18, 245:24, 246:6

**Report** [4] - 299:25, 300:8, 300:9, 300:11

**reported** [8] - 10:6, 108:8, 122:8, 162:18, 191:18, 233:17, 233:18, 233:20

**reporter** [4] - 8:8, 194:25, 269:14, 280:2

**reports** [9] - 11:3, 11:5, 11:13, 12:13, 13:8, 13:18, 13:22, 96:11, 146:23

**represent** [8] - 50:8, 50:21, 70:17, 71:5, 137:12, 176:14, 188:21, 253:10

**representative** [3] - 220:2, 224:2, 224:12

**represented** [1] - 5:7

**representing** [3] - 4:19, 65:5, 65:12

**reputed** [1] - 293:15

**request** [3] - 13:14, 32:19, 32:22

**requested** [5] - 45:7, 194:23, 279:24, 290:20, 292:6

**REQUESTS** [1] - 299:8

**reserved** [1] - 3:10

**reside** [1] - 259:9

**residue** [19] - 177:25, 178:17, 179:18, 180:10, 184:5, 185:5, 185:8, 185:18, 185:25, 256:6, 256:16, 258:10, 259:23, 260:10, 260:17, 260:19, 260:20, 260:23, 263:22

**resolve** [1] - 59:9

**resolved** [2] - 53:22, 82:15

**respective** [1] - 3:4

**respond** [4] - 87:7, 88:15, 116:15, 116:20

**responded** [4] - 37:8, 87:11, 116:13, 120:6

**responding** [1] -

119:4

**rest** [2] - 98:6, 289:18

**result** [3] - 114:14, 208:25, 261:6

**results** [37] - 14:20, 45:21, 46:8, 53:3, 100:19, 104:15, 104:23, 105:4, 105:7, 105:10, 107:22, 144:9, 149:9, 178:5, 199:18, 205:18, 207:25, 210:19, 233:17, 233:19, 233:20, 233:23, 234:21, 235:8, 248:18, 249:4, 281:3, 281:5, 281:6, 281:24, 282:7, 287:24, 289:2, 294:7, 295:24, 297:7

**retain** [2] - 208:17, 208:20

**reverse** [1] - 271:22

**review** [13] - 11:3, 13:3, 13:20, 13:24, 14:3, 14:21, 14:25, 15:13, 15:16, 15:18, 78:8, 137:17, 143:15

**reviewed** [23] - 6:24, 7:13, 7:24, 8:11, 9:3, 9:10, 9:17, 9:23, 10:16, 11:13, 12:13, 12:15, 13:18, 14:8, 15:6, 15:19, 22:24, 50:11, 51:8, 51:21, 81:3, 165:19, 241:13

**reviewing** [4] - 6:22, 7:11, 12:17, 107:15

**revisit** [5] - 95:25, 104:14, 284:14, 284:21, 288:17

**rhetorical** [2] - 106:11, 106:13

**RICHARD** [1] - 1:8

**ridge** [43] - 20:10, 20:11, 38:13, 38:23, 39:14, 64:11, 64:14, 68:16, 69:5, 69:19, 69:21, 70:4, 70:10, 70:11, 71:15, 71:23, 72:4, 72:8, 72:25, 73:11, 73:13, 74:2, 74:9, 74:12, 75:11, 75:14, 75:16, 75:20, 75:24, 76:14, 76:22, 77:15, 77:22, 79:3, 79:7, 79:8, 80:5, 80:6, 80:10, 80:14, 82:11, 83:12, 84:4

**ridge-like** [1] - 20:10, 20:11, 38:13, 38:23, 39:14, 69:19, 71:15, 71:23, 72:8, 72:25, 73:11, 73:13, 74:2, 74:9, 74:12

**right-hand** [1] - 210:23

**right-out-of-the-box** [1] - 185:9

**rinses** [1] - 154:6

**road** [1] - 250:25

**Road** [1] - 1:12

**Robert** [4] - 4:10, 18:24, 117:4, 301:4

**ROBERT** [3] - 1:7, 1:17, 298:12

**ROE** [1] - 1:8

**Ron** [2] - 49:5, 50:9

**room** [13] - 163:15, 164:3, 165:4, 167:19, 168:4, 168:13, 168:20, 174:3, 226:7, 230:3, 231:13, 275:6, 278:14

**rooms** [2] - 49:14, 61:13

**round** [2] - 112:11, 220:13

**routinely** [3] - 33:14, 44:25, 109:21

**rubber** [5] - 40:11, 41:7, 56:7, 81:15, 81:24

**rule** [1] - 297:2

**Rules** [1] - 1:19

**ruling** [1] - 84:9

**run** [4] - 197:20, 259:2, 259:3, 267:25

**running** [2] - 184:17, 265:7

**rust** [4] - 164:5, 164:18, 166:19

**rust-colored** [2] - 164:18, 166:19

**Ryan** [1] - 13:25

## S

**S-15** [1] - 67:12

**S-16** [1] - 75:8

**S-3** [2] - 219:3, 219:15

**S-4** [10] - 63:15, 64:3, 64:7, 64:13, 67:21, 67:23, 79:5, 79:7, 80:3

**S-6** [9] - 69:12, 69:19, 70:9, 70:12, 70:25,

71:6, 71:8, 71:12, 72:8

**S16** [2] - 75:12, 75:25

**sake** [1] - 8:5

**sample** [2] - 11:8, 224:13

**samples** [2] - 224:2, 225:20

**sampling** [1] - 220:2

**saturated** [1] - 235:21

**save** [1] - 218:14

**saw** [16] - 11:15, 13:14, 28:22, 41:2, 45:8, 54:4, 57:10, 71:23, 79:22, 80:2, 124:2, 147:3, 164:25, 165:5, 175:13, 268:5

**scale** [4] - 280:15, 281:8, 286:6, 287:9

**scenario** [16] - 45:12, 125:16, 161:15, 197:19, 213:17, 214:4, 214:5, 222:21, 228:24, 231:10, 252:21, 259:20, 262:23, 263:9, 272:2, 278:23

**scenarios** [2] - 278:25, 291:21

**scene** [130] - 10:24, 12:6, 12:10, 13:8, 14:2, 14:13, 15:11, 15:12, 19:22, 20:25, 37:7, 37:9, 37:13, 37:17, 41:23, 41:25, 54:10, 54:14, 54:16, 54:17, 54:23, 55:16, 57:8, 57:16, 58:6, 82:23, 84:8, 85:21, 86:18, 87:19, 87:20, 91:5, 91:10, 91:16, 91:18, 91:24, 92:23, 94:17, 95:22, 100:14, 105:15, 116:13, 116:16, 116:19, 117:3, 117:9, 117:15, 117:16, 117:21, 118:2, 118:8, 119:4, 119:18, 119:24, 120:6, 120:7, 120:13, 120:19, 120:25, 121:6, 121:7, 121:13, 122:2, 122:6, 122:13, 123:5, 123:17, 124:16, 124:18, 124:22, 125:17, 125:21,

126:16, 126:17, 126:25, 127:21, 128:2, 128:9, 128:16, 129:6, 129:15, 131:7, 131:9, 131:11, 131:18, 131:19, 131:22, 139:16, 147:4, 150:4, 150:7, 150:14, 150:16, 150:17, 150:20, 151:12, 152:5, 155:23, 156:7, 157:4, 160:14, 160:17, 163:19, 164:25, 216:17, 243:14, 243:16, 244:9, 245:14, 246:16, 251:4, 253:25, 258:5, 261:3, 262:25, 265:23, 267:10, 268:6, 272:10, 281:8, 282:4, 284:12, 284:19, 285:16, 286:7, 289:8, 291:14, 297:6

**scenes** [32] - 25:25, 85:23, 86:3, 86:6, 86:9, 86:13, 87:8, 87:9, 87:12, 88:16, 88:19, 103:4, 103:19, 120:9, 127:14, 148:12, 148:17, 150:25, 151:18, 152:6, 152:23, 181:6, 185:15, 250:15, 250:20, 250:22, 251:7, 255:7, 255:9, 255:10, 263:3, 268:14

**Schaler** [1] - 27:7

**SCHECK** [1] - 2:3

**school** [4] - 23:7, 23:9, 25:3, 27:9

**School** [1] - 23:11

**science** [3] - 24:17, 25:2, 29:16

**Science** [2] - 24:19, 29:14

**sciences** [4] - 24:22, 24:25, 29:22, 29:24

**Scientist** [2] - 30:5, 30:12

**scientist** [3] - 54:15, 267:9, 269:8

**scratch** [2] - 94:2, 94:7

**screen** [1] - 55:7

**screws** [3] - 166:7, 167:6, 196:24
**sealing** [1] - 3:5
**Seaside** [1] - 189:3
**second** [16] - 8:21, 10:13, 11:6, 63:15, 64:3, 67:16, 69:10, 70:18, 75:4, 111:7, 112:11, 113:19, 218:9, 229:13, 256:2, 290:10
**secretary** [1] - 191:24
**section** [16] - 26:23, 27:14, 29:18, 29:22, 33:13, 33:15, 44:3, 44:19, 44:21, 46:6, 47:4, 47:19, 82:12, 82:13, 116:18, 243:21
**sections** [2] - 92:2, 92:11
**see** [63] - 8:23, 9:2, 13:11, 43:23, 55:17, 61:18, 67:23, 68:8, 68:13, 71:14, 72:6, 73:7, 75:7, 79:16, 80:10, 81:22, 90:19, 90:23, 94:11, 96:6, 110:15, 111:22, 111:24, 112:8, 112:16, 113:3, 114:4, 121:19, 122:2, 122:23, 131:23, 136:23, 140:14, 141:4, 154:12, 156:21, 164:7, 165:18, 167:22, 168:11, 168:18, 174:9, 197:20, 206:7, 207:25, 208:2, 208:24, 210:25, 215:23, 219:2, 228:23, 241:25, 242:13, 242:25, 243:21, 253:14, 253:21, 254:16, 259:8, 259:22, 289:19, 292:21, 293:7
**seeing** [7] - 63:13, 78:12, 177:2, 177:3, 203:11, 274:14, 297:12
**seem** [4] - 118:20, 230:23, 274:17, 284:5
**sees** [1] - 127:10
**select** [2] - 225:5, 225:11

**selected** [7] - 220:3, 223:2, 223:7, 223:25, 224:12, 224:18, 224:24
**selection** [1] - 219:25
**semantics** [1] - 65:12
**send** [5] - 44:24, 45:6, 45:14, 46:6, 257:8
**senior** [1] - 31:17
**sense** [1] - 212:12
**sensitive** [5] - 111:11, 111:12, 112:19, 115:23, 154:7
**sent** [9] - 6:4, 45:3, 45:19, 46:22, 140:10, 141:20, 188:23, 189:5, 189:15
**sentence** [1] - 102:3
**separate** [3] - 44:23, 135:20, 225:20
**September** [15] - 85:22, 116:11, 128:21, 130:3, 130:12, 149:25, 150:4, 167:20, 168:5, 168:13, 168:21, 228:10, 253:12, 272:19, 276:24
**sequence** [1] - 277:21
**sergeant** [1] - 27:6
**series** [3] - 63:7, 64:10, 74:23
**serious** [1] - 105:20
**serologist** [4] - 92:16, 109:18, 109:21, 109:25
**serology** [10] - 12:8, 26:6, 26:18, 26:23, 27:9, 27:14, 28:3, 28:20, 29:20, 95:12
**Serology** [1] - 300:11
**served** [2] - 16:10, 23:15
**services** [1] - 84:10
**set** [7] - 11:5, 113:4, 187:17, 187:24, 228:4, 302:6, 302:15
**Seton** [1] - 23:11
**setting** [1] - 276:20
**several** [8] - 17:3, 34:6, 38:19, 52:16, 100:15, 241:24, 295:21, 295:24
**Seymour** [49] - 200:14, 203:16, 203:20, 203:21, 204:11, 204:13, 206:12, 206:17,

207:2, 207:8, 207:33, 207:16, 207:19, 209:4, 209:8, 210:5, 212:13, 212:20, 212:23, 213:7, 213:20, 214:23, 214:25, 215:16, 216:16, 221:8, 222:2, 222:9, 222:15, 223:24, 226:2, 226:4, 226:14, 226:20, 227:14, 227:15, 227:17, 227:24, 228:13, 229:17, 230:11, 247:10, 247:12, 247:23, 248:3, 248:15, 249:10, 276:22, 278:12, 296:21
**Seymour's** [34] - 216:13, 216:19, 216:22, 216:24, 217:6, 218:3, 218:10, 221:2, 221:15, 225:17, 225:20, 226:6, 228:10, 228:14, 229:12, 229:15, 229:18, 229:21, 230:14, 231:15, 231:22, 234:6, 249:7, 272:2, 276:15, 277:24, 278:13, 289:20, 289:24, 292:16, 292:19, 292:22, 293:4, 293:7
**shall** [2] - 3:6, 3:10
**shape** [3] - 70:6, 218:21, 219:7
**shaped** [5] - 69:16, 70:8, 70:9, 71:17, 237:3
**share** [1] - 200:5
**sharp** [2] - 131:24, 159:23
**shed** [1] - 82:17
**SHEET** [1] - 301:2
**sheet** [26] - 15:19, 62:25, 67:2, 67:9, 68:17, 69:7, 71:20, 74:24, 75:8, 75:17, 77:3, 117:6, 151:12, 210:18, 219:23, 220:16, 221:4, 222:16, 224:16, 227:5, 228:11, 229:22, 230:17, 231:16, 249:8,

277:14
**sheets** [53] - 15:8, 20:3, 20:6, 20:9, 20:10, 20:14, 20:18, 21:2, 34:16, 35:3, 35:6, 35:10, 35:18, 37:24, 38:5, 38:8, 38:14, 38:23, 39:14, 43:22, 46:14, 48:19, 50:10, 52:4, 53:14, 53:21, 54:6, 56:2, 57:10, 58:12, 58:17, 60:13, 62:11, 62:22, 63:24, 64:22, 75:5, 77:12, 81:17, 82:12, 83:10, 218:16, 222:7, 223:25, 224:3, 224:7, 224:12, 227:17, 229:18, 276:24, 289:18, 290:21, 292:12
**ship** [1] - 34:5
**short** [6] - 84:9, 197:16, 231:11, 237:4, 262:17, 272:13
**shortly** [2] - 128:16, 208:19
**shots** [1] - 148:7
**SHOULD** [1] - 301:7
**shoulder** [3] - 97:20, 236:22, 246:4
**show** [7] - 60:12, 76:6, 90:17, 135:6, 143:5, 163:12, 173:16
**showed** [3] - 52:6, 52:10, 234:7
**shower** [21] - 176:16, 176:18, 176:19, 176:21, 176:25, 190:25, 256:4, 256:13, 258:7, 259:5, 259:6, 260:9, 260:12, 263:18, 263:19, 264:5, 265:3, 266:3, 267:23, 268:11, 275:10
**showered** [1] - 267:23
**showerhead** [1] - 176:20
**showing** [1] - 64:19
**shows** [3] - 55:12, 231:24, 284:15
**side** [3] - 76:16, 190:3, 250:12
**sided** [1] - 67:24
**sides** [1] - 77:25
**sign** [1] - 33:17

**signalman** [1] - 34:8
**Signature** [1] - 301:20
**signed** [2] - 3:13, 3:15
**significance** [1] - 159:10
**silly** [1] - 190:19
**similar** [2] - 225:9, 242:14
**simple** [1] - 158:21
**single** [2] - 209:10, 291:3
**sit** [21] - 123:16, 129:24, 156:6, 157:2, 171:7, 178:11, 202:22, 213:19, 214:9, 214:15, 215:15, 218:5, 221:23, 229:15, 232:18, 236:2, 238:17, 247:8, 249:6, 278:11, 279:2
**sitting** [4] - 152:18, 157:10, 195:25, 221:14
**situation** [1] - 265:21
**six** [3] - 87:19, 87:25, 249:12
**size** [2] - 200:6, 225:8
**sketch** [1] - 177:3
**sketches** [6] - 14:13, 14:23, 14:25, 15:6, 62:24
**sky** [4] - 133:20, 133:21, 133:24, 133:25
**slashing** [1] - 270:22
**sleeps** [1] - 223:18
**sleeve** [1] - 195:24
**sleeves** [1] - 237:4
**slice** [1] - 191:4
**slide** [2] - 97:21, 140:6
**slightly** [1] - 102:7, 257:15
**slit** [7] - 147:20, 190:5, 256:9, 258:3, 268:20, 271:12, 296:20
**slitting** [2] - 146:21, 190:22
**slowed** [4] - 252:6, 254:2, 254:17, 255:16
**smallest** [1] - 111:16
**smear** [3] - 75:20, 211:13, 222:23
**smearing** [1] - 216:16
**Smith** [3] - 49:5, 50:9, 64:21
**so..** [3] - 28:23,

118:13, 260:18
**soaked** [1] - 154:3
**soapy** [20] - 177:25, 178:17, 179:6, 179:18, 184:5, 185:5, 185:8, 185:17, 185:24, 185:25, 256:6, 256:16, 258:10, 259:9, 259:23, 260:10, 260:17, 260:19, 260:22, 263:21
**socialize** [2] - 48:8, 48:11
**socialized** [1] - 89:22
**solve** [1] - 39:5
**someone** [4] - 125:21, 212:7, 216:15, 238:22
**sometime** [4] - 7:7, 7:8, 116:23, 128:21
**sometimes** [22] - 45:13, 48:9, 99:15, 99:17, 99:18, 99:19, 110:17, 112:7, 146:17, 149:15, 156:22, 159:25, 160:2, 160:18, 160:19, 164:5, 181:20, 181:21, 181:22, 194:12, 237:8, 268:17
**somewhat** [2] - 123:19, 131:20
**somewhere** [9] - 27:12, 95:17, 122:14, 122:19, 131:3, 178:20, 210:5, 251:15, 288:24
**sorry** [3] - 78:22, 94:25, 288:24
**sort** [5] - 39:25, 58:25, 83:6, 93:15, 124:2
**sorts** [2] - 181:9, 262:4
**sounds** [8] - 53:18, 55:25, 102:5, 112:19, 115:11, 154:25, 193:18, 245:4
**source** [13] - 17:23, 22:20, 58:10, 58:15, 59:17, 81:16, 81:24, 82:14, 84:14, 84:25, 85:14, 162:24, 209:10
**sources** [2] - 55:11, 199:22

**south** [2] - 74:24, 75:17
**span** [4] - 258:2, 266:22, 271:12, 272:13
**spanking** [1] - 179:19
**spanned** [1] - 37:19
**spatter** [8] - 32:10, 93:9, 212:11, 219:6, 219:12, 253:24, 255:11, 255:13
**speaking** [1] - 93:2
**speaks** [1] - 138:20
**specialize** [1] - 24:24
**specialties** [1] - 92:12
**species** [1] - 113:25
**specific** [3] - 103:12, 115:22, 288:15
**specifically** [7] - 55:4, 100:11, 127:3, 156:5, 192:20, 274:22, 295:13
**specifics** [2] - 109:4, 216:12
**speculate** [1] - 46:2
**speculative** [1] - 263:16
**speech** [1] - 290:12
**spend** [2] - 6:21, 12:16
**spending** [1] - 192:12
**spends** [1] - 223:19
**spent** [3] - 7:11, 12:23, 27:24
**spinning** [1] - 29:5
**splashing** [1] - 216:19
**splatter** [12] - 211:7, 211:11, 211:15, 211:23, 212:23, 213:5, 213:19, 218:19, 227:15, 228:11, 253:14, 254:15
**splice** [1] - 240:25
**spoken** [6] - 16:20, 20:23, 21:10, 51:25, 234:16
**spot** [6] - 219:5, 220:7, 220:24, 221:2, 224:19, 227:6
**spots** [3] - 228:15, 229:16, 263:6
**spotted** [2] - 45:2, 242:24
**spray** [1] - 255:14
**sprays** [1] - 251:10
**spurt** [3] - 251:18, 251:21, 252:5
**Squad** [2] - 100:7, 124:20

**square** [1] - 196:5
**stab** [3] - 239:8, 265:10, 265:24
**stain** [62] - 63:14, 64:3, 64:8, 64:13, 67:20, 68:5, 69:16, 69:22, 70:5, 70:8, 70:10, 70:12, 71:6, 71:11, 72:6, 75:14, 110:9, 111:2, 114:3, 114:24, 115:3, 115:20, 140:6, 200:6, 203:3, 203:4, 206:21, 207:2, 207:9, 207:13, 207:19, 207:20, 208:7, 208:11, 208:17, 208:20, 209:4, 211:6, 211:9, 211:11, 211:23, 213:19, 215:20, 218:9, 218:15, 219:19, 219:21, 219:24, 220:4, 222:24, 223:2, 223:7, 224:4, 224:6, 224:24, 226:4, 226:23, 247:8, 247:22, 249:7, 253:20
**stained** [1] - 215:11
**stains** [28] - 38:10, 53:7, 62:25, 63:3, 79:5, 87:3, 163:25, 203:19, 204:5, 204:13, 215:24, 219:14, 219:22, 222:5, 224:7, 224:11, 224:13, 224:25, 225:5, 225:8, 225:11, 225:25, 246:24, 247:2, 290:21, 292:12, 292:15, 292:21
**stand** [2] - 127:7, 176:21
**stand-up** [1] - 176:21
**standing** [1] - 164:2
**stands** [1] - 53:6
**start** [12] - 28:19, 29:11, 63:14, 86:8, 94:2, 117:18, 123:4, 123:25, 125:17, 130:22, 149:22, 226:12
**started** [3] - 88:6, 246:9, 247:3
**starting** [7] - 23:6, 86:22, 94:6, 138:13,

143:14, 143:16, 189:23
**starts** [1] - 137:21
**State** [17] - 1:22, 4:4, 4:8, 4:11, 25:18, 26:2, 26:5, 49:21, 53:7, 81:5, 208:22, 241:14, 245:6, 245:25, 246:7, 293:21, 302:4
**statement** [2] - 226:18, 243:22
**statements** [1] - 286:2
**states** [3] - 138:24, 241:23, 271:17
**STATES** [1] - 1:2
**static** [1] - 237:9
**stationed** [2] - 23:17, 34:5
**stayed** [1] - 117:25
**step** [5] - 110:6, 110:23, 113:7, 189:19, 189:20
**stereo** [5] - 110:17, 110:19, 112:16, 166:25, 170:4
**stereomicroscope** [1] - 177:15
**Steuerman's** [1] - 11:8
**stick** [1] - 111:9
**still** [13] - 23:19, 52:22, 60:3, 62:17, 89:4, 112:8, 112:10, 114:25, 149:3, 184:16, 187:7, 238:17, 269:12
**stipulate** [9] - 50:18, 51:2, 64:17, 64:25, 65:16, 65:22, 192:5, 192:6, 192:8
**STIPULATED** [3] - 3:3, 3:8, 3:12
**stipulating** [2] - 65:3, 65:14
**STIPULATIONS** [1] - 3:2
**stood** [2] - 14:7, 246:12
**stop** [6] - 25:24, 101:24, 114:21, 124:17, 169:8, 200:8
**stopper** [7] - 176:15, 176:24, 177:3, 177:6, 177:9, 177:24, 178:8
**straight** [2] - 45:19, 216:12
**Street** [1] - 2:4
**stricken** [1] - 257:22
**STRs** [1] - 32:3

**struggle** [1] - 189:25
**stuck** [1] - 49:10
**studies** [1] - 23:24
**studying** [1] - 24:20
**stunned** [1] - 81:21
**submerged** [2] - 258:25, 259:2
**submission** [2] - 15:9, 15:19
**submitted** [8] - 15:20, 15:22, 59:25, 60:2, 87:3, 142:12, 156:15, 205:8
**subpoena** [1] - 16:10
**Subscribed** [2] - 298:14, 301:22
**subsequent** [1] - 68:23
**subsequently** [5] - 22:11, 40:5, 139:24, 142:18, 256:11
**substance** [12] - 17:7, 21:23, 36:8, 53:17, 58:23, 164:8, 164:19, 166:20, 168:2, 168:3, 168:11, 168:19
**substrates** [1] - 222:6
**sufficient** [5] - 113:13, 115:15, 161:19, 202:19, 202:23
**Suffolk** [15] - 19:11, 23:24, 24:5, 24:20, 28:5, 28:9, 29:7, 29:12, 30:22, 33:8, 86:10, 86:15, 86:23, 88:5, 301:3
**SUFFOLK** [3] - 1:7, 1:8, 2:8
**suggest** [4] - 211:15, 230:10, 239:9, 239:23
**suggested** [2] - 282:9, 282:12
**suggesting** [3] - 122:5, 122:12, 239:18
**suggestion** [1] - 258:24
**suggests** [3] - 254:16, 271:21, 295:14
**summarize** [1] - 10:2
**summary** [1] - 10:8
**supermarkets** [2] - 81:16, 241:24
**supervisor** [6] - 18:23, 21:5, 47:18, 116:18, 208:18, 243:25
**supervisors** [2] - 243:15, 245:13

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

**supplemental** [4] - 132:13, 134:16, 137:13, 187:6

**Supplementary** [3] - 299:25, 300:8, 300:9

**support** [1] - 283:25

**supported** [3] - 108:18, 282:16, 291:21

**supports** [1] - 285:17

**suppose** [11] - 53:7, 55:23, 127:15, 128:5, 128:7, 159:4, 168:8, 197:18, 205:24, 214:3, 217:16

**supposedly** [2] - 157:16, 270:3

**supposition** [1] - 54:9

**surface** [8] - 145:3, 183:7, 183:8, 211:19, 212:10, 216:3, 220:11, 221:13

**surfaces** [1] - 181:12

**surprise** [3] - 151:16, 152:23, 153:16

**surprises** [1] - 153:22

**suspect** [2] - 112:2, 114:14

**suspected** [3] - 131:17, 131:25, 224:16

**suspicious** [1] - 114:25

**Suzanne** [1] - 13:25

**swab** [1] - 196:23

**swabbing** [2] - 203:4, 203:11

**swipe** [1] - 56:10

**swipes** [1] - 40:19

**sworn** [5] - 3:15, 4:3, 298:14, 301:22, 302:6

---

**T**

**table** [1] - 221:14

**Takayama** [1] - 113:19

**Tankleff** [84] - 4:19, 15:10, 15:17, 15:21, 19:11, 19:19, 19:21, 20:24, 30:7, 36:19, 36:24, 37:8, 54:23, 74:25, 88:12, 100:11, 100:14, 128:20, 130:3, 130:10, 132:10, 137:15, 137:20,

138:15, 144:21, 148:19, 171:9, 171:15, 172:3, 173:6, 188:23, 189:5, 189:15, 189:17, 189:23, 192:20, 192:23, 194:14, 195:10, 196:8, 196:20, 203:22, 204:8, 206:12, 206:14, 207:9, 207:16, 207:19, 207:21, 207:22, 208:10, 208:11, 209:8, 210:6, 212:13, 212:14, 212:20, 226:2, 226:14, 226:15, 227:24, 228:9, 246:8, 247:10, 247:24, 248:3, 248:15, 249:10, 253:10, 256:2, 259:20, 270:22, 271:5, 271:10, 272:19, 275:19, 280:8, 282:3, 286:7, 291:3, 294:9, 294:21, 297:6, 301:3

**TANKLEFF** [1] - 1:4

**Tankleff's** [75] - 6:6, 6:19, 19:8, 21:15, 21:24, 22:12, 35:11, 35:15, 37:25, 48:17, 52:5, 61:2, 76:10, 77:18, 81:6, 81:7, 136:18, 143:9, 147:3, 151:9, 160:25, 161:17, 162:9, 163:15, 167:19, 168:4, 168:13, 168:20, 173:10, 174:20, 176:18, 182:6, 186:25, 190:8, 200:14, 201:19, 201:23, 203:16, 203:20, 203:21, 204:11, 204:13, 206:17, 207:2, 209:4, 209:5, 212:23, 213:7, 213:20, 214:23, 215:2, 215:16, 216:16, 222:15, 226:5, 226:21, 227:14, 227:15, 227:17, 228:25, 231:3, 239:7, 240:12, 246:3,

251:20, 252:3, 252:5, 254:2, 254:17, 255:16, 276:23, 280:16, 293:14, 295:6, 296:21

**Tankleffs** [1] - 149:24

**Tankleffs'** [1] - 116:12

**target** [1] - 211:19

**team** [4] - 11:5, 93:16, 93:23, 94:20

**technology** [3] - 200:2, 208:14, 248:20

**Ted** [1] - 263:15

**Teichman** [1] - 113:18

**ten** [1] - 111:14

**tends** [2] - 146:11, 220:13

**terms** [1] - 181:20

**Terre** [1] - 189:4

**test** [53] - 110:2, 111:2, 111:7, 111:24, 112:4, 112:11, 112:12, 112:15, 113:7, 113:11, 113:16, 113:18, 113:19, 114:12, 115:13, 116:3, 116:5, 142:24, 144:10, 155:6, 158:22, 170:19, 172:4, 172:8, 173:12, 177:20, 178:3, 178:6, 180:20, 181:5, 185:11, 185:22, 201:18, 203:12, 219:14, 219:20, 219:24, 223:2, 224:13, 224:19, 224:24, 242:13, 256:18, 260:4, 260:6, 289:18, 291:2, 291:6, 291:19, 292:11, 292:15, 292:21

**tested** [35] - 128:14, 142:22, 155:16, 155:22, 159:5, 160:3, 160:22, 163:14, 166:12, 167:7, 170:15, 171:2, 171:3, 171:8, 171:22, 172:13, 173:4, 179:3, 185:24, 199:20, 203:5, 203:19, 204:4, 219:15,

224:25, 241:25, 256:14, 258:8, 261:2, 261:4, 261:24, 262:3, 262:8, 263:20, 296:19

**testified** [9] - 4:5, 5:3, 7:15, 8:14, 9:2, 17:22, 146:9, 163:24, 174:22

**testify** [1] - 266:19

**testifying** [8] - 50:20, 50:25, 51:8, 106:25, 257:18, 259:7, 259:11, 265:19

**TESTIMONY** [1] - 299:3

**testimony** [36] - 6:6, 6:18, 6:22, 6:25, 7:11, 7:14, 7:24, 8:12, 9:3, 10:18, 17:8, 19:23, 22:19, 22:25, 90:18, 90:24, 143:6, 143:8, 143:21, 165:20, 173:17, 173:21, 174:12, 174:19, 174:23, 175:11, 176:7, 176:10, 178:12, 235:17, 236:2, 256:5, 265:17, 279:11, 302:5, 302:8

**Testimony** [1] - 300:6

**testing** [38] - 8:25, 13:15, 13:19, 14:6, 31:20, 31:25, 79:11, 87:5, 92:2, 104:15, 109:19, 112:9, 131:6, 131:11, 139:25, 142:19, 143:22, 145:22, 165:19, 177:5, 185:14, 185:21, 198:20, 199:18, 201:25, 202:13, 202:23, 203:9, 210:19, 219:23, 225:11, 233:19, 236:3, 236:5, 264:12, 288:17, 289:5, 291:19

**tests** [17] - 109:25, 110:5, 110:10, 111:21, 112:12, 114:16, 115:21, 144:7, 144:8, 145:18, 153:3, 153:18, 154:7, 157:19, 162:11,

170:5, 202:8

**th** [2] - 166:21, 260:25

**THAT** [3] - 302:5, 302:7, 302:12

**that..** [1] - 162:22

**THE** [11] - 1:2, 1:7, 4:16, 4:21, 8:9, 72:14, 72:21, 132:11, 137:25, 176:8, 301:2

**themselves** [2] - 41:15, 164:25

**theories** [1] - 125:23

**theory** [7] - 95:16, 99:12, 104:22, 105:8, 108:19, 285:18, 285:22

**thereabouts** [2] - 8:21, 30:20

**third** [4] - 186:11, 245:17, 248:17, 248:22

**thorough** [1] - 46:12

**thoroughly** [9] - 145:8, 166:13, 171:3, 171:10, 172:14, 186:16, 190:25, 196:22, 201:13

**thousand** [1] - 111:14

**thousands** [3] - 111:13, 111:14, 179:25

**three** [10] - 67:24, 69:17, 69:23, 121:2, 194:7, 210:2, 211:3, 245:5, 253:17

**three-sided** [1] - 67:24

**throat** [13] - 131:24, 139:3, 139:10, 146:21, 147:20, 153:25, 190:6, 190:20, 240:25, 254:3, 254:18, 255:17, 270:23

**throats** [6] - 190:22, 256:10, 258:4, 268:20, 271:13, 296:21

**throughout** [4] - 148:8, 148:12, 148:17, 195:8

**tight** [1] - 154:4

**tighten** [1] - 196:11

**timeframe** [1] - 192:6

**timing** [1] - 36:8

**tiny** [2] - 111:19, 111:20

**tip** [1] - 259:2

**tissue** [8] - 140:6,

25

140:12, 140:17, 141:8, 141:20, 142:5, 142:8, 177:23
**title** [1] - 30:14
**TO** [2] - 299:3, 299:8
**today** [44] - 5:7, 15:25, 16:12, 16:16, 16:21, 18:2, 18:9, 19:2, 21:12, 23:20, 30:14, 31:17, 32:25, 47:20, 89:5, 97:13, 102:24, 123:16, 129:25, 156:6, 157:3, 171:8, 178:11, 198:14, 202:22, 213:19, 214:10, 214:16, 215:16, 218:5, 221:23, 226:4, 229:15, 232:18, 236:2, 240:20, 247:8, 249:6, 259:8, 278:11, 279:2, 280:20, 286:5, 294:6
**today's** [1] - 6:2
**together** [15] - 19:16, 90:8, 91:18, 93:16, 94:19, 95:6, 95:10, 95:13, 95:24, 102:11, 104:2, 124:13, 125:22, 134:18, 250:7
**tomorrow** [1] - 154:16
**took** [24] - 14:19, 15:15, 24:22, 50:9, 51:22, 64:21, 65:8, 65:18, 144:14, 145:11, 145:24, 155:15, 160:21, 166:5, 166:7, 196:7, 243:16, 243:24, 258:24, 259:2, 259:5, 260:9, 260:12, 296:17
**top** [2] - 138:14, 205:6
**topics** [1] - 31:5
**total** [2] - 49:12, 49:16
**totally** [5] - 5:19, 115:22, 136:6, 154:16, 257:6
**tough** [1] - 156:12
**towards** [3] - 138:23, 243:14, 244:4
**towels** [4] - 175:20, 177:18, 191:4
**Trace** [6] - 33:12, 33:15, 42:14, 44:19, 47:19, 82:12
**trace** [8] - 40:4, 43:2, 43:4, 47:4, 95:12, 144:17, 151:25,

266:20
**traces** [4] - 145:12, 145:18, 156:22, 174:9
**track** [1] - 86:19
**train** [4] - 26:8, 27:3, 27:5, 31:4
**trained** [4] - 26:20, 27:8, 88:9, 252:12
**training** [6] - 26:6, 26:22, 32:10, 33:4, 33:25, 34:7
**trainings** [2] - 30:21, 30:25
**TRANSCRIPT** [1] - 301:2
**transcript** [8] - 6:3, 6:5, 6:17, 6:18, 7:12, 166:10, 175:24, 302:7
**transferred** [5] - 24:2, 24:12, 24:23, 26:22, 222:22
**transported** [3] - 226:6, 228:2, 228:16
**trap** [15] - 256:4, 259:17, 260:16, 260:22, 261:4, 261:24, 262:3, 262:8, 262:15, 263:12, 264:24, 266:25, 267:14, 269:25
**traps** [13] - 173:5, 173:10, 173:13, 178:21, 255:25, 258:8, 261:2, 262:18, 263:19, 264:12, 267:21, 271:10, 272:11
**travel** [1] - 117:2
**travelling** [1] - 220:18
**traverse** [1] - 265:25
**traversed** [1] - 271:14
**treatment** [1] - 73:16
**trial** [17] - 3:11, 6:6, 6:19, 7:12, 7:24, 8:11, 22:25, 106:25, 143:8, 143:9, 146:9, 165:20, 173:17, 173:21, 176:7, 256:5
**Trial** [1] - 300:6
**tried** [3] - 81:24, 245:10, 245:11
**troubled** [2] - 85:13, 85:18
**true** [1] - 91:7, 102:16, 189:14, 189:16, 189:22, 285:4, 302:7
**try** [5] - 81:16, 91:10,

140:7, 140:16, 269:22
**trying** [2] - 66:17, 87:17
**tub** [1] - 175:15
**turn** [2] - 140:17, 141:19
**turned** [3] - 53:6, 166:21, 289:23
**turning** [1] - 55:24
**twenty** [1] - 175:2
**twenty-five** [1] - 175:2
**twice** [2] - 266:2, 271:15
**twin** [1] - 250:6
**two** [39] - 9:20, 11:9, 23:25, 28:3, 34:11, 37:20, 40:15, 41:12, 42:18, 43:21, 57:13, 64:9, 68:23, 71:15, 72:2, 76:14, 102:8, 103:5, 113:17, 159:22, 171:25, 172:9, 172:11, 185:3, 194:7, 204:13, 209:8, 225:20, 225:25, 228:15, 229:14, 229:16, 248:10, 249:5, 250:6, 279:3, 279:21, 292:4, 292:15
**two-and-a-half** [2] - 23:25, 64:9
**Type** [2] - 208:4, 209:25
**type** [9] - 31:25, 45:15, 148:2, 161:9, 203:22, 211:8, 221:25, 222:24, 246:18
**types** [5] - 31:13, 41:4, 199:19, 210:2, 210:3
**typical** [1] - 216:5
**typically** [2] - 111:6, 196:4
**typing** [5] - 200:10, 246:22, 248:18, 248:23, 249:4

---

## U

**unable** [1] - 242:3
**uncommon** [1] - 210:4
**uncovered** [1] - 60:12
**under** [14] - 5:14, 26:8, 27:3, 27:5, 29:21, 55:9, 120:8, 177:14, 204:18, 206:7,

220:11, 235:14, 252:24, 262:15
**underneath** [1] - 145:13
**understood** [8] - 5:18, 105:19, 107:5, 107:14, 107:20, 108:15, 121:12, 205:17
**undetectable** [1] - 269:12
**unit** [4] - 26:19, 120:7, 126:16, 128:2
**UNITED** [1] - 1:2
**units** [3] - 94:19, 104:2, 120:13
**University** [3] - 24:2, 24:17, 25:10
**unless** [10] - 115:18, 214:17, 228:23, 231:8, 231:9, 231:14, 231:21, 242:11, 278:22
**unlike** [1] - 150:14
**unlikelihood** [1] - 193:19
**unlikely** [7] - 193:15, 193:17, 196:20, 197:9, 197:13, 294:9, 296:19
**unsolved** [1] - 52:23
**unusual** [2] - 115:19, 275:15
**up** [54] - 25:16, 42:12, 48:2, 52:15, 52:16, 61:5, 61:12, 68:11, 68:25, 75:24, 89:13, 103:4, 107:10, 110:21, 113:5, 123:25, 138:25, 143:16, 152:19, 159:3, 161:13, 176:21, 183:15, 183:20, 187:18, 187:21, 187:25, 189:17, 192:3, 211:3, 214:24, 226:8, 228:15, 233:16, 237:7, 238:19, 239:8, 239:15, 239:21, 240:22, 242:11, 242:18, 242:19, 245:11, 246:9, 246:15, 246:20, 260:12, 263:11, 273:3, 273:4, 281:3, 286:17, 294:6
**upper** [1] - 236:21

---

## V

**vacated** [1] - 21:16
**vacatur** [1] - 81:6
**vacuum** [2] - 129:13, 289:6
**value** [1] - 273:2
**variables** [1] - 184:20
**variety** [1] - 224:11
**various** [14] - 20:20, 37:16, 38:4, 39:13, 47:7, 50:9, 55:11, 81:15, 92:24, 107:14, 124:15, 159:7, 162:11, 170:5
**VASQUEZ** [1] - 2:6
**vehicles** [1] - 87:8
**velocity** [2] - 219:6, 219:12
**venture** [1] - 237:18
**Verstosa** [1] - 26:9
**versus** [2] - 161:8, 184:24
**Vets** [1] - 4:13
**viable** [1] - 232:16
**victim** [1] - 237:8
**viewed** [2] - 66:11, 253:10
**Virginia** [1] - 23:18
**visible** [6] - 67:10, 68:5, 139:20, 139:21, 164:2, 255:13
**visibly** [1] - 112:8
**visual** [6] - 110:10, 110:12, 110:22, 140:11, 141:12, 235:19
**Vitae** [1] - 299:10
**vs** [1] - 301:3

---

## W

**wait** [4] - 18:17, 71:4, 244:14, 290:10
**waited** [3] - 117:16, 117:19, 118:2
**waiting** [2] - 117:20, 117:21
**waived** [1] - 3:7
**wake** [2] - 138:25, 189:17
**waking** [1] - 187:20
**walk** [12] - 23:5, 123:25, 124:15, 124:21, 124:25, 125:2, 125:4, 125:7, 125:9, 126:14,

FEVOLA REPORTING & TRANSCRIPTION INC. (631) 724-7576

190:15, 190:22
**walk-through** [8] -
124:15, 124:21,
124:25, 125:2,
125:4, 125:7, 125:9,
126:14
**walked** [5] - 164:24,
167:18, 168:20,
214:3, 240:12
**walking** [4] - 121:12,
127:13, 127:23,
163:21
**wall** [35] - 206:22,
207:3, 207:7, 211:7,
211:24, 212:5,
212:24, 213:7,
213:20, 214:2,
214:18, 214:25,
215:12, 215:17,
216:9, 216:17,
216:20, 216:22,
217:7, 217:11,
217:20, 218:4,
218:19, 226:5,
226:8, 226:22,
227:4, 227:16,
228:12, 229:19,
229:21, 230:7,
230:17, 231:16,
277:15
**walls** [1] - 242:2
**wants** [1] - 89:13
**wash** [5] - 182:25,
183:2, 183:16,
267:24, 268:11
**washed** [15] - 145:13,
181:22, 223:24,
256:11, 260:8,
260:13, 261:8,
262:10, 262:17,
263:17, 269:11,
270:3, 271:11,
272:12, 275:16
**washing** [4] - 39:23,
264:4, 265:2, 275:9
**waste** [1] - 134:6
**water** [13] - 180:12,
181:19, 184:17,
261:4, 261:24,
262:3, 262:8,
262:15, 263:19,
265:7, 267:2,
267:25, 269:11
**watermelon** [29] -
139:6, 139:11,
139:16, 142:15,
142:16, 142:19,
143:23, 147:11,
147:17, 147:19,
148:21, 151:19,

152:19, 157:21,
158:5, 158:23,
162:10, 163:2,
165:15, 166:11,
170:16, 170:21,
171:19, 182:4,
186:20, 190:4,
191:5, 194:4, 195:13
**waxing** [1] - 24:9
**ways** [6] - 70:15,
113:18, 249:5,
273:24, 283:18,
284:4
**weapon** [42] - 147:19,
148:22, 151:23,
152:4, 155:23,
156:7, 156:9, 157:4,
157:5, 158:10,
159:14, 160:18,
161:4, 161:20,
162:2, 170:7, 182:7,
182:23, 211:16,
211:22, 211:25,
212:24, 213:6,
213:22, 215:2,
215:7, 215:18,
216:24, 217:8,
221:3, 221:17,
222:14, 228:17,
229:20, 247:11,
247:18, 249:9,
249:19, 259:5,
275:21, 296:20
**weapons** [24] - 148:7,
148:11, 148:16,
151:17, 190:20,
256:13, 258:6,
261:10, 262:11,
263:18, 264:5,
265:3, 266:4, 266:6,
270:4, 271:11,
272:9, 272:13,
273:8, 274:23,
274:24, 275:9,
296:8, 296:12
**wear** [2] - 39:22, 41:13
**wearing** [2] - 238:22,
268:15
**wedded** [1] - 104:21
**week** [4] - 48:5, 48:6,
48:10, 86:18
**weeks** [5] - 16:4, 48:7,
87:21, 100:15, 103:5
**welcome** [3] - 90:24,
188:20, 298:7
**well-made** [1] - 193:6
**well-to-do** [1] - 118:13
**Westhampton** [1] -
87:9
**wet** [1] - 191:3

**whatsoever** [2] -
180:13, 186:22
**wheels** [1] - 29:5
**WHEREOF** [1] -
302:14
**white** [3] - 200:21,
200:23, 235:20
**white-colored** [1] -
200:23
**whole** [6] - 12:24,
13:10, 154:3,
224:11, 252:21
**wide** [3] - 250:3,
250:9, 250:10
**wife** [3] - 18:8, 18:15,
21:9
**willing** [15] - 65:25,
157:14, 162:7,
179:16, 184:2,
185:6, 198:18,
234:12, 240:6,
255:12, 255:21,
255:22, 264:11,
264:22, 266:10
**window** [1] - 265:24
**wingspan** [1] - 250:10
**wipe** [1] - 184:3
**withdrawn** [1] -
107:12
**withstanding** [1] -
263:21
**Witness** [2] - 1:18,
301:4
**WITNESS** [9] - 4:16,
4:21, 8:9, 72:14,
72:21, 132:11,
137:25, 176:8,
302:14
**witness** [7] - 65:18,
191:13, 285:6,
285:23, 286:2,
302:5, 302:8
**witness's** [1] - 265:16
**witnesses** [1] - 98:4
**woke** [3] - 187:18,
187:25, 192:3
**wonder** [1] - 149:22
**wood** [2] - 183:2,
183:7
**word** [1] - 98:13
**words** [37] - 9:7, 10:5,
20:8, 36:18, 39:7,
54:4, 58:10, 67:13,
68:14, 70:7, 71:7,
75:15, 76:21, 82:20,
83:2, 83:8, 84:2,
95:19, 96:24, 97:18,
104:20, 105:5,
116:4, 118:14,
121:11, 132:16,

141:6, 175:16,
175:21, 176:19,
182:24, 203:7,
206:25, 213:13,
219:11, 232:23,
296:6
**works** [1] - 5:12
**worksheet** [9] - 62:20,
63:16, 75:5, 75:21,
76:8, 76:13, 78:25,
79:6, 218:24
**Worksheet** [3] -
299:18, 299:22,
300:13
**worksheets** [6] - 11:3,
13:4, 14:18, 14:19,
43:8, 77:10
**workshops** [2] -
32:11, 32:13
**world** [2] - 191:11,
278:25
**worn** [3] - 40:20, 42:4,
237:7
**worry** [1] - 132:24
**wound** [5] - 212:10,
237:8, 238:23,
239:21, 246:9
**wounds** [1] - 239:8
**wow** [1] - 266:16
**writing** [4] - 67:24,
68:2, 84:3, 108:9
**written** [3] - 9:20,
122:14, 280:23
**wrote** [3] - 77:2,
149:22, 218:24

---

## Y

**Yaphank** [1] - 44:22
**year** [5] - 25:9, 25:23,
27:25, 28:8, 48:17
**year-and-a-half** [2] -
25:23, 27:25
**years** [19] - 19:17,
24:2, 28:3, 30:17,
34:21, 35:11, 52:14,
52:15, 58:18, 85:7,
87:13, 103:4, 175:2,
175:6, 246:13,
251:8, 255:6, 290:18
**yesterday** [3] - 7:2,
7:5, 7:6
**YORK** [2] - 1:2, 1:2
**York** [9] - 1:13, 1:22,
2:5, 2:9, 4:4, 25:21,
49:22, 302:4
**yourself** [4] - 92:5,
135:12, 138:4,
235:22

---

## Z

26

**zeroing** [1] - 164:14