# Exhibit 13

Autopsy Reports

ARLENE TANKLEFF.

Released under "next
of Kin" Provision;
RCQR. is sister of
vic.

NOTE:
Autopsy Reports of
Seymour not provided
as Regr. does not
fit legal def. of
"Next of Kin" w/
Respect to Seymour.

SCDA016106

Name _Arlene Tankleff_   ME# _88-2951_ Dr. _Adams_

Age _53_ Race _White_ Sex _female_ (Autopsy) or Inspection

Tape# _110_ Sequence _1_ Date/Time of Exam _9-8-88_ _11³⁰ AM_

|  | Requested or to be done | | Needed for Final DC | |
|---|---|---|---|---|
|  | Yes | No | Yes | No |
| Microscopic slides | ✓ |  |  |  |
| Toxicology | ✓ |  |  |  |
| Clinical chemistry |  | ✓ |  |  |
| Bacteriology |  | ✓ |  |  |
| Medical Records: Hospital(s) |  | ✓ |  |  |
| Office of M.D. |  | ✓ |  |  |
| Reports: Police |  | ✓ |  |  |
| P.A. (Suppl.) |  | ✓ |  |  |
| HIV and Other |  | ✓ |  |  |

|  | Yes | No |
|---|---|---|
| Brain and/or spinal cord |  | ✓ |
| Photographs additional to I.D. | ✓ |  |
| X-ray | ✓ |  |

Death was caused by

A D/T _Incised Wound of Neck, with Involving Larynx,_

B D/T _Carotid Arteries and Jugular Vein_

C D/T

Other conditions _Head Trauma_
_Blunt Impact Wounds of Scalp_

Manner _Homicide_   Date of Injury _9-7-88_   Hour of Injury _unk A.M._

Describe how injury occurred: _Slashed and Cut and Bludgeoned by another person(s)_

At Work? _no_   Place of Injury _home_

Location _Belle Terre, Suffolk, NY_

Signature _____

SCDA016107

1371

SCDA016108



1372

SCDA016110

Autopsy No. _____

Age _____ Race _____ Sex _____ Date __ / __ / __



L. ARM          R. ARM

Cat. No. 44-1-001-00

SCDA016111

1373

SCDA016112

Incised wound & neck including Larynx,
Carotid Arteries and jugular vein

Blunt Impact Head Trauma
(cut and bludgeoned by one the person(s)

---

INJ - E+I

I. Blunt Impact ~~wounds~~ Trauma
   1. Scalp   Skull   Brain
   2. L hand   R hand
   ②4  R  knee
   3.   L arm

II  Sharp Impact Trauma
   1.2  Slash   Throat   2.³ Front L shoulder  3. Front L shoulder⁴
   ②.45 Back  L neck
   3.⑥6 Neck + back
   ④⑦7 4 stabs   back
   ⑦.8 ⒸL wrist — perf + pen (E2)
   ⑧9 ⓇR wrist

1374

SCDA016114

1375
325   R ⌀
275  305   pers-ize  no tobacco
1600   R3 ⌀
105
170,160
~ 100 m
~ 20 500

shrinks slows branches
no app.
love clabs in branches.

slight grain whitish
defects - Retrouded
dips knot.

/  5/8  dup. cut mands.   rig  as to 1/2 cut

/  1/2  dup.  fars

/  3/8   fat   /

/  1/2  dep  fat

1375

SCDA016116



INNER VIEW OF SKULL

SCDA016117

1376

SCDA016118

88 - 2951      Tankleff      Micro

Heart — Unremarkable

Lung — Unremarkable

Liver — Mild fatty change.

Neck wound — Strap muscle with blood
extravasation and no
vital reaction.

LA 9-19-88

SCDA016119