# Exhibit 14





AG011327



AG011328