Exhibit 15



SCME 000001