# Exhibit 17



Head, surface and skeletal anatomy, anterior and posterior views

Name: TANKLEFF, Seymour
Autopsy No. 3281-88
Age: ___ Race: ___ Sex: ___
Date: 10/17/88

CC#88-461042

skull fracture w/ fragments

skull fracture w/ fragments surgically removed

open neck wound

Cat. No. 44-1-014-00

SCPD001319

1099 surface and skeletal anatomy, superior view. Inferior view of neck.

Name: TANKLEFF, Seymour

Autopsy No.: 3181-88

Age: ___ Race: ___ Sex: ___ Date: 10/7/88

ce# 88-46/042

Cat. No. 44-1-016-00

| | | | |
|---|---|---|---|
| NAME | | | STATE CASE NO. |
| AGE | RACE | SEX | DATE 10/7/88 |

CE#88-46104/2

open neck wound

CME 012 Rev 7/83

SCPD001321



SCPD001322