Exhibit 19



notes labeled
as Carmody's

**PLAINTIFF'S EXHIBIT**
CARMODY 7
DE 4/14/14

Wash rag —

behind television
most from dumbbell.

Ben Jobo Bob Jim Norm

Bed sheets
bloody hand print
n foot print.

on notice —

{ Jay and Jobo }
} shooting match {
{ on notice



BW002831



BW002832



Tues.

1233:
Stunemen checks in
Ramada Inn at

Petit woman w. blk.
jump suit in lobby
at same time.

Leaves around same time
he does.

at 1400 in Setauck
Bagel Stn.

1700: with Girlfriend
Sharon Enfield at

2300: Leaves her home
2330: Home w. daughter

BW002833



cont'd.

0630: up
Goes to Statherman
Bagel Sta.

. Calls daughter twice
about a will.
0912 - at Bank: Chemical
Bank - Makes deposit
Charges Son card.

0900/0930 to lawyers
Series lawyer at letter
Told son about death
threats - (That man?)

letter contains things he
wanted placed in his
will.

Told grandfather he got two
death threats.

BW002834



Wed.

Has a personal meeting at
10 a.m. — Tells lawyer
he was going to the
homicide det's to tell
them about threats.

- Check out time. (1230)
- Appearance change
- no jewelry
- Clean shaven
- Normally made goatee.
- all I.D. at home.
   wallet Credit Cards!
   etc.
- Has a $1000.00 in Cash
   on his person from
   Commack Str.

Very nervous — Waring
Inquiries about bus to
Atlantic City.



1500: Car found in
rear parking lot of
Probst's -
          face in towards of
          bldg. north side.

Door while open.
engine running.
Keys on front seat
1 Key in ignition
opens jacket & trunk.

* fair w daughter, Barry.
No Outreach to her.
Renting a house in oldfield.
Makes appt w Mike
Sundfest for them.

BW002836



Told daughter he was
all going into a
business deal with
Seymour. Atty for Jerry
wanted no part of Seymour's
lawyer, Myron Fox.

Telephone Calls: Myron Fox's
office.
Bagel Stores.

Sons:   Glen  } Brother's
     *  Todd  }
        Dan  } partner i
        Commack Str.
        Bagel Studio
        Vet's Hwy.

BW002837



Monday      9/19/88      1217

Florence Goldstein

Phone document
Notorized document
Remembers both parties
were present.
Seymore never signed it
in front of me.

BW002838



BW002839



1639 hrs.   J. Pfalzgraf
Calls Myron Fox
at his 16. ref. note
left by Jerry Suermen.
Not at office. Will
callback.

BW002840



BW002841



Seymour Tankleff
dob: 6/17/26-27
33 Seaside Dr. Pt. Jff.
928-2242

family Phy: Alfred Ekstrom
Jewish

Ins J Reg: 00150

Treated by Fr.

Dr. Roth, Rob

2t# Ekstrom, alfred.

Fn Tyson    Geo
Stony Brook

BW002842

0940: Mrs. F. Olivetto.

Card game participants:

al Roscoe - run Elks Club
92 yrs old.

Rob. Montafusco - Columbia
w/Country Rd. S/E corner
473 6858

Jerry St. H. Stuerman  12/14/39
Tel: 751-9656  11 W. Gate La  old field
Sts: 751 3428   Old field

Joy Cecere —
South Setauket
Tel. 689-7858
Wk. 673-8282

Vincent Bove  9/4/29
16 Soundview Dr. Belleterre
473-0250   off 475 8698

BW002843



BW002844



at Scene: 1005

from Sgt. Doyle.

from Sw. Marty 1741.

Got home at 2110
Mother Mary Newspaper
in den - in bedroom.
Conversation 2215 - 2300
2230 - 2245 - Mr. Takes
Shower.
Hers putting clothes away
in room.
2315 - Goodnight to mother.
She's in bed

father in den -

0535 - Column goes off
shuts off alarm.

BW002845



Doyle → Cannon

out of house at 06:15

all lights on in house.

mothers bedroom light not on.

Goes to father M.
finds father.

Calls 911
Gets pillow.
lays father supine.

Ambulance and pol. arrive.

As he's going to living
Closet he notices his
mother. Knows she's dead.

BW002846



fun: J.P.                    1030 hrs.

Cappy fart  st. 2330/2400

Bone left        0300

olivett. ;  ____ shortly after
Ceene            3

olivetti (winner) $600.00

Ceene usually drove
home with Riskin

Stederman / Monti Fusco
lat to leone.

BW002847



1040 - Res. Sam Ethel
Curly at scene &
Md. Susies army knife.
When she left scene she
was picking up rescue
equipment and picked up
knife. Knife was to the
right of where victim was
lying. (patients left)
Doesn't belong to rescue.



1040: Entered Crime scene.

Exterior of house:
Custom Type
Brown exterior Wood.
Brick face.
Brick cement front stoop.
Two steps.
Double brown front doors.
Untilled plate glass windows
on either side of doors.

No apparent signs of break in from exterior.

1100: Entered house.
Went to master bedroom.
Vict lying on floor
feet east head west.
on back.
throat slashed.

BW002849



BW002850





BW002852



9/6/88 - at Stony
Brook Hospital
1126

16 flrs 1m.124

ted # 4-180

R. Mauer, James
Surgical Intensive
Care Unit...

P.O. Jackie Rios
at hospital; relieved
of duty at 1146..



Thursday
1900 —                          9/8/88

Team meeting at 33 Seaside Rd.

From Nassau Rein: Def. asserting
We are on Notice from courts.
From Sgt. Doyle:
Michael McClure 746-4027
Brother-in-law of deceased.
Two sisters & Arlene.
Sister of suspect doesn't
want to believe her brother
did this.

From McCready: From the 1st day
of this incident the suspect
knew in Jerry Stevenson
as being the person who did
this.

BW002854



1040                           Fri. 9/9/88
at Lab. Met w. Dr. Adams,
ref Knife Wound.

Clear Knife issue

blood on def's chest must
be analyzed for blood
Type.

Dumbell bar is consistent
with skull fractures of
victim.

BW002855