# Exhibit 24

EXHIBIT
McEnrne16
10/30/14

# POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.
## FIELD REPORT PDCS - 1053

| CENTRAL COMPLAINT NO. | PCT. OF OCC. | SECTOR | GRID | CAR NO. |
|---|---|---|---|---|
| 88 - 471458 | 6 | 60 1 | -142 -142 | 612 |

**INCIDENT:** Missing Person

| CODE | DAY OF OCC. | DATE OF OCC. | TIME OCC. |
|---|---|---|---|
| 3029 | wed | 9-14-88 | unk |

| COMPLAINANT OR VICTIM | DOB | M ☒ F ☐ |
|---|---|---|
| Steuerman Jerry | 12-14-39 | |

**ADDRESS:** 11 west Gate Lane Setauket **TEL.** 751 9656

**PLACE OF OCCURRENCE:** unk

| DATE OF REPORT | TIME OUT | TIME IN | PERSON ☐ SIGHT ☐ |
|---|---|---|---|
| 9-15-88 | 0720 | 0930 | RADIO ☒ PRECINCT ☐ |

| TOUR | FOUNDED | REPORT TO FOLLOW | COMMAND |
|---|---|---|---|
| 12-8 | ☒ YES ☐ NO | 10304 | 6/c |

**DETAILS**

Above victim reported missing on 9-15-88 by Steuerman Bart, daughter pob 10-17-62 of same Address. Subject Last seen by son Steuerman/Todd DoB 7-20-65 at Stathmore Bagels Stonybrook at 1000 hrs on 9-14-88. Address of son, 1473 colts Ave, Holdbrook, phone 737-5321.

T.T. Notified (Purcell) 54277

copy to Det. Petersen

| ☒ ACTIVE | ☐ CLOSED (NON-CRIMINAL ONLY) | ☐ CLEARED BY ARREST |
|---|---|---|
| ☒ PENDING | | ☐ EXCEPTIONALLY CLEARED |

| POLICE OFFICER'S SIGNATURE | COMMAND | SUPERVISOR |
|---|---|---|
| James Mody P.O. 3965/610115 | | 599 |

AG005377

| 88-471458 | 6 | 5210 | 601 | 42-142 | | SUPPLEMENTARY REPORT |
|---|---|---|---|---|---|---|

**PDCS-108Rc**

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | hrs |
|---|---|---|
| 9-15-88 | last seen 9-14-88/1000 | |

| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
|---|---|---|---|
| Missing Person - Adult | | Rt.25, Smithtown | |

| COMPLAINANT | PHONE | ADDRESS |
|---|---|---|
| Steuerman, Bari | 751-9656 | 11 West Gate La., Oldfield |

DETAILS (daughter)

## MISSING PERSON INVESTIGATION GUIDE

SS#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

NAME: Steuerman, Jerry    AGE: 48   DOB: 12 / 14 / 39   RACE: W

SEX: M   HT: 6'2"   WT: 190   EYES: Brn   HAIR: Brn   LENGTH: Curly w/beard & mustache

CLOTHING: COAT: _____   SHIRT/SWEATER: Beige sweater

PANTS: blue jeans   DRESS/SKIRT: _____   SHOES/SNEAKERS: white adidas

DISTINGUISHABLE FEATURES: gold neck chain with gold bagel/gold longines watch

PRIOR MP: Nc   SCHOOL: _____   N/A   GRADE: _____

MP FACTORS: /X/ MENTALLY/PHYSICALLY AFFECTED / / SUICIDAL / / LOST CHILD / / INVOLUNTARY / / CUSTODIAL

/ / OTHER _____ possible emotional problem

REPORTING P.O. Mosby 3965/610   JSU P.O. ASSIGNED Fletcher 73

## NYS MISSING PERSON DATA COLLECTION GUIDE

| FORM | COMPLETED | TELETYPE | DCJS | RETURNED |
|---|---|---|---|---|
| MP REPORT | | | | |
| PERSONAL | | | | |
| DESCRIP. | | | | |
| JEWELRY | | | | |
| MED/OPT | | | | |
| DENTAL | | | | |
| FINGERPRINTS | | | | |
| PHOTOS | | | | |

/ / THE ABOVE CASE WAS CLOSED PRIOR TO THE COMPLETION OF THE NYS MISSING PERSON DATA COLLECTION GUIDE.

/X/ THE ABOVE CASE WAS CLOSED AND THE NYS MISSING PERSON DATA COLLECTION GUIDE WAS RETURNED AS INDICATED ABOVE.

THE ABOVE MISSING PERSON WAS CANCELLED AS THE RESULT OF THE VERIFICATION OF P.O. D/Sgt R.Doyle

COMMAND Homicide Sqd. ON 9-29-88 (date) AT 0030 (time)

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☒ YES ☐ NO | ☒ ACTIVE ☐ CLEARED BY ARREST ☐ CLOSED ☐ PENDING ☐ EXCEPTIONALLY CLOSED   NON-CRIMINAL | ☐ RECLASSIFICATION OF INCIDENT ☐ STOLEN OR RECOVERED PROPERTY |

NOTE: BOTH I.F. MESS. NO'S WITH DATES MUST BE DATA FED F ENTERED BY FOUNDED REPORTING THE RECOVERY OF STOLEN AND/OR LOST PROPERTY

| I.F. MESS. NO. REPORTING THE STOLEN AND/OR LOST PROPERTY | DATE SENT | I.F. MESS. NO CANCELLING NO ABOVE I.F. MESS. NO | DATE CANCELLED |
|---|---|---|---|
| 54272 | 9-15-88 | 56976 | 9-29-88 |

Fetchic 63008 5210/3

AG005378

DISTRIBUTION: Same as Initial Report

1600 hrs
D/Lt. McElhone, C.O., Homicide Squad informed Sgt. Waltz that they have been notified of the disappearance of Jerry Steuerman of Oldfield, a business partner of Seymour Tankleff. Tankleff and his wife were the victims of an assault by their son, Martin, on 9-7-88. Mrs. Tankleff died of her wounds and Seymour is alive but in grave condition.

Homicide has no reason to believe that Steuerman's absence is connected with the murder but is requesting an opportunity to further evaluate the disappearance.

Juvenile and Missing Person Section involvement in this incident will be minimal pending further discussion with Homicide.

9-16-88
Lt SS
D/Sgt. R. Doyle, Homicide Sqd. relates the following set of facts: Jerry Steuerman is a friend and business associate of Seymour Tankleff, who is soon expected to expire from his injuries. Tankleff and Steuerman own a race horse and Tankleff has helped Steuerman finance numerous bagel stores. Tankleff and Steuerman and a few others were playing cards on the night of the assault. Steuerman has been thoroughly questioned and Homicide does not believe he was involved. Steuerman is described as an agressive businessman by family and friends.

On Wednesday morning, 9-14-88, Steuerman, who lives with his adult daughter, Bari, gets up and leaves the house early as usual. He goes to one of the bagel shoppes operated by his older son, Glen, and seems to be in a somber mood. He stays at the shoppe for awhile and then leaves. At about 0930 he arrives at the office of his attorney and long time friend, Michael Grundfest on Rt. 25 in Smithtown. Grundfest states that Steuerman was concerned over personal and business matters and wanted to put his affairs in order. Grundfest says he doesn't have time and wants to make an appointment. Steuerman also has to go but leaves an envelope with Grundfest which is to be opened if anything happens. Lawyer has known Steuerman for 20 yrs., never saw him act like this.

Steuerman's 1987 Lincoln Town Car is found, with the engine running behind Ribsters Restaurant, Veterans Highway and LIE north service rd., Hauppauge at about 1400 hrs on 9-14-88 and reported to the 4th Pct. who inpound it.

Letter is opened in the lawyers office on 9-15-88. Basically discussed business and family matter and inplied that Glen should run things.

AG005379

DISTRIBUTION: Same as Initial Report

| | |
|---|---|
| 9-17-88<br>Sgt PS 623 | Sgt. Stallone and D/Sgt Doyle discuss case. To avoid duplication of effort, it is decided that Homicide will direct this investigation until further notice. |
| 9-20-88<br>Lt SS | Lt. Steidel discussed case with D/Sgt Doyle. A story on this disappearance was printed in today's Newsday. Major media interest. It was decided that the Juvenile and Missing Persons Section would handle media inquiries. Press conference held at approx. 1130 hrs. |
| 9-22-88<br>PO RJ 2469<br>1740 hrs | Anonymous male caller advises Steuerman finances his son Todd, aka Toad, in major cocaine dealings. Caller states he saw Steuerman and Todd in a room together with several kilos of cocaine. Also states last business venture he heard them working on was a whorehouse on the East End. Todd lives in Patchogue and has a very "tight" relationship with his father.<br><br>D/Sgt Pepper of Homicide notified of conversation at 1800 hrs |
| 9-23-88<br>Sgt PS 430<br>1000 hrs | Attempted to contact complainant - left message on answering machine. Called Strathmore Bagels - 473-9204 - complainant not there - left message for her to call office |
| 2230 hrs<br>Sgt PS 623 | Complainants phone busy for three hours - operator states it is either off hook or unplugged |
| 9-25-88<br>PO BLF | Complainant contacted - appointment made for 1900 hrs 9-26-88 |
| 9-26-88 | Po Fletcher and Sgt. Stallone at residence - conducted interview of daughter as well as mother and father of the missing person. NYS Data Collection Guide completed |
| 9-27-88<br>Tedesco<br>1435 hrs | Complainant called to report her father's SS# is 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 Eye doctor is Dr. Kessler in Setauket. |
| 9-29-88<br>PO Bowen<br>0035 | Det K. McBride of Homicide called to advise that Jerry Steuerman had been located in California and that the family had been notified |
| 0055 | D/Sgt Doyle called from California to verify the recovery |

Teletype Notified    Case Closed

Fletcher  P63061/5210/3    ............... Stallone    9/29/88

AG005380

POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.
MISSING PERSON REPORT
PDCS-1030b

| 83-471459 | CO. | 610 | 607 | 12-112 | CODE | PDCS-1030b |
|---|---|---|---|---|---|---|

DATE OF REPORT: 9-15-88

INSTRUCTIONS: Print clearly and legibly.
DISTRIBUTION: White to Central Records; Yellow to Investigating Unit (Plainclothes or JAS); Pink retained by Precinct.

**MISSING PERSON**

NAME, FIRST: STEVERMAN  M.I. Jerry

ADDRESS: 11 WEST GATE LANE HAMLET/VILLAGE SETAUKET  PHONE 751-9656

PREVIOUS ADDRESS: 83 CLIFF RD BELLE TERRE

| ☒ MALE ☐ FEMALE | AGE 48 | D.O.B. 12/14/39 | RACE WHITE | HEIGHT 6 ☐ 2 | WEIGHT 190 | COMPLEXION FAIR | EYES BROWN |

HAIR TYPE BROWN  CURLY  MUSTACHE YES  GLASSES YES  FRAME/CONTACT  BLOOD TYPE

**PHYSICAL / MEDICAL INFORMATION**

SCARS/MOLES/TATTOOS: NONE  SPEECH: NONE  ABUSES: ☐ ALCOHOL ☐ DRUGS NONE

BROKEN BONES/MISSING ORGANS/AMPUTEE: NONE  TEETH PECULIARITIES: NONE  HEALTH/MEDICAL CONDITION: GOOD

KNOWN DISABILITIES: BACK PROBLEMS  EVER MENTION OR ATTEMPT SUICIDE: NO

DENTIST NAME, ADDRESS, PHONE: DR COLE RTE 347 PORT JEFF STA  DOCTOR'S NAME, ADDRESS, PHONE: AR MARVIE GREENBERG RTE 347 STONY BROOK

WHERE/WHEN HOSPITALIZED/INSTITUTIONALIZED IN LAST TEN YEARS: SLIPPED DISC IN BACK

S.S. NO.  MEDICAID NO. N/A  MEDICARE NO. N/A

**CLOTHING / ACCOUNTS**

SWEATER/UNDERSHIRT: BEIGE  COAT: NONE  SHIRT: SNEAKERS WHITE - AD1D48  HAT: NONE

SHIRT: NONE  TROUSERS/PANTS: STONE WASHED DENIM JEANS  BEIGE SWEATER

OTHER CLOTHING MARKS/LABELS/JEWELRY: ROPE CHAIN GOLD WITH BAGEL GOLD ID BRACELET

MONEY/CREDIT CARDS/BANK ACCOUNTS: LEFT WALLET WITH DAUGHTER. POSSIBLY NO "ID" ON PERSON

VEHICLE MAKE/MODEL/YEAR/COLOR: LINCOLN TOWN CAR 1987 BLUE  LICENSE NUMBER: UNKNOWN

CRIMINAL RECORD/ACTIVE WARRANTS: NO

EMPLOYER [? STUDENT-SCHOOL] ADDRESS, PHONE: SELF-EMPLOYED - ST HRATH MORE BAGEL  OCCUPATION/GRADE: OWNER

**REPORTED BY**

NAME: STEVERMAN, BARRI BARI  ADDRESS: 11 WESTGATE LA SETAUKET  HOME PHONE / BUSINESS PHONE: 751-9652  RELATIONSHIP: DAUGHTER

DATE/TIME MISSING: 9-14-88 SINCE 1000 HRS  LOCATION LAST SEEN: ST HRATH MORE BAGEL STONY BROOK RTE 347

PROBABLE DESTINATION: LAWYERS OFFICE MILE GRUND FAST JERICHO TPKE SMITHTOWN  PROBABLE REASON FOR ABSENCE: TALKED ABOUT WRITING HIS WILL

NEAREST NEXT OF KIN - ADDRESS - PHONE: (SON) 1493 GATES AVE HOLBROOK · 7375821  TODD STEVERMAN  RELATIONSHIP: SON

POSSIBLE COMPANIONS: SEYMOUL TANGLEFF  SHARON FREIFELD  PREVIOUSLY REPORTED MISSING: NO

WHERE LOCATED/RETURN ON OWN: NEVER ATTEMPTED  HOW LONG MISSING: 24 HRS.

PHOTO RECEIVED: ☒ YES ☐ NO DATE:  PUBLICITY REQUESTED: ☐ YES ☒ NO

ADDITIONAL REMARKS

ENTERED SEP 2 1 1988

| FOUNDED | CASE STATUS | | Under 16 yrs. of age, notify Juvenile Section 16 yrs. of age or older, notify Plainclothes |
|---|---|---|---|
| ☒ YES ☐ NO | ☒ ACTIVE ☐ PENDING ☐ CLOSED | DATE/TIME NOTIFIED 9-15-88  2410 | FOLLOW-UP COMMAND |
| | | OFF CER NOTIFIED | |
| T.T. NOTIFIED ☐ YES ☐ NO | T.T. MESSAGE NO. Patcall 54277 | Det. Pehrsson  SUPERVISOR'S SIGNATURE | DATE |
| REPORTING OFFICER | molly Pc 2765/212/15 | | 2000 |

| | | | POLICE DEPARTMENT COUNTY OF SUFFOLK N.Y. |
|---|---|---|---|
| 88-471455 | 6 3310 601 42-142 | | SUPPLEMENTARY REPORT |
| | | | PDC3-1084c |

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | |
|---|---|---|---|
| 9/15/88 | 9/14/88 - 1000 | | |

| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
|---|---|---|---|
| MISSING PERSON - ADULT | | Rt. 25, Smithtown, NY | |

| COMPLAINANT | PHONE | ADDRESS |
|---|---|---|
| STEUERMAN, JERRY | | 11 West Gate Lane, Old Field, NY |

DETAILS

        On 9/15/88, at 1844 hours, the undersigned and DET. NORMAN
REIN #403 met with SHARON FREIFELD, of 23 Empress Pines Drive, Lake
Ronkonkoma. At this time, MISS FREIFELD signed an authorization for
the New York Telephone Company to trap the below-listed telephone
numbers:

        (516) 981-0486

        (516) 981-6932 .

        Case status Active.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☐ X | X | |
| | | |

NOTE:

D/Sgt. Robert P. Doyle #463          D/Lt. John McElhone  kr

AG005382

SUPPLEMENTARY REPORT
PDCS-1084c

| 9/16/88 | 9/14/88 - 1000 | | |
|---|---|---|---|
| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
| MISSING PERSON - ADULT | | Rt. 25, Smithtown, NY | |
| COMPLAINANT | PHONE | ADDRESS | |
| STEUERMAN, JERRY | | 11 West Gate Lane, Old Field, NY | |

DETAILS

On 9/15/88, D/LIEUTENANT JOHN McELHONE, D/SERGEANT ROBERT DOYLE, Shield #463, and the undersigned, all Command 3310, met privately with MICHAEL GRUNDFAST, Attorney, at his offices, 285 Route 25, the Branch, Smithtown, New York. This meeting followed a previous meeting in which an envelope left at MR. GRUNDFAST's office on 9/14/88 by JERRY STEUERMAN was opened in the presence of the above-named Police Officers and MR. STEUERMAN's children. That meeting is the subject of another report filed in this case.

MR. GRUNDFAST stated that on Tuesday, 9/13/88, JERRY STEUERMAN called his office and wanted to set up an appointment for Wednesday, 9/14/88, to draw a will. STEUERMAN was told that MR. GRUNDFAST could only meet with him on Thursday, 9/15/88.

However, on Wednesday, 9/14/88, some time between 0900 and 0930, STEUERMAN appeared at GRUNDFAST's law office. STEUERMAN did not sit down. He appeared to be highly agitated and he stated that he was very upset. STEUERMAN stated that he received two life threatening phone calls. He told MR. GRUNDFAST that he had not lived an exemplary life, and he had done things of which he was not very proud. STEUERMAN stated that the calls were received subsequent to SEYMOUR TANKLEFF's murder (9/7/88). STEUERMAN told his attorney that some people in his poker card game believed what MARTIN TANKLEFF had said about JERRY STEUERMAN's involvement in the murder. MARTIN TANKLEFF is the defendant in his parents' murder.

STEUERMAN told GRUNDFAST that he was close to breaking down, that he was terrified, and he had many problems which were too much for him to handle. GRUNDFAST recommended that STEUERMAN go away for a few days.

STEUERMAN told the attorney that he had a 10 a.m., appointment which was very important and that he could not talk about it. He also stated that he had an appointment at 4 p.m., with a Detective from the TANKLEFF case.

STEUERMAN discussed dying without a will. He handed MICHAEL GRUNDFAST an envelope. STEUERMAN said that it contained information

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| X YES ☐ NO | ☐ X CLOSED ☐ CLEARED BY ARREST ☐ . . . ☐ ARREST ☐ REFER TO INVES. DIVISION ☐ . . . ☐ . . . | ☐ LASER . . . ATTN . . . OF ASSIGNED TENT . . . REFER TO . . . ☐ . . . ☐ LOST/STOLEN PROPERTY . . . |

NOTE: SUPPLEMENTARY REPORTS WITH ADDITIONAL DATA ELEMENTS OF REPORT CASES OF . . . ANY ADD . . . OF . . . MODIFY THE ATTRIBUTES OF THE FOLLOWING . . . ADD OR LOST PROPERTY . . .

| . . . YEARS, ST. REPORT . . . . . . SUPER . . . AND . . . OF AN ARREST . . . | SUPER . . . | . . . | . . . PREPARED . . . |
|---|---|---|---|

Det. Norman Rein #403                                       D/Sgt. Robert P. Doyle #463                     BC

AG005383

DISTRIBUTION: Same as Initial Report

regarding his assets and his intended distribution. He instructed the attorney not to open the envelope unless something happened to him. STEUERMAN set up an appointment with MR. GRUNDFAST for Thursday, 9/15/88, at 1600 hours. STEUERMAN left, less agitated and somewhat subdued.

Det. Norman Rein #403

D/Sgt. Robert P. Doyle #463          BC

AG005384

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | | |
|---|---|---|---|---|
| 9/16/88 | 9/14/88 - 1000 | | | |
| OFFENSE | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE | |
| MISSING PERSON - ADULT | | Rt. 25, Smithtown, NY | | |
| COMPLAINANT | PHONE | ADDRESS | | |
| STEUERMAN, JERRY | | 11 West Gate Lane, Old Field, NY | | |

DETAILS

On 9/15/88, at 0720 hours, a Missing Person Report was filed for one JERARD, a/k/a JERRY, STEUERMAN, dob 12/14/39, of 11 West Gate Lane, Old Field, New York, 751-9656. STEUERMAN is a former business partner of SEYMOUR and ARLENE TANKLEFF, murder victims, occurring 9/7/88, cross reference CC#88-461042. STEUERMAN's primary business interest and involvement is the operation of bagel shops in the Stony Brook-Setauket area. On 9/14/88, at about 1400 hours, STEUERMAN's 1987 Lincoln, New York Registration XDW 864 (stolen plates) was found with the engine running behind the Ribster's Restaurant, Veterans Highway and the Long Island Expressway North Service Road, Hauppauge.

On 9/15/88, the following persons attended a meeting at the law office of JERRY STEUERMAN's attorney, MICHAEL GRUNDFAST, of 285 Route 25, The Branch, Smithtown Township, New York: MICHAEL GRUNDFAST; D/LT. JOHN McELHONE, D/SGT. ROBERT DOYLE, Shield #463, and the under-signed, all Command 3310; and STEUERMAN's grown children, GLENN, TODD, and BARI STEUERMAN.

The purpose of the meeting was to learn the contents of an envelope that JERRY STEUERMAN gave to MR. GRUNDFAST on 9/14/88, at the attorney's office. MR. GRUNDFAST had been instructed to only open the envelope in case something happened to JERRY STEUERMAN. The mysterious manner surrounding STEUERMAN's disappearance was sufficient cause for the envelope to be opened.

In the presence of all the people at the meeting, MICHAEL GRUNDFAST opened the envelope. There was a note that instructed MR. GRUNDFAST not to pay one MYRON FOX, the attorney for SEYMOUR and ARLENE TANKLEFF; the note went on to state that MR. FOX had been paid cash through September of 1988. Another item in the envelope was a letter of agreement between SEYMOUR TANKLEFF and JERRY STEUERMAN regarding a buy-out of business interests. A third item in the envelope was an amortization schedule for a bagel shop in Jericho, New York. A fourth item in the envelope was a letter to JERRY STEUERMAN's son, GLENN. The letter listed money that was owed by JERRY STEUERMAN, and it named creditors such as SHARON (JERRY's girlfriend); MR. GRUNDFAST; and Atlantic City. There was additional instructions in the letter for GLENN STEUERMAN to contact SHARON regarding isurance policies. There was instruction regarding the business interests with his sons, as well

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER CM REVERSE |
|---|---|---|
| ☐ X: ☐ | ─X ... | |

NOTE: ...

Det. Norman Rein #403

D/Sgt. Robert P. Doyle #463          BC

AG005385

as his business interests in horses. There was language stating JERRY STEUERMAN's good buys, and the letter ended with the phrase, "Now going to see your mother".

Additional meetings were held on the morning of 9/15/88, at the offices of MICHAEL GRUNDFAST. MR. GRUNDFAST, and each of the three STEUERMAN children, were separately interviewed. The results of those interviews are filed on separate reports under the captioned CC number.

Det. Norman Rein #403

D/Sgt. Robert P. Doyle #463        BC

PDCS-108%c

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | | |
|---|---|---|---|---|
| 9/16/88 | 9/14/88 - 1000 hours | | | |

| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
|---|---|---|---|
| MISSING PERSON ADULT | | Rt. 25, Smithtown, New York | |

| COMPLAINANT | PHONE | ADDRESS |
|---|---|---|
| STEUERMAN, JERRY | | 11 Westgate Lane, Old Field, New York |

DETAILS

On Septemer 16, 1988, at 1130 hours, the undersigned met with GLENN STEUERMAN at Strathmore Bagels, Rickels Shopping Center, Route 347, Stony Brook. At this time, GLENN STEUERMAN signed an authorization for the New York Telephone Company to trap the below listed telephone numbers:

516-471-7341 (home)
516-751-3428 (business)

Case status Active.`.

| FOUNDED | CASE STATUS | | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|---|
| ☒ YES ☐ NO | ☒ ACTIVE ☐ CLEARED BY ARREST ☐ CLOSED<br>☐ PENDING ☐ EXCEPTIONALLY CLEARED NON-CRIMINAL | | ☐ RECLASSIFICATION OF INCIDENT<br>☐ STOLEN OR RECOVERED PROPERTY |

NOTE: WHEN THE MESS. NO'S WITH DATES MUST BE OBTAINED & ENTERED BY COMMAND REPORTING THE RECOVERY OF STOLEN AND/OR LOST PROPERTY

| | DATE SENT | MESS. NO. CANCELLING<br>ABOVE T.T. MESS. NO. | DATE CANCELLED |
|---|---|---|---|
| Det. Sgt. Robert P. Doyle #461 | | D/Lt. John McElhone<br> | 30 |

AG005387

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
SUPPLEMENTARY REPORT
PDCS-108%c

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | |
|---|---|---|
| 9/16/88 | 9/14/88 - 1000 | |

| INCIDENT | | PLACE OF OCCURRENCE |
|---|---|---|
| MISSING PERSON - ADULT | STATUTE | Rt. 25, Smithtown, NY  ☐ INSIDE ☐ OUTSIDE |

| COMPLAINANT | PHONE | ADDRESS |
|---|---|---|
| STEUERMAN, JERRY | | 11 West Gate Lane, Old Field, NY |

DETAILS

On Friday, 9/16/88, at 1230 hours, the undersigned met with BARI STEUERMAN at STRATHMORE BAGELS, Route 347, South Setauket. At this time, BARI STEUERMAN signed an authorization for the New York Telephone Company to trap the below-listed telephone number:

(516) 751-9656

Case status Active.

D/Sgt. Robert P. Doyle #463          D/Lt. John McElhone kr

AG005388

POLICE DEPARTMENT COUNTY OF SUFFOLK N.Y.
SUPPLEMENTARY REPORT
PDCS-108c

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | PLACE OF OCCURRENCE | ☐ INSIDE  ☐ OUTSIDE |
|---|---|---|---|
| 9/16/88 | 9/14/88 - 1000 | Rt. 25, Smithtown, NY | |

| INCIDENT | |
|---|---|
| MISSING PERSON - ADULT | |

| COMPLAINANT | PHONE | ADDRESS |
|---|---|---|
| STEUERMAN, JERRY | | 11 West Gate Lane, Old Field, NY |

DETAILS

On Thursday, 9/15/88, the undersigned met with ASSISTANT DISTRICT ATTORNEY EDWARD JABLONSKI, Chief of the Homicide Bureau, to request that he obtain a Court Order for pen registers for the below-listed telephone numbers in regard to the above investigation:

(516) 751-9656 - Subscriber JERRY STEUERMAN

(516) 471-7341 - Subscriber GLEN STEUERMAN

(516) 751-3428 - Subscriber STRATHMORE BAGELS
                              (Stony Brook)

On Friday, 9/16/88, Court Orders for pen registers were obtained for the above telephone numbers.

Case status Active.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☐ | X ..... | ...... |
| X | ..... | ...... |

NOTE: .....

D/Sgt. Robert P. Doyle #463

D/Lt. John McElhone Kr

AG005389

| 88-471458 | 6 | 3310 | 60 ¹ | 4 2 - 1 4 2 | SUPPLEMENTARY REPORT |
|---|---|---|---|---|---|

<table>
<tr><td>DATE OF REPORT<br>9/16/88</td><td>DATE AND TIME OF OCCURRENCE<br>9/14/88 - 1000</td><td colspan="2">PDCS - 108½c</td></tr>
<tr><td>INCIDENT<br>MISSING PERSON - ADULT</td><td>STATUS</td><td>PLACE OF OCCURRENCE<br>Rt. 25, Smithtown, NY</td><td>☐ INSIDE ☐ OUTSIDE</td></tr>
<tr><td>COMPLAINANT<br>STEUERMAN, JERRY</td><td>PHONE</td><td colspan="2">ADDRESS<br>11 West Gate Lane, Old Field, NY</td></tr>
</table>

DETAILS

On 9/16/88, the undersigned and DET. JAMES HUGHES #776, of this Command, interviewed NICK ARGYROS at the BAGEL CHALET, Veterans Highway (STERN'S SHOPPING CENTER), Commack; telephone number 499-9820; home phone number 979-7914.

MR. ARGYROS states that JERRY STEUERMAN and DANNY FLEICHMAN taught him the bagel busines about eight years ago. With their financial help, he opened the COMMACK BAGEL STORE. He is still paying back a loan to them.

JERRY STEUERMAN came to the BAGEL CHALET on Tuesday, 9/13/88. He picked up a couple hundred dollars from the safe, as he usually does. NICK ARGYROS and JERRY STEUERMAN talked about business and the Jewish Holidays. ARGYROS knew about the relationship JERRY STEUERMAN had with SHARON FREIFELD, but did not know about any other female friends.

Also interviewed this day was DANNY FLEICHMAN at his bagel shop on Merrick Road (Route 27A) in Massapequa (just west of the high school), phone number 541-4341, home phone number 367-7802. He had received a phone call from JERRY STEUERMAN a week ago Thursday (9/8/88) about the TANKLEFF Murder/Assault. JERRY was very upset and FLEICHMAN has not seen or heard from him since.

According to DANNY FLEICHMAN, JERRY STEUERMAN was more upset about his wife's death than most people realized. They were very close, best friends, and did everything together. He was aware of STEUERMAN's relationship with SHARON FREIFELD, but did not know of any other females in JERRY's life. DANNY FLEICHMAN further stated that JERRY's wife was the one who got them involved in owning horses. STEUERMAN went to Atlantic City often; he was not a high roller, but he was a card player. He did not bet on the horses. According to DANNY FLEICHMAN, JERRY STEUERMAN was not invovled with a bookmaker or any loan sharks. JERRY STEUERMAN had very good credit. There were many people that he could go to if he needed money, including DANNY FLEICHMAN and the bagel equipment manufacturing people.

Case status Active.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☒ | ☒ | |
| | | |

NOTE:

Det. Thomas McCabe #548                    ID/Sgt. Robert P. Doyle #463 kr

AG005390

| 9/17/88 | 9/14/88 - 1000 | | 4866 | PDCS-1084c |
|---|---|---|---|---|

| -ACIDENT- MISSING PERSON - ADULT | STATUTE | PLACE OF OCCURRENCE Rt. 25, Smithtown, NY ☐ INSIDE ☐ OUTS OF |
|---|---|---|

| COMPLAINANT STEUERMAN, JERRY | PHONE | ADDRESS 11 West Gate Lane, Old Field, NY |
|---|---|---|

DETAILS

On 9/15/88, a meeting was held at the law office of MICHAEL GRUNDFAST, of 285 Route 25, The Branch, Smithtown, New York. MR. GRUNDFAST is the attorney for JERRY STEUERMAN. Present at the meeting were D/LT. JOHN McELHONE, D/SGT. ROBERT DOYLE, Shield #463, and the undersigned, all Command 3310; GLENN, TODD, and BARI STEUERMAN, the grown children of JERRY STEUERMAN; and MR. GRUNDFAST. Following the opening of an envelope left with MR. GRUNDFAST by JERRY STEUERMAN on 9/14/88, individual interviews were conducted with MR. GRUNDFAST, which is a subject of another report, and of the STEUERMAN children, which are contained in this report as follows:

BARI CROWE a/k/a BARRY STEUERMAN, dob 10/19/62, stated that she shares a house with her father at 11 West Gate Lane, Old Field, telephone number 751-9656. On Wednesday, September 14, 1988, just before 6:30 a.m., JERRY STEUERMAN started her car to make sure it would run. He then went into her bedroom to tell her what he had done.

On Wednesday, September 14, 1988, at about 1330 hours, SHARON FREIFELD, JERRY STEUERMAN's girlfriend, called her, and asked as to JERRY's whereabouts. SHARON FREIFELD called BARI again on Wednesday, 9/14/88, at about 1600 hours, and again inquired as to JERRY STEUREMAN's whereabouts.

On Tuesday, September 13, 1988, STEUERMAN picked up BARI from their home. He took her, and her son, which is STEUERMAN's grandson, to Port Jefferson. JERRY STEUERMAN told his daughter that he paid all the bills at home, that she was not to worry about finances, including the expense of the horses, and he had put more money in their account, which she stated had about $3,000 in it. MS. CROWE stated that she and her father stayed together at the Setauket Bagel Store until about mid-afternoon on Tuesday, 9/13/88. She reported that STEUERMAN wrote out checks out on that day that he usually would write on each Wednesday of the week.

MS. CROWE reported that on 9/15/88, her father was supposed to go with her to a closing for a rental house that she was leasing at 114 Hallett Avenue in Port Jefferson.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☐ X☐ ☐ ☐ | ☐X ☐ ☐ | |

NOTE:

Det. Norman Rein #403 | D/Sgt. Robert P. Doyle #463 | BC

On Monday night, September 13, 1988, while at home, BARI said that her father asked her son what he wanted in his grandfather's will.

JERRY STEUERMAN told his daughter that he was having nothing to do any more with anyone from his card game.

TOED STEUERMAN, dob 7/20/65, was interviewed. He offered that his father enjoyed traveling to Atlantic City to gamble. He said that his father usually stays at the Trump Casino. He also stated that his father might have an account at the Tropicana Casino in Atlantic City. Lastly, he stated that his father used to have a condo in Atlantic City, but that it was foreclosed about a year and a half ago.

GLENN STEUERMAN, the oldest of the three children, who is the operating manager of the bagel shops, was also interviewed. On Wednesday, 9/14/88, between 0900 and 1000 hours, at the Stony Brook Bagel Store, JERRY STEUERMAN had papers for GLENN to sign. They dealt with a Power of Attorney on various accounts.

GLENN said that he found a note to himself in his father's desk in the Setauket store. He said there are also other papers on the desk blotter. The note dealt with business operations and interests.

On Tuesday, 9/13/88, GLENN had three telephone conversations with his father who was at SHARON FREIFELD's house. Those conversations were at 1730, 1900, and 2230 hours.

On Sunday, 9/11/88, GLENN received a call from his father, who stated that he had received a telephone threat which stated that, "Got enough of your shit, you'll be sleeping with the fishes". GLENN STEUERMAN provided additional information. He stated that his father's girlfriend was SHARON FREIFELD and he provided her address and telephone number. He stated that MS. FREIFELD was involved in a divorce and that MICHAEL GRUNDFAST was her attorney. He also offered that SHARON FREIFELD's husband had been violent.

GLENN said that after the TANKLEFFS' murder, his father received a letter from MR. TANKLEFF's attorney, MIKE FOX, requesting money.

GLENN STEUERMAN knows MARTIN TANKLEFF. MARTIN TANKLEFF used to work in his bagel shop. He stated that very recently MARTIN TANKLEFF called one of his employees, CHRISTINE, from the Suffolk County Jail.

Lastly, GLENN provided the two telephone numbers in JERRY STEUERMAN's house, they being, 751-9656; and 751-3269, which is the telephone in his sister BARI's bedroom.

When all the interviews were concluded, each of the STEUERMAN children pledged their cooperation in the investigation.

Det. Norman Rein #403

D/Sgt. Robert P. Doyle #463          BC

AG005392

| 88-471458 | 6 | 3310 | 601 | 42-142 | | **SUPPLEMENTARY REPORT** |
|---|---|---|---|---|---|---|
| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | | | | PDCS-1084c |
| 9/17/88 | 9/14/88 - 1300 | | | | | |
| INCIDENT | | | STATUS | | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
| MISSING PERSON - ADULT | | | | | Rt. 25, Smithtown, NY | |
| COMPLAINANT | | | PHONE | | ADDRESS | |
| STEUERMAN, JERRY | | | | | 11 West Gate Lane, Old Field, NY | |

DETAILS

On Saturday, 9/17/88, at approximately 1410 hours, the under-
signed and DET. K. JAMES McCREADY #563 responded to HAIR CLUB FOR MEN
LIMITED, 230 Hilton Avenue, Garden City, New York, telephone number
489-3311. At that location, we met with JANINE CAMIDGE, who is the
receptionist. According to MS. CAMIDGE, JERRY STEUERMAN is a regular
customer of the HAIR CLUB. Although he does not have a set appointment,
he generally is there within a month's time. The last time JERRY
STEUERMAN was there was oh August 18, 1988. According to MS CAMIDGE,
he is due for a return visit. MS. CAMIDGE stated she would inform us
if JERRY STEUERMAN called or showed up at her establishment.

Case status Active.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| X | | |
| R | | |
| NOTE: | | |

D/Sgt. Robert P. Doyle #463        D/Sgt. John McElhone  kr

AG005393

SUPPLEMENTARY REPORT

POLICE DEPARTMENT—COUNTY OF SUFFOLK N.Y.

PDCS-108%c

| 88-471458 | 6 | 3310 | 601 | 42-142 |
|---|---|---|---|---|
| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | STATUTE | |
| 9/17/88 | 9/14/88 - 1000 | | | |

| PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
|---|---|
| Rt. 25, Smithtown, NY | |

INCIDENT: MISSING PERSON - ADULT

| ADDRESS |
|---|
| 11 West Gate Lane, Old Field, NY |

COMPLAINANT: STEUERMAN, JERRY

PHONE

DETAILS

On 9/17/88, at 1630 hours, the undersigned met with SHARON FREIFELD, of 23 Empress Pines Drive, Lake Ronkonkoma, New York, telephone number 981-0486/6932. As per the letter given to attorney MIKE GRUNDFAST by JERRY STEUERMAN on 9/14/88, it was known that SHARON FREIFELD kept life insurance policies for JERRY STEUERMAN in her possession. MISS FREIFELD produced said policies for the undersigned's review. Below is listed the life insurance policies in MISS FREIFELD's possession:

$133,000 - Utica National Life Insurance Company
            Policy #17834A/17643A
            Beneficiary: Family

$500,000 - Massachusetts Mutual Life Insurance Company
            Policy #7-786239
            Beneficiary: Family

$500,000 - Equitable Life Insurance Company
            Policy #38234409
            Beneficiary: SHARON KAMUS (FREIFELD)

JERRY STEUERMAN's insurance agents are:

        ARKO INSURANCE AGENCY INCORPORATED
        1919 Middle Country Road
        Centereach, NY 11720
        Telephone: 467-6466

        ROBERT E. MITCHELL, C.L.U.
        Mgt. Functions
        Insurance/Financial Services
        Peachtree Executive Park - Box 666
        Aquebogue, NY 11931
        Telephone: 722-5500

Case status Active.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| X | X | |

NOTE:

D/Sgt. Robert P. Doyle #463

D/Lt. John McElhone #kr

AG005394

09-cv-01207-JS-AYS Document 184-30 Filed 08/17/16 Page 20 of 28 Pa

| 88-471458 | 6 | 3310 | 601 | 42-142 |

SUPPLEMENTARY REPORT

POCS-1084c

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE |
| 9/17/88 | 9/14/88 - 1000 |

| TYPE DESC | STATUTE |
| MISSING PERSON - ADULT |

PLACE OF OCCURRENCE  ☐ INSIDE  ☐ OUTSIDE
Rt. 25, Smithtown, NY

| COMPLAINANT | PHONE |
| STEUERMAN, JERRY |

ADDRESS
11 West Gate Lane, Old Field, NY

DETAILS

On Saturday, 9/17/88, the undersigned and D/SGT. ROBERT P. DOYLE #463 responded to ULTISSIMA HAIR SALON, Willis Avenue, Roslyn, and met with MADDY E. KUCERAK, dob 9/1/46, of 120 Gannet Drive, Commack, New York.

MISS KUCERAK stated that she dated JERRY STEUERMAN on three occasions over the past year. The last time she was with JERRY STEUERMAN was about two months ago. On 9/6/88, JERRY STEUERMAN called MADDY KUCERAK and asked her to take a ride with him to Hempstead, New York. She declined as she had to work that day. On Thursday, 9/8/88, after MADDY KUCERAK had read about ARLEEN TANKLEFF's murder in the newspaper, she called JERRY STEUERMAN. MADDY KUCERAK had met the TANKLEFFs on one occasion when she had gone out with JERRY STEUERMAN. September 8, 1988 was the last time she spoke to JERRY STEUERMAN. MADDY KUCERAK drives a silver colored Mazda and does not own or operate a black Saab. MISS KUCERAK stated she would call us if JERRY STEUERMAN contacted her.

Case status Active.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
| X | | |

NOTE:

Det. K. James McCready #563          D/Sgt. Robert P. Doyle #463 kr

AG005395

:09-cv-40420-JS-AYS Document 184-30 Filed 03/11/20 SUPPLEMENTARY REPORT of 28 Pa

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | | PDCS-1084c |
|---|---|---|---|---|
| 9/17/88 | 9/14/88 - 1300 | | 4871 | |

| INCIDENT | | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
|---|---|---|---|---|
| MISSING PERSON - ADULT | | | Rt. 25, Smithtown, NY | |

| COMPLAINANT | PHONE | | ADDRESS |
|---|---|---|---|
| STEUERMAN, JERRY | | | 11 West Gate Lane, Old Field, NY |

DETAILS

On 9/15/88, at about 1640 hours, D/SGT. ROBERT DOYLE #463/ 3310/03, and the undersigned, interviewed SHARON FREIFELD, (3/3/42) of 23 Empress Pines Drive, Ronkonkoma, 981-0486/981-6932. The interview took place at her residence. MS. FREIFELD is employed at "On Target Direct Mail Co."

She was aware that her friend, and companion, JERRY STEUERMAN (12/14/39) was a missing person. She stated that she last spoke to STEUERMAN on Wednesday, 9/14/88, at 0730, and again at 0815. In the earlier call, JERRY called her. He was at the bagel store. He said that he was going to the bank, creating a will, had made an appointment with MR. GRUNDFAST for Thursday, and that he was going to GLENN (one of his sons) to get him to sign a form for GLENN to have Power of Attorney. In the second call, FREIFELD called JERRY STEUERMAN in regard to the repair of one of her children's cars.

On 9/14/88, at about 1300, MS. FREIFELD called STEUERMAN's Bagel Store. She spoke to one of STEUERMAN's daughters, BARI. BARI asked FREIFELD if she knows JERRY's whereabouts.

MS. FREIFELD said that JERRY wanted a will because SEYMOUR TANKLEFF's death was a sudden reminder of how important it was to tie everything together.

On Tuesday, 9/13/88, FREIFELD and STEUERMAN spent the evening together. She said that his behavior was not indicative of a problem. They shared dinner and JERRY tried to repair a leak in her shower.

The past weekend STEUERMAN was very quiet. He had a lot on his mind, and he was very tired.

The past week STEUERMAN told FREIFELD that he was no longer going to carry a wallet. He said it took up too much space, and that in the future he would carry it in his briefcase. FREIFELD said that JERRY STEUERMAN always carried a large amount of cash. STEUERMAN loved jewelry. She described the jewelry that she knew him to wear: ring - horse design, on left index finger; I.D. bracelet - with diamonds; necklace - flat rope with bagel.

| FOUNDED | CASE STATUS | | | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|---|---|
| ☐ X̄ES ☐ NO | ☐ ARREST ☐ SUSPENDED ☐ CLOSED ☐ PENDING ☐ UNFOUNDED ☐ INACTIVE | | | ☐ ... |

NOTE: ...

| ... REPORTING | | | SIGNATURE | |
|---|---|---|---|---|
| | | | R. Doyle #463 | |
| Det. Norman Rein #403 | | | D/Sgt. Robert P. Doyle #463 | BC |

AG005396

DISTRIBUTION: Same as Initial Report

FREIFELD said that STEUERMAN wore a hairpiece. If it had to
be weaved, he would go to the "Hair Club", Hempstead. If he got his
hair cut, he would go to the barber next to "Setauket Bagel", his shop.

STEUERMAN was described as having many pairs of glasses. His
optician is in the same shopping center as his Setauket Bagel Shop.

FREIFELD stated that her estranged husband, BURT FREIFELD, was
not aware of her relationship with JERRY STEUERMAN.  BURT FREIFELD
lives at the Fairhaven Apartments, 650 Veterans Highway, Hauppauge,
724-7892.  STEUERMAN discussed TANKLEFFs' murder with FREIFELD.  He
told her that he was honest and factual with the Police.

FREIFELD spoke of STEUERMAN's habits and interests.  Each
evening, before dinner, he would call his daughter, BARI, about 1600/
1700 hours.  He does not like food at Rio Ribsters.  STEUERMAN enjoyed
playing cards.  He liked going to the horse track when his horses were
racing.  FREIFELD and STEUERMAN had an active social life together.
They attended the track, and often went to the movies, lunch and dinner.
When the couple would go to the track, they would take a limousine
operated by Eager Beaver Car Wash, Route 347, Setauket.

SHARON FREIFELD operates a 1987 Lincoln.

The interview concluded with MS. FREIFELD offering her
continued cooperation in the investigation.

Det. Norman Rein #403                    D/Sgt. Robert P. Doyle #463        BC

AG005397

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | PLACE OF OCCURRENCE | |
|---|---|---|---|---|
| 9/20/88 | 9/14/88 - 1000 | 4876 | | ☐ INSIDE ☐ OUTSIDE |
| **INCIDENT** | | **STATUTE** | Rt. 25, Smithtown, NY | |
| MISSING PERSON - ADULT | | | | |
| **COMPLAINANT** | | **PHONE** | **ADDRESS** | |
| STEUERMAN, JERRY | | | 11 West Gate Lane, Old Field, NY | |

DETAILS

On Monday, September 19, 1988, the undersigned responded to the Ramada Inn, 1515 Veterans Memorial Highway, Hauppauge, New York. At that location the undersigned interviewed CHERYL TEIXEIRA, dob 11/23/64, of 1006 Kahle Street, Bohemia, who is the front office manager. MS. TEIXEIRA was shown a photograph of JERRY STEUERMAN. MS. TEIXEIRA stated that she has known MR. STEUERMAN for the past two and a half years in that he is a guest of the Ramada Inn usually three to four times per week. MS. TEIXEIRA stated that she has known MR. STEUERMAN to use several fictitious names, including: JERRY JOSEPHS, JERRY STEVENS, and JERRY STEVEMAN. When MR. STEUERMAN is a guest of the Ramada Inn he is usually in the company of a woman whom TEIXEIRA describes as 5'5", medium dark brown hair, 31 or 32 years old.

On Tuesday, September 13, 1988, MS. TEIXEIRA stated that she registered JERRY STEUERMAN as a guest of the Ramada Inn. On this occasion, JERRY STEUERMAN registered as JOSEPH QUALIGREEN of 83 Sandy Drive, Commack. MS. TEIXEIRA observed that JERRY STEUERMAN was wearing his "Normal" jewelry, and that he had a beard. He seemed in a good mood in that he was joking with the clerks as he usually does. MS. TEIXEIRA did not observe a female with STEUERMAN at this time.

The undersigned also interviewed LINDA MARATEA, dob 2/24/66, of 10 Kent Drive, Shirley. MS. MARATEA was the front desk clerk on Wednesday, September 14, 1988, and checked JERRY STEUERMAN out of the Ramada Inn at 12:33 p.m. MS. MARATEA has also seen JERRY STEUERMAN on many occasions at the Ramada Inn. MS. MARATEA related that on the day STEUERMAN checked out he was acting completely out of character as he appeared upset. She found him serious and unfriendly. He had shaved his beard, had a short haircut, and was wearing dark glasses. STEUERMAN was not wearing his "Normal" jewelry that MARATEA had observed him wear many times in the past. In addition, MS. MARATEA stated that STEUERMAN had no luggage and was wearing the following: dress shirt, dress pants, dark tweed jacket, and an ascot on his neck. MS. MARATEA could not relate any information as to where JERRY STEUERMAN may have been going after he checked out of the Ramada Inn.

Case status Active. Investigation to continue.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☐X | ☒ | |

NOTE: 

Det. K. James McCready #563    D/Sgt. Robert P. Doyle #463    BC

AG005398

SUPPLEMENTARY REPORT

PDCS-108‑c

| 88-471458 | 6 | 3310 | 601 | 42-142 | 4874 |
| --- | --- | --- | --- | --- | --- |

DATE OF REPORT | DATE AND TIME OF OCCURRENCE

9/24/88 | 9/14/88 - 1000

STATUS | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE

INCIDENT | Rt. 25, Smithtown, NY

MISSING PERSON - ADULT

COMPLAINANT | PHONE | ADDRESS

STEUERMAN, JERRY | 11 West Gate Lane, Old Field, NY

DETAILS

On 9/22/88, SHARON FREIFELD received a hang-up call on her telephone (981-6932) at 7:43 p.m. According to MS. FREIFELD, the hang-up sounded "long distance" and she believes it may have been JERRY STEUERMAN trying to contact her. The undersigned reported the hang-up call to NEW YORK TELEPHONE SECURITY, who began a trace of the call through MISS FREIFELD's authorized tapped line.

On 9/23/88, MR. RICHARD MULHERN, of NEW YORK TELEPHONE SECURITY, contacted the undersigned and stated that the call MISS FREIFELD had received had originated from the GALLARIA PARK HOTEL, 191 Sutter Street, San Francisco, California; telephone #(415) 781-3060. The undersigned contacted said hotel and spoke with MARCUS WITHIAM, who is an Assistant Manager. MR. WITHIAM was not familiar with JERRY STEUERMAN, but stated he would ask other hotel employees about him. The undersigned then FAXed a picture of JERRY STEUERMAN to MR. WITHIAM.

On 9/24/88, MR. WITHIAM, of the GALLARIA PARK HOTEL, called the undersigned and stated that JERRY STEUERMAN had, in fact, been a guest at the hotel between 9/18/88 and 9/23/88, and had been registered under the name of JAY WINSTON with a listing of a home address of 13 Pacific Street, San Francisco, California. According to MR. WITHIAM, JERRY STEUERMAN had left the hotel on 9/23/88 and did not mention a destination. MR. WITHIAM then FAXed a copy of JERRY STEUERMAN's bill to the undersigned to further our investigation.

Case status Active.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
| --- | --- | --- |
| ☐ | ☒ | |
| ☐ | | |

NOTE:

D/Sgt. Robert P. Doyle #463 | D/Lt. John McElhone kr

AG005399

POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.

# SUPPLEMENTARY REPORT

PDCS-1084c

| CC Number | | Command | Sector | |
|---|---|---|---|---|
| 88-471458 | 6 | 3310 | 601 | 42-142 |

Date of Report: 9/24/88

Date and Time of Occurrence: 9/14/88 - 1000

Incident: MISSING PERSON - ADULT

Place of Occurrence: Rt. 25, Smithtown, NY

Complainant: STEUERMAN, JERRY

Address: 11 West Gate Lane, Old Field, NY

Details:

On 9/24/88, at 2200 hours, the undersigned Detective called AMERICAN AIRLINES in San Francisco, California, at (415) 398-4434, and spoke with RICHARD EBNER.

It was requested that MR. EBNER check his flight schedule for the following names:

JERRY JOSEPHS
JERRY STEUERMAN
JERRY STEVENS
JOSEPH QUALIGREEN
JAY WINSTON

A return call was received by the undersigned from AMERICAN AIRLINES Supervisor CURTIS FRY. MR. FRY stated that all names were checked; and as a result, it was ascertained that a JAY WINSTON departed from San Francisco on Friday, 9/23/88, en route to Los Angeles on Flight #898. The flight departed at 1200 hours, California time, and arrived in Los Angeles at 1319 hours. That it was a one-way ticket and paid for in cash. The reservation was made at 1050 hours, and the ticket was picked up at 1129 hours.

Case status Active.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| X | X | |

NOTE:

Det. Mike Carmody #523

D/Sgt. Robert P. Doyle #463 kr

AG005400

SUPPLEMENTARY REPORT
PDCS-1084c

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | |
|---|---|---|---|
| 5/26/88 | 9/14/88 - 1000 | | |

| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
|---|---|---|---|
| MISSING PERSON - ADULT | | Rt. 25, Smithtown, NY | |

| COMPLAINANT | PHONE | ADDRESS |
|---|---|---|
| STEUERMAN, JERRY | | 11 West Gate Lane, Old Field, NY |

DETAILS

On Saturday, September 24, 1988, DET. MIKE CARMODY #523/3310 confirmed that JERRY STEUERMAN using the alias of JAY WINSTON departed San Francisco, California, on Friday, September 23, 1988, en route to Los Angeles, California.

On Monday, September 26, 1988, the undersigned and D/SGT. ROBERT P. DOYLE #463/3310, and MR. EDWARD C. JABLONSKI, Chief of the Homicide Bureau, responded to Los Angeles, California, in an effort to locate and question JERRY STEUERMAN. MR. STEUERMAN was reported missing from Suffolk County by his daughter, BARI STEUERMAN on September 15, 1988.

Case status Active. Investigation to continue.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☐ X YES ☐ NO | ☒ ACTIVE ☐ CLEARED BY ARREST ☐ EXCEPTIONALLY CLEARED ☐ PENDING ☐ RECLASSIFIED UNFOUNDED | ☐ VEHICLE ☐ LARCENY OF UNIDENTIFIED PROPERTY ☐ PROPERTY DESC |

NOTE: EACH AND EVERY DATE MUST BE ENTERED ... INVESTIGATION MADE AND RECOVERY OF STOLEN AND/OR LOST PROPERTY

Det. K. James McCready #563

D/Sgt. Robert P. Doyle #463        BC

AG005401

09-cv-01207-JS-AYS Document 184-30 Filed 08/11/16 Page 27 of 28 Pa
SUPPLEMENTARY REPORT
PDCS-1084c

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | |
|---|---|---|---|
| 9/27/88 | 9/14/88 - 1000 | 4877 | |
| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
| MISSING PERSON - ADULT | | Rt. 25, Smithtown, NY | |
| COMPLAINANT | PHONE | ADDRESS | |
| STEUERMAN, JERRY | | 11 West Gate Lane, Old Field, NY | |

DETAILS

On Tuesday, September 27, 1988, the undersigned and D/SGT. ROBERT P. DOYLE #463/3310, responded to 8605 Lookout Mountain Avenue, Hollywood, California. At that location, CAROLYN BEAVER, dob 4/8/44, was interviewed. During that interview MS. BEAVER was shown a photograph of JERRY STEUERMAN. MS. BEAVER identified JERRY STEUERMAN as the person she met at Eselan (Big Sur, California) on September 17, 1988. At that time she had known STEUERMAN by the name of JAY WINSTON.

MS. BEAVER spent two days at Eselan. Since returning home, JERRY STEUERMAN had called her twice from San Francisco. During the last conversation, STEUERMAN stated he was leaving San Francisco and coming to the Los Angeles area. MS. BEAVER believes that STEUERMAN is presently in the Marina Del Ray area and that he has called her twice from there.

MS. BEAVER also related that while at Eselan, JERRY STEUERMAN met another female by the name of TRUDY.

Case status Active. Investigation to continue.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☐X YES ☐ NO | ☒ ACTIVE ☐ CLEARED BY ARREST ☐ PENDING ☐ EXCEPTIONALLY CLEARED ☐ UNFOUNDED | ☐ UNABLE TO LOCATE COMPLAINANT ☐ COMPLAINANT REFUSES TO PROSECUTE |

NOTE: WHEN FINAL DISPOSITION DATES MUST BE CHECKED AND ENTERED BY JUVENILE OFFICER AS THE OFFICERS OF STOLEN AND RECOVERED PROPERTY

| APPROVING OFFICER SIGNATURE | RANK OF OFFICER | DATE INVESTIGATED |
|---|---|---|
| Det. K. James McCready #563 | D/Sgt. Robert P. Doyle #463 | BC |

AG005402

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | SUPPLEMENTARY REPORT |
|---|---|---|---|
| 10/1/88 | 9/14/88 - 1000 | | PDCS-108%c |

| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☐ INSIDE ☐ OUTSIDE |
|---|---|---|---|
| MISSING PERSON ~ ADULT | | Rt. 25, Smithtown, NY | |

| COMPLAINANT | PHONE | ADDRESS |
|---|---|---|
| STEUERMAN, JERRY | | 11 West Gate Lane, Old Field, NY |

DETAILS

On Wednesday, September 28, 1988, the undersigned, D/SGT. ROBERT P. DOYLE #463/3310, and MR. EDWARD C. JABLONSKI, Chief of the Homicide Bureau, responded to 3662 Katella Avenue, Los Alamitos, the home of one TRUDY POLSKY, dob 11/8/36. It had been ascertained that JERRY STEUERMAN made several phone calls to her from San Francisco. After a brief investigation, TRUDY POLSKY was located at the Municipal Court Building in Long Beach, California.

It was ascertained from MS. POLSKY that she had, in fact, been in contact with STEUERMAN who was still using the name JAY WINSTON. MS. POLSKY believed STEUERMAN was staying at the Holiday Inn at 500 East 1st Street, Long Beach, California. It should be noted that MS. POLSKY stated that if STEUERMAN was suspected of committing any crime she would represent him. MS. POLSKY was advised that STEUERMAN was not a suspect in any crime and that she could speak with him at any time.

At about 2 p.m., we met with STEUERMAN in his hotel room at the Holiday Inn. It was apparent that STEUERMAN was emotionally upset over the deaths of ARLENE and SEYMOUR TANKLEFF. In addition, he was upset over the fact that TANKLEFF's family and friends would think that he could be involved in something of this nature. Furthermore, STEUERMAN was extremely upset with himself as a person in general. He talked about family problems and where he felt he was going with his own life. He thought the life insurance he had would help make up for the mistakes he had made during his life.

After talking with STEUERMAN, we explained to him that he did not have to return to New York with us if he did not wish to. In view of what STEUERMAN had told us, the undersigned explained to him that he might be better off returning with us, taking care of his personal problems, and then returning to California at a later date if he wished to do so. STEUERMAN then decided to return to New York with us.

On Friday, September 30, 1988, this writer, D/SGT. ROBERT P. DOYLE, #463, MR EDWARD C. JABLONSKI, and JERRY STEUERMAN, returned to New York.

Case status Closed, Non-Criminal.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| EX·C. ☐ ○ | ☐ ACTIVE ☐ ☐ ☐ ☐ 'X ☐ ☐ ☐ ☐ RECURRING ☐ ☐ | |

NOTE: ...

Det. K. James McCready #563

D/Sgt. Robert P. Doyle #463                    BC

AG005403