# Exhibit 25

NOTES: PFALZGRAF



PLAINTIFF'S EXHIBIT
Pfalzgraf 3
DE 4/19/14

SCDA008517



0700    88-    9/7/88

0820 ARRIVED MATHER MEMORIAL HOSP. DET. DAN OLIN W/ RESCUE P.O. RON RIMES ENR W/ VICTIM

RONALD J. ROTHER 8/12/48
21 FICUS ST, P.J.S.
331-2035
IN SCENE PHONE IN KITCHEN

SEYMOUR TANKLEFF —
RETIRED. WAS IN INS.
JERRY STEUERMAN
STRATHMORE BAGELS
S.T. LENT HIM MONEY
FOR CASH FLOW — +
PERCENTAGE (HUGE WHITE HOUSE IN BELLETERRE)

SCDA008518



6-7 MONTHS AGO -
SEYMORE HUNG OUT IN
STORE -
NOT ALLOWED IN COUNTY
BOUGHT HORSE

SEYMORE SAID JERRY
THREATENED HIM. 5-6
WEEKS AGO.

J.S. CURRENTLY RENTING
IN POQUATT.
STRATHMORE BAGEL
ACROSS FROM FOX GOLF.
BAGEL FACTORY

MAX
MYRON FOX - ATTY - FOR
BUSINESSES.
SCDA008519

0912 Removed to Stoneybrook Hosp.

Vincent Bove 9/4/29
16 Soundview Dr.
Belle Terre. 473-0290
OFF. 473-8698
Played cards until
3:00 AM
with Dr. Olivetto
Joe Cerere
Jerry Stubermann
Bob Montefusco
Al Rascan
Peter Capobianco - Left 12

Wanted to go to Atlantic
City w/ Vinny -
No hostilities towards
Jerry, wife, or kid

SCDA008520



Helene seemed happy.

Conversation about property in R.V. Hd. on 58.

Danny - at exercise place over Brent City - Wellsbow Shop Center #347

Vinny left before everyone else.
Olivetto was winner.

1 ⅞" - 2" Dia - Jim Hugo.

SCDA008521



Dec. laying on back
Slashes x throat.
Naked below waist
Lavender-Lt [Pink]
Night Gown Gold Bracelet
Rt. wrist - Jewish
Necklace on Neck.,
Brn hair Brn. eyes
N/S off bed

Out on C.S. 1255 hrs

SCDA008522