# Exhibit 26

| CC NUMBER | PCT | COMMAND | SECTOR | GRID | | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
|---|---|---|---|---|---|---|
| 88-461042 | 6 | 3310 | 602 | 39-150 | | **SUPPLEMENTARY REPORT** |
| DATE OF REPORT | DATE AND TIME OF OCCURRENCE | | | | | |
| 9/8/88 | 9/7/88 – About 0535 | | | | | PDCS-1084c |
| INCIDENT | | | STATUSE | | PLACE OF OCCURRENCE | ☒ INSIDE  ☐ OUTSIDE |
| MURDER Second Degree | | | 125.25-1 P.L. | | 33 Seaside Drive, Belle Terre, NY | |
| COMPLAINANT | | | PHONE | | ADDRESS | |
| TANKLEFF, ARLENE | | | (Deceased) | | Same as above | |

DETAILS

On Wednesday, September 7, 1988, at 0700 hours, the undersigned officer and DET. MIKE CARMODY #523, were advised that the Sixth Precinct had one victim of a homicide at 33 Seaside Drive, Belle Terre, and another victim that was unconscious at Mather Memorial Hospital, Port Jefferson. Upon arrival at the hospital, the following facts were ascertained:

POLICE OFFICER RONALD AIMES #2211 rode in the ambulance with the victim, SEYMOUR TANKLEFF. He stated that MR. TANKLEFF was unconscious when he had arrived at the scene and he never regained consciousness.

DR. ROBERT ROTH was attending to MR. TANKLEFF in the emergency room. He stated that his throat was slashed almost completely around his neck. He also had a severe depressed skull fracture to the back of his skull. DR. ROTH removed blood samples from MR. TANKLEFF'S forearm and gave them to the undersigned. He also removed the gold bracelet from his wrist and gave it to the undersigned. POLICE OFFICER AIMES turned over a plastic bag containing a bloody towel and sheet to the undersigned. Those items had been removed from MR. TANKLEFF by the hospital staff.

RONALD J. ROTHER, dob 8/12/49, of 21 Ficus Drive, Port Jefferson Station, telephone number 331-2035, was interviewed at the hospital by the undersigned. He stated that he is the son-in-law of SEYMOUR TANKLEFF. He received a phone call from MARTIN TANKLEFF at about 6:10 a.m. MARTIN stated to ROTHER that his parents were murdered. RONALD ROTHER responded to the incident location and entered the residence. He stated that while inside the residence, he used the phone in the kitchen, and did not touch anything else in the house.

MR. ROTHER stated that SEYMOUR TANKLEFF was retired and was involved in a number of business ventures with other people. One of those people, JERRY STEUERMAN, the owner of STRATHMORE BAGELS, was reneging on paying his debt to TANKLEFF, and that business deal was turning bad.

At approximately 0830 hours, a determination was made by the hospital staff to transfer MR. TANKLEFF to Stony Brook Hospital. He was accompanied by POLICE OFFICER AIMES. At that time, MY. MYRON FOX identified himself to the undersigned and stated that he was the attorney for SEYMOUR TANKLEFF and represented him in a number of business deals. He

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☒ YES  ☐ NO | ☐ ACTIVE  ☐ CLEARED BY ARREST  ☐ U SEB  ☐ PENDING  ☐ EXCEPTIONALLY CLEARED  NON-CRIMINAL | ☐ RECLASSIFICATION OF INCIDENT  ☐ STOLEN OR RECOVERED PROPERTY |

Det. John Pfalzgraf #682     D/Sgt. Robert P. Doyle #463     BC

PLAINTIFF'S EXHIBIT
Pfalzgraf 4
DF 4/17/14

SCDA002481

stated that JERRY STEUERMAN was supposed to make a substantial payment to SEYMOUR TANKLEFF in the near future and that he would make available copies of that paperwork later in the day.

MR. FOX inquired about the whereabouts of MARTIN TANKLEFF who was last seen with DET. K. JAMES McCREADY #563. The undersigned contacted DET. McCREADY and ascertained that they were both en route to Police Headquarters. MR. FOX was advised of those facts and asked if it would be okay if the ROTHERS went to Headquarters to be with MARTIN. When I advised MR. FOX and MR. ROTHER that they could be with him at Headquarters, MR. ROTHER stated that it would be better if he went to Stony Brook with his father-in-law. He requested that when we were finished with MARTIN, either drop him off at Stony Brook Hospital, or at their residence.

MR. VINCENT BOVE, dob 9/4/29, of 16 Soundview Drive, Belle Terre, telephone number 473-0290, was also interviewed. He stated that he was a long-time friend of ARLENE and SEYMOUR TANKLEFF. He had been at their house the night before for their weekly card game. He arrived at the game at about 7 p.m. ARLENE was in the living room by herself and she seemed happy when he spoke to her.

He went to the back room where the card game was held. The players that night were: DR. FRANK OLIVETTI, JOSEPH CECERE, BOB MONTEFUSCO, AL RASCAN, JERRY STEUERMAN, and PETER COPOBIANCO. PETER COPOBIANCO left the game at about midnight. The game broke up at about 3 a.m., and MR. BOVE left before the rest of the players.

MR. BOVE said that MR. TANKLEFF wanted to go to Atlantic City alone with him in the near future. When questioned about how TANKLEFF and STEUERMAN treated each other during the game, he said they were not hostile toward each other at all.

At approximately 0830 hours, a determination was made by the hospital staff to transfer MR. SEYMOUR TANKLEFF to Stony Brook Hospital. He was accompanied by POLICE OFFICER AIMES.

Det. John Pfalzgraf #682

D/Sgt. Robert P. Doyle #463     BC

SCDA002482