# Exhibit 28

Interview

Robert Montefusco 9-21-31
79 Columbia St. Port Jeff
473-6858
Self Employed - Home Improvement (carpentry)

— 1985 Cadillac Eldorado Blue w/white Top   XCE-955

— Arrived at 2000 for card game. Everyone there except Vinny came after.

— Arlene reading paper in living room where T.V. is.

— No problems during game — no drinking.

— Robert left 0300 or shortly after. Walked out with Vinny Bove.

PLAINTIFF'S EXHIBIT 77 DF 12/11/12

Al Rascan, Joe Cocere,
(Peter Capobianco) left early! Frank Olivette
Jerry Stutermann.

- Jerry Stutermann - went back in to speak to Seymour. Didn't see Jerry leave.

- Marty came in re. moving Seville - Capp's car blocking.

- Seymour in good spirits.

Interview  Albert Raskin 9-15-1895
201 Main St. Prt Jeff.
(moving to 206 E. Main St)
473-3278.

- Arrived at 1910 with