# Exhibit 30

**ORIGINAL**

1                                                 1

2    UNITED STATES DISTRICT COURT NEW YORK
      FOR THE EASTERN DISTRICT OF NEW YORK

3    ------------------------------------------X

4    MARTIN TANKLEFF,

5                   Plaintiff,

6      -against-

7    THE COUNTY OF SUFFOLK, K. JAMES McCREADY,
      NORMAN REIN, CHARLES KOSCIUK, ROBERT DOYLE,

8    JOHN McLELHONE, JOHN DOE POLICE OFFICERS
      #1-10, RICHARD ROE SUFFOLK COUNTY EMPLOYEES

9    #1-10,

10                 Defendants.

11   ------------------------------------------X

12                    666 Old Country Road

13                    Garden City, New York

14

15                    June 10, 2013
                     10:43 a.m.

16

17      DEPOSITION of JERRY STEUERMAN, one of the

18   Defendants herein, taken by the Plaintiff,

19   pursuant to Federal Rules of Civil Procedure

20   and Notice, held at the above-mentioned time

21   and place, before Dolly Fevola, Notary

22   Public of the State of New York.

23

24

25

1                                                                    2

2        A P P E A R A N C E S :

3

4        BARKET, MARION EPSTEIN & KEARON, LLP
                 Attorneys for the Plaintiff
5                666 Old Country Road
                 Garden City, New York 11530
6        BY:     BRUCE BARKET, ESQ.
                 AMY MARION, ESQ.

7

8        SCARING & CARMAN, PLLC
                 Attorneys for the Plaintiff
9                666 Old Country Road, Suite 501
                 Garden City, New York 11530
10       BY:     SUSAN SCARING CARMAN, ESQ.

11

12       SUFFOLK COUNTY DEPARTMENT OF LAW
                 Attorneys for the Defendants
13               H. Lee Dennison Building
                 Hauppauge, New York
14       BY:     BRIAN MITCHELL, ESQ.

15       ALSO PRESENT:

16       MARTIN TANKLEFF

17       PERRY FINKELSTEIN, Videographer

18

19

20

21

22

23

24

25

3

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by
and among counsel for the respective parties
hereto, that the filing, sealing and
certification of the within deposition shall
be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that
all objections, except as to form of the
question, shall be reserved to the time of
the trial;

IT IS FURTHER STIPULATED AND AGREED that
the within deposition may be signed before
any Notary Public with the same force and
effect as if signed and sworn to before the
Court.

                    *       *       *

```
                    J. Steuerman          4
```

THE VIDEOGRAPHER:  This is reel

number 1 of the deposition of Jerry

Steuerman in the matter of Martin

Tankleff versus the County of

Suffolk, K. James McCready, et al,

in the U.S. District Court.  We're

the Eastern District of New York.

This deposition is being held

at 666 Old Country Road, Suite 700,

Garden City, New York at the offices

of Barket Marion Epstein & Kearon on

Monday, June 10th, 2013, at

approximately 10:43 a.m.

My name is Perry Finkelstein,

the videographer from Pro Video

Productions, located in Nesconset,

New York, and I attest to record

these proceedings fairly and

accurately.

The court reporter is Dolly

Fevola in association with Fevola

Court Reporting.

Counsel, please introduce

yourselves and state the parties you

1                        J. Steuerman              5

2      represent.

3              MR. BARKET:  Bruce Barket.  I

4      represent the Plaintiff, Martin

5      Tankleff.

6              MS. CARMAN:  Susan Scaring

7      Carman, 666 Old Country Road,

8      representing Jerry Steuerman.

9              MR. MITCHELL:  Representing the

10     County of Suffolk and the Suffolk

11     County Defendants is Dennis M.

12     Brown, Suffolk County Attorney by

13     Brian C. Mitchell, Assistant County

14     Attorney.

15             THE VIDEOGRAPHER:  Court

16     Reporter, please swear in the

17     witness.

18   J E R R Y   S T E U E R M A N, after

19   having been first duly sworn by a Notary

20   Public of the State of New York, was

21   examined and testified as follows:

22   EXAMINATION BY

23   MR. BARKET:

24         Q     State your name for the record,

25   please?

```
                        J. Steuerman            6
 1
 2          A     Jerry Steuerman.
 3          Q     State your address, please.
 4          A     6864 Willow Wood Drive, Boca
 5   Raton, Florida 33434.
 6                MR. BARKET:  Good morning, Mr.
 7          Steuerman.  I'm going to ask you a
 8          series of questions.  If, at any
 9          time, you don't understand the
10          question, just say so and I'll try
11          to rephrase it.
12                You're free to talk to your
13          attorney at any point you'd like,
14          but I ask that you not do so while a
15          question is pending.  Once I ask a
16          question, you answer it or not, and
17          after that you talk to your
18          attorney, okay?
19                THE WITNESS:  Okay.
20          Q     Do you have any children?
21          A     Four.
22          Q     What are their names, please?
23                MS. CARMAN:  I'd like to put on
24          the record that upon the advice of
25          counsel, Mr. Steuerman is not going
```

J. Steuerman                    7

1
2       to be answering any questions

3       relating to the incident that

4       occurred based upon his right not to

5       incriminate himself.  He'll be

6       answering just questions based on

7       his name and address.

8              MR. BARKET:  How would the

9       names of his children incriminate

10      himself?

11             MS. CARMAN:  I'll allow him to

12      answer those brief questions but we

13      don't want to get into any detail

14      here regarding what has transpired

15      on the date of incident because we

16      understand that you believe he is

17      the culprit of this action.

18             MR. BARKET:  Okay.

19      Q      What are the names and ages of

20  your children?

21      A      Glen is 54; Barry is 52; Tod is

22  50 and Darcy is 48.

23      Q      Where does Glen currently

24  reside?

25      A      On the advice of counsel, I

J. Steuerman                8

1    invoke my fifth.

2            MR. BARKET:  I'm not sure how

3            the address of your oldest son

4            affects your fifth amendment rights.

5            MS. CARMAN:  Let me just go off

6            the record.  I'd like to speak with

7            my client outside for a minute.

8            MR. BARKET:  Sure.

9            THE VIDEOGRAPHER:  Going off

10           the record at 10:57.

11           (Whereupon, a brief recess was

12           taken.)

13           THE VIDEOGRAPHER:  We're back

14           on the record at approximately

15           10:54.

16    Q    You had a chance to speak with

17 your attorney and I'm going to ask you again

18 where your oldest child Glen lives?

19    A    On the advice of counsel, I

20 invoke my fifth amendment rights.

21    Q    Where does your daughter Barry

22 live?

23    A    On the advice of counsel, I am

24 invoking my fifth amendment rights.

J. Steuerman                    9

1

2          Q      Your son Tod where does he

3     reside?

4          A      On the advice of counsel, I am

5     invoking the fifth.

6          Q      Did you know two individuals by

7     the name of Arlene and Seymour Tankleff?

8          A      On the advice of counsel, I'm

9     invoking the fifth.

10         Q      You know Martin Tankleff who is

11    sitting here?

12         A      On the advice of counsel, I'm

13    taking the fifth.

14         Q      In or about 2003, did you

15    become aware that there was an application

16    by Marty Tankleff to vacate his conviction?

17         A      On the advice of counsel, I'm

18    invoking my fifth amendment rights.

19               MR. BARKET:  How could his

20         knowledge about a legal matter or

21         lack thereof affect his fifth

22         amendment rights?

23               MS. CARMAN:  Are you posing

24         that question to Mr. Steuerman or to

25         myself?

J. Steuerman          10

1      MR. BARKET:  I guess to you.

2      MS. CARMAN:  Are you posing it

3  to me?

4      MR. BARKET:  Yes.  I don't

5  understand.  I understand that he

6  wants to take the fifth about

7  questions that could affect his

8  incriminating himself, but his

9  knowledge of a pending legal matter

10  or lack thereof?

11      MS. CARMAN:  Because it leads

12  to other questions that would force

13  him to uncover other knowledge.

14      MR. BARKET:  Okay.

15      Q     At some point in time, you

16  retained an attorney, Steven Scaring.  When

17  was that?

18      A     I'm invoking my fifth amendment

19  rights.

20      Q     To your knowledge, did Steven

21  Scaring have any conversations with anyone

22  from the Suffolk District Attorney's office,

23  including but not limited to Leonard Leto?

24      A     I'm invoking my fifth amendment

J. Steuerman                11

1    rights.

2         Q    Were you aware that you were

3    going to be asked to testify at a 440

4    hearing before Judge Braslow sometime on or

5    about 2004?

6         A    I'm invoking my fifth amendment

7    rights.

8         Q    Did you retain Mr. Scaring for

9    the purpose of representing you during the

10   course of the 440 in the subsequent

11   investigation?

12        A    I'm invoking my fifth amendment

13   rights.

14        Q    On September 6th of 1998, where

15   did you live?

16        A    I'm invoking my fifth amendment

17   rights.

18        Q    Were you involved in a regular

19   poker game with Seymour Tankleff?

20        A    I'm invoking my fifth amendment

21   rights.

22        Q    Did you play any role in the

23   murder of either Seymour or Arlene Tankleff?

24        A    On the advice of counsel, I'm

J. Steuerman                    12

1    invoking my fifth amendment.

2          Q     Did your son Tod have a

3    relationship with an individual by the name

4    of Joseph Creedon?

5          A     On the advice of counsel, I'm

6    invoking my fifth amendment rights.

7          Q     Were you the last person to

8    leave the poker game in the early morning

9    hours of September 7, 1998; leave the

10   Tankleff residence, that is?

11         A     On the advice of counsel, I'm

12   invoking my fifth amendment rights.

13         Q     Did you let Joseph Creedon and

14   Peter Kent into the Tankleff home in the

15   early morning hours of September 7, 1998?

16         A     On the advice of counsel, I'm

17   invoking my fifth.

18         Q     Did you participate in a

19   bludgeoning and stabbing of Seymour

20   Tankleff?

21         A     On the advice of counsel, I'm

22   invoking my fifth.

23         Q     Did you instruct two other

24   individuals to go down to the other end of

J. Steuerman                13

the house to check on Arlene Tankleff?

     A    I'm invoking my fifth amendment rights.

     Q    At that point in time, were you aware that those individuals attacked Arlene Tankleff, beat and stabbed her?

     A    On the advice of counsel, I'm invoking the fifth amendment.

     Q    Did you have any role in the beating and stabbing, direct role, of Arlene Tankleff?

     A    On the advice of counsel, I'm taking the fifth.

     Q    Did you pay anyone any money in connection with the attack on Seymour and Arlene Tankleff?

     A    On the advice of counsel, I'm taking the fifth.

     Q    Did you have any contact with an individual by the name of Skippy Dwyer?

     A    On the advice of counsel, I'm taking the fifth.

     Q    You're aware, of course, that your son Tod was convicted of selling

J. Steuerman                14

1    cocaine around 1990 or so; is that right?

3        A    On the advice of counsel, I'm

4    taking the fifth.

5        Q    Were you aware that Joseph

6    Creedon collected drug tests for your son

7    Tod?

8        A    On the advice of counsel, I'm

9    taking the fifth.

10       Q    Do you know an individual by

11   the name of Glass, Brian Scott Glass?

12       A    On the advice of counsel, I'm

13   taking the fifth.

14       Q    Did you offer him money to

15   collect money from Seymour Tankleff?

16       A    On the advice of counsel, I'm

17   taking the fifth.

18       Q    Did you offer him money to

19   quote "send a message" to Mr. Tankleff by

20   hurting or killing him?

21       A    On the advice of counsel, I'm

22   taking the fifth.

23       Q    Did Mr. Glass tell you that he

24   would collect the money but that he would be

25   able to do it without harming -- potentially

1                       J. Steuerman          15

2     harming Mr. Tankleff?

3             A      On the advice of counsel, I'm

4     taking the fifth.

5             Q      Did he then refer you or

6     suggest that you contact Joe Creedon for

7     this activity?

8             A      On the advice of counsel, I'm

9     taking the fifth.

10            Q      Did you ask your son Tod to

11    speak to Joseph Creedon about attacking the

12    Tankleffs?

13            A      On the advice of counsel, I'm

14    taking the fifth amendment.

15            Q      Prior to September 7th of 1998,

16    have you ever spoken to Joseph Creedon?

17            A      On the advice of counsel, I'm

18    taking the fifth.

19            Q      Prior to September 7th of 1998,

20    have you ever spoken with Peter Kent?

21            A      On the advice of counsel, I'm

22    taking the fifth.

23            Q      Have you heard of an individual

24    by the name of Glen Harris?

25            A      On the advice of counsel, I'm

J. Steuerman                16

1

2    taking the fifth.

3          Q      Did you ask Joseph Creedon to

4    participate in the murders of Seymour and

5    Arlene Tankleff, or instruct someone else to

6    speak to him on your behalf?

7          A      On the advise of counsel, I'm

8    taking the fifth.

9          Q      Did you ask Glen Harris to

10   participate in the murders of Seymour and

11   Arlene Tankleff or instruct someone else to

12   speak with Mr. Harris on your behalf?

13         A      On the advice of counsel, I'm

14   taking the fifth.

15         Q      Did you pay Joseph Creedon to

16   participate in the murders of Seymour and

17   Arlene Tankleff or instruct someone else to

18   pay him on your behalf?

19         A      On the advice of counsel, I'm

20   taking the fifth.

21         Q      Did you pay Peter Kent to

22   participate in the murders of Seymour and

23   Arlene Tankleff, or instruct someone else to

24   pay Mr. Kent on your behalf?

25         A      On the advice of counsel, I'm

J. Steuerman                17

1

2    taking the fifth.

3         Q    Were you aware that prior to

4    September 7, 1998 your son Tod had spoken to

5    Joseph Creedon about participating in the

6    murders of Seymour and Arlene Tankleff?

7         A    On the advice of counsel, I'm

8    taking the fifth.

9         Q    Did you instruct your son Tod

10   to tell Joseph Creedon in April of 1989 that

11   you wanted to cut out Martin Tankleff's

12   tongue?

13        A    On the advice of counsel, I'm

14   taking the fifth.

15        Q    Did you tell your son Tod in or

16   prior to April of 1989 that you wanted to

17   cut off Marty Tankleff's tongue?

18        A    On the advice of counsel, I'm

19   taking the fifth.

20        Q    Did you tell your son Tod in or

21   prior to April of 1989 that you wanted to

22   cut off Martin Tankleff's tongue because you

23   were worried that the police would

24   investigate Marty's accusations against you

25   and discover they were true?

J. Steuerman                    18

1

2          A     On the advice of counsel, I'm

3     taking the fifth.

4          Q     Did you testify truthfully at

5     Martin Tankleff's criminal trial?

6          A     On the advice of counsel, I'm

7     invoking my fifth amendment rights.

8          Q     Did you ask your daughter Barry

9     to purger herself and give a false alibi at

10    Martin Tankleff's criminal trial?

11         A     On the advice of counsel, I'm

12    invoking my fifth amendment rights.

13         Q     By August of 1988 you owed

14    Seymour Tankleff a great deal of money; is

15    that correct?

16         A     On the advice of counsel, I'm

17    invoking my fifth amendment rights.

18         Q     Is it correct that you paid him

19    in cash at the poker games in return for

20    that loan?

21         A     I am invoking my fifth

22    amendment rights.

23         Q     On the early morning hours of

24    September 7th of 1988, after everyone else

25    had left, did you and Mr. Tankleff have a

J. Steuerman                    19

1  conversation about these loans?

2          A      On the advice of counsel, I'm

3  invoking my fifth amendment rights.

4          Q      Were you aware that on the desk

5  splattered with his blood was a note or a

6  demand letter from him to you asking for a

7  payment of $50,000 towards the repayment of

8  this loan?

9          A      On the advice of counsel, I'm

10 invoking my fifth amendment rights.

11         Q      Were you aware that a letter

12 was actually dated in June of 1988?

13         A      On the advice of counsel, I'm

14 invoking my fifth amendment right.

15         Q      Did you have any discussions

16 with him at that point in time about the

17 loan and the repayment of a large sum of

18 money?

19         A      On the advice of counsel, I'm

20 invoking my fifth amendment rights.

21         Q      Were you lying at Martin

22 Tankleff's criminal trial when you testified

23 that you did not know by June of 1988 that

24 Seymour Tankleff was demanding a payment of

J. Steuerman          20

1

2     $50,000?

3          A     On the advice of counsel, I'm

4     invoking my fifth amendment rights.

5          Q     Were you lying at Martin

6     Tankleff's criminal trial when you testified

7     that you did not remember Julie Mulcher

8     signing for a letter from Seymour Tankleff

9     on June 29th of 1998 demanding payment of

10    $50,000?

11         A     On the advice of counsel, I'm

12    invoking my fifth amendment rights.

13         Q     In August of 1988, had you made

14    sexual advances towards Arlene Tankleff that

15    she rejected?

16         A     On the advice of counsel, I'm

17    invoking my fifth amendment rights.

18         Q     Were you lying at trial when

19    you testified that you did not remember

20    making sexual advances towards Arlene

21    Tankleff?

22         A     I'm invoking my fifth amendment

23    rights.

24         Q     Were you lying at trial when

25    you said that you were upset over the death

```
1                    J. Steuerman        21

2    of Arlene Tankleff?

3         A     I'm invoking my fifth amendment

4    rights.

5         Q     Were you lying at trial when

6    you said you were upset over the death of

7    Seymour Tankleff?

8         A     I'm invoking my fifth amendment

9    rights.

10        Q     Where was the cash coming from

11   that you were using to repay the loans for

12   Mr. Tankleff?

13        A     On the advice of counsel, I'm

14   invoking my fifth amendment rights.

15        Q     Were you having trouble raising

16   sufficient money to pay back Mr. Tankleff?

17        A     On the advice of counsel, I'm

18   invoking my fifth amendment rights.

19        Q     There was a quote attributed to

20   you that you are "a poor man living like a

21   rich man;" do you remember making that

22   statement?

23        A     On the advice of counsel, I'm

24   invoking my fifth amendment rights.

25        Q     Do you know what your financial
```

J. Steuerman                22

1
2    status was in 1988?

3           A      On the advice of counsel, I'm

4    invoking my fifth amendment rights.

5           Q      Where did you reside at that

6    time?

7           A      On the advice of counsel, I'm

8    invoking my fifth.

9           Q      Do you own or rent a home?

10          A      On the advice of counsel, I'm

11   invoking my fifth amendment.

12          Q      Had Seymour Tankleff repeatedly

13   confronted you over the summer of 1988 about

14   why you were not paying back the money you

15   owed him?

16          A      On the advice of counsel, I'm

17   invoking my fifth amendment.

18          Q      On September 7, 1988, did you

19   believe that if Seymour Tankleff were to die

20   that you would not have to continue to pay

21   him the money that you owed him?

22          A      On the advice of counsel, I'm

23   invoking the fifth.

24          Q      Is it correct that after their

25   deaths the loan was settled with the Estate

J. Steuerman                23

of Mr. Tankleff at a significantly reduced

rate; in other words, you saved a

significant amount of money because of their

death?

     A   On the advice of counsel, I'm

invoking my fifth amendment rights.

     Q   Shortly after the Tankleffs

were attacked and prior to Mr. Tankleff

dieing, did you stage your own

disappearance?

     A   On the advice of counsel, I'm

invoking the fifth.

     Q   Did you fake your own death at

that time?

     A   On the advice of counsel, I'm

invoking the fifth.

     Q   Did you travel to California a

few weeks after the attack on Seymour and

Arlene Tankleff?

     A   On the advice of counsel, I'm

invoking the fifth.

     Q   Did you take money out of a

joint bank account held with Seymour

Tankleff; in other words, to finance this

J. Steuerman                    24

1   trip to California?

2       A    On the advice of counsel, I'm

3   invoking my fifth amendment.

4       Q    Did you have a hair weave or a

5   toupee in 1998?

6       A    On the advice of counsel, I'm

7   invoking the fifth amendment.

8       Q    Did you have your hair weave

9   serviced in California in order to avoid

10  having hairs found at the scene of the

11  crimes against the Tankleffs matched to your

12  hair weave?

13      A    On the advice of counsel, I'm

14  invoking my fifth amendment right.

15      Q    When was the first time you met

16  Detective McCready?

17      A    On the advice of counsel, I'm

18  taking the fifth.

19      Q    Had you spoken with Detective

20  McCready prior to September 7th of 1988?

21      A    On the advice of counsel, I'm

22  taking the fifth.

23      Q    Had you spent time with

24  Detective McCready at Digger O'Dells prior

```
 1                        J. Steuerman        25

 2     to September 7th of 1988?

 3            A    On the advice of counsel, I'm

 4     invoking the fifth.

 5            Q    When did you become aware that

 6     your son Tod was dealing drugs, cocaine, out

 7     of the bagel store that you owned?

 8            A    On the advice of counsel, I'm

 9     invoking the fifth.

10            Q    How do you support yourself

11     currently?

12            A    On the advice of counsel, I'm

13     invoking the fifth.

14            Q    Did you meet at any point prior

15     to 1992 Thomas Spota?

16            A    On the advice of counsel, I'm

17     invoking the fifth.

18            Q    At some point prior to 1988,

19     you had a dispute with a union; is that

20     right?

21            A    On the advice of counsel, I'm

22     invoking the fifth.

23            Q    Did you ever handcuff yourself

24     to an office or a building?

25            A    On the advice of counsel, I'm
```

J. Steuerman          26

1  invoking the fifth.

2         Q    Did you ever hire Hells Angels

3  or other biker groups to convince the

4  employees not to unionize?

5         A    On the advice of counsel, I'm

6  invoking the fifth.

7         Q    Would you be willing to answer

8  questions if you were given immunity by the

9  Attorney General's office in New York?

10        A    On the advice of counsel, I

11 invoke the fifth.

12        Q    Did you gamble with organized

13 crime figures in 1988?

14        A    On the advice of counsel, I'm

15 invoking my fifth amendment rights.

16        Q    Did you know an individual by

17 the name Ronnie Deconta?

18        A    On the advice of counsel, I'm

19 invoking my fifth.

20        Q    Were you aware that Ronnie was

21 an associate in the Gambino crime family?

22        A    On the advice of counsel, I'm

23 invoking my fifth amendment.

24             MR. BARKET:  Could we take a

J. Steuerman                27

1
2          break for about two minutes?

3                    THE VIDEOGRAPHER:  Going off

4          the record at approximately 11:13.

5                    (At this time, a brief recess

6          was taken.)

7                    THE VIDEOGRAPHER:  Back on the

8          record at approximately 11:19.

9          Q     Did you have some work done on

10    some of your stores at some point after

11    1988.

12         A     On the advice of counsel, I'm

13    invoking my fifth amendment rights.

14         Q     Do you remember an individual

15    by the name of Mr. Fisher who was a cabinet

16    maker who did some work on your stores?

17         A     On the advice of counsel, I'm

18    invoking my fifth.

19         Q     Do you remember getting angry

20    at one point while he was present and

21    shouting that you cut two people's throats

22    and you would not hesitate to do it again?

23         A     On the advice of counsel, I'm

24    invoking my fifth amendment rights.

25         Q     Did you make any statements

J. Steuerman                    28

1

2    concerning the Tankleff murders to anybody

3    in Florida since 2003?

4          A     I'm taking my fifth amendment

5    rights.

6          Q     Did you make a comment to an

7    employee of one of your stores down there

8    that you're an old man and what are they

9    going to do to you at this point in time?

10          A     I'm invoking my fifth amendment

11   rights.

12          Q     Did you go to a local

13   restaurant or bar, Carrington's, in the fall

14   of 1987?

15          A     On the advice of counsel, I'm

16   taking my fifth amendment rights.

17          Q     Specifically, on Wednesday, did

18   you attend or go to that bar and meet with a

19   Detective James McCready at that time?

20          A     On the advice of counsel, I'm

21   invoking my fifth.

22          Q     Did you ask Detective McCready

23   to speak to your daughter's sons, your

24   grandson's school?

25          A     On the advice of counsel, I'm

J. Steuerman                29

1    invoking my fifth.

2         Q    Were you ever involved in

3    running or profiting from prostitution?

4         A    On the advice of counsel, I'm

5    invoking my fifth.

6         Q    I asked you some questions

7    before about your hair weave.  I want to be

8    clear that the questions were directed to

9    the time period of 1988, not 1998.

10             Did you have a hair weave or

11   toupee in 1988?

12        A    On the advice of counsel, I am

13   invoking my fifth amendment.

14        Q    Did you alter that hair weave

15   in California in 1988?

16        A    On the advice of counsel, I'm

17   invoking my fifth.

18        Q    While in California, did you

19   meet with Detective McCready and other

20   people from the Suffolk County D.A.'s office

21   and Homicide Squad?

22        A    On the advice of counsel, I'm

23   invoking my fifth amendment.

24        Q    While there, did they coach you

J. Steuerman                30

1  on what to say when you returned?

2          A     On the advice of counsel, I'm

3  invoking my fifth amendment.

4          Q     When did you first meet John

5  Collins?

6          A     On the advice of counsel, I'm

7  invoking my fifth amendment.

8          Q     Have you ever worked as an

9  informant for the Suffolk County law

10 enforcement community?

11         A     On the advice of counsel, I'm

12 invoking my fifth amendment.

13         Q     Have you ever provided

14 information about criminal activity to the

15 law enforcement community?

16         A     On the advice of counsel, I'm

17 invoking my fifth.

18         Q     Did you pay any money to anyone

19 from Suffolk County law enforcement

20 community at any point in time to not have

21 your son arrested for his drug dealing?

22         A     On the advice of counsel, I'm

23 taking the fifth.

24         Q     Your son Tod, I think, was

J. Steuerman                31

arrested twice for selling drugs.  The first

time he was represented by Thomas Spota's

firm; do you recall that?

     A    On the advice of counsel, I'm

taking the fifth.

     Q    How much did you pay Thomas

Spota to represent your son at that point in

time?

     A    On the advice of counsel, I'm

taking my fifth.

     Q    Did you give him money beyond

his legal fees to pay prosecutors or police

to obtain for your son a favorable

disposition?

     A    On the advice of counsel, I'm

taking the fifth.

     Q    While your son began to sell

drugs after his first arrest at the bagel

store, were you paying police officers to

prevent his arrest?

     A    On the advice of counsel, I'm

invoking my fifth amendment.

     Q    After his second arrest, did

you agree to and did your son agree to a

J. Steuerman                32

1

2   prison term to make sure you were not also

3   implicated on the drug deals?

4        A    On the advice of counsel, I'm

5   invoking my fifth amendment.

6        Q    Did you keep a safe in your

7   bagel store, any of your bagel stores, in

8   1988?

9        A    On the advice of counsel, I'm

10  invoking my fifth amendment.

11       Q    Did you meet with Detective

12  McCready in a back room where you kept

13  either a safe or large sums of cash?

14            MR. MITCHELL:  At any time?

15            MR. BARKET:  No, in or about

16       1988.

17       A    On the advice of counsel, I'm

18  invoking my fifth amendment.

19       Q    Were you involved or did you

20  know anyone in organized crime?

21       A    On the advice of counsel, I'm

22  invoking my fifth.

23       Q    Did you pay any money to

24  Detective McCready after the Tankleff

25  murders to make sure that you were not

J. Steuerman                    33

1

2    arrested for that crime?

3           A      On the advice of counsel, I'm

4    taking the fifth amendment.

5           Q      When did you first learn of the

6    attack on the Tankleffs?

7           A      On the advice of counsel, I'm

8    invoking my fifth amendment.

9           Q      When did you first learn that

10   Mr. Tankleff, Marty Tankleff, and other

11   members of the Tankleff family who survived

12   Arlene and Seymour were accusing you of

13   participating in the murders?

14          A      On the advice of counsel, I'm

15   invoking my fifth amendment.

16          Q      After you learned that they

17   were accusing you of these murders, did you

18   speak with your daughter Barry to set up a

19   false alibi for that evening?

20          A      On the advice of counsel, I'm

21   invoking my fifth.

22          Q      Why did you travel to

23   California shortly after the Tankleffs

24   attacks but before Seymour Tankleff died?

25          A      On the advice of counsel, I am

1

2     invoking my fifth amendment.

3          Q      Did you speak with Detective

4     McCready prior to you fleeing to California?

5          A      On the advice of counsel, I'm

6     invoking my fifth amendment.

7          Q      Did you speak to Detective

8     McCready in California?

9          A      On the advice of counsel, I'm

10    invoking my fifth amendment.

11         Q      Who represented you in the

12    matter to settle the debt you owed the

13    Tankleffs after the Tankleffs were murdered?

14         A      On the advice of counsel, I'm

15    invoking my fifth amendment.

16         Q      How much money did Seymour

17    Tankleff lend you?

18         A      On the advice of counsel, I'm

19    invoking my fifth.

20         Q      Is it correct that he lent you

21    approximately a half a million dollars prior

22    to 1988?

23         A      On the advice of counsel, I'm

24    invoking my fifth.

25         Q      Is it correct that in 1988 you

J. Steuerman                          35

still owed him several hundred thousand

dollars?

        A     On the advice of counsel, I'm

invoking my fifth.

        Q     Is it correct that you had a

payment schedule to give him money every

month?

        A     On the advice of counsel, I'm

invoking my fifth amendment.

        Q     Is it correct that Seymour

Tankleff found out about the drugs that were

being dealt by you and your son out of the

bagel stores?

        A     On the advice of counsel, I'm

invoking my fifth amendment rights.

        Q     Is it correct that he demanded

payment in full of all the outstanding loans

or he would disclose to the police that you

and your son were dealing cocaine out of the

bagel store?

        A     On the advice of counsel, I'm

invoking my fifth amendment rights.

        Q     The poker game on the, I guess,

the night of September 6th going into

J. Steuerman                    36

1

2       September 7th of 1988, who attended it?

3              A       On the advice of counsel, I'm

4       invoking my fifth.

5              Q       There's been testimony that you

6       and Mr. Tankleff were, after the game had

7       broken up, were having a private discussion.

8       What were you two talking about?

9              A       On the advice of counsel, I'm

10      invoking my fifth.

11             Q       Did that discussion become an

12      argument?

13             A       On the advice of counsel, I'm

14      invoking my fifth amendment rights.

15             Q       What were you wearing on the

16      evening of September 6th of 1988?

17             A       On the advice of counsel, I'm

18      invoking my fifth.

19             Q       Did the police ever ask you

20      what you were wearing on the night of

21      September 6, 1988?

22             A       On the advice of counsel, I'm

23      invoking my fifth amendment rights.

24             Q       Did you ever produce the

25      clothing you were wearing that evening for

J. Steuerman                    37

1   examination for blood?

2       A     On the advice of counsel, I'm

3   invoking my fifth amendment.

4       Q     Did you give the address of

5   where the Tankleffs lived to your son Tod

6   prior to September 7th of 1988?

7       A     On the advice of counsel, I'm

8   invoking the fifth.

9       Q     Did you give Joseph Creedon the

10  address of where Seymour and Arlene Tankleff

11  lived on September 7, 1988?

12      A     On the advice of counsel, I'm

13  invoking my fifth amendment.

14      Q     Just prior to Mr. Tankleff

15  being attacked, was there any discussions

16  between you and him concerning the repayment

17  of the loans?

18      A     On the advice of counsel, I'm

19  invoking my fifth amendment.

20      Q     Did you bring in Mr. Creedon

21  and others to threaten and intimidate Mr.

22  Tankleff prior to him being attacked?

23      A     On the advice of counsel, I'm

24  invoking the fifth amendment.

J. Steuerman                    38

    Q     How many times have you spoken
to Mr. Creedon since September 7, 1988?

    A     On the advice of counsel, I'm
invoking my fifth amendment.

    Q     Did your son and Mr. Creedon,
to your knowledge, your son Tod, have a
falling out in the spring of 1988 because he
refused to pay Mr. Creedon for the attack on
the Tankleffs?

    A     On the advice of counsel, I am
invoking the fifth amendment.

    Q     It's been reported that your
son attacked Mr. Creedon in 1989 and there
was some financial dispute at the core or
financial problem at the core of the
dispute; are you aware of that?

    A     On the advice of counsel, I'm
invoking my fifth amendment rights.

    Q     Why did your son shoot at or
shoot Joe Creedon, your son Tod?

    A     On the advice of counsel, I'm
invoking my fifth amendment.

    Q     How much time did your son Tod
serve for the second time he was convicted

J. Steuerman                    39

1    of selling drugs from the bagel store?

2          A     On the advice of counsel, I'm

3    invoking my fifth amendment.

4          Q     Were you ever charged with

5    selling drugs from the bagel store?

6          A     On the advice of counsel, I

7    take the fifth amendment.

8          Q     When did you first become aware

9    that your son was selling cocaine out of the

10   bagel store that you owned with Mr.

11   Tankleff?

12         A     On the advice of counsel, I'm

13   invoking the fifth amendment.

14         Q     Do you know an individual by

15   the name of Paul Ram?

16         A     On the advice of counsel, I'm

17   invoking my fifth amendment.

18         Q     Did you know an individual by

19   the name of William or Billy Ram?

20         A     On the advice of counsel, I'm

21   invoking my fifth amendment.

22         Q     Prior to September 7th of 1988,

23   did you offer money to individuals to murder

24   Seymour Tankleff?

J. Steuerman                    40

1

2          A      On the advice of counsel, I'm

3     invoking my fifth amendment.

4          Q      Prior to September 7th of 1988,

5     specifically, did you pay Joe Creedon and

6     Joseph Graden a sum of money to attack Mr.

7     Tankleff at the bagel store?

8          A      On the advice of counsel, I'm

9     invoking my fifth amendment rights.

10         Q      Did you ever meet an individual

11    by the name of Joseph Graden?

12         A      On the advice of counsel, I'm

13    invoking my fifth amendment rights.

14              MR. BARKET:  I think that's all

15         I have under the circumstances.

16         Q      Just to be clear, if I were to

17    ask you any other questions concerning the

18    Tankleff murders, you would continue to

19    invoke the fifth?

20         A      On advice of counsel, I will

21    invoke the fifth.

22              MR. BARKET:  Thank you.

23              MR. MITCHELL:  If I speak

24         loudly, is that all right?

25              THE WITNESS:  Yes.

J. Steuerman                41

MR. MITCHELL:  If I'm correct,

Mr. Barket, you intend to submit

this transcript to the court for a

determination as to whether Mr.

Steuerman's invocation of the fifth

amendment is appropriate on certain

questions; is that correct?

MR. BARKET:  Yes.

MR. MITCHELL:  In the event

that the court rules that there were

times where invoking that privilege

was not appropriate, it's my

assumption that we will then come

back and ask Mr. Steuerman those

questions.  Is that the game plan to

use that phrase?

MR. BARKET:  Yes.

MR. MITCHELL:  Because there

were certain questions that you

asked that I would have objected to

on form, but I withheld those now

and will, if appropriate, make those

objections should we come back.

MR. BARKET:  Okay.

J. Steuerman                42

1   MR. MITCHELL:  All right.

2   That's all.

3   MS. CARMAN:  That's all.

4   THE VIDEOGRAPHER:  Concluding

5   the deposition.  Going off the

6   record at approximately 11:35.

7   (Time noted:  11:35 a.m.)

_____

JERRY STEUERMAN

Subscribed and sworn to before me

this \_\_\_ day of _____, 2013.

_____

NOTARY PUBLIC

43

## INDEX

### INDEX TO TESTIMONY

**Page**

Examination by Mr. Barket                5

44

ERRATA SHEET FOR THE TRANSCRIPT OF:
Case Name:  Martin Tankleff vs The County of
Suffolk, K. James McCready, Et Al
Deposition Date:  June 10, 2013
Witness:  Jerry Steuerman

CORRECTIONS

PG    LN    NOW READS    SHOULD READ    REASON FOR
——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——    ——    ——————————    ——————————    ——————————

——————————————————————————————
Signature

Subscribed and sworn to before me
this_____ day of _____, 2013.

———————————————————————————
(NOTARY PUBLIC)

45

CERTIFICATION

I, DOLLY FEVOLA, a Notary Public in

and for the State of New York, do hereby certify:

THAT the witness whose testimony is herein

before set forth, was duly sworn by me; and

THAT the within transcript is a true record

of the testimony given by said witness.

I further certify that I am not related,

either by blood or marriage, to any of the parties

to this action; and

THAT I am in no way interested in

the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto

set my hand this 12th day of July, 2013.

_____

DOLLY FEVOLA

## #

**#1-10** [2] - 1:8, 1:9

## $

**$50,000** [3] - 19:8, 20:2, 20:10

## 1

**1** [1] - 4:3
**10** [2] - 1:14, 44:3
**10:43** [2] - 1:15, 4:14
**10:54** [1] - 8:16
**10:57** [1] - 8:11
**10th** [1] - 4:13
**11530** [2] - 2:5, 2:9
**11:13** [1] - 27:4
**11:19** [1] - 27:8
**11:35** [2] - 42:7, 42:8
**12th** [1] - 45:15
**1987** [1] - 28:14
**1988** [29] - 18:13, 18:24, 19:13, 19:24, 20:13, 22:2, 22:13, 22:18, 24:21, 25:2, 25:18, 26:14, 27:11, 29:10, 29:12, 29:16, 32:8, 32:16, 34:22, 34:25, 36:2, 36:16, 36:21, 37:7, 37:12, 38:3, 38:8, 39:23, 40:4
**1989** [4] - 17:10, 17:16, 17:21, 38:14
**1990** [1] - 14:2
**1992** [1] - 25:15
**1998** [9] - 11:15, 12:10, 12:16, 15:15, 15:19, 17:4, 20:9, 24:6, 29:10

## 2

**2003** [2] - 9:14, 28:3
**2004** [1] - 11:6
**2013** [6] - 1:14, 4:13, 42:15, 44:3, 44:24, 45:15
**29th** [1] - 20:9

## 3

**33434** [1] - 6:5

## 4

**440** [2] - 11:4, 11:11
**48** [1] - 7:22

## 5

**5** [1] - 43:6
**50** [1] - 7:22
**501** [1] - 2:9
**52** [1] - 7:21
**54** [1] - 7:21

## 6

**6** [1] - 36:21
**666** [5] - 1:12, 2:4, 2:9, 4:10, 5:7
**6864** [1] - 6:4
**6th** [3] - 11:15, 35:25, 36:16

## 7

**7** [6] - 12:10, 12:16, 17:4, 22:18, 37:12, 38:3
**700** [1] - 4:10
**7th** [9] - 15:15, 15:19, 18:24, 24:21, 25:2, 36:2, 37:7, 39:23, 40:4

## A

**a.m** [3] - 1:15, 4:14, 42:8
**able** [1] - 14:25
**above-mentioned** [1] - 1:20
**account** [1] - 23:24
**accurately** [1] - 4:20
**accusations** [1] - 17:24
**accusing** [2] - 33:12, 33:17
**action** [2] - 7:17, 45:11
**activity** [2] - 15:7, 30:15
**address** [5] - 6:3, 7:7, 8:4, 37:5, 37:11
**advances** [2] - 20:14, 20:20
**advice** [133] - 6:24, 7:25, 8:20, 8:24, 9:4,
9:8, 9:12, 9:17, 11:25, 12:6, 12:12, 12:17, 12:22, 13:8, 13:13, 13:18, 13:22, 14:3, 14:8, 14:12, 14:16, 14:21, 15:3, 15:8, 15:13, 15:17, 15:21, 15:25, 16:13, 16:19, 16:25, 17:7, 17:13, 17:18, 18:2, 18:6, 18:11, 18:16, 19:3, 19:10, 19:14, 19:20, 20:3, 20:11, 20:16, 21:13, 21:17, 21:23, 22:3, 22:7, 22:10, 22:16, 22:22, 23:6, 23:12, 23:16, 23:21, 24:3, 24:7, 24:14, 24:18, 24:22, 25:3, 25:8, 25:12, 25:16, 25:21, 25:25, 26:6, 26:11, 26:15, 26:19, 26:23, 27:12, 27:17, 27:23, 28:15, 28:20, 28:25, 29:5, 29:13, 29:17, 29:23, 30:3, 30:7, 30:12, 30:17, 30:23, 31:5, 31:10, 31:16, 31:22, 32:4, 32:9, 32:17, 32:21, 33:3, 33:7, 33:14, 33:20, 33:25, 34:5, 34:9, 34:14, 34:18, 34:23, 35:4, 35:9, 35:15, 35:22, 36:3, 36:9, 36:13, 36:17, 36:22, 37:3, 37:8, 37:13, 37:19, 37:24, 38:4, 38:11, 38:18, 38:22, 39:3, 39:7, 39:13, 39:17, 39:21, 40:2, 40:8, 40:12, 40:20
**advise** [1] - 16:7
**affect** [2] - 9:21, 10:8
**affects** [1] - 8:5
**ages** [1] - 7:19
**agree** [2] - 31:25
**AGREED** [3] - 3:3, 3:8, 3:12
**al** [1] - 4:6
**Al** [1] - 44:3
**alibi** [2] - 18:9, 33:19
**allow** [1] - 7:11
**ALSO** [1] - 2:15
**alter** [1] - 29:15
**amendment** [86] - 8:5, 8:21, 8:25, 9:18, 9:22, 10:19, 10:25, 11:7, 11:13, 11:17,
11:21, 12:2, 12:7, 12:13, 13:3, 13:9, 15:14, 18:7, 18:12, 18:17, 18:22, 19:4, 19:11, 19:15, 19:21, 20:4, 20:12, 20:17, 20:22, 21:3, 21:8, 21:14, 21:18, 21:24, 22:4, 22:11, 22:17, 23:7, 24:4, 24:8, 24:15, 26:16, 26:24, 27:13, 27:24, 28:4, 28:10, 28:16, 29:14, 29:24, 30:4, 30:8, 30:13, 31:23, 32:5, 32:10, 32:18, 33:4, 33:8, 33:15, 34:2, 34:6, 34:10, 34:15, 35:10, 35:16, 35:23, 36:14, 36:23, 37:4, 37:14, 37:20, 37:25, 38:5, 38:12, 38:19, 38:23, 39:4, 39:8, 39:14, 39:18, 39:22, 40:3, 40:9, 40:13, 41:7
**amount** [1] - 23:4
**AMY** [1] - 2:6
**AND** [3] - 3:3, 3:8, 3:12
**Angels** [1] - 26:3
**angry** [1] - 27:19
**answer** [3] - 6:16, 7:12, 26:8
**answering** [2] - 7:2, 7:6
**application** [1] - 9:15
**appropriate** [3] - 41:7, 41:13, 41:23
**April** [3] - 17:10, 17:16, 17:21
**argument** [1] - 36:12
**Arlene** [17] - 9:7, 11:24, 13:2, 13:6, 13:11, 13:17, 16:5, 16:11, 16:17, 16:23, 17:6, 20:14, 20:20, 21:2, 23:20, 33:12, 37:11
**arrest** [3] - 31:19, 31:21, 31:24
**arrested** [3] - 30:22, 31:2, 33:2
**Assistant** [1] - 5:13
**associate** [1] - 26:22
**association** [1] - 4:22
**assumption** [1] - 41:14
**attack** [5] - 13:16, 23:19, 33:6, 38:9,
40:6
**attacked** [5] - 13:6, 23:9, 37:16, 37:23, 38:14
**attacking** [1] - 15:11
**attacks** [1] - 33:24
**attend** [1] - 28:18
**attended** [1] - 36:2
**attest** [1] - 4:18
**attorney** [4] - 6:13, 6:18, 8:18, 10:17
**Attorney** [3] - 5:12, 5:14, 26:10
**Attorney's** [1] - 10:23
**Attorneys** [3] - 2:4, 2:8, 2:12
**attributed** [1] - 21:19
**August** [2] - 18:13, 20:13
**avoid** [1] - 24:10
**aware** [12] - 9:15, 11:3, 13:6, 13:24, 14:5, 17:3, 19:5, 19:12, 25:5, 26:21, 38:17, 39:9

## B

**bagel** [10] - 25:7, 31:19, 32:7, 35:14, 35:21, 39:2, 39:6, 39:11, 40:7
**bank** [1] - 23:24
**bar** [2] - 28:13, 28:18
**BARKET** [20] - 2:3, 2:5, 5:3, 5:23, 6:6, 7:8, 7:18, 8:3, 8:9, 9:19, 10:2, 10:5, 10:15, 26:25, 32:15, 40:14, 40:22, 41:9, 41:18, 41:25
**Barket** [4] - 4:12, 5:3, 41:3, 43:6
**Barry** [4] - 7:21, 8:22, 18:8, 33:18
**based** [2] - 7:4, 7:6
**beat** [1] - 13:7
**beating** [1] - 13:11
**become** [4] - 9:15, 25:5, 36:11, 39:9
**began** [1] - 31:18
**behalf** [4] - 16:6, 16:12, 16:18, 16:24
**between** [1] - 37:17
**beyond** [1] - 31:12
**biker** [1] - 26:4
**Billy** [1] - 39:20
**blood** [3] - 19:6, 37:2, 45:10

bludgeoning [1] - 12:20
Boca [1] - 6:4
Braslow [1] - 11:5
break [1] - 27:2
BRIAN [1] - 2:13
Brian [2] - 5:13, 14:11
brief [3] - 7:12, 8:12, 27:5
bring [1] - 37:21
broken [1] - 36:7
brown [1] - 5:12
BRUCE [1] - 2:5
Bruce [1] - 5:3
building [1] - 25:24
Building [1] - 2:12
BY [4] - 2:5, 2:10, 2:13, 5:22

## C

cabinet [1] - 27:15
California [8] - 23:18, 24:2, 24:10, 29:16, 29:19, 33:23, 34:4, 34:8
Carman [1] - 5:7
CARMAN [10] - 2:8, 2:10, 5:6, 6:23, 7:11, 8:6, 9:23, 10:3, 10:12, 42:4
Carrington's [1] - 28:13
Case [1] - 44:2
cash [3] - 18:19, 21:10, 32:13
certain [2] - 41:7, 41:20
CERTIFICATION [1] - 45:2
certification [1] - 3:6
certify [2] - 45:4, 45:9
chance [1] - 8:17
charged [1] - 39:5
CHARLES [1] - 1:7
check [1] - 13:2
child [1] - 8:19
children [3] - 6:20, 7:9, 7:20
circumstances [1] - 40:15
City [4] - 1:13, 2:5, 2:9, 4:11
Civil [1] - 1:19
clear [2] - 29:9, 40:16
client [1] - 8:8
clothing [1] - 36:25
coach [1] - 29:25
cocaine [4] - 14:2,

25:6, 35:20, 39:10
collect [2] - 14:15, 14:24
collected [1] - 14:6
Collins [1] - 30:6
coming [1] - 21:10
comment [1] - 28:6
community [3] - 30:11, 30:16, 30:21
concerning [3] - 28:2, 37:17, 40:17
concluding [1] - 42:5
confronted [1] - 22:13
connection [1] - 13:16
contact [2] - 13:20, 15:6
continue [2] - 22:20, 40:18
conversation [1] - 19:2
conversations [1] - 10:22
convicted [2] - 13:25, 38:25
conviction [1] - 9:16
convince [1] - 26:4
core [2] - 38:15, 38:16
correct [10] - 18:15, 18:18, 22:24, 34:20, 34:25, 35:6, 35:11, 35:17, 41:2, 41:8
CORRECTIONS [1] - 44:5
Counsel [1] - 4:24
counsel [135] - 3:4, 6:25, 7:25, 8:20, 8:24, 9:4, 9:8, 9:12, 9:17, 11:25, 12:6, 12:12, 12:17, 12:22, 13:8, 13:13, 13:18, 13:22, 14:3, 14:8, 14:12, 14:16, 14:21, 15:3, 15:8, 15:13, 15:17, 15:21, 15:25, 16:7, 16:13, 16:19, 16:25, 17:7, 17:13, 17:18, 18:2, 18:6, 18:11, 18:16, 19:3, 19:10, 19:14, 19:20, 20:3, 20:11, 20:16, 21:13, 21:17, 21:23, 22:3, 22:7, 22:10, 22:16, 22:22, 23:6, 23:12, 23:16, 23:21, 24:3, 24:7, 24:14, 24:18, 24:22, 25:3, 25:8, 25:12, 25:16, 25:21, 25:25, 26:6, 26:11, 26:15, 26:19, 26:23, 27:12, 27:17,

27:23, 28:15, 28:20, 28:25, 29:5, 29:13, 29:17, 29:23, 30:3, 30:7, 30:12, 30:17, 30:23, 31:5, 31:10, 31:16, 31:22, 32:4, 32:9, 32:17, 32:21, 33:3, 33:7, 33:14, 33:20, 33:25, 34:5, 34:9, 34:14, 34:18, 34:23, 35:4, 35:9, 35:15, 35:22, 36:3, 36:9, 36:13, 36:17, 36:22, 37:3, 37:8, 37:13, 37:19, 37:24, 38:4, 38:11, 38:18, 38:22, 39:3, 39:7, 39:13, 39:17, 39:21, 40:2, 40:8, 40:12, 40:20
Country [5] - 1:12, 2:4, 2:9, 4:10, 5:7
County [9] - 4:5, 5:10, 5:11, 5:12, 5:13, 29:21, 30:10, 30:20, 44:2
COUNTY [3] - 1:7, 1:8, 2:11
course [2] - 11:11, 13:24
Court [4] - 3:16, 4:7, 4:23, 5:15
COURT [1] - 1:2
court [3] - 4:21, 41:4, 41:11
Creedon [16] - 12:5, 12:14, 14:6, 15:6, 15:11, 15:16, 16:3, 16:15, 17:5, 17:10, 37:10, 37:21, 38:3, 38:6, 38:9, 38:14, 38:21, 40:5
crime [4] - 26:14, 26:22, 32:20, 33:2
crimes [1] - 24:12
criminal [5] - 18:5, 18:10, 19:23, 20:6, 30:15
culprit [1] - 7:17
cut [4] - 17:11, 17:17, 17:22, 27:21

## D

D.A.'s [1] - 29:21
Darcy [1] - 7:22
Date [1] - 44:3
date [1] - 7:15
dated [1] - 19:13

daughter [3] - 8:22, 18:8, 33:18
daughter's [1] - 28:23
deal [1] - 18:14
dealing [3] - 25:6, 30:22, 35:20
deals [1] - 32:3
dealt [1] - 35:13
death [4] - 20:25, 21:6, 23:5, 23:14
deaths [1] - 22:25
debt [1] - 34:12
Deconta [1] - 26:18
Defendants [4] - 1:10, 1:18, 2:12, 5:11
demand [1] - 19:7
demanded [1] - 35:17
demanding [2] - 19:25, 20:9
Dennis [1] - 5:11
Dennison [1] - 2:12
DEPARTMENT [1] - 2:11
Deposition [1] - 44:3
deposition [5] - 3:6, 3:13, 4:3, 4:9, 42:6
DEPOSITION [1] - 1:17
desk [1] - 19:5
detail [1] - 7:13
Detective [10] - 24:17, 24:20, 24:25, 28:19, 28:22, 29:20, 32:11, 32:24, 34:3, 34:7
determination [1] - 41:5
die [1] - 22:19
died [1] - 33:24
dieing [1] - 23:10
Digger [1] - 24:25
direct [1] - 13:11
directed [1] - 29:9
disappearance [1] - 23:11
disclose [1] - 35:19
discover [1] - 17:25
discussion [2] - 36:7, 36:11
discussions [2] - 19:16, 37:16
disposition [1] - 31:15
dispute [3] - 25:19, 38:15, 38:17
District [3] - 4:7, 4:8, 10:23
DISTRICT [2] - 1:2, 1:2
DOE [1] - 1:8
dollars [2] - 34:21, 35:3

DOLLY [2] - 45:3, 45:19
Dolly [2] - 1:21, 4:21
done [1] - 27:9
down [2] - 12:25, 28:7
DOYLE [1] - 1:7
Drive [1] - 6:4
drug [3] - 14:6, 30:22, 32:3
drugs [6] - 25:6, 31:2, 31:19, 35:12, 39:2, 39:6
duly [2] - 5:19, 45:6
during [1] - 11:10
Dwyer [1] - 13:21

## E

early [3] - 12:9, 12:16, 18:23
Eastern [1] - 4:8
EASTERN [1] - 1:2
effect [1] - 3:15
either [3] - 11:24, 32:13, 45:10
employee [1] - 28:7
EMPLOYEES [1] - 1:8
employees [1] - 26:5
end [1] - 12:25
enforcement [3] - 30:11, 30:16, 30:20
EPSTEIN [1] - 2:3
Epstein [1] - 4:12
ERRATA [1] - 44:2
ESQ [4] - 2:5, 2:6, 2:10, 2:13
Estate [1] - 22:25
et [1] - 4:6
Et [1] - 44:3
evening [3] - 33:19, 36:16, 36:25
event [1] - 41:10
Examination [1] - 43:6
EXAMINATION [1] - 5:22
examination [1] - 37:2
examined [1] - 5:21
except [1] - 3:9

## F

fairly [1] - 4:19
fake [1] - 23:14
fall [1] - 28:13
falling [1] - 38:8
false [2] - 18:9, 33:19
family [2] - 26:22, 33:11

favorable [1] - 31:14
Federal [1] - 1:19
fees [1] - 31:13
FEVOLA [2] - 45:3, 45:19
Fevola [3] - 1:21, 4:22
few [1] - 23:19
fifth [151] - 8:2, 8:5, 8:21, 8:25, 9:5, 9:9, 9:13, 9:18, 9:21, 10:7, 10:19, 10:25, 11:7, 11:13, 11:17, 11:21, 12:2, 12:7, 12:13, 12:18, 12:23, 13:3, 13:9, 13:14, 13:19, 13:23, 14:4, 14:9, 14:13, 14:17, 14:22, 15:4, 15:9, 15:14, 15:18, 15:22, 16:2, 16:8, 16:14, 16:20, 17:2, 17:8, 17:14, 17:19, 18:3, 18:7, 18:12, 18:17, 18:21, 19:4, 19:11, 19:15, 19:21, 20:4, 20:12, 20:17, 20:22, 21:3, 21:8, 21:14, 21:18, 21:24, 22:4, 22:8, 22:11, 22:17, 22:23, 23:7, 23:13, 23:17, 23:22, 24:4, 24:8, 24:15, 24:19, 24:23, 25:4, 25:9, 25:13, 25:17, 25:22, 26:2, 26:7, 26:12, 26:16, 26:20, 26:24, 27:13, 27:18, 27:24, 28:4, 28:10, 28:16, 28:21, 29:2, 29:6, 29:14, 29:18, 29:24, 30:4, 30:8, 30:13, 30:18, 30:24, 31:6, 31:11, 31:17, 31:23, 32:5, 32:10, 32:18, 32:22, 33:4, 33:8, 33:15, 33:21, 34:2, 34:6, 34:10, 34:15, 34:19, 34:24, 35:5, 35:10, 35:16, 35:23, 36:4, 36:10, 36:14, 36:18, 36:23, 37:4, 37:9, 37:14, 37:20, 37:25, 38:5, 38:12, 38:19, 38:23, 39:4, 39:8, 39:14, 39:18, 39:22, 40:3, 40:9, 40:13, 40:19, 40:21, 41:6
figures [1] - 26:14
filing [1] - 3:5

finance [1] - 23:25
financial [3] - 21:25, 38:15, 38:16
Finkelstein [1] - 4:15
FINKELSTEIN [1] - 2:17
firm [1] - 31:4
first [8] - 5:19, 24:16, 30:5, 31:2, 31:19, 33:5, 33:9, 39:9
Fisher [1] - 27:15
fleeing [1] - 34:4
Florida [2] - 6:5, 28:3
follows [1] - 5:21
FOR [3] - 1:2, 44:2, 44:6
force [2] - 3:14, 10:13
form [2] - 3:9, 41:22
forth [1] - 45:6
four [1] - 6:21
free [1] - 6:12
full [1] - 35:18
FURTHER [2] - 3:8, 3:12

**G**

Gambino [1] - 26:22
gamble [1] - 26:13
game [5] - 11:20, 12:9, 35:24, 36:6, 41:16
games [1] - 18:19
Garden [4] - 1:13, 2:5, 2:9, 4:11
General's [1] - 26:10
given [2] - 26:9, 45:8
Glass [2] - 14:11
glass [1] - 14:23
Glen [5] - 7:21, 7:23, 8:19, 15:24, 16:9
Graden [2] - 40:6, 40:11
grandson's [1] - 28:24
great [1] - 18:14
groups [1] - 26:4
guess [2] - 10:2, 35:24

**H**

hair [6] - 24:5, 24:9, 24:13, 29:8, 29:11, 29:15
hairs [1] - 24:11
half [1] - 34:21
hand [1] - 45:15
handcuff [1] - 25:23
harming [2] - 14:25, 15:2

Harris [3] - 15:24, 16:9, 16:12
Hauppauge [1] - 2:13
heard [1] - 15:23
hearing [1] - 11:5
held [3] - 1:20, 4:9, 23:24
Hells [1] - 26:3
HEREBY [1] - 3:3
hereby [2] - 3:7, 45:4
herein [2] - 1:18, 45:5
hereto [1] - 3:5
hereunto [1] - 45:14
herself [1] - 18:9
hesitate [1] - 27:22
himself [3] - 7:5, 7:10, 10:9
hire [1] - 26:3
home [2] - 12:15, 22:9
Homicide [1] - 29:22
hours [3] - 12:10, 12:16, 18:23
house [1] - 13:2
hundred [1] - 35:2
hurting [1] - 14:20

**I**

immunity [1] - 26:9
implicated [1] - 32:3
IN [1] - 45:14
incident [2] - 7:3, 7:15
including [1] - 10:24
incriminate [2] - 7:5, 7:9
incriminating [1] - 10:9
INDEX [2] - 43:2, 43:3
individual [9] - 12:4, 13:21, 14:10, 15:23, 26:17, 27:14, 39:15, 39:19, 40:10
individuals [4] - 9:6, 12:25, 13:6, 39:24
informant [1] - 30:10
information [1] - 30:15
instruct [6] - 12:24, 16:5, 16:11, 16:17, 16:23, 17:9
intend [1] - 41:3
interested [1] - 45:12
intimidate [1] - 37:22
introduce [1] - 4:24
investigate [1] - 17:24
investigation [1] - 11:12
invocation [1] - 41:6
invoke [5] - 8:2, 8:21,

26:12, 40:19, 40:21
invoking [110] - 8:25, 9:5, 9:9, 9:18, 10:19, 10:25, 11:7, 11:13, 11:17, 11:21, 12:2, 12:7, 12:13, 12:18, 12:23, 13:3, 13:9, 18:7, 18:12, 18:17, 18:21, 19:4, 19:11, 19:15, 19:21, 20:4, 20:12, 20:17, 20:22, 21:3, 21:8, 21:14, 21:18, 21:24, 22:4, 22:8, 22:11, 22:17, 22:23, 23:7, 23:13, 23:17, 23:22, 24:4, 24:8, 24:15, 25:4, 25:9, 25:13, 25:17, 25:22, 26:2, 26:7, 26:16, 26:20, 26:24, 27:13, 27:18, 27:24, 28:10, 28:21, 29:2, 29:6, 29:14, 29:18, 29:24, 30:4, 30:8, 30:13, 30:18, 30:24, 31:6, 32:5, 32:10, 32:18, 32:22, 33:8, 33:15, 33:21, 34:2, 34:6, 34:10, 34:15, 34:19, 34:24, 35:5, 35:10, 35:16, 35:23, 36:4, 36:10, 36:14, 36:18, 36:23, 37:4, 37:9, 37:14, 37:20, 37:25, 38:5, 38:12, 38:19, 38:23, 39:4, 39:14, 39:18, 39:22, 40:2, 40:9, 40:13, 41:12
involved [3] - 11:19, 29:3, 32:19
IS [3] - 3:3, 3:8, 3:12
IT [3] - 3:3, 3:8, 3:12

**J**

James [3] - 4:6, 28:19, 44:3
JAMES [1] - 1:7
Jerry [3] - 4:3, 5:8, 6:2
JERRY [2] - 1:17, 42:12
jerry [1] - 44:4
Joe [3] - 15:6, 38:21, 40:5
John [1] - 30:5
JOHN [2] - 1:8
joint [1] - 23:24
Joseph [12] - 12:5, 12:14, 14:5, 15:11, 15:16, 16:3, 16:15,

17:5, 17:10, 37:10, 40:6, 40:11
Judge [1] - 11:5
Julie [1] - 20:7
July [1] - 45:15
June [6] - 1:14, 4:13, 19:13, 19:24, 20:9, 44:3

**K**

Kearon [1] - 4:12
KEARON [1] - 2:3
keep [1] - 32:6
Kent [4] - 12:15, 15:20, 16:21, 16:24
kept [1] - 32:12
killing [1] - 14:20
knowledge [5] - 9:20, 10:10, 10:14, 10:21, 38:7
KOSCIUK [1] - 1:7

**L**

lack [2] - 9:21, 10:11
large [2] - 19:18, 32:13
last [1] - 12:8
law [3] - 30:10, 30:16, 30:20
LAW [1] - 2:11
leads [1] - 10:12
learn [2] - 33:5, 33:9
learned [1] - 33:16
leave [2] - 12:9, 12:10
Lee [1] - 2:12
left [1] - 18:25
legal [3] - 9:20, 10:10, 31:13
lend [1] - 34:17
lent [1] - 34:20
Leonard [1] - 10:24
Leto [1] - 10:24
letter [3] - 19:7, 19:12, 20:8
limited [1] - 10:24
live [2] - 8:23, 11:16
lived [2] - 37:6, 37:12
lives [1] - 8:19
living [1] - 21:20
LLP [1] - 2:3
LN [1] - 44:6
loan [4] - 18:20, 19:9, 19:18, 22:5
loans [4] - 19:2, 21:11, 35:18, 37:18
local [1] - 28:12

located [1] - 4:17
loudly [1] - 40:24
lying [5] - 19:22, 20:5, 20:18, 20:24, 21:5

## M

maker [1] - 27:16
man [3] - 21:20, 21:21, 28:8
MARION [2] - 2:3, 2:6
Marion [1] - 4:12
marriage [1] - 45:10
MARTIN [2] - 1:4, 2:16
Martin [10] - 4:4, 5:4, 9:10, 17:11, 17:22, 18:5, 18:10, 19:22, 20:5, 44:2
Marty [3] - 9:16, 17:17, 33:10
Marty's [1] - 17:24
matched [1] - 24:12
matter [5] - 4:4, 9:20, 10:10, 34:12, 45:13
McCready [13] - 1:7, 4:6, 24:17, 24:21, 24:25, 28:19, 28:22, 29:20, 32:12, 32:24, 34:4, 34:8, 44:3
McLELHONE [1] - 1:8
meet [6] - 25:14, 28:18, 29:20, 30:5, 32:11, 40:10
members [1] - 33:11
mentioned [1] - 1:20
message [1] - 14:19
met [1] - 24:16
million [1] - 34:21
minute [1] - 8:8
minutes [1] - 27:2
MITCHELL [8] - 2:13, 5:9, 32:14, 40:23, 41:2, 41:10, 41:19, 42:2
Mitchell [1] - 5:13
Monday [1] - 4:13
money [19] - 13:15, 14:14, 14:15, 14:18, 14:24, 18:14, 19:19, 21:16, 22:14, 22:21, 23:4, 23:23, 30:19, 31:12, 32:23, 34:16, 35:7, 39:24, 40:6
month [1] - 35:8
morning [4] - 6:6, 12:9, 12:16, 18:23
MR [25] - 5:3, 5:9, 5:23, 6:6, 7:8, 7:18, 8:3, 8:9, 9:19, 10:2,

10:5, 10:15, 26:25, 32:14, 32:15, 40:14, 40:22, 40:23, 41:2, 41:9, 41:10, 41:18, 41:19, 41:25, 42:2
MS [8] - 5:6, 6:23, 7:11, 8:6, 9:23, 10:3, 10:12, 42:4
Mulcher [1] - 20:7
murder [2] - 11:24, 39:24
murdered [1] - 34:13
murders [10] - 16:4, 16:10, 16:16, 16:22, 17:6, 28:2, 32:25, 33:13, 33:17, 40:18

## N

Name [1] - 44:2
name [13] - 4:15, 5:24, 7:7, 9:7, 12:4, 13:21, 14:11, 15:24, 26:18, 27:15, 39:16, 39:20, 40:11
names [3] - 6:22, 7:9, 7:19
Nesconset [1] - 4:17
NEW [2] - 1:2, 1:2
New [11] - 1:13, 1:22, 2:5, 2:9, 2:13, 4:8, 4:11, 4:18, 5:20, 26:10, 45:4
night [2] - 35:25, 36:20
NORMAN [1] - 1:7
NOTARY [2] - 42:19, 44:25
Notary [4] - 1:21, 3:14, 5:19, 45:3
note [1] - 19:6
noted [1] - 42:8
Notice [1] - 1:20
NOW [1] - 44:6
number [1] - 4:3

## O

O'Dells [1] - 24:25
objected [1] - 41:21
objections [2] - 3:9, 41:24
obtain [1] - 31:14
occurred [1] - 7:4
OF [4] - 1:2, 1:7, 2:11, 44:2
offer [3] - 14:14, 14:18, 39:24
office [4] - 10:23,

25:24, 26:10, 29:21
officers [1] - 31:20
OFFICERS [1] - 1:8
offices [1] - 4:11
Old [5] - 1:12, 2:4, 2:9, 4:10, 5:7
old [1] - 28:8
oldest [2] - 8:4, 8:19
once [1] - 6:15
one [3] - 1:17, 27:20, 28:7
order [1] - 24:10
organized [2] - 26:13, 32:20
outcome [1] - 45:13
outside [1] - 8:8
outstanding [1] - 35:18
owed [5] - 18:13, 22:15, 22:21, 34:12, 35:2
own [3] - 22:9, 23:10, 23:14
owned [2] - 25:7, 39:11

## P

Page [1] - 43:4
paid [1] - 18:18
participate [5] - 12:19, 16:4, 16:10, 16:16, 16:22
participating [2] - 17:5, 33:13
parties [3] - 3:4, 4:25, 45:10
Paul [1] - 39:16
pay [13] - 13:15, 16:15, 16:18, 16:21, 16:24, 21:16, 22:20, 30:19, 31:7, 31:13, 32:23, 38:9, 40:5
paying [2] - 22:14, 31:20
payment [5] - 19:8, 19:25, 20:9, 35:7, 35:18
pending [2] - 6:15, 10:10
people [1] - 29:21
people's [1] - 27:21
period [1] - 29:10
PERRY [1] - 2:17
Perry [1] - 4:15
person [1] - 12:8
Peter [3] - 12:15, 15:20, 16:21
PG [1] - 44:6

phrase [1] - 41:17
place [1] - 1:21
Plaintiff [5] - 1:5, 1:18, 2:4, 2:8, 5:4
plan [1] - 41:16
play [1] - 11:23
PLLC [1] - 2:8
point [11] - 6:13, 10:16, 13:5, 19:17, 25:14, 25:18, 27:10, 27:20, 28:9, 30:21, 31:8
poker [4] - 11:20, 12:9, 18:19, 35:24
POLICE [1] - 1:8
police [5] - 17:23, 31:13, 31:20, 35:19, 36:19
poor [1] - 21:20
posing [2] - 9:23, 10:3
potentially [1] - 14:25
PRESENT [1] - 2:15
present [1] - 27:20
prevent [1] - 31:21
prison [1] - 32:2
private [1] - 36:7
privilege [1] - 41:12
Pro [1] - 4:16
problem [1] - 38:16
Procedure [1] - 1:19
proceedings [1] - 4:19
produce [1] - 36:24
Productions [1] - 4:17
profiting [1] - 29:4
prosecutors [1] - 31:13
prostitution [1] - 29:4
provided [1] - 30:14
PUBLIC [2] - 42:19, 44:25
Public [4] - 1:22, 3:14, 5:20, 45:3
purger [1] - 18:9
purpose [1] - 11:10
pursuant [1] - 1:19
put [1] - 6:23

## Q

questions [13] - 6:8, 7:2, 7:6, 7:12, 10:8, 10:13, 26:9, 29:7, 29:9, 40:17, 41:8, 41:16, 41:20
quote [2] - 14:19, 21:19

## R

raising [1] - 21:15
Ram [2] - 39:16, 39:20
rate [1] - 23:3
Raton [1] - 6:5
READ [1] - 44:6
READS [1] - 44:6
REASON [1] - 44:6
recess [2] - 8:12, 27:5
record [10] - 4:18, 5:24, 6:24, 8:7, 8:11, 8:15, 27:4, 27:8, 42:7, 45:7
reduced [1] - 23:2
reel [1] - 4:2
refer [1] - 15:5
refused [1] - 38:9
regarding [1] - 7:14
regular [1] - 11:19
REIN [1] - 1:7
rejected [1] - 20:15
related [1] - 45:9
relating [1] - 7:3
relationship [1] - 12:4
remember [5] - 20:7, 20:19, 21:21, 27:14, 27:19
rent [1] - 22:9
repay [1] - 21:11
repayment [3] - 19:8, 19:18, 37:17
repeatedly [1] - 22:12
rephrase [1] - 6:11
reported [1] - 38:13
reporter [1] - 4:21
Reporter [1] - 5:16
Reporting [1] - 4:23
represent [3] - 5:2, 5:4, 31:8
represented [2] - 31:3, 34:11
representing [3] - 5:8, 5:9, 11:10
reserved [1] - 3:10
reside [3] - 7:24, 9:3, 22:5
residence [1] - 12:11
respective [1] - 3:4
restaurant [1] - 28:13
retain [1] - 11:9
retained [1] - 10:17
return [1] - 18:19
returned [1] - 30:2
rich [1] - 21:21
RICHARD [1] - 1:8
rights [45] - 8:5, 8:21, 8:25, 9:18, 9:22, 10:20, 11:2, 11:8,

11:14, 11:18, 11:22, 12:7, 12:13, 13:4, 18:7, 18:12, 18:17, 18:22, 19:4, 19:11, 19:21, 20:4, 20:12, 20:17, 20:23, 21:4, 21:9, 21:14, 21:18, 21:24, 22:4, 23:7, 26:16, 27:13, 27:24, 28:5, 28:11, 28:16, 35:16, 35:23, 36:14, 36:23, 38:19, 40:9, 40:13
**Road** [5] - 1:12, 2:4, 2:9, 4:10, 5:7
**ROBERT** [1] - 1:7
**ROE** [1] - 1:8
**role** [3] - 11:23, 13:10, 13:11
**Ronnie** [2] - 26:18, 26:21
**room** [1] - 32:12
**rules** [1] - 41:11
**Rules** [1] - 1:19
**running** [1] - 29:4

## S

**safe** [2] - 32:6, 32:13
**saved** [1] - 23:3
**SCARING** [2] - 2:8, 2:10
**Scaring** [4] - 5:6, 10:17, 10:22, 11:9
**scene** [1] - 24:11
**schedule** [1] - 35:7
**school** [1] - 28:24
**Scott** [1] - 14:11
**sealing** [1] - 3:5
**second** [2] - 31:24, 38:25
**sell** [1] - 31:18
**selling** [5] - 13:25, 31:2, 39:2, 39:6, 39:10
**send** [1] - 14:19
**September** [19] - 11:15, 12:10, 12:16, 15:15, 15:19, 17:4, 18:24, 22:18, 24:21, 25:2, 35:25, 36:2, 36:16, 36:21, 37:7, 37:12, 38:3, 39:23, 40:4
**series** [1] - 6:8
**serve** [1] - 38:25
**serviced** [1] - 24:10
**set** [3] - 33:18, 45:6, 45:15

**settle** [1] - 34:12
**settled** [1] - 22:25
**several** [1] - 35:2
**sexual** [2] - 20:14, 20:20
**Seymour** [25] - 9:7, 11:20, 11:24, 12:20, 13:16, 14:15, 16:4, 16:10, 16:16, 16:22, 17:6, 18:14, 19:25, 20:8, 21:7, 22:12, 22:19, 23:19, 23:24, 33:12, 33:24, 34:16, 35:11, 37:11, 39:25
**shall** [2] - 3:6, 3:10
**SHEET** [1] - 44:2
**shoot** [2] - 38:20, 38:21
**shortly** [2] - 23:8, 33:23
**SHOULD** [1] - 44:6
**shouting** [1] - 27:21
**Signature** [1] - 44:2
**signed** [2] - 3:13, 3:15
**significant** [1] - 23:4
**significantly** [1] - 23:2
**signing** [1] - 20:8
**sitting** [1] - 9:11
**Skippy** [1] - 13:21
**someone** [4] - 16:5, 16:11, 16:17, 16:23
**sometime** [1] - 11:5
**son** [27] - 8:4, 9:2, 12:3, 13:25, 14:6, 15:10, 17:4, 17:9, 17:15, 17:20, 25:6, 30:22, 30:25, 31:8, 31:14, 31:18, 31:25, 35:13, 35:20, 37:6, 38:6, 38:7, 38:14, 38:20, 38:21, 38:24, 39:10
**sons** [1] - 28:23
**specifically** [2] - 28:17, 40:5
**spent** [1] - 24:24
**splattered** [1] - 19:6
**spoken** [5] - 15:16, 15:20, 17:4, 24:20, 38:2
**Spota** [2] - 25:15, 31:8
**Spota's** [1] - 31:3
**spring** [1] - 38:8
**Squad** [1] - 29:22
**stabbed** [1] - 13:7
**stabbing** [2] - 12:20, 13:11
**stage** [1] - 23:10
**state** [1] - 4:25
**State** [5] - 1:22, 5:20,

5:24, 6:3, 45:4
**statement** [1] - 21:22
**statements** [1] - 27:25
**STATES** [1] - 1:2
**status** [1] - 22:2
**Steuerman** [8] - 4:4, 5:8, 6:2, 6:7, 6:25, 9:24, 41:15, 44:4
**STEUERMAN** [2] - 1:17, 42:12
**Steuerman's** [1] - 41:6
**Steven** [2] - 10:17, 10:21
**still** [1] - 35:2
**STIPULATED** [3] - 3:3, 3:8, 3:12
**STIPULATIONS** [1] - 3:2
**store** [8] - 25:7, 31:20, 32:7, 35:21, 39:2, 39:6, 39:11, 40:7
**stores** [5] - 27:10, 27:16, 28:7, 32:7, 35:14
**submit** [1] - 41:3
**Subscribed** [2] - 42:14, 44:23
**subsequent** [1] - 11:11
**Suffolk** [1] - 4:6
**sufficient** [1] - 21:16
**SUFFOLK** [3] - 1:7, 1:8, 2:11
**Suffolk** [8] - 5:10, 5:12, 10:23, 29:21, 30:10, 30:20, 44:3
**suggest** [1] - 15:6
**Suite** [2] - 2:9, 4:10
**sum** [2] - 19:18, 40:6
**summer** [1] - 22:13
**sums** [1] - 32:13
**support** [1] - 25:10
**survived** [1] - 33:11
**SUSAN** [1] - 2:10
**Susan** [1] - 5:6
**swear** [1] - 5:16
**sworn** [5] - 3:15, 5:19, 42:14, 44:23, 45:6

## T

**Tankleff** [55] - 4:5, 5:5, 9:7, 9:10, 9:16, 11:20, 11:24, 12:11, 12:15, 12:21, 13:2, 13:7, 13:12, 13:17, 14:15, 14:19, 15:2, 16:5, 16:11, 16:17, 16:23, 17:6, 18:14,

18:25, 19:25, 20:8, 20:14, 20:21, 21:2, 21:7, 21:12, 21:16, 22:12, 22:19, 23:2, 23:9, 23:20, 23:25, 28:2, 32:24, 33:10, 33:11, 33:24, 34:17, 35:12, 36:6, 37:11, 37:15, 37:23, 39:12, 39:25, 40:7, 40:18, 44:2
**TANKLEFF** [2] - 1:4, 2:16
**Tankleff's** [7] - 17:11, 17:17, 17:22, 18:5, 18:10, 19:23, 20:6
**Tankleffs** [9] - 15:12, 23:8, 24:12, 33:6, 33:23, 34:13, 37:6, 38:10
**term** [1] - 32:2
**testified** [4] - 5:21, 19:23, 20:6, 20:19
**testify** [2] - 11:4, 18:4
**TESTIMONY** [1] - 43:3
**testimony** [3] - 36:5, 45:5, 45:8
**tests** [1] - 14:6
**THAT** [3] - 45:5, 45:7, 45:12
**THE** [12] - 1:2, 1:7, 4:2, 5:15, 6:19, 8:10, 8:14, 27:3, 27:7, 40:25, 42:5, 44:2
**thereof** [2] - 9:21, 10:11
**Thomas** [3] - 25:15, 31:3, 31:7
**thousand** [1] - 35:2
**threaten** [1] - 37:22
**throats** [1] - 27:21
**TO** [1] - 43:3
**Tod** [16] - 7:21, 9:2, 12:3, 13:25, 14:7, 15:10, 17:4, 17:9, 17:15, 17:20, 25:6, 30:25, 37:6, 38:7, 38:21, 38:24
**tongue** [3] - 17:12, 17:17, 17:22
**toupee** [2] - 24:6, 29:12
**towards** [3] - 19:8, 20:14, 20:20
**transcript** [2] - 41:4, 45:7
**TRANSCRIPT** [1] - 44:2
**transpired** [1] - 7:14
**travel** [2] - 23:18,

33:22

**trial** [8] - 3:11, 18:5, 18:10, 19:23, 20:6, 20:18, 20:24, 21:5
**trip** [1] - 24:2
**trouble** [1] - 21:15
**true** [2] - 17:25, 45:7
**truthfully** [1] - 18:4
**try** [1] - 6:10
**twice** [1] - 31:2
**two** [5] - 9:6, 12:24, 27:2, 27:21, 36:8

## U

**U.S** [1] - 4:7
**uncover** [1] - 10:14
**under** [1] - 40:15
**union** [1] - 25:19
**unionize** [1] - 26:5
**UNITED** [1] - 1:2
**up** [2] - 33:18, 36:7
**upset** [2] - 20:25, 21:6

## V

**vacate** [1] - 9:16
**versus** [1] - 4:5
**Video** [1] - 4:16
**Videographer** [1] - 2:17
**videographer** [1] - 4:16
**VIDEOGRAPHER** [7] - 4:2, 5:15, 8:10, 8:14, 27:3, 27:7, 42:5
**vs** [1] - 44:2

## W

**waived** [1] - 3:7
**wants** [1] - 10:7
**wearing** [3] - 36:15, 36:20, 36:25
**weave** [6] - 24:5, 24:9, 24:13, 29:8, 29:11, 29:15
**Wednesday** [1] - 28:17
**weeks** [1] - 23:19
**WHEREOF** [1] - 45:14
**William** [1] - 39:20
**willing** [1] - 26:8
**Willow** [1] - 6:4
**withheld** [1] - 41:22
**witness** [3] - 5:17, 45:5, 45:8
**Witness** [1] - 44:4

5

6

**WITNESS** [3] - 6:19, 40:25, 45:14
**Wood** [1] - 6:4
**words** [2] - 23:3, 23:25
**worried** [1] - 17:23

## Y

**YORK** [2] - 1:2, 1:2
**York** [11] - 1:13, 1:22, 2:5, 2:9, 2:13, 4:8, 4:11, 4:18, 5:20, 26:10, 45:4
**yourself** [2] - 25:10, 25:23
**yourselves** [1] - 4:25