# Exhibit 31

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 2 of 11 PageID #: 5085

TODD STEUERMAN                                               September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                            1–4

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
MARTIN TANKLEFF,
      Plaintiff,
               No. 09CV1207
  -against-     (JS)(WDW)
THE COUNTY OF SUFFOLK, K. JAMES
McCREADY, NORMAN REIN, CHARLES
KOSCIUK, ROBERT DOYLE, JOHN
MCELHONE, JOHN DOE POLICE
OFFICERS #1-10, RICHARD DOE
SUFFOLK COUNTY EMPLOYEES #1-10,
      Defendants.
----------------------------------x
      September 23, 2013
      1:08 p.m.

Deposition of TODD STEUERMAN, taken by Plaintiff at the offices of Barket, Marion, Epstein & Kearon, 666 Old Country Road, Garden City, New York 11530, before Anneliese R. Tursi, a Registered Professional Reporter and Notary Public within and for the State of New York.

**Page 2**

A P P E A R A N C E S

MILLER CHEVALIER
Attorneys for Plaintiff
    655 Fifteenth Street, N.W.
    Suite 900
    Washington, D.C. 20005-5701
BY:  BARRY J. POLLACK, ESQ.
    202-626-5800
    bpollack@milchev.com
DENNIS M. BROWN
SUFFOLK COUNTY ATTORNEY
Attorney for Defendants
    H. Lee Dennison Building
    5th Floor
    100 Veterans Memorial Highway
    Hauppauge, New York 11788
BY:  BRIAN C. MITCHELL, ESQ.,
    ASSISTANT COUNTY ATTORNEY

**Page 3**

A P P E A R A N C E S

ERIC T. SCHNEIDERMAN
OFFICE OF THE ATTORNEY GENERAL
STATE OF NEW YORK
    120 BROADWAY
    New York, New York 10271-0332
BY:  JOSEPH TIPALDO, ESQ.,
    ASSISTANT ATTORNEY GENERAL
    CLAIMS BUREAU
SCARING & CARMAN PLLC
Attorneys for Deponent
    666 Old Country Road
    Suite 501
    Garden City, New York 11530-2004
BY:  SUSAN SCARING CARMAN, ESQ.
    516-683-8500
    scarman@scaringlaw.com.com
ALSO PRESENT:
    MARTIN TANKLEFF
    EDWARD SATTLER, Videographer

**Page 4**

S T I P U L A T I O N S

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that filing and sealing be and the same are hereby waived.

    IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

    IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 3 of 11 PageID #: 5086

TODD STEUERMAN                                                September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                             5–8

Page 5

1    T. STEUERMAN
2        THE VIDEOGRAPHER:  This is tape
3    No. 1 of the videotaped deposition of
4    Mr. Todd Steuerman, taken by the
5    plaintiff in the matter Martin Tankleff,
6    plaintiff, versus the County of Suffolk,
7    et al., defendants, in the United States
8    District Court for the Eastern District
9    of New York, Case No. CV 091207 (JS)
10   (WDW).
11       This deposition is being held at
12   the offices of Barket, Marion, Epstein &
13   Kearon, 666 Old Country Road, Garden
14   City New York on September 23, 2013, at
15   approximately 1:08 p.m.
16       My name is Ed Sattler.  I'm the
17   certified legal video specialist.  The
18   court reporter is Anneliese Tursi in
19   association with Esquire Deposition
20   Solutions.
21       Will counsel please introduce
22   themselves and who they represent for
23   the record.
24       MR. POLLACK:  Barry Pollack on
25   behalf of the Plaintiff, Mr. Tankleff,

Page 6

1    T. STEUERMAN
2    and Mr. Tankleff is also present.
3        MR. TANKLEFF:  Martin Tankleff,
4    plaintiff.
5        MR. TIPALDO:  Joseph Tipaldo, the
6    Office of the Attorney General.
7        MR. MITCHELL:  And for the County
8    of Suffolk it's Brian C. Mitchell, and
9    I'm appearing on behalf of Dennis M.
10   Brown, the Suffolk County Attorney.
11       MS. CARMAN:  For the witness,
12   Susan Carman from the law firm of
13   Scaring & Carman.
14   T O D D  S T E U E R M A N,
15       residing at 58 Northern Boulevard,
16       Hagaman, New York 12086, having been
17       first duly sworn/affirmed by the Notary
18       Public (Anneliese R. Tursi), was
19       examined and testified as follows:
20   EXAMINATION BY MR. POLLACK:
21   Q.   Mr. Steuerman, I'm going to be
22   asking you a series of questions this
23   afternoon.  If at any point you don't
24   understand a question or don't hear a
25   question, just ask me to repeat it or rephrase

Page 7

1    T. STEUERMAN
2    it.  Is that all right?
3    A.   Okay.
4    Q.   You are going to need to vocalize
5    an answer because the court reporter cannot
6    get down a nod or a shake of the head.
7    A.   Um-hum.
8    Q.   Do you understand if you have a
9    problem with a question, just let me know and
10   I will repeat it or rephrase it.  Okay?
11   A.   Okay.
12   Q.   And if at any point during the
13   afternoon you want to take a break for any
14   reason, just let me know and we will take a
15   break.  Okay?
16   A.   Okay.
17   Q.   So if you don't ask me to repeat
18   or rephrase a question and you give an answer,
19   we are all going to assume that you understood
20   the question.  Okay?
21   A.   Okay.
22   Q.   Mr. Steuerman, you were born on
23   July 20th, 1965?
24   A.   Yes.
25   Q.   And in 1983, Mr. Steuerman, you

Page 8

1    T. STEUERMAN
2    were charged with distributing cocaine?
3    A.   On advice of my attorney, I take
4    the Fifth.
5    Q.   Where did those sales of cocaine
6    take place?
7    A.   On advice of my attorney, I take
8    the Fifth.
9    Q.   The fact is, Mr. Steuerman, you
10   were selling cocaine out of one of the bagel
11   stores that you owned with your father.  Is
12   that correct?
13   A.   On advice of my attorney, I take
14   the Fifth.
15   Q.   You owned a bagel store with your
16   father, Jerry Steuerman?
17   A.   On advice of my attorney, I take
18   the Fifth.
19   Q.   And in those 1983 charges, you
20   were represented by Sullivan Spota Mallito &
21   Massey?  I'm sure there are folks here who
22   will correct me if I'm mispronouncing the
23   names.
24   A.   On advice of my attorney, I take
25   the Fifth.

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 4 of 11 PageID #: 5087

TODD STEUERMAN                                                September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                            9–12

Page 9

1        T. STEUERMAN
2     Q.   Mr. Steuerman, do you think that
3  you may incriminate yourself by confirming who
4  represented you in that case?
5         MR. MITCHELL:  Objection --
6     A.   On advice of my attorney, I take
7  the Fifth.
8         MR. MITCHELL:  Did you get that?
9     I objected to the form of his question.
10    Q.   And I guess one last instruction,
11 Mr. Steuerman, if you do hear an objection, if
12 you can just stop your answer so that the
13 attorney has the opportunity to enter his
14 objection.  The court reporter can't get
15 things down if two people are talking at the
16 same time.  Okay?
17    A.   Okay.
18    Q.   With respect to the 1983 cocaine
19 charges, you spoke to Gerard Sullivan about
20 those charges.  Is that correct?
21    A.   On advice of my attorney, I take
22 the Fifth.
23    Q.   And you also spoke with his
24 partner, Thomas Spota?
25    A.   On advice of my attorney, I take

Page 10

1        T. STEUERMAN
2  the Fifth.
3     Q.   Who referred you to Mr. Sullivan
4  and Mr. Spota's law firm for purposes of
5  representing you in the 1983 cocaine charges?
6     A.   On advice of my attorney, I take
7  the Fifth.
8     Q.   In that case you had told an
9  undercover police officer:  Just call me here
10 any time you want more blow, my father owns
11 the place so it's cool.  Is that correct?
12    A.   On advice of my attorney, I take
13 the Fifth.
14    Q.   And in November of 1989 you were
15 charged with the sale and possession of
16 narcotics.  Is that correct?
17    A.   On advice of my attorney, I take
18 the Fifth.
19    Q.   Specifically, you were charged
20 with selling cocaine.  Correct?
21    A.   On advice of my attorney, I take
22 the Fifth.
23    Q.   Diazepam, correct?
24    A.   On advice of my attorney, I take
25 the Fifth.

Page 11

1        T. STEUERMAN
2     Q.   Valium?
3     A.   On advice of my attorney, I take
4  the Fifth.
5     Q.   Xanax?
6     A.   On advice of my attorney, I take
7  the Fifth.
8     Q.   And you were also convicted of
9  selling marijuana?
10    A.   On advice of my attorney, I take
11 the Fifth.
12    Q.   And those sales also occurred out
13 of a bagel store owned by you and your father.
14 Is that correct?
15    A.   On advice of my attorney, I take
16 the Fifth.
17    Q.   Did you consult with Mr. Sullivan
18 with respect to those charges?
19    A.   On advice of my attorney, I take
20 the Fifth.
21    Q.   Did you also consult with Mr.
22 Spota with respect to those charges?
23    A.   On advice of my attorney, I take
24 the Fifth.
25    Q.   Did you obtain legal advice from

Page 12

1        T. STEUERMAN
2  Mr. Spota with respect to those charges?
3     A.   On advice of my attorney, I take
4  the Fifth.
5     Q.   Other than the 1983 and the 1989
6  charges, are there other legal matters on
7  which you consulted with or obtained legal
8  advice from Mr. Sullivan?
9     A.   On advice of my attorney, I take
10 the Fifth.
11    Q.   Other than the 1983 and 1989
12 charges, were there other legal matters with
13 which you consulted with or obtained legal
14 advice from Mr. Spota?
15    A.   On advice of my attorney, I take
16 the Fifth.
17    Q.   You were also charged with selling
18 narcotics from the Smithtown Motor Lodge.  Is
19 that correct?
20    A.   On advice of my attorney, I take
21 the Fifth.
22    Q.   When you were incarcerated in
23 Clinton Correctional Facility, you met another
24 inmate there by the name of Bruce Demps.  Is
25 that correct?

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 5 of 11 PageID #: 5088

TODD STEUERMAN                                              September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                          13–16

Page 13

1      T. STEUERMAN
2      A.   On advice of my attorney, I take
3   the Fifth.
4          MR. MITCHELL:  Could you spell
5      that guy's last name.
6          MR. POLLACK:  Sure.  Demps.
7      D-E-M-P-S.
8          MR. MITCHELL:  Thank you.
9      Q.   And, Mr. Steuerman, you told Mr.
10  Demps that you knew that Marty Tankleff was
11  not involved in the murder of his parents.  Is
12  that correct?
13     A.   On advice of my attorney, I take
14  the Fifth.
15     Q.   In fact, you told Mr. Demps that
16  your father, Jerry Steuerman, had put a hit on
17  the Tankleffs.  Is that correct?
18     A.   On advice of my attorney, I take
19  the Fifth.
20     Q.   And regardless of the precise
21  words, the substance of what it was that you
22  were conveying is that your father hired
23  somebody to murder the Tankleffs.  Is that
24  correct?
25     A.   On advice of my attorney, I take

Page 14

1      T. STEUERMAN
2   the Fifth.
3      Q.   At Mr. Demps's request you had
4   your father, Jerry Steuerman, hire people to
5   threaten a gentleman who was, according to Mr.
6   Demps, messing with Mr. Demps' girlfriend.  Is
7   that correct?
8      A.   On advice of my attorney, I take
9   the Fifth.
10     Q.   You also had your father hire
11  people to physically beat a Clinton
12  Correctional Officer that was having an affair
13  with your wife.  Is that correct?
14     A.   On advice of my attorney, I take
15  the Fifth.
16     Q.   Over a period of years in the
17  1980s, Mr. Steuerman, you were selling
18  narcotics.  Correct?
19     A.   On advice of my attorney, I take
20  the Fifth.
21     Q.   You were selling illegal
22  controlled substances.  Correct?
23     A.   On advice of my attorney, I take
24  the Fifth.
25     Q.   And specifically, you were selling

Page 15

1      T. STEUERMAN
2   illegal controlled substances out of bagel
3   stores that were owned by either you or your
4   father.  Is that correct?
5      A.   On advice of my attorney, I take
6   the Fifth.
7      Q.   And your father, Jerry Steuerman,
8   knew that you were selling illegal drugs.  Is
9   that correct?
10     A.   On advice of my attorney, I take
11  the Fifth.
12     Q.   In fact, your father, Jerry
13  Steuerman, was involved in the sale of
14  narcotics or illegal substances with you.  Is
15  that correct?
16     A.   On advice of my attorney, I take
17  the Fifth.
18     Q.   Mr. Steuerman, I want to focus
19  your attention on a particular date, September
20  7th, 1988.  And that is the date that Mrs.
21  Tankleff was murdered and Mr. Seymour Tankleff
22  was attacked.  What I want to ask you is, as
23  of that date did you know Detective James
24  McCready?
25     A.   On advice of my attorney, I take

Page 16

1      T. STEUERMAN
2   the Fifth.
3      Q.   As of that date did your father,
4   Jerry Steuerman, know detective James
5   McCready?
6      A.   On advice of my attorney, I take
7   the Fifth.
8      Q.   You had seen Detective James
9   McCready in at least one of the bagel stores
10  owned by you or your father prior to the time
11  that the Tankleffs were killed.  Is that
12  correct?
13     A.   On advice of my attorney, I take
14  the Fifth.
15     Q.   As of September 7, 1988, the date
16  of the Tankleff murders -- let me put it this
17  way.  Prior to that date, Detective McCready
18  had done work for your father, Jerry
19  Steuerman.  Is that correct?
20     A.   On advice of my attorney, I take
21  the Fifth.
22     Q.   Your father had paid money to
23  Detective McCready.  Is that correct?
24     A.   On advice of my attorney, I take
25  the Fifth.

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 6 of 11 PageID #: 5089

TODD STEUERMAN                                                                    September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                                                17–20

Page 17

1          T. STEUERMAN
2    Q.   Specifically, he paid money to
3  Detective McCready for construction work.  Is
4  that correct?
5    A.   On advice of my attorney, I take
6  the Fifth.
7    Q.   He had also paid money to
8  Detective McCready to protect the drug sale
9  business that you were engaged in.  Is that
10 correct?
11   A.   On advice of my attorney, I take
12 the Fifth.
13   Q.   In the months leading up to
14 September 7th, 1988, your father, Jerry
15 Steuerman, and Seymour Tankleff were arguing.
16 Is that correct?
17   A.   On advice of my attorney, I take
18 the Fifth.
19   Q.   In fact, you were present for more
20 than one argument between them.  Is that
21 correct?
22   A.   On advice of my attorney, I take
23 the Fifth.
24   Q.   And you were aware in the summer
25 of 1988 that your father, Jerry Steuerman,

Page 18

1          T. STEUERMAN
2  wanted to open a new bagel store with you.
3  Correct?
4    A.   On advice of my attorney, I take
5  the Fifth.
6    Q.   Specifically, your father wanted
7  to open a new store with you in Ronkonkoma?
8    A.   On advice of my attorney, I take
9  the Fifth.
10   Q.   And you were aware that Seymour
11 Tankleff wanted to be a 50 percent owner in
12 that new store.  Is that correct?
13   A.   On advice of my attorney, I take
14 the Fifth.
15   Q.   And your father did not want
16 Seymour Tankleff to have any ownership
17 interest in that new business.  Is that
18 correct?
19   A.   On advice of my attorney, I take
20 the Fifth.
21   Q.   And it was ownership of that new
22 store with you that was the source of one of
23 the areas of disagreement between your father
24 and Seymour Tankleff?
25   A.   On advice of my attorney, I take

Page 19

1          T. STEUERMAN
2  the Fifth.
3    Q.   You purchased your interest in
4  that new store from your father.  Correct?
5    A.   On advice of my attorney, I take
6  the Fifth.
7    Q.   Specifically, you paid
8  approximately $125,000 for that ownership
9  interest in the new store?
10   A.   On advice of my attorney, I take
11 the Fifth.
12   Q.   And that took the form of about
13 $65,000 in cash and about $60,000 of debt
14 forgiveness.  Is that correct?
15   A.   On advice of my attorney, I take
16 the Fifth.
17   Q.   In the summer of 1988 you owed
18 your father about $60,000.  Is that correct?
19   A.   On advice of my attorney, I take
20 the Fifth.
21   Q.   And that $60,000 debt related to
22 your drug business.  Is that correct?
23   A.   On advice of my attorney, I take
24 the Fifth.
25   Q.   Seymour Tankleff had a lien

Page 20

1          T. STEUERMAN
2  against equipment in the bagel store that you
3  operated and were part owner of.  Is that
4  correct?
5    A.   On advice of my attorney, I take
6  the Fifth.
7    Q.   And that lien was also a subject
8  of argument between your father and Seymour
9  Tankleff?
10   A.   On advice of my attorney, I take
11 the Fifth.
12   Q.   You know a gentleman by the name
13 of Joseph Creedon.  Correct?
14   A.   On advice of my attorney, I take
15 the Fifth.
16   Q.   And you met Mr. Creedon prior to
17 September 7th, 1988?
18   A.   On advice of my attorney, I take
19 the Fifth.
20   Q.   And, in fact, you met Mr. Creedon
21 while selling drugs.  Is that correct?
22   A.   On advice of my attorney, I take
23 the Fifth.
24   Q.   There were occasions on which Mr.
25 Creedon robbed you.  Correct?

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 7 of 11 PageID #: 5090

TODD STEUERMAN                                                September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                           21–24

Page 21

1        T. STEUERMAN
2    A.   On advice of my attorney, I take
3   the Fifth.
4    Q.   Specifically, he robbed you of
5   proceeds from your drug business?
6    A.   On advice of my attorney, I take
7   the Fifth.
8    Q.   And you made payments to Mr.
9   Creedon for protection?
10   A.   On advice of my attorney, I take
11  the Fifth.
12   Q.   And when I say for protection,
13  specifically, you paid Mr. Creedon, one, so
14  that he wouldn't rob you any more.  Correct?
15   A.   On advice of my attorney, I take
16  the Fifth.
17   Q.   And you also paid him, two, to
18  protect you from others.  Is that correct?
19   A.   On advice of my attorney, I take
20  the Fifth.
21   Q.   There were also occasions where
22  you paid Mr. Creedon to collect drug debts
23  that were owed to you?
24   A.   On advice of my attorney, I take
25  the Fifth.

Page 22

1        T. STEUERMAN
2    Q.   And you used Mr. Creedon for debt
3   collection on multiple occasions.  Is that
4   correct?
5    A.   On advice of my attorney, I take
6   the Fifth.
7    Q.   And that included that you use Mr.
8   Creedon to collect drug debts for you prior to
9   September 8, 1988?
10   A.   On advice of my attorney, I take
11  the Fifth.
12   Q.   Your father, Jerry Steuerman, knew
13  Mr. Creedon as well.  Is that correct?
14   A.   On advice of my attorney, I take
15  the Fifth.
16   Q.   Your father, Jerry Steuerman, knew
17  Mr. Creedon prior to September 7th, 1988?
18   A.   On advice of my attorney, I take
19  the Fifth.
20   Q.   In fact, you were the one who
21  introduced Mr. Creedon to your father, Jerry
22  Steuerman?
23   A.   On advice of my attorney, I take
24  the Fifth.
25   Q.   You also knew Brian Glass.  Is

Page 23

1        T. STEUERMAN
2   that correct?
3    A.   On advice of my attorney, I take
4   the Fifth.
5    Q.   You knew Mr. Glass as of September
6   7th, 1988?
7    A.   On advice of my attorney, I take
8   the Fifth.
9    Q.   And your father, Jerry Steuerman,
10  also knew Mr. Glass?
11   A.   On advice of my attorney, I take
12  the Fifth.
13   Q.   You were aware, Mr. Steuerman,
14  that your father was looking to hire somebody
15  to either kill or physically harm Arlene and
16  Seymour Tankleff.  Is that correct?
17   A.   On advice of my attorney, I take
18  the Fifth.
19   Q.   Your father specifically told you
20  prior to September 7th, 1988 that he was
21  looking to hire somebody to intimidate,
22  physically harm or murder Arlene and Seymour
23  Tankleff?
24   A.   On advice of my attorney, I take
25  the Fifth.

Page 24

1        T. STEUERMAN
2    Q.   Shortly after Mrs. Tankleff was
3   murdered and Mr. Tankleff was attacked, your
4   father disappeared.  Is that correct?
5    A.   On advice of my attorney, I take
6   the Fifth.
7    Q.   He feigned his own death.  Is that
8   correct?
9    A.   On advice of my attorney, I take
10  the Fifth.
11   Q.   And he was later found living in
12  California under an assumed name.  Is that
13  correct?
14   A.   On advice of my attorney, I take
15  the Fifth.
16   Q.   Before he left he told you that he
17  was going to feign his death and disappear.
18  Correct?
19   A.   On advice of my attorney, I take
20  the Fifth.
21   Q.   And, in fact, he asked that you
22  report him missing to the police.  Is that
23  correct?
24   A.   On advice of my attorney, I take
25  the Fifth.

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 8 of 11 PageID #: 5091

TODD STEUERMAN                                          September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                       25–28

Page 25

1        T. STEUERMAN
2    Q.   You were aware at the time that
3  one of the people who went out to California
4  to find your father was Detective McCready.
5  Is that correct?
6    A.   On advice of my attorney, I take
7  the Fifth.
8    Q.   And, in fact, you have said to at
9  least one person that you thought it was
10 particularly ironic that it was a friend of
11 your father, Detective McCready, who went out
12 to get him in California.  Is that correct?
13   A.   On advice of my attorney, I take
14 the Fifth.
15   Q.   In April of 1989 you told Joseph
16 Creedon that your father would pay him, Mr.
17 Creedon, to cut Marty Tankleff's tongue out of
18 Marty's mouth.  Is that correct?
19   A.   On advice of my attorney, I take
20 the Fifth.
21   Q.   You also told Mr. Creedon that
22 your father, Jerry Steuerman, would pay Mr.
23 Creedon to have someone killed.  Is that
24 correct?
25   A.   On advice of my attorney, I take

Page 26

1        T. STEUERMAN
2  the Fifth.
3    Q.   You specifically conveyed an offer
4  from your father to pay him $10,000 to have
5  somebody killed.
6    A.   On advise of my attorney, I plead
7  the Fifth.
8    Q.   Approximately two weeks later,
9  also in April of 1989, you shot Joseph
10 Creedon.  Is that correct?
11   A.   On advice of my attorney, I plead
12 the Fifth.
13   Q.   Why did you shoot Mr. Creedon?
14   A.   On advice of my attorney, I plead
15 the Fifth.
16   Q.   After you shot Mr. Creedon, you
17 are aware that your father, Jerry Steuerman,
18 offered Mr. Creedon $10,000 to drop the
19 charges against you.  Are you not?
20   A.   On advice of my attorney, I plead
21 the Fifth.
22   Q.   Mr. Creedon told you that he would
23 not agree to drop the charges.  Is that
24 correct?
25   A.   On advice of my attorney, I plead

Page 27

1        T. STEUERMAN
2  the Fifth.
3    Q.   Your father told Mr. Creedon after
4  he had refused to drop the charges, that Mr.
5  Creedon was, quote:  Fucking with the wrong
6  people.  Is that correct?
7    A.   On advice of my attorney, I plead
8  the Fifth.
9    Q.   Your father, Jerry Steuerman, told
10 you about the conversation that he had with
11 Mr. Creedon about Mr. Creedon declining your
12 father's offer to drop the charges.  Is that
13 correct?
14   A.   On advice of my attorney, I plead
15 the Fifth.
16   Q.   As of September 7th, 1988, you
17 knew Peter Kent.  Is that correct?
18   A.   On advice of my attorney, I plead
19 the Fifth.
20   Q.   You had engaged in criminal
21 activities with Peter Kent?
22   A.   On advice of my attorney, I plead
23 the Fifth.
24   Q.   As of September 7th, 1988 you knew
25 Glen Harris?

Page 28

1        T. STEUERMAN
2    A.   On advice of my attorney, I plead
3  the Fifth.
4    Q.   You had engaged in criminal
5  activities with Glen Harris?
6    A.   On advice of my attorney, I plead
7  the Fifth.
8    Q.   In the 1980s, Mr. Steuerman, did
9  you carry a knife with you?
10   A.   On advice of my attorney, I plead
11 the Fifth.
12   Q.   Did you have a habit of carrying a
13 knife with you?
14   A.   On advice of my attorney, I plead
15 the Fifth.
16   Q.   In the late 1980s, did you sell
17 knives?
18   A.   On advice of my attorney, I plead
19 the Fifth.
20   Q.   Mr. Steuerman, did you ever give
21 or sell a knife to Joseph Creedon?
22   A.   On advice of my attorney, I plead
23 the Fifth.
24   Q.   Did you ever give or sell a knife
25 to Peter Kent?

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 9 of 11 PageID #: 5092

TODD STEUERMAN                                                                    September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                                             29–32

Page 29

1           T. STEUERMAN
2      A.   On advice of my attorney, I plead
3   the Fifth.
4      Q.   Did you ever give or sell a knife
5   to Glen Harris?
6      A.   On advice of my attorney, I plead
7   the Fifth.
8      Q.   Your father, Jerry Steuerman, has
9   admitted to you that he was responsible for
10  the Tankleff murders.
11     A.   On advice of my attorney, I plead
12  the Fifth.
13          MR. POLLACK:  Why don't we go off
14     the record for a short break here.
15          THE VIDEOGRAPHER:  The time is
16     1:31 p.m. and we're going off the
17     record.
18          (Recess taken.)
19          THE VIDEOGRAPHER:  The time is
20     1:38 p.m. and we are on the record.
21  BY MR. POLLACK:
22     Q.   Mr. Steuerman, have you ever told
23  anyone that you knew that Martin Tankleff was
24  not involved in the murder of his parents?
25     A.   On advice of my attorney, I take

Page 30

1           T. STEUERMAN
2   the Fifth.
3      Q.   Mr. Steuerman, have you ever told
4   anybody that you were involved in the murder
5   of the Tankleffs?
6      A.   On advice of my attorney, I take
7   the Fifth.
8      Q.   Have you ever told anyone that you
9   knew that your father was involved in the
10  murder of the Tankleffs?
11     A.   On advice of my attorney, I take
12  the Fifth.
13     Q.   Have you ever told anyone that you
14  knew that your father knew Detective McCready
15  prior to the Tankleff murders?
16     A.   On advice of my attorney, I take
17  the Fifth.
18     Q.   Mr. Steuerman, have you ever
19  distributed illegal drugs to law enforcement
20  personnel?
21     A.   On advice of my attorney, I take
22  the Fifth.
23     Q.   Specifically, have you ever
24  distributed illegal drugs to anyone affiliated
25  with the Suffolk County District Attorney's

Page 31

1           T. STEUERMAN
2   office?
3      A.   On advice of my attorney, I take
4   the Fifth.
5      Q.   Have you ever distributed illegal
6   drugs with anybody affiliated with Suffolk
7   County Police Department?
8      A.   On advice of my attorney, I take
9   the Fifth.
10     Q.   Have you ever distributed illegal
11  drugs to any Suffolk County detective?
12     A.   On advice of my attorney, I take
13  the Fifth.
14     Q.   Have you ever distributed illegal
15  drugs to Detective James McCready?
16     A.   On advice of my attorney, I take
17  the Fifth.
18     Q.   Have you ever distributed illegal
19  drugs to Detective Norman Rein?
20     A.   On advice of my attorney, I take
21  the Fifth.
22     Q.   Have you ever served as a
23  confidential informant for Suffolk County law
24  enforcement?
25     A.   On advice of my attorney, I take

Page 32

1           T. STEUERMAN
2   the Fifth.
3      Q.   Have you ever served as a
4   confidential informant for any law enforcement
5   agency?
6      A.   On advice of my attorney, I take
7   the Fifth.
8      Q.   Mr. Steuerman, how frequently do
9   you speak with your father?
10     A.   On advice of my attorney, I take
11  the Fifth.
12     Q.   Have you spoken with your father
13  about the Tankleff murders since receiving
14  notice that you were going to be deposed in
15  this lawsuit?
16     A.   On advice of my attorney, I take
17  the Fifth.
18     Q.   You were originally represented
19  with respect to this deposition by an attorney
20  by the name of Justin Lite.  Is that correct?
21     A.   On advice of my attorney, I take
22  the Fifth.
23     Q.   Did you talk to your father about
24  who should represent you for purposes of this
25  deposition?

Case 2:09-cv-01207-JS-AYS   Document 184-37   Filed 08/17/16   Page 10 of 11 PageID #: 5093

TODD STEUERMAN                                                    September 23, 2013
TANKLEFF vs. COUNTY OF SUFFOLK                                              33–36

Page 33

1        T. STEUERMAN
2    A.   On advice of my attorney, I take
3  the Fifth.
4    Q.   You retained the same law firm to
5  represent you as the law firm that represented
6  your father with respect to his deposition in
7  this litigation.  Is that correct?
8    A.   On advice of my attorney, I take
9  the Fifth.
10   Q.   Who is paying for your counsel to
11 appear here today?
12   A.   On advice of my attorney, I take
13 the Fifth.
14   Q.   Mr. Steuerman, is there any
15 question of substance that I can ask you today
16 to which you would not assert your Fifth
17 Amendment rights?
18   A.   On advice of my attorney, I take
19 the Fifth.
20   Q.   Mr. Steuerman, you understand, do
21 you not, that other than for murder, the
22 statute of limitations has run on any criminal
23 conduct you may have engaged in in the 1980s.
24 Is that correct?
25   A.   On advice of my attorney, I take

Page 34

1        T. STEUERMAN
2  the Fifth.
3    Q.   Do you have such an understanding?
4    A.   On advice of my attorney, I take
5  the Fifth.
6    Q.   And with murder or conspiracy to
7  commit murder, you understand that the statute
8  of limitations would not have run.  Is that
9  correct?
10   A.   On advice of my attorney, I take
11 the Fifth.
12   Q.   And you believe that answering
13 questions here today might incriminate you.
14 Is that correct?
15   A.   On advice of my attorney, I take
16 the Fifth.
17       MR. POLLACK:  I don't have any
18   other questions.
19       Anything from either the AG or the
20   County.
21       MR. MITCHELL:  No, thank you.
22       MR. TIPALDO:  I have no questions.
23       MR. POLLACK:  Thank you, Mr.
24   Steuerman.
25       THE VIDEOGRAPHER:  The time is

Page 35

1        T. STEUERMAN
2  1:42 p.m. and this completes this
3  session of the videotaped deposition of
4  Mr. Todd Steuerman and this completes
5  tape No. 1.
6        (Time noted:  1:43 p.m.)

                _____
                   TODD STEUERMAN

Subscribed and sworn to before me
this _____ day of _____, 2013.

_____

Page 36

C E R T I F I C A T E
STATE OF NEW YORK  )
                   : ss.
COUNTY OF NEW YORK )

    I, ANNELIESE R. TURSI, a
Registered Professional Reporter and Notary
Public within and for the State of New York,
do hereby certify:
    That the witness whose deposition
is hereinbefore set forth, was duly sworn by
me and that such deposition is a true record
of the testimony given by the witness.
    I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no way
interested in the outcome of this matter.
    IN WITNESS WHEREOF, I have
hereunto set my hand this ____ day of
_____, 2013.
           _____
           ANNELIESE R. TURSI, RPR

Page 37

DEPOSITION ERRATA SHEET

Esquire Deposition Assignment No. 337183
Case Caption:  Tankleff v. Suffolk

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the_____day of
_____,20___

_____
TODD STEUERMAN

Page 38

DEPOSITION ERRATA SHEET

Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
SIGNATURE:_____DATE:_____
          TODD STEUERMAN

Page 39

DEPOSITION ERRATA SHEET

Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
Page No. _____  Line No._____  Change to:_____
_____
Reason for change:_____
SIGNATURE:_____DATE:_____
          TODD STEUERMAN

Page 40

September 23, 2013

                    I N D E X
EXAM BY                              PAGE
Mr. Pollack                            6

                  E X H I B I T S
 FOR IDENTIFICATION                  PAGE
(None marked.)

