# Exhibit 32

Case 2:09-cv-01207-JS-AYS   Document 184-38   Filed 08/17/16   Page 2 of 2 PageID #: 5096

# Prehospital Care Report

**USE BALL POINT PEN ONLY.**    2-0550951    **Press Down Firmly You're Making A Copy**

| DATE | RUN NO. | AGENCY CODE | VEH. ID. |
|---|---|---|---|
| 09/18/88 | 880523 | 05188 | SS317 |

**Name:** Unk.
**Address:** 33 seaside Dr — Belle Terre N.Y.
**Ph #:** Unk
**Age:** Unk   **DOB:** Unk   **Sex:** M
**Physician:** Unk
**Next of Kin:** Unk

**Agency Name:** Port Jefferson Amb
**Call Location:** Belle Terre 33 Seaside Dr
☒ Residence ☐ Health Facility ☐ Farm ☐ Indus. Facility
☐ Other Work Loc. ☐ Roadway ☐ Recreational ☐ Other
**Call Origin:** MEDCOM
**Dispatch Information:** Adult male bleeding
**Call Type As Rec'd:** ☒ Emergency ☐ Non-Emergency ☐ Stand-by
**Interfacility Transfer:** ☐ Yes   Type of Transfer: ☐ BLS ☐ ALS
**Hospital Communications:** ☒ Yes ☒ Directly ☐ Thru Dispatch   ☒ VHF ☐ UHF ☐ Phone   ☐ No ☐ Communications Difficulties

**Mileage:** END 8559   BEGIN 8549   TOTAL 10

**Use Military Times:**
- CALL REC'D: 0611
- ENROUTE: 0621
- AT SCENE: 0627
- FROM SCENE: 42
- AT DESTIN: 44
- IN SERVICE:
- IN QUARTERS: 0932

### Mechanism of Injury
☐ MVA (complete seat belt section) ☐ Fall of ___ feet ☐ GSW ☒ Other Unk
☐ Struck by vehicle ☐ Unarmed assault ☐ Knife
☐ Extrication required ___ minutes
Seat belt used? ☐ Yes ☐ No ☐ Unknown   Seat Belt Use Reported By ☐ Crew ☐ Patient ☐ Police ☐ Other

### Chief Complaint
"Bleeding"

### Subjective Assessment
Pt found lying supine, unresponsive c spont resps. Survey revealed ear to ear incision later found to be circumferencial c subcutaneous [illegible]

### Presenting Problem
☐ Allergic Reaction ☒ Unconscious/Unresp. ☒ Shock ☐ Multiple Trauma ☐ OB/GYN
☒ Airway Obstruction ☐ Syncope ☐ Seizure ☐ Head Injury ☐ Trauma-Blunt ☐ Burns
☐ Respiratory Arrest ☐ Stroke/CVA ☐ Behavioral Disorder ☐ Spinal Injury ☐ Trauma-Penetrating Environmental
☐ Respiratory Distress ☐ General Illness/Malaise ☐ Substance Abuse (Potential) ☐ Fracture/Dislocation ☒ Soft Tissue Injury ☐ Heat
☐ Cardiac Related (Potential) ☐ Gastro-Intestinal Distress ☐ Poisoning (Accidental) ☐ Amputation ☒ Bleeding/Hemorrhage ☐ Cold
☐ Cardiac Arrest ☐ Diabetic Related (Potential)   ☐ Other   ☐ Hazardous Materials
☐ Pain   ☐ Obvious Death

### Past Medical History
☐ Hypertension ☐ Stroke ☐ Seizures ☐ Diabetes ☐ COPD ☐ Cardiac ☐ Allergy ☐ Other (List) ☐ Medication
Unk

### Vital Signs

| TIME | RESP | PULSE | B.P. | LOC | GCS | TS | R PUPILS L | SKIN |
|---|---|---|---|---|---|---|---|---|
| | Rate: 42 ☐ Regular ☒ Shallow ☐ Labored | Rate: 52 ☐ Regular ☒ Irregular | 210/80 | ☐ Alert ☐ Voice ☐ Pain ☒ Unresp | | | ☐ Normal ☒ Dilated ☐ Constricted ☐ Sluggish ☒ No-Reaction | ☐ Unremarkable ☒ Cool ☒ Pale ☐ Warm ☐ Cyanotic ☐ Moist ☐ Flushed ☒ Dry ☐ Jaundiced |
| | | | | | | | | |
| | | | | | | | | |

### Objective Physical Assessment

| | Head/Neck | Upper Extr. | Chest/Back | Abd/Pelvic | Lower Extr. |
|---|---|---|---|---|---|
| ☐ Physical Findings Unremarkable | | | | | |
| 1) Pain | | | | | |
| 2) Wound | | | | | |
| 3) Fracture/Disloc. Open | | | | | |
| 4) Fracture/Disloc. Closed | | | | | |
| 5) Bleeding/Hemorrhage | X | | | | |
| 6) Loss of Motion/Sensation | | | | | |
| 7) Sprain/Strain | | | | | |
| 8) Burn ___ Deg ___ % | | | | | |
| 9) Internal | | | | | |

### Comments
Pt was mostly covered c dried blood. [illegible] Upon survey of posterior region no definitive findings of wound sites or injury because of dried blood and matting of the hair. Pt vomited at scene. Airway was cleared. Mast suit applied & inflated. Pt placed on backboard. Estimated blood loss ≈ 2 l's. Breath sounds clear bilat c snoring resps. ※ Pt When pt vomited there were "pink chunks" of tissue in vomitus. S.C.P.D. officer Badge # 2211 was commandeered to drive rig to hosp.

### Treatment Given
☒ Airway Cleared
☐ Oral Airway
☐ Esophageal Obturator Airway/Esophageal Gastric Tube Airway (EOA/EGTA)
☐ EndoTracheal Tube (E/T)
☒ Oxygen Administered @ 15 L.P.M. Method: Non Rebreather Mask
☒ Suction Used
☐ Artificial Ventilation Method
☐ C.P.R. in progress on arrival by: ☐ Citizen ☐ Firefighter ☐ Police Officer
☐ C.P.R. Started @ Time ▶   Time from Arrest Until C.P.R. ▶ ___ Minutes
☐ EKG Monitored (Attach Tracing) (Rhythm(s))
☐ Defibrillation/Cardioversion No. Times ___ With ___ Watt/Sec.

### Medical Control Information
[blank]

### Insurance Data
☐ Medication Administered (Use Continuation Form)
☐ IV Fluid ___ No. Established ___ No. of Attempts
☒ Mast Inflated (Time Inflated: 6:30)
☐ Bleeding/Hemorrhage Controlled (Method Used)
☐ Spinal Immobilization ☐ Neck ☐ Back
☐ Limb Immobilized by ☐ Fixation ☐ Traction
☐ (Heat) or (Cold) Applied
☐ Vomiting Induced @ Time ___ Method ___
☐ Restraints Applied, Type ___
☐ Baby Delivered @ Time ___ In County ___
   ☐ Alive ☐ Stillborn ☐ Male ☐ Female
☒ Other Nasal Airway

### Disposition (See list)
Mather Hosp    DISP. CODE: 517    CONTINUATION FORM USED: YES ←

### Crew
| IN CHARGE | DRIVER'S NAME | NAME | NAME |
|---|---|---|---|
| K. Milan | | E. Curley | K. Hardwick |
| ☐ EMT ☒ AEMT # 070320 | ☐ EMS-FR ☐ EMT ☐ AEMT # | ☒ EMS-FR ☐ EMT ☐ AEMT # 070806 | ☐ EMS-FR ☐ EMT ☒ AEMT # 124483 |

COPYRIGHT 1986 NEW YORK STATE DEPARTMENT OF HEALTH    EMS 100 (11/86) provided by NYS-EMS PROGRAM

AGENCY COPY/WHITE    HOSPITAL PATIENT RECORD COPY/PINK    RESEARCH COPY/BLUE    EXTRA SERVICE COPY/GREEN

SCPD001011