# Exhibit 33

# Prehospital Care Report

| DATE | RUN NO. | | AGENCY CODE | VEH. ID. |
|---|---|---|---|---|
| 09 | 762085 | | | 7 |

**Name:** Unk
**Address:** 33 Seaside Dr, Belle Terre NY 11777
**Ph #:**

**Agency Name:** PJVAC
**Call Location:** 33 Seaside Dr B.T.
**CHECK ONE:** ☒ Residence ☐ Health Facility ☐ Farm ☐ Indus Facility ☐ Other Work Loc. ☐ Roadway ☐ Recreational ☐ Other
**Call Origin:** Med Com
**Dispatch Information:** Bleeding
**CALL TYPE AS REC'D:** ☒ Emergency ☐ Non-Emergency ☐ Stand-by
**INTERFACILITY TRANSFER:** ☐ Yes **TYPE OF TRANSFER:** ☐ BLS ☐ ALS

**MILEAGE:** END 8550  BEGIN 8540  TOTAL 10

**HOSPITAL COMMUNICATIONS:** ☐ Yes ☐ Directly ☐ Thru Dispatch ☐ VHF ☐ UHF ☐ Phone ☒ No ☐ Communications Difficulties

**USE MILITARY TIME**
- CALL REC'D: 0611
- ENROUTE: 0621
- AT SCENE: 0627
- FROM SCENE: 42
- AT DESTIN: 44
- IN SERVICE:
- IN QUARTERS: 0732

**AGE:** ~7~ **DOB:** Unk **SEX:** M/F
**Physician:** Unk
**Next of Kin:** Unk

**MECHANISM OF INJURY:** ☐ MVA ☐ Fall of ___ feet ☐ GSW ☐ Other ☐ Struck by vehicle ☐ Unarmed assault ☐ Knife
**Extrication required** ___ minutes
**Seat belt used?** ☐ Yes ☐ No ☐ Unknown  **Reported By:** ☐ Crew ☐ Patient ☐ Police ☐ Other

**CHIEF COMPLAINT:** Bleeding Medcom
**SUBJECTIVE ASSESSMENT:** Upon arrival in bedroom pt found dorsal w/ head at foot of bed. Dried blood noted to scalp forehead, ō Respirations, ō pulse

**PRESENTING PROBLEM:**
☐ Allergic Reaction ☐ Syncope ☐ Stroke/CVA ☐ General Illness/Malaise ☐ Gastro-Intestinal Distress ☐ Diabetic Related (Potential) ☐ Pain
☐ Airway Obstruction ☐ Respiratory Arrest ☐ Respiratory Distress ☐ Cardiac Related (Potential) ☐ Cardiac Arrest
☐ Unconscious/Unresp. ☐ Seizure ☐ Behavioral Disorder ☐ Substance Abuse ☐ Poisoning (Accidental)
☐ Shock ☐ Head Injury ☐ Spinal Injury ☐ Fracture/Dislocation ☐ Amputation ☐ Other
☐ Multiple Trauma ☐ Trauma-Blunt ☐ Trauma-Penetrating ☐ Soft Tissue Injury ☐ Bleeding/Hemorrhage
☐ OB/GYN ☐ Burns ☐ Environmental ☐ Heat ☐ Cold ☐ Hazardous Materials ☒ Obvious Death

## Vital Signs

| TIME | RESP | PULSE | B.P. | LOC | GCS | TS | R Pupils L | Skin |
|---|---|---|---|---|---|---|---|---|
| | Rate: ō | Rate: ō | | | | | ☒ Dilated | Pale |

**PAST MEDICAL HISTORY:** ☐ Hypertension ☐ Stroke ☐ Seizures ☐ Diabetes ☐ COPD ☐ Cardiac ☐ Allergy ☐ Other ☐ Medication — Unk.

**OBJECTIVE PHYSICAL ASSESSMENT:** (Physical Findings Unremarkable — table unchecked)

**COMMENTS:** Sternum exposed proximal end appearing moved toward neck. Sig 50

**TREATMENT GIVEN:** (none checked)

**DISPOSITION:** Pt Sig 50 not transported
**DISP. CODE:** 010
**IN CHARGE:** K. Mlau — #67030 AEMT
**DRIVER'S NAME:** E. Curley — #070866 EMT
**NAME:** K. Hartwick — #124483 EMT

① Kenneth Milau  Milau -  Resp Ther Mother
17 Hillcrest Av
Port Jeff  11777
473-2608 H
473-1320 Wk ext 4088  2300-0700

② Kelly Hardwick
201 Liberty Av
Port Jeff 11777
473-5284 H
473-1367 Ambulance

③ Ethel Curley     R.N. School
P.O. Box 521 P.J.    S.C.
Crescent Rd Belle Terre 11777
331-9235 H    R.N
444-2050 W    Univ. Hosp

SCDA011382