# Exhibit 34

# CRIMINALISTICS LABORATORY

Page 1

| | | |
|---|---|---|
| Date: 6-7-88 | CC #: 88-461042 | Lab #: 988-57483 |

Time Notified:     Notified By:

Location of Scene: 33 Seaside Ln. Bridge Trees    Tel #:

Lab Personnel: CK, DB, GR    Crime:

Investigating Officer(s): Det/Sgt Doyle, Lt McElhone, Det Anderson / Luigezza   Comm: 3310

Officer Assigned Case: Det Carmody, Det Pfalzgraff    Comm:

M.E. at Scene:    M.E. Photographer:    M.E. #:

I.D. Photographer(s): Lt Feeney, Det Schaefer, P.O. Morgan

Weather Conditions: Clear    Temperature:

Lighting Conditions:

Vehicle: (Year)    (Make)    (Color)    (Reg #)

(VIN #)    (Location)

| Time | Item | Photo Taken | DESCRIPTION & LOCATION OF ITEM(S) RECOVERED |
|---|---|---|---|
| 0922 | | | Arrived at Scene P.O. Aki # 3705   DB + GR |
| 1131 | | | Bob B + KG |
| 1245 | 1 | | 3 Vials w/ dried substance from Det Pfalzgraff |
| | 2 | | Yellow metal bracelet from Det Pfalzgraff (P-outs) |
| 1410 | | | (In bedroom Female deceased) |
| | 3 | | Q Stain on EAST WALL |
| | 4 | | Q Stain on bedsheet (2 Sheets North & South) |
| | 5 | | Q Stain on large pillowcase next to headboard |
| | 6 | | Q Stain on smaller pillowcase middle of bed |
| | 7 | | Q Stain on magazine on table by foot of bed |
| 1430 | 8 | No | Bloodied T-Shirt (Prop M/Dec) from Lt McElhone (P.B.) |
| | 9 | | Hair on right hand of F/Dec |
| | 10 | | " on left hand of F/Dec |
| | 11 | | " on left forearm of F/Dec |
| | 12 | | " on left shoulder of F/Dec |
| | 13 | | " on nightgown above navel of F/Dec |
| | 14 | | " on stomach toward right side of F/Dec |
| | 15 | | " on right knee of F/Dec |
| | 16 | | " on floor bet bed and right leg |
| | 17 | | " on bed ruffle adjacent to right leg |
| | 18 | | " on bedsheet above hair #17 |
| | 19 | | " on bedsheet N/S bed near headboard |
| | 20 | | Pillow on N/S bed (20A) Hair on pillow |
| | 21 | | Hair on bedsheet N/S edge of bed |
| | 22 | | " on bed ruffle N/S of bed near table |
| 500 | 23 | | " on bedsheet behind N/S pillow |

PLAINTIFF'S EXHIBIT 15  DF 7/18/14

AG008913

CRIMINALISTICS LABORATORY

| Date: | CC #: 88-461042 | | Lab #: |
|---|---|---|---|
| Time Notified: | | Notified By: | |
| Location of Scene: | | | Tel #: |
| Lab Personnel: | | Crime: | |
| Investigating Officer(s): | | | Comm: |
| Officer Assigned Case: | | | Comm: |
| M.E. at Scene: | | M.E. Photographer | M.E. #: |
| I.D. Photographer(s): | | | |
| Weather Conditions: | | Temperature: | |
| Lighting Conditions: | | | |
| Vehicle: (Year) | (Make) | (Color) | (Reg #) |
| (VIN #) | | (Location) | |

| Time | Item | Photo Taken | DESCRIPTION & LOCATION OF ITEM(S) RECOVERED |
|---|---|---|---|
| | | | Arrived at Scene |
| 1620 | 24 | | Hair(s) from left hand of deceased |
| | 25A | | Down comforter & top sheet from bed |
| 1745 | | | Room / MALE INJURED / Seymour TANKLEFF |
| | 26 | yes | Bloodied clothing at foot of chair, desk area. Blood splatter pattern on ceiling photographed. Appears to be cast off heading towards North wall (center of path ~28" fm N wall & 5'0" fm EAST WALL. CASTOFF pattern towards EAST WALL is 3'1" fm EAST WALL. Center of pattern is approx 4'0" fm N wall |
| | 27 | | Q-STNS on top of table in center of room (fix & trap) |
| | 28 | | Piece of paper w/ Q-STNS on desk (1041-ES) |
| | 29 | | Q-STNS (downward splatter or droplets) on moulding on NE corner of room 31 inches fm E wall; 60"& 65" fm floor. |
| 1930 | 30 | | Q-STAIN (smear) on lid of copier along E wall 16 inches fm E wall & 10" fm ON wall |
| | 27A | | Q-hair on top of desk |
| 2000 | 31 | | Test of kitchen sink trap water — clear appearance fm South Kitchen wall |
| | 32 | | Sink trap water fm N Kitchen wall Kn/lmb neg |
| | 33 | | Red Floor Towel Bathroom between Master bedroom |
| | 34 | | Red Bath Towel " Both on sliding shower door |
| | 35 | | Red Bath Towel " |
| | 36 | | Test of trap water in bathroom sink (East sink) Kn/lmb neg |
| | 37 | | " " " " " " (west sink) Kn/lmb neg |

AG008914

CRIMINALISTICS LABORATORY

| Date: | CC #: 88-461042 | Lab #: |
|---|---|---|

Time Notified: _____ Notified By: _____

Location of Scene: _____ Tel #: _____

Lab Personnel: _____ Crime: _____

Investigating Officer(s): _____ Comm: _____

Officer Assigned Case: _____ Comm: _____

M.E. at Scene: _____ M.E. Photographer _____ M.E. #: _____

I.D. Photographer(s): _____

Weather Conditions: _____ Temperature: _____

Lighting Conditions: _____

Vehicle: (Year) _____ (Make) _____ (Color) _____ (Reg #) _____

(VIN #) _____ (Location) _____

| Time | Item | Photo Taken | DESCRIPTION & LOCATION OF ITEM(S) RECOVERED |
|---|---|---|---|
| | | | Arrived at Scene |
| 2100 | 38 | ✓ | Bathtub drain stopper w/o material |
| | 39 | ✓ | Sponge on bathtub |
| 2124 | 40 | | Test of Tub Trap Water / west bathrm between 2 bedrms KM/LMG neg |
| | 41 | ✓ | Switch Plate Cover & piece of Adjacent wall in S/W Corner Bedrm |
| 3.5 lbs | 42 A&B | | Dumbell set in Bedrm (S/W). |
| | 43 | ✓ | Knife (Sabatier Hoffritz) fm. Island (stove) counter mid Kitchen |
| 2150 | 44 | ✓ | Knife (Hoffritz) fm Kitchen Counter Adjacent to S/wall sink |
| | | | Testing of Door Knob on inside of Marty Jeff's Room yielded KM/LMG (+). Staining NOT clearly visible - quantity insufficient for further Analysis. Testing of outer bathroom door handle yielded neg results KM/LMG. |
| 2205 | | | DEPARTED SCENE |
| 2205 | | | CSU Arrives for item photos. |
| | | | NOTE: House drawings taken by CK Friday 9-9-88 @ 16 _ |

AG008915