# Exhibit 35

| CC NUMBER | PCT. | COMMAND | SECTOR | GRID | POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y. |
|---|---|---|---|---|---|
| 88-461042 | 6 | 610 | 602 | 40-151 | **SUPPLEMENTARY REPORT** PDCS-1084c |

| DATE OF REPORT | DATE AND TIME OF OCCURRENCE |
|---|---|
| 09-07-88 | 09-07-88 / UNK |

| INCIDENT | STATUTE | PLACE OF OCCURRENCE | ☒ INSIDE ☐ OUTSIDE |
|---|---|---|---|
| Death Investigation (unnatural) | | 33 Seaside Dr., Belle Terre | |

| COMPLAINANT | PHONE | ADDRESS |
|---|---|---|
| S.C.P.D. | 286-5000 | |

**DETAILS**

On 09-07-88 at approximately 0614 hrs., the undersigned officer recieved a call; 10-8 man bleeding. The undersigned responded with assistance from unit 602F. As both units pulled into driveway Marty Tankleff approached and stated ~~and stated~~ "Somebody murdered my parents." As he was talking I observed two blood spots on his right leg, one being near the calf muscle and the other one on his foot. I also observed blood on his hands. Marty opened the storm door, the inner door was open. Marty was wearing shorts and was barefoot. The undersigned officer proceeded to the west side of the house, discovering Mrs. Tankleff's body in her bedroom, the T.V. was on. She was lying face-up and was apparently D.O.A. P.O. Crayne #572 proceeded to the east side of the home where he discovered Mr. Tankleff lying on the floor breathing but unresponsive. He had a towel on his neck and his feet supported by a pillow, he was fully dressed. Port Jeff rescue was notified and responded three EMT's arrived. Ronald Rother, Marty's brother-in-law arrived. Unit 612 assisted; united 636 responded.

| FOUNDED | CASE STATUS | WHEN APPLICABLE CHECK AND ENTER ON REVERSE |
|---|---|---|
| ☒ YES ☐ NO | ☒ ACTIVE ☐ CLEARED BY ARREST ☐ CLOSED<br>☐ PENDING ☐ EXCEPTIONALLY CLEARED ☐ NON-CRIMINAL | ☐ RECLASSIFICATION OF INCIDENT<br>☐ STOLEN OR RECOVERED PROPERTY |

NOTE: BOTH T.T. MESS. NO'S WITH DATES MUST BE OBTAINED & ENTERED BY COMMAND REPORTING THE RECOVERY OF STOLEN AND/OR LOST PROPERTY.

| T.T. MESS. NO. REPORTING THE STOLEN AND OR LOST PROPERTY | DATE SENT | T.T. MESS. NO. CANCELLING ABOVE T.T. MESS. NO. | DATE CANCELLED |
|---|---|---|---|
| | | | |

| REPORTING OFFICER'S SIGNATURE | SUPERVISOR'S SIGNATURE |
|---|---|
| Daniel Gallagher PO 3610/610/8 | |

SCDA001361