# Exhibit 36

POLICE DEPARTMENT  
COUNTY OF SUFFOLK

DATE: 9-7-88.

TECHNICAL SERVICE BUREAU

pg #166

LABORATORY ANALYSIS REQUEST

Fill in this form and submit same with each item of material forwarded for examination to the Police Laboratory - Identification Bureau.

Police Lab. No. _____

Names and addresses of defendants or suspects:   Ident. P.J. No. _____

**MARTIN TANKLEFF**

Arrest Number _____ Date of arrest _____ Precinct _____  
Arresting Officer _____ Shield Number _____ Command _____  
Crime, or matter under investigation   **DEATH INVESTIGATION**

C.C. Number   **88-461,042**

Name and address of complainant _____

Name of deceased or injured involved _____

REMARKS

State what the material is, or is alleged to be   **REQUEST FOR PHOTOGRAPHS to be TAKEN OF ABOVE SUBJECT.**

State where and under what circumstances it was found _____

State what the material is to be examined or tested for _____

Other remarks _____

**Submitted FOR DET. McCREADY #563 Command 3310.**

Name, rank, shield number and command of officer submitting material:  
**KAREN KEALEY, E.T. /3220**  
**Karen Kealey, E.T. /3220.**

PDCS-3220-9

CC#88-461,042

AG011641

| | |
|---|---|
| POLICE DEPARTMENT<br>COUNTY OF SUFFOLK, N.Y.<br>YAPHANK AVENUE, YAPHANK, N.Y. 11980<br><br>IDENTIFICATION SECTION<br>PDCS-3230-20a | **DATE OF REPORT:** Sept. 8, 1988    **CENTRAL COMPLAINT NUMBER:** 88-461042<br>**SUBMITTED BY/AGENCY/COMMAND:** Det. McCready #563/3310<br>**DATE MATERIAL SUBMITTED:** September 7, 1988    **OUTSIDE AGENCY CASE NO.:** |

DESCRIPTION OF MATERIAL SUBMITTED

## DEATH INVESTIGATION

LOCATION: Suffolk County Police Headquarters
Homicide Squad

SUBJECT: Martin Tankleff

### RESULTS

1250 hours - At the request of Det. McCready of Command 3310, the undersigned responded to the Homicide Squad to photograph the above subject. A total of four (4) color 120 photographs were taken.

1300 hours - Assignment completed.

DISPOSITION OF EVIDENCE:
Negatives on file at the
Identification Section

Signed: *Karen Kealey, E.T./3220.*
Karen Kealey E.T./3220

AG011642