# Exhibit 37

```
DIVISION OF MEDICAL-LEGAL              Sheet Number ____ 1 of 17
INVESTIGATIONS AND FORENSIC SCIENCES   Date ____ 11/8/88
                                       Laboratory Number ____ See below
COUNTY OF SUFFOLK, N.Y.                C.C. Number ____ 88-461042
                                       Command ____ 3310
                                       People vs. ____ Martin Tankleff
                                       Date Submitted ____ See below
CRIMINALISTICS LABORATORY              Submitted By ____ for Det. James McCready

                                       Lab. Nos. 57483, 57484, 57529, 57625, 57698
                                       Submittal dates: 9/7/88, 9/8/88, 9/12/88
                                                        9/15/88
```

## MATERIAL SUBMITTED

Lab. No. 988-57483:
On September 7th, 1988 Det. Charles Kosciuk and Forensic Scientists Robert Baumann and George Reich responded to 33 Seaside Drive, Belle Terre and recovered the following items:

- Items #1A, #1B and #1C - Three vials with questioned stains (from Det. Pfalzgraf)
- Item #2    - Bracelet with questioned stain (from Det. Pfalzgraf)
- Item #3    - Questioned stain
- Item #4    - Two sheets (North and South)
- Item #5    - One pillowcase
- Item #6    - One pillowcase
- Item #7    - Magazine with questioned stain
- Item #8    - One shirt (from Lt. McElhone)
- Item #9    - Questioned hair
- Item #10   - Questioned hair
- Item #11   - Questioned hair
- Item #12   - Questioned hair
- Item #13   - Questioned hair
- Item #14   - Questioned hair
- Item #15   - Questioned hair
- Item #16   - Questioned hair
- Item #17   - Questioned hair
- Item #18   - Questioned hair
- Item #19   - Questioned hair
- Item #20   - One pillowcase
- Item #20A  - Questioned hair
- Item #21   - Questioned hair
- Item #22   - Questioned hair
- Item #23   - Questioned hair
- Item #24   - Questioned hair
- Item #25A  - One comforter
- Item #25B  - One sheet
- Item #26A  - One pair of pants
- Item #26B  - One pair of underpants
- Item #27   - Questioned stain
- Item #27A  - Questioned hair
- Item #28   - Piece of paper with questioned stain
- Item #29   - Questioned stain
- Item #30   - Questioned stain
- Item #31   - Trap water
- Item #32   - Trap water
- Item #33   - One towel
- Item #34   - One towel
- Item #35   - One towel

ME 146, 77                                                            20-155: 2/83

AG000430

DIVISION OF MEDICAL-LEGAL
INVESTIGATIONS AND FORENSIC SCIENCES

COUNTY OF SUFFOLK, N.Y.

Sheet Number ___ 2 of 17 ___
Date ___ 11/8/88 ___
Laboratory Number ___ See page 1 ___
C.C. Number ___ 88-461042 ___
Command ___ 3310 ___
People vs. ___ Martin Tankleff ___
Date Submitted ___ See page 1 ___
Submitted By ___ for Det. James McCready ___

CRIMINALISTICS LABORATORY

## MATERIAL SUBMITTED CONTD

Lab. No. 988-57483 (contd):

- Item #36 — Trap water
- Item #37 — Trap water
- Item #38 — Bathtub drain stopper
- Item #39 — One sponge
- Item #40 — Trap water
- Item #41 — Switch plate cover and piece of wall with questioned stain
- Item #42A — Barbells
- Item #42B — Barbells
- Item #43 — One knife
- Item #44 — One knife

On September 8th, 1988 Det. Charles Kosciuk and Forensic Scientist Robert Baumann responded to 33 Seaside Drive, Belle Terre and recovered the following items:

- Item #45 — One towel
- Item #46 — One washcloth
- Items #47A, #47B, 47C — Three knives with sheaths
- Items #48A and #48B — Two pillowcases
- Item #48C — One t-shirt
- Item #48D — One towel
- Items #48E and #48F — Two sheets
- Item #48G — One comforter
- Item #49 — Trap water
- Item #50 — Trap water
- Items #51A through #51M — Thirteen knives
- Item #52 — Hammer
- Item #53 — Hammer
- Items #54A and #54B — Two towels (from Det. Pfalzgraf)
- Item #54C — One sheet (from Det. Pfalzgraf)
- Item #54D — Gauze (from Det. Pfalzgraf)
- Item #55 — Trap water
- Item #56 — Trap water
- Item #57 — Trap water
- Items #58A, #58B, #58C and #58D — Four knives

ME 146, 77

20-155: 2/83

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number: 3 of 17<br>Date: 11/8/88<br>Laboratory Number: See page 1 |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number: 88-461042<br>Command: 3310<br>People vs.: Martin Tankleff<br>Date Submitted: See page 1<br>Submitted By: for Det. James McCready |
| CRIMINALISTICS LABORATORY | |

## MATERIAL SUBMITTED CONTD

Lab. No. 988-57484:

On Sept 7th, 1988 Forensic Scientist Charles Wagner responded to the Suffolk County Homicide Squad Headquarters and recovered the following items from Martin Tankleff:

Item #1  - Fingernail scrapings of right hand
Item #2  - Fingernail scrapings of left hand
Item #3  - Scraping of stain on right shoulder
Item #4  - Swabbing of stain on right shoulder
Item #5  - Control swabbing of left shoulder
Item #6  - Saliva sample
Item #7  - Head hair sample
Item #8  - Blood sample
Item #9  - Gold chain
Item #10 - Tan sweatshirt
Item #11 - Pink and yellow shorts
Item #12 - Pair of underpants

Lab. No. 988-57529:

The following items were submitted to the laboratory by Dr. Adams on September 8th, 1988:

Item #1 - Negligee
Item #2 - Post-mortem Sexual Assault Kit of Arlene Tankleff containing:
    Item #2A - Head hair sample
    Item #2B - Pubic hair sample
    Item #2C - Pubic hair combing
    Item #2D - Blood sample
    Item #2E - Vaginal swabs and smears
    Item #2F - Anal swabs and smears
    Item #2G - Oral swabs and smears
    Item #2H - Cervical swabs and smears
    Item #2I - Fingernail clippings of right and left hands

DIVISION OF MEDICAL-LEGAL
INVESTIGATIONS AND FORENSIC SCIENCES

COUNTY OF SUFFOLK, N.Y.

CRIMINALISTICS LABORATORY

Sheet Number __ 4 of 17
Date __ 11/8/88
Laboratory Number __ See page 1
C.C. Number __ 88-461042
Command __ 3310
People vs. __ Martin Tankleff
Date Submitted __ See page 1
Submitted By __ for Det. James McCready

## MATERIAL SUBMITTED CONTD

**Lab. No. 988-57625:**

The following items were submitted to the laboratory by Det. Norman Rein on September 12th, 1988:

A tape sealed styrofoam container containing four vials with blood samples of Seymour Tankleff:

Item #1 — Admission blood of Seymour Tankleff (in lavender top vial)
Item #2 — Blood sample of Seymour Tankleff
Item #3 — Blood sample of Seymour Tankleff
Item #4 — Blood sample of Seymour Tankleff

**Lab. No. 988-57698:**

The following items were submitted to the laboratory by Det. Ruddock on September 15th, 1988:

A manila envelope containing:

Item #1 — Sealed white envelope containing coffee filter containing tissue.

Item #2 — Sealed white envelope containing coffee filter containing a paper towel containing tissue.

Item #3 — Sealed white envelope containing coffee filter containing tissue.

## RESULTS

**Lab. No. 988-57483:**

Items #1A, #1B, #1C and #2 —
    Human blood was identified.

    Genetic Marker Analysis:
    PGM:    2+ 1+
    ACP1:   BA
    ADA:    2-1

ME 146, 77

20-155: 2/83

AG000433

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number: 5 of 17<br>Date: 11/8/88<br>Laboratory Number: See page 1 |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number: 88-461042<br>Command: 3310<br>People vs.: Martin Tankleff<br>Date Submitted: See page 1<br>Submitted By: for Det. James McCready |
| CRIMINALISTICS LABORATORY | |

## RESULTS CONTD

**Lab. No. 988-57483:**

**Item #3** – Human blood was identified.

    Genetic Marker Analysis:
    ADA:     2-1
    PGM:     No result was obtained.

**Item #4** – Examination revealed the presence of human bloodstains (S-1 through S-12 and S-16):

    S-1: Genetic Marker Analysis:
        ABO:   'B' antigen detected. The identification of 'B' antigen is consistent with an ABO group 'B' individual.
        ACP1:  BA
        ADA:   1
        PGM:   No result was obtained.

    S-2, S-4 through S-12:

        Genetic Marker Analysis:
        ABO:   'B' antigen detected.
        PGM:   2+ 1+
        ADA:   1

    S-3: Genetic Marker Analysis:
        PGM:   2+ 1+
        ADA:   2-1
        ABO:   No result was obtained.

    S-16: Genetic Marker Analysis:
        ABO:   'B' antigen detected.
        ADA:   1
        PGM:   No result was obtained.

    S-13, S-14, S-15:
        Human blood was not identified.

**Item #5** – Examination revealed the presence of human bloodstains (S-1 through S-7 and S-9):

    S-1, S-3 through S-6:

        Genetic Marker Analysis:
        ABO:   'B' antigen detected.
        PGM:   2+ 1+
        ADA:   1

ME 146, 77                                                                  20-155: 2/83

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number: 6 of 17<br>Date: 11/8/88<br>Laboratory Number: See page 1 |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number: 88-461042<br>Command: 3310<br>People vs.: Martin Tankleff<br>Date Submitted: See page 1<br>Submitted By: for Det. James McCready |
| CRIMINALISTICS LABORATORY | |

## RESULTS CONTD

Lab. No. 988-57483 (contd):

Item #5 (contd):

    S-2 and S-9:

        Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        ADA:    1
        PGM:    No result was obtained.

    S-7: Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        ADA:    No result was obtained.
        AK:     No result was obtained.

    S-8: Human blood was not identified.

Item #6 - Examination revealed the presence of human bloodstains (S-1 through S-12):

    S-1, S-2, S-3, S-8 through S-12:

        Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        PGM:    2+ 1+
        ADA:    1

    S-4, S-5 and S-6:

        Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        ADA:    1
        PGM:    No result was obtained.

    S-7: Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        ADA:    1

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number: 7 of 17 <br> Date: 11/8/88 <br> Laboratory Number: See page 1 <br> C.C. Number: 88-461042 <br> Command: 3310 <br> People vs.: Martin Tankleff <br> Date Submitted: See page 1 <br> Submitted By: for Det. James McCready |
| COUNTY OF SUFFOLK, N.Y. | |
| CRIMINALISTICS LABORATORY | |

## RESULTS CONTD

Lab. No. 988-57483 (contd):

Item #7 - Examination revealed the presence of a human bloodstain:

    S-1: Genetic Marker Analysis:
        ADA:   1
        PGM:   No result was obtained.

Item #8 - Chemical testing indicated the presence of blood. No further analysis was conducted.

Items #9 through #19, #20A through #24 -

    Forwarded to the Trace Evidence Section; see separate report.

Item #20 -
    Examination revealed the presence of human bloodstains (S-1 through S-4):

    S-1: Genetic Marker Analysis:
        ABO:   'B' antigen detected.
        PGM:   2+ 1+
        ADA:   1

    S-2 and S-4:

        Genetic Marker Analysis:
        ABO:   'B' antigen detected.
        PGM:   2+ 1+
        ACP1:  BA
        ADA:   1

    S-3: Genetic Marker Analysis:
        ABO:   'B' antigen detected.
        ADA:   1
        PGM:   No result was obtained.

Item #25A -
    Examination revealed the presence of staining (S-1 through S-7):

    S-1 through S-6:
        Human blood was identified.

    S-7: No seminal material or amylase was detected. (The demonstration of amylase is a positive presumptive test for the presence of saliva).

ME 146, 77                    20-155: 2/83

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number __8 of 17__<br>Date __11/8/88__<br>Laboratory Number __See page 1__ |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number __88-461042__<br>Command __3310__<br>People vs. __Martin Tankleff__<br>Date Submitted __See page 1__<br>Submitted By __for Det. James McCready__ |
| CRIMINALISTICS LABORATORY | |

## RESULTS CONTD

Lab. No. 988-57483(contd):

Item #25A(contd):

    S-1, S-2 and S-3:

        Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        PGM:    2+ 1+
        ADA:    1

    S-4 and S-5:

        Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        ADA:    1
        PGM:    No result was obtained.

    S-6: Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        PGM:    No result was obtained.
        ADA:    No result was obtained.

Item #25B -

    Examination revealed the presence of staining (S-1 through S-4):

    S-1: No seminal material or amylase was detected.

    S-2: Human blood was not identified.

    S-3 and S-4:
        Human blood was identified.

    S-3: Genetic Marker Analysis:
        ABO:    'B' antigen was detected.
        ADA:    1
        ACP1:   No result was obtained.

    S-4: Genetic Marker Analysis:
        ABO:    'B' antigen detected.
        ADA:    No result was obtained.

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number 9 of 17 |
| | Date 11/8/88 |
| | Laboratory Number See page 1 |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number 88-461042 |
| | Command 3310 |
| | People vs. Martin Tankleff |
| | Date Submitted See page 1 |
| CRIMINALISTICS LABORATORY | Submitted By for Det. James McCready |

RESULTS CONTD

Lab. No. 988-57483 (contd):

**Items #26A and #26B –**
Chemical testing indicated the presence of blood. No further analysis was conducted.

**Item #27 –**
Human blood was identified.

Genetic Marker Analysis:
PGM:   2+ 1+
ADA:   2-1

**Item #27A –**
Forwarded to the Trace Evidence Section; see separate report.

**Item #28 –**
Examination revealed the presence of a human bloodstain:

S-1: Genetic Marker Analysis:
   PGM:   2+ 1+
   ACP1:  BA
   ADA:   2-1
   AK:    1

**Item #29 –**
Human blood was identified.

Genetic Marker Analysis:
ADA:   2-1
PGM:   No result was obtained.

**Item #30–**
Human blood was identified.

Genetic Marker Analyis:
PGM:   2+ 1+
ADA:   2-1

**Items #31 through #40 –**
No blood was detected.

ME 146, 77                                                                 20-155: 2/83

AG000438

DIVISION OF MEDICAL-LEGAL
INVESTIGATIONS AND FORENSIC SCIENCES

COUNTY OF SUFFOLK, N.Y.

CRIMINALISTICS LABORATORY

Sheet Number __10 of 17__
Date __11/8/88__
Laboratory Number __See page 1__
C.C. Number __88-461042__
Command __3310__
People vs. __Martin Tankleff__
Date Submitted __See page 1__
Submitted By __for Det. James McCready__

## RESULTS CONTD

Lab. No. 988-57483 (contd):

Item #41 - Examination revealed the presence of a human bloodstain:

    S-1: Genetic Marker Analysis:

        ABO:   'B' antigen was detected.
        ADA:   No result was obtained.

Items #42A, #42B, #43 and #44 -
    No blood was detected.

Item #45 -
    Examination revealed the presence of human bloodstains (S-1 through S-8):

    S-1 through S-8:

        Genetic Marker Analysis:
        PGM:   2+ 1+
        ACP1:   BA
        ADA:   2-1

Item #46 -
    Examination revealed the presence of human bloodstains (S-1 through S-3):

    S-1: Genetic Marker Analysis:
        PGM:   1-
        ACP1:   B
        ADA:   1

    S-2: Genetic Marker Analysis:
        PGM:   1-
        ADA:   1
        ACP1:   No result was obtained.

    S-3: Genetic Marker Analysis:
        PGM:   1-

Items #47A, #47B and #47C -
    No blood was detected.

ME 146, 77

20-155: 2/83

AG000439

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number 11 of 17<br>Date 11/8/88<br>Laboratory Number See page 1 |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number 88-461042<br>Command 3310<br>People vs. Martin Tankleff<br>Date Submitted See page 1<br>Submitted By for Det. James McCready |
| CRIMINALISTICS LABORATORY | |

RESULTS CONTD

Lab. No. 988-57483:

Item #48A –
    Examination revealed presence of a human bloodstain.

        S-1: Genetic Marker Analysis:
            ABO:    'B' antigen detected.
            PGM:    No result obtained.
            ADA:    No result obtained.

Items #48B through #48F –
    No blood was detected.

Item #48G –
    Examination revealed the presence of human bloodstains (S-1 through S-3):

        S-1: Genetic Marker Analysis:
            PGM:    No result was obtained.

        S-3: Genetic Marker Analysis:
            PGM:    No result was obtained.
            ADA:    No result was obtained.
            ABO:    Inconclusive result was obtained.

        S-2: Chemical testing indicated the presence of blood which could not be confirmed.

Items #49 through #53 –
    No blood was detected.

Items #54A through #54D –
    Chemical testing indicated the presence of blood. No further analysis was conducted.

Items #55 through #58 –
    No blood was detected.

ME 146, 77

20-155: 2/83

AG000440

Case 2:09-cv-01207-JS-AYS   Document 184-43   Filed 08/17/16   Page 13 of 18 PageID #: 5121

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number __12 of 17__ <br> Date __11/8/88__ <br> Laboratory Number __See page 1__ |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number __88-461042__ <br> Command __3310__ <br> People vs. __Martin Tankleff__ <br> Date Submitted __See page 1__ <br> Submitted By __for Det. James McCready__ |
| CRIMINALISTICS LABORATORY | |

## RESULTS CONTD

Lab. No. 988-57484:

**Items #1 and #2 -**
   Nothing of evidential value was observed. No blood was detected.

**Item #3 -** Not analyzed.

**Item #4 -** Human blood was identified.

   Genetic Marker Analysis:
   PGM:   2+ 1+
   ACP1:  BA
   ADA:   2-1

**Item #5 -** No blood was detected.

**Item #6 -** Amylase was detected. No further analysis was conducted.

**Item #7 -** Forwarded to the Trace Evidence Section; see separate report.

**Item #8 -** Blood of Martin Tankleff:

   Genetic Marker Analysis:
   ABO:    B
   Lewis:  a- b+
   PGM:    1-
   ACP1:   B
   ADA:    1
   AK:     1
   ESD:    1

**Item #9 -** No blood was detected.

**Item #10 -**
   Examination revealed the presence of a stain.

   S-1: Chemical testing indicated the presence of blood which could not be confirmed.

**Items #11 and #12 -**
   No bloodstains were observed.

ME 146, 77                                                                 20-155: 2/83

AG000441

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES<br><br>COUNTY OF SUFFOLK, N.Y.<br><br>CRIMINALISTICS LABORATORY | Sheet Number: 13 of 17<br>Date: 11/8/88<br>Laboratory Number: See page 1<br>C.C. Number: 88-461042<br>Command: 3310<br>People vs.: Martin Tankleff<br>Date Submitted: See page 1<br>Submitted By: for Det. James McCready |

## RESULTS CONTD

Lab. No. 988-57529:

**Item #1** – Chemical testing indicated the presence of blood. No seminal material was detected. No further analysis was conducted.

**Items #2A, #2B and #2C** –
See separate Trace Evidence report.

**Item #2D** –
Blood of Arlene Tankleff:

Genetic Marker Analysis:
ABO:    B
Lewis:  a- b+
PGM:    2+ 1+
ACP1:   BA
ADA:    1
AK:     1
ESD:    1

**Items #2E through #2H** –
No seminal material was detected.

**Item #2I** –
Right hand: Human blood was identified.

Genetic Marker Analysis:
PGM:    2+ 1+
ACP1:   BA
ADA:    1
AK:     No result was obtained.

Left hand: Human blood was identified.

Genetic Marker Analysis:
PGM:    2+ 1+
ACP1:   BA
ADA:    1
AK:     1

ME 146, 77

20-155: 2/83

AG000442

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number __14 of 17__<br>Date __11/8/88__<br>Laboratory Number __See page 1__ |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number __88-461042__<br>Command __3310__<br>People vs. __Martin Tankleff__<br>Date Submitted __See page 1__<br>Submitted By __for Det. James McCready__ |

CRIMINALISTICS LABORATORY

## RESULTS CONTD

**Lab. No. 988-57625:**

Item #1 - Blood of Seymour Tankleff

        Genetic Marker Analysis:
        ABO:    O
        Lewis:  a+ b-
        PGM:    2+ 1+
        ACP1:   BA
        ADA:    2-1
        AK:     1
        ESD:    1

Items #2, #3 and #4 -
        Not analyzed.

**Lab. No. 988-57698:**

Item #1 - Examination revealed the presence of a human bloodstain:

        S-1: Genetic Marker Analysis:
            PGM:    2+ 1+
            ADA:    1
            ACP1:   No result was obtained.

Item #2 - Examination revealed the presence of a human bloodstain:

        S-1: Genetic Marker Analysis:
            PGM:    1-
            ADA:    1

Item #3 - No bloodstains were observed.

**Lab. No. 988-57483:**

### ADDITIONAL COMMENTS

See separate Trace Evidence report in reference to item(s) recovered as:

        #5A from Item #5
        #6A from Item #6

ME 146, 77

20-155: 2/83

AG000443

Case 2:09-cv-01207-JS-AYS Document 184-43 Filed 08/17/16 Page 16 of 18 PageID #: 5124

DIVISION OF MEDICAL-LEGAL
INVESTIGATIONS AND FORENSIC SCIENCES

COUNTY OF SUFFOLK, N.Y.

CRIMINALISTICS LABORATORY

Sheet Number: 15 of 17
Date: 11/8/88
Laboratory Number: See page 1
C.C. Number: 88-461042
Command: 3310
People vs.: Martin Tankleff
Date Submitted: See page 1
Submitted By: for Det. James McCready

## ADDITIONAL COMMENTS CONTD

Lab. No. 988-57483 (contd):

    #8A from Item #8

    #25D from Item #25A

    #25C from Item #25B

    #26C from Item #26A

    #45A from Item #45

    #48H from Items #48A and #48B

    #48I from Items #48C and #48D

    #48J from Items #48E and #48F

    #48K from Item #48G

    #54E from Item #54B

    #54F from Item #54C

In addition, questioned material (#43A) removed from Item #43 was forwarded to Histology for microscopic preparation and dissolved during processing procedures.

Lab. No. 988-57484:

See separate Trace Evidence report in reference to Item #10A recovered from Item #10.

Lab. No. 988-57529:

See separate Trace Evidence report in reference to Item #1A recovered from Item #1.

## CONCLUSIONS

Lab. No. 988-57483:

The bloodstains identified as/on Items #1A, #1B, #1C, #2, #3, #4 (S-3), #27, #28 (S-1), #29, #30 and #45 could have originated from Seymour Tankleff. These could not have originated from Arlene or Martin Tankleff.

ME 146, 77

20-155: 2/83

AG000444

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number **16 of 17** <br> Date **11/8/88** <br> Laboratory Number **See page 1** |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number **88-461042** <br> Command **3310** <br> People vs. **Martin Tankleff** <br> Date Submitted **See page 1** <br> Submitted By **for Det. James McCready** |
| CRIMINALISTICS LABORATORY | |

### CONCLUSIONS CONTD

**Lab. No. 988-57483:**

The bloodstains identified on Items #4 (S-1, S-2 and S-4 through S-12), #5 (S-1, S-3 through S-6), #6 (S-1 through S-3, S-8 through S-12), #20 (S-1, S-2, S-4) and #25A (S-1 through S-3) could have originated from Arlene Tankleff. These could not have originated from Seymour or Martin Tankleff.

The bloodstains identified on Item #46 (S-1, S-2, S-3) could have originated from Martin Tankleff. These could not have originated from Seymour or Arlene Tankleff.

The bloodstains identified on Item #4 (S-16), #5 (S-2, S-7 and S-9), #6 (S-4 through S-7), #7 (S-1), #20 (S-3), #25A (S-4, S-5 and S-6), #25B (S-3 and S-4), #41 (S-1) and #48A (S-1) could have originated from Arlene Tankleff or Martin Tankleff. These could not have originated from Seymour Tankleff.

**Lab. No. 988-57484:**

The bloodstain identified on Item #4 could have originated from Seymour Tankleff. It could not have originated from Arlene Tankleff or Martin Tankleff.

**Lab. No. 988-57529:**

The bloodstains identified on Item #2I could have originated from Arlene Tankleff. They could not have originated from Seymour or Martin Tankleff.

**Lab. No. 988-57698:**

The bloodstain identified on Item #1 (S-1) could have originated from Arlene Tankleff. It could not have originated from Seymour or Martin Tankleff.

The bloodstain identified on Item #2 (S-1) could have originated from Martin Tankleff. It could not have originated from Arlene or Seymour Tankleff.

ME 146, 77

20-155: 2/83

AG000445

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number __17 of 17__<br>Date __11/8/88__<br>Laboratory Number __See page 1__ |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number __88-461042__<br>Command __3310__<br>People vs. __Martin Tankleff__<br>Date Submitted __See page 1__<br>Submitted By __for Det. James McCready__ |
| CRIMINALISTICS LABORATORY | |

## CONCLUSIONS CONTD

Lab. No. 988-57698 (contd):

Genetic Marker population frequency data is available and will be furnished upon request.

False statements made herein are punishable as a Class 'A' misdemeanor pursuant to Section 210.45 of the Penal Law, State of New York.

*Robert Baumann* (signature)
Robert Baumann
Analyst

28 Nov-88
Date

CL 271

20-155: 6/88cb

AG000446