# Exhibit 39

# NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL

| INVESTIGATIONS BUREAU | | | STANDARD REPORT |
|---|---|---|---|
| (1) Investigations Bureau | (2) CASE # IBN-08-002 | | (3) REPORT DATE: 05-15-2008 |
| (4) TO: | (5) FROM: Inv. Michael McNally | | |
| (6) SUBJECT: Interview with John McNamara | (7) REPORT # : | | |

Subject:   Interview with John McNamara
685 Bay Esplanade Avenue
Clearwater, Florida
(727) 447-2657 Home#
(727) 641-5497 Cell#

On this date at approx. 3:00 pm I was present at the Double Tree hotel located in Tampa, Florida along with Chief Cosenza, Assistant Attorney General Ben Rosenberg and Investigator Robert Addolorato in regards to this investigation. At this time we spoke with Mr. McNamara who provided us with the following information. He refreshed his memory of his trial testimony and informed us that his testimony was accurate. When asked about Det. McCready, he stated that he has known him for a very long time, since McCready was a patrolman. It is a very small community and "everyone knows everyone". They know each other on a first name basis. We then discussed Crime Scene photos from this investigation. He informed me that Det. McCready visited him at the second floor office of his Buick dealership and he showed him about four to six crime scene photos of Arlene and Seymour Tankleff. He stated that the photos were "Close up and bloody". While showing the photos, Det. McCready stated "Marty did this, we need to let the jury know". "This guy is dangerous." "Don't tell anyone that I showed you these". Mr. McNamara stated that this was the only time that he was shown crime scene photos. He was never told anything about any other witnesses or any other testimony. He stated that he would be available anytime to discuss this matter further if needed.

| (8) REPORTING OFFICER: Michael McNally | |
|---|---|
| (9) APPROVED BY: | (10) Date: |

PAGE 1 of 1

AG010366