# Exhibit 42



SCDA004969