# Exhibit 44

| | |
|---|---|
| DIVISION OF MEDICAL-LEGAL INVESTIGATIONS AND FORENSIC SCIENCES | Sheet Number 1 <br> Date 1/7/89 <br> Laboratory Number 988-57483 |
| COUNTY OF SUFFOLK, N.Y. | C.C. Number 88-461042 <br> Command 3310 <br> People vs. Martin Tankleff <br> Date Submitted Sept. 7, 1988 <br> Submitted By for Det. K.J. McCready |
| CRIMINALISTICS LABORATORY | |

## TRACE EVIDENCE REPORT

### MATERIAL SUBMITTED

| | |
|---|---|
| Item #4 | - a sheet |
| Item #5 | - a pillow case |
| Item #6 | - a pillow case |
| Item #20 | - a pillow case |
| Item #25A | - a comforter |
| Item #41 | - switch plate cover with section of sheetrock |

### RESULTS

Examination of the above items revealed several areas to exhibit transfer stains. These transfer stains appear to have been caused by a blood stained object. The location where the stains were found, the pattern design, and the pattern characteristics exhibited by each stain, suggest that they could have been made by a fabric or rubber glove.

---

False statements made herein are punishable as a Class 'A' misdemeanor pursuant to Section 210.45 of the Penal Law, State of New York.

I have performed the above indicated tests and reached the conclusion set forth, and hereby certify that the within is a true and correct original or copy of the Laboratory Report in this case.

*Robert Genna*
Analyst   Robert Genna

*1-12-89*
Date

CL 270

20-206:6/88cs

SCDA008704