# Exhibit 45



SCDA005256