# Exhibit 47

8/23/2015 Governor Spitzer Announces Appointment Of Attorney General Cuomo As Special Prosecutor To Investigate Tankleff Murders | www.ag.ny.gov

Case 2:09-cv-01207-JS-AYS Document 184-53 Filed 08/17/16 Page 2 of 2 PageID #: 5186



# Attorney General Eric T. Schneiderman

Home » Media Center » Press Releases » January 14th 2008

## Governor Spitzer Announces Appointment Of Attorney General Cuomo As Special Prosecutor To Investigate Tankleff Murders

Governor Eliot Spitzer today announced he has appointed Attorney General Andrew M. Cuomo as a special prosecutor to investigate the murders of Arlene and Seymour Tankleff. This appointment authorizes the Attorney General to consider all of the evidence gathered so far, conduct his own
investigation into the case, and prosecute the person or persons found to be responsible for this crime.

The Tankleffs were brutally murdered at their Belle Terre home in 1988. Their son, Martin Tankleff, was convicted of the crimes in 1990 and was
sentenced to imprisonment for a term of fifty years to life. Last month, however, an appellate court granted Martin Tankleff's motion for a new
trial, citing significant newly discovered evidence.

After the Court granted Martin Tankleff's motion, Suffolk County District Attorney Thomas Spota asked Governor Spitzer to appoint a special
prosecutor to handle the renewed investigation of this matter, and others have also requested appointment of a special prosecutor in this case.

"This tragic case requires further investigation, and I agree with District Attorney Spota that the most prudent course is to appoint a special
prosecutor," said Governor Spitzer. "The issues that troubled the Appellate Division need to be freshly and thoroughly examined. The
Attorney General's Office has the expertise and resources to investigate this case fully and fairly."

Attorney General Andrew Cuomo said: "My office is ready to start moving forward with this investigation right away, including gathering the
information already collected by law enforcement and Mr. Tankleff's attorneys. We will follow the evidence wherever it leads us."

---

New York City Press Office: (212) 416-8060

Albany Press Office: (518) 776-2427

nyag.pressoffice@ag.ny.gov

    

### A.G. Schneiderman Releases New Three-Year Report Highlighting Success Of His Statewide Foreclosure Prevention And Relief Programs

A.G. Schneiderman …  

### A.G. Schneiderman Announces Indictments Against 20 Capital Area Residents, Including Former Watervliet Police Officer, In "Operation Trojan Horse" Drug Bust

A.G. Schneiderman …  

**Press Releases**

- 2015
  - January
  - February
  - March
  - April
  - May
  - June
  - July
- 2014
  - January
  - February