Exhibit 50

0739   AT SCENE
    Edw. AKi  3705/610/8

9gt  John Leahy  #599/610/8
Tankleff, Seymour
      "  Arlene  DOA
    Card Game
Gallagher, Vnw  3610/610/8
Son — Marty — "Somebody
murdered my parents
To Mother w/side BR
Son — Blood RT res/foot
    and Hands — Jerry Steuerman

Crayne, James  3703/610/8
  3horts — zipper sweat
    Blood  Hands/Face RT
    1st Aid — Matt
AKi — Blood — Puddle — Hands
    Lft Forearm ?
                No shoes
Son Says Jerry Steuerman
Bagel Guy /(mother Pinetina

            A - 1

    7³⁹ - 7⁴⁵

△'s A

PLAINTIFF'S
EXHIBIT
79
DF 12/11/12



Gym/off ☒/Side
Rescue equip
Desk Moved - Blood Spatter
Ceiling, Desk, Wall
Multiple

MBR w/Side
Bed, Wall, Floor
Female FT E - Head West

Pillows

A - 2

$7^{45} - 7^{55}$

Lncw Closet open
at on

Buys Rm - LTS on
Blood wall switch
BR - EAST
HAll, LR, DR, Den
Kitchen, Breezway
Gym/office

MARTY TANKleff
8/29/71
33 Seaside Dr.
928  2242

CHief DoN Hines  0640
At Scen. From 10·50
MARTY · Puddle - writing
says Jerry Steurman

A-3

7⁴⁵ - 7⁵⁵

Bagel Business
Mother said Larry
Would Do - 2 wks ago
Father Present Marty
says Larry last To
Leave Card Game
Marty - Mother Father
Dead - Chief - Father
Not Dead - Marty shocked

Hm 928-9833
off 928-5785
Chief To Ck Beach

A-4

7⁴⁵ - 755

0755   TANKLEFF, MARTY
Got Home  9:10
Poker Game — Father
8-10 Names Players
Says Jerry Steuerman
Father Partner Bagel
Stores  10 wks fighting
Julie AT Bagel Store
S. Setauket  473-9204
347 By Cheap John
UCC on equipment

Mother in Den
Talk To Mom — Marty Eating
Champaine Turkey
Put Clothes Away — Closet
MAH

A - 5

755 - 8

918-6442

chestnut 66

Zachary Swimosey (CPH)

Margaret Barry

Pants Plus & Radio Shack

Zack - 8:50

Margaret - 9 05

Margaret Zachs Boyfriend

9:10 - 9:20 Ask Cappy
About Car Keys
Cappobianco owns Cappys
Carpet - Marty To
Move Car - But Not His
Put His Car in Garage

11:00 pm Shower
11:15 Goodnight Mom

4 - 8

7$\frac{55}{}$ - 8

5:35 Woke up
6:10 up
All lights on except Mom's
BR — Drapes Drawn? Dark?
Burglar Alarm NOT ON — WHI
Curious lights
Front Door open
Lights on it Gym/office
Saw Father Covered with
Blood Gagging
⊗ 911 Call — Phone office
Linen Closet — Towel
His Room — Pillow
Touched Nothing Before
Getting Towel & Pillow
When Moved Father — Floor
Put Pillow under Feet
Towel Around Throat
Goes To Garage — Sees Car
Mom Milk — opens Door
To Moms Room — Sees Mom
on Floor.

A-6

755-8

No Need 911 Again
P.D. enroute
Enters Mom's Room To
Alarm Wall - earlier
When First up - Not Now
Alarm lights - Not Set
Called To Sister - Shari
Hm 331 -2035
#21 Ficus St. PVTS
off Canal
Told Her "I think
Mom & Dad have been
Murdered."
Supposed To Pickup
Mark Perrone For School
Called within 10-15 Mins
of Finding - Spoke To
Mother - Mark's - Told
her Same Thing
Mark Called Back
Tell Principal - Noonan only

A-7

755 -8

Blood RT Calf Muscle
RT INSTEP
Hands Covered with Blood
washed show Puddle

0800 In House
office Telephone - spatter
No smear No Blood Prints

Garage Door - No Blood
Door Locked - Dead Bolt
E/s BR Bath = Towels
Bath By Garage -
Kitchen phones 2 - Neg
III BR - Drapes 3' Approx open
T.V. - on
Linen Closet - Towel Removed ?
MARTY's Room - N Switch
Blood white Turning on

A-9

0800 - 810

MART, SAid hT Turned
on By #im when First
up & Dressed, sHort: Swort

0810 out of House

0820 Kosiuk -hAB

0840 To Spd

0840 AT Spd
    L+S Coffee

A-10

Times approx.

Next Door Neighbor

Monty Hova
928-7966
756-0710
29 Seaside
6:15 Marty Called
To Him outside

A-11

Hova approached
@ scene
approx 8:10 - 8:15

0940   9/1/88

Contacts Glasses
Since Plastic Surgery
For B'Day
Party for Chris Engel
Beach → Favorite
Not Much Luck — Girls
Goofs Sometimes Poker Player

Adopted — 2 days
Niece & Nephew
Apple Father Eye

Vacations — Everywhere — Condo Fla.
Europe   Parents Cousin
Friend — Work ?

Mom & Dad. Close — Any
                        Distres
Walks. Cooking.

A-12

1³⁵ PM — On
as Rein &
        McCready
made notes
up to 4 PM

PARKED CAR
ATE - Turkey PASTA
plate fork Dw
Glass - SINK

Towel - WRIST
Towel - Pillow   WET HEAD
        Red
NUDE / shorts - sleep

ADOPT - 2 days   Again
Niece Nephew       "

Mother Father - Affair
    See y
Sister Aunt Good Relation
        NASSAU CNTy
mother
Parents County Fla.
    Father stay

A. 14

Security — Paranoid
Safe Linen
Roz? - Psy - Rock Cntr
Orphan? Sis or Aunt
Loving Relationship - Mom

Mother - Turkey Pasta 7:00,
7:30 Pm Before Card Player
Sleeps — Naked - Gown
Near sliding Door
Last Time Mom — Night
After Mom Shower

Father & Marti — Jewish
Mother - Christian
Close - Father
Like: Gold Bracelet
Father Wears Bracelet
Open Heart Surgery 2-3
Hosp - Blood Reputed inc

A. 15

Sick — Sees Blood

Father sleeps / mother
other side — door
Watches Sunrise

MAID — MARIA

N.Y. Times — Delivery

Poker Game —
Hug & Kiss — Coming — Going
1/2 HR   No Play
Slept Lightly —
Win/Lose Thousands
Father $1000 — No More
Hidden Drawer

Ferry — B, Act Pretended
Hated each other

A.16

A-13

Will — Heavy INS

Cousin — MALNA Business
Marty No College — MARINA

Father — INITIAL Money
Steverman — Pay off loan
on going dispute

Driveway lights 60 watt

Serious Problem 911 1st
Family 2nd

1411 Cried out Before
P.D Arrived

A-13

A-16

1800    9/8/88

Vinnie Bove

MARTy on Wall
Runs up To Bove
Jerry Killed My
Mother & Father
BAD Blood
Good FRONT
Called 911 AFTER
Seeing Mother
Towel 6lewate

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

1837 Hrs  9/7/88

Conversation between Sister Shari
and Marty Tankleff

Shari ?

I Need Help — Pause 3x

I Need a Psychiatrist

I Want To Make Sure To Tell You
That I'm Sorry For What I did.

I Acknowledged That I did it.

I Need To See You Tonight.

Prior To Conversation Sister was Asked if
Conversation Could be Recorded.
She Stated No Recording.

After Sister Spoke With Marty I Asked
her when Mr. Fox was hired To Represent
Marty. she Replied That she did Not Know
That he was ever hired To Represent Marty.

Shari Then Asked when did Marty Make a Statement
To Us And I Told her I Wasn't going To go
into Anything dealing With Marty With her.

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y

10/18      1500

John McNamara  - 473-0263
McNamara Buick/Pont RTE 347 P.J.S.

Walking - Routine    0600-0700 Approx.

0615  Walked Past House - Saw Monty Hova
Next Door Neighbor - New House
Monty in house Coming From there
Saw Both Dead - Not Sure if Both or Told Both
Stood outside house with Monty
Hines there then left - Later w/ Bove
Talks To Tankleff Asks what Happened
T - Woke up   lights on   Goes To
Mother Bedroom - didn't see Mother
Went To Den Father in chair Bleeding
Called 911 - Lay Father on Floor - Put
on Floor went out of house Screaming
M - Sees No Blood Asks Why No Blood?
T - No Ans. Looked Guilty - Walks Away
Comes Back  3 X  M - Asking Questions
T - Kept Adding To Story
M - Asks About Mother
T - Saw her on Floor After checking
For Car - Thought she out
M - Why No Help
T - Sees From Door - Dead
Wouldn't Go in Room - Scared

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N. Y.

M - Why No. Blood

T - No Ans. Walks Away - Comes Back

M - Should have Blood All over

T - No Ans. Walked Away Again

M - Didn't See Tankleff Wash Hands

M - Tells Monty He M should stop

Asking Questions Kid Keeps Changing

Story - Tells Monty the Kid did it.

T - Saying From Beginning Jerry

Steuerman did it. Last To leave Party.

T - Walking Up And Down Street

While Ambulance People Taking Care

of Father Talking To Everyone Who

Came By

M - Had Conversation with Seymour

Recent - Seymour Tells M he's

Having Problems with Son.

M&T 3X 0645-0710

*POLICE DEPARTMENT*
*COUNTY OF SUFFOLK, N.Y.*

MON JAN 30th 6 PM

RON. MIKE Could have been A CHiROPRACTOR
AND We would have CALLed him.
We did NOT CALL Him AS AN ATTORNEY
We CALLed him Because he WAS
Seymour's FRiEND.

I only TALKed To him AS A FRiEND.
Told To Look AT ORAHS. Told who Told us
this if He didN'T.
CHEERLEAdeRS - dimelighT - No onE PAid ATTENTion
Before

SHARi - why don'T You CALL him.
        ARe You Kidding ME. FOR ME TO
    TRY AND 9eT iNFORMATION FROM MARTY
    He'd Kill Me FiRsT. I WON'T TALK To Him.
SHE ASKed US ABOUT PROOF ThAT We HAd.
We've goT Him EighT WAYS FRom SUNDAY.
    SHE doesN'T Lock ChildRENs doors. SHE
    Locks HER owN door EveRY NighT.