Exhibit 51



PLAINTIFF'S EXHIBIT
60
12/10/2012

Recent Showered por bed + not
again, nor used shower/tub
again     Turned on lite
visited his bedroom when he
awoke – Mom + son totally
dark, didn't see parents in
bed, or anyone in their room –
but light enough, if someone
there, he would have seen them –

Never touched his mother –

Mostly put towel on when
he woke – got dressed when
woke @ 0610 – put on shorts –
+ sweat+shirt –

When admin first aid →
Father he rolled up sleeve
of sweatshirt —

→ But blood on sweatshirt —
sleeve

He lowered sweatshirt
of his shirt when first
aid → Father — & got blood
on his shirt —

Or, he put on sweatshirt
after FA → father

BW017274



More victims: didn't
put on cut shirt until after
PD 136 —

—> Tripping himself up —

Demo on me how
admin first aid —>
Father —

BW017275



More Stat Ad:
Pillow from his St. Cm - he
didn't have blood on his hands
when he got pillow / towel -
didn't are toint he was
wet because 911 oper said
was clean towel
(but she said he had no shirt) -
← > now stumbles

Did not comprise wound -

Blood on hands when at
garage for Mom's car +
used K ph. to call Shari +
Mark!

BW017276



Your Father said you
beat / stabbed him. Marty
asd. because he was last
person his father saw —


Will take poly —


Whoever did this needs
psych. Help — could he
have blt. out & done it.
Maybe that wasn't him
but another Mary T. —
that killed them —
was he possured? —

BW017278



BW017279



Marty said he needed
psych. help - he knew what
hap. but felt like it was
another person who was
inside of him who did it.

Mom! dad are loving
rel. - but he got caught
up in their fighting -
changed his life - hasn't
been able to be himself -

I'll tell you what
hap. - what do you want
to know?

Yeah, I did it.

BW017280

Marty wanted to go
away → college - Mom
wanted him nr. home - keep
him under thumb -
he want. attend fr. Coll
2yr - live in their fla
Condo - & attend Uofp -
she said no


Grades C's. Think he said
3's -


Mom / dad sep about 5
yrs ago & since they x
not get. along very well -

Confused about future -
adopted parents might sep /
break up

BW017281



He lied to us (earlier)
about their sit - arguments
everyday - parents fighting -
On part, Mom would send
Wade most of him w/ him than
had he rules - got punish,
but Cakely, Mother
riding w/ Father & Marty -

Both angry -> Marty:
hadn't done list of jobs
on regory - Last 'atran
was card table bus -

Due to parents argue -
They were looking to him
for more att & smothering
him - The new rel war

BW017282

note more to him -

Misty wanted her to
ride in Grammy old Lincoln
wanted something more
sporty, but Parents
felt line was safer -

More resentmt: Dan Hayer
(partner in H&H (lab)) was
moving into their house to
babysit while parents
on Vac. -

More resentmt: never allow
play any contact sports.

BW017283



More Context: he was
restricted this summer
in his use of fam. boat &
ATV —


Marty set alarm clock
for W35 - & it went off he
woke — was naked-
didn't want to look
on his clthing -


Killed Mom #1 — saw
that his father was a-
sleep in his chair —
was surprised that dad.
wasn't in bed w/ his.
Mom a little on. Hit
mother w/ dumbell, then



cut her throat. She
was on bed on her back -
didn't know how many X's
he stab her. Got to
her quickly. - Hit her
4/5 X's on head. Kept
on try to hit her. + she
fought w/ him. She
was in pain call for
help - saying why? +
help me. Marty afraid
father would wake
up - after she fell on
floor she ran + got a
knife from the (K) +
cut her throat. Knife
on counter next to
watermelon. She was
moving little bit when
he ran out of bdrm to
kill father.

BW017285



Father still in off.
" sit: a desk - now
awake + asked what
are you doing ? Marky
still rude — walked
in w/ knife & dumbell
-behind his back - got
behind his father. Hit him
w/ barbell first -
Father asked him why
he was doing this. He
knocked him silly. His
father's feet were under
the desk, so he couldn't
get up - slashed
his neck - don't know
how many X he hit /cut
Couldn't believe all the
blood. He washed off
knife / barbell in
-shower (ho). Put

BW017286



barbell back in his
bed on - took back @ workout

Layed down or his bed,
thought what to do next—
Got up again @ bin—>
Off o saw father stell
alive — then Mothers
son to see if she was
dead — called 911 from
Mothers son. Thought
father would die before
PD 1136. 911 oper
told him to get towel/
pillow— went to linin
closet (towel) • hs on
pillow - pretended to
follow 911 instructs —
didn't really apply
pressure. Made sure

BW017287



He got his fathers blood on his hands to show that he tried to help his father –

He missed the blood on his childs when he showered he screwed up –

Will give written / orders

BW017288



ID @ 3310- @ 1252 -
S/up- of Dept by Kevin
Kealy, IS —

showing Marty "/ dried
blood on it. Shld-



BW017290

Ex. 9/7/88 @ 2033 m
Det. M. Tinkliff @ 3310 by

Jack Sturran - R.P.A. SCHE eff
• blood - @ 2102

Class biagne - F/S
• dried blood - saliva - hair -
combings - F/nail scrapings

@ Sugto Sgd @
PO Henry Heinnsen #374/JS/01

BW017291

PLAINTIFF'S
EXHIBIT
61
12/10/2012

$88 - 46104_2$  9/7/88

Note @ 0915 -

by S/67 A Doyle - while @ time -
(2) people : m=(Do + F=(E)

was /suicide ?

I/L 33 Suicide - s/town

(m)T  Tankleff  Symour- 62
 obv. I/L

Tankleff, arlene
obv. I/L

BW017292



BW017293



BW017294



Marty → own bedroom &
set alarm clock - W35 -
& went to bed

Marty awoke during nite
@ some X, woke up saw
lites on outside (doorway)
& driveway/side. lights

Did alarm - W35 - went
off on X - shut it -
did not get out of bed
till 0610 -

Marty → bathroom - his
bathroom lites on, but he
shut them last nite

* from i.d. @ 340 -

BW017295



All lites still on -
but lites in parents B/rm
off - their door open &
draper drawn.


Both parents not in bed-
See alarm in m/bdrm, off -
sel/green lite displaying -
Couldn't see Mom & his
X - their B/rm dark.


Started walk → ⓡ -
all lites on - same w/outside
lites - front door open
far enough to let someone
thru -

BW017296



Ⓚ likes & gym lites on

From Ⓚ could see lites on in gym - saw father in his chair - throat cut all around - gagging

Called 911 from office (saw in gym) -

Instructs from 911 oper: put father on floor, etc. - Compress wound w/ towel, elevate feet -

Can he own skm, got
(from snapshot)* (from own balm)*
towel & pillow - put
pillow m floor & towel
around throat - Then
pillow under dad's feet
+ elevated -

*+ sweatshirt, from own
closet, that he was wearing -
or was sweatshirt later ...

* from int @ 3310 -

BW017298



✓ garage - Mom's car there -
back → M/BRm - saw mother
on floor, her side, next to
bed - never ent'd room -
only went in to M/B/Rm in
for in alarm wall

Throat cut - scared
someone might be there -
did not turn on any lites
in Mother's room - Thinks
both parents killed -

Next called sister from
(K - Shan - Think now)
Dad murdered -



re ✓ father - still gagging

that, called back —
[ROTTER – 21 FICULET – RATON –331–3235]
Marty yelled for her to get
one —

Marty. ran → neighbor
Mr Hova – hse to c/o
I/L

7:30 136 – Marty ran to
them from Hova –

BW017300



P.S. @ scene

Marty called Mark Perrone
from (K — don't say school.
much and — Marty H/u —
Marty called back 5 mun
late — told Mrs P he
thought parents murder.

Mark called back, 2-3
mun later — Marty
instructed Mark not to
say any thing to anyone
except principal Mr. Noman

BW017301



While in st, cops inside.
Sara Schaefer - a friend/
co-student came by -
Marty told her about
incident

When cops arrived - he
asked for towel to wipe
off blood - washed blood
from puddle -

from puddle where PS was
parked in driveway



PLAINTIFF'S
EXHIBIT
62
12/10/2012 RW

INT. @ 330 - @ 0940 -

TANKLEFF, Martin

Small talk — [DRAWSON STEWART RICKU LTR] nose surgery —

girls: Christine Engel —

Stacy & Julva (tu)

from no Melville H.S. — Dave Schaefer -

* he called there & saw from his B/Rm - P/6 about 2230 — ph. busy -

Cooks — car: 78 / Linc / Blue

BW017303



BW017304

Father - businesses:

Jerry Steierman - [OLD FIELD - SELF STORAGE] Lives
w/ dawg. Dori Steierman Corne-
oper. 87/2 ac/ dock thru.

[commons]
Flagship: 347/ Hallock
Peconic? - 473 9124

Nordic - ㄸ 51% 8 + 12%/11 2%

If ㄸ out of px + both
parents died, he would
own it self

Marty familiar w/
estate.

BW017305

H was aware of well-
known that he would be
primary benef- when Mom/
Dad died - would get her +
his int' - Sister would
only get som amt because
his mother wanted it that
way

Fundamental Health/I. Twum C+-
w/ Dta H.HHi (27 -
former drug reha b counselor
@ resy.



BW017307



Poker game — safe in
Men's closet — hidden
down in had. bureau —
poker t — not 1000° — top left
drawer w/ secret panel


She would stay in off
of the game & watch -
anyone -

BW017308

Players: - game 9/6/87

SEPURANO, Joe

OLIVITTO, Frank
- Stany Brh

BUOT, Vin
- P/o
mayor - own Laurel Hill Nursery -

MONTE, Bob

STEVERMAN, Jerry
11 w/ Gate Ste - o/field - 751-9413

CAPUBIANCO, Capry

_, Al (92)

BW017309

Marty made sketch-
already - 2 moving
cars -

Sketch - layout Lee -

BW017310