# Exhibit 52

*File
Hard delivered -
11:15 / 10/13/88
to Regina Merkel.*

# COUNTY OF SUFFOLK



## OFFICE OF DISTRICT ATTORNEY

ADDRESS REPLY TO:
HOMICIDE BUREAU

PATRICK HENRY
DISTRICT ATTORNEY

October 12, 1988

Robert Gottlieb, Esq.
353 Veterans Memorial Highway
Commack, NY 11725

     Re:  People v. Martin Tankleff
          Ind.# 1290-88

Dear Mr. Gottlieb:

    As per your requests for laboratory reports and my promises to you that you would receive them as soon as I was furnished copies, attached please find the following:

    One 2-page lab report covering lab #988-57483; one 5-page lab report covering lab #s 57483, 57484, 57529, 57625 and 57698; one 4-page lab report covering lab #s 988-57483, 57529 and 57484.

    Also attached is the cover sheet which accompanied these documents. As you can see, these reports are to be considered as partial and incomplete at this time. It is not the lab's policy to issue partial reports. However, pursuant to your requests, an exception was made. Thus, when I receive full and complete reports, they will also be furnished to you.

    Again, As I receive additional reports, they will be sent to your office. If you have any questions or concerns regarding this matter, please feel free to call me at 360-5299.

                    Very truly yours,

                    *Edward C. Jablonski*

                    EDWARD C. JABLONSKI
                    CHIEF
ECJ/sz                  HOMICIDE BUREAU
atts.

AG002596