# Exhibit 53

# SUSSMAN, GOTTLIEB & NEEDLEMAN
## ATTORNEYS AT LAW

ROBERT C. GOTTLIEB
RONALD R. SUSSMAN
MARK S. NEEDLEMAN

CAMILLE ARGENTO

353 VETERANS MEMORIAL HIGHWAY
COMMACK, NEW YORK 11725

TELEPHONE
516-543-8300

FAX NO. (516) 543-8305

September 19, 1988

Edward Jablonski, Esquire
Assistant District Attorney
H. Lee Dennison Building
Veterans Memorial Highway
Hauppauge, New York  11788

    Re:  People v. Martin Tankleff
         Indictment No. 1290-88

Dear Mr. Jablonski:

    Please accept this letter as confirmation of my request that you obtain as quickly as possible all forensics reports pertaining to the above referenced matter.  It is our firm belief that the results of the forensics analysis will greatly assist us to establish that Mr. Tankleff is not guilty of the charges.

    I thank you very much for your cooperation in expediting the forwarding of the reports.

                        Very truly yours,

                        SUSSMAN, GOTTLIEB & NEEDLEMAN

                        Robert C. Gottlieb

RCG:vj

AG002603



Edward Jablonski, Esquire
Assistant District Attorney
H. Lee Dennison Building
Veterans Memorial Highway
Hauppauge, New York 11788

SUSSMAN, GOTTLIEB & NEEDLEMAN
ATTORNEYS AT LAW
353 VETERANS MEMORIAL HIGHWAY
COMMACK, NEW YORK 11725

AG002604