Name:_____

Juror #:_____

# JUROR QUESTIONNAIRE

**Instructions**

The purpose of this questionnaire is to provide information to the attorneys in this case (for both the plaintiff and defendants) and the Court to help select a fair and impartial jury. You are expected to give true and complete answers to every question. But keep in mind that there are no right or wrong answers to any of the questions.

Where indicated, please check the space for "Yes" or "No" and, as requested, furnish answers, explanations, and/or details in the spaces provided. Please print your answers in blue or black ink. Please do not leave any questions unanswered. If you do not understand a particular question or do not know the answer, please write either "I do not understand," or "I do not know" in the space provided for the answer.

<u>Under no circumstances should you do any research at all at any time about the case. Do not use research to answer these questions. Do not look anything up on the internet or watch the news and do not discuss these questions or their answers with anyone.</u> Simply answer each question honestly, to the best of your ability. If there is not enough space for you to complete the answer to a question, please continue your answer in the margin next to the question. Do not write on the back of any page of the questionnaire. If you feel that a question does not apply to you, please write "N/A" in the space provided for the answer.

When you return to court, the Judge may ask specific questions about some of the information you provided in the questionnaire. When these follow-up questions are asked, if there are any matters that you do not wish to discuss in open court, please alert the Judge so that arrangements can be made for you to discuss these matters privately.

All of your responses will remain completely confidential. Do not discuss the questions or answers with anyone, including your fellow jurors. Juries are important to our American system of justice. Thank you in advance for your careful and honest response to the questionnaire.

1

**Description of Case**

In September 1988, Seymour and Arlene Tankleff were stabbed and bludgeoned in their home in Belle Terre, NY. Detectives interrogated the Tankleff's 17-year-old son Martin, who was the only member of the family left alive, and who had called 911 after finding his parents' bodies. Detectives K. James McCready and Normal Rein obtained a confession, which, according to Martin Tankleff, is false.

Martin was tried and convicted of his parents' murders. In 2003, he presented new evidence suggesting that his parents were murdered by three other men, whom his father's business partner hired to commit the crimes. Based on this evidence, an appeals court ordered a new trial. Rather than retry Martin, the Suffolk County District Attorney dropped all charges.

This case is a civil rights lawsuit brought by Martin Tankleff against the police officers who investigated his parents' murders. Martin claims that those officers committed misconduct that caused his wrongful imprisonment. He alleges that the defendants fabricated evidence, including his false confession, and suppressed critical information that would have helped him show his innocence. Martin, who is now a practicing lawyer, seeks compensatory damage for the pain and suffering he endured while in prison and for his lost wages. Defendants, former Suffolk County police officers, deny that they did anything unlawful and maintain that they acted in good faith.

Name: _____     Juror # _____

City/town of residence: _____

Occupation: _____

If you have had any other occupation(s) in the last ten years, please list: _____

_____

_____

If married, spouse's occupation: _____

If your spouse has had any other occupation in the last ten years, please list: _____

_____

_____

Do you have any children?      _____Yes _____No

If yes, please fill out the chart below:

    Age         Occupation or Year in School

_____   _____

_____   _____

_____   _____

_____   _____

## QUESTIONS

1. Have you heard, read, or watched anything about the criminal trial or release of Plaintiff Martin Tankleff or about this civil action?   _____Yes _____No

If yes, have you formed any opinions about the case and/or parties involved? Please explain: ___
_____
_____

2. Is there anything about the nature of the allegations or the parties involved in this case that will make it difficult for you to consider the evidence, the arguments of the attorneys, and the court's instructions on the law with an open mind?   _____Yes _____No

If yes, please explain: _____
_____
_____

3. Have you ever worked or had close contact with someone who worked in law enforcement (including state or local police and sheriff's departments, the FBI, the SEC, any prosecutor's office, the Department of Corrections, any regulatory agency, etc.)?   _____Yes _____No

If yes, please explain: _____
_____
_____

4. Have you ever worked, or had close contact with someone who worked for a state or local government, including the courts, schools, county or city administrator, etc.? _____Yes _____No

If yes, please explain: _____

_____

5. What are your main sources for news (including any newspapers, magazines, websites, and/or radio or television programs)? _____

_____

6. One of the defendants, the lead detective in the underlying investigation, is deceased. Would you have any concerns or difficulties about rendering a verdict for or against a deceased defendant? _____Yes _____No

Please explain: _____

_____

_____

7. Have you had any experience (good or bad) with any law enforcement agency that might make it difficult for you to serve in this case?        _____Yes _____No

If yes, please explain: _____

_____

_____

8. Have you, a family member, or a close friend ever been the victim of a crime (whether or not reported to the police)?        _____ Yes _____ No

If yes, please explain: _____

_____

_____

9. Have you or a member of your family ever been accused of a crime? _____ Yes _____ No

If yes, please explain: _____

_____

_____

4

10. If the plaintiffs in this case prove that it is more likely than not that any defendant is liable, would either Suffolk County's current financial circumstances, or any personal, political, or religious beliefs, make it difficult for you to award the plaintiffs damages against Suffolk County?         _____ Yes _____ No

If yes, please explain: _____

_____

_____

11. What are your thoughts and feelings about lawsuits against police or other law enforcement personnel? _____

_____

_____

13. Would you tend to give more or less weight to the testimony of a witness who is a law enforcement officer as opposed to any other witness?

___ More weight ___ Less weight ____ Equal

Please explain: _____

_____

14. Would you tend to give more or less weight to forensic or other scientific evidence as opposed to any other type of evidence?

_____ More weight _____ Less weight _____ Equal

Please explain: _____

_____

5