**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

April 26, 2018

**Via ECF**
Hon. Joanna Seybert
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, PO Box 9014
Central Islip, NY 11722-9014

      Re:      <u>Tankleff v. County of Suffolk, et al.</u>, No. 09 Civ. 1207 (JS) (AYS)

Dear Judge Seybert:

We write jointly to formally notify the Court that the parties have reached a settlement in the above-captioned matter. Plaintiff has agreed to accept, and the County has agreed to pay, the sum of $10 million to settle all remaining claims, inclusive of attorney's fees and costs. The Legislature is expected to consider issuance of a bond as one means of funding the settlement during the fall 2018 legislative session. The parties will file the appropriate settlement paperwork as soon as possible.

Thank you very much.

      Respectfully submitted,

      /s/ Emma Freudenberger
      Barry Scheck
      Emma Freudenberger
      Richard W. Sawyer
      NEUFELD SCHECK & BRUSTIN, LLP
      99 Hudson Street, 8th Floor
      New York, New York 10013
      Telephone: (212) 965-9081
      Fax: (212) 965-9084
      Email: emma@nsbcivilrights.com

      Bruce A. Barket
      BARKET, MARION, EPSTEIN
      & KEARON, LLP
      666 Old Country Rd., Suite 700
      Garden City, New York 11530
      Telephone: (516) 745-1122

Barry Pollack
ROBBINS RUSSELL ENGLERT ORSECK
UNTEREINER & SAUBER LLP
1801 K Street N.W.
Suite 411L
Washington, DC 20006
Telephone: 202-775-4500
Fax: 202-775-4510
Email: bpollack@robbinsrussell.com

*Attorneys for Plaintiff Martin Tankleff*

Brian Mitchell
Assistant County Attorney
SUFFOLK COUNTY ATTORNEY'S OFFICE
P.O. Box 6100
100 Veterans Memorial Highway
H. Lee Denison Building, 5th Floor
Hauppauge, NY 11788
Telephone: (631) 853-5717
Email: brian.mitchell@suffolkcountyny.gov

*Attorney for Defendants*

cc: All Counsel of Record (*via ECF*)