UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN TANKLEFF<br><br>      *Plaintiff*,<br>  v.<br><br>THE COUNTY OF SUFFOLK, K. JAMES MCCREADY, NORMAN REIN, CHARLES KOSCIUK, ROBERT DOYLE, and JOHN MCELHONE, JOHN DOE POLICE OFFICERS #1-10, RICHARD ROE SUFFOLK COUNTY EMPLOYEES #1-10,<br><br>      *Defendants*. | No. 2:09-cv-01207-JS-WDW |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff, Martin Tankleff hereby gives notice of change of contact information for his counsel, Barry J. Pollack. Effective October 22, 2018, Mr. Pollack may be contacted and served at the following new address:

    Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
    2000 K Street NW, 4th Floor
    Washington, DC 20006
    Tel: 202-775-4500
    Fax: 202-775-4510
    bpollack@robbinsrussell.com

Please use this new address on all pleadings, correspondence, and other documents.

| | |
|---|---|
| Dated: November 8, 2018 | Respectfully submitted,<br><br>s/ Barry J. Pollack<br>Barry J. Pollack (BP5830)<br>Robbins, Russell, Englert,<br>Orseck, Untereiner & Sauber LLP<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>(202) 775-4500<br>bpollack@robbinsrussell.com<br><br>*Attorney for Plaintiff Martin Tankleff* |

## CERTIFICATE OF SERVICE

On this 8th day of November, 2018, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

                                           s/ Barry J. Pollack
                                           Barry J. Pollack